# Exhibit A



**COLLECTIVE
BARGAINING
AGREEMENT**

August 4, 2011



# TABLE OF CONTENTS

PREAMBLE ................................................................................................................ xiv

ARTICLE 1 DEFINITIONS ........................................................................................1

ARTICLE 2 GOVERNING AGREEMENT ...............................................................5
Section 1. Conflicts: ...................................................................................................5
Section 2. Implementation: .........................................................................................5
Section 3. Management Rights: ...................................................................................5
Section 4. Scope of Agreement: ..................................................................................5
Section 5. Rounding: ...................................................................................................5

ARTICLE 3 NO STRIKE/LOCKOUT/SUIT .............................................................7
Section 1. No Strike/Lockout: .....................................................................................7
Section 2. No Suit: ......................................................................................................7
Section 3. Releases and Covenants Not to Sue: ...........................................................7

ARTICLE 4 NFL PLAYER CONTRACT ...................................................................9
Section 1. Form: ..........................................................................................................9
Section 2. Term: ..........................................................................................................9
Section 3. Changes: .....................................................................................................9
Section 4. Conformity: ................................................................................................9
Section 5. Notices, Prohibitions, etc.: ....................................................................... 10
Section 6. Commissioner Disapproval: ..................................................................... 11
Section 7. NFLPA Group Licensing Program: .......................................................... 11
Section 8. Good Faith Negotiation: ........................................................................... 12
Section 9. Forfeiture of Salary: ................................................................................. 12
Section 10. Return of Advanced Paragraph 5 Salary: ................................................ 15

ARTICLE 5 OPTION CLAUSES ............................................................................. 16
Section 1. Prohibition: .............................................................................................. 16

ARTICLE 6 COLLEGE DRAFT ............................................................................. 17
Section 1. Time of Draft: ........................................................................................... 17
Section 2. Number of Choices and Eligibility: .......................................................... 17
Section 3. Required Tender: ....................................................................................... 17
Section 4. Signing of Drafted Rookies: ..................................................................... 17
Section 5. Other Professional Teams: ........................................................................ 18
Section 6. Return to College: ..................................................................................... 19
Section 7. Assignment of Draft Rights: ..................................................................... 19
Section 8. Subsequent Draft: ..................................................................................... 19
Section 9. No Subsequent Draft: ............................................................................... 20
Section 10. Compensatory Draft Selections: ............................................................. 20
Section 11. Undrafted Rookies: ................................................................................. 20
Section 12. Notice of Signing: ................................................................................... 20

ARTICLE 7 ROOKIE COMPENSATION AND ROOKIE
COMPENSATION POOL ..................................................................... 21
    Section 1. Definitions:............................................................................ 21
    Section 2. Operation: ........................................................................... 23
    Section 3. Rookie Contracts:................................................................ 24
    Section 4. Proven Performance Escalator: ........................................... 28
    Section 5. Additional Terms: ............................................................... 29
    Section 6. Performance Incentives: ..................................................... 30
    Section 7. Fifth-Year Option for First Round Selections:.................... 31
    Section 8. Salary Cap Treatment: ........................................................ 32
    Section 9. Rookie Redistribution Fund: .............................................. 32

ARTICLE 8 VETERANS WITH LESS THAN THREE ACCRUED
SEASONS ........................................................................................... 34
    Section 1. Accrued Seasons Calculation:............................................. 34
    Section 2. Negotiating Rights of Players with Less Than Three Accrued Seasons: .... 34

ARTICLE 9 VETERAN FREE AGENCY.............................................. 35
    Section 1. Unrestricted Free Agents: ................................................... 35
    Section 2. Restricted Free Agents: ...................................................... 36
    Section 3. Offer Sheet and Right of First Refusal Procedures: ........... 39
    Section 4. Expedited Arbitration:......................................................... 41
    Section 5. Individually Negotiated Limitations on Player Movement:.......... 42
    Section 6. Notices, Etc.: ...................................................................... 42

ARTICLE 10 FRANCHISE AND TRANSITION PLAYERS...................... 44
    Section 1. Franchise Player Designations: ........................................... 44
    Section 2. Required Tender for Franchise Players:.............................. 44
    Section 3. Transition Player Designations:.......................................... 47
    Section 4. Required Tender for Transition Players: ............................ 47
    Section 5. Right of First Refusal for Transition Players: ..................... 48
    Section 6. Lists: ................................................................................... 48
    Section 7. Salary Information: .............................................................. 48
    Section 8. No Assignment:................................................................... 49
    Section 9. Franchise Player Designation Period: ................................. 49
    Section 10. Transition Player Designation Period: .............................. 49
    Section 11. Other Terms: .................................................................... 50
    Section 12. Compensatory Draft Selection:......................................... 50
    Section 13. Offer Sheets for Non-Exclusive Franchise and Transition Players: ........ 50
    Section 14. Signing Period for Transition Players: .............................. 51
    Section 15. Signing Period for Franchise Players: ............................... 51

ARTICLE 11 TRANSITION RULES FOR THE 2011 LEAGUE YEAR ................. 53
    Section 1. Applicability: ....................................................................... 53
    Section 2. Calendar:............................................................................. 53
    Section 3. Free Agency: ....................................................................... 54
    Section 4. Rookies:.............................................................................. 56

Section 5. Salaries and Salary Cap Accounting:.................................................... 56

ARTICLE 12 REVENUE ACCOUNTING AND CALCULATION OF
THE SALARY CAP ..................................................................................................... 61
Section 1. All Revenues: ............................................................................................ 61
Section 2. Benefits: .................................................................................................... 70
Section 3. Accounting Reports & Projections:......................................................... 72
Section 4. Stadium Credit: ........................................................................................ 76
Section 5. Joint Contribution Amount: .................................................................... 78
Section 6. Calculation of the Player Cost Amount and Salary Cap:.......................... 79
Section 7. Guaranteed Player Cost Percentage: ...................................................... 81
Section 8. Guaranteed League-Wide Cash Spending: .............................................. 84
Section 9. Minimum Team Cash Spending: .............................................................. 84
Section 10. Additional AR Accounting Rules: .......................................................... 85

ARTICLE 13 SALARY CAP ACCOUNTING RULES ................................................ 90
Section 1. Calculation of the Salary Cap: ................................................................. 90
Section 2. Application of the Salary Cap: .................................................................. 90
Section 3. Calculation of Salary and Team Salary: ................................................... 90
Section 4. Definition of "Salary": .............................................................................. 90
Section 5. Computation of Team Salary: ................................................................... 90
Section 6. Valuation of Player Contracts: ................................................................. 92
Section 7. 30% Rules: ................................................................................................ 107
Section 8. Renegotiations and Extensions:............................................................... 107

ARTICLE 14 ENFORCEMENT OF THE SALARY CAP  AND ROOKIE
COMPENSATION POOL .......................................................................................... 109
Section 1. Undisclosed Terms: .................................................................................. 109
Section 2. Circumvention: ......................................................................................... 109
Section 3. System Arbitrator Proceeding: ................................................................ 109
Section 4. Commissioner Disapproval: ..................................................................... 109
Section 5. System Arbitrator Review: ....................................................................... 109
Section 6. Sanctions:.................................................................................................. 110
Section 7. Revenue Circumvention:........................................................................... 111
Section 8. NFL Audit Rights: ..................................................................................... 111
Section 9. Prior Consultation:.................................................................................... 111

ARTICLE 15 SYSTEM ARBITRATOR ....................................................................... 113
Section 1. Appointment:............................................................................................. 113
Section 2. Scope of Authority:.................................................................................... 113
Section 3. Discovery:.................................................................................................. 113
Section 4. Compensation:........................................................................................... 114
Section 5. Procedures:................................................................................................ 114
Section 6. Selection of System Arbitrator: ............................................................... 114
Section 7. Selection of Appeals Panel:....................................................................... 115
Section 8. Procedure for Appeals:.............................................................................. 116
Section 9. Decision:.................................................................................................... 116

Section 10. Confidentiality: ................................................................................................ 116

ARTICLE 16 IMPARTIAL ARBITRATOR ............................................................................ 117
Section 1. Selection: ........................................................................................................... 117
Section 2. Scope of Authority: ........................................................................................... 117
Section 3. Effect of Rulings: .............................................................................................. 117
Section 4. Discovery: .......................................................................................................... 117
Section 5. Compensation of Impartial Arbitrator: ............................................................. 117
Section 6. Procedures: ........................................................................................................ 117
Section 7. Selection of Impartial Arbitrator: ..................................................................... 117

ARTICLE 17 ANTI-COLLUSION ......................................................................................... 119
Section 1. Prohibited Conduct: .......................................................................................... 119
Section 2. Other Club Conduct: ......................................................................................... 119
Section 3. Club Discretion: ................................................................................................ 119
Section 4. League Disclosures: ........................................................................................... 119
Section 5. Enforcement of Anti-Collusion Provisions: ..................................................... 120
Section 6. Burden of Proof: ................................................................................................ 120
Section 7. Summary Judgment: .......................................................................................... 120
Section 8. Remedies: .......................................................................................................... 121
Section 9. Computation of Damages: ................................................................................. 121
Section 10. Player Election: ................................................................................................ 122
Section 11. Payment of Damages: ...................................................................................... 122
Section 12. Effect on Cap Computations: .......................................................................... 122
Section 13. Effect of Salary Cap: ....................................................................................... 123
Section 14. No Reimbursement: ......................................................................................... 123
Section 15. Costs: ............................................................................................................... 123
Section 16. Termination: ..................................................................................................... 123
Section 17. Time Limits: ..................................................................................................... 123
Section 18. Prior Conference: ............................................................................................. 124

ARTICLE 18 CERTIFICATIONS ........................................................................................... 125
Section 1. Contract Certification: ....................................................................................... 125
Section 2. End of League Year Certification: ..................................................................... 125
Section 3. False Certification: ............................................................................................. 126

ARTICLE 19 CONSULTATION AND INFORMATION SHARING ..................................... 127
Section 1. Salary Summaries: ............................................................................................. 127
Section 2. Consultation and Communications: ................................................................... 127
Section 3. Notice of Invalid Contract: ................................................................................ 127
Section 4. Copies: ............................................................................................................... 127

ARTICLE 20 OTHER PROVISIONS ..................................................................................... 128
Section 1. CFL Rule: .......................................................................................................... 128
Section 2. Physically Unable to Perform: ........................................................................... 128
Section 3. Nonfootball Injury: ............................................................................................ 128
Section 4. Roster Exemption: ............................................................................................. 128
Section 5. Arena Football Players: ..................................................................................... 129

Section 6. Other Professional Leagues: ........................................................................ 130
ARTICLE 21 OFFSEASON WORKOUTS ........................................................................ 131
Section 1. Voluntary Workouts: .................................................................................... 131
Section 2. Time Periods: ................................................................................................. 131
Section 3. Payment: ......................................................................................................... 133
Section 4. Injuries: .......................................................................................................... 133
Section 5. Miscellaneous: ............................................................................................... 133
Section 6. Pre-Training Camp Period: ........................................................................... 134
Section 7. Rookie Premiere: ........................................................................................... 135
Section 8. Enforcement: .................................................................................................. 135
Section 9. Offseason Participation Contract: ................................................................. 137
ARTICLE 22 MINICAMPS ............................................................................................... 138
Section 1. Number: ......................................................................................................... 138
Section 2. Mandatory Veteran Minicamp: ..................................................................... 138
Section 3. Voluntary Veteran Minicamp: ....................................................................... 138
Section 4. Expenses: ....................................................................................................... 138
Section 5. Contact: .......................................................................................................... 139
Section 6. Injuries: .......................................................................................................... 139
Section 7. Rookie Football Development Programs and Minicamps: ............................ 139
Section 8. Films: ............................................................................................................. 139
Section 9. Enforcement: .................................................................................................. 139
Section 10. Participation Agreement: ............................................................................. 139
ARTICLE 23  PRESEASON TRAINING CAMPS .......................................................... 140
Section 1. Definition: ...................................................................................................... 140
Section 2. Room and Board: ........................................................................................... 140
Section 3. First-year Player Per Diem: ........................................................................... 140
Section 4. Veteran Per Diem: .......................................................................................... 140
Section 5. Reporting: ....................................................................................................... 140
Section 6. Conduct of Practices: ..................................................................................... 140
Section 7. Number of Preseason Games: ........................................................................ 141
Section 8. Expenses: ....................................................................................................... 141
Section 9. Definition of "Preseason Training Camp": .................................................... 141
Section 10. Films: ............................................................................................................ 141
Section 11. Enforcement: ................................................................................................ 142
ARTICLE 24 REGULAR SEASON AND POSTSEASON PRACTICES .................... 143
Section 1. Practice Rules: ............................................................................................... 143
Section 2. Bye Weeks: .................................................................................................... 143
Section 3. Enforcement: .................................................................................................. 143
Section 4. Films: ............................................................................................................. 143
ARTICLE 25 SQUAD SIZE .............................................................................................. 145
Section 1. Active List: .................................................................................................... 145
Section 2. Pre-Season: .................................................................................................... 145
Section 3. Inactive List: .................................................................................................. 145

Section 4. Active and Inactive List Limit:......................................................................145
ARTICLE 26 SALARIES......................................................................................................146
Section 1. Minimum Salaries:.............................................................................................146
Section 2. Credited Season:................................................................................................146
Section 3. Other Compensation:..........................................................................................146
Section 4. Arbitration:.......................................................................................................147
Section 5. Payment:...........................................................................................................147
Section 6. Deferred Paragraph 5:.......................................................................................147
Section 7. Copies of Contracts:...........................................................................................147
Section 8. Split Contracts:..................................................................................................147
Section 9. Funding of Deferred and Guaranteed Contracts:....................................................148
ARTICLE 27 MINIMUM SALARY BENEFIT........................................................................149
Section 1. Qualifying Players:.............................................................................................149
Section 2. Qualifying Contracts:..........................................................................................149
Section 3. Additional Compensation Rules:...........................................................................149
Section 4. Payments:..........................................................................................................150
Section 5. Reduced Salary Cap Count:..................................................................................150
Section 6. Minimum Salary Benefit Calculation:....................................................................150
Section 7. Extensions of Qualified Contracts:........................................................................150
Section 8. Terminated Qualifying Players:.............................................................................150
Section 9. Players Moving to New Club:................................................................................151
Section 10. Player Returning to Old Club:.............................................................................151
Section 11. Players with Expired Contract:............................................................................152
Section 12. Guarantees:.....................................................................................................152
Section 13. Termination Pay:..............................................................................................152
Section 14. No Benefit for Non-Qualifying Contracts:.............................................................152
ARTICLE 28 PERFORMANCE-BASED POOL........................................................................153
Section 1. Creation Of Fund:..............................................................................................153
Section 2. Amount of Fund:................................................................................................153
Section 3. Mandatory Distribution Each Year:.......................................................................153
Section 4. Qualifying Players:.............................................................................................153
Section 5. Methodology:.....................................................................................................153
Section 6. Corrections:.......................................................................................................154
ARTICLE 29 WAIVERS.......................................................................................................155
Section 1. Release:............................................................................................................155
Section 2. Contact:............................................................................................................155
Section 3. Ineligibility:......................................................................................................155
Section 4. Notice of Termination:........................................................................................155
Section 5. NFLPA's Right to Personnel Information:................................................................155
Section 6. Rosters:............................................................................................................156
Section 7. Procedural Recall Waivers:..................................................................................156
ARTICLE 30 TERMINATION PAY........................................................................................157
Section 1. Eligibility:.........................................................................................................157

Section 2. Regular Season Signings: .................................................................. 157
Section 3. Ineligibility For Termination Pay: ................................................... 157

ARTICLE 31 ADDITIONAL REGULAR SEASON GAMES ................................... 158

ARTICLE 32 EXPANSION ........................................................................................ 159
Section 1. Veteran Allocation: ............................................................................ 159
Section 2. Additional Compensatory Picks: ...................................................... 159
Section 3. Rookie Compensation Pool Adjustment: ......................................... 159
Section 4. Relocation Bonus: .............................................................................. 159

ARTICLE 33 PRACTICE SQUADS ......................................................................... 160
Section 1. Practice Squads: .................................................................................. 160
Section 2. Signing With Other Clubs: ................................................................ 160
Section 3. Salary: .................................................................................................. 161
Section 4. Eligibility: ........................................................................................... 161
Section 5. Active List: .......................................................................................... 161
Section 6. Contagious Disease Addendum: ........................................................ 161

ARTICLE 34 MEAL ALLOWANCE ........................................................................ 164
Section 1. Reimbursement: .................................................................................. 164
Section 2. Travel Day: .......................................................................................... 164

ARTICLE 35 DAYS OFF ........................................................................................... 165
Section 1. Preseason: ............................................................................................ 165
Section 2. Regular Season and Postseason: ....................................................... 165
Section 3. Requirements: ..................................................................................... 165
Section 4. Regular Season Bye Weeks: ............................................................... 165

ARTICLE 36 MOVING AND TRAVEL EXPENSES ............................................. 166
Section 1. Qualification: ...................................................................................... 166
Section 2. Moving Expenses: ............................................................................... 166
Section 3. Travel Expenses: ................................................................................. 166
Section 4. Transportation: ................................................................................... 167

ARTICLE 37 POSTSEASON PAY ............................................................................ 168
Section 1. System: ................................................................................................. 168
Section 2. Compensation: .................................................................................... 168
Section 3. Wild Card Game; Division Play-off Game: ..................................... 168
Section 4. Conference Championship; Super Bowl Game: ............................... 168
Section 5. Payment: .............................................................................................. 169

ARTICLE 38 PRO BOWL GAME ............................................................................. 170
Section 1. Compensation: .................................................................................... 170
Section 2. Selection: ............................................................................................. 170
Section 3. Wives: .................................................................................................. 170
Section 4. Injury: .................................................................................................. 170
Section 5. Payment: .............................................................................................. 170
Section 6. Applicability: ....................................................................................... 170

ARTICLE 39 PLAYERS' RIGHTS TO MEDICAL CARE AND
TREATMENT ...................................................................................... 171
    Section 1. Club Physician: ............................................................ 171
    Section 2.  Club Athletic Trainers: .............................................. 172
    Section 3. Accountability and Care Committee: ......................... 172
    Section 4. Player's Right to a Second Medical Opinion: ............ 173
    Section 5. Player's Right to a Surgeon of His Choice: ............... 173
    Section 6. Standard Minimum Preseason Physical: .................... 173
    Section 7. Substance Abuse: ........................................................ 173

ARTICLE 40 ACCESS TO PERSONNEL AND MEDICAL RECORDS ............... 175
    Section 1. Personnel Records: ..................................................... 175
    Section 2. Medical Records: ......................................................... 175
    Section 3. Electronic Medical Record System: ............................ 175

ARTICLE 41 WORKERS' COMPENSATION ....................................... 176
    Section 1. Benefits: ...................................................................... 176
    Section 2. Rejection of Coverage: ............................................... 176
    Section 3. Arbitration: ................................................................. 176
    Section 4. Workers' Compensation Offset Provisions: ............... 176
    Section 5. Carve-Out: ................................................................... 179
    Section 6. Reservation of Rights: ................................................ 179

ARTICLE 42 CLUB DISCIPLINE .......................................................... 180
    Section 1. Maximum Discipline: .................................................. 180
    Section 2. Published Lists: ............................................................ 181
    Section 3. Uniformity: .................................................................. 181
    Section 4. Disputes: ...................................................................... 181
    Section 5. Deduction: .................................................................... 181
    Section 6. NFL Drug and Steroid Policies: ................................. 182
    Section 7. Cumulative Fines: ........................................................ 182
    Section 8. Offset of Preseason Fine Amounts: ............................ 182
    Section 9. Effective Date: ............................................................. 183

ARTICLE 43 NON-INJURY GRIEVANCE .............................................. 187
    Section 1. Definition: ................................................................... 187
    Section 2. Initiation: .................................................................... 187
    Section 3. Filing: .......................................................................... 187
    Section 4. Ordinary and Expedited Appeal: ................................ 187
    Section 5. Discovery and Prehearing Procedures: ...................... 188
    Section 6. Arbitration Panel: ....................................................... 189
    Section 7. Hearing: ....................................................................... 189
    Section 8. Arbitrator's Decision and Award: ............................... 190
    Section 9. Time Limits: ................................................................ 190
    Section 10. Representation: .......................................................... 191
    Section 11. Costs: ......................................................................... 191
    Section 12. Payment: .................................................................... 191

Section 13. Grievance Settlement Committee:................................................................ 191
Section 14. Standard Grievance Correspondence: ......................................................... 191

ARTICLE 44 INJURY GRIEVANCE ................................................................................ 193
Section 1. Definition: ...................................................................................................... 193
Section 2. Filing: ............................................................................................................. 193
Section 3. Answer: ........................................................................................................... 193
Section 4. Neutral Physician: ........................................................................................ 194
Section 5. Neutral Physician List: ................................................................................ 195
Section 6. Appeal: ........................................................................................................... 195
Section 7. Arbitration Panel: ......................................................................................... 195
Section 8. Hearing: ......................................................................................................... 196
Section 9. Expenses: ....................................................................................................... 197
Section 10. Pension Credit: ........................................................................................... 198
Section 11. Payment: ...................................................................................................... 198
Section 12. Presumption of Fitness: ............................................................................. 198
Section 13. Playoff Money: ............................................................................................ 198
Section 14. Information Exchange: ............................................................................... 199
Section 15. Discovery: .................................................................................................... 199
Section 16. Grievance Settlement Committee: ............................................................ 199
Section 17. Settlement Agreements: ............................................................................. 199
Section 18. Standard Grievance Correspondence: ...................................................... 199

ARTICLE 45 INJURY PROTECTION ............................................................................ 200
Section 1. Qualification: ................................................................................................. 200
Section 2. Benefit: ........................................................................................................... 200
Section 3. Disputes: ........................................................................................................ 201
Section 4. Extended Injury Protection Qualification: ................................................. 201
Section 5. Extended Injury Protection Benefit: ........................................................... 201
Section 6. Extended Injury Protection Disputes: ........................................................ 202
Section 7. Workers' Compensation Offset: .................................................................. 202
Section 8. Filing: ............................................................................................................. 203
Section 9. Costs: ............................................................................................................. 203

ARTICLE 46 COMMISSIONER DISCIPLINE ............................................................. 204
Section 1. League Discipline: ......................................................................................... 204
Section 2. Hearings: ........................................................................................................ 204
Section 3. Time Limits: ................................................................................................... 205
Section 4. One Penalty: ................................................................................................... 206
Section 5. Fine Money: ................................................................................................... 206

ARTICLE 47 UNION SECURITY ................................................................................... 207
Section 1. Union Security: .............................................................................................. 207
Section 2. Check-off: ....................................................................................................... 207
Section 3. NFLPA Meetings: .......................................................................................... 207
Section 4. NFLPA Player Group Licensing Program: ................................................. 207
Section 5. Disputes: ........................................................................................................ 208

Section 6. Procedure for Enforcement: ........................................................................ 208
Section 7. NFLPA Responsibility: .............................................................................. 209
Section 8. Orientations: .............................................................................................. 209
Section 9. Rookie Symposium: ................................................................................... 209

ARTICLE 48 NFLPA AGENT CERTIFICATION ............................................... 210
Section 1. Exclusive Representation: ........................................................................... 210
Section 2. Enforcement: .............................................................................................. 210
Section 3. Penalty: ....................................................................................................... 210

ARTICLE 49 PLAYER SECURITY ......................................................................... 212
Section 1. No Discrimination: ..................................................................................... 212
Section 2. Personal Appearance: ................................................................................. 212

ARTICLE 50 COMMITTEES ..................................................................................... 213
Section 1. Joint Committee: ........................................................................................ 213
Section 2. Competition Committee: ............................................................................ 214

ARTICLE 51 MISCELLANEOUS .............................................................................. 215
Section 1. Endorsements: ............................................................................................ 215
Section 2. Player Attire: .............................................................................................. 215
Section 3. Appearances: ............................................................................................... 216
Section 4. Promotion: .................................................................................................. 216
Section 5. Deduction: ................................................................................................... 216
Section 6. Public Statements: ...................................................................................... 216
Section 7. Address: ....................................................................................................... 216
Section 8. NFLPA Tickets: .......................................................................................... 216
Section 9. Player Tickets: ............................................................................................ 216
Section 10. Tests: .......................................................................................................... 217
Section 11. League Security: ........................................................................................ 217
Section 12. Career Planning Program: ........................................................................ 217
Section 13. On-Field Microphones and Sensors: ....................................................... 217
Section 14. Practice Squad Super Bowl Rings: ........................................................... 218

ARTICLE 52 PLAYER BENEFIT COSTS .............................................................. 219
Section 1. General Right of Reduction: ...................................................................... 219
Section 2. Right of Restoration: .................................................................................. 219
Section 3. Resolution of Disputes: .............................................................................. 219
Section 4. Limitations on Contributions: .................................................................... 219
Section 5. Timing: ........................................................................................................ 220

ARTICLE 53 RETIREMENT PLAN .......................................................................... 221
Section 1. Maintenance and Definitions: .................................................................... 221
Section 2. Contributions: ............................................................................................. 221
Section 3. Benefit Credits: ........................................................................................... 221
Section 4. New Arbitration Procedures: ...................................................................... 222
Section 5. Annual Benefit Eligibility Audits: .............................................................. 222
Section 6. Vesting Requirements: ................................................................................ 222

ARTICLE 54 SECOND CAREER SAVINGS PLAN .................................................... 223
   Section 1. Maintenance: ................................................................................ 223
   Section 2. Contributions: .............................................................................. 223

ARTICLE 55 PLAYER ANNUITY PLAN ............................................................... 225
   Section 1. Establishment: .............................................................................. 225
   Section 2. Contributions: .............................................................................. 225
   Section 3. Timing: ......................................................................................... 225
   Section 4. Structure: ...................................................................................... 225
   Section 5. New Tax-Qualified Portion: ......................................................... 226
   Section 6. NFL Player Annuity & Insurance Company Net Worth: .............. 226

ARTICLE 56 TUITION ASSISTANCE PLAN ........................................................ 227
   Section 1. Maintenance: ................................................................................ 227
   Section 2. Eligibility: .................................................................................... 227
   Section 3. Reimbursement: ........................................................................... 228
   Section 4. Administration: ............................................................................ 228

ARTICLE 57 LEGACY BENEFIT ......................................................................... 229
   Section 1.  Establishment: ............................................................................ 229
   Section 2. Benefit: ........................................................................................ 229
   Section 3. Cost: ............................................................................................. 229

ARTICLE 58 88 BENEFIT .................................................................................... 230
   Section 1. Establishment: .............................................................................. 230
   Section 2. Dementia Benefits: ....................................................................... 230
   Section 3. Funding: ....................................................................................... 231
   Section 4. Term: ............................................................................................ 231
   Section 5. Committee: ................................................................................... 231

ARTICLE 59 GROUP INSURANCE ..................................................................... 232
   Section 1. Maintenance: ................................................................................ 232
   Section 2. Extended Post-Career Medical And Dental Benefits: .................. 233
   Section 3. Limitations And Rules For Extended Insurance: .......................... 234
   Section 4. Administration: ............................................................................ 234

ARTICLE 60 SEVERANCE PAY ........................................................................... 235
   Section 1. Eligibility and Maintenance: ........................................................ 235
   Section 2. Amount: ........................................................................................ 235
   Section 3. Payment: ....................................................................................... 235
   Section 4. Second Payment: .......................................................................... 235
   Section 5. Payable to Survivor: ..................................................................... 235
   Section 6. Administration: ............................................................................ 236
   Section 7. Nonassignability: ......................................................................... 236

ARTICLE 61 NFL PLAYER DISABILITY PLAN ................................................. 237
   Section 1. Maintenance: ................................................................................ 237
   Section 2. New Disability Benefits: .............................................................. 237
   Section 3. Increase in Benefit Amounts: ....................................................... 239

Section 4. Continuation of Benefits Following Term of Agreement:............................ 239
Section 5. Improvements: ..................................................................................... 240

ARTICLE 62 LONG TERM CARE INSURANCE PLAN ........................................... 241
Section 1. Eligibility and Maintenance: ................................................................. 241
Section 2. Benefits:............................................................................................... 241
Section 3. Limitations: .......................................................................................... 241
Section 4. Plan Benefits Primary: .......................................................................... 241
Section 5. Administration:...................................................................................... 241

ARTICLE 63 GENE UPSHAW NFL PLAYER HEALTH
REIMBURSEMENT ACCOUNT .............................................................................. 242
Section 1. Establishment: ...................................................................................... 242
Section 2. Contributions:....................................................................................... 242
Section 3. Eligibility:............................................................................................. 242
Section 4. Health Reimbursement Accounts:........................................................... 242
Section 5. Payments from Health Reimbursement Accounts:..................................... 243
Section 6. Structure: .............................................................................................. 244
Section 7. Plan Operation in Post-Expiration Years:................................................ 244

ARTICLE 64 FORMER PLAYER LIFE IMPROVEMENT PLAN ........................... 245
Section 1. Eligibility and Maintenance: ................................................................. 245
Section 2. Administration:...................................................................................... 246
Section 3. NFLPA Review: ..................................................................................... 246

ARTICLE 65 NEURO-COGNITIVE DISABILITY BENEFIT................................. 247
Section 1. Establishment: ...................................................................................... 247
Section 2. Eligibility:............................................................................................. 247
Section 3. Benefit:................................................................................................. 247
Section 4. Special Committee: ............................................................................... 248
Section 5. Effect of Eligibility for Subsequent Disability Benefits: ............................ 248

ARTICLE 66 BENEFITS ARBITRATOR.................................................................. 249
Section 1. Selection:.............................................................................................. 249
Section 2. Compensation:....................................................................................... 249
Section 3.  Role: .................................................................................................... 249

ARTICLE 67 RETENTION OF BENEFITS .............................................................. 251

ARTICLE 68 MUTUAL RESERVATION OF RIGHTS: LABOR
EXEMPTION............................................................................................................. 252
Section 1. Rights Under Law: ................................................................................ 252

ARTICLE 69 DURATION OF AGREEMENT ......................................................... 253
Section 1. Effective Date/Expiration Date:.............................................................. 253

ARTICLE 70 GOVERNING LAW AND PRINCIPLES............................................ 254
Section 1. Governing Law:..................................................................................... 254
Section 2. Parol Evidence:..................................................................................... 254
Section 3. Mutual Drafting:.................................................................................... 254

Section 4. Headings: ................................................................................................. 254
Section 5. Binding Effect: ........................................................................................ 254
Section 6. Authorization: .......................................................................................... 254
Section 7. Appendices and Exhibits: ....................................................................... 254
Section 8. Time Periods: ........................................................................................... 254
Section 9. Modification: ............................................................................................ 254
Section 10. Delivery of Documents: ........................................................................ 254

APPENDIX A NFL PLAYER CONTRACT ............................................................... 256

APPENDIX B FIRST REFUSAL OFFER SHEET ...................................................... 265

APPENDIX C FIRST REFUSAL EXERCISE NOTICE ........................................... 266

APPENDIX D WAIVER OF FREE AGENT RIGHTS .............................................. 267

APPENDIX E EXAMPLES OF CAP PERCENTAGE AVERAGE
FRANCHISE AND TRANSITION TENDER CALCULATIONS ........................... 268

APPENDIX F ACCOUNTANTS' REVIEW PROCEDURES ................................... 269

APPENDIX G OFFSEASON WORKOUT RULES ................................................... 278

APPENDIX H NOTICE OF TERMINATION ........................................................... 279

APPENDIX I WRITTEN WARNING GOOD FAITH EFFORT ........................... 280

APPENDIX J PRACTICE SQUAD PLAYER CONTRACT ...................................... 281

APPENDIX K STANDARD MINIMUM PRESEASON PHYSICAL
EXAMINATION ............................................................................................................ 291

APPENDIX L INJURY SETTLEMENT ...................................................................... 294

APPENDIX M CHECK-OFF AUTHORIZATION FOR NFLPA
DEDUCTIONS ............................................................................................................... 296

APPENDIX N ACTUARIAL ASSUMPTIONS AND ACTUARIAL COST
METHOD ........................................................................................................................ 297

APPENDIX O HEALTH REIMBURSEMENT PLAN ACTUARIAL
ASSUMPTIONS AND FUNDING ............................................................................. 300

## ARTICLE 46
## COMMISSIONER DISCIPLINE

*Section 1.* **League Discipline:** Notwithstanding anything stated in Article 43:

(a)     All disputes involving a fine or suspension imposed upon a player for conduct on the playing field (other than as described in Subsection (b) below) or involving action taken against a player by the Commissioner for conduct detrimental to the integrity of, or public confidence in, the game of professional football, will be processed exclusively as follows: the Commissioner will promptly send written notice of his action to the player, with a copy to the NFLPA. Within three (3) business days following such written notification, the player affected thereby, or the NFLPA with the player's approval, may appeal in writing to the Commissioner.

(b)     Fines or suspensions imposed upon players for unnecessary roughness or unsportsmanlike conduct on the playing field with respect to an opposing player or players shall be determined initially by a person appointed by the Commissioner after consultation concerning the person being appointed with the Executive Director of the NFLPA, as promptly as possible after the event(s) in question. Such person will send written notice of his action to the player, with a copy to the NFLPA. Within three (3) business days following such notification, the player, or the NFLPA with his approval, may appeal in writing to the Commissioner.

(c)     The Commissioner (under Subsection (a)), or the person appointed by the Commissioner under Subsection (b), shall consult with the Executive Director of the NFLPA prior to issuing, for on-field conduct, any suspension or fine in excess of $50,000.

(d)     The schedule of fines for on-field conduct will be provided to the NFLPA prior to the start of training camp in each season covered under this Agreement. The 2011 schedule of fines, which has been provided to and accepted by the NFLPA, shall serve as the basis of discipline for the infractions indentified on that schedule. The designated minimum fine amounts will increase by 5% for the 2012 League Year, and each League Year thereafter during the term of this Agreement. Where circumstances warrant, including, but not limited to, infractions that were flagrant and gratuitous, larger fines, suspension or other discipline may be imposed. On appeal, a player may assert, among other defenses, that any fine should be reduced because it is excessive when compared to the player's expected earnings for the season in question. However, a fine may be reduced on this basis only if it exceeds 25 percent of one week of a player's salary for a first offense, and 50 percent of one week of a player's salary for a second offense. A player may also argue on appeal that the circumstances do not warrant his receiving a fine above the amount stated in the schedule of fines.

*Section 2.* **Hearings:**

(a)     **Hearing Officers.** For appeals under Section 1(a) above, the Commissioner shall, after consultation with the Executive Director of the NFLPA, appoint one or more designees to serve as hearing officers. For appeals under Section 1(b) above, the parties shall, on an annual basis, jointly select two (2) or more designees to serve as hearing officers. The salary and reasonable expenses for the designees' services shall be

shared equally by the NFL and the NFLPA. Notwithstanding the foregoing, the Commissioner may serve as hearing officer in any appeal under Section 1(a) of this Article at his discretion.

(b)    **Representation.** In any hearing provided for in this Article, a player may be accompanied by counsel of his choice. The NFLPA and NFL have the right to attend all hearings provided for in this Article and to present, by testimony or otherwise, any evidence relevant to the hearing.

(c)    **Telephone Hearings.** Upon agreement of the parties, hearings under this Article may be conducted by telephone conference call or videoconference.

(d)    **Decision.** As soon as practicable following the conclusion of the hearing, the hearing officer will render a written decision which will constitute full, final and complete disposition of the dispute and will be binding upon the player(s), Club(s) and the parties to this Agreement with respect to that dispute. Any discipline imposed pursuant to Section 1(b) may only be affirmed, reduced, or vacated by the hearing officer, and may not be increased.

(e)    **Costs.** Unless the Commissioner determines otherwise, each party will bear the cost of its own witnesses, counsel and other expenses associated with the appeal.

(f)    **Additional Procedures for Appeals Under Section 1(a).**

(i)    **Scheduling.** Appeal hearings under Section 1(a) will be scheduled to commence within ten (10) days following receipt of the notice of appeal, except that hearings on suspensions issued during the playing season (defined for this Section as the first preseason game through the Super Bowl) will be scheduled for the second Tuesday following the receipt of the notice of appeal, with the intent that the appeal shall be heard no fewer than eight (8) days and no more than thirteen (13) days following the suspension, absent mutual agreement of the parties or a finding by the hearing officer of extenuating circumstances. If unavailability of counsel is the basis for a continuance, a new hearing shall be scheduled on or before the Tuesday following the orignal hearing date, without exception.

(ii)    **Discovery.** In appeals under Section 1(a), the parties shall exchange copies of any exhibits upon which they intend to rely no later than three (3) calendar days prior to the hearing. Failure to timely provide any intended exhibit shall preclude its introduction at the hearing.

(iii)    **Record; Posthearing Briefs.** Unless the parties agree otherwise, all hearings conducted under Section 1(a) of this Article shall be transcribed. Posthearing briefs will not be permitted absent agreement of the NFL and NFLPA or the request of the hearing officer. If permitted, such briefs shall be limited to five pages (single-spaced) and must be filed no later than three (3) business days following the conclusion of the hearing.

*Section 3.* **Time Limits:** Each of the time limits set forth in this Article may be extended by mutual agreement of the parties or by the hearing officer upon appropriate motion.

***Section 4.*** **One Penalty:** The Commissioner and a Club will not both discipline a player for the same act or conduct. The Commissioner's disciplinary action will preclude or supersede disciplinary action by any Club for the same act or conduct.

***Section 5.*** **Fine Money:**

(a)      Fines will be deducted at the rate of no more than $2,500 from each pay period, if sufficient pay periods remain; or, if less than sufficient pay periods remain, the fine will be deducted in equal installments over the number of remaining pay periods. For the 2016–2020 League Years, the amount will increase from a rate of $2,500 to $3,500 from each pay period.

(b)      For any fine imposed upon a player under Section 1(b), no amount of the fine will be withheld from the player's pay pending the outcome of the appeal, except that if: (i) the fine is imposed on or after the thirteenth (13th) week of the regular season; (ii) the player or the NFLPA does not timely appeal; or (iii) the hearing on a fine imposed for conduct occurring through the thirteenth (13th) week of the regular season is delayed by the player or the NFLPA for any reason beyond the time provided for in Section 2(b) of this Article, the full amount of the fine shall be promptly collected.

(c)      Unless otherwise agreed by the parties., fine money collected pursuant to this Article shall be allocated as follows: 50% to the Players Assistance Trust and 50% to charitable organizations jointly determined by the NFL and the NFLPA. In the absence of said joint determination, the NFL and the NFLPA shall each determine a charitable organization or organizations to which half of the second 50% shall be allocated.

## APPENDIX A
## NFL PLAYER CONTRACT

THIS CONTRACT is between_____, here-inafter "Player," and _____, a _____corporation (limited partnership) (partnership), hereinafter "Club," operating under the name of the _____ as a member of the National Football League, hereinafter "League." In consideration of the promises made by each to the other, Player and Club agree as follows:

1. TERM. This contract covers _____ football season(s), and will begin on the date of execution or March 1, _____, whichever is later, and end on February 28 or 29, _____, unless extended, terminated, or renewed as specified elsewhere in this contract.

2. EMPLOYMENT AND SERVICES. Club employs Player as a skilled football player. Player accepts such employment. He agrees to give his best efforts and loyalty to the Club, and to conduct himself on and off the field with appropriate recognition of the fact that the success of professional football depends largely on public respect for and approval of those associated with the game. Player will report promptly for and partici-pate fully in Club's official mandatory minicamp(s), official preseason training camp, all Club meetings and practice sessions, and all preseason, regular season and postseason football games scheduled for or by Club. If invited, Player will practice for and play in any all-star football game sponsored by the League. Player will not participate in any football game not sponsored by the League unless the game is first approved by the League.

3. OTHER ACTIVITIES. Without prior written consent of the Club, Player will not play football or engage in activities related to football otherwise than for Club or engage in any activity other than football which may involve a significant risk of personal injury. Player represents that he has special, exceptional and unique knowledge, skill, ability, and experience as a football player, the loss of which cannot be estimated with any certainty and cannot be fairly or adequately compensated by damages. Player therefore agrees that Club will have the right, in addition to any other right which Club may possess, to enjoin Player by appropriate proceedings from playing football or engaging in football-related activities other than for Club or from engaging in any activity other than football which may involve a significant risk of personal injury.

4. PUBLICITY AND NFLPA GROUP LICENSING PROGRAM.

       (a)    Player hereby grants to Club and the League, separately and together, the right and authority to use, and to authorize others to use solely as described below, his name, nickname, initials, likeness, image, picture, photograph, animation, persona, auto-graph/signature (including facsimiles thereof), voice, biographical information and/or any and all other identifying characteristics (collectively, "Publicity Rights"), for any and all uses or purposes that publicize and promote NFL Football, the League or any of its

256

member clubs in any way in any and all media or formats, whether analog, digital or other, now known or hereafter developed, including, but not limited to, print, tape, disc, computer file, radio, television, motion pictures, other audio-visual and audio works, Internet, broadband platforms, mobile platforms, applications, and other distribution platforms. Without limiting the foregoing, this grant includes the right to use Player's Publicity Rights for the purpose of publicizing and promoting the following aspects of NFL Football, the League and/or any of its member clubs: brands, games, ticket sales, game broadcasts and telecasts, programming focused on the NFL, one or more NFL clubs and/or their games and events (e.g., coaches shows, highlight based shows such as *Inside the NFL*, behind-the-scenes programming such as *Hard Knocks*), other NFL-related media offerings (e.g., branded content segments featuring NFL game footage and other programming enhancements), media distribution platforms (e.g., NFL.com, NFL Mobile, NFL Network), official events (e.g., NFL Kickoff, NFL Draft), officially sanctioned awards programs (e.g., Rookie of the Year), and public service or community oriented initiatives (e.g., Play60). For purposes of clarity, the foregoing grant of rights includes the right and authority to use, and to authorize affiliates or business partners to use, after the term of this Agreement any Publicity Rights fixed in a tangible medium (e.g., filmed, photographed, recorded or otherwise captured) during the term of this Agreement solely for the purposes described herein. Notwithstanding anything to the contrary, the foregoing grant does not confer, during or after the term of this Agreement, any right or authority to use Player's Publicity Rights in a manner that constitutes any endorsement by Player of a third-party brand, product or service ("Endorsement"). For purposes of clarity, and without limitation, it shall not be an Endorsement for Club or the League to use, or authorize others to use, including, without limitation, in third party advertising and promotional materials, footage and photographs of Player's participation in NFL games or other NFL events that does not unduly focus on, feature, or highlight, Player in a manner that leads the reasonable consumer to believe that Player is a spokesperson for, or promoter of, a third-party commercial product or service.

Player will cooperate with the news media, and will participate upon request in reasonable activities to promote the Club and the League.

Player and National Football League Players Association, including any of its affiliates ("NFLPA") do not and will not contest during or after the term of this agreement, and this hereby confirms their acknowledgment of, the exclusive rights of the League, Club and any NFL member club (i) to telecast, broadcast, or otherwise distribute, transmit or perform, on a live, delayed, or archived basis, in any and all media now known or hereafter developed, any NFL games or any excerpts thereof and (ii) to produce, license, offer for sale, sell, market, or otherwise distribute or perform (or authorize a third party to do any of the foregoing), on a live, delayed, or archived basis, any NFL games or any excerpts thereof, in any and all media now known or hereafter developed, including, but not limited to, packaged or other electronic or digital media.

Nothing herein shall be construed to grant any Publicity Rights for use in licensed consumer products, whether traditional or digital (e.g., video games, trading cards, apparel), other than such products that constitute programming (as described herein) or news and information offerings regardless of medium (e.g., DVDs, digital highlight offerings).

(b)     Player hereby assigns the NFLPA and its licensing affiliates, if any, the exclusive and unlimited right to use, license and sublicense the right to use his name, nickname, initials, autograph/signature (including facsimiles), voice, picture, photograph, animation, image, likeness, persona, jersey number, statistics, data, copyrights, biographical information and/or other personal indicia (individually and collectively, "Rights") for use in connection with any product, brand, service, appearance, product line or other commercial use and any sponsorship, endorsement or promotion thereof, when more than five (5) NFL player Rights are involved, regardless of team affiliation and whether that number is reached using player Rights simultaneously or individually, in any form, media, or medium (now known or hereafter developed) during a consecutive 12-month period (a "group licensing program"). For sponsorships, endorsements, and promotions, group licensing programs are further defined as those: (a) in any one product category, as defined by industry standards; or (b) in different categories if the products all use similar or derivative design or artwork, or one player product is used to promote another player product.

The Rights may also be used for the promotion of the NFLPA, its affiliated entities and/or its designees (the "NFLPA Entities"), provided such promotion does not constitute an endorsement by Player of a commercial product not a part of a group licensing program. Player agrees to participate, upon request of the NFLPA and without additional compensation, in reasonable activities to promote the NFLPA Entities, which shall include (i) up to three (3) personal appearances per year or (ii) up to fifteen (15) minutes per week dedicated to promoting the NFLPA Entities. Player retains the right to grant permission to others to utilize his Rights if that individual or entity is not concurrently utilizing the Rights of five (5) or more other NFL players for any commercial purpose whatsoever. If Player's inclusion in an NFLPA program is precluded by an individual exclusive endorsement agreement, and Player provides the NFLPA with immediate written notice of that preclusion, the NFLPA agrees to exclude Player from that particular program. Should Player fail to perform any of his obligations hereunder, the NFLPA may withhold payments owed to Player, if any, in connection with this Group Licensing Assignment.

In consideration for this assignment of rights, the NFLPA agrees to use the revenues it receives from group licensing programs to support the objectives as set forth in the Bylaws of the NFLPA and as otherwise determined by the NFLPA Board. The NFLPA further agrees to use reasonable efforts to promote the use of NFL player Rights in group licensing programs, to provide group licensing opportunities to all NFL players, and to monitor and police unauthorized third-party use of the Rights. The NFLPA makes no representations regarding group licensing other than those expressed herein. This agreement shall be construed under Virginia law.

The assignment in this paragraph shall expire on December 31 of the latter of (i) the third year following the execution of this contract, or (ii) the year after this contract expires, and may not be revoked, terminated or otherwise assigned in any manner by Player until such date. Neither Club nor the League is a party to the terms of this paragraph, which is included herein solely for the administrative convenience and benefit of Player and the NFLPA.

Nothing in Paragraph 4b shall be construed or deemed to modify in any way the rights set forth in Paragraph 4a, and the fact that Paragraph 4b (or any of the terms thereof) appears in the Player Contract shall not be referred to, relied upon, or otherwise cited by Player and/or the NFLPA or any of its affiliates in any dispute or legal proceeding as evidence that the NFL, any NFL entity, any Club or Club Affiliate, or any licensee of any of the foregoing has consented, agreed, acknowledged, or does not contest the applicability or interpretation of Paragraph 4b.

5. COMPENSATION. For performance of Player's services and all other promises of Player, Club will pay Player a yearly salary as follows:

| | | |
|---|---|---|
| $ | /* | for the 20_____season; |
| $ | /* | for the 20_____season; |
| $ | /* | for the 20_____season; |
| $ | /* | for the 20_____season; |
| $ | /* | for the 20_____season. |

(* - designates the compensation Club will pay player if the player is not on Club's Active/Inactive List)

In addition, Club will pay Player such earned performance bonuses as may be called for in this contract; Player's necessary traveling expenses from his residence to training camp; Player's reasonable board and lodging expenses during preseason training and in connection with playing preseason, regular season, and postseason football games outside Club's home city; Player's necessary traveling expenses to and from preseason, regular season, and postseason football games outside Club's home city; Player's necessary traveling expenses to his residence if this contract is terminated by Club; and such additional compensation, benefits and reimbursement of expenses as may be called for in any collective bargaining agreement in existence during the term of this contract. (For purposes of this contract, a collective bargaining agreement will be deemed to be "in existence" during its stated term or during any period for which the parties to that agreement agree to extend it.)

6. PAYMENT. Unless this contract or any collective bargaining agreement in existence during the term of this contract specifically provides otherwise, Player will be paid 100% of his yearly salary under this contract in equal weekly or biweekly installments over the course of the applicable regular season period, commencing with the first regular season game played by Club in each season. Unless this contract specifically provides otherwise, if this contract is executed or Player is activated after the beginning of the regular season, the yearly salary payable to Player will be reduced proportionately and Player will be paid the weekly or biweekly portions of his yearly salary becoming due and payable after he is activated. Unless this contract specifically provides otherwise, if this contract is terminated after the beginning of the regular season, the yearly salary payable to Player will be reduced proportionately and Player will be paid the weekly or bi weekly portions of his yearly salary having become due and payable up to the time of termination.

7. DEDUCTIONS. Any advance made to Player will be repaid to Club, and any properly levied Club fine or Commissioner fine against Player will be paid, in cash on demand or by means of deductions from payments coming due to the Player under this contract, the amount of such deductions to be determined by Club unless this contract or any collective bargaining agreement in existence during the term of this contract specifically provides otherwise.

8. PHYSICAL CONDITION. Player represents to Club that he is and will maintain himself in excellent physical condition. Player will undergo a complete physical examination by the Club physician upon Club request, during which physical examination Player agrees to make full and complete disclosure of any physical or mental condition known to him which might impair his performance under this contract and to respond fully and in good faith when questioned by the Club physician about such condition. If Player fails to establish or maintain his excellent physical condition to the satisfaction of the Club physician, or make the required full and complete disclosure and good faith responses to the Club physician, then Club may terminate this contract.

9. INJURY. Unless this contract specifically provides otherwise, if Player is injured in the performance of his services under this contract and promptly reports such injury to the Club physician or trainer, then Player will receive such medical and hospital care during the term of this contract as the Club physician may deem necessary, and will continue to receive his yearly salary for so long, during the season of injury only and for no subsequent period covered by this contract, as Player is physically unable to perform the services required of him by this contract because of such injury. If Player's injury in the performance of his services under this contract results in his death, the unpaid balance of his yearly salary for the season of injury will be paid to his stated beneficiary, or in the absence of a stated beneficiary, to his estate.

10. WORKERS' COMPENSATION. Any compensation paid to Player under this contract or under any collective bargaining agreement in existence during the term of this contract for a period during which he is entitled to workers' compensation benefits by reason of temporary total, permanent total, temporary partial, or permanent partial disability will be deemed an advance payment of workers' compensation benefits due Player, and Club will be entitled to be reimbursed the amount of such payment out of any award of workers' compensation.

11. SKILL, PERFORMANCE AND CONDUCT. Player understands that he is competing with other players for a position on Club's roster within the applicable player limits. If at any time, in the sole judgment of Club, Player's skill or performance has been unsatisfactory as compared with that of other players competing for positions on Club's roster, or if Player has engaged in personal conduct reasonably judged by Club to adversely affect or reflect on Club, then Club may terminate this contract. In addition, during the period any salary cap is legally in effect, this contract may be terminated if, in Club's opinion, Player is anticipated to make less of a contribution to Club's ability to

compete on the playing field than another player or players whom Club intends to sign or attempts to sign, or another player or players who is or are already on Club's roster, and for whom Club needs room.

12. TERMINATION. The rights of termination set forth in this contract will be in addition to any other rights of termination allowed either party by law. Termination will be effective upon the giving of written notice, except that Player's death, other than as a result of injury incurred in the performance of his services under this contract, will automatically terminate this contract. If this contract is terminated by Club and either Player or Club so requests, Player will promptly undergo a complete physical examination by the Club physician.

13. INJURY GRIEVANCE. Unless a collective bargaining agreement in existence at the time of termination of this contract by Club provides otherwise, the following Injury Grievance procedure will apply: If Player believes that at the time of termination of this contract by Club he was physically unable to perform the services required of him by this contract because of an injury incurred in the performance of his services under this contract, Player may, within 60 days after examination by the Club physician, submit at his own expense to examination by a physician of his choice. If the opinion of Player's physician with respect to his physical ability to perform the services required of him by this contract is contrary to that of the Club's physician, the dispute will be submitted within a reasonable time to final and binding arbitration by an arbitrator selected by Club and Player or, if they are unable to agree, one selected in accordance with the procedures of the American Arbitration Association on application by either party.

14. RULES. Player will comply with and be bound by all reasonable Club rules and regulations in effect during the term of this contract which are not inconsistent with the provisions of this contract or of any collective bargaining agreement in existence during the term of this contract. Player's attention is also called to the fact that the League functions with certain rules and procedures expressive of its operation as a joint venture among its member clubs and that these rules and practices may affect Player's relationship to the League and its member clubs independently of the provisions of this contract.

15. INTEGRITY OF GAME. Player recognizes the detriment to the League and professional football that would result from impairment of public confidence in the honest and orderly conduct of NFL games or the integrity and good character of NFL players. Player therefore acknowledges his awareness that if he accepts a bribe or agrees to throw or fix an NFL game; fails to promptly report a bribe offer or an attempt to throw or fix an NFL game; bets on an NFL game; knowingly associates with gamblers or gambling activity; uses or provides other players with stimulants or other drugs for the purpose of attempting to enhance on-field performance; or is guilty of any other form of conduct reasonably judged by the League Commissioner to be detrimental to the League or professional football, the Commissioner will have the right, but only after giving Player the opportunity for a hearing at which he may be represented by counsel of his choice, to

fine Player in a reasonable amount; to suspend Player for a period certain or indefinitely; and/or to terminate this contract.

16. EXTENSION. Unless this contract specifically provides otherwise, if Player becomes a member of the Armed Forces of the United States or any other country, or retires from professional football as an active player, or otherwise fails or refuses to perform his services under this contract, then this contract will be tolled between the date of Player's induction into the Armed Forces, or his retirement, or his failure or refusal to perform, and the later date of his return to professional football. During the period this contract is tolled, Player will not be entitled to any compensation or benefits. On Player's return to professional football, the term of this contract will be extended for a period of time equal to the number of seasons (to the nearest multiple of one) remaining at the time the contract was tolled. The right of renewal, if any, contained in this contract will remain in effect until the end of any such extended term.

17. ASSIGNMENT. Unless this contract specifically provides otherwise, Club may assign this contract and Player's services under this contract to any successor to Club's franchise or to any other Club in the League. Player will report to the assignee Club promptly upon being informed of the assignment of his contract and will faithfully perform his services under this contract. The assignee club will pay Player's necessary traveling expenses in reporting to it and will faithfully perform this contract with Player.

18. FILING. This contract will be valid and binding upon Player and Club immediately upon execution. A copy of this contract, including any attachment to it, will be filed by Club with the League Commissioner within 10 days after execution. The Commissioner will have the right to disapprove this contract on reasonable grounds, including but not limited to an attempt by the parties to abridge or impair the rights of any other club, uncertainty or incompleteness in expression of the parties' respective rights and obligations, or conflict between the terms of this contract and any collective bargaining agreement then in existence. Approval will be automatic unless, within 10 days after receipt of this contract in his office, the Commissioner notifies the parties either of disapproval or of extension of this 10-day period for purposes of investigation or clarification pending his decision. On the receipt of notice of disapproval and termination, both parties will be relieved of their respective rights and obligations under this contract.

19. DISPUTES. During the term of any collective bargaining agreement, any dispute between Player and Club involving the interpretation or application of any provision of the NFL collective bargaining agreement or this contract will be submitted to final and binding arbitration in accordance with the procedure called for in any collective bargaining agreement in existence at the time the event giving rise to any such dispute occurs.

20. NOTICE. Any notice, request, approval or consent under this contract will be sufficiently given if in writing and delivered in person or mailed (certified or first class) by

one party to the other at the address set forth in this contract or to such other address as the recipient may subsequently have furnished in writing to the sender.

21. OTHER AGREEMENTS. This contract, including any attachment to it, sets forth the entire agreement between Player and Club and cannot be modified or supplemented orally. Player and Club represent that no other agreement, oral or written, except as attached to or specifically incorporated in this contract, exists between them. The provisions of this contract will govern the relationship between Player and Club unless there are conflicting provisions in any collective bargaining agreement in existence during the term of this contract, in which case the provisions of the collective bargaining agreement will take precedence over conflicting provisions of this contract relating to the rights or obligations of either party.

22. LAW. This contract is made under and shall be governed by the laws of the State of _____.

23. WAIVER AND RELEASE. Player waives and releases: (i) any claims relating to the 2011 lockout; (ii) any antitrust claims relating to the Draft, restrictions on free agency, franchise player designations, transition player designations, the Entering Player Pool, the Rookie Compensation Pool, or any other term or condition of employment relating to conduct engaged in prior to the date of this Agreement; and (iii) any claims relating to conduct engaged in pursuant to the express terms of any collective bargaining agreement during the term of any such agreement. This waiver and release also extends to any conduct engaged in pursuant to the express terms of the Stipulation and Settlement Agreement in *White*. This waiver and release does not waive any rights player may have to commence a grievance under the 2006 CBA or to commence a grievance or other arbitration under the 2011 CBA.

24. OTHER PROVISIONS.
   (a)      Each of the undersigned hereby confirms that (i) this contract, renegotiation, extension or amendment sets forth all components of the player's remuneration for playing professional football (whether such compensation is being furnished directly by the Club or by a related or affiliated entity); and (ii) there are not undisclosed agreements of any kind, whether express or implied, oral or written, and there are no promises, undertakings, representations, commitments, inducements, assurances of intent, or understandings of any kind that have not been disclosed to the NFL involving consideration of any kind to be paid, furnished or made available to Player or any entity or person owned or controlled by, affiliated with, or related to Player, either during the term of this contract or thereafter.
   (b)      Each of the undersigned further confirms that, except insofar as any of the undersigned may describe in an addendum to this contract, to the best of their knowledge, no conduct in violation of the Anti-Collusion rules took place with respect to this contract. Each of the undersigned further confirms that nothing in this contract is designed or intended to defeat or circumvent any provisions of the collective bargaining agreement dated August 4, 2011, including but not limited to the Rookie Compensation

Pool and Salary Cap provisions; however, any conduct permitted by that Agreement shall not be considered a violation of this confirmation.

(c)     PERFORMANCE-BASED PAY. Player's attention is called to the fact that he may be entitled to Performance-Based Pay in accordance with the procedures outlined in Article 28, and that his eligibility for such pay is based on a formula that takes into account his playtime percentage and compensation

25. SPECIAL PROVISIONS. THIS CONTRACT is executed in six (6) copies. Player acknowledges that before signing this contract he was given the opportunity to seek advice from or be represented by persons of his own selection.

---

| | ` |
|---|---|
| PLAYER | CLUB |
| Home Address | By |
| Telephone Number | Club Address |
| Date | Date |

PLAYER'S AGENT
_____
Address
_____
Telephone Number
_____
Date

Copy Distribution:
|  |  |
|---|---|
| White-League Office | Yellow-Player |
| Green-Member Club | Blue-Management Council |
| Gold-NFLPA | Pink-Player Agent |