```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,
                     Plaintiff(s),

      - against -

NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,
                     Defendant(s).
------------------------------------------------------------x

15 Cv 5916 (RMB)

**ORDER**

Based upon the record herein, the Court directs as follows:

1- While this litigation is ongoing, it is appropriate (and helpful) for all counsel and all parties in this case to tone down their rhetoric;

2- The Court greatly appreciates the Hon. Richard H. Kyle's (U.S.D.J. Minnesota) involvement in and speedy review of the National Football League Players Association case against the National Football League filed in Minnesota. See Order dated July 30, 2015, 15 cv 3168 (RHK/HB) ("The Court appreciates no 'compelling circumstances' undermining application of the first-filed rule to transfer this action from Minnesota to New York, where the first action was filed.");

3- If they have not already done so, the parties and counsel are directed **forthwith** actively to begin to pursue a mutually acceptable resolution of this case;

4- The timetable set forth in the Court's July 29, 2015 memo endorsement remains in effect. Please also see the Court's individual rules regarding motion practice. (The earth is already sufficiently scorched, in the Court's view.)

5- The Court is fully prepared to devote the time and attention necessary to help the parties resolve this case via litigation and/or by mutual consent.

Dated: New York, New York
        July 30, 2015

                                              _____
                                              **RICHARD M. BERMAN**
                                                    U.S.D.J.