AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| National Football League Management Council ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:15-cv-05916-RMB |
| National Football League Players Association ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The National Football League Players Association                              .

Date:    07/31/2015

/s/ David L. Greenspan
*Attorney's signature*

David L. Greenspan, DG7742
*Printed name and bar number*

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
*Address*

dgreenspan@winston.com
*E-mail address*

(212) 294-6700
*Telephone number*

(212) 294-4700
*FAX number*