# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
NATIONAL FOOTBALL LEAGUE                :
MANAGEMENT COUNCIL,                     :
                                        :
                Plaintiff,              :   ECF Case
                                        :
         v.                             :   Civil Action No.
                                        :   1:15-cv-05916-RMB
NATIONAL FOOTBALL LEAGUE PLAYERS        :
ASSOCIATION,                            :   CERTIFICATION AND NOTICE OF
                                        :   INTERESTED PARTIES; RULE 7.1
                Defendant.              :   DISCLOSURE STATEMENT
                                        :
                                        :
                                        :
------------------------------------------------------------ x
```

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant National Football League Players Association hereby certifies that it is a non-profit corporation organized under the laws of the Commonwealth of Virginia, that it has no parent corporation, and that no publicly held corporation owns ten percent or more of its stock.


Dated:  July 31, 2015                    /s/ Jeffrey L. Kessler

                                        Jeffrey L. Kessler (JK7891)
                                        David L. Greenspan  (DG7742)
                                        Benjamin Sokoly
                                        Jonathan J. Amoona
                                        **WINSTON & STRAWN LLP**
                                        200 Park Avenue
                                        New York, New York 10166
                                        Telephone: (212) 294-6700
                                        Facsimile: (212) 294-4700
                                        jkessler@winston.com
                                        dgreenspan@winston.com
                                        bsokoly@winston.com
                                        jamoona@winston.com

                                        *Attorneys for the NFLPA*