```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/15
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NATIONAL FOOTBALL LEAGUE            :
MANAGEMENT COUNCIL,                 :
                                    :
            Plaintiff,              :
                                    :    15 Civ. 5916 (RMB)(JCF)
      - against -                   :
                                    :    **ORDER**
NATIONAL FOOTBALL LEAGUE PLAYER'S   :
ASSOCIATION,                        :
                                    :
            Defendant.              :
------------------------------------------------------------X

------------------------------------------------------------X
NATIONAL FOOTBALL LEAGUE            :
PLAYER'S ASSOCIATION on its own behalf :
and on behalf of TOM BRADY,         :
                                    :
            Petitioner,             :
                                    :    15 Civ. 5982 (RMB)(JCF)
      - against -                   :
                                    :
NATIONAL FOOTBALL LEAGUE and        :    **ORDER**
NATIONAL FOOTBALL LEAGUE            :
MANAGEMENT COUNCIL,                 :
                                    :
            Respondents.            :
------------------------------------------------------------X

Thank you for your letter, dated July 31, 2015. I found it helpful. It is "OK" to file a public version of the answer and counterclaim as you request.

I always have considerable difficulty approving any sealed documents, given the keen public interest in these matters and the public's right to know. It's up to you whether to file any sealed motions or sealed document applications at this time.

I have two further suggestions: First, because I already have a good understanding of your positions from your submissions to date, you need only each file a 15 page double spaced

1

memo (further supporting your positions) by August 7, 2015. In the nature of a reply brief, perhaps.

Second, I am scheduling a status/settlement conference for Wednesday, August 12, 2015 at 11:00 a.m., with your principals (including, without limitation, Mr. Goodell and Mr. Brady). Let's see what we can accomplish at that conference and if there is a need for more written submissions, the August 14, 2015 submission date you propose is fine.

I am also scheduling a status/settlement/oral argument conference for Wednesday, August 19, 2015 at 10:00 a.m., again with your principals (including, without limitation, Mr. Goodell and Mr. Brady).

Please jointly confirm all dates by 3:00 p.m. on Monday, August 3, 2015, tel: (212) 805-6715.

Lastly, I request that you all engage in comprehensive, good-faith settlement discussions prior to the conference on August 12, 2015. Magistrate Judge James C. Francis, IV is available to assist you if you wish.


Dated: New York, New York
July 31, 2015

*RMB*

**RICHARD M. BERMAN, U.S.D.J.**