**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

National Football League
Mangement Council         Plaintiff,

       -against-

National Football League Players
Association              Defendant.

1:15 cv 05916    (RMB)

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I ___Andrew S. Tulumello___, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

___Tom Brady___ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

___California and the District of Columbia___ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:                                                Respectfully Submitted,

_____

Applicant Signature

Applicant's Name: Andrew S. Tulumello

Firm Name:  Gibson, Dunn & Crutcher LLP

Address:  1050 Connecticut Avenue, N.W.

City / State / Zip: Washington, D.C. 20036

Telephone / Fax: (202) 955-8657 / (202) 530-9678 (f)

E-Mail: atulumello@gibsondunn.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

National Football League
Mangement Council          Plaintiff,

            -against-

National Football League Players
Association            Defendant.

1:15 cv 05916    (RMB)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of ___Andrew S. Tulumello___, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of ___California and the District of Columbia___; and that his/her contact information is as follows (please print):

Applicant's Name: Andrew S. Tulumello

Firm Name: Gibson, Dunn & Crutcher LLP

Address: 1050 Connecticut Avenue, N.W.

City / State / Zip: Washington, DC 20036

Telephone / Fax: (202) 955-8657 / (202) 530-9678 (f)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for ___Tom Brady___ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____         _____

                                   United States District / Magistrate Judge



## Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ANDREW SANTO TULUMELLO*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that ANDREW SANTO TULUMELLO, #196484, was on the 4th day of September 1998 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 31st day of July 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____

*Anita Elmer, Deputy Clerk*



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ANDREW S. TULUMELLO

was on   **JUNE 4, 2001**   duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JULY 31, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
     Deputy Clerk

**CERTIFICATE OF SERVICE**

    I certify that on the date indicated below I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

DATED:  June 31, 2015

                                                /s/Andrew S. Tulumello
                                                Andrew S. Tulumello
                                                Gibson, Dunn & Crutcher LLP
                                                1050 Connecticut Ave., N.W.
                                                Washington, DC  20036
                                                (202) 955-8657
                                                Fax: (202) 530-9678
                                                atulumello@gibsondunn.com
                                                        *Counsel for Tom Brady*