7/25/2014 Price Changed to: $679,900 $679,900
7/29/2014 Price Changed to: $659,900 $659,900
EXT 9/15/2014 Status Changed to: Extended
9/25/2014 Price Changed to: $629,000 $629,000
EXP 1/1/2015 Status Changed to: Expired
RAC 1/7/2015 Status Changed to: Reactivated 328
Market History for Office Id: BB9115 328

Market History for this property 328

Price Change History for 71650525
226 Marina Dr U:3-6, Quincy, MA : Marina Bay 02171

Date Amount % DOM to PCG DOM of PCG

3/27/2014 Listed for: $689,900 0
6/4/2014 Price Changed to: $684,888 - $5,012 0.73% 69 69
7/25/2014 Price Changed to: $679,900 - $4,988 0.73% 51 120
7/29/2014 Price Changed to: $659,900 - $20,000 2.94% 4 124
9/25/2014 Price Changed to: $629,000 - $30,900 4.68% 58 182
Listing DOM: 328

Property DOM: 328
** Calculates and removes Offmarket activity in DOM Timeframe

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=I&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=J&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=K&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=L&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=M&o=>

**CONFIDENTIAL**

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=N&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=O&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=P&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=Q&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=R&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=S&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71650525&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802238>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71662894&o=&n=0>
MLS # 71662894 - Sold
Condo - Townhouse, Attached

219 Victory Rd - Unit 219 List Price: $659,000

Quincy, MA : Marina Bay 02171-3102 Sale Price: $655,000
Norfolk County
Unit Placement: Corner Total Rooms: 6
Unit Level: 1 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:
Directions: Victory Rad to Tilden Commons Drive, right then right again, park
behind building

Remarks

A pristine condominium at Chapman's Reach in Marina Bay. This rare "Chatham"
layout provides one level, first floor living including; living room, dining
room, kitchen, master suite, second bedroom and laundry. An additional 15 by 21
foot second floor great room with; cathedral ceiling, french doors and covered
deck is above the direct access, double attached garage. Exceptional condition
and many upgrades demonstrate substantial value. The south west corner location
ensures abundant natural light. Additional features include large living room
with bay and window seat, natural oak fireplace and built in TV above, adjacent
south facing dining area, large kitchen with granite and stainless appliances,
spacious master suite with spa bath and 8 by 10 ft walk in closet are but a few
of this home's compelling features. Beautiful setting with covered porch and
landscaped lawn and gardens. A perfect cottage alternative and a "Boston

Uncommon" Lifestyle.

Property Information

Approx. Living Area: 1956 sq. ft. ($334.87/sq. ft.) Approx. Acres: Garage
Spaces: 2 Attached, Garage Door Opener
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 2 --
Living Area Source: Owner Cool Zones: 1 Central Air, Heat Pump Levels in Unit:
2
Living Area Disclosures: excludes deck and garage
Disclosures:

Complex & Association Information

Complex Name: Chapman's Reach Condominiums Units in Complex: 153 Complete:
Yes Units Owner Occupied: 137 Source: management
Association: Yes Fee: $562 Monthly Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal, Park

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 15x18 Fireplace, Flooring - Hardwood, Window(s) - Bay/Bow/Box,
Main Level, Exterior Access, High Speed Internet Hookup, Open Floor Plan,
Recessed Lighting
Dining Room: 12x13 Flooring - Hardwood, Window(s) - Picture, Main Level, Open
Floor Plan
Family Room: 2 15x21 Ceiling - Cathedral, Ceiling Fan(s), Closet/Cabinets -
Custom Built, Flooring - Wall to Wall Carpet, Balcony / Deck, French Doors,
Cable Hookup, Exterior Access, High Speed Internet Hookup, Recessed Lighting
Kitchen: 1 10x12 Flooring - Stone/Ceramic Tile, Pantry, Countertops -
Stone/Granite/Solid, Breakfast Bar / Nook, Cabinets - Upgraded, Recessed
Lighting
Master Bedroom: 1 12x18 Bathroom - Full, Ceiling Fan(s), Closet - Linen,
Closet - Walk-in, Closet/Cabinets - Custom Built, Flooring - Hardwood, Flooring
- Stone/Ceramic Tile, Hot Tub / Spa, Main Level, Recessed Lighting
Bedroom 2: 1 11x12 Ceiling Fan(s), Flooring - Hardwood, Main Level, Recessed
Lighting
Bath 1: 1 9x12 Bathroom - Full, Bathroom - Double Vanity/Sink, Bathroom -
Tiled With Tub & Shower, Ceiling Fan(s), Closet - Walk-in, Flooring -
Stone/Ceramic Tile, Main Level, Jacuzzi / Whirlpool Soaking Tub
Bath 2: 1 7x8 Bathroom - Full, Bathroom - Tiled With Shower Stall
Laundry: 1 3x6 Dryer Hookup - Electric, Washer Hookup

Features

Area Amenities: Public Transportation, Shopping, Park, Conservation Area,
Marina
Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator, Washer,
Dryer, Refrigerator - Wine Storage
Association Pool: No

**CONFIDENTIAL**

Basement: No , --
Beach: Yes Bay, Harbor, River, Walk to
Beach Ownership: Public
Beach - Miles to: 3/10 to 1/2 Mile
Construction: Frame
Electric Features: 110 Volts
Energy Features: Insulated Windows, Insulated Doors
Exterior: Wood, Stucco
Exterior Features: Porch, Covered Patio/Deck
Flooring: Tile, Wall to Wall Carpet, Hardwood
Hot Water: Natural Gas
Insulation Features: Full
Interior Features: Security System, Intercom
Management: Professional - On Site
Pets Allowed: Yes w/ Restrictions -Other (See Remarks)
Roof Material: Asphalt/Fiberglass Shingles
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA
Utility Connections: for Gas Range, for Electric Dryer, Washer Hookup,
Icemaker Connection
Waterfront: No
Water View: No, --

Other Property Info

Adult Community: No
Elevator: No
Disclosure Declaration: No
Exclusions: Draperies and drapery rods
Facing Direction: Southwest
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Warranty Features: No
Year Built/Converted: 2000/2000
Year Built Source: Public Record
Year Built Desc: Approximate
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#12-1
Assessed: $477,000
Tax: $7088 Tax Year: 2014
Book: 25077 Page: 14
Cert:
Zoning Code: PUD
Map: Block: Lot:

**CONFIDENTIAL**

Firm Remarks

two pets, cat and/ or dog

Market Information

Listing Date: 4/18/2014 Listing Market Time: MLS# has been on for 18 day(s)
Days on Market: Property has been on the market for a total of 18 day(s)
Office Market Time: Office has listed this property for 18 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $659,000 Seller Concessions at Closing:
Off Market Date: 5/6/2014 Financing: Conv. Fixed
Sale Date: 6/30/2014
Sale Price: $655,000

Offer Date: 5/6/2014 Days to Offer: 18

Market History for 219 Victory Rd U:219, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71662894 4/18/2014 Listed for $659,000 $659,000
UAG 5/6/2014 Status Changed to: Under Agreement
SLD 7/3/2014 Status Changed to: Sold
6/30/2014 Sold for $655,000 18 18 $655,000
Market History for Office Id: BB4721 18 18 $655,000

Market History for this property 18 18 $655,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=A&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71662894&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802239>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71607979&o=&n=0>
MLS # 71607979 - Sold
Condo - Townhouse

229 Victory Rd - Unit 229 List Price: $669,000

Quincy, MA : Marina Bay 02171-3102 Sale Price: $662,000
Norfolk County
Unit Placement: Total Rooms: 6
Unit Level: 2 Bedrooms: 2
Grade School: Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: Fireplaces: 1
Outdoor Space Avail:
Handicap Access/Features:
Directions: Mapquest/GPS Ready

Remarks

MARINA BAY SHOWCASE PROPERTY – Luxury living in this Chapman's Reach
residence which offers just under 2,300 SQFT of open floor plan.The space
combined with natural light in this home is incredible.Home entry is a dramatic
two-story foyer that leads into a stunning living and dining room with
beautiful bay windows,gas fireplace and access to an exterior deck.Kitchen has
custom lighted cabinetry,granite countertops,eat-in area with breakfast bar and
impressive open views into the dining and loft rooms.Master suite is oversized
with a beautiful double vanity bathroom,jacuzzi tub,glassed shower and large
walk-in closet.Another focal point of the layout is the incredible loft area
with 16 foot ceilings, gleaming hardwood floors,windows throughout and a second
balcony. Additionally,two-car garage,pet friendly,meticulous grounds,beach
access,full service marina/boardwalk restaurants nightlife,Red Line access, Rt
93 access.

Property Information

Approx. Living Area: 2284 sq. ft. ($289.84/sq. ft.) Approx. Acres: Garage
Spaces: 2 Attached, Under, Garage Door Opener, Storage
Living Area Includes: Heat Zones: Forced Air, Gas, Unit Control Parking
Spaces: 2 On Street Permit, Common, Guest
Living Area Source: Field Card Cool Zones: Central Air, Unit Control Levels in
Unit: 2
Living Area Disclosures:
Disclosures: Ask for property website for more pictures, floor plan and
interactive room planner.

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 153 Complete: Yes Units Owner
Occupied: Source:

CONFIDENTIAL

Association: Yes Fee: $656 Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal, Park

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 2 18x14 Fireplace, Ceiling - Cathedral, Ceiling Fan(s), Flooring
- Wall to Wall Carpet, Window(s) - Bay/Bow/Box, Window(s) - Picture, Balcony /
Deck, Open Floor Plan
Dining Room: 2 18x13 Ceiling - Cathedral, Ceiling Fan(s), Flooring - Wall to
Wall Carpet, Window(s) - Picture, Balcony / Deck, Balcony - Exterior
Kitchen: 2 23x12 Ceiling - Cathedral, Closet/Cabinets - Custom Built, Flooring
- Stone/Ceramic Tile, Dining Area, Countertops - Stone/Granite/Solid, Kitchen
Island, Breakfast Bar / Nook, Cabinets - Upgraded, Open Floor Plan
Master Bedroom: 2 18x12 Bathroom - Full, Bathroom - Double Vanity/Sink,
Ceiling - Cathedral, Closet - Walk-in, Flooring - Wall to Wall Carpet, Recessed
Lighting
Bedroom 2: 2 12x12 Ceiling - Cathedral, Closet, Flooring - Wall to Wall
Carpet, Recessed Lighting
Bath 1: 2 6x9 Bathroom - Full, Bathroom - Tiled With Tub & Shower, Flooring -
Stone/Ceramic Tile, Recessed Lighting
Bath 2: 2 15x10 Bathroom - Full, Bathroom - Double Vanity/Sink, Flooring -
Stone/Ceramic Tile, Countertops - Stone/Granite/Solid, Jacuzzi / Whirlpool
Soaking Tub, Enclosed Shower - Fiberglass, Recessed Lighting
Loft: 2 14x27 Ceiling - Cathedral, Ceiling Fan(s), Flooring - Hardwood,
Window(s) - Picture, Balcony / Deck, Deck - Exterior, Open Floor Plan, Recessed
Lighting

Features

Area Amenities: Public Transportation, Park, Bike Path, Conservation Area,
Highway Access, Marina, T-Station
Appliances: Wall Oven, Dishwasher, Disposal, Microwave, Countertop Range,
Refrigerator, Freezer, Washer, Dryer
Association Pool: No
Basement: No , --
Beach: Yes
Beach - Miles to: 3/10 to 1/2 Mile
Exterior: Wood, Stucco
Exterior Features: Deck, Garden Area, Professional Landscaping
Interior Features: Security System, Intercom
Management: Professional - On Site
Pets Allowed: Yes w/ Restrictions -Pets Negotiable
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Waterfront: Yes, Ocean, Bay, Marina

Other Property Info

Disclosure Declaration: No
Exclusions:

**CONFIDENTIAL**

Lead Paint: None
UFFI: Warranty Features:
Year Built/Converted: 1999/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round:
Short Sale w/Lndr.App.Req: No
Lender Owned: No


Tax Information

Pin #: M:6076C B:75 L:U#12-6
Assessed: $619,700
Tax: $8986 Tax Year: 2013
Book: 250 Page: 160
Cert: 933421
Zoning Code: PUD
Map: Block: Lot:


Firm Remarks

**Brokers and agents must be present at first showing and/or must
pre-register their buying client for an Open House.


Market Information

Listing Date: 11/13/2013 Listing Market Time: MLS# has been on for 336 day(s)
Days on Market: Property has been on the market for a total of 336 day(s)
Office Market Time: Office has listed this property for 336 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $682,000 Seller Concessions at Closing:
Off Market Date: 10/15/2014 Financing: Conv. Fixed
Sale Date: 12/5/2014
Sale Price: $662,000


Offer Date: 9/25/2014 Days to Offer: 316


Market History for 229 Victory Rd U:229, Quincy, MA : Marina Bay 02171


MLS # Date DOM DTO Price

71607979 11/13/2013 Listed for $682,000 $682,000
12/4/2013 Compensation Based On Changed To: Gross/Full Sale Price
EXT 1/31/2014 Status Changed to: Extended
EXT 4/23/2014 Status Changed to: Extended
7/29/2014 Price Changed to: $669,000 $669,000
EXT 8/26/2014 Status Changed to: Extended
CTG 9/5/2014 Status Changed to: Contingent
BOM 9/8/2014 Status Changed to: Back on Market
CTG 9/26/2014 Status Changed to: Contingent
UAG 10/15/2014 Status Changed to: Under Agreement

SLD 12/5/2014 Status Changed to: Sold
12/5/2014 Sold for $662,000 336 316 $662,000
Market History for Office Id: NB4836 336 316 $662,000

Market History for this property 336 316 $662,000

Price Change History for 71607979
229 Victory Rd U:229, Quincy, MA : Marina Bay 02171

Date Amount % DOM to PCG DOM of PCG

11/13/2013 Listed for: $682,000 0
7/29/2014 Price Changed to: $669,000 - $13,000 1.91% 258 258
Listing DOM: 336

Property DOM: 336
** Calculates and removes Offmarket activity in DOM Timeframe

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=I&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=J&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71607979&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802240>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71724889&o=&n=0>
MLS # 71724889 - Sold
Condo - Townhouse

27 Tilden Common's Drive - Unit 27 List Price: $755,000

Quincy, MA : Marina Bay 02171 Sale Price: $733,250
Norfolk County
Unit Placement: Street, Corner, Courtyard Total Rooms: 7
Unit Level: 1 Bedrooms: 2
Grade School: Squantum School Bathrooms: 2f 1h
Middle School: Atlantic Master Bath: Yes
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Common
Handicap Access/Features:
Directions: E. Squantum St,left to Marina Bay,right on Victory Rd,right on
Tilden Commons,right on Preston Sq

Remarks

Marina Bay- Chapman's Reach! Beautiful sun filled corner 2 bedroom residence.
This well maintained unit boasts beautiful hardwood floors, high ceilings, gas
fireplace, spacious bedrooms, abundant storage, full basement and attached 2
car garage. This uniquely designed unit offers a large living-dining room,
lovely kitchen with breakfast bar, a dining area with French doors leading onto
covered porch. Enjoy your morning coffee in the secluded Beacon Hill style
courtyard. Located only 5 miles from downtown Boston. Offering free shuttle
service to North Quincy train station, and easy access to highway. Close to
shops, nightlife, restaurants, parks and Boston Harbor's Flagship Marina. Do
not miss out on this one of a kind town home in this fabulous coastal area.

Property Information

Approx. Living Area: 1999 sq. ft. ($366.81/sq. ft.) Approx. Acres: Garage
Spaces: 2 Attached
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 1
Off-Street, On Street Permit, Guest
Living Area Source: Field Card Cool Zones: Central Air Levels in Unit: 2
Living Area Disclosures:
Disclosures:

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 151 Complete: Yes Units Owner
Occupied: Source:
Association: Yes Fee: $609 Monthly Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal, Garden Area

Room Levels, Dimensions and Features

Room Level Size Features

Living Room: 1 Flooring - Wall to Wall Carpet

Dining Room: 1 Flooring - Wall to Wall Carpet

Family Room: 1 Fireplace, Flooring - Wall to Wall Carpet

Kitchen: 1 Flooring - Stone/Ceramic Tile, Dining Area, French Doors

Master Bedroom: 1 Bathroom - Full, Closet - Walk-in, Closet/Cabinets - Custom Built, Flooring - Wall to Wall Carpet, Double Vanity

Bedroom 2: 2 Closet

Bath 1: 1 Bathroom - Full, Bathroom - Double Vanity/Sink, Bathroom - Tiled With Shower Stall, Closet - Linen, Flooring - Stone/Ceramic Tile, Jacuzzi / Whirlpool Soaking Tub

Bath 2: 1 Bathroom - Half, Flooring - Stone/Ceramic Tile

Bath 3: 2 Bathroom - Full, Flooring - Stone/Ceramic Tile

Laundry: 1 --

Entry Hall: 1 Flooring - Wood

Sitting Room: 2 Flooring - Wall to Wall Carpet


Features

Area Amenities: Public Transportation, Shopping, Walk/Jog Trails, Golf Course, Medical Facility, Bike Path, Conservation Area, Highway Access, House of Worship, Marina, Public School, T-Station

Appliances: Range, Dishwasher, Microwave, Refrigerator, Washer, Dryer

Basement: Yes , Full

Beach: Yes Bay

Beach Ownership: Public

Beach - Miles to: 1/2 to 1 Mile

Construction: Frame

Docs in Hand: Rules & Regs, Master Plan, Management Association Bylaws

Electric Features: 220 Volts, Circuit Breakers, 100 Amps

Energy Features: Insulated Windows, Storm Doors

Exterior: Wood, Stucco

Exterior Features: Porch, Patio - Enclosed, Decorative Lighting

Flooring: Wood, Tile, Wall to Wall Carpet

Hot Water: Electric

Insulation Features: Full

Interior Features: Security System

Management: Professional - On Site

Pets Allowed: Yes w/ Restrictions

Roof Material: Asphalt/Fiberglass Shingles

Sewer Utilities: City/Town Sewer

Water Utilities: City/Town Water

Sewage District: MWRA

Utility Connections: for Electric Range

Waterfront: No


Other Property Info

Disclosure Declaration: No

Exclusions: Not included: Dining area chandelier,window treatments in mas bdrm

CONFIDENTIAL

& liv rm. Decorative fireplace
Facing Direction: East
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Warranty Features:
Year Built/Converted: 2000/2000
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #:
Assessed: $537,900
Tax: $7993.19 Tax Year: 2014
Book: OC250 Page: 0081
Cert:
Zoning Code: PUD
Map: Block: Lot:

Firm Remarks

No showings until August 13, 2014

Market Information

Listing Date: 8/5/2014 Listing Market Time: MLS# has been on for 80 day(s)
Days on Market: Property has been on the market for a total of 80 day(s)
Office Market Time: Office has listed this property for 80 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $755,000 Seller Concessions at Closing:
Off Market Date: 10/24/2014 Financing: Conv. Fixed
Sale Date: 12/15/2014
Sale Price: $733,250

Offer Date: 10/3/2014 Days to Offer: 59

Market History for 27 Tilden Common's Drive U:27, Quincy, MA : Marina Bay
02171

MLS # Date DOM DTO Price

71724889 8/5/2014 Listed for $755,000 $755,000
CTG 10/4/2014 Status Changed to: Contingent
UAG 10/24/2014 Status Changed to: Under Agreement
SLD 12/15/2014 Status Changed to: Sold
12/15/2014 Sold for $733,250 80 59 $733,250
Market History for Office Id: BB8139 80 59 $733,250

Market History for this property 80 59 $733,250

<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=F&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71724889&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802241>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71667468&o=&n=0>
MLS # 71667468 - Sold
Condo - Mid-Rise

2001 Marina Drive - Unit PH901 List Price: $999,999

Quincy, MA : Marina Bay 02171-1538 Sale Price: $890,000
Norfolk County
Unit Placement: Top/Penthouse Total Rooms: 6
Unit Level: 9 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Middle Master Bath: Yes
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:
Directions: Route 93 South from Boston, Exit 12 follow signs to Marina Bay

Remarks

Live on Top of the World! Spectacular Penthouse on One Level! The entire Boston Skyline & Harbor at your feet! Jaw Dropping Views from Every Window! Enjoy the Most Impressive & Inspiring Private Roofdeck in Marina Bay! Dramatic floorplan with expansive open living room, diningroom & fireplaced den all with floor to ceiling windows! Exquisite Brazilian Cherry floors! Oversized Custom kitchen with large granite island and breakfast nook! Lush MBR en suite! Huge Guest Bedroom! Minutes to City!

Property Information

Approx. Living Area: 2362 sq. ft. ($376.80/sq. ft.) Approx. Acres: Garage Spaces: 2 Under, Garage Door Opener
Living Area Includes: Heat Zones: 5 Electric Parking Spaces: 2 Assigned, Deeded
Living Area Source: Master Deed Cool Zones: 5 Central Air, Heat Pump, Individual, Unit Control Levels in Unit: 1
Living Area Disclosures:
Disclosures: Custom Cedenza/entertainment Center in 2nd bedroom included

Complex & Association Information

Complex Name: Marina Point Condominiums Units in Complex: 245 Complete: Yes
Units Owner Occupied: Source:
Association: Yes Fee: $1,536 Monthly Fee Includes: Water, Sewer, Master Insurance, Security, Elevator, Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal, Refuse Removal
Optional Service Fee: $48 Opt Fee Includes: Recreational Facilities, Exercise Room

Room Levels, Dimensions and Features

Room Level Size Features

Features

Area Amenities: Shopping, Park, Walk/Jog Trails, Marina, Other (See Remarks)
Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator, Washer, Dryer
Assoc. Security: TV Monitor, Doorman
Basement: No , --
Beach: No
Electric Features: Circuit Breakers
Energy Features: Insulated Windows
Exterior: Brick
Exterior Features: Deck - Roof, City View(s)
Flooring: Wood
Hot Water: Natural Gas, Electric
Insulation Features: Full, Fiberglass
Interior Features: Cable Available
Management: Professional - On Site
Pets Allowed: No
Roof Material: Rubber
Sewer Utilities: City/Town Sewer

CONFIDENTIAL

Water Utilities: City/Town Water
Utility Connections: for Electric Range, for Electric Oven
Waterfront: Yes, Ocean, Bay, Harbor, Deep Water Access, Marina, Public, Private

Other Property Info

Adult Community: No
Elevator: Yes
Disclosure Declaration: No
Exclusions: custom drapery & hardware
Lead Paint: None
UFFI: No Warranty Features: No
Year Built/Converted: 1987/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:54 L:U901W
Assessed: $666,500
Tax: $9988 Tax Year: 2014
Book: 193 Page: 566
Cert:
Zoning Code: BUSC
Map: Block: Lot:

Market Information

Listing Date: 4/23/2014 Listing Market Time: MLS# has been on for 25 day(s)
Days on Market: Property has been on the market for a total of 25 day(s)
Office Market Time: Office has listed this property for 25 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $999,999 Seller Concessions at Closing:
Off Market Date: 5/18/2014 Financing: Conv. Fixed
Sale Date: 5/30/2014
Sale Price: $890,000

Offer Date: 4/28/2014 Days to Offer: 5

Market History for 2001 Marina Drive U:PH901, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71667468 4/23/2014 Listed for $999,999 $999,999
CTG 4/30/2014 Status Changed to: Contingent
UAG 5/18/2014 Status Changed to: Under Agreement
SLD 5/30/2014 Status Changed to: Sold
5/30/2014 Sold for $890,000 25 5 $890,000

Market History for Office Id: BB9059 25 5 $890,000

Market History for this property 25 5 $890,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=I&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71667468&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802242>

# Headers

| | |
|---|---|
| **Content-Type:** | multipart/alternative; boundary=Apple-Mail-3D7EE111-066A-4630-849D-35AE2F7A0DE4 |
| **Content-Transfer-Encoding:** | 7bit |
| **From:** | Tom Brady ███████████ |
| **Mime-Version:** | 1.0 (1.0) |
| **Subject:** | Re: [FWD: Comps for Marina Bay] |
| **Message-Id:** | <AC08DAA5-1B48-4839-B726-3D2AA2505E20@mac.com> |
| **Date:** | Wed, 25 Feb 2015 09:12:51 -0500 |
| **References:** | <20150225071041.24465fe939f5436e8e607ca01504a082.ea20748245.wbe@email01.secure server.net> |
| **In-Reply-To:** | <20150225071041.24465fe939f5436e8e607ca01504a082.ea20748245.wbe@email01.secure server.net> |
| **To:** | Ben Rawitz ███████████ |

# Re: [FWD: Comps for Marina Bay]

| | |
|---|---|
| **Item ID:** | 12401 |
| **Subject:** | Re: [FWD: Comps for Marina Bay] |
| **From:** | Tom Brady ████████████ |
| **To:** | Ben Rawitz ██████████ |
| **Sent:** | February 25, 2015 6:12:51 AM PST |
| **Received:** | February 25, 2015 6:12:51 AM PST |
| | |
| **Size:** | 544 KB  (557,821 bytes) |
| | |
| **Source:** | 01BVN03-████████████-9-1-14--3-1-15.pst |
| **Location:** | 01BVN03██████████-9-1-14--3-1-15.pst/Top of Outlook data file/Sent Messages |
| **Duplicates:** | 2 |
| | |
| **File Last Modified:** | June 3, 2015 9:58:00 PM PDT |
| **File Created:** | February 25, 2015 6:12:51 AM PST |
| | |
| **MIME Type:** | message/rfc822 |
| **MD5 Hash:** | 55b68c900428c680c6f2b4533bd12edb |
| **Message Hash:** | 3d339a50c378781209755c021279719a |
| **Message ID:** | <AC08DAA5-1B48-4839-B726-3D2AA2505E20@mac.com> |

## Original view

44 pages (displayed on pages 351 to 394)

CONFIDENTIAL

## Re: [FWD: Comps for Marina Bay]

| | |
|---|---|
| From: | Tom Brady ██████████████ |
| To: | Ben Rawitz ██████████████ |
| Sent: | February 25, 2015 6:12:51 AM PST |
| Received: | February 25, 2015 6:12:51 AM PST |

Ok great to know thanks

On Feb 25, 2015, at 9:10 AM, Ben Rawitz ████████████
██████████████████████ :

From Alison...

-------- Original Message --------
Subject: Comps for Marina Bay
From: "Allison Mazer"
Date: Tue, February 24, 2015 10:27 pm
To:

Hi Ben,
I have included recent properties that have sold in the last 12 months in
Chapmans Reach. The sweet spot for the town homes in this area is high $500k to
low $700k the normal price per sq ft are high $200-mid $300. Buyers that are
paying high $300 sq ft are looking for PH units at 2001 Marina Drive building
for instance with skyline views of the city. I would love to do a quick walk
through to get a better sense of what it would take to get top dollar.
$789-$800k is my estimate for listing price . It would take creative marketing
to get this price point but I would love the opportunity!
Let me know if you have any questions. Or any details on current condition of
property!
Allison

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71658334&o=&n=0>
MLS # 71658334 - Sold
Condo - Townhouse

224 Marina Drive - Unit 224 List Price: $469,900

Quincy, MA : Marina Bay 02171-1574 Sale Price: $465,000
Norfolk County
Unit Placement: Upper, Corner Total Rooms: 5
Unit Level: 2 Bedrooms: 2
Grade School: Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: Fireplaces: 1
Outdoor Space Avail:
Handicap Access/Features:
Directions: Victory Road to Marina Drive.

Remarks

Spring has started and it is the perfect time to move to Marina Bay! This elegant townhouse end unit in Chapman's Reach is situated in a quiet setting yet conveniently located to all the restaurants, shops and nightlife of the boardwalk at Marina Bay. The unit features quality amenities including a cherry cabinet kitchen w/stainless steel appliances & granite counter tops, beautiful Brazilian cherry hardwood floors, gas fireplace, and 2 full bathrooms w/marble. The master bedroom features 2 California closets and a lovely bath. This is an end unit on the second floor & features a spacious balcony. Included in the offering is a deeded one-car garage plus one outside parking space. There is also a pull down staircase to a very large attic area; perfect for storage! Pets are allowed with restrictions. Located only 5 miles to downtown Boston & Logan International Airport and offering a free shuttle service to the train station, Chapman's Reach is a wonderful destination. Do not miss!

Property Information

Approx. Living Area: 1448 sq. ft. ($321.13/sq. ft.) Approx. Acres: Garage Spaces: 1 Detached, Garage Door Opener
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 2 Off-Street
Living Area Source: Unit Floor Plan Cool Zones: 1 Central Air Levels in Unit: 1
Living Area Disclosures:
Disclosures: Tenant lease until June 30, 2014

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 152 Complete: Units Owner Occupied: Source:
Association: Yes Fee: $421 Monthly Fee Includes: Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal, Park

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 2 15x13 Fireplace, Flooring - Wood, Cable Hookup, Deck - Exterior
Dining Room: 2 11x10 Flooring - Wood
Kitchen: 2 13x10 Closet, Flooring - Wood
Master Bedroom: 2 14x13 Bathroom - Full, Closet - Walk-in, Closet, Flooring - Wall to Wall Carpet
Bedroom 2: 2 14x10 Closet, Flooring - Wall to Wall Carpet
Bath 1: 2 Bathroom - Full
Bath 2: 2 Bathroom - 3/4
Laundry: 2 Closet

Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails, Medical Facility, Conservation Area, Highway Access, Marina, Private School, Public School, T-Station

**CONFIDENTIAL**

Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator, Washer, Dryer
Basement: No , --
Beach: Yes Bay
Beach - Miles to: 1/2 to 1 Mile
Construction: Frame
Electric Features: Circuit Breakers, 100 Amps
Energy Features: Insulated Windows
Exterior: Stucco
Exterior Features: Deck
Flooring: Wood, Tile, Wall to Wall Carpet, Marble
Hot Water: Tank
Insulation Features: Full
Interior Features: Cable Available
Management: Professional - On Site
Restrictions: Other (See Remarks)
Roof Material: Asphalt/Fiberglass Shingles
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA
Terms: Contract for Deed
Utility Connections: for Gas Range, for Electric Oven, for Electric Dryer
Waterfront: No
Water View: No, --

Other Property Info

Adult Community: No
Disclosure Declaration: No
Exclusions: Tenants personal belongings
Laundry Features: In Unit
Lead Paint: None
UFFI: No Warranty Features:
Year Built/Converted: 2002/
Year Built Source: Public Record
Year Built Desc: Approximate
Year Round:
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #:
Assessed: $416,800
Tax: $6241 Tax Year: 2013
Book: 250 Page: 192
Cert:
Zoning Code: PUD
Map: 6076 Block: 75 Lot: 3-5

Firm Remarks

Showings begin on Sunday 4/13 at Open House 12Noon to 2PM

Market Information

Listing Date: 4/9/2014 Listing Market Time: MLS# has been on for 68 day(s)
Days on Market: Property has been on the market for a total of 68 day(s)
Office Market Time: Office has listed this property for 68 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $469,900 Seller Concessions at Closing:
Off Market Date: 5/16/2014 Financing: Conv. Fixed
Sale Date: 6/6/2014
Sale Price: $465,000

Offer Date: 4/14/2014 Days to Offer: 5

Market History for 224 Marina Drive U:224, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71658334 4/9/2014 Listed for $469,900 $469,900
CTG 4/14/2014 Status Changed to: Contingent
UAG 6/16/2014 Status Changed to: Under Agreement
SLD 6/16/2014 Status Changed to: Sold
6/6/2014 Sold for $465,000 68 5 $465,000
Market History for Office Id: AC0769 68 5 $465,000

Market History for this property 68 5 $465,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=I&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=J&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=K&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=L&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=M&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=N&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=O&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71658334&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802231>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71628105&o=&n=0>
MLS # 71628105 - Sold
Condo - Townhouse

39 Tilden Commons Dr - Unit 39 List Price: $499,000

Quincy, MA : Marina Bay 02171-3124 Sale Price: $490,000
Norfolk County
Unit Placement: Total Rooms: 5
Unit Level: 1 Bedrooms: 2
Grade School: Bathrooms: 2f 1h
Middle School: Master Bath:
High School: Fireplaces: 1
Outdoor Space Avail:
Handicap Access/Features:
Directions: Don't take Marina Dr, instead keep going on Victory Rd and take a
right onto Tilden Commons Dr.

Remarks

Chapman's Reach Townhome at the Marina Bay! Quite one-way street. Walk into
your open floor plan living area featuring a living room with a gas fireplace,
a large kitchen and plenty of space for your dining area. Master suite with
built out closets and a beautiful marble bath with a jacuzzi tub are also on
the first floor. During warmer months, enjoy your morning coffee and ocean
breeze on the private patio off the master bedroom. Second floor additional
bedroom and bathroom, half bath and full size side by side washer/dryer on the
main floor, and attached 1 car garage complete this desirable home.

Property Information

Approx. Living Area: 1460 sq. ft. ($335.62/sq. ft.) Approx. Acres: Garage
Spaces: 1 Attached

Living Area Includes: Heat Zones: Forced Air, Gas Parking Spaces: 2 --
Living Area Source: Field Card Cool Zones: Central Air Levels in Unit: 2
Living Area Disclosures: does not include basement or garage
Disclosures: Condo fee consists of two parts. Ask broker...

## Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 153 Complete: Yes Units Owner
Occupied: 137 Source:
Association: Yes Fee: $404 Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal

## Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 --
Kitchen: 1 --
Master Bedroom: 1 --
Bedroom 2: 2 --
Bath 1: 1 --
Bath 2: 1 --
Bath 3: 2 --
Laundry: 1 --

## Features

Area Amenities: Marina
Basement: Yes , Full
Beach: No
Hot Water: Natural Gas
Management: Professional - On Site
Pets Allowed: Yes
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Waterfront: No

## Other Property Info

Adult Community: No
Disclosure Declaration: No
Exclusions:
Lead Paint: Unknown
UFFI: Warranty Features:
Year Built/Converted: 2000/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round:
Short Sale w/Lndr.App.Req: Unknown
Lender Owned: No

## Tax Information

Pin #: M:6076C B:75 L:U#7-6
Assessed: $403,100
Tax: $5845 Tax Year: 2013
Book: 0 Page: 0
Cert:
Zoning Code: PUD
Map: Block: Lot:

Market Information

Listing Date: 1/30/2014 Listing Market Time: MLS# has been on for 89 day(s)
Days on Market: Property has been on the market for a total of 89 day(s)
Office Market Time: Office has listed this property for 89 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $530,000 Seller Concessions at Closing:
Off Market Date: 4/29/2014 Financing: Cash
Sale Date: 9/10/2014
Sale Price: $490,000

Offer Date: 4/19/2014 Days to Offer: 79

Market History for 39 Tilden Commons Dr U:39, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71628105 1/30/2014 Listed for $530,000 $530,000
3/6/2014 Price Changed to: $520,000 $520,000
EXT 4/10/2014 Status Changed to: Extended
4/10/2014 Price Changed to: $512,000 $512,000
4/17/2014 Price Changed to: $499,000 $499,000
CTG 4/21/2014 Status Changed to: Contingent
UAG 4/29/2014 Status Changed to: Under Agreement
SLD 9/11/2014 Status Changed to: Sold
9/10/2014 Sold for $490,000 89 79 $490,000
Market History for Office Id: BB5522 89 79 $490,000

Market History for this property 89 79 $490,000

Price Change History for 71628105
39 Tilden Commons Dr U:39, Quincy, MA : Marina Bay 02171

Date Amount % DOM to PCG DOM of PCG

1/30/2014 Listed for: $530,000 0
3/6/2014 Price Changed to: $520,000 - $10,000 1.89% 35 35
4/10/2014 Price Changed to: $512,000 - $8,000 1.54% 35 70
4/17/2014 Price Changed to: $499,000 - $13,000 2.54% 7 77
Listing DOM: 89

Property DOM: 89

CONFIDENTIAL

** Calculates and removes Offmarket activity in DOM Timeframe

<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=B&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71628105&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802232>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71774177&o=&n=0>
MLS # 71774177 - Sold
Condo - Low-Rise, Attached

216 Marina Dr - Unit 216 List Price: $499,000

Quincy, MA : Marina Bay 02171-1574 Sale Price: $503,000
Norfolk County
Unit Placement: End, Corner Total Rooms: 5
Unit Level: 1 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Master Bath:
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:
Directions: From Victory Road, right on Marina Drive

Remarks

Boston's Uncommon Lifestyle! Chapman's Reach at Marina Bay! Pristine, First
floor, two bed, end unit condominium with three exterior exposures and steps
away from Marina, Boardwalk and restaurants. Contemporary layout with seasonal
water views. Features include: gracious, front entry with large covered porch.
there is a large corner living room with fireplace and french doors to the

front porch. A large fully applianced kitchen features rear door with access to the garage. There is a separate dining area, large south facing master suite and second bedroom with southwest exposure. Additional features include: refinished hardwood flooring, freshly painted throughout, gas fireplace, updated gas fired water heater, garage parking at your back door and curbside parking at your front door and full basement with 6' 4" ceiling height. A compelling value at $499,000. Will not last! First open houses Friday and Saturday noon to 1:30 pm

## Property Information

Approx. Living Area: 1238 sq. ft. ($406.30/sq. ft.) Approx. Acres: Garage Spaces: 1 Detached, Garage Door Opener
Living Area Includes: Heat Zones: 1 Central Heat, Forced Air, Gas Parking Spaces: 2 --
Living Area Source: Master Deed Cool Zones: 1 Central Air, Heat Pump, Individual, Unit Control, Fan Coil Levels in Unit: 1
Living Area Disclosures: excludes front and rear porches and basement with 6' 4" ceiling height
Disclosures: Two pet limit, one deeded garage, additional exterior on site.

## Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 153 Complete: Yes Units Owner Occupied: 140 Source: management
Association: Yes Fee: $380 Monthly Fee Includes: Master Insurance, Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal

## Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 13x16 Fireplace, Flooring - Hardwood, Main Level, Cable Hookup, High Speed Internet Hookup, Laundry Chute, Recessed Lighting
Dining Room: 1 10x14 Flooring - Hardwood
Kitchen: 1 10x15 Flooring - Stone/Ceramic Tile, Countertops - Upgraded, Main Level, Cabinets - Upgraded, Recessed Lighting
Master Bedroom: 1 14x14 Bathroom - Full, Bathroom - Double Vanity/Sink, Closet - Linen, Flooring - Wall to Wall Carpet, Main Level, Cable Hookup, High Speed Internet Hookup
Bedroom 2: 2 11x13 Flooring - Wall to Wall Carpet, French Doors, Main Level, Deck - Exterior, High Speed Internet Hookup, Recessed Lighting
Bath 1: 1 6x9 Bathroom - Full, Bathroom - Double Vanity/Sink, Bathroom - With Shower Stall, Bathroom - With Tub, Flooring - Stone/Ceramic Tile, Main Level, Recessed Lighting
Bath 2: 1 5x8 Bathroom - Full, Bathroom - With Tub & Shower, Main Level
Laundry: 3x5 Dryer Hookup - Electric

## Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails, Medical Facility, Conservation Area, Highway Access, Marina, T-Station

Appliances: Range, Dishwasher, Microwave, Refrigerator
Association Pool: No
Basement: Yes , Full
Beach: Yes Bay, Harbor
Beach Ownership: Public
Beach - Miles to: 1/10 to 3/10
Construction: Frame
Electric Features: 110 Volts, Circuit Breakers, 100 Amps
Energy Features: Insulated Windows, Insulated Doors, Storm Doors
Exterior: Wood, Stucco
Exterior Features: Porch
Flooring: Wall to Wall Carpet, Hardwood
Hot Water: Natural Gas
Insulation Features: Full
Interior Features: Cable Available, French Doors
Management: Professional - On Site
Pets Allowed: Yes w/ Restrictions -Other (See Remarks)
Roof Material: Asphalt/Fiberglass Shingles
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA
Utility Connections: for Gas Range, for Electric Oven, for Electric Dryer,
Washer Hookup
Waterfront: No
Water View: Yes, Bay

Other Property Info

Adult Community: No
Elevator: No
Disclosure Declaration: Yes
Exclusions: personal property and draperies
Green Certified: No
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Unknown Warranty Features: No
Year Built/Converted: 2001/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#3-1
Assessed: $370,600
Tax: $5507 Tax Year: 2014
Book: 250 Page: 258
Cert: C250-214
Zoning Code: PUD

CONFIDENTIAL

Map: Block: Lot:

Firm Remarks

Call listing agent, accompanied showings

Market Information

Listing Date: 12/4/2014 Listing Market Time: MLS# has been on for 70 day(s)
Days on Market: Property has been on the market for a total of 70 day(s)
Office Market Time: Office has listed this property for 70 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $499,000 Seller Concessions at Closing:
Off Market Date: 12/9/2014 Financing: Conv. Fixed
Sale Date: 1/23/2015
Sale Price: $503,000

Offer Date: 12/19/2014 Days to Offer: 15

Market History for 216 Marina Dr U:216, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71774177 12/4/2014 Listed for $499,000 $499,000
CTG 12/19/2014 Status Changed to: Contingent
UAG 2/12/2015 Status Changed to: Under Agreement
SLD 2/12/2015 Status Changed to: Sold
1/23/2015 Sold for $503,000 70 15 $503,000
Market History for Office Id: BB4721 70 15 $503,000

Market History for this property 70 15 $503,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=C&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the

accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71774177&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802233>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71767417&o=&n=0>
MLS # 71767417 - Sold
Condo - Townhouse

52 Tilden Commons Dr - Unit 52 List Price: $545,000

Quincy, MA : Marina Bay 02171-3121 Sale Price: $575,000
Norfolk County
Unit Placement: Total Rooms: 5
Unit Level: 1 Bedrooms: 2
Grade School: Squantam Bathrooms: 2f 1h
Middle School: Middle Master Bath: Yes
High School: Quincy Fireplaces: 1
Outdoor Space Avail:
Handicap Access/Features:
Directions: GPS - 93 to Quincy, follow Quincy Shore Dr to Marina Bay.

Remarks

Move right in to this beautiful, spacious and modern end-unit townhome located in the Chapman's Reach neighborhood of Marina Bay. The first floor of the home bears an open-floor concept design complete with a gas fireplace and plenty of room to comfortably entertain guests. The kitchen is updated with polished stainless steel appliances and a gas-range stove top for cooking. The new owner of this home can enjoy the convenience of having an attached 2-car garage with easy access. Upstairs the home features 2 large bedrooms with attached full bathrooms and fresh new carpet through-out. The master bedroom also features a nice walk-off balcony that makes it possible for the new owners to experience the comfort of living next to the bay and enjoying the views that come with it. The townhome is complete with a in-unit laundry room and full sized basement. Look forward to seeing you at the first group showing.

Property Information

Approx. Living Area: 1502 sq. ft. ($382.82/sq. ft.) Approx. Acres: Garage Spaces: 2 Attached
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 2 Off-Street
Living Area Source: Other Cool Zones: 1 Central Air Levels in Unit: 2
Living Area Disclosures: Living Area from Public Record, Buyer to Verify.
Disclosures: Seller occupied property as a second residence since 2008 and rented out the property since 2011. Email agent with an alternate reasonable time and date if first group showings cannot be made. Buyer to complete their

CONFIDENTIAL

own due diligence.

## Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 152 Complete: Yes Units Owner
Occupied: Source:
Association: Yes Fee: $483 Monthly Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal, Park

## Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 Bathroom - Half, Fireplace, Flooring - Hardwood
Dining Room: 1 Flooring - Hardwood
Kitchen: 1 Countertops - Stone/Granite/Solid, Stainless Steel Appliances
Master Bedroom: 2 Bathroom - Full, Ceiling Fan(s), Closet - Walk-in, Flooring
- Wall to Wall Carpet
Bedroom 2: 2 Bathroom - Full, Closet

## Features

Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator
Assoc. Security: Other (See Remarks)
Basement: Yes , Full
Beach: Yes Bay, Ocean
Beach Ownership: Public
Beach - Miles to: 1/10 to 3/10
Electric Features: Circuit Breakers
Exterior: Wood
Flooring: Wood, Wall to Wall Carpet
Hot Water: Natural Gas
Insulation Features: Fiberglass
Management: Professional - Off Site
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA
Utility Connections: for Gas Range
Waterfront: No

## Other Property Info

Elevator: No
Disclosure Declaration: Yes
Exclusions: New Carpet throughout 2nd Floor except for 2nd bedroom.
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Warranty Features:
Year Built/Converted: 1999/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes

Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#5-12
Assessed: $454,500
Tax: $6754 Tax Year: 2014
Book: 250 Page: 194
Cert: C250-30
Zoning Code: PUD
Map: Block: Lot:

Firm Remarks

- Email offers to ███████████████████████ - Include Lead
Paint, Picture of Check, and Proof of Funds or Pre-Approval letter from lender.
- Offers Due by Tuesday, November 18th at 8pm - First Group Showings are Sat
Nov 15th (1pm - 3pm) Sun Nov 16th (1pm - 3pm) and Mon Nov 17th (5pm-7pm). ADT
Security.

Market Information

Listing Date: 11/9/2014 Listing Market Time: MLS# has been on for 66 day(s)
Days on Market: Property has been on the market for a total of 66 day(s)
Office Market Time: Office has listed this property for 66 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $545,000 Seller Concessions at Closing:
Off Market Date: 12/4/2014 Financing: Conv. Fixed
Sale Date: 1/12/2015
Sale Price: $575,000

Offer Date: 11/19/2014 Days to Offer: 10

Market History for 52 Tilden Commons Dr U:52, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71767417 11/9/2014 Listed for $545,000 $545,000
CTG 11/19/2014 Status Changed to: Contingent
UAG 1/14/2015 Status Changed to: Under Agreement
SLD 1/14/2015 Status Changed to: Sold
1/12/2015 Sold for $575,000 66 10 $575,000
Market History for Office Id: AC1051 66 10 $575,000

Market History for this property 66 10 $575,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=3&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=5&o=>


<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=B&o=>


<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=D&o=>


The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.


<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71767417&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802234>
_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71647182&o=&n=0>
MLS # 71647182 - Sold
Condo - Townhouse, Rowhouse, Attached

46 Tilden Commons Drive - Unit 5-9 List Price: $559,900

Quincy, MA : Marina Bay 02171 Sale Price: $540,000
Norfolk County
Unit Placement: Street, Upper, Top/Penthouse, Middle Total Rooms: 6
Unit Level: 1 Bedrooms: 2
Grade School: Bathrooms: 2f 1h
Middle School: Master Bath: Yes
High School: Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:No
Directions: Take Victory Road -to- Tilden Commons Drive (one way street)

Remarks

South-facing townhouse w/ ideal layout expanding three levels. Main-level
features: flexible open floor plan for living & dining, hardwood floors, custom
gas fireplace, two hall closets, half bath, breakfast bar, pantry and newly
renovated kitchen w/ custom-tile backsplash, quartz countertops &
stainless-steel Whirpool appliances including 5-burner stove. Spacious
upper-level offers: Master-BR suite w/ two walk-in custom closets & private
balcony, a Guest-BR suite, laundry room, brand new short-loop Berber carpeting.
Partially finished lower-level is flexible for your lifestyle. Bonus: Attached

CONFIDENTIAL

NFLPA_BRADY001533

Garage w/ oversized storage room. Chapman's Reach in Marina Bay, a magnificent seacoast neighborhood located on a picturesque bay on Boston Harbor, provides the ideal lifestyle for sailors and boaters, as well as for those who enjoy the ambience and simple pleasures of seaside living. Convenient walk to waterfront dining, shopping & marina. Close proximity to downtown Boston & Logan Airport

Property Information

Approx. Living Area: 1535 sq. ft. ($351.79/sq. ft.) Approx. Acres: Garage Spaces: 1 Attached
Living Area Includes: Heat Zones: Forced Air, Gas Parking Spaces: 1 Off-Street, Common
Living Area Source: Other Cool Zones: Central Air Levels in Unit: 3
Living Area Disclosures: Lower level is NOT included in the 1,535 Sq. Ft
Disclosures: Townhouse layout... No neighbors above you and no neighbors below you.. Living room is wired for surround sound.. Seller prefers closing at the end of May '14.

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 152 Complete: Yes Units Owner Occupied: 137 Source: Mgmt Ofc
Association: Yes Fee: $465 Monthly Fee Includes: Master Insurance, Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal, Garden Area

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 16x10 Fireplace, Closet, Flooring - Hardwood, Main Level, Open Floor Plan, Recessed Lighting
Dining Room: 1 16x10 Closet, Flooring - Hardwood, Window(s) - Bay/Bow/Box, Main Level, Open Floor Plan, Recessed Lighting
Kitchen: 1 12x10 Bathroom - Half, Fireplace, Flooring - Stone/Ceramic Tile, Pantry, Countertops - Stone/Granite/Solid, Countertops - Upgraded, Main Level, Breakfast Bar / Nook, Recessed Lighting, Remodeled, Stainless Steel Appliances
Master Bedroom: 2 20x12 Bathroom - Full, Bathroom - Double Vanity/Sink, Ceiling - Cathedral, Closet - Linen, Closet - Walk-in, Closet, Flooring - Wall to Wall Carpet, Balcony / Deck, Recessed Lighting
Bedroom 2: 2 20x13 Bathroom - Full, Closet, Flooring - Wall to Wall Carpet, Window(s) - Bay/Bow/Box
Bath 1: 1 Bathroom - Full
Bath 2: 2 Bathroom - 3/4
Bath 3: 1 Bathroom - Half
Laundry: 2 --
Other: B 20x15 Flooring - Wall to Wall Carpet, Open Floor Plan

Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails, Golf Course, Bike Path, Conservation Area, Highway Access, Marina, Private School, T-Station

**CONFIDENTIAL**

NFLPA_BRADY001534

Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator, Washer, Dryer
Association Pool: No
Basement: Yes , Full, Partially Finished, Concrete Floor
Beach: Yes Bay, Walk to
Beach Ownership: Public
Beach - Miles to: 1/2 to 1 Mile
Docs in Hand: Master Deed, Unit Deed, Rules & Regs, Management Association
Bylaws, Floor Plans
Exterior Features: Covered Patio/Deck
Flooring: Wall to Wall Carpet, Hardwood
Hot Water: Natural Gas
Management: Professional - On Site, Owner Association
Pets Allowed: Yes w/ Restrictions
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water, Individual Meter
Waterfront: Yes, Bay, Harbor, Walk to
Water View: No, --

Other Property Info

Elevator: No
Disclosure Declaration: No
Exclusions: The white 'extra' refrigerator in basement.
Facing Direction: South
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Unknown Warranty Features:
Year Built/Converted: 1999/
Year Built Source: Public Record
Year Built Desc: Actual, Renovated Since
Year Round:
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #:
Assessed: $429,900
Tax: $6388.31 Tax Year: 2014
Book: 250 Page: 267
Cert:
Zoning Code: RES
Map: Block: Lot:

Firm Remarks

Townhouse layout... No neighbors above you and no neighbors below you..
Living room is wired for surround sound.. Seller prefers closing at the end of
May '14.

Market Information

Listing Date: 3/19/2014 Listing Market Time: MLS# has been on for 12 day(s)

Days on Market: Property has been on the market for a total of 12 day(s)

Office Market Time: Office has listed this property for 12 day(s)

Expiration Date: Cash Paid for Upgrades:

Original Price: $559,900 Seller Concessions at Closing:

Off Market Date: 3/31/2014 Financing: Conv. Fixed

Sale Date: 6/2/2014

Sale Price: $540,000

Offer Date: 3/31/2014 Days to Offer: 12

Market History for 46 Tilden Commons Drive U:5-9, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71647182 3/19/2014 Listed for $559,900 $559,900

UAG 3/31/2014 Status Changed to: Under Agreement

SLD 6/2/2014 Status Changed to: Sold

6/2/2014 Sold for $540,000 12 12 $540,000

Market History for Office Id: BB5984 12 12 $540,000

Market History for this property 12 12 $540,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=F&o=>

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71647182&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802235>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71654553&o=&n=0>
MLS # 71654553 - Sold
Condo - Attached

26 Tilden Circle - Unit 26 List Price: $559,900

Quincy, MA : Marina Bay 02171 Sale Price: $559,900
Norfolk County
Unit Placement: Upper Total Rooms: 5
Unit Level: 2 Bedrooms: 2
Grade School: Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: Fireplaces: 1
Outdoor Space Avail:
Handicap Access/Features:
Directions: Marina Bay-Tilden Commons Drive-Tilden Circle

Remarks

Fabulous Chapman's Reach location**South facing with lots of light and a deck
overlooking common area*Large condo with over 1800 sq.' of living space in
MOVE-IN condition*Marble entry w/hardwood stairs*High ceilings w/ crown molding
in L.R., D.R., Kitchen, and Bedrooms*Hardwood flooring in L.R., D.R., Kit.,&
Hall*Upgraded carpeting in bedrooms*Open living concept with pilars in living
room leading to dining room*Kitchen has opening to dining room for good
entertaining*Large kingsized master w/great windows for lots of natural
light*Master bath with large whirlppol tub, beautiful tiled shower, double
vanity with solid surface countertops*Custom closets in master*If you are
looking for picture perfect move-in condition than 26 Tilden Circle is the one
for you!

Property Information

Approx. Living Area: 1815 sq. ft. ($308.48/sq. ft.) Approx. Acres: Garage
Spaces: 1 Detached
Living Area Includes: Heat Zones: Forced Air Parking Spaces: 2 Assigned, Paved
Driveway
Living Area Source: Other Cool Zones: Central Air Levels in Unit: 1
Living Area Disclosures:
Disclosures:

Complex & Association Information

Complex Name: Units in Complex: 153 Complete: Yes Units Owner Occupied: 138
Source: Mgt Company
Association: Yes Fee: $528 Monthly Fee Includes: Sewer, Master Insurance,
Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal

CONFIDENTIAL

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 Fireplace, Flooring - Hardwood, Balcony / Deck, Cable Hookup,
Open Floor Plan, Recessed Lighting
Dining Room: 1 Flooring - Hardwood, Exterior Access, Recessed Lighting
Kitchen: 1 Closet, Flooring - Wood, Pantry, Countertops - Stone/Granite/Solid,
Main Level, Exterior Access, Open Floor Plan, Recessed Lighting, Stainless
Steel Appliances
Master Bedroom: 1 Bathroom - Full, Closet - Walk-in, Closet/Cabinets - Custom
Built, Flooring - Wall to Wall Carpet, Cable Hookup, Double Vanity, Recessed
Lighting
Bedroom 2: 1 Closet, Flooring - Wall to Wall Carpet, Cable Hookup
Bath 1: 1 Bathroom - Full, Bathroom - Tiled With Tub & Shower, Bathroom - With
Tub & Shower, Flooring - Stone/Ceramic Tile, Countertops - Stone/Granite/Solid,
Main Level
Bath 2: 1 Bathroom - Double Vanity/Sink, Bathroom - Tiled With Shower Stall,
Bathroom - With Tub & Shower, Flooring - Stone/Ceramic Tile, Countertops -
Stone/Granite/Solid, Main Level, Jacuzzi / Whirlpool Soaking Tub, Double
Vanity, Recessed Lighting
Laundry: 1 Flooring - Stone/Ceramic Tile, Dryer Hookup - Gas

Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails, Golf
Course, Medical Facility, Highway Access, House of Worship, Marina, T-Station
Appliances: Range, Dishwasher, Washer, Dryer
Basement: No , --
Beach: Yes Ocean
Beach - Miles to: 1/10 to 3/10
Construction: Frame
Docs in Hand: Master Deed, Unit Deed, Rules & Regs, Association Financial
Statements
Energy Features: Insulated Windows
Exterior: Clapboard
Exterior Features: Deck, Screens, Gutters, Professional Landscaping
Flooring: Wood, Tile, Wall to Wall Carpet
Hot Water: Natural Gas
Insulation Features: Full
Interior Features: Cable Available
Management: Professional - Off Site
Pets Allowed: Yes
Roof Material: Asphalt/Fiberglass Shingles
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water, Individual Meter
Utility Connections: for Gas Range, Washer Hookup, Icemaker Connection
Waterfront: No
Water View: No, --

Other Property Info

CONFIDENTIAL

Adult Community: No
Elevator: No
Disclosure Declaration: Yes
Exclusions:
Facing Direction: South
Green Certified: No
Laundry Features: In Unit
Lead Paint: None
UFFI: Unknown Warranty Features: No
Year Built/Converted: 2001/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #:
Assessed: $490,200
Tax: $7107.9 Tax Year: 2013
Book: 250 Page: 108
Cert:
Zoning Code: RES
Map: Block: Lot:

Firm Remarks

Visit www.homesbymcshane.com <http://www.homesbymcshane.com> for more
information call Marg ████████████

Market Information

Listing Date: 4/2/2014 Listing Market Time: MLS# has been on for 21 day(s)
Days on Market: Property has been on the market for a total of 21 day(s)
Office Market Time: Office has listed this property for 21 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $559,900 Seller Concessions at Closing:
Off Market Date: 4/23/2014 Financing: Conv. Fixed
Sale Date: 6/12/2014
Sale Price: $559,900

Offer Date: 4/6/2014 Days to Offer: 4

Market History for 26 Tilden Circle U:26, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71654553 4/2/2014 Listed for $559,900 $559,900
CTG 4/7/2014 Status Changed to: Contingent

UAG 4/23/2014 Status Changed to: Under Agreement
SLD 6/13/2014 Status Changed to: Sold
6/12/2014 Sold for $559,900 21 4 $559,900
Market History for Office Id: A98039 21 4 $559,900

Market History for this property 21 4 $559,900

<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=I&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=J&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=K&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=L&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=M&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=N&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=O&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=P&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71654553&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802236>
_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71683624&o=&n=0>
MLS # 71683624 - Sold

Condo - Low-Rise, Attached

22 Tilden Cir - Unit 22 List Price: $579,000

Quincy, MA : Marina Bay 02171-3114 Sale Price: $562,500
Norfolk County
Unit Placement: Upper, Corner Total Rooms: 6
Unit Level: 2 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:
Directions: From Victory Road, right on Tilden Commons Drive, left on Tilden
Circle, last door on right

Remarks

Chapman's Reach! Exceptional 1900 square foot, second floor, corner unit,
first floor private entry. Abundant sunlight and views. Features include, large
living room with fireplace, separate dining area, library with French doors,
corner eat in kitchen, brand new Bosch stainless steel appliances (with
warranty). French door access to covered porch. The large master suite has two
walk in closets, master bath with Jacuzzi and separate shower, second bedroom,
finished storage room plus attic storage and direct access garage parking.
Compelling Value!

Property Information

Approx. Living Area: 1918 sq. ft. ($293.27/sq. ft.) Approx. Acres: Garage
Spaces: 1 Attached
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 2
Off-Street
Living Area Source: Field Card Cool Zones: 1 Central Air Levels in Unit: 1
Living Area Disclosures: excludes storage room, attic and garage
Disclosures:

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 153 Complete: Yes Units Owner
Occupied: 138 Source: mgt company
Association: Yes Fee: $506 Monthly Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 2 13x16 Fireplace, Flooring - Hardwood, Main Level, High Speed
Internet Hookup, Recessed Lighting
Dining Room: 2 13x19 Flooring - Hardwood, Main Level, Recessed Lighting
Kitchen: 2 11x20 Ceiling Fan(s), Flooring - Stone/Ceramic Tile, Dining Area,

Balcony / Deck, Pantry, Countertops - Upgraded, French Doors, Main Level, Kitchen Island, Cable Hookup, Exterior Access, High Speed Internet Hookup, Recessed Lighting

Master Bedroom: 2 14x16 Bathroom - Full, Bathroom - Double Vanity/Sink, Closet - Walk-in, Main Level, Attic Access, Cable Hookup, Recessed Lighting

Bedroom 2: 2 11x12 Ceiling Fan(s), Closet, Flooring - Wall to Wall Carpet

Bath 1: 2 9x13 Bathroom - Full, Bathroom - Double Vanity/Sink, Bathroom - Tiled With Tub & Shower, Flooring - Stone/Ceramic Tile

Bath 2: 2 5x8 Bathroom - Full, Bathroom - Tiled With Tub, Flooring - Stone/Ceramic Tile

Laundry: 2 5x6 Flooring - Stone/Ceramic Tile, Dryer Hookup - Electric, Washer Hookup

Library: 2 10x10 Flooring - Wall to Wall Carpet, French Doors, Main Level, High Speed Internet Hookup, Recessed Lighting

Foyer: 1 10x10 Ceiling - Cathedral, Closet, Flooring - Stone/Ceramic Tile

Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails, Conservation Area, Marina, T-Station

Appliances: Range, Dishwasher, Microwave, Refrigerator

Association Pool: No

Basement: No , --

Beach: Yes Bay, Harbor, River

Beach Ownership: Public

Beach - Miles to: 3/10 to 1/2 Mile

Construction: Frame

Docs in Hand: Floor Plans

Electric Features: 110 Volts

Energy Features: Insulated Windows, Insulated Doors

Exterior: Wood, Stucco

Exterior Features: Porch, Covered Patio/Deck

Flooring: Tile, Wall to Wall Carpet, Hardwood

Hot Water: Natural Gas

Insulation Features: Full

Management: Professional - On Site

Pets Allowed: Yes

Sewer Utilities: City/Town Sewer

Water Utilities: City/Town Water

Sewage District: MWRA

Utility Connections: for Gas Range, for Electric Oven, for Electric Dryer, Washer Hookup

Waterfront: No

Water View: No, --

Other Property Info

Elevator: No

Disclosure Declaration: No

Exclusions: Foyer and Dining room light fixtures

Facing Direction: Northwest

**CONFIDENTIAL**

Green Certified: No
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Unknown Warranty Features: No
Year Built/Converted: 2001/2001
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#4-5
Assessed: $527,500
Tax: $7649 Tax Year: 2013
Book: 250 Page: 104
Cert:
Zoning Code: PUD
Map: Block: Lot:

Firm Remarks

Accompanied showings required. Please call listing broker

Market Information

Listing Date: 5/19/2014 Listing Market Time: MLS# has been on for 0 day(s)
Days on Market: Property has been on the market for a total of 87 day(s)
Office Market Time: Office has listed this property for 87 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $579,000 Seller Concessions at Closing:
Off Market Date: 5/19/2014 Financing: Conv. Fixed
Sale Date: 5/19/2014
Sale Price: $562,500

Offer Date: 5/19/2014 Days to Offer: 0

Market History for 22 Tilden Cir U:22, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71630424 2/6/2014 Listed for $579,000 $579,000
CTG 4/4/2014 Status Changed to: Contingent
EXP 5/4/2014 Status Changed to: Expired 87

71683624 5/19/2014 Listed for $579,000 $579,000
UAG 5/19/2014 Status Changed to: Under Agreement
SLD 5/19/2014 Status Changed to: Sold
5/19/2014 Sold for $562,500 0 0 $562,500
Market History for Office Id: BB4721 87 0 $562,500

**CONFIDENTIAL**

NFLPA_BRADY001543

Market History for this property 87 0 $562,500

<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=A&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71683624&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802237>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71650525&o=&n=0>
MLS # 71650525 - Active
Condo - Townhouse

226 Marina Dr - Unit 3-6 List Price: $629,000

Quincy, MA : Marina Bay 02171-1574
Norfolk County
Unit Placement: Middle, Front, Ground Total Rooms: 7
Unit Level: 1 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Middle Master Bath: Yes
High School: North Quincy Fireplaces: 2
Outdoor Space Avail:
Handicap Access/Features:
Directions: Please use Google or Mapquest Maps

Remarks

This Chapman's Reach in Marina Bay, a Lovely 2nd floor, 2 level town home
nestled in a Corner location, overlooking the park, and just steps to the
famous Marina Bay boardwalk, restaurants and nightlifeThis home offers a unique
and open floor plan, with the living room & dining rooms sharing a double sided
fireplace, expansive cathedral ceilings, custom shutters. The kitchen features

custom cabinetry, granite counters and GE Profile S/S appliances, w/gleaming
hardwood floors, and deck. The spacious master suite offers a sitting area
w/gas fireplace and 3 walk-in closets. Basically the living area is on one
level, and the bright, sunny, full of light, loft/artist's paradise room is on
the upper level by itself, for plenty of quiet time for what ever your hobby.
Some attic storage, one car detached garage, and plenty of common area and
guest parking in the rear. Pets are allowed with Restrictions. New water heater

Property Information

Approx. Living Area: 2348 sq. ft. ($267.89/sq. ft.) Approx. Acres: 0.05 (2348
sq. ft.) Garage Spaces: 1 Detached, Garage Door Opener, Deeded
Living Area Includes: Heat Zones: Forced Air, Gas, Individual, Unit Control
Parking Spaces: 1 Guest, Paved Driveway
Living Area Source: Field Card Cool Zones: Central Air, Unit Control Levels in
Unit: 2
Living Area Disclosures: Information gathered from Public info. Please measure.
Disclosures: Dining room & kitchen light fixtures are excluded from sale

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 152 Complete: Yes Units Owner
Occupied: Source:
Association: Yes Fee: $677 Monthly Fee Includes: Exterior Maintenance, Road
Maintenance, Landscaping, Park

Room Levels, Dimensions and Features

Room Level Size Features

Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails,
Conservation Area, House of Worship, Marina, Private School, Public School,
T-Station, University, Other (See Remarks)
Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator
Basement: Yes , --
Beach: Yes Ocean, Walk to
Beach Ownership: Public
Beach - Miles to: 3/10 to 1/2 Mile
Construction: Frame
Docs in Hand: Unit Deed
Exterior: Other (See Remarks)
Flooring: Wood, Tile, Wall to Wall Carpet
Interior Features: Cable Available
Management: Professional - On Site
Restrictions: Other (See Remarks)
Roof Material: Asphalt/Fiberglass Shingles
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA

Utility Connections: for Gas Range, Washer Hookup
Waterfront: No
Water View: No, --

Other Property Info

Adult Community: No
Elevator: No
Disclosure Declaration: No
Exclusions: Dining room & kitchen light fixtures are excluded from sale
Green Certified: No
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Warranty Features: No
Year Built/Converted: 2002/
Year Built Source: Public Record
Year Built Desc: Approximate
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#3-6
Assessed: $588,800
Tax: $8749.57 Tax Year: 2014
Book: 250 Page: 168
Cert: 949206
Zoning Code: PUD
Map: Block: Lot:

Firm Remarks

Please verify taxes and all municipal costs.

Market Information

Listing Date: 3/27/2014 Listing Market Time: MLS# has been on for 328 day(s)
Days on Market: Property has been on the market for a total of 328 day(s)
Office Market Time: Office has listed this property for 328 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $689,900 Seller Concessions at Closing:
Off Market Date:
Sale Date:

Market History for 226 Marina Dr U:3-6, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71650525 3/27/2014 Listed for $689,900 $689,900
6/4/2014 Price Changed to: $684,888 $684,888

7/25/2014 Price Changed to: $679,900 $679,900
7/29/2014 Price Changed to: $659,900 $659,900
EXT 9/15/2014 Status Changed to: Extended
9/25/2014 Price Changed to: $629,000 $629,000
EXP 1/1/2015 Status Changed to: Expired
RAC 1/7/2015 Status Changed to: Reactivated 328
Market History for Office Id: BB9115 328

Market History for this property 328

Price Change History for 71650525
226 Marina Dr U:3-6, Quincy, MA : Marina Bay 02171

Date Amount % DOM to PCG DOM of PCG

3/27/2014 Listed for: $689,900 0
6/4/2014 Price Changed to: $684,888 - $5,012 0.73% 69 69
7/25/2014 Price Changed to: $679,900 - $4,988 0.73% 51 120
7/29/2014 Price Changed to: $659,900 - $20,000 2.94% 4 124
9/25/2014 Price Changed to: $629,000 - $30,900 4.68% 58 182
Listing DOM: 328

Property DOM: 328
** Calculates and removes Offmarket activity in DOM Timeframe

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=I&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=J&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=K&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=L&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=M&o=>

**CONFIDENTIAL**

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=N&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=O&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=P&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=Q&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=R&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=S&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71650525&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802238>
_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71662894&o=&n=0>
MLS # 71662894 - Sold
Condo - Townhouse, Attached

219 Victory Rd - Unit 219 List Price: $659,000

Quincy, MA : Marina Bay 02171-3102 Sale Price: $655,000
Norfolk County
Unit Placement: Corner Total Rooms: 6
Unit Level: 1 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:
Directions: Victory Rad to Tilden Commons Drive, right then right again, park
behind building

Remarks

A pristine condominium at Chapman's Reach in Marina Bay. This rare "Chatham"
layout provides one level, first floor living including; living room, dining
room, kitchen, master suite, second bedroom and laundry. An additional 15 by 21
foot second floor great room with; cathedral ceiling, french doors and covered
deck is above the direct access, double attached garage. Exceptional condition
and many upgrades demonstrate substantial value. The south west corner location
ensures abundant natural light. Additional features include large living room
with bay and window seat, natural oak fireplace and built in TV above, adjacent
south facing dining area, large kitchen with granite and stainless appliances,
spacious master suite with spa bath and 8 by 10 ft walk in closet are but a few
of this home's compelling features. Beautiful setting with covered porch and
landscaped lawn and gardens. A perfect cottage alternative and a "Boston

Uncommon" Lifestyle.

Property Information

Approx. Living Area: 1956 sq. ft. ($334.87/sq. ft.) Approx. Acres: Garage
Spaces: 2 Attached, Garage Door Opener
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 2 --
Living Area Source: Owner Cool Zones: 1 Central Air, Heat Pump Levels in Unit:
2
Living Area Disclosures: excludes deck and garage
Disclosures:

Complex & Association Information

Complex Name: Chapman's Reach Condominiums Units in Complex: 153 Complete:
Yes Units Owner Occupied: 137 Source: management
Association: Yes Fee: $562 Monthly Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal, Park

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 15x18 Fireplace, Flooring - Hardwood, Window(s) - Bay/Bow/Box,
Main Level, Exterior Access, High Speed Internet Hookup, Open Floor Plan,
Recessed Lighting
Dining Room: 12x13 Flooring - Hardwood, Window(s) - Picture, Main Level, Open
Floor Plan
Family Room: 2 15x21 Ceiling - Cathedral, Ceiling Fan(s), Closet/Cabinets -
Custom Built, Flooring - Wall to Wall Carpet, Balcony / Deck, French Doors,
Cable Hookup, Exterior Access, High Speed Internet Hookup, Recessed Lighting
Kitchen: 1 10x12 Flooring - Stone/Ceramic Tile, Pantry, Countertops -
Stone/Granite/Solid, Breakfast Bar / Nook, Cabinets - Upgraded, Recessed
Lighting
Master Bedroom: 1 12x18 Bathroom - Full, Ceiling Fan(s), Closet - Linen,
Closet - Walk-in, Closet/Cabinets - Custom Built, Flooring - Hardwood, Flooring
- Stone/Ceramic Tile, Hot Tub / Spa, Main Level, Recessed Lighting
Bedroom 2: 1 11x12 Ceiling Fan(s), Flooring - Hardwood, Main Level, Recessed
Lighting
Bath 1: 1 9x12 Bathroom - Full, Bathroom - Double Vanity/Sink, Bathroom -
Tiled With Tub & Shower, Ceiling Fan(s), Closet - Walk-in, Flooring -
Stone/Ceramic Tile, Main Level, Jacuzzi / Whirlpool Soaking Tub
Bath 2: 1 7x8 Bathroom - Full, Bathroom - Tiled With Shower Stall
Laundry: 1 3x6 Dryer Hookup - Electric, Washer Hookup

Features

Area Amenities: Public Transportation, Shopping, Park, Conservation Area,
Marina
Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator, Washer,
Dryer, Refrigerator - Wine Storage
Association Pool: No

CONFIDENTIAL

Basement: No , --
Beach: Yes Bay, Harbor, River, Walk to
Beach Ownership: Public
Beach - Miles to: 3/10 to 1/2 Mile
Construction: Frame
Electric Features: 110 Volts
Energy Features: Insulated Windows, Insulated Doors
Exterior: Wood, Stucco
Exterior Features: Porch, Covered Patio/Deck
Flooring: Tile, Wall to Wall Carpet, Hardwood
Hot Water: Natural Gas
Insulation Features: Full
Interior Features: Security System, Intercom
Management: Professional - On Site
Pets Allowed: Yes w/ Restrictions -Other (See Remarks)
Roof Material: Asphalt/Fiberglass Shingles
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA
Utility Connections: for Gas Range, for Electric Dryer, Washer Hookup,
Icemaker Connection
Waterfront: No
Water View: No, --

Other Property Info

Adult Community: No
Elevator: No
Disclosure Declaration: No
Exclusions: Draperies and drapery rods
Facing Direction: Southwest
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Warranty Features: No
Year Built/Converted: 2000/2000
Year Built Source: Public Record
Year Built Desc: Approximate
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#12-1
Assessed: $477,000
Tax: $7088 Tax Year: 2014
Book: 25077 Page: 14
Cert:
Zoning Code: PUD
Map: Block: Lot:

CONFIDENTIAL

Firm Remarks

two pets, cat and/ or dog

Market Information

Listing Date: 4/18/2014 Listing Market Time: MLS# has been on for 18 day(s)
Days on Market: Property has been on the market for a total of 18 day(s)
Office Market Time: Office has listed this property for 18 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $659,000 Seller Concessions at Closing:
Off Market Date: 5/6/2014 Financing: Conv. Fixed
Sale Date: 6/30/2014
Sale Price: $655,000

Offer Date: 5/6/2014 Days to Offer: 18

Market History for 219 Victory Rd U:219, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71662894 4/18/2014 Listed for $659,000 $659,000
UAG 5/6/2014 Status Changed to: Under Agreement
SLD 7/3/2014 Status Changed to: Sold
6/30/2014 Sold for $655,000 18 18 $655,000
Market History for Office Id: BB4721 18 18 $655,000

Market History for this property 18 18 $655,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=A&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71662894&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802239>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71607979&o=&n=0>
MLS # 71607979 - Sold
Condo - Townhouse

229 Victory Rd - Unit 229 List Price: $669,000

Quincy, MA : Marina Bay 02171-3102 Sale Price: $662,000
Norfolk County
Unit Placement: Total Rooms: 6
Unit Level: 2 Bedrooms: 2
Grade School: Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: Fireplaces: 1
Outdoor Space Avail:
Handicap Access/Features:
Directions: Mapquest/GPS Ready

Remarks

MARINA BAY SHOWCASE PROPERTY – Luxury living in this Chapman's Reach
residence which offers just under 2,300 SQFT of open floor plan.The space
combined with natural light in this home is incredible.Home entry is a dramatic
two-story foyer that leads into a stunning living and dining room with
beautiful bay windows,gas fireplace and access to an exterior deck.Kitchen has
custom lighted cabinetry,granite countertops,eat-in area with breakfast bar and
impressive open views into the dining and loft rooms.Master suite is oversized
with a beautiful double vanity bathroom,jacuzzi tub,glassed shower and large
walk-in closet.Another focal point of the layout is the incredible loft area
with 16 foot ceilings, gleaming hardwood floors,windows throughout and a second
balcony. Additionally,two-car garage,pet friendly,meticulous grounds,beach
access,full service marina/boardwalk restaurants nightlife,Red Line access, Rt
93 access.

Property Information

Approx. Living Area: 2284 sq. ft. ($289.84/sq. ft.) Approx. Acres: Garage
Spaces: 2 Attached, Under, Garage Door Opener, Storage
Living Area Includes: Heat Zones: Forced Air, Gas, Unit Control Parking
Spaces: 2 On Street Permit, Common, Guest
Living Area Source: Field Card Cool Zones: Central Air, Unit Control Levels in
Unit: 2
Living Area Disclosures:
Disclosures: Ask for property website for more pictures, floor plan and
interactive room planner.

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 153 Complete: Yes Units Owner
Occupied: Source:

CONFIDENTIAL

NFLPA_BRADY001552

Association: Yes Fee: $656 Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal, Park

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 2 18x14 Fireplace, Ceiling - Cathedral, Ceiling Fan(s), Flooring
- Wall to Wall Carpet, Window(s) - Bay/Bow/Box, Window(s) - Picture, Balcony /
Deck, Open Floor Plan
Dining Room: 2 18x13 Ceiling - Cathedral, Ceiling Fan(s), Flooring - Wall to
Wall Carpet, Window(s) - Picture, Balcony / Deck, Balcony - Exterior
Kitchen: 2 23x12 Ceiling - Cathedral, Closet/Cabinets - Custom Built, Flooring
- Stone/Ceramic Tile, Dining Area, Countertops - Stone/Granite/Solid, Kitchen
Island, Breakfast Bar / Nook, Cabinets - Upgraded, Open Floor Plan
Master Bedroom: 2 18x12 Bathroom - Full, Bathroom - Double Vanity/Sink,
Ceiling - Cathedral, Closet - Walk-in, Flooring - Wall to Wall Carpet, Recessed
Lighting
Bedroom 2: 2 12x12 Ceiling - Cathedral, Closet, Flooring - Wall to Wall
Carpet, Recessed Lighting
Bath 1: 2 6x9 Bathroom - Full, Bathroom - Tiled With Tub & Shower, Flooring -
Stone/Ceramic Tile, Recessed Lighting
Bath 2: 2 15x10 Bathroom - Full, Bathroom - Double Vanity/Sink, Flooring -
Stone/Ceramic Tile, Countertops - Stone/Granite/Solid, Jacuzzi / Whirlpool
Soaking Tub, Enclosed Shower - Fiberglass, Recessed Lighting
Loft: 2 14x27 Ceiling - Cathedral, Ceiling Fan(s), Flooring - Hardwood,
Window(s) - Picture, Balcony / Deck, Deck - Exterior, Open Floor Plan, Recessed
Lighting

Features

Area Amenities: Public Transportation, Park, Bike Path, Conservation Area,
Highway Access, Marina, T-Station
Appliances: Wall Oven, Dishwasher, Disposal, Microwave, Countertop Range,
Refrigerator, Freezer, Washer, Dryer
Association Pool: No
Basement: No , --
Beach: Yes
Beach - Miles to: 3/10 to 1/2 Mile
Exterior: Wood, Stucco
Exterior Features: Deck, Garden Area, Professional Landscaping
Interior Features: Security System, Intercom
Management: Professional - On Site
Pets Allowed: Yes w/ Restrictions -Pets Negotiable
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Waterfront: Yes, Ocean, Bay, Marina

Other Property Info

Disclosure Declaration: No
Exclusions:

**CONFIDENTIAL**

Lead Paint: None
UFFI: Warranty Features:
Year Built/Converted: 1999/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round:
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#12-6
Assessed: $619,700
Tax: $8986 Tax Year: 2013
Book: 250 Page: 160
Cert: 933421
Zoning Code: PUD
Map: Block: Lot:

Firm Remarks

**Brokers and agents must be present at first showing and/or must
pre-register their buying client for an Open House.

Market Information

Listing Date: 11/13/2013 Listing Market Time: MLS# has been on for 336 day(s)
Days on Market: Property has been on the market for a total of 336 day(s)
Office Market Time: Office has listed this property for 336 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $682,000 Seller Concessions at Closing:
Off Market Date: 10/15/2014 Financing: Conv. Fixed
Sale Date: 12/5/2014
Sale Price: $662,000

Offer Date: 9/25/2014 Days to Offer: 316

Market History for 229 Victory Rd U:229, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71607979 11/13/2013 Listed for $682,000 $682,000
12/4/2013 Compensation Based On Changed To: Gross/Full Sale Price
EXT 1/31/2014 Status Changed to: Extended
EXT 4/23/2014 Status Changed to: Extended
7/29/2014 Price Changed to: $669,000 $669,000
EXT 8/26/2014 Status Changed to: Extended
CTG 9/5/2014 Status Changed to: Contingent
BOM 9/8/2014 Status Changed to: Back on Market
CTG 9/26/2014 Status Changed to: Contingent
UAG 10/15/2014 Status Changed to: Under Agreement

SLD 12/5/2014 Status Changed to: Sold
12/5/2014 Sold for $662,000 336 316 $662,000
Market History for Office Id: NB4836 336 316 $662,000

Market History for this property 336 316 $662,000

Price Change History for 71607979
229 Victory Rd U:229, Quincy, MA : Marina Bay 02171

Date Amount % DOM to PCG DOM of PCG

11/13/2013 Listed for: $682,000 0
7/29/2014 Price Changed to: $669,000 - $13,000 1.91% 258 258
Listing DOM: 336

Property DOM: 336
** Calculates and removes Offmarket activity in DOM Timeframe

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=I&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=J&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71607979&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802240>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71724889&o=&n=0>
MLS # 71724889 - Sold
Condo - Townhouse

27 Tilden Common's Drive - Unit 27 List Price: $755,000

Quincy, MA : Marina Bay 02171 Sale Price: $733,250
Norfolk County
Unit Placement: Street, Corner, Courtyard Total Rooms: 7
Unit Level: 1 Bedrooms: 2
Grade School: Squantum School Bathrooms: 2f 1h
Middle School: Atlantic Master Bath: Yes
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Common
Handicap Access/Features:
Directions: E. Squantum St,left to Marina Bay,right on Victory Rd,right on
Tilden Commons,right on Preston Sq

Remarks

Marina Bay- Chapman's Reach! Beautiful sun filled corner 2 bedroom residence.
This well maintained unit boasts beautiful hardwood floors, high ceilings, gas
fireplace, spacious bedrooms, abundant storage, full basement and attached 2
car garage. This uniquely designed unit offers a large living-dining room,
lovely kitchen with breakfast bar, a dining area with French doors leading onto
covered porch. Enjoy your morning coffee in the secluded Beacon Hill style
courtyard. Located only 5 miles from downtown Boston. Offering free shuttle
service to North Quincy train station, and easy access to highway. Close to
shops, nightlife, restaurants, parks and Boston Harbor's Flagship Marina. Do
not miss out on this one of a kind town home in this fabulous coastal area.

Property Information

Approx. Living Area: 1999 sq. ft. ($366.81/sq. ft.) Approx. Acres: Garage
Spaces: 2 Attached
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 1
Off-Street, On Street Permit, Guest
Living Area Source: Field Card Cool Zones: Central Air Levels in Unit: 2
Living Area Disclosures:
Disclosures:

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 151 Complete: Yes Units Owner
Occupied: Source:
Association: Yes Fee: $609 Monthly Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal, Garden Area

Room Levels, Dimensions and Features

CONFIDENTIAL

Room Level Size Features

Living Room: 1 Flooring - Wall to Wall Carpet

Dining Room: 1 Flooring - Wall to Wall Carpet

Family Room: 1 Fireplace, Flooring - Wall to Wall Carpet

Kitchen: 1 Flooring - Stone/Ceramic Tile, Dining Area, French Doors

Master Bedroom: 1 Bathroom - Full, Closet - Walk-in, Closet/Cabinets - Custom Built, Flooring - Wall to Wall Carpet, Double Vanity

Bedroom 2: 2 Closet

Bath 1: 1 Bathroom - Full, Bathroom - Double Vanity/Sink, Bathroom - Tiled With Shower Stall, Closet - Linen, Flooring - Stone/Ceramic Tile, Jacuzzi / Whirlpool Soaking Tub

Bath 2: 1 Bathroom - Half, Flooring - Stone/Ceramic Tile

Bath 3: 2 Bathroom - Full, Flooring - Stone/Ceramic Tile

Laundry: 1 --

Entry Hall: 1 Flooring - Wood

Sitting Room: 2 Flooring - Wall to Wall Carpet


Features

Area Amenities: Public Transportation, Shopping, Walk/Jog Trails, Golf Course, Medical Facility, Bike Path, Conservation Area, Highway Access, House of Worship, Marina, Public School, T-Station

Appliances: Range, Dishwasher, Microwave, Refrigerator, Washer, Dryer

Basement: Yes , Full

Beach: Yes Bay

Beach Ownership: Public

Beach - Miles to: 1/2 to 1 Mile

Construction: Frame

Docs in Hand: Rules & Regs, Master Plan, Management Association Bylaws

Electric Features: 220 Volts, Circuit Breakers, 100 Amps

Energy Features: Insulated Windows, Storm Doors

Exterior: Wood, Stucco

Exterior Features: Porch, Patio - Enclosed, Decorative Lighting

Flooring: Wood, Tile, Wall to Wall Carpet

Hot Water: Electric

Insulation Features: Full

Interior Features: Security System

Management: Professional - On Site

Pets Allowed: Yes w/ Restrictions

Roof Material: Asphalt/Fiberglass Shingles

Sewer Utilities: City/Town Sewer

Water Utilities: City/Town Water

Sewage District: MWRA

Utility Connections: for Electric Range

Waterfront: No


Other Property Info

Disclosure Declaration: No

Exclusions: Not included: Dining area chandelier,window treatments in mas bdrm

**CONFIDENTIAL**

& liv rm. Decorative fireplace
Facing Direction: East
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Warranty Features:
Year Built/Converted: 2000/2000
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #:
Assessed: $537,900
Tax: $7993.19 Tax Year: 2014
Book: OC250 Page: 0081
Cert:
Zoning Code: PUD
Map: Block: Lot:

Firm Remarks

No showings until August 13, 2014

Market Information

Listing Date: 8/5/2014 Listing Market Time: MLS# has been on for 80 day(s)
Days on Market: Property has been on the market for a total of 80 day(s)
Office Market Time: Office has listed this property for 80 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $755,000 Seller Concessions at Closing:
Off Market Date: 10/24/2014 Financing: Conv. Fixed
Sale Date: 12/15/2014
Sale Price: $733,250

Offer Date: 10/3/2014 Days to Offer: 59

Market History for 27 Tilden Common's Drive U:27, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71724889 8/5/2014 Listed for $755,000 $755,000
CTG 10/4/2014 Status Changed to: Contingent
UAG 10/24/2014 Status Changed to: Under Agreement
SLD 12/15/2014 Status Changed to: Sold
12/15/2014 Sold for $733,250 80 59 $733,250
Market History for Office Id: BB8139 80 59 $733,250

**CONFIDENTIAL**

Market History for this property 80 59 $733,250

<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=F&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71724889&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802241>
_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71667468&o=&n=0>
MLS # 71667468 - Sold
Condo - Mid-Rise

2001 Marina Drive - Unit PH901 List Price: $999,999

Quincy, MA : Marina Bay 02171-1538 Sale Price: $890,000
Norfolk County
Unit Placement: Top/Penthouse Total Rooms: 6
Unit Level: 9 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Middle Master Bath: Yes
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:
Directions: Route 93 South from Boston, Exit 12 follow signs to Marina Bay

Remarks

Live on Top of the World! Spectacular Penthouse on One Level! The entire Boston Skyline & Harbor at your feet! Jaw Dropping Views from Every Window! Enjoy the Most Impressive & Inspiring Private Roofdeck in Marina Bay! Dramatic floorplan with expansive open living room, diningroom & fireplaced den all with floor to ceiling windows! Exquisite Brazilian Cherry floors! Oversized Custom kitchen with large granite island and breakfast nook! Lush MBR en suite! Huge Guest Bedroom! Minutes to City!

## Property Information

Approx. Living Area: 2362 sq. ft. ($376.80/sq. ft.) Approx. Acres: Garage Spaces: 2 Under, Garage Door Opener
Living Area Includes: Heat Zones: 5 Electric Parking Spaces: 2 Assigned, Deeded
Living Area Source: Master Deed Cool Zones: 5 Central Air, Heat Pump, Individual, Unit Control Levels in Unit: 1
Living Area Disclosures:
Disclosures: Custom Cedenza/entertainment Center in 2nd bedroom included

## Complex & Association Information

Complex Name: Marina Point Condominiums Units in Complex: 245 Complete: Yes
Units Owner Occupied: Source:
Association: Yes Fee: $1,536 Monthly Fee Includes: Water, Sewer, Master Insurance, Security, Elevator, Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal, Refuse Removal
Optional Service Fee: $48 Opt Fee Includes: Recreational Facilities, Exercise Room

## Room Levels, Dimensions and Features

Room Level Size Features

## Features

Area Amenities: Shopping, Park, Walk/Jog Trails, Marina, Other (See Remarks)
Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator, Washer, Dryer
Assoc. Security: TV Monitor, Doorman
Basement: No , --
Beach: No
Electric Features: Circuit Breakers
Energy Features: Insulated Windows
Exterior: Brick
Exterior Features: Deck - Roof, City View(s)
Flooring: Wood
Hot Water: Natural Gas, Electric
Insulation Features: Full, Fiberglass
Interior Features: Cable Available
Management: Professional - On Site
Pets Allowed: No
Roof Material: Rubber
Sewer Utilities: City/Town Sewer

**CONFIDENTIAL**

Water Utilities: City/Town Water
Utility Connections: for Electric Range, for Electric Oven
Waterfront: Yes, Ocean, Bay, Harbor, Deep Water Access, Marina, Public, Private

Other Property Info

Adult Community: No
Elevator: Yes
Disclosure Declaration: No
Exclusions: custom drapery & hardware
Lead Paint: None
UFFI: No Warranty Features: No
Year Built/Converted: 1987/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:54 L:U901W
Assessed: $666,500
Tax: $9988 Tax Year: 2014
Book: 193 Page: 566
Cert:
Zoning Code: BUSC
Map: Block: Lot:

Market Information

Listing Date: 4/23/2014 Listing Market Time: MLS# has been on for 25 day(s)
Days on Market: Property has been on the market for a total of 25 day(s)
Office Market Time: Office has listed this property for 25 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $999,999 Seller Concessions at Closing:
Off Market Date: 5/18/2014 Financing: Conv. Fixed
Sale Date: 5/30/2014
Sale Price: $890,000

Offer Date: 4/28/2014 Days to Offer: 5

Market History for 2001 Marina Drive U:PH901, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71667468 4/23/2014 Listed for $999,999 $999,999
CTG 4/30/2014 Status Changed to: Contingent
UAG 5/18/2014 Status Changed to: Under Agreement
SLD 5/30/2014 Status Changed to: Sold
5/30/2014 Sold for $890,000 25 5 $890,000

Market History for Office Id: BB9059 25 5 $890,000

Market History for this property 25 5 $890,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=I&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71667468&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802242>

# Headers

| | |
|---|---|
| **Content-Type:** | multipart/alternative; boundary=Apple-Mail-3D7EE111-066A-4630-849D-35AE2F7A0DE4 |
| **Content-Transfer-Encoding:** | 7bit |
| **From:** | Tom Brady ███████████ |
| **Mime-Version:** | 1.0 (1.0) |
| **Subject:** | Re: [FWD: Comps for Marina Bay] |
| **Message-Id:** | <AC08DAA5-1B48-4839-B726-3D2AA2505E20@mac.com> |
| **Date:** | Wed, 25 Feb 2015 09:12:51 -0500 |
| **References:** | <20150225071041.24465fe939f5436e8e607ca01504a082.ea20748245.wbe@email01.secure server.net> |
| **In-Reply-To:** | <20150225071041.24465fe939f5436e8e607ca01504a082.ea20748245.wbe@email01.secure server.net> |
| **To:** | Ben Rawitz ███████████ |

**Re: GRANTLAND.com:Are Manning and Brady Cheating? How Rule Changes Have Helped Extend a Rivalry**

| | |
|---|---|
| From: | Kevin Brady ███████████ |
| To: | Tom Brady ███████████ |
| Sent: | October 31, 2014 8:33:55 PM PDT |
| Received: | October 31, 2014 8:34:00 PM PDT |

Yeah- I thought the same thing. Fantastic stuff- pumped to read it again cuz I feel like I missed a bunch of antidotes. I liked the footnotes and all the factual stats he presented his case with to give the whole premise legs.

I have watched things and read things about you and the team for 14 years and have never come across anything so factual that really peels the layers of the onion back and gets to the core of what's going on if you really were paying attention as an audience over the years for you, BB, Peyton ect.

It makes me think of what BB said (according to you) after the first SB in New Orleans of "I can't believe won with THIS team".....meaning of all the players, years and guys he coached THIS one overcame the odds and beat a juggernaut and it was his assumption that he could pick the groceries as HE had the recipe to organizational success.

That was the beginning in my mind of what morphed into an organizational arrogance of players brought in on the cheap and having to make do with losing guys year after year cuz the team thought they were too expensive or washed up. All because you made um look good by racking up wins...why change?

Basically the takeaway is if you took a casual fan and wanted to explain the Manning vs TB story, this is blueprint and cliff notes version of putting it all together. The story within the story- it's what makes sports interesting and compelling now as adult vs just wins and losses.

Anyways- go get them boys this weekend. Hope the kids had fun tonight and eating only sugar free candy!

Kevin

> On Oct 31, 2014, at 7:40 PM, Tom Brady ███████████ wrote:

>
> wow…great story…amazing to me that he is so accurate without much information…."know thyself and to thy own self be true"…my goal has never been to be the greatest ever…my goal has been to win every day i take the field and to prove to myself that i am the best i can be every day. march or november…this ride aint over yet popa.

>> On Oct 31, 2014, at 6:58 PM ███████████ wrote:
>>

CONFIDENTIAL

>> You have received this GRANTLAND.com mail from:
>>
>>


>> ███████████████
>>

>> The "Are Manning and Brady Cheating? How Rule Changes Have Helped Extend a
Rivalry" story is located at
http://grantland.com/the-triangle/tom-brady-peyton-manning-cheating/
>>

>> I thought you might enjoy this story from Grantland.

>

## Headers

| | |
|---|---|
| **Return-path:** | ████████ |
| **Received:** | from st11p00mm-smtpps011.mac.com ([17.172.87.211]) by ms01514.mac.com (Oracle Communications Messaging Server 7u4-27.08 (7.0.4.27.7) 64bit (built Aug 22 2013)) with ESMTP id <0NEC005FSCKOWJ50@ms01514.mac.com> for ████, 01 Nov 2014 03:34:00 +0000 (GMT) |
| **Original-recipient:** | rfc822 ████ |
| **Received:** | from nm27-vm5.bullet.mail.ne1.yahoo.com ([98.138.91.249]) by st11p00mm-smtpin011.mac.com (Oracle Communications Messaging Server 7u4-27.10(7.0.4.27.9) 64bit (built Jun 6 2014)) with ESMTPS id <0NEC00C5ZCKL55H0@st11p00mm-smtpin011.mac.com> for ████████ (ORCPT ████████); Sat, 01 Nov 2014 03:34:00 +0000 (GMT) |
| **Received-SPF:** | pass (st11p00mm-smtpin011.mac.com: domain of ████████ designates 98.138.91.249 as permitted sender) receiver=st11p00mm-smtpin004.mac.com; client-ip=98.138.91.249; helo=nm27-vm5.bullet.mail.ne1.yahoo.com; envelope-████████ |
| **Authentication-results:** | st11p00mm-smtpin011.mac.com; spf=pass (st11p00mm-smtpin011.mac.com: domain of ████████ designates 98.138.91.249 as permitted sender) smtp.mailfrom=████████ |
| **DKIM-Signature:** | v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048; t=1414812837; bh=4hiHevndD5FiPVPft10vCxzvhxOsh0/Msm58ZPOejus=; h=From:Subject:Date:References:In-Reply-To:To:From:Subject; b=JwqO8lccq5m8GN9YQkBNrCCAVypnU7GEEFYCTM+ppuk8zGmF04Q4+98GkoBc2WL/Q Dujg1PprBMoGOuiRIPMbfiZQKLn2Bz1r+dNuZhsq2jgMhKwL4Tfch9xx39nMx8vU6pn8d3LVx NwNVv/fRdMECY5HmFBVUNs82Humj9fNRMOld1EyolJ1BzLnYTZiCy5a/Ry68K7fY6aBLrX OBAfbaxTAmm1vp9nf6JpBm2pJF5UTD5vLdwR2Fr2gtvUJ3n3+xbmoUSgMj1Q5I24wu2phLI3 bUiZ2ivVYi97P1kjwjlkvN8yoEJxqOHSSUa6nOmkhE7KDSD5SFIdy46LThnjg== |
| **DomainKey-Signature:** | a=rsa-sha1; q=dns; c=nofws; s=s2048; d=yahoo.com; b=dSjbX/HZu7Hfgpm/GmhYuEVmk7ajfgA3DJ/yxmR/jfDxrX0xm/CpKG5H5jd9uigCygPrktMeV PE8au8se68TOXffl+jdbAilUmveHhgRfY/AL/k5PLwfh/PcUIumc63zBWKTS9As0SokqtKfgNKd vPyeuJ3tV/NMK+9oBR6U9I03DncUj/IDalimo1fnSCCUvu+yuvuNyt5caj2BA2e6U7Z8KJp0gGK sHVL/SoZcaBnp6n5NCRwgWe3OOqKOKoUuZgbudNwZnXVVT1W9HjIr00QJMMm5Oc1IVs BHXXEeG9RDJMrnm4caMnWVkBkOclpMrmSVYRjVnIaZJf6jKEA9GSA==; |
| **Received:** | from [98.138.100.103] by nm27.bullet.mail.ne1.yahoo.com with NNFMP; Sat, 01 Nov 2014 03:33:57 +0000 |
| **Received:** | from [98.138.226.59] by tm102.bullet.mail.ne1.yahoo.com with NNFMP; Sat, 01 Nov 2014 03:33:57 +0000 |
| **Received:** | from [127.0.0.1] by smtp210.mail.ne1.yahoo.com with NNFMP; Sat, 01 Nov 2014 03:33:57 +0000 |
| **From:** | Kevin Brady ████████ |
| **Content-type:** | text/plain; charset=utf-8 |
| **Content-transfer-encoding:** | quoted-printable |
| **MIME-version:** | 1.0 (1.0) |
| **Subject:** | Re: GRANTLAND.com:Are Manning and Brady Cheating? How Rule Changes Have Helped Extend a Rivalry |
| **Message-id:** | <015892F1-29C8-4ECE-B7E5-7E3D68A9832A@yahoo.com> |
| **Date:** | Fri, 31 Oct 2014 20:33:55 -0700 |
| **References:** | <21356813.1414796324856.JavaMail.N7ESPNAPP402$@N7ESPNAPP402> <9719DAEE-F6CB-441B-8022-CA61FAD2A593@mac.com> |
| **In-reply-to:** | <9719DAEE-F6CB-441B-8022-CA61FAD2A593@mac.com> |
| **To:** | Tom Brady ████████ |
| **X-Mailer:** | iPhone Mail (12A405) |
| **Authentication-results:** | st11p00mm-smtpin011.mac.com; dkim=pass (2048-bit key) header.d=yahoo.com header.i=@yahoo.com header.b=JwqO8lcc; dkim-adsp=pass |
| **x-icloud-spam-score:** | 33302230 f=yahoo.com;e=yahoo.com;is=yes;ir=no;pp=ham;spf=pass;dkim=pass;dmarc=?;wl=absent;p wl=absent;clxs=ham;clxl=absent |

| | |
|---|---|
| **x-dmarc-info:** | pass=?; dmarc-policy=(noPolicy); s=; d= |
| **X-MANTSH:** | 1TEIXWV4bG1oaGkdHB0lGUkdDRl5PWBoaHBEKTEMXGx0EGx0YBBIZBBsdEBseGh8 |
| | aEQpYTRdLEQptfhcbEQpMWRcbGhofEQpZTRdkRV5gX0RBEQpZSRcacRoQGncGGxMec RsdHxAad |
| | wYYGgYaEQpZXhdobnkRCkNOF0sbGBpiQh9oXxlgTxl4cwdrGxoZGRlSRhEKW0MXGmRva RoaaR9 |
| | waWFmHx9iGhEKWFwXGQQaBBsTB00bGkgZHx4dBRsdBBsdGAQSGQQbHRAbHhofGxE KXlkXZkNMR |
| | mkRCk1cFxkaEQpMWhdoY2tBaxEKRVgXaBEKTEYXYmtrEQpDWhcTEgQbGRlEExsEGB4 TEQpCXHc |
| | bEQpCRRdkR00eQnhNBUESXREKQk4XekQcHW9FbG1EQ2YRCkJMF2cbeGlCcE9fQWEe EQpCbBdrW |
| | HxmZ1IFfEhSWREKQkAXYUtef0RibEReWWURCkJYF2kTeHpYEmxbRWBQEQpNXhcbEQp wZxd6RRl |
| | ueXlDbWh6fhEKcGgXZXlYYkdLT2B+c2URCnBoF21ESFtzExJDQGZoEQpwaBdkT0dHWxoY ZXkBa |
| | REKcGgXYFtoYRNoGVN4Zx4RCnBoF2xSR3tlWU9vZRNGEQpwfxdtXXxgQhhHGRNNRBE KcF8XZ3B |
| | EYnNcZRpZXk0RCnBsF2tjQlldaExHY0lNEQpwTBdnHGRcRhluG14bHRE= |
| **X-CLX-Spam:** | false |
| **X-CLX-Score:** | 1005 |
| **X-CLX-Shades:** | NotJunk |
| **X-Proofpoint-Virus-Version:** | vendor=fsecure engine=2.50.10432:5.12.52,1.0.28,0.0.0000 definitions=2014-11-01_01:2014-10-31,2014-10-31,1970-01-01 signatures=0 |
| **X-Proofpoint-Spam-Details:** | rule=notspam policy=default score=0 spamscore=0 suspectscore=2 phishscore=0 adultscore=42 bulkscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=7.0.1-1408290000 definitions=main-1411010039 |
| **X-Yahoo-Newman-Id:** | 125362.7485.bm@smtp210.mail.ne1.yahoo.com |
| **X-Yahoo-Newman-Property:** | ymail-3 |
| **X-YMail-OSG:** | HuouUXwVM1moxhpIpBlSax5eENAJd5hLhiw1qhC6rXt9EyR 5WhiUyADVqhr7OJb4r.4oh8GlAcxH6a6ysFl21yhWSRpBt.2ypr94OWT__GF 7Meig1ZRGn._WFdjxSNZoIHYuhp4IU_568PXklyvolfy.2Lnfq4ncSnGS66X IpKyFmb4FRYkk85LR4set4cMdvWqSFLAx8QrvTpZcfTkF2Pvy3kp5eKvbs__ B_il6yAXFAFskzNwA4WrF08x.2H2v0KOzrq9ZLbE7jlFhnOUxcv5Yl2pFSEJ acHjeZhGhBokt62KBzY0DQmjZFFLVAP1Qaz1q4hEVlJvdNu6RW6i3SwWgiDb LpnykE84VzVl4TGjFQAjCbRwvZyxvHn4FtWyXhUYrVCug7mgJpFjgFGuKxFj 8Uh3in4Rdp2KnxMf03_Oxmed2.R.lCpPlYD1dykpczeAqkSXF2EvnLiREf2B fr7_lXhFdhlp12h0gSaror6obOH0uhGFLkRBQpwKDlwlKlY1hPCoPSsx18RV Q4S4k74._ScGSGNnVAaYTrQC8EsWaTklMk8e6DlHebSgXPBFW_bTmWZxlTlR WcgudfhZXr.qFEw65kfm2qON72fojj72f |
| **X-Yahoo-SMTP:** | KzLNoXiswBCiTAsUx3KJbAUBxBB7h6Qe |

# ATTY-CLIENT PRIVILEGED COMMUNICATION

**Item ID:** 10994
**Subject:** ATTY-CLIENT PRIVILEGED COMMUNICATION
**From:** ██████████, ████████████████████
**To:** ████████████
**Cc:** ████████████, ████████████
**Sent:** February 26, 2015 11:09:40 AM PST
**Received:** February 26, 2015 11:09:46 AM PST

**Size:** 22 KB  (23,118 bytes)

**Source:** 01BVN03-████████████-9-1-14--3-1-15.pst
**Location:** 01BVN03-████████████-9-1-14--3-1-15.pst/Top of Outlook data file/Yee and Dubin

**File Last Modified:** June 3, 2015 10:49:59 PM PDT
**File Created:** February 26, 2015 11:09:46 AM PST

**MIME Type:** message/rfc822
**MD5 Hash:** 668d88de5362428d982360cedd694a9b
**Message Hash:** 77b5be7d7f2ecb608b452a412c05afda
**Message ID:** <d427.5c64145c.4220c973@aol.com>

**My tags:** Notable

## Original view
4 pages (displayed on pages 408 to 411)

# [FWD: Comps for Marina Bay]

| | |
|---|---|
| From: | Ben Rawitz █████████████ |
| To: | T B ████████████ |
| Sent: | February 25, 2015 6:10:41 AM PST |
| Received: | February 25, 2015 6:11:21 AM PST |

From Alison...

-------- Original Message --------
Subject: Comps for Marina Bay
From: "Allison Mazer" ████████████████████████████
Date: Tue, February 24, 2015 10:27 pm
To: ████████████████████████

Hi Ben,
I have included recent properties that have sold in the last 12 months in
Chapmans Reach. The sweet spot for the town homes in this area is high $500k to
low $700k the normal price per sq ft are high $200-mid $300. Buyers that are
paying high $300 sq ft are looking for PH units at 2001 Marina Drive building
for instance with skyline views of the city. I would love to do a quick walk
through to get a better sense of what it would take to get top dollar.
$789-$800k is my estimate for listing price . It would take creative marketing
to get this price point but I would love the opportunity!
Let me know if you have any questions. Or any details on current condition of
property!
Allison

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71658334&o=&n=0>
MLS # 71658334 - Sold
Condo - Townhouse

224 Marina Drive - Unit 224 List Price: $469,900

Quincy, MA : Marina Bay 02171-1574 Sale Price: $465,000
Norfolk County
Unit Placement: Upper, Corner Total Rooms: 5
Unit Level: 2 Bedrooms: 2
Grade School: Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: Fireplaces: 1
Outdoor Space Avail:
Handicap Access/Features:
Directions: Victory Road to Marina Drive.

Remarks

Spring has started and it is the perfect time to move to Marina Bay! This
elegant townhouse end unit in Chapman's Reach is situated in a quiet setting
yet conveniently located to all the restaurants, shops and nightlife of the

CONFIDENTIAL

boardwalk at Marina Bay. The unit features quality amenities including a cherry cabinet kitchen w/stainless steel appliances & granite counter tops, beautiful Brazilian cherry hardwood floors, gas fireplace, and 2 full bathrooms w/marble. The master bedroom features 2 California closets and a lovely bath. This is an end unit on the second floor & features a spacious balcony. Included in the offering is a deeded one-car garage plus one outside parking space. There is also a pull down staircase to a very large attic area; perfect for storage! Pets are allowed with restrictions. Located only 5 miles to downtown Boston & Logan International Airport and offering a free shuttle service to the train station, Chapman's Reach is a wonderful destination. Do not miss!

Property Information

Approx. Living Area: 1448 sq. ft. ($321.13/sq. ft.) Approx. Acres: Garage Spaces: 1 Detached, Garage Door Opener
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 2 Off-Street
Living Area Source: Unit Floor Plan Cool Zones: 1 Central Air Levels in Unit: 1
Living Area Disclosures:
Disclosures: Tenant lease until June 30, 2014

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 152 Complete: Units Owner Occupied: Source:
Association: Yes Fee: $421 Monthly Fee Includes: Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal, Park

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 2 15x13 Fireplace, Flooring - Wood, Cable Hookup, Deck - Exterior
Dining Room: 2 11x10 Flooring - Wood
Kitchen: 2 13x10 Closet, Flooring - Wood
Master Bedroom: 2 14x13 Bathroom - Full, Closet - Walk-in, Closet, Flooring - Wall to Wall Carpet
Bedroom 2: 2 14x10 Closet, Flooring - Wall to Wall Carpet
Bath 1: 2 Bathroom - Full
Bath 2: 2 Bathroom - 3/4
Laundry: 2 Closet

Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails, Medical Facility, Conservation Area, Highway Access, Marina, Private School, Public School, T-Station
Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator, Washer, Dryer
Basement: No , --
Beach: Yes Bay
Beach - Miles to: 1/2 to 1 Mile
Construction: Frame

CONFIDENTIAL

Electric Features: Circuit Breakers, 100 Amps
Energy Features: Insulated Windows
Exterior: Stucco
Exterior Features: Deck
Flooring: Wood, Tile, Wall to Wall Carpet, Marble
Hot Water: Tank
Insulation Features: Full
Interior Features: Cable Available
Management: Professional - On Site
Restrictions: Other (See Remarks)
Roof Material: Asphalt/Fiberglass Shingles
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA
Terms: Contract for Deed
Utility Connections: for Gas Range, for Electric Oven, for Electric Dryer
Waterfront: No
Water View: No, --

Other Property Info

Adult Community: No
Disclosure Declaration: No
Exclusions: Tenants personal belongings
Laundry Features: In Unit
Lead Paint: None
UFFI: No Warranty Features:
Year Built/Converted: 2002/
Year Built Source: Public Record
Year Built Desc: Approximate
Year Round:
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #:
Assessed: $416,800
Tax: $6241 Tax Year: 2013
Book: 250 Page: 192
Cert:
Zoning Code: PUD
Map: 6076 Block: 75 Lot: 3-5

Firm Remarks

Showings begin on Sunday 4/13 at Open House 12Noon to 2PM

Market Information

Listing Date: 4/9/2014 Listing Market Time: MLS# has been on for 68 day(s)

Days on Market: Property has been on the market for a total of 68 day(s)
Office Market Time: Office has listed this property for 68 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $469,900 Seller Concessions at Closing:
Off Market Date: 5/16/2014 Financing: Conv. Fixed
Sale Date: 6/6/2014
Sale Price: $465,000

Offer Date: 4/14/2014 Days to Offer: 5

Market History for 224 Marina Drive U:224, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71658334 4/9/2014 Listed for $469,900 $469,900
CTG 4/14/2014 Status Changed to: Contingent
UAG 6/16/2014 Status Changed to: Under Agreement
SLD 6/16/2014 Status Changed to: Sold
6/6/2014 Sold for $465,000 68 5 $465,000
Market History for Office Id: AC0769 68 5 $465,000

Market History for this property 68 5 $465,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=I&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=J&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=K&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=L&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=M&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=N&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71658334&n=O&o=>

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71658334&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802231>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71628105&o=&n=0>

MLS # 71628105 - Sold
Condo - Townhouse

39 Tilden Commons Dr - Unit 39 List Price: $499,000

Quincy, MA : Marina Bay 02171-3124 Sale Price: $490,000
Norfolk County
Unit Placement: Total Rooms: 5
Unit Level: 1 Bedrooms: 2
Grade School: Bathrooms: 2f 1h
Middle School: Master Bath:
High School: Fireplaces: 1
Outdoor Space Avail:
Handicap Access/Features:
Directions: Don't take Marina Dr, instead keep going on Victory Rd and take a right onto Tilden Commons Dr.

Remarks

Chapman's Reach Townhome at the Marina Bay! Quite one-way street. Walk into your open floor plan living area featuring a living room with a gas fireplace, a large kitchen and plenty of space for your dining area. Master suite with built out closets and a beautiful marble bath with a jacuzzi tub are also on the first floor. During warmer months, enjoy your morning coffee and ocean breeze on the private patio off the master bedroom. Second floor additional bedroom and bathroom, half bath and full size side by side washer/dryer on the main floor, and attached 1 car garage complete this desirable home.

Property Information

Approx. Living Area: 1460 sq. ft. ($335.62/sq. ft.) Approx. Acres: Garage Spaces: 1 Attached
Living Area Includes: Heat Zones: Forced Air, Gas Parking Spaces: 2 --
Living Area Source: Field Card Cool Zones: Central Air Levels in Unit: 2
Living Area Disclosures: does not include basement or garage
Disclosures: Condo fee consists of two parts. Ask broker...

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 153 Complete: Yes Units Owner
Occupied: 137 Source:
Association: Yes Fee: $404 Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 --
Kitchen: 1 --
Master Bedroom: 1 --
Bedroom 2: 2 --
Bath 1: 1 --
Bath 2: 1 --
Bath 3: 2 --
Laundry: 1 --

Features

Area Amenities: Marina
Basement: Yes , Full
Beach: No
Hot Water: Natural Gas
Management: Professional - On Site
Pets Allowed: Yes
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Waterfront: No

Other Property Info

Adult Community: No
Disclosure Declaration: No
Exclusions:
Lead Paint: Unknown
UFFI: Warranty Features:
Year Built/Converted: 2000/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round:
Short Sale w/Lndr.App.Req: Unknown
Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#7-6
Assessed: $403,100
Tax: $5845 Tax Year: 2013
Book: 0 Page: 0

Cert:
Zoning Code: PUD
Map: Block: Lot:

Market Information

Listing Date: 1/30/2014 Listing Market Time: MLS# has been on for 89 day(s)
Days on Market: Property has been on the market for a total of 89 day(s)
Office Market Time: Office has listed this property for 89 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $530,000 Seller Concessions at Closing:
Off Market Date: 4/29/2014 Financing: Cash
Sale Date: 9/10/2014
Sale Price: $490,000

Offer Date: 4/19/2014 Days to Offer: 79

Market History for 39 Tilden Commons Dr U:39, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71628105 1/30/2014 Listed for $530,000 $530,000
3/6/2014 Price Changed to: $520,000 $520,000
EXT 4/10/2014 Status Changed to: Extended
4/10/2014 Price Changed to: $512,000 $512,000
4/17/2014 Price Changed to: $499,000 $499,000
CTG 4/21/2014 Status Changed to: Contingent
UAG 4/29/2014 Status Changed to: Under Agreement
SLD 9/11/2014 Status Changed to: Sold
9/10/2014 Sold for $490,000 89 79 $490,000
Market History for Office Id: BB5522 89 79 $490,000

Market History for this property 89 79 $490,000

Price Change History for 71628105
39 Tilden Commons Dr U:39, Quincy, MA : Marina Bay 02171

Date Amount % DOM to PCG DOM of PCG

1/30/2014 Listed for: $530,000 0
3/6/2014 Price Changed to: $520,000 - $10,000 1.89% 35 35
4/10/2014 Price Changed to: $512,000 - $8,000 1.54% 35 70
4/17/2014 Price Changed to: $499,000 - $13,000 2.54% 7 77
Listing DOM: 89

Property DOM: 89
** Calculates and removes Offmarket activity in DOM Timeframe

<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=2&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71628105&n=B&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71628105&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802232>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71774177&o=&n=0>
MLS # 71774177 - Sold
Condo - Low-Rise, Attached

216 Marina Dr - Unit 216 List Price: $499,000

Quincy, MA : Marina Bay 02171-1574 Sale Price: $503,000
Norfolk County
Unit Placement: End, Corner Total Rooms: 5
Unit Level: 1 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Master Bath:
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:
Directions: From Victory Road, right on Marina Drive

Remarks

Boston's Uncommon Lifestyle! Chapman's Reach at Marina Bay! Pristine, First
floor, two bed, end unit condominium with three exterior exposures and steps
away from Marina, Boardwalk and restaurants. Contemporary layout with seasonal
water views. Features include: gracious, front entry with large covered porch.
there is a large corner living room with fireplace and french doors to the
front porch. A large fully applianced kitchen features rear door with access to
the garage. There is a separate dining area, large south facing master suite
and second bedroom with southwest exposure. Additional features include:
refinished hardwood flooring, freshly painted throughout, gas fireplace,
updated gas fired water heater, garage parking at your back door and curbside

parking at your front door and full basement with 6' 4" ceiling height. A compelling value at $499,000. Will not last! First open houses Friday and Saturday noon to 1:30 pm

## Property Information

Approx. Living Area: 1238 sq. ft. ($406.30/sq. ft.) Approx. Acres: Garage Spaces: 1 Detached, Garage Door Opener
Living Area Includes: Heat Zones: 1 Central Heat, Forced Air, Gas Parking Spaces: 2 --
Living Area Source: Master Deed Cool Zones: 1 Central Air, Heat Pump, Individual, Unit Control, Fan Coil Levels in Unit: 1
Living Area Disclosures: excludes front and rear porches and basement with 6' 4" ceiling height
Disclosures: Two pet limit, one deeded garage, additional exterior on site.

## Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 153 Complete: Yes Units Owner Occupied: 140 Source: management
Association: Yes Fee: $380 Monthly Fee Includes: Master Insurance, Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal

## Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 13x16 Fireplace, Flooring - Hardwood, Main Level, Cable Hookup, High Speed Internet Hookup, Laundry Chute, Recessed Lighting
Dining Room: 1 10x14 Flooring - Hardwood
Kitchen: 1 10x15 Flooring - Stone/Ceramic Tile, Countertops - Upgraded, Main Level, Cabinets - Upgraded, Recessed Lighting
Master Bedroom: 1 14x14 Bathroom - Full, Bathroom - Double Vanity/Sink, Closet - Linen, Flooring - Wall to Wall Carpet, Main Level, Cable Hookup, High Speed Internet Hookup
Bedroom 2: 2 11x13 Flooring - Wall to Wall Carpet, French Doors, Main Level, Deck - Exterior, High Speed Internet Hookup, Recessed Lighting
Bath 1: 1 6x9 Bathroom - Full, Bathroom - Double Vanity/Sink, Bathroom - With Shower Stall, Bathroom - With Tub, Flooring - Stone/Ceramic Tile, Main Level, Recessed Lighting
Bath 2: 1 5x8 Bathroom - Full, Bathroom - With Tub & Shower, Main Level
Laundry: 3x5 Dryer Hookup - Electric

## Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails, Medical Facility, Conservation Area, Highway Access, Marina, T-Station
Appliances: Range, Dishwasher, Microwave, Refrigerator
Association Pool: No
Basement: Yes , Full
Beach: Yes Bay, Harbor
Beach Ownership: Public

Beach - Miles to: 1/10 to 3/10
Construction: Frame
Electric Features: 110 Volts, Circuit Breakers, 100 Amps
Energy Features: Insulated Windows, Insulated Doors, Storm Doors
Exterior: Wood, Stucco
Exterior Features: Porch
Flooring: Wall to Wall Carpet, Hardwood
Hot Water: Natural Gas
Insulation Features: Full
Interior Features: Cable Available, French Doors
Management: Professional - On Site
Pets Allowed: Yes w/ Restrictions -Other (See Remarks)
Roof Material: Asphalt/Fiberglass Shingles
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA
Utility Connections: for Gas Range, for Electric Oven, for Electric Dryer,
Washer Hookup
Waterfront: No
Water View: Yes, Bay

Other Property Info

Adult Community: No
Elevator: No
Disclosure Declaration: Yes
Exclusions: personal property and draperies
Green Certified: No
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Unknown Warranty Features: No
Year Built/Converted: 2001/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#3-1
Assessed: $370,600
Tax: $5507 Tax Year: 2014
Book: 250 Page: 258
Cert: C250-214
Zoning Code: PUD
Map: Block: Lot:

Firm Remarks

Call listing agent, accompanied showings

CONFIDENTIAL

Market Information

Listing Date: 12/4/2014 Listing Market Time: MLS# has been on for 70 day(s)
Days on Market: Property has been on the market for a total of 70 day(s)
Office Market Time: Office has listed this property for 70 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $499,000 Seller Concessions at Closing:
Off Market Date: 12/9/2014 Financing: Conv. Fixed
Sale Date: 1/23/2015
Sale Price: $503,000

Offer Date: 12/19/2014 Days to Offer: 15

Market History for 216 Marina Dr U:216, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71774177 12/4/2014 Listed for $499,000 $499,000
CTG 12/19/2014 Status Changed to: Contingent
UAG 2/12/2015 Status Changed to: Under Agreement
SLD 2/12/2015 Status Changed to: Sold
1/23/2015 Sold for $503,000 70 15 $503,000
Market History for Office Id: BB4721 70 15 $503,000

Market History for this property 70 15 $503,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71774177&n=C&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71774177&AgentID=BB921935&EventType=4&ModuleT

ype=2&Appflag=1&SessionID=566802233>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71767417&o=&n=0>
MLS # 71767417 - Sold
Condo - Townhouse

52 Tilden Commons Dr - Unit 52 List Price: $545,000

Quincy, MA : Marina Bay 02171-3121 Sale Price: $575,000
Norfolk County
Unit Placement: Total Rooms: 5
Unit Level: 1 Bedrooms: 2
Grade School: Squantam Bathrooms: 2f 1h
Middle School: Middle Master Bath: Yes
High School: Quincy Fireplaces: 1
Outdoor Space Avail:
Handicap Access/Features:
Directions: GPS - 93 to Quincy, follow Quincy Shore Dr to Marina Bay.

Remarks

Move right in to this beautiful, spacious and modern end-unit townhome
located in the Chapman's Reach neighborhood of Marina Bay. The first floor of
the home bears an open-floor concept design complete with a gas fireplace and
plenty of room to comfortably entertain guests. The kitchen is updated with
polished stainless steel appliances and a gas-range stove top for cooking. The
new owner of this home can enjoy the convenience of having an attached 2-car
garage with easy access. Upstairs the home features 2 large bedrooms with
attached full bathrooms and fresh new carpet through-out. The master bedroom
also features a nice walk-off balcony that makes it possible for the new owners
to experience the comfort of living next to the bay and enjoying the views that
come with it. The townhome is complete with a in-unit laundry room and full
sized basement. Look forward to seeing you at the first group showing.

Property Information

Approx. Living Area: 1502 sq. ft. ($382.82/sq. ft.) Approx. Acres: Garage
Spaces: 2 Attached
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 2
Off-Street
Living Area Source: Other Cool Zones: 1 Central Air Levels in Unit: 2
Living Area Disclosures: Living Area from Public Record, Buyer to Verify.
Disclosures: Seller occupied property as a second residence since 2008 and
rented out the property since 2011. Email agent with an alternate reasonable
time and date if first group showings cannot be made. Buyer to complete their
own due diligence.

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 152 Complete: Yes Units Owner

Occupied: Source:
Association: Yes Fee: $483 Monthly Fee Includes: Master Insurance, Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal, Park

## Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 Bathroom - Half, Fireplace, Flooring - Hardwood
Dining Room: 1 Flooring - Hardwood
Kitchen: 1 Countertops - Stone/Granite/Solid, Stainless Steel Appliances
Master Bedroom: 2 Bathroom - Full, Ceiling Fan(s), Closet - Walk-in, Flooring - Wall to Wall Carpet
Bedroom 2: 2 Bathroom - Full, Closet

## Features

Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator
Assoc. Security: Other (See Remarks)
Basement: Yes , Full
Beach: Yes Bay, Ocean
Beach Ownership: Public
Beach - Miles to: 1/10 to 3/10
Electric Features: Circuit Breakers
Exterior: Wood
Flooring: Wood, Wall to Wall Carpet
Hot Water: Natural Gas
Insulation Features: Fiberglass
Management: Professional - Off Site
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA
Utility Connections: for Gas Range
Waterfront: No

## Other Property Info

Elevator: No
Disclosure Declaration: Yes
Exclusions: New Carpet throughout 2nd Floor except for 2nd bedroom.
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Warranty Features:
Year Built/Converted: 1999/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

## Tax Information

Pin #: M:6076C B:75 L:U#5-12
Assessed: $454,500
Tax: $6754 Tax Year: 2014
Book: 250 Page: 194
Cert: C250-30
Zoning Code: PUD
Map: Block: Lot:

Firm Remarks

- Email offers to ██████████████████████ - Include Lead
Paint, Picture of Check, and Proof of Funds or Pre-Approval letter from lender.
- Offers Due by Tuesday, November 18th at 8pm - First Group Showings are Sat
Nov 15th (1pm - 3pm) Sun Nov 16th (1pm - 3pm) and Mon Nov 17th (5pm-7pm). ADT
Security.

Market Information

Listing Date: 11/9/2014 Listing Market Time: MLS# has been on for 66 day(s)
Days on Market: Property has been on the market for a total of 66 day(s)
Office Market Time: Office has listed this property for 66 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $545,000 Seller Concessions at Closing:
Off Market Date: 12/4/2014 Financing: Conv. Fixed
Sale Date: 1/12/2015
Sale Price: $575,000

Offer Date: 11/19/2014 Days to Offer: 10

Market History for 52 Tilden Commons Dr U:52, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71767417 11/9/2014 Listed for $545,000 $545,000
CTG 11/19/2014 Status Changed to: Contingent
UAG 1/14/2015 Status Changed to: Under Agreement
SLD 1/14/2015 Status Changed to: Sold
1/12/2015 Sold for $575,000 66 10 $575,000
Market History for Office Id: AC1051 66 10 $575,000

Market History for this property 66 10 $575,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=7&o=>

CONFIDENTIAL

<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71767417&n=D&o=>

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71767417&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802234>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71647182&o=&n=0>
MLS # 71647182 - Sold
Condo - Townhouse, Rowhouse, Attached

46 Tilden Commons Drive - Unit 5-9 List Price: $559,900

Quincy, MA : Marina Bay 02171 Sale Price: $540,000
Norfolk County
Unit Placement: Street, Upper, Top/Penthouse, Middle Total Rooms: 6
Unit Level: 1 Bedrooms: 2
Grade School: Bathrooms: 2f 1h
Middle School: Master Bath: Yes
High School: Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:No
Directions: Take Victory Road -to- Tilden Commons Drive (one way street)

Remarks

South-facing townhouse w/ ideal layout expanding three levels. Main-level features: flexible open floor plan for living & dining, hardwood floors, custom gas fireplace, two hall closets, half bath, breakfast bar, pantry and newly renovated kitchen w/ custom-tile backsplash, quartz countertops & stainless-steel Whirpool appliances including 5-burner stove. Spacious upper-level offers: Master-BR suite w/ two walk-in custom closets & private balcony, a Guest-BR suite, laundry room, brand new short-loop Berber carpeting. Partially finished lower-level is flexible for your lifestyle. Bonus: Attached Garage w/ oversized storage room. Chapman's Reach in Marina Bay, a magnificent seacoast neighborhood located on a picturesque bay on Boston Harbor, provides the ideal lifestyle for sailors and boaters, as well as for those who enjoy the ambience and simple pleasures of seaside living. Convenient walk to waterfront dining, shopping & marina. Close proximity to downtown Boston & Logan Airport

## Property Information

Approx. Living Area: 1535 sq. ft. ($351.79/sq. ft.) Approx. Acres: Garage
Spaces: 1 Attached
Living Area Includes: Heat Zones: Forced Air, Gas Parking Spaces: 1
Off-Street, Common
Living Area Source: Other Cool Zones: Central Air Levels in Unit: 3
Living Area Disclosures: Lower level is NOT included in the 1,535 Sq. Ft
Disclosures: Townhouse layout... No neighbors above you and no neighbors below
you.. Living room is wired for surround sound.. Seller prefers closing at the
end of May '14.

## Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 152 Complete: Yes Units Owner
Occupied: 137 Source: Mgmt Ofc
Association: Yes Fee: $465 Monthly Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal, Garden Area

## Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 16x10 Fireplace, Closet, Flooring - Hardwood, Main Level, Open
Floor Plan, Recessed Lighting
Dining Room: 1 16x10 Closet, Flooring - Hardwood, Window(s) - Bay/Bow/Box,
Main Level, Open Floor Plan, Recessed Lighting
Kitchen: 1 12x10 Bathroom - Half, Fireplace, Flooring - Stone/Ceramic Tile,
Pantry, Countertops - Stone/Granite/Solid, Countertops - Upgraded, Main Level,
Breakfast Bar / Nook, Recessed Lighting, Remodeled, Stainless Steel Appliances
Master Bedroom: 2 20x12 Bathroom - Full, Bathroom - Double Vanity/Sink,
Ceiling - Cathedral, Closet - Linen, Closet - Walk-in, Closet, Flooring - Wall
to Wall Carpet, Balcony / Deck, Recessed Lighting
Bedroom 2: 2 20x13 Bathroom - Full, Closet, Flooring - Wall to Wall Carpet,
Window(s) - Bay/Bow/Box
Bath 1: 1 Bathroom - Full
Bath 2: 2 Bathroom - 3/4
Bath 3: 1 Bathroom - Half
Laundry: 2 --
Other: B 20x15 Flooring - Wall to Wall Carpet, Open Floor Plan

## Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails, Golf
Course, Bike Path, Conservation Area, Highway Access, Marina, Private School,
T-Station
Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator, Washer, Dryer
Association Pool: No
Basement: Yes , Full, Partially Finished, Concrete Floor
Beach: Yes Bay, Walk to
Beach Ownership: Public

Beach - Miles to: 1/2 to 1 Mile
Docs in Hand: Master Deed, Unit Deed, Rules & Regs, Management Association
Bylaws, Floor Plans
Exterior Features: Covered Patio/Deck
Flooring: Wall to Wall Carpet, Hardwood
Hot Water: Natural Gas
Management: Professional - On Site, Owner Association
Pets Allowed: Yes w/ Restrictions
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water, Individual Meter
Waterfront: Yes, Bay, Harbor, Walk to
Water View: No, --

Other Property Info

Elevator: No
Disclosure Declaration: No
Exclusions: The white 'extra' refrigerator in basement.
Facing Direction: South
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Unknown Warranty Features:
Year Built/Converted: 1999/
Year Built Source: Public Record
Year Built Desc: Actual, Renovated Since
Year Round:
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #:
Assessed: $429,900
Tax: $6388.31 Tax Year: 2014
Book: 250 Page: 267
Cert:
Zoning Code: RES
Map: Block: Lot:

Firm Remarks

Townhouse layout... No neighbors above you and no neighbors below you..
Living room is wired for surround sound.. Seller prefers closing at the end of
May '14.

Market Information

Listing Date: 3/19/2014 Listing Market Time: MLS# has been on for 12 day(s)
Days on Market: Property has been on the market for a total of 12 day(s)
Office Market Time: Office has listed this property for 12 day(s)
Expiration Date: Cash Paid for Upgrades:

Original Price: $559,900 Seller Concessions at Closing:
Off Market Date: 3/31/2014 Financing: Conv. Fixed
Sale Date: 6/2/2014
Sale Price: $540,000

Offer Date: 3/31/2014 Days to Offer: 12

Market History for 46 Tilden Commons Drive U:5-9, Quincy, MA : Marina Bay
02171

MLS # Date DOM DTO Price

71647182 3/19/2014 Listed for $559,900 $559,900
UAG 3/31/2014 Status Changed to: Under Agreement
SLD 6/2/2014 Status Changed to: Sold
6/2/2014 Sold for $540,000 12 12 $540,000
Market History for Office Id: BB5984 12 12 $540,000

Market History for this property 12 12 $540,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71647182&n=F&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71647182&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802235>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71654553&o=&n=0>

MLS # 71654553 - Sold
Condo - Attached

26 Tilden Circle - Unit 26 List Price: $559,900

Quincy, MA : Marina Bay 02171 Sale Price: $559,900
Norfolk County
Unit Placement: Upper Total Rooms: 5
Unit Level: 2 Bedrooms: 2
Grade School: Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: Fireplaces: 1
Outdoor Space Avail:
Handicap Access/Features:
Directions: Marina Bay-Tilden Commons Drive-Tilden Circle

Remarks

Fabulous Chapman's Reach location**South facing with lots of light and a deck
overlooking common area*Large condo with over 1800 sq.' of living space in
MOVE-IN condition*Marble entry w/hardwood stairs*High ceilings w/ crown molding
in L.R., D.R., Kitchen, and Bedrooms*Hardwood flooring in L.R., D.R., Kit.,&
Hall*Upgraded carpeting in bedrooms*Open living concept with pilars in living
room leading to dining room*Kitchen has opening to dining room for good
entertaining*Large kingsized master w/great windows for lots of natural
light*Master bath with large whirlppol tub, beautiful tiled shower, double
vanity with solid surface countertops*Custom closets in master*If you are
looking for picture perfect move-in condition than 26 Tilden Circle is the one
for you!

Property Information

Approx. Living Area: 1815 sq. ft. ($308.48/sq. ft.) Approx. Acres: Garage
Spaces: 1 Detached
Living Area Includes: Heat Zones: Forced Air Parking Spaces: 2 Assigned, Paved
Driveway
Living Area Source: Other Cool Zones: Central Air Levels in Unit: 1
Living Area Disclosures:
Disclosures:

Complex & Association Information

Complex Name: Units in Complex: 153 Complete: Yes Units Owner Occupied: 138
Source: Mgt Company
Association: Yes Fee: $528 Monthly Fee Includes: Sewer, Master Insurance,
Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 Fireplace, Flooring - Hardwood, Balcony / Deck, Cable Hookup,

Open Floor Plan, Recessed Lighting
Dining Room: 1 Flooring - Hardwood, Exterior Access, Recessed Lighting
Kitchen: 1 Closet, Flooring - Wood, Pantry, Countertops - Stone/Granite/Solid, Main Level, Exterior Access, Open Floor Plan, Recessed Lighting, Stainless Steel Appliances
Master Bedroom: 1 Bathroom - Full, Closet - Walk-in, Closet/Cabinets - Custom Built, Flooring - Wall to Wall Carpet, Cable Hookup, Double Vanity, Recessed Lighting
Bedroom 2: 1 Closet, Flooring - Wall to Wall Carpet, Cable Hookup
Bath 1: 1 Bathroom - Full, Bathroom - Tiled With Tub & Shower, Bathroom - With Tub & Shower, Flooring - Stone/Ceramic Tile, Countertops - Stone/Granite/Solid, Main Level
Bath 2: 1 Bathroom - Double Vanity/Sink, Bathroom - Tiled With Shower Stall, Bathroom - With Tub & Shower, Flooring - Stone/Ceramic Tile, Countertops - Stone/Granite/Solid, Main Level, Jacuzzi / Whirlpool Soaking Tub, Double Vanity, Recessed Lighting
Laundry: 1 Flooring - Stone/Ceramic Tile, Dryer Hookup - Gas

Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails, Golf Course, Medical Facility, Highway Access, House of Worship, Marina, T-Station
Appliances: Range, Dishwasher, Washer, Dryer
Basement: No , --
Beach: Yes Ocean
Beach - Miles to: 1/10 to 3/10
Construction: Frame
Docs in Hand: Master Deed, Unit Deed, Rules & Regs, Association Financial Statements
Energy Features: Insulated Windows
Exterior: Clapboard
Exterior Features: Deck, Screens, Gutters, Professional Landscaping
Flooring: Wood, Tile, Wall to Wall Carpet
Hot Water: Natural Gas
Insulation Features: Full
Interior Features: Cable Available
Management: Professional - Off Site
Pets Allowed: Yes
Roof Material: Asphalt/Fiberglass Shingles
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water, Individual Meter
Utility Connections: for Gas Range, Washer Hookup, Icemaker Connection
Waterfront: No
Water View: No, --

Other Property Info

Adult Community: No
Elevator: No
Disclosure Declaration: Yes
Exclusions:

Facing Direction: South
Green Certified: No
Laundry Features: In Unit
Lead Paint: None
UFFI: Unknown Warranty Features: No
Year Built/Converted: 2001/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #:
Assessed: $490,200
Tax: $7107.9 Tax Year: 2013
Book: 250 Page: 108
Cert:
Zoning Code: RES
Map: Block: Lot:

Firm Remarks

Visit www.homesbymcshane.com <http://www.homesbymcshane.com> for more
information call Marg ████████████

Market Information

Listing Date: 4/2/2014 Listing Market Time: MLS# has been on for 21 day(s)
Days on Market: Property has been on the market for a total of 21 day(s)
Office Market Time: Office has listed this property for 21 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $559,900 Seller Concessions at Closing:
Off Market Date: 4/23/2014 Financing: Conv. Fixed
Sale Date: 6/12/2014
Sale Price: $559,900

Offer Date: 4/6/2014 Days to Offer: 4

Market History for 26 Tilden Circle U:26, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71654553 4/2/2014 Listed for $559,900 $559,900
CTG 4/7/2014 Status Changed to: Contingent
UAG 4/23/2014 Status Changed to: Under Agreement
SLD 6/13/2014 Status Changed to: Sold
6/12/2014 Sold for $559,900 21 4 $559,900
Market History for Office Id: A98039 21 4 $559,900

**CONFIDENTIAL**

NFLPA_BRADY001589

Market History for this property 21 4 $559,900

<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=I&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=J&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=K&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=L&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=M&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=N&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=O&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71654553&n=P&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71654553&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802236>
_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71683624&o=&n=0>
MLS # 71683624 - Sold
Condo - Low-Rise, Attached

22 Tilden Cir - Unit 22 List Price: $579,000

Quincy, MA : Marina Bay 02171-3114 Sale Price: $562,500

Norfolk County
Unit Placement: Upper, Corner Total Rooms: 6
Unit Level: 2 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:
Directions: From Victory Road, right on Tilden Commons Drive, left on Tilden
Circle, last door on right

Remarks

Chapman's Reach! Exceptional 1900 square foot, second floor, corner unit,
first floor private entry. Abundant sunlight and views. Features include, large
living room with fireplace, separate dining area, library with French doors,
corner eat in kitchen, brand new Bosch stainless steel appliances (with
warranty). French door access to covered porch. The large master suite has two
walk in closets, master bath with Jacuzzi and separate shower, second bedroom,
finished storage room plus attic storage and direct access garage parking.
Compelling Value!

Property Information

Approx. Living Area: 1918 sq. ft. ($293.27/sq. ft.) Approx. Acres: Garage
Spaces: 1 Attached
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 2
Off-Street
Living Area Source: Field Card Cool Zones: 1 Central Air Levels in Unit: 1
Living Area Disclosures: excludes storage room, attic and garage
Disclosures:

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 153 Complete: Yes Units Owner
Occupied: 138 Source: mgt company
Association: Yes Fee: $506 Monthly Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 2 13x16 Fireplace, Flooring - Hardwood, Main Level, High Speed
Internet Hookup, Recessed Lighting
Dining Room: 2 13x19 Flooring - Hardwood, Main Level, Recessed Lighting
Kitchen: 2 11x20 Ceiling Fan(s), Flooring - Stone/Ceramic Tile, Dining Area,
Balcony / Deck, Pantry, Countertops - Upgraded, French Doors, Main Level,
Kitchen Island, Cable Hookup, Exterior Access, High Speed Internet Hookup,
Recessed Lighting
Master Bedroom: 2 14x16 Bathroom - Full, Bathroom - Double Vanity/Sink, Closet
- Walk-in, Main Level, Attic Access, Cable Hookup, Recessed Lighting

CONFIDENTIAL

Bedroom 2: 2 11x12 Ceiling Fan(s), Closet, Flooring - Wall to Wall Carpet
Bath 1: 2 9x13 Bathroom - Full, Bathroom - Double Vanity/Sink, Bathroom - Tiled With Tub & Shower, Flooring - Stone/Ceramic Tile
Bath 2: 2 5x8 Bathroom - Full, Bathroom - Tiled With Tub, Flooring - Stone/Ceramic Tile
Laundry: 2 5x6 Flooring - Stone/Ceramic Tile, Dryer Hookup - Electric, Washer Hookup
Library: 2 10x10 Flooring - Wall to Wall Carpet, French Doors, Main Level, High Speed Internet Hookup, Recessed Lighting
Foyer: 1 10x10 Ceiling - Cathedral, Closet, Flooring - Stone/Ceramic Tile

Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails, Conservation Area, Marina, T-Station
Appliances: Range, Dishwasher, Microwave, Refrigerator
Association Pool: No
Basement: No , --
Beach: Yes Bay, Harbor, River
Beach Ownership: Public
Beach - Miles to: 3/10 to 1/2 Mile
Construction: Frame
Docs in Hand: Floor Plans
Electric Features: 110 Volts
Energy Features: Insulated Windows, Insulated Doors
Exterior: Wood, Stucco
Exterior Features: Porch, Covered Patio/Deck
Flooring: Tile, Wall to Wall Carpet, Hardwood
Hot Water: Natural Gas
Insulation Features: Full
Management: Professional - On Site
Pets Allowed: Yes
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA
Utility Connections: for Gas Range, for Electric Oven, for Electric Dryer, Washer Hookup
Waterfront: No
Water View: No, --

Other Property Info

Elevator: No
Disclosure Declaration: No
Exclusions: Foyer and Dining room light fixtures
Facing Direction: Northwest
Green Certified: No
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Unknown Warranty Features: No
Year Built/Converted: 2001/2001

CONFIDENTIAL

Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#4-5
Assessed: $527,500
Tax: $7649 Tax Year: 2013
Book: 250 Page: 104
Cert:
Zoning Code: PUD
Map: Block: Lot:

Firm Remarks

Accompanied showings required. Please call listing broker

Market Information

Listing Date: 5/19/2014 Listing Market Time: MLS# has been on for 0 day(s)
Days on Market: Property has been on the market for a total of 87 day(s)
Office Market Time: Office has listed this property for 87 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $579,000 Seller Concessions at Closing:
Off Market Date: 5/19/2014 Financing: Conv. Fixed
Sale Date: 5/19/2014
Sale Price: $562,500

Offer Date: 5/19/2014 Days to Offer: 0

Market History for 22 Tilden Cir U:22, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71630424 2/6/2014 Listed for $579,000 $579,000
CTG 4/4/2014 Status Changed to: Contingent
EXP 5/4/2014 Status Changed to: Expired 87

71683624 5/19/2014 Listed for $579,000 $579,000
UAG 5/19/2014 Status Changed to: Under Agreement
SLD 5/19/2014 Status Changed to: Sold
5/19/2014 Sold for $562,500 0 0 $562,500
Market History for Office Id: BB4721 87 0 $562,500

Market History for this property 87 0 $562,500

<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=1&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71683624&n=A&o=>

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71683624&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802237>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71650525&o=&n=0>
MLS # 71650525 - Active
Condo - Townhouse

226 Marina Dr - Unit 3-6 List Price: $629,000

Quincy, MA : Marina Bay 02171-1574
Norfolk County
Unit Placement: Middle, Front, Ground Total Rooms: 7
Unit Level: 1 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Middle Master Bath: Yes
High School: North Quincy Fireplaces: 2
Outdoor Space Avail:
Handicap Access/Features:
Directions: Please use Google or Mapquest Maps

Remarks

This Chapman's Reach in Marina Bay, a Lovely 2nd floor, 2 level town home nested in a Corner location, overlooking the park, and just steps to the famous Marina Bay boardwalk, restaurants and nightlifeThis home offers a unique and open floor plan, with the living room & dining rooms sharing a double sided fireplace, expansive cathedral ceilings, custom shutters. The kitchen features custom cabinetry, granite counters and GE Profile S/S appliances, w/gleaming hardwood floors, and deck. The spacious master suite offers a sitting area w/gas fireplace and 3 walk-in closets. Basically the living area is on one level, and the bright, sunny, full of light, loft/artist's paradise room is on the upper level by itself, for plenty of quiet time for what ever your hobby.

Some attic storage, one car detached garage, and plenty of common area and guest parking in the rear. Pets are allowed with Restrictions. New water heater

Property Information

Approx. Living Area: 2348 sq. ft. ($267.89/sq. ft.) Approx. Acres: 0.05 (2348 sq. ft.) Garage Spaces: 1 Detached, Garage Door Opener, Deeded
Living Area Includes: Heat Zones: Forced Air, Gas, Individual, Unit Control
Parking Spaces: 1 Guest, Paved Driveway
Living Area Source: Field Card Cool Zones: Central Air, Unit Control Levels in Unit: 2
Living Area Disclosures: Information gathered from Public info. Please measure.
Disclosures: Dining room & kitchen light fixtures are excluded from sale

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 152 Complete: Yes Units Owner Occupied: Source:
Association: Yes Fee: $677 Monthly Fee Includes: Exterior Maintenance, Road Maintenance, Landscaping, Park

Room Levels, Dimensions and Features

Room Level Size Features

Features

Area Amenities: Public Transportation, Shopping, Park, Walk/Jog Trails, Conservation Area, House of Worship, Marina, Private School, Public School, T-Station, University, Other (See Remarks)
Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator
Basement: Yes , --
Beach: Yes Ocean, Walk to
Beach Ownership: Public
Beach - Miles to: 3/10 to 1/2 Mile
Construction: Frame
Docs in Hand: Unit Deed
Exterior: Other (See Remarks)
Flooring: Wood, Tile, Wall to Wall Carpet
Interior Features: Cable Available
Management: Professional - On Site
Restrictions: Other (See Remarks)
Roof Material: Asphalt/Fiberglass Shingles
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA
Utility Connections: for Gas Range, Washer Hookup
Waterfront: No
Water View: No, --

Other Property Info

**CONFIDENTIAL**

NFLPA_BRADY001595

Adult Community: No

Elevator: No

Disclosure Declaration: No

Exclusions: Dining room & kitchen light fixtures are excluded from sale

Green Certified: No

Laundry Features: In Unit

Lead Paint: Unknown

UFFI: Warranty Features: No

Year Built/Converted: 2002/

Year Built Source: Public Record

Year Built Desc: Approximate

Year Round: Yes

Short Sale w/Lndr.App.Req: No

Lender Owned: No


Tax Information

Pin #: M:6076C B:75 L:U#3-6

Assessed: $588,800

Tax: $8749.57 Tax Year: 2014

Book: 250 Page: 168

Cert: 949206

Zoning Code: PUD

Map: Block: Lot:


Firm Remarks

Please verify taxes and all municipal costs.


Market Information

Listing Date: 3/27/2014 Listing Market Time: MLS# has been on for 328 day(s)

Days on Market: Property has been on the market for a total of 328 day(s)

Office Market Time: Office has listed this property for 328 day(s)

Expiration Date: Cash Paid for Upgrades:

Original Price: $689,900 Seller Concessions at Closing:

Off Market Date:

Sale Date:


Market History for 226 Marina Dr U:3-6, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71650525 3/27/2014 Listed for $689,900 $689,900

6/4/2014 Price Changed to: $684,888 $684,888

7/25/2014 Price Changed to: $679,900 $679,900

7/29/2014 Price Changed to: $659,900 $659,900

EXT 9/15/2014 Status Changed to: Extended

9/25/2014 Price Changed to: $629,000 $629,000

EXP 1/1/2015 Status Changed to: Expired

CONFIDENTIAL

RAC 1/7/2015 Status Changed to: Reactivated 328
Market History for Office Id: BB9115 328

Market History for this property 328

Price Change History for 71650525
226 Marina Dr U:3-6, Quincy, MA : Marina Bay 02171

Date Amount % DOM to PCG DOM of PCG

3/27/2014 Listed for: $689,900 0
6/4/2014 Price Changed to: $684,888 - $5,012 0.73% 69 69
7/25/2014 Price Changed to: $679,900 - $4,988 0.73% 51 120
7/29/2014 Price Changed to: $659,900 - $20,000 2.94% 4 124
9/25/2014 Price Changed to: $629,000 - $30,900 4.68% 58 182
Listing DOM: 328

Property DOM: 328
** Calculates and removes Offmarket activity in DOM Timeframe

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=I&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=J&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=K&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=L&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=M&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=N&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=O&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=P&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=Q&o=>

**CONFIDENTIAL**

<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=R&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71650525&n=S&o=>

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71650525&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802238>
_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71662894&o=&n=0>
MLS # 71662894 - Sold
Condo - Townhouse, Attached

219 Victory Rd - Unit 219 List Price: $659,000

Quincy, MA : Marina Bay 02171-3102 Sale Price: $655,000
Norfolk County
Unit Placement: Corner Total Rooms: 6
Unit Level: 1 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:
Directions: Victory Rad to Tilden Commons Drive, right then right again, park behind building

Remarks

A pristine condominium at Chapman's Reach in Marina Bay. This rare "Chatham" layout provides one level, first floor living including; living room, dining room, kitchen, master suite, second bedroom and laundry. An additional 15 by 21 foot second floor great room with; cathedral ceiling, french doors and covered deck is above the direct access, double attached garage. Exceptional condition and many upgrades demonstrate substantial value. The south west corner location ensures abundant natural light. Additional features include large living room with bay and window seat, natural oak fireplace and built in TV above, adjacent south facing dining area, large kitchen with granite and stainless appliances, spacious master suite with spa bath and 8 by 10 ft walk in closet are but a few of this home's compelling features. Beautiful setting with covered porch and landscaped lawn and gardens. A perfect cottage alternative and a "Boston Uncommon" Lifestyle.

Property Information

Approx. Living Area: 1956 sq. ft. ($334.87/sq. ft.) Approx. Acres: Garage

Spaces: 2 Attached, Garage Door Opener
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 2 --
Living Area Source: Owner Cool Zones: 1 Central Air, Heat Pump Levels in Unit: 2
Living Area Disclosures: excludes deck and garage
Disclosures:

Complex & Association Information

Complex Name: Chapman's Reach Condominiums Units in Complex: 153 Complete: Yes Units Owner Occupied: 137 Source: management
Association: Yes Fee: $562 Monthly Fee Includes: Master Insurance, Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal, Park

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 15x18 Fireplace, Flooring - Hardwood, Window(s) - Bay/Bow/Box, Main Level, Exterior Access, High Speed Internet Hookup, Open Floor Plan, Recessed Lighting
Dining Room: 12x13 Flooring - Hardwood, Window(s) - Picture, Main Level, Open Floor Plan
Family Room: 2 15x21 Ceiling - Cathedral, Ceiling Fan(s), Closet/Cabinets - Custom Built, Flooring - Wall to Wall Carpet, Balcony / Deck, French Doors, Cable Hookup, Exterior Access, High Speed Internet Hookup, Recessed Lighting
Kitchen: 1 10x12 Flooring - Stone/Ceramic Tile, Pantry, Countertops - Stone/Granite/Solid, Breakfast Bar / Nook, Cabinets - Upgraded, Recessed Lighting
Master Bedroom: 1 12x18 Bathroom - Full, Ceiling Fan(s), Closet - Linen, Closet - Walk-in, Closet/Cabinets - Custom Built, Flooring - Hardwood, Flooring - Stone/Ceramic Tile, Hot Tub / Spa, Main Level, Recessed Lighting
Bedroom 2: 1 11x12 Ceiling Fan(s), Flooring - Hardwood, Main Level, Recessed Lighting
Bath 1: 1 9x12 Bathroom - Full, Bathroom - Double Vanity/Sink, Bathroom - Tiled With Tub & Shower, Ceiling Fan(s), Closet - Walk-in, Flooring - Stone/Ceramic Tile, Main Level, Jacuzzi / Whirlpool Soaking Tub
Bath 2: 1 7x8 Bathroom - Full, Bathroom - Tiled With Shower Stall
Laundry: 1 3x6 Dryer Hookup - Electric, Washer Hookup

Features

Area Amenities: Public Transportation, Shopping, Park, Conservation Area, Marina
Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator, Washer, Dryer, Refrigerator - Wine Storage
Association Pool: No
Basement: No , --
Beach: Yes Bay, Harbor, River, Walk to
Beach Ownership: Public
Beach - Miles to: 3/10 to 1/2 Mile
Construction: Frame

CONFIDENTIAL

Electric Features: 110 Volts

Energy Features: Insulated Windows, Insulated Doors

Exterior: Wood, Stucco

Exterior Features: Porch, Covered Patio/Deck

Flooring: Tile, Wall to Wall Carpet, Hardwood

Hot Water: Natural Gas

Insulation Features: Full

Interior Features: Security System, Intercom

Management: Professional - On Site

Pets Allowed: Yes w/ Restrictions -Other (See Remarks)

Roof Material: Asphalt/Fiberglass Shingles

Sewer Utilities: City/Town Sewer

Water Utilities: City/Town Water

Sewage District: MWRA

Utility Connections: for Gas Range, for Electric Dryer, Washer Hookup, Icemaker Connection

Waterfront: No

Water View: No, --

Other Property Info

Adult Community: No

Elevator: No

Disclosure Declaration: No

Exclusions: Draperies and drapery rods

Facing Direction: Southwest

Laundry Features: In Unit

Lead Paint: Unknown

UFFI: Warranty Features: No

Year Built/Converted: 2000/2000

Year Built Source: Public Record

Year Built Desc: Approximate

Year Round: Yes

Short Sale w/Lndr.App.Req: No

Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#12-1

Assessed: $477,000

Tax: $7088 Tax Year: 2014

Book: 25077 Page: 14

Cert:

Zoning Code: PUD

Map: Block: Lot:

Firm Remarks

two pets, cat and/ or dog

Market Information

Listing Date: 4/18/2014 Listing Market Time: MLS# has been on for 18 day(s)

Days on Market: Property has been on the market for a total of 18 day(s)

Office Market Time: Office has listed this property for 18 day(s)

Expiration Date: Cash Paid for Upgrades:

Original Price: $659,000 Seller Concessions at Closing:

Off Market Date: 5/6/2014 Financing: Conv. Fixed

Sale Date: 6/30/2014

Sale Price: $655,000


Offer Date: 5/6/2014 Days to Offer: 18


Market History for 219 Victory Rd U:219, Quincy, MA : Marina Bay 02171


MLS # Date DOM DTO Price


71662894 4/18/2014 Listed for $659,000 $659,000

UAG 5/6/2014 Status Changed to: Under Agreement

SLD 7/3/2014 Status Changed to: Sold

6/30/2014 Sold for $655,000 18 18 $655,000

Market History for Office Id: BB4721 18 18 $655,000


Market History for this property 18 18 $655,000


<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71662894&n=A&o=>


The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.


<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71662894&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802239>
_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71607979&o=&n=0>
MLS # 71607979 - Sold
Condo - Townhouse

229 Victory Rd - Unit 229 List Price: $669,000

Quincy, MA : Marina Bay 02171-3102 Sale Price: $662,000
Norfolk County
Unit Placement: Total Rooms: 6
Unit Level: 2 Bedrooms: 2
Grade School: Bathrooms: 2f 0h
Middle School: Master Bath: Yes
High School: Fireplaces: 1
Outdoor Space Avail:
Handicap Access/Features:
Directions: Mapquest/GPS Ready

Remarks

MARINA BAY SHOWCASE PROPERTY – Luxury living in this Chapman's Reach residence which offers just under 2,300 SQFT of open floor plan.The space combined with natural light in this home is incredible.Home entry is a dramatic two-story foyer that leads into a stunning living and dining room with beautiful bay windows,gas fireplace and access to an exterior deck.Kitchen has custom lighted cabinetry,granite countertops,eat-in area with breakfast bar and impressive open views into the dining and loft rooms.Master suite is oversized with a beautiful double vanity bathroom,jacuzzi tub,glassed shower and large walk-in closet.Another focal point of the layout is the incredible loft area with 16 foot ceilings, gleaming hardwood floors,windows throughout and a second balcony. Additionally,two-car garage,pet friendly,meticulous grounds,beach access,full service marina/boardwalk restaurants nightlife,Red Line access, Rt 93 access.

Property Information

Approx. Living Area: 2284 sq. ft. ($289.84/sq. ft.) Approx. Acres: Garage Spaces: 2 Attached, Under, Garage Door Opener, Storage
Living Area Includes: Heat Zones: Forced Air, Gas, Unit Control Parking Spaces: 2 On Street Permit, Common, Guest
Living Area Source: Field Card Cool Zones: Central Air, Unit Control Levels in Unit: 2
Living Area Disclosures:
Disclosures: Ask for property website for more pictures, floor plan and interactive room planner.

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 153 Complete: Yes Units Owner Occupied: Source:
Association: Yes Fee: $656 Fee Includes: Master Insurance, Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal, Park

Room Levels, Dimensions and Features

Room Level Size Features

Living Room: 2 18x14 Fireplace, Ceiling - Cathedral, Ceiling Fan(s), Flooring - Wall to Wall Carpet, Window(s) - Bay/Bow/Box, Window(s) - Picture, Balcony / Deck, Open Floor Plan

Dining Room: 2 18x13 Ceiling - Cathedral, Ceiling Fan(s), Flooring - Wall to Wall Carpet, Window(s) - Picture, Balcony / Deck, Balcony - Exterior

Kitchen: 2 23x12 Ceiling - Cathedral, Closet/Cabinets - Custom Built, Flooring - Stone/Ceramic Tile, Dining Area, Countertops - Stone/Granite/Solid, Kitchen Island, Breakfast Bar / Nook, Cabinets - Upgraded, Open Floor Plan

Master Bedroom: 2 18x12 Bathroom - Full, Bathroom - Double Vanity/Sink, Ceiling - Cathedral, Closet - Walk-in, Flooring - Wall to Wall Carpet, Recessed Lighting

Bedroom 2: 2 12x12 Ceiling - Cathedral, Closet, Flooring - Wall to Wall Carpet, Recessed Lighting

Bath 1: 2 6x9 Bathroom - Full, Bathroom - Tiled With Tub & Shower, Flooring - Stone/Ceramic Tile, Recessed Lighting

Bath 2: 2 15x10 Bathroom - Full, Bathroom - Double Vanity/Sink, Flooring - Stone/Ceramic Tile, Countertops - Stone/Granite/Solid, Jacuzzi / Whirlpool Soaking Tub, Enclosed Shower - Fiberglass, Recessed Lighting

Loft: 2 14x27 Ceiling - Cathedral, Ceiling Fan(s), Flooring - Hardwood, Window(s) - Picture, Balcony / Deck, Deck - Exterior, Open Floor Plan, Recessed Lighting


Features

Area Amenities: Public Transportation, Park, Bike Path, Conservation Area, Highway Access, Marina, T-Station

Appliances: Wall Oven, Dishwasher, Disposal, Microwave, Countertop Range, Refrigerator, Freezer, Washer, Dryer

Association Pool: No

Basement: No , --

Beach: Yes

Beach - Miles to: 3/10 to 1/2 Mile

Exterior: Wood, Stucco

Exterior Features: Deck, Garden Area, Professional Landscaping

Interior Features: Security System, Intercom

Management: Professional - On Site

Pets Allowed: Yes w/ Restrictions -Pets Negotiable

Sewer Utilities: City/Town Sewer

Water Utilities: City/Town Water

Waterfront: Yes, Ocean, Bay, Marina


Other Property Info

Disclosure Declaration: No

Exclusions:

Lead Paint: None

UFFI: Warranty Features:

Year Built/Converted: 1999/

Year Built Source: Public Record

Year Built Desc: Actual

Year Round:
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:75 L:U#12-6
Assessed: $619,700
Tax: $8986 Tax Year: 2013
Book: 250 Page: 160
Cert: 933421
Zoning Code: PUD
Map: Block: Lot:

Firm Remarks

**Brokers and agents must be present at first showing and/or must
pre-register their buying client for an Open House.

Market Information

Listing Date: 11/13/2013 Listing Market Time: MLS# has been on for 336 day(s)
Days on Market: Property has been on the market for a total of 336 day(s)
Office Market Time: Office has listed this property for 336 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $682,000 Seller Concessions at Closing:
Off Market Date: 10/15/2014 Financing: Conv. Fixed
Sale Date: 12/5/2014
Sale Price: $662,000

Offer Date: 9/25/2014 Days to Offer: 316

Market History for 229 Victory Rd U:229, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71607979 11/13/2013 Listed for $682,000 $682,000
12/4/2013 Compensation Based On Changed To: Gross/Full Sale Price
EXT 1/31/2014 Status Changed to: Extended
EXT 4/23/2014 Status Changed to: Extended
7/29/2014 Price Changed to: $669,000 $669,000
EXT 8/26/2014 Status Changed to: Extended
CTG 9/5/2014 Status Changed to: Contingent
BOM 9/8/2014 Status Changed to: Back on Market
CTG 9/26/2014 Status Changed to: Contingent
UAG 10/15/2014 Status Changed to: Under Agreement
SLD 12/5/2014 Status Changed to: Sold
12/5/2014 Sold for $662,000 336 316 $662,000
Market History for Office Id: NB4836 336 316 $662,000

Market History for this property 336 316 $662,000

Price Change History for 71607979
229 Victory Rd U:229, Quincy, MA : Marina Bay 02171

Date Amount % DOM to PCG DOM of PCG

11/13/2013 Listed for: $682,000 0
7/29/2014 Price Changed to: $669,000 - $13,000 1.91% 258 258
Listing DOM: 336

Property DOM: 336
** Calculates and removes Offmarket activity in DOM Timeframe

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=I&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71607979&n=J&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71607979&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802240>
_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71724889&o=&n=0>
MLS # 71724889 - Sold
Condo - Townhouse

CONFIDENTIAL
NFLPA_BRADY001605

27 Tilden Common's Drive - Unit 27 List Price: $755,000

Quincy, MA : Marina Bay 02171 Sale Price: $733,250
Norfolk County
Unit Placement: Street, Corner, Courtyard Total Rooms: 7
Unit Level: 1 Bedrooms: 2
Grade School: Squantum School Bathrooms: 2f 1h
Middle School: Atlantic Master Bath: Yes
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Common
Handicap Access/Features:
Directions: E. Squantum St,left to Marina Bay,right on Victory Rd,right on
Tilden Commons,right on Preston Sq

Remarks

Marina Bay- Chapman's Reach! Beautiful sun filled corner 2 bedroom residence.
This well maintained unit boasts beautiful hardwood floors, high ceilings, gas
fireplace, spacious bedrooms, abundant storage, full basement and attached 2
car garage. This uniquely designed unit offers a large living-dining room,
lovely kitchen with breakfast bar, a dining area with French doors leading onto
covered porch. Enjoy your morning coffee in the secluded Beacon Hill style
courtyard. Located only 5 miles from downtown Boston. Offering free shuttle
service to North Quincy train station, and easy access to highway. Close to
shops, nightlife, restaurants, parks and Boston Harbor's Flagship Marina. Do
not miss out on this one of a kind town home in this fabulous coastal area.

Property Information

Approx. Living Area: 1999 sq. ft. ($366.81/sq. ft.) Approx. Acres: Garage
Spaces: 2 Attached
Living Area Includes: Heat Zones: 1 Forced Air, Gas Parking Spaces: 1
Off-Street, On Street Permit, Guest
Living Area Source: Field Card Cool Zones: Central Air Levels in Unit: 2
Living Area Disclosures:
Disclosures:

Complex & Association Information

Complex Name: Chapman's Reach Units in Complex: 151 Complete: Yes Units Owner
Occupied: Source:
Association: Yes Fee: $609 Monthly Fee Includes: Master Insurance, Exterior
Maintenance, Road Maintenance, Landscaping, Snow Removal, Garden Area

Room Levels, Dimensions and Features

Room Level Size Features
Living Room: 1 Flooring - Wall to Wall Carpet
Dining Room: 1 Flooring - Wall to Wall Carpet
Family Room: 1 Fireplace, Flooring - Wall to Wall Carpet

Kitchen: 1 Flooring - Stone/Ceramic Tile, Dining Area, French Doors
Master Bedroom: 1 Bathroom - Full, Closet - Walk-in, Closet/Cabinets - Custom
Built, Flooring - Wall to Wall Carpet, Double Vanity
Bedroom 2: 2 Closet
Bath 1: 1 Bathroom - Full, Bathroom - Double Vanity/Sink, Bathroom - Tiled
With Shower Stall, Closet - Linen, Flooring - Stone/Ceramic Tile, Jacuzzi /
Whirlpool Soaking Tub
Bath 2: 1 Bathroom - Half, Flooring - Stone/Ceramic Tile
Bath 3: 2 Bathroom - Full, Flooring - Stone/Ceramic Tile
Laundry: 1 --
Entry Hall: 1 Flooring - Wood
Sitting Room: 2 Flooring - Wall to Wall Carpet

Features

Area Amenities: Public Transportation, Shopping, Walk/Jog Trails, Golf
Course, Medical Facility, Bike Path, Conservation Area, Highway Access, House
of Worship, Marina, Public School, T-Station
Appliances: Range, Dishwasher, Microwave, Refrigerator, Washer, Dryer
Basement: Yes , Full
Beach: Yes Bay
Beach Ownership: Public
Beach - Miles to: 1/2 to 1 Mile
Construction: Frame
Docs in Hand: Rules & Regs, Master Plan, Management Association Bylaws
Electric Features: 220 Volts, Circuit Breakers, 100 Amps
Energy Features: Insulated Windows, Storm Doors
Exterior: Wood, Stucco
Exterior Features: Porch, Patio - Enclosed, Decorative Lighting
Flooring: Wood, Tile, Wall to Wall Carpet
Hot Water: Electric
Insulation Features: Full
Interior Features: Security System
Management: Professional - On Site
Pets Allowed: Yes w/ Restrictions
Roof Material: Asphalt/Fiberglass Shingles
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Sewage District: MWRA
Utility Connections: for Electric Range
Waterfront: No

Other Property Info

Disclosure Declaration: No
Exclusions: Not included: Dining area chandelier,window treatments in mas bdrm
& liv rm. Decorative fireplace
Facing Direction: East
Laundry Features: In Unit
Lead Paint: Unknown
UFFI: Warranty Features:

Year Built/Converted: 2000/2000
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #:
Assessed: $537,900
Tax: $7993.19 Tax Year: 2014
Book: OC250 Page: 0081
Cert:
Zoning Code: PUD
Map: Block: Lot:

Firm Remarks

No showings until August 13, 2014

Market Information

Listing Date: 8/5/2014 Listing Market Time: MLS# has been on for 80 day(s)
Days on Market: Property has been on the market for a total of 80 day(s)
Office Market Time: Office has listed this property for 80 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $755,000 Seller Concessions at Closing:
Off Market Date: 10/24/2014 Financing: Conv. Fixed
Sale Date: 12/15/2014
Sale Price: $733,250

Offer Date: 10/3/2014 Days to Offer: 59

Market History for 27 Tilden Common's Drive U:27, Quincy, MA : Marina Bay
02171

MLS # Date DOM DTO Price

71724889 8/5/2014 Listed for $755,000 $755,000
CTG 10/4/2014 Status Changed to: Contingent
UAG 10/24/2014 Status Changed to: Under Agreement
SLD 12/15/2014 Status Changed to: Sold
12/15/2014 Sold for $733,250 80 59 $733,250
Market History for Office Id: BB8139 80 59 $733,250

Market History for this property 80 59 $733,250

<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=0&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=2&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71724889&n=F&o=>

The information in this listing was gathered from third party sources
including the seller and public records. MLS Property Information Network and
its subscribers disclaim any and all representations or warranties as to the
accuracy of this information. Content ©2015 MLS Property Information Network,
Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71724889&AgentID=BB921935&EventType=4&ModuleT
ype=2&Appflag=1&SessionID=566802241>

_____

<http://H3K.mlspin.com/photo/photo.aspx?h=200&w=250&mls=71667468&o=&n=0>
MLS # 71667468 - Sold
Condo - Mid-Rise

2001 Marina Drive - Unit PH901 List Price: $999,999

Quincy, MA : Marina Bay 02171-1538 Sale Price: $890,000
Norfolk County
Unit Placement: Top/Penthouse Total Rooms: 6
Unit Level: 9 Bedrooms: 2
Grade School: Squantum Bathrooms: 2f 0h
Middle School: Middle Master Bath: Yes
High School: North Quincy Fireplaces: 1
Outdoor Space Avail: Yes - Private
Handicap Access/Features:
Directions: Route 93 South from Boston, Exit 12 follow signs to Marina Bay

Remarks

Live on Top of the World! Spectacular Penthouse on One Level! The entire
Boston Skyline & Harbor at your feet! Jaw Dropping Views from Every Window!
Enjoy the Most Impressive & Inspiring Private Roofdeck in Marina Bay! Dramatic
floorplan with expansive open living room, diningroom & fireplaced den all with
floor to ceiling windows! Exquisite Brazilian Cherry floors! Oversized Custom

**CONFIDENTIAL**

kitchen with large granite island and breakfast nook! Lush MBR en suite! Huge Guest Bedroom! Minutes to City!

## Property Information

Approx. Living Area: 2362 sq. ft. ($376.80/sq. ft.) Approx. Acres: Garage Spaces: 2 Under, Garage Door Opener
Living Area Includes: Heat Zones: 5 Electric Parking Spaces: 2 Assigned, Deeded
Living Area Source: Master Deed Cool Zones: 5 Central Air, Heat Pump, Individual, Unit Control Levels in Unit: 1
Living Area Disclosures:
Disclosures: Custom Cedenza/entertainment Center in 2nd bedroom included

## Complex & Association Information

Complex Name: Marina Point Condominiums Units in Complex: 245 Complete: Yes Units Owner Occupied: Source:
Association: Yes Fee: $1,536 Monthly Fee Includes: Water, Sewer, Master Insurance, Security, Elevator, Exterior Maintenance, Road Maintenance, Landscaping, Snow Removal, Refuse Removal
Optional Service Fee: $48 Opt Fee Includes: Recreational Facilities, Exercise Room

## Room Levels, Dimensions and Features

Room Level Size Features

## Features

Area Amenities: Shopping, Park, Walk/Jog Trails, Marina, Other (See Remarks)
Appliances: Range, Dishwasher, Disposal, Microwave, Refrigerator, Washer, Dryer
Assoc. Security: TV Monitor, Doorman
Basement: No , --
Beach: No
Electric Features: Circuit Breakers
Energy Features: Insulated Windows
Exterior: Brick
Exterior Features: Deck - Roof, City View(s)
Flooring: Wood
Hot Water: Natural Gas, Electric
Insulation Features: Full, Fiberglass
Interior Features: Cable Available
Management: Professional - On Site
Pets Allowed: No
Roof Material: Rubber
Sewer Utilities: City/Town Sewer
Water Utilities: City/Town Water
Utility Connections: for Electric Range, for Electric Oven
Waterfront: Yes, Ocean, Bay, Harbor, Deep Water Access, Marina, Public, Private

## Other Property Info

Adult Community: No
Elevator: Yes
Disclosure Declaration: No
Exclusions: custom drapery & hardware
Lead Paint: None
UFFI: No Warranty Features: No
Year Built/Converted: 1987/
Year Built Source: Public Record
Year Built Desc: Actual
Year Round: Yes
Short Sale w/Lndr.App.Req: No
Lender Owned: No

Tax Information

Pin #: M:6076C B:54 L:U901W
Assessed: $666,500
Tax: $9988 Tax Year: 2014
Book: 193 Page: 566
Cert:
Zoning Code: BUSC
Map: Block: Lot:

Market Information

Listing Date: 4/23/2014 Listing Market Time: MLS# has been on for 25 day(s)
Days on Market: Property has been on the market for a total of 25 day(s)
Office Market Time: Office has listed this property for 25 day(s)
Expiration Date: Cash Paid for Upgrades:
Original Price: $999,999 Seller Concessions at Closing:
Off Market Date: 5/18/2014 Financing: Conv. Fixed
Sale Date: 5/30/2014
Sale Price: $890,000

Offer Date: 4/28/2014 Days to Offer: 5

Market History for 2001 Marina Drive U:PH901, Quincy, MA : Marina Bay 02171

MLS # Date DOM DTO Price

71667468 4/23/2014 Listed for $999,999 $999,999
CTG 4/30/2014 Status Changed to: Contingent
UAG 5/18/2014 Status Changed to: Under Agreement
SLD 5/30/2014 Status Changed to: Sold
5/30/2014 Sold for $890,000 25 5 $890,000
Market History for Office Id: BB9059 25 5 $890,000

Market History for this property 25 5 $890,000

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=0&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=1&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=2&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=3&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=4&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=5&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=6&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=7&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=8&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=9&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=A&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=B&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=C&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=D&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=E&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=F&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=G&o=>
<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=H&o=>

<http://H3K.mlspin.com/photo/photo.aspx?mls=71667468&n=I&o=>

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

<http://media.mlspin.com/HitCounter/HitCount.aspx?List_No=71667468&AgentID=BB921935&EventType=4&ModuleType=2&Appflag=1&SessionID=566802242>

# Headers

| | |
|---|---|
| **Return-path:** | ███████████████ |
| **Received:** | from nk11p00mm-smtpin003.mac.com ([17.158.164.132])<br>by ms01514.mac.com<br>(Oracle Communications Messaging Server 7u4-27.08(7.0.4.27.7) 64bit (built Aug 22 2013)) with ESMTP id <0NKB002SUZEWO410@ms01514.mac.com> for<br>█████████████; Wed, 25 Feb 2015 14:11:21 +0000 (GMT) |
| **Original-recipient:** | rfc822███████████ |
| **Received:** | from p3plwbeout01-02.prod.phx3.secureserver.net ([72.167.218.86])<br>by nk11p00mm-smtpin003.mac.com<br>(Oracle Communications Messaging Server 7.0.5.35.0 64bit (built Dec  4 2014))<br>with ESMTP id <0NKB001QCZDV8R80@nk11p00mm-smtpin003.mac.com> for<br>████████████████ (ORCPT ████████████████ Wed,<br>25 Feb 2015 14:11:19 +0000 (GMT) |
| **Received:** | from localhost ([72.167.218.115])<br>by p3plwbeout01-02.prod.phx3.secureserver.net with bizsmtp id<br>weAi1p0012VyfJY01eAirc; Wed, 25 Feb 2015 07:10:42 -0700 |
| **Received:** | (qmail 30755 invoked by uid 99); Wed, 25 Feb 2015 14:10:42 +0000 |
| **Content-transfer-encoding:** | quoted-printable |
| **Content-type:** | text/html; charset=utf-8 |
| **X-Originating-IP:** | 76.119.142.159 |
| **User-Agent:** | Workspace Webmail 5.10.1 |
| **Message-id:** | <20150225071041.24465fe939f5436e8e607ca01504a082.ea20748245.wbe@email01.secure server.net> |
| **From:** | Ben Rawitz ████████████████ |
| **To:** | T B ████████████ |
| **Subject:** | [FWD: Comps for Marina Bay] |
| **Date:** | Wed, 25 Feb 2015 07:10:41 -0700 |
| **MIME-version:** | 1.0 |
| **Authentication-results:** | nk11p00mm-smtpin003.mac.com; dkim=none<br> reason="no signature"; dkim-adsp=none |
| **x-icloud-spam-score:** | 30002230<br><br>f=Rawitz.com;e=rawitz.com;is=yes;ir=no;pp=ham;spf=?;dkim=?;dmarc=?;wl=absent;pwl=abs ent;clxs=ham;clxl=absent |
| **x-dmarc-info:** | pass=?; dmarc-policy=(noPolicy); s=; d= |
| **X-MANTSH:** | 1TEIXREEbG1oaGkdHB0lGUkdDRI5PWBoaHhEKTEMXGx0EGx8SBBscHwQdGBAbHho |

fGhEKWE0XSxEKbX4XGxEKTFkXGxoaHxEKWU0XZEVeYF9EQREKWUkXGnEaEBp3Bhge
GnEYHxoQG

ncGGBoGGhEKWV4XaGN5EQpDThdLGxgaYk5NZhwcXEYZeHMHG3obHhsbbGMRCltDFx
pkYWgaGht

7aXBufBJ4EhoRCllhcFxkEGgQYGwdNTBMaEhMYHQUbHQQbHxIEGxwfBB0YEBseGh8bE
QpeWRdnY

xITTxEKTVwXHx8RCkxaF2hpTU17EQpFWBdoEQpDWhcdGAQbHB0EGBsSBBIcEQpCXhc
bEQpCRhd

jW0dpQFxQWXNQWxEKQkUXZAFBZWVSaUQeSAERCkJOF2ZhTQV4GGR9H0xrEQpCTB
diRkseG2d4T

3hARhEKQmwXYGVlfXh4RGdNSFARCkJAF2NwGXhwXGISaXl7EQpCWBdpE3h6WBJsW0
VgUBEKQng

XaEkecFpMe2FvYlkRCk1eFxsRCnBnF28TaHBaeUUYZVtfEQpwaBdtaEVGYx8TeF5OfBEKc
GgXY

XtfW2xMWx8bTlwRCnBoF25NGRNPYBISfHlOEQpwaBd6RUNCQEhmRW59cxEKcGgXb0Z
nbG5NQhJ

oHE4RCnB/F2hvHHBmHBh+WE1kEQpwXxdseXhkWBhISWJDGxEKcGwXYWNvbB4FAWJ7
HkYRCnBDF
 2ABZU4aXQFoGHJ+EQ==

---

**CONFIDENTIAL**

**NFLPA_BRADY001613**

| | |
|---|---|
| **X-CLX-Spam:** | false |
| **X-CLX-Score:** | 1005 |
| **X-CLX-Shades:** | NotJunk |
| **X-Proofpoint-Virus-Version:** | vendor=fsecure engine=2.50.10432:5.13.68,1.0.33,0.0.0000 definitions=2015-02-25_05:2015-02-25,2015-02-25,1970-01-01 signatures=0 |
| **X-Proofpoint-Spam-Details:** | rule=notspam policy=default score=0 spamscore=0 suspectscore=18 phishscore=0 adultscore=0 bulkscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=7.0.1-1412110000 definitions=main-1502250145 |
| **X-SID:** | weAi1p0012VyfJY01 |