# Tom Brady Phone Bills (August 23, 2014 to March 24, 2015):
## Compilation of All Phone and Text Communications with John Jastremski, Jim McNally, and Dave Schoenfeld

| Brady Phone Bill Records[1] | | | | Cross-Reference to Wells Report | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date and Time | Page | Comm. Info. | Duration | Date and Time | Page | Comm. Type | From | To | Duration |
| 10/11/2014 17:39:-- | A-21 | Phone Call to Jastremski | 2 min | | | | | | |
| 10/11/2014 17:48:-- | A-21 | Phone Call from Jastremski | 1 min | | | | | | |
| 1/15/2015 07:10:-- | A-58 | Text Message from Schoenfeld | ----- | | | | | | |
| 1/15/2015 07:10:-- | A-58 | Text Message from Schoenfeld | ----- | | | | | | |
| 1/15/2015 07:11:-- | A-58 | Text Message to Schoenfeld | ----- | | | | | | |
| 1/19/2015 07:25:-- | A-61 | Text Message from Jastremski | ----- | 1/19/2015 07:25:18 | 102 | Text Message | Jastremski | Brady | ----- |
| 1/19/2015 07:25:-- | A-43 | Phone Call to Jastremski | 14 min | 1/19/2015 "less than a minute later" (~07:25) | 102 | Phone Call | Brady | Jastremski | 00:13:04 |
| 1/19/2015 09:51:-- | A-61 | Text Message to Jastremski | ----- | 1/19/2015 09:51:54 | 104 | Text Message | Brady | Jastremski | ----- |
| 1/19/2015 09:53:-- | A-61 | Text Message from Jastremski | ----- | 1/19/2015 09:53:27 | 104 | Text Message | Jastremski | Brady | ----- |
| 1/19/2015 09:54:-- | A-61 | Text Message to Jastremski | ----- | 1/19/2015 09:54:16 | 104 | Text Message | Brady | Jastremski | ----- |
| 1/19/2015 09:55:-- | A-61 | Text Message from Jastremski | ----- | 1/19/2015 09:55:01 | 104 | Text Message | Jastremski | Brady | ----- |
| 1/19/2015 10:54:-- | A-61 | Text Message from Jastremski | ----- | 1/19/2015 10:54:40 | 105 | Text Message | Jastremski | Brady | ----- |

---

[1] "Brady Phone Bill Records" refers to NFLPA_BRADY00001-206.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10:54:-- | A-61 | Text Message from Jastremski | ----- | | | | | | |
| 1/19/2015 10:55:-- | A-61 | Text Message from Jastremski | ----- | 1/19/2015 10:55:32 | 105 | Text Message | Jastremski | Brady | ----- |
| 1/19/2015 10:59:-- | A-61 | Text Message to Jastremski | ----- | 1/19/2015 10:59:32 | 105 | Text Message | Brady | Jastremski | ----- |
| 1/19/2015 17:21:-- | A-43 | Phone Call to Schoenfeld | 9 min | 1/19/2015 "later that day" | 105 n.65 | Phone Call | Brady | Schoenfeld | ----- |
| 1/19/2015 14:38:-- | A-62 | Text Message to Jastremski | ----- | 1/19/2015 14:38:09 | 105 | Text Message | Brady | Jastremski | ----- |
| 1/19/2015 14:38:-- | A-62 | Text Message from Jastremski | ----- | 1/19/2015 14:38:17 | 105 | Text Message | Jastremski | Brady | ----- |
| 1/19/2015 14:38:-- | A-62 | Text Message to Jastremski | ----- | 1/19/2015 14:38:34 | 105 | Text Message | Brady | Jastremski | ----- |
| 1/19/2015 17:20:-- | A-62 | Text Message to Jastremski | ----- | 1/19/2015 17:21:23 | 106 | Text Message | Brady | Jastremski | ----- |
| | | | | 1/19/2015 17:21:34 | 107 | Phone Call | Jastremski | Brady | 00:00:28 |
| | | | | 1/19/2015 17:27:06 | 107 | Phone Call | Jastremski | Brady | 00:00:29 |
| 1/19/2015 17:29:-- | A-43 | Phone Call to Jastremski | 12 min | 1/19/2015 17:30:03 | 107 | Phone Call | Brady | Jastremski | 00:11:01 |
| 1/20/2015 07:24:-- | A-62 | Text Message from Jastremski | ----- | 1/20/2015 07:24:47 | 108 | Text Message | Jastremski | Brady | ----- |
| 1/20/2015 08:22:-- | A-43 | Phone Call to Jastremski | 7 min | 1/20/2015 "within the hour" | 108 | Phone Call | Brady | Jastremski | 00:06:21 |
| 1/20/2015 17:13:-- | A-63 | Text Message to Jastremski | ----- | 1/20/2015 17:13:38 | 108 | Text Message | Brady | Jastremski | ----- |
| 1/20/2015 17:27:-- | A-43 | Phone Call from Jastremski | 4 min | 1/20/2015 "less than fifteen minutes later" | 109 | Phone Call | Jastremski | Brady | 00:03:34 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (~17:28) | | | | | |
| 1/21/2015 07:27:-- | A-63 | Text Message to Jastremski | ----- | 1/21/2015 07:27:48 | 109 | Text Message | Brady | Jastremski | ----- |
| 1/21/2015 07:38:-- | A-43 | Phone Call from Jastremski | 14 min | 1/21/2015 "starting at 7:38 a.m." (~07:38) | 109 | Phone Call | ----- | ----- | 00:13:47 |
| 1/21/2015 11:45:-- | A-43 | Phone Call from Jastremski | 7 min | 1/21/2015 11:45:16 | 109 | Phone Call | ----- | ----- | 00:07:05 |
| 02/03/2015 18:18:-- | A-68 | Text Message to Schoenfeld | ----- | | | | | | |
| 02/03/2015 18:20:-- | A-68 | Text Message from Schoenfeld | ----- | | | | | | |
| 02/03/2015 18:21:-- | A-68 | Text Message to Schoenfeld | ----- | | | | | | |
| 02/03/2015 18:22:-- | A-68 | Text Message from Schoenfeld | ----- | | | | | | |
| 02/03/2015 18:23:-- | A-68 | Text Message to Schoenfeld | ----- | | | | | | |
| 02/04/2015 08:26:-- | A-68 | Text Message to Schoenfeld | ----- | | | | | | |
| 02/04/2015 08:26:-- | A-68 | Text Message from Schoenfeld | ----- | | | | | | |
| 02/05/2015 09:54:-- | A-70 | Text Message to Schoenfeld | ----- | | | | | | |
| 02/05/2015 09:54:-- | A-70 | Text Message to Schoenfeld | ----- | | | | | | |
| 02/05/2015 15:46:-- | A-71 | Text Message from Schoenfeld | ----- | | | | | | |
| 02/05/2015 16:21:-- | A-71 | Text Message to Schoenfeld | ----- | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/07/2015 18:21:-- | A-74 | Text Message to Jastremski | ----- | | | | | | |
| 02/07/2015 18:21:-- | A-74 | Text Message to Jastremski | ----- | | | | | | |
| 02/07/2015 18:33:-- | A-74 | Text Message from Jastremski | ----- | | | | | | |
| 02/25/2015 18:09:-- | 39 | Phone Call to Jastremski | 4 min | | | | | | |