**INVESTIGATIVE REPORT CONCERNING FOOTBALLS USED
DURING THE AFC CHAMPIONSHIP GAME ON JANUARY 18, 2015**

By:   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Theodore V. Wells, Jr.
Brad S. Karp
Lorin L. Reisner

Dated: May 6, 2015

**CONFIDENTIAL**                                    **NFLPA_BRADY001633**

## TABLE OF CONTENTS

EXECUTIVE SUMMARY ................................................................................................ 1

I.   INVESTIGATIVE ACTIVITIES ............................................................................. 22

    A.   Scope of Investigation................................................................................. 22

    B.   Witnesses Interviewed ............................................................................... 24

    C.   Materials Reviewed .................................................................................... 29

    D.   Expert Consultation .................................................................................... 31

II.   BACKGROUND ......................................................................................................... 32

    A.   Rules and Practices Regarding Footballs Used in NFL Games............................. 32

        1.   Playing Rule 2 ................................................................................. 32

        2.   Guidelines Concerning the Preparation of Footballs ................................ 33

        3.   Pre-Game Review of Footballs by NFL Game Officials ........................... 36

    B.   Ball Preparation Process Used by the New England Patriots ............................. 37

        1.   Preparing the Shape and Surface ............................................................. 38

        2.   Setting the Inflation Level ........................................................................ 39

        3.   Selecting Footballs For Game Use .......................................................... 41

    C.   Role of Jim McNally.................................................................................. 42

III.   EVENTS SURROUNDING THE AFC CHAMPIONSHIP GAME ........................ 44

    A.   Pre-Game Events ....................................................................................... 44

        1.   The Colts Communicate Concerns about
            Patriots Game Balls Prior to the AFC Championship Game ................... 44

        2.   The Officials Prepare for the AFC Championship Game ........................ 46

        3.   The Patriots Prepare and Select Game Balls............................................ 49

        4.   Inspection of Game Balls by Referee Anderson ..................................... 50

        5.   Anderson and Other Officials Cannot Locate the Game Balls ................ 54

        6.   The Game Balls are Taken to the Field by McNally ............................... 57

    B.   Events During the First Half ...................................................................... 63

    C.   Events During and Following Halftime ..................................................... 66

    D.   Post-Game Testing of Game Balls............................................................. 72

IV.   COMMUNICATIONS BETWEEN JASTREMSKI AND
    MCNALLY  PRIOR TO THE AFC CHAMPIONSHIP GAME ............................ 74

    A.   McNally Labels Himself the Deflator........................................................ 75

   B.    Communications About Inflation and Deflation..................................................... 75

       1.   Brady's Dissatisfaction with Game Balls During the Jets Game ............ 75

       2.   The "Alternate" Explanation Offered by
             Jastremski and McNally for the October 17 Messages............................ 83

   C.    Additional Deflation Reference by McNally....................................................... 87

   D.    McNally Requests and Receives Items
        Autographed by Brady, Sneakers and Apparel.................................................... 87

   E.    Items of Value Received by Jastremski from Brady ............................................. 89

**V.**    **INITIAL INVESTIGATIVE STEPS AND POST-GAME EVENTS ........................ 95**

   A.    NFL Security Interviews McNally....................................................................... 95

   B.    McNally Speaks with Schoenfeld and Jastremski ................................................ 96

   C.    Media Reports .................................................................................................... 97

   D.    Patriots Personnel Begin Asking Questions ........................................................ 99

   E.    The NFL Commences a Formal Investigation and Notifies the Patriots ........... 100

**VI.**   **COMMUNICATIONS FOLLOWING THE AFC CHAMPIONSHIP GAME...... 101**

   A.    January 19, 2015 .............................................................................................. 101

       1.   Jastremski Learns of Early Media Reports and Contacts Brady............ 102

       2.   Jastremski Calls McNally after Brady ................................................. 103

       3.   Brady Checks in on Jastremski and Asks to Meet in QB Room ........... 104

       4.   Jastremski Speaks Again with Both McNally and Brady...................... 106

   B.    January 20, 2015 .............................................................................................. 108

       1.   Jastremski and Brady Continue to Speak by Phone.............................. 108

       2.   Jastremski Calls McNally .................................................................... 109

   C.    January 21, 2015 .............................................................................................. 109

**VII.**  **SCIENTIFIC EVIDENCE AND ANALYSIS .................................................. 110**

   A.    Analysis of the Halftime Data............................................................................ 113

   B.    Experiments and Game Day Simulations ........................................................... 115

   C.    Consideration of Statements Made and
        Experiments Conducted by the Patriots .............................................................. 119

   D.    Tests on the Time Needed to Deflate Footballs with a Needle............................ 121

**CONFIDENTIAL**                                                                    **NFLPA_BRADY001635**

**VIII.**   **CONCLUSIONS REGARDING THE GAME BALLS
USED  BY THE PATRIOTS IN THE AFC CHAMPIONSHIP GAME**.................. **121**

**IX.**   **THE KICKING BALL ISSUE** ............................................................... **132**

    A.   Preparation of Kicking Balls.................................................................. 132

    B.   Pre-game Activities at the AFC Championship Game ....................... 133

    C.   The Removal and Retrieval of "K-Ball #1".......................................... 135

    D.   The Attempted Reintroduction of "K-Ball #1"..................................... 137

    E.   Conclusions........................................................................................... 138

**CONFIDENTIAL**                                                    NFLPA_BRADY001636

# EXECUTIVE SUMMARY

On January 18, 2015, the New England Patriots and Indianapolis Colts played in the AFC Championship Game at Gillette Stadium in Foxborough, Massachusetts to determine which team would advance to Super Bowl XLIX.  During the first half of the game, a question was raised by the Colts concerning the inflation level of the footballs being used by the Patriots. As a result, at halftime, members of the officiating crew assigned to the game, overseen by a senior officiating supervisor from the National Football League (the "NFL" or the "League"), tested the air pressure of footballs being used by each of the Patriots and the Colts.  All eleven of the Patriots game balls tested measured below the minimum pressure level of 12.5 pounds per square inch ("psi") allowed by Rule 2 of the Official Playing Rules of the National Football League (the "Playing Rules") on both of two air pressure gauges used to test the balls.  The four Colts balls tested each measured within the 12.5 to 13.5 psi range permitted under the Playing Rules on at least one of the gauges used for the tests.

On January 23, 2015, the NFL publicly announced that it had retained Theodore V. Wells, Jr. and the law firm Paul, Weiss, Rifkind, Wharton & Garrison  ("Paul, Weiss") to conduct an investigation, together with NFL Executive Vice President Jeff Pash, into the footballs used by the Patriots during the AFC Championship Game.  The investigation was conducted pursuant to the Policy on Integrity of the Game & Enforcement of Competitive Rules. That Policy provides that "[a]ctual or suspected competitive violations will be thoroughly and promptly investigated."[1]  This Report is the product of that investigation.  It was prepared entirely by the Paul, Weiss investigative team and presents the independent opinions of Mr. Wells and his colleagues.

---

[1]    Under the Policy, the "standard of proof required to find that a violation of the competitive rules has occurred" is a "Preponderance of the Evidence," meaning that "as a whole, the fact sought to be proved is more probable than not."

CONFIDENTIAL                                                    NFLPA_BRADY001637

The primary topic of the investigation has been the circumstances surrounding the use by the Patriots of footballs inflated at below-regulation air pressure levels during the AFC Championship Game, including whether Patriots personnel were involved in deliberate efforts to circumvent the Playing Rules. The investigation also has involved an assessment of the circumstances surrounding a possible attempt by the Patriots to introduce to the playing field a non-approved kicking ball during the AFC Championship Game.

For the reasons described in this Report, and after a comprehensive investigation, we have concluded that, in connection with the AFC Championship Game, it is more probable than not that New England Patriots personnel participated in violations of the Playing Rules and were involved in a deliberate effort to circumvent the rules. In particular, we have concluded that it is more probable than not that Jim McNally (the Officials Locker Room attendant for the Patriots) and John Jastremski (an equipment assistant for the Patriots) participated in a deliberate effort to release air from Patriots game balls after the balls were examined by the referee. Based on the evidence, it also is our view that it is more probable than not that Tom Brady (the quarterback for the Patriots) was at least generally aware of the inappropriate activities of McNally and Jastremski involving the release of air from Patriots game balls.

Based on the evidence, the investigation has further concluded that that there was no deliberate attempt by the Patriots to introduce to the playing field a non-approved kicking ball during the AFC Championship Game. Although Patriots personnel provided a kicking ball to game officials that did not have the distinctive inspection mark of the referee, we find that the Patriots personnel involved believed the ball to be authentic and appropriate. We do not believe that there was any attempt by Patriots personnel, including Patriots kicker Stephen Gostkowski, to deliberately circumvent the rules by offering the kicking ball for play.

**CONFIDENTIAL**                                                **NFLPA_BRADY001638**

We do not believe that the evidence establishes that any other Patriots personnel participated in or had knowledge of the violation of the Playing Rules or the deliberate effort to circumvent the rules described in this Report.  In particular, we do not believe there was any wrongdoing or knowledge of wrongdoing by Patriots ownership, Patriots Head Coach Bill Belichick or any other Patriots coach in the matters investigated.  We also do not believe there was any wrongdoing or knowledge of wrongdoing by Patriots Head Equipment Manager Dave Schoenfeld.

In reaching these conclusions, we have considered, among other things, the following facts that we believe are established by the evidence for the reasons detailed in this Report:

1.  Rule 2 of the Official Playing Rules of the NFL requires that footballs used during NFL games must be inflated to between 12.5 and 13.5 psi.  In particular, the rule states that "[t]he ball shall be made up of an inflated (12½ to 13½ pounds) urethane bladder enclosed in a pebble grained, leather case (natural tan color) without corrugations of any kind."

2.  Several hours before the AFC Championship Game, Jim McNally, the Patriots employee responsible for delivering the Patriots game balls to the game officials for pre-game inspection, brought the balls into the Officials Locker Room at Gillette Stadium.  At or around that time, McNally told the referee, Walt Anderson, that Tom Brady, the Patriots quarterback, wanted the game balls inflated at 12.5 psi.  McNally has been employed by the Patriots as a seasonal or part-time employee for the past 32 years.  His work for the Patriots during the 2014-15 NFL season took place only on a part-time/hourly basis on days on which the Patriots had home games.  His legitimate job responsibilities as Officials Locker Room attendant did not involve the preparation, inflation or deflation of Patriots game balls.

3.  During the pre-game inspection, Anderson determined that all but two of the Patriots game balls delivered by McNally were properly inflated.  Most of them measured 12.5 psi.  Two tested below 12.5 psi and Anderson directed another game official to further inflate those two game balls, which Anderson then adjusted to 12.5 psi using a pressure gauge.  Most of the Colts game balls tested by Anderson prior to the game measured 13.0 or 13.1 psi.  Although one or two footballs may have registered 12.8 or 12.9 psi, it was evident to Anderson that the Colts' inflation target for the game balls was 13.0 psi.  No air was added to or

3

released from the Colts game balls pre-game because they were all within the permissible range.

4.   When Anderson and other members of the officiating crew were preparing to leave the Officials Locker Room to head to the field for the start of the game, the game balls could not be located.  It was the first time in Anderson's nineteen years as an NFL official that he could not locate the game balls at the start of a game.   Unknown to Anderson, and without Anderson's permission or the permission of any other member of the officiating crew, McNally had taken the balls from the Officials Locker Room towards the playing field.  According to Anderson and other members of the officiating crew for the AFC Championship Game, the removal of the game balls from the Officials Locker Room by McNally without the permission of the referee or another game official was a breach of standard operating pre-game procedure.  According to Anderson, other members of the officiating crew for the AFC Championship Game and other game officials with recent experience at Gillette Stadium, McNally had not previously removed game balls from the Officials Locker Room and taken them to the field without either receiving permission from the game officials or being accompanied by one or more officials.

5.   Based on videotape evidence and witness interviews, it has been determined that McNally removed the game balls from the Officials Locker Room at approximately 6:30 p.m.  After leaving the Officials Locker Room carrying two large bags of game balls (Patriots balls and Colts balls), McNally turned left and then turned left again to walk down a corridor referred to by Patriots personnel as the "center tunnel" heading to the playing field.  At the end of the center tunnel on the left-hand side, approximately three feet from the doors that lead to the playing field, is a bathroom.  McNally entered that bathroom with the game balls, locked the door, and remained in the bathroom with the game balls for approximately one minute and forty seconds.  He then left the bathroom and took the bags of game balls to the field.

6.   In the weeks and months before the AFC Championship Game, McNally periodically exchanged text messages with the Patriots equipment assistant primarily responsible for the preparation of the Patriots game balls, John Jastremski.   In a number of those text messages, McNally and Jastremski discussed the air pressure of Patriots game balls, Tom Brady's unhappiness with the inflation level of Patriots game balls, Jastremski's plan to provide McNally with a "needle" for use by McNally, and McNally's requests for "cash" and sneakers together with the "needle" to be provided by Jastremski.  A sports ball inflation needle is a device that can be used to inflate a football (if attached to an air pump) or release air from a football (if inserted alone into a ball).

For example, on October 17, 2014, following a Thursday night game between the Patriots and the New York Jets during which Tom Brady complained angrily about the inflation level of the game balls, McNally and Jastremski exchanged the following text messages:

4

McNally:      Tom sucks...im going make that next ball a fuckin balloon

Jastremski:    Talked to him last night. He actually brought you up and said you must have a lot of stress trying to get them done...

Jastremski:    I told him it was. He was right though...

Jastremski:    I checked some of the balls this morn... The refs fucked us...a few of then were at almost 16

Jastremski:    They didnt recheck then after they put air in them

McNally:      Fuck tom ...16 is nothing...wait till next sunday

Jastremski:    Omg! Spaz

On October 21, 2014, McNally and Jastremski exchanged the following text messages:

McNally:      Make sure you blow up the ball to look like a rugby ball so tom can get used to it before sunday

Jastremski:    Omg

On October 23, 2014, three days before a Sunday game against the Chicago Bears, Jastremski and McNally exchanged the following messages:

Jastremski:    Can't wait to give you your needle this week :)

McNally:      Fuck tom....make sure the pump is attached to the needle.....fuckin watermelons coming

Jastremski:    So angry

McNally:      The only thing deflating sun..is his passing rating

The next day, October 24, 2014, Jastremski and McNally exchanged the following messages:

Jastremski:    I have a big needle for u this week

McNally:      Better be surrounded by cash and newkicks....or its a rugby sunday

McNally:      Fuck tom

Jastremski:    Maybe u will have some nice size 11s in ur locker

McNally:      Tom must really be working your balls hard this week

CONFIDENTIAL                                              NFLPA_BRADY001641

On October 25, 2014, McNally and Jastremski exchanged the following messages:

> Jastremski:  Size 11?
>
> Jastremski:  2 or 3X?
>
> McNally:  Tom must really be on you
>
> McNally:  11 0r 11 half......2x unless its tight fitting
>
> Jastremski:  Nah. Hasn't even mentioned it, figured u should get something since he gives u nothing

On January 7, 2015, eleven days before the AFC Championship Game, McNally and Jastremski discussed how McNally would have a "big autograph day" and receive items autographed by Brady the following weekend, before the playoff game against the Baltimore Ravens.  McNally and Jastremski exchanged the following text messages:

> McNally:  Remember to put a couple sweet pig skins ready for tom to sign
>
> Jastremski:  U got it kid...big autograph day for you
>
> McNally:  Nice throw some kicks in and make it real special
>
> Jastremski:  It ur lucky. 11?
>
> McNally:  11 or 11 and half kid

On January 10, 2015, immediately prior to the game between the Patriots and the Ravens, in the Patriots equipment room with both Brady and Jastremski present, McNally received two footballs autographed by Brady and also had Brady autograph a game-worn Patriots jersey that McNally previously had obtained.

7.  In addition to the messages described above, before the start of the 2014-15 season, McNally referred to himself as "the deflator" and stated that he was "not going to espn……..yet."  On May 9, 2014, McNally and Jastremski exchanged the following text messages:

> McNally:  You working
>
> Jastremski:  Yup
>
> McNally:  Nice dude....jimmy needs some kicks....lets make a deal.....come on help the deflator

6

McNally:      Chill buddy im just fuckin with you ....im not going to espn........yet

8.     During the second quarter of the AFC Championship Game, a ball thrown by Tom Brady was intercepted by a player for the Colts and the ball was taken to the Colts sideline.  On the sideline, Colts equipment personnel used a pressure gauge to measure the inflation level of the ball, determined that it was below the minimum 12.5 psi level and informed a game official and other NFL personnel. Prior to the game, Colts personnel had notified the NFL that they suspected that the Patriots might be deflating game balls below the minimum level permissible under the Playing Rules, although they did not support their suspicions with any specific factual information.  In response to the pre-game concerns raised by the Colts, NFL Football Operations staff had notified the head of the NFL Officiating Department, Dean Blandino, and a senior officiating supervisor who would be attending the game, Alberto Riveron.  During a pre-game conversation concerning various game-day topics, Riveron told referee Walt Anderson that a concern had been raised about the air pressure of the game balls.  Anderson told Riveron that he would be sure to follow his usual ball inspection procedure to ensure that the balls were properly inflated.

9.     After being informed during the second quarter of the AFC Championship Game that the Colts had measured a Patriots game ball and found it to be under-inflated, and having previously been advised of the Colts' suspicions, Riveron decided that the game balls for both teams should be inspected at halftime by the game officials.  Two other senior NFL personnel present at the game, Troy Vincent and Mike Kensil, independently reached the same conclusion.

10.    At halftime, under Riveron's supervision, two alternate game officials (Clete Blakeman and Dyrol Prioleau) tested eleven Patriots game balls and four Colts game balls.  The Patriots ball intercepted by the Colts was not among the eleven Patriots balls tested.  Each official used a separate air pressure gauge provided by referee Anderson that Anderson had brought with him to the game, one of which also had been used by Anderson for his pre-game inspection.  Each of the eleven Patriots balls tested at halftime measured below the minimum 12.5 psi level established by the Playing Rules on both gauges.  Each of the four Colts balls tested measured within the permissible 12.5 to 13.5 psi range on at least one of the gauges.  The measurements were recorded in writing by Richard Farley, an NFL security official who has been assigned to the Patriots and Gillette Stadium for approximately twelve years.  Only four Colts balls were tested because the officials were running out of time before the start of the second half.

7

Farley recorded the halftime pressure measurements taken by the game officials as follows:

| Patriots Ball | Blakeman | Prioleau |
|:---:|:---:|:---:|
| 1 | 11.50 | 11.80 |
| 2 | 10.85 | 11.20 |
| 3 | 11.15 | 11.50 |
| 4 | 10.70 | 11.00 |
| 5 | 11.10 | 11.45 |
| 6 | 11.60 | 11.95 |
| 7 | 11.85 | 12.30 |
| 8 | 11.10 | 11.55 |
| 9 | 10.95 | 11.35 |
| 10 | 10.50 | 10.90 |
| 11 | 10.90 | 11.35 |

| Colts Ball | Blakeman | Prioleau |
|:---:|:---:|:---:|
| 1 | 12.70 | 12.35 |
| 2 | 12.75 | 12.30 |
| 3 | 12.50 | 12.95 |
| 4 | 12.55 | 12.15 |

Before halftime ended, all eleven Patriots balls were inflated and set to a permissible pressure level. The four Colts balls tested were not inflated because they measured within the permissible range on at least one of the gauges used at halftime. The fifteen footballs tested, and the balance of the Colts balls collected at halftime, were returned to the field for use in the second half.

The pressure of the Patriots ball that had been intercepted by the Colts was separately tested three times, and the measurements, all of which were below 12.5

8

psi, were written on athletic tape that had been placed on the ball for identification. The intercepted ball was retained by the NFL and not returned to the field for use in the second half.

11.    Following the game, before he left the stadium, McNally was interviewed by members of NFL Security. During that interview, McNally did not mention that he had taken the game balls into the bathroom. Instead, he stated that he walked directly to the field and that nothing unusual occurred during the walk from the locker room to the field. In subsequent interviews, McNally provided varying explanations for the bathroom stop and his decision not to utilize readily available bathroom facilities in the Officials Locker Room and adjacent Chain Gang Locker Room.

As part of the investigation, scientific consultants were engaged to assist the investigative team. These consultants included Exponent, one of the leading scientific and engineering consulting firms in the country, and Dr. Daniel R. Marlow, the Evans Crawford 1911 Professor of Physics at Princeton University and former Chairman of the Princeton University Physics Department, who served as a special scientific consultant, coordinated with Exponent on its testing and analytical work, and advised the investigative team.

Among the issues discussed with our expert consultants was the magnitude of the reduction in air pressure of the Patriots footballs and the apparent greater drop in air pressure of the Patriots balls as compared to the Colts balls when tested at halftime. All of the game balls tested at halftime measured at lower pressure levels as compared to the pressure levels measured prior to the game. Our consultants confirmed that a reduction in air pressure is a natural result of footballs moving from a relatively warm environment such as a locker room to a colder environment such as a playing field. According to our scientific consultants, however, the reduction in pressure of the Patriots game balls cannot be explained completely by basic scientific principles, such as the Ideal Gas Law, based on the circumstances and conditions likely to have been present on the day of the AFC Championship Game. In addition, the average pressure drop of the Patriots game balls exceeded the average pressure drop of the Colts balls by

9

0.45 to 1.02 psi, depending on various possible assumptions regarding the gauges used, and assuming an initial pressure of 12.5 psi for the Patriots balls and 13.0 psi for the Colts balls.

We asked Exponent to evaluate, among other things, the data collected at halftime and consider whether the data provided a basis to reach any conclusions about the likelihood that Patriots personnel had or had not tampered with the game balls.  In particular, we asked Exponent to consider the reliability of the gauges used by the game officials, the potential impact of game-day use and other physical factors that might reasonably be expected to affect the internal air pressure of footballs, and the potential impact of environmental factors that were present on the day of the AFC Championship Game.  As part of its evaluation and assessment Exponent: (1) conducted a thorough statistical analysis of the data recorded at halftime of the AFC Championship Game; (2) conducted a comprehensive examination, both physical and statistical, of the gauges used to measure the air pressure of the footballs pre-game and at halftime and (3) evaluated the effects that various usage, physical and environmental factors present on game day would have had on the measured pressure of a football.

According to Exponent, regardless of the assumptions made with respect to the gauges used pre-game and at halftime, the measurements recorded for the Patriots game balls at halftime cannot be entirely explained by the Ideal Gas Law (or variations thereof) when applied to the most likely game conditions and circumstances.  Exponent also concluded that the difference in the magnitude of the reduction in air pressure between the Patriots and Colts footballs based on the halftime measurements is statistically significant.  Dr. Marlow agreed with Exponent's conclusions.

In addition, Exponent found that the gauges used on the day of the AFC Championship Game appear to have worked reliably and consistently.  Exponent further

CONFIDENTIAL                                         NFLPA_BRADY001646

concluded that the difference in the pressure drops between the teams was not caused by a malfunction of either gauge or by "human factors" (i.e., variability caused by the particular individual who used the gauge). Based on extensive testing, Exponent determined that the gauges would have read consistently and with good repeatability when used in the range of temperatures to which they were exposed in the Officials Locker Room and when used to measure a range of pressures that includes those measured on game day.

Based on tests designed to evaluate the impact of a variety of physical factors on the air pressure of footballs, Exponent ruled out as factors that impacted the pressure levels measured at halftime variations in the way a football is used (i.e., the amount of impact a football has sustained) and differences in ball preparation—including the vigorous rubbing described by Coach Belichick during his January 24, 2015 press conference. Among other things, Exponent also ruled out as factors that impact air pressure levels the repeated insertion of an inflation needle or gauge, the natural leak rate of properly functioning footballs and the relative humidity of the air in the rooms in which the footballs were inflated. None of the physical factors tested by Exponent, at the levels applicable on the day of the AFC Championship Game, were found to contribute in any material way to changes in the internal pressure of footballs or to the difference in the observed pressure drops between the Patriots and Colts balls when measured at halftime.

Exponent also conducted a series of experiments to evaluate the impact of environmental conditions on the air pressure of footballs. Among other things, these experiments attempted to replicate the likely conditions and circumstances on game day and the results recorded by the game officials at halftime. In these experiments, the Colts footballs and the Colts halftime measurements were used as a "control" group because there was no plausible basis on which to believe there had been tampering with the Colts balls. According to Exponent,

11

the environmental conditions with the most significant impact on the pressure measurements recorded at halftime were the temperature in the Officials Locker Room when the game balls were tested prior to the game and at halftime, the temperature on the field during the first half of the game, the amount of time elapsed between when the game balls were brought back to the Officials Locker Room at halftime and when they were tested, and whether the game balls were wet or dry when they were tested at halftime. Based on these experiments, Exponent concluded that the average pressures recorded for the Patriots game balls during halftime of the AFC Championship Game were lower than the lowest average pressures attained by the simulations. In other words, when tests were run using the most likely game-day conditions and circumstances, the Patriots halftime measurements could not be replicated, and the pressures observed for the Patriots footballs by Exponent during its experiments were all higher.

Finally, Exponent was asked to investigate how quickly an individual can partially deflate thirteen footballs in a ball bag using a sports ball inflation needle, if that individual is reasonably experienced in performing that task. Based on a series of simulations, Exponent determined that the air pressure in thirteen footballs could be readily released using a needle in well under one minute and forty seconds.

Our scientific consultants informed us that the data alone did not provide a basis for them to determine with absolute certainty whether there was or was not tampering, as the analysis of such data is ultimately dependent upon assumptions and information that is uncertain. Based on the testing and analysis, however, Exponent concluded that, within the range of likely game conditions and circumstances studied, they could identify no set of credible environmental or physical factors that completely accounts for the Patriots halftime measurements or for the additional loss in air pressure exhibited by the Patriots game balls, as compared to the loss in air

**CONFIDENTIAL**                                                                 **NFLPA_BRADY001648**

pressure exhibited by the Colts game balls.  Dr. Marlow agreed with this and all of Exponent's conclusions.   This absence of a credible scientific explanation for the Patriots halftime measurements tends to support a finding that human intervention may account for the additional loss of pressure exhibited by the Patriots balls.

In reaching the conclusions set forth in this Report, we are mindful that the analyses performed by our scientific consultants necessarily rely on reasoned assumptions and that varying the applicable assumptions can have a material impact on the ultimate conclusions. We therefore have been careful not to give undue weight to the experimental results and have instead relied on the totality of the evidence developed during the investigation.  Even putting aside the experimental results, we believe that our conclusions are supported by the evidence in its entirety.

Our conclusion that it is more probable than not that McNally and Jastremski participated in a deliberate effort to release air from Patriots game balls after the balls were tested by the game officials is significantly influenced by the substantial number of communications and events consistent with such a finding, including that the same person (Jim McNally) referred to himself as the "deflator" and stated that he was "not going to espn……..yet," was involved in a series of communications about his impact on the inflation-level of Patriots game balls and using a "needle" surrounded by cash and sneakers (when his legitimate responsibilities as a locker room attendant did not involve the preparation, inflation or deflation of footballs), violated standard pre-game procedure by removing the game balls from the Officials Locker Room without permission of the game officials, brought the game balls into a bathroom before the game (for a period long enough to deflate them), and received valuable items autographed by Tom Brady the week before the AFC Championship Game.  Similarly, the evidence establishes

**CONFIDENTIAL**                                                                **NFLPA_BRADY001649**

that John Jastremski knew that McNally had referred to himself as the "deflator" and stated that he was "not going to espn……..yet," was involved personally in a series of communications with McNally about the inflation and deflation of footballs using a "needle" and providing McNally with a "needle," was involved in providing McNally with items of value, and had himself received a particularly valuable autograph from Brady earlier in the season.   In addition, Jastremski spoke with McNally almost immediately when suspicions first arose (speaking by telephone three times in the hours after the game for a total of 37 minutes and 11 seconds) and communicated with Brady by telephone or text message with significantly increased frequency in the following days, as described below.

The confluence of communications and events considered included:

- The text messages between McNally and Jastremski discussing:

  - The inflation level of Patriots footballs and McNally's impact on the inflation level of the balls ("im going make that next ball a fuckin balloon"; "Make sure you blow up the ball to look like a rugby ball so tom can get used to it before Sunday"; "16 is nothing...wait till next sunday");

  - Jastremski's plan to provide McNally with a "needle" for use by McNally ("Can't wait to give you your needle this week :)"; "Fuck tom....make sure the pump is attached to the needle.....fuckin watermelons coming");

  - McNally's request that the "needle" be surrounded by cash and new sneakers and other items of value to be received by McNally ("Better be surrounded by cash and newkicks....or its a rugby sunday"; "Maybe u will have some nice size 11s in ur locker"; "Remember to put a couple sweet pig skins ready for tom to sign"; "U got it kid...big autograph day for you"; "Nice throw some kicks in and make it real special");

  - McNally's references to Brady as the catalyst for Jastremski's offers of sneakers and clothing ("Tom must really be working your balls hard this week"; "Tom must really be on you"); and

CONFIDENTIAL                                                  NFLPA_BRADY001650

- That game balls for a Sunday game would not be deflated because of anger at Brady ("The only thing deflating sun..is his passing rating").

- Text messages most plausibly read as describing a conversation between Jastremski and Brady during which Brady mentioned McNally and said that McNally must have "a lot of stress" trying to get the footballs "done" ("Talked to him last night. He actually brought you up and said you must have a lot of stress trying to get them done...").

- Text messages from McNally referring to himself as the "deflator" and suggesting that he might contact the media ("jimmy needs some kicks....lets make a deal.....come on help the deflator"; "Chill buddy im just fuckin with you ....im not going to espn........yet").

- McNally's knowledge that Brady prefers footballs inflated at the low end of the permissible range and his express request that the referee set the balls at a 12.5 psi level.

- Referee Walt Anderson's inability to locate the game balls at the start of the game (for the first time in nineteen years) and the breach in standard pre-game procedure when McNally removed the game balls from the Officials Locker Room without the permission of the referee or other game officials.

- McNally bringing the game balls into the bathroom during his walk from the Officials Locker Room to the field, locking the door and remaining inside the bathroom with the game balls for approximately one minute and forty seconds, an amount of time sufficient to deflate thirteen footballs using a needle.

- McNally's failure to mention taking the balls into the bathroom in his initial interview with NFL Security and his subsequent varying explanations for the bathroom stop and decision not to utilize readily available bathroom facilities in the Officials Locker Room and the adjacent Chain Gang Room.

- McNally's receipt on January 10, 2015, in the Patriots equipment room with both Brady and Jastremski present, of two footballs autographed by Brady and Brady's autograph on a game-worn jersey, and Jastremski's receipt earlier in the season of a particularly valuable autograph from Brady.

- The timing and frequency of the telephone communications between Jastremski and McNally, as well as Jastremski and Brady, immediately after suspicions of ball tampering were raised by NFL Security and in media reports.

15

Indeed, in our view, a contrary conclusion requires the acceptance of an implausible number of communications and events as benign coincidences. Although we believe that a number of the communications between Jastremski and McNally were attempts at humor, based on the evidence and the communications in their entirety, we believe that McNally and Jastremski were joking about events in which they were actually participating that involved the deflation of footballs in violation of the Playing Rules.

When interviewed, McNally claimed, among other things, that he brings game balls to the field when he deems fit, that he generally does not receive permission from or inform the game officials before leaving the Officials Locker Room and taking game balls to the field and that he often has taken game balls into the tunnel bathroom near the entrance to the playing field. We do not find these claims plausible and they were contradicted by other evidence developed during the investigation. Counsel for the Patriots also contended that the text messages between McNally and Jastremski referring to the inflation levels of footballs and related topics were not serious and should be seen as nothing more than attempts at humor and hyperbole. We also find these claims not plausible. As noted above and described more fully in the Report, we believe that although a number of the communications between McNally and Jastremski were attempts at humor, McNally and Jastremski were making jokes based on actual events.

Our conclusions with respect to Tom Brady also are based on an analysis of the substantial and credible evidence. The evidence does not allow us to reach conclusions as to when McNally and Jastremski began their efforts to release air from Patriots game balls on game day (although McNally referred to himself as "the deflator" prior to the start of the 2014-15 season), exactly how long those efforts have been ongoing, how frequently they occurred, how

16

the idea originated or the full scope of communications related to those efforts.  We also note that there is less direct evidence linking Brady to tampering activities than either McNally or Jastremski.  We nevertheless believe, based on the totality of the evidence, that it is more probable than not that Brady was at least generally aware of the inappropriate activities of McNally and Jastremski involving the release of air from Patriots game balls.  Evidence of Brady's awareness appears in text communications between McNally and Jastremski.  For example, in text messages exchanged with McNally in October 2014 discussing Brady's unhappiness with the inflation level of Patriots game balls, Jastremski told McNally that "[h]e actually brought you up" and "said you must have a lot of stress trying to get them done."  In relevant part, the text message exchange stated:

| | |
|---|---|
| McNally: | Tom sucks...im going make that next ball a fuckin balloon |
| Jastremski: | Talked to him last night. He actually brought you up and said you must have a lot of stress trying to get them done... |
| Jastremski: | I told him it was. He was right though... |
| Jastremski: | I checked some of the balls this morn... The refs fucked us...a few of then were at almost 16 |

We believe that the most plausible reading of this exchange, based on the context and the evidence, is that Brady "brought up" McNally, told Jastremski that McNally "must have a lot of stress trying" to get the footballs "done" and that Jastremski told Brady that it was stressful for McNally.  Jastremski's text message thus attributes to Brady knowledge of McNally's efforts to get the footballs "done" and the stress involved.  We reject as implausible the reading offered by Jastremski, McNally and counsel for the Patriots that certain portions of this exchange refer to a person other than Brady.

Moreover, taking the text messages as a whole, Brady is a constant reference point in the discussions between McNally and Jastremski about inflation, deflation, needles and

**CONFIDENTIAL**                                                   **NFLPA_BRADY001653**

items to be received by McNally.  In response to Jastremski's offers of sneakers and clothing, for example, McNally identifies Brady as the catalyst for those offers ("Tom must really be working your balls hard this week"; "Tom must really be on you").  And unhappiness with Brady is referenced by McNally as a reason for using the "needle" to inflate rather than deflate footballs ("Fuck tom....make sure the pump is attached to the needle.....fuckin watermelons coming").  Brady is thus central to the discussions of inflation and deflation in the text messages.

Additional evidence of Brady's awareness includes a material increase in the frequency of telephone and text communications between Brady and Jastremski shortly after suspicions of ball tampering became public on January 19.  After not communicating by telephone or text message for more than six months (based on data retrieved from Jastremski's cell phone), Brady and Jastremski spoke by telephone at least twice on January 19 (calls lasting a total of 25 minutes and 2 seconds), twice on January 20 (calls lasting a total of 9 minutes and 55 seconds) and twice on January 21 (calls lasting a total of 20 minutes and 52 seconds) before Jastremski surrendered his cell phone to the Patriots later that day for forensic imaging.  These calls included conversations relatively early during the mornings of January 19 (7:26 a.m. for 13 minutes and 4 seconds), January 20 (8:22 a.m. for 6 minutes and 21 seconds) and January 21 (7:38 a.m. for 13 minutes and 47 seconds).  Brady also took the unprecedented step of inviting Jastremski to the QB room (essentially Brady's office) in Gillette Stadium on January 19 for the first and only time that Jastremski can recall during his twenty-year career with the Patriots, and Brady sent Jastremski text messages seemingly designed to calm Jastremski ("You good Jonny boy?"; "You doing good?").  For his part, Jastremski sent Brady text messages confirming that he was okay ("Still nervous; so far so good though") and cautioning Brady about questioning

CONFIDENTIAL                                                                 NFLPA_BRADY001654

("FYI...Dave will be picking your brain later about it. He's not accusing me, or anyone...trying to get to bottom of it. He knows it's unrealistic you did it yourself...").

In addition, we believe it is unlikely that an equipment assistant and a locker room attendant would deflate game balls without Brady's knowledge and approval. Based on our interviews and assessment of McNally and Jastremski, we also do not believe that they would personally and unilaterally engage in such conduct in the absence of Brady's awareness and consent.

Brady has also acknowledged publicly that he likes game balls inflated at the low end of the permissible range. The inflation level of game balls clearly is important to Brady, as demonstrated by his reaction when he believed that game balls were inflated at an undesirable level. In addition, Brady personally was involved in the 2006 rule change that allowed visiting teams to prepare game balls in accordance with the preferences of their quarterbacks. During the process of advocating that rule change, it is reasonable to infer that Brady was likely to be (or become) familiar with the NFL rules regarding game balls, including the 12.5 psi minimum inflation level, although Brady denies having been aware of Rule 2 or the minimum inflation level until 2014 (despite approximately fourteen years as an NFL quarterback).

During his interview, Brady denied any knowledge of or involvement in any efforts to deflate game balls after the pre-game inspection by the game officials. He claimed that prior to the events surrounding the AFC Championship Game, he did not know McNally's name or anything about McNally's game-day responsibilities, including whether McNally had any role relating to game balls or the game officials. We found these claims not plausible and contradicted by other evidence. In fact, during his interview, Jastremski acknowledged that Brady knew McNally and McNally's role as Officials Locker Room attendant. Similarly,

19

McNally told NFL Security that he had been personally told by Brady of Brady's inflation level preference.

In sum, with respect to all of our conclusions regarding the Patriots, McNally, Jastremski and Brady, we believe that the totality of the evidence, including the text communications, McNally's breach of pre-game procedure, McNally's disappearance into a locked bathroom with the game balls for a period of time sufficient to deflate the Patriots game balls using a needle, the post-game communications between Jastremski and McNally, the increase in the frequency of text and telephone communications between Jastremski and Brady post-game, the halftime data showing a larger reduction in air pressure in the Patriots balls as compared to the Colts game balls, which our scientific consultants inform us is statistically significant, together with other facts developed during the investigation and set forth in this Report support our conclusions.

*     *     *

The Patriots provided cooperation throughout the investigation, including by making personnel and information available to us upon request. Counsel for the Patriots, however, refused to make Jim McNally available for a follow-up interview requested by our investigative team on what we believed were important topics, despite our offer to meet at any time and location that would be convenient for McNally. Counsel for the Patriots apparently refused even to inform McNally of our request. We believe the failure by the Patriots and its counsel to produce McNally for the requested follow-up interview violated the club's obligations to cooperate with the investigation under the Policy on Integrity of the Game & Enforcement of League Rules and was inconsistent with public statements made by the Patriots pledging full cooperation with the investigation.

CONFIDENTIAL                                        NFLPA_BRADY001656

Similarly, although Tom Brady appeared for a requested interview and answered questions voluntarily, he declined to make available any documents or electronic information (including text messages and emails) that we requested, even though those requests were limited to the subject matter of our investigation (such as messages concerning the preparation of game balls, air pressure of balls, inflation of balls or deflation of balls) and we offered to allow Brady's counsel to screen and control the production so that it would be limited strictly to responsive materials and would not involve our taking possession of Brady's telephone or other electronic devices.   Our inability to review contemporaneous communications and other documents in Brady's possession and control related to the matters under review potentially limited the discovery of relevant evidence and was not helpful to the investigation.

At various points in the investigation, counsel for the Patriots questioned the integrity and objectivity of game officials, various NFL executives and certain NFL Security representatives present at the AFC Championship Game or otherwise involved in the investigative process.   We found no evidence to substantiate the questions raised by counsel.   Specifically, we identified no evidence of any bias or unfairness.   We believe that the game officials, NFL executives, NFL Security representatives and other members of the NFL staff who participated in the testing of the footballs and the subsequent investigative process acted fairly, properly and responsibly.

CONFIDENTIAL

NFLPA_BRADY001657

## I.    Investigative Activities

### A.    Scope of Investigation

On January 23, 2015, NFL Commissioner Roger Goodell publicly announced that the NFL had retained Theodore V. Wells, Jr. and Paul, Weiss to conduct an investigation, together with NFL Executive Vice President Jeff Pash, into whether the footballs used in the AFC Championship Game complied with the specifications set forth in the NFL's Playing Rules. As described by the League, the "goals of the investigation will be to determine the explanation for why footballs used in the game were not in compliance with the playing rules and specifically whether any noncompliance was the result of deliberate action." On January 26, 2015, Mr. Wells issued a statement making clear that the investigation would follow customary investigative procedures and that the results would be shared publicly.

Shortly thereafter, Paul, Weiss retained the Exponent consulting firm ("Exponent") and Dr. Daniel R. Marlow to provide scientific support for the investigation and work under its direction. Neither Exponent nor Dr. Marlow has any pre-existing professional relationship with the NFL, the New England Patriots, the Indianapolis Colts or their employees.

The investigation was conducted pursuant to the Policy on Integrity of the Game & Enforcement of Competitive Rules. In particular, Section 2 of the Policy provides that:

> Actual or suspected competitive violations will be thoroughly and promptly investigated. Any club identifying a violation is required promptly to report the violation, and give its full support and cooperation in any investigation. Failure to cooperate in an investigation shall be considered conduct detrimental to the League and will subject the offending club and responsible individual(s) to appropriate discipline.

Section 4 of the Policy provides that "[t]he standard of proof required to find that a violation of the competitive rules has occurred shall be a Preponderance of the Evidence." As the Policy

22

                                          NFLPA_BRADY001658

makes clear, that "means that, as a whole, the fact sought to be proved is more probable than not."

The NFL did not impose any constraints on the investigation, and provided its full cooperation. League employees, NFL game officials, and representatives of the Indianapolis Colts, the Baltimore Ravens, Wilson Sporting Goods Company ("Wilson") and the unions that represent NFL players and NFL game officials also cooperated in the investigation. The NFL, the Colts and Wilson provided access to various documents and materials.

In addition, the Patriots provided substantial cooperation throughout the investigation, making personnel, documents and other information available to us upon request. As noted herein, this cooperation was subject to an important exception—the refusal by counsel for the Patriots to arrange a requested follow-up interview of Jim McNally by our investigative team. Over the course of the investigation, we maintained close and regular contact with counsel for the Patriots, who also provided us with their views on various aspects of the evidence and suggested certain lines of inquiry. Indeed, counsel for the Patriots sent us dozens of emails, including extensive commentary on witness testimony, video footage, theories of intent, applicable evidentiary standards, scientific data, interpretation of text messages and other topics. Counsel for the Patriots accompanied us on walk-throughs of facilities at Gillette Stadium, suggested witnesses to be interviewed, asked questions of Patriots personnel (and other witnesses they produced for interviews), and presented us with videotaped material and analysis. We incorporated the input and suggestions made by counsel for the Patriots in our interview questioning and analysis as appropriate. We also provided counsel for the Patriots with an overview of the views expressed by our scientific consultants so that they could provide us with

23

their views on whether there were additional issues or considerations that should be reviewed or analyzed by our consultants.

This Report was prepared entirely by the Paul, Weiss investigative team and presents the independent opinions of Mr. Wells and his colleagues.[2]  The conclusions set forth herein were reached only at the end of an extensive and thorough investigation, and are based on the totality of the evidence collected and reviewed.  We investigated all matters that we believe were relevant to reaching our conclusions.

B.      Witnesses Interviewed

In connection with the investigation, representatives from either Paul, Weiss or NFL Security interviewed the following individuals (some of them more than once), either in person or by telephone:

| Person Interviewed | Title |
|---|---|
| Brad Allen | Referee |
| Walt Anderson | Referee |
| Bill Belichick | Head Coach, New England Patriots |
| Jeff Bergman | Line Judge |
| Clete Blakeman | Referee |
| Dean Blandino | VP of Officiating, NFL |
| Jerome Boger | Referee |
| Tom Brady | Quarterback, New England Patriots |
| Mark Briggs | Director of Security, New England Patriots |
| Milton Britton | Kicking Ball Coordinator for Gillette Stadium, NFL |

---

[2]     In addition to Mr. Wells, the Paul, Weiss team included the following attorneys:  Brad S. Karp, Lorin L. Reisner, Douglas M. Burns, Amy E. Gold, H. Bola George and Rebecca L. Orel.

CONFIDENTIAL                    NFLPA_BRADY001660

| Person Interviewed | Title |
| --- | --- |
| David Brocher | Ball Boy, New England Patriots |
| Rita Callendar | Gillette Stadium Game Day Security, Team Ops LLC (Security services affiliate of the New England Patriots) |
| Gary Cavaletto | Field Judge |
| Akil Coad | Director of Football Operations and Compliance, NFL |
| Tony Corrente | Referee |
| James Daniel | Director of Game Operations, NFL |
| Scott Edwards | Side Judge |
| Richard Farley | Security Representative for the New England Patriots, NFL |
| Keith Ferguson | Back Judge |
| Paul Galanis | Gillette Stadium Game Day Security, Team Ops LLC |
| T. David Gardi | SVP of Football Operations, NFL |
| Brandon Gobbi | Ball Boy, New England Patriots |
| Corey Goldstein | Ball Boy, New England Patriots |
| Stephen Gostkowski | Kicker, New England Patriots |
| Johnny Grier | Northeast Regional Supervisor of Officials, NFL |
| Ryan Grigson | General Manager, Indianapolis Colts |
| Dan Grossi | Director of Event Security, NFL |
| Danny Harlow | Ball Boy, Indianapolis Colts |
| Kyle James | Ball Boy, Indianapolis Colts |
| John Jastremski | Equipment Assistant, New England Patriots |
| Mike Kensil | Vice President of Football Operations, NFL |

25

 NFLPA_BRADY001661

| Person Interviewed | Title |
|---|---|
| Eric Kerzner | Senior Director of Labor Operations, NFL Management Council |
| Kevin Krysiak | Global Director of Innovation for Football, Basketball, Soccer and Volleyball, Wilson Sporting Goods Company |
| Bill Leavy | Referee |
| Danielle Lee | Former Employee, Game Operations, NFL |
| Wayne Mackie | Head Linesman |
| Terry McAulay | Referee |
| Phil McKinnely | Head Linesman |
| Jim McNally | Officials Locker Room Attendant, New England Patriots |
| Greg Meyer | Side Judge |
| Scott Miller | Former Manager, NFL Auctions |
| Pete Morelli | Referee |
| Brenden Murphy | Equipment Assistant and Ball Boy, New England Patriots |
| Kevin Murphy | General Manager, American Football, Wilson Sporting Goods Company |
| Berj Najarian | Director of Football/Head Coach Administration, New England Patriots |
| Scott Novak | Side Judge |
| Jack Osborne | Security Representative for the Indianapolis Colts, NFL |
| Carl Paganelli | Umpire |
| John Parry | Referee |
| Dean Pees | Defensive Coordinator, Baltimore Ravens |
| Dyrol Prioleau | Field Judge |

26

| Person Interviewed | Title |
|---|---|
| John Raucci | Director of Investigative Services, NFL |
| Alberto Riveron | Senior Director of Officiating, NFL |
| Jerry Rosburg | Special Teams Coordinator/Assistant Head Coach, Baltimore Ravens |
| Doug Rosenbaum | Field Judge |
| Dave Schoenfeld | Head Equipment Manager, New England Patriots |
| Brian Seabrooks | Assistant Equipment Manager, Indianapolis Colts |
| Jon Scott | Vice President of Equipment Operations, Indianapolis Colts |
| Steve Stelljes | Head Linesman |
| Jason Stone | Head of Facilities, New England Patriots |
| Zach Struck | Equipment Assistant, New England Patriots |
| Sean Sullivan | Equipment Manager, Indianapolis Colts |
| Tony Veteri | Head Linesman |
| Troy Vincent | Executive VP of Football Operations, NFL |
| Bill Vinovich | Referee |
| Greg Yette | Back Judge |

In addition, we interviewed by telephone, with counsel for the Patriots participating, a close personal friend of John Jastremski's, who, according to the Patriots, would only speak with us on the condition that we not identify him by name. Although we resisted this condition, we ultimately agreed so that we could gain access to this witness. This individual is referred to herein as "Jastremski's Friend" or "JF."

Counsel for the Patriots participated in all interviews of Patriots personnel conducted by Paul, Weiss. Counsel for the Colts likewise participated in all interviews of Colts

CONFIDENTIAL                                                                   NFLPA_BRADY001663

personnel by Paul, Weiss, and counsel for the Ravens participated in our interview of a Ravens coach. No other witnesses were separately represented by counsel during their interviews, although agents and lawyers for Tom Brady attended his interview and a representative from the National Football League Players Association attended our interview of Stephen Gostkowski. No limits were placed on the questions that could be raised during the interviews.

As noted, there was a significant exception to the cooperation provided by the Patriots. Although we requested a follow-up interview of Jim McNally after our initial interview, counsel for the Patriots refused our request. We offered to conduct the interview at any time or location that would be convenient for McNally, and explained—both in writing and in-person during other meetings—that our follow-up questions would be limited to subject matter directly relevant to the investigation that was developed following our initial interview with McNally. McNally was one of the earliest Patriots personnel interviewed by our investigative team and a number of important follow-up questions had arisen based on subsequent interviews and information discovered after our initial interview of McNally. Counsel for the Patriots, however, declined to produce McNally, and communicated an unwillingness even to advise McNally of our request for a follow-up interview. We do not know definitively whether McNally was, in fact, informed of our request. The investigative process would have benefited from further questioning of McNally on certain topics, and we believe that the actions of the Patriots and their counsel in this regard are inconsistent both with the club's public pronouncements of full cooperation with the investigation and its obligations under Section 2 of the Policy on Integrity of the Game & Enforcement of Competitive Rules.[3] The

---

[3]  We made written requests to counsel for the Patriots on February 28, March 2, 3, 9 and 17 for a follow-up interview with McNally. Counsel for the Patriots repeatedly refused to make McNally available for a re-interview claiming, among other things, that McNally lived more than an hour away and already had missed work at his full-time job to attend earlier interviews. In addition, counsel for the Patriots asked that we provide

CONFIDENTIAL                                                    NFLPA_BRADY001664

findings set forth herein are nevertheless supported firmly and thoroughly by the evidence and information available to us during the course of our work.

### C.    Materials Reviewed

In addition to witness interviews, we collected and reviewed a broad range of materials during the course of our investigation, including the following:

- Air Pressure Data.  We analyzed data concerning the air pressure levels of footballs used by the Patriots and the Colts during the AFC Championship Game.

- Footballs, Gauges and Other Equipment.  We examined many of the footballs used during the AFC Championship Game, as well as the gauges used to test the air pressure of those balls on the day of the game.  We also examined air pumps and other game equipment provided to us by the Patriots and NFL game officials.

- Security and Game Footage.  We received certain game and sideline footage of the AFC Championship Game from the NFL.  In addition, we received from the Patriots video footage from January 18, 2015 captured by security cameras at Gillette Stadium.[4]

- Text Messages and Call Logs.  The NFL retained Renaissance Associates, an investigative firm with extensive forensic expertise, to retrieve data (including text messages, contact information and telephone call logs) from the Patriots-provided mobile phones of certain Patriots personnel.  These mobile phones were provided directly to Renaissance Associates by

---

in advance the subjects we proposed to cover, submit written interrogatories, and stated that "you have given me very little incentive or basis to try to get him back once more."  As noted above, we offered to meet with McNally at any time and any location that was convenient and explained that it would not be appropriate from an investigative standpoint to disclose in advance the specific subjects we intended to cover.  We cautioned counsel for the Patriots in writing that: the "refusal to make Mr. McNally available for a brief follow-up interview raises serious concerns and is inconsistent with the obligations of the Patriots under the League Rules to provide 'full support and cooperation' in the investigation.  We also believe it is inconsistent with the public expressions of cooperation by the Patriots."  Counsel for the Patriots continued to refuse to make McNally available as requested.

[4]    The security footage collected from inside Gillette Stadium proved helpful in establishing the timing of certain events on the day of the AFC Championship Game.  Our ability to rely on this footage, however, was limited in a number of ways.  First, because the footage was recorded by a camera that rotates among different angles, certain events were not recorded or were only partially captured on video.  Second, the security cameras trained on the field were located at a distance that made it difficult to ascertain various events taking place on the field.  Finally, Patriots personnel explained that the footage captured by security cameras in Gillette Stadium is overwritten every 10 days as a regular practice.  We were, therefore, unable to review footage filmed during prior Patriots home games, which may have proved useful.

29

the Patriots.[5]  The Patriots also provided copies of select text messages and a call log retrieved from Jim McNally's personal mobile phone, which had not been provided to Renaissance Associates.

- <u>Emails</u>.  The NFL, the Patriots and the Colts provided copies of various email communications in their custody, control and possession.

- <u>League Rules and Policies</u>. We reviewed relevant portions of the NFL's Official Playing Rules and Policy Manual for Member Clubs (Game Operations), as well as various policy memoranda and guidelines distributed by the NFL to its employees and member clubs.

- <u>Weather Data</u>.  We, together with Exponent, analyzed weather data collected at Gillette Stadium on the day of the AFC Championship Game.

- <u>Internal Temperature Data</u>.  We, together with Exponent, analyzed the parameters of the heating and cooling system at Gillette Stadium, as well as temperature data collected from various locations inside the stadium.

- <u>Emails Received from the Public</u>.  Given the widespread media coverage of the AFC Championship Game and the issues under investigation, we received dozens of unsolicited emails from members of the general public, including numerous scientists.  To the extent those emails addressed issues relevant to our scientific analysis, they also were reviewed by our experts.

- <u>Other Materials</u>.  We reviewed pertinent news articles and commentary, as well as the transcripts of press conferences and interviews that have taken place since the AFC Championship Game, among other materials.

We did not receive, and were therefore unable to review, all of the materials we requested or deemed relevant.  In particular, we requested electronically stored information, including emails and text messages, from several individuals who declined our request.  Of note, Tom Brady was asked to provide emails and text messages in response to narrowly tailored requests pertinent to the subject of our investigation.  Brady declined our request.  Stephen

---

[5]   On January 21 and 22, 2015, Renaissance Associates collected from counsel for the Patriots the Patriots-provided mobile phones used by John Jastremski, Brenden Murphy, Zach Struck, Dave Schoenfeld and Berj Najarian.  Renaissance created forensic images of the phones for the purpose of extracting data concerning electronic communications made or received using those phones.  Unless otherwise indicated, the information about text messages and phone calls presented in this Report consists of data retrieved from Jastremski's phone.  In certain instances, the information concerning the timing of text messages or length of phone calls retrieved from Jastremski's phone, as cited in this Report, differed by up to 30 seconds from information provided by the Patriots regarding Jim McNally's phone.  We do not view these differences as material to this Report and do not list them herein.

**CONFIDENTIAL**                                                    **NFLPA_BRADY001666**

Gostkowski declined a similar request for pertinent electronic communications, but, unlike Brady, we did not press our request to him because his communications were not viewed as central to our work. Jastremski's Friend also declined our request to review text messages he exchanged with Jastremski during the relevant time period concerning the matters under investigation.

### D.      Expert Consultation

As noted above, Paul, Weiss retained Exponent to assist with our investigation. Exponent is one of the leading scientific and engineering consulting firms in the country. It has approximately 900 scientists, physicians, engineers, and regulatory consultants on staff in twenty offices throughout the United States as well as five offices overseas. The Exponent team was led by Dr. Robert Caligiuri, who was assisted by Dr. Gabriel Ganot, Dr. John Pye and Dr. Duane Steffey. Dr. Caligiuri has a background in both materials science and mechanical engineering. He specializes in analyzing the mechanical and metallurgical causes of failures in structures and engineered systems, including consumer products, and has been qualified as a testifying witness in more than thirty legal proceedings and retained as a consultant in hundreds of matters. Team members with expertise in statistics, experimental testing, and data analysis supported Dr. Caligiuri in his work.

Exponent analyzed pressure data collected at halftime on the day of the AFC Championship Game, and conducted a series of experiments designed to evaluate the impact of environmental and other conditions on the air pressure levels of footballs to determine whether the reduction in air pressure levels recorded during the AFC Championship Game was more likely the result of environmental and natural factors as opposed to human intervention. A summary of the work performed and conclusions reached by Exponent is set forth in Section VII below, and Exponent's full reports are attached as Appendices 1 and 2.

31

Paul, Weiss also retained Dr. Daniel R. Marlow, a tenured professor of Physics at Princeton University and former Chairman of the Physics Department.  Dr. Marlow served as a special scientific consultant, reviewing and advising on the analysis and experimental work performed by Exponent.  Dr. Marlow has more than 35 years of experience in experimental research and teaching experimental physics.  He has published more than 400 papers in refereed scientific journals.

## II.    Background

### A.    Rules and Practices Regarding Footballs Used in NFL Games

#### 1.    Playing Rule 2

NFL Playing Rule 2, Section 1, establishes requirements for the shape, dimensions, pressure level and component materials of game balls.  Under the rule, footballs used during NFL games must be inflated to between 12.5 and 13.5 psi.  The rule states, in pertinent part:

> The Ball must be a "Wilson," hand selected, bearing the signature of the Commissioner of the League …. The ball shall be made up of an inflated (12½ to 13½ pounds) urethane bladder enclosed in a pebble grained, leather case (natural tan color) without corrugations of any kind.

These provisions have remained relatively consistent since at least 1940.

In addition, Rule 2 provides that the "Referee shall be the sole judge as to whether all balls offered for play comply with these specifications . . . and the balls shall remain under the supervision of the Referee until they are delivered to the ball attendant just prior to the start of the game."  Although the term "ball attendant" is not defined in the rule, each NFL game official asked about the rule during the investigation reported that he understood the term to refer to the ball boys who are responsible for providing balls for play during the course of a game.  This

**CONFIDENTIAL**                                                    **NFLPA_BRADY001668**

interpretation is consistent with a subsequent reference to "attendants" in Rule 2, and was confirmed by Dean Blandino, the most senior member of the NFL Officiating Department.[6]

Rule 2, Section 2 also establishes the following procedures for the supply and testing of footballs prior to use in games:

> Each team will make 12 primary balls available for testing by the Referee two hours and 15 minutes prior to the starting time of the game to meet League requirements. The home team will also make 12 backup balls available for testing in all stadiums. In addition, the visitors, at their discretion, may bring 12 backup balls to be tested by the Referee for games held in outdoor stadiums. For all games, six new footballs, sealed in a special box and shipped by the manufacturer to the Referee, will be opened in the officials' locker room two hours and 15 minutes prior to the starting time of the game. These balls are to be specially marked by the Referee and used exclusively for the kicking game.

Apart from changes to the number of kicking balls provided for each game, this section of Rule 2 has remained unchanged since 2007.

## 2. Guidelines Concerning the Preparation of Footballs

Prior to the start of each season, the NFL generally supplements the provisions of Rule 2 with more detailed guidelines concerning the "proper preparation" of footballs for use in League games. The guidelines, now incorporated into the Policy Manual for Member Clubs (Game Operations), prohibit certain activities, such as altering the "fundamental structure or surface characteristics of the footballs," "defacing or reshaping the footballs," or placing footballs "on or inside heated benches or in front of heaters." The guidelines otherwise direct club equipment managers to Wilson for "appropriate directions and supplies." Although the guidelines note that "proper preparation includes brushing the footballs and wiping them down with a damp towel," and, at times, have included a brief set of instructions from Wilson, they do not expressly limit preparation techniques to those listed as long as the preparation process

---

[6]   Specifically, the supplemental note at the end of Rule 2 states that "[i]t is the responsibility of the home team to furnish playable balls at all times by attendants from either side of the playing field."

otherwise conforms to the guidelines and Rule 2.  As discussed below, many NFL teams have developed their own individual practices with respect to the preparation of game balls.

Although the guidelines have remained relatively constant for at least a decade, those distributed just before the start of the 2006-07 season differed from those governing prior seasons in one significant respect—they allowed both the home and visiting teams to prepare their own game balls to accommodate the preferences of their individual quarterbacks.  This change was the result of a lobbying effort undertaken by a number of NFL quarterbacks, including Patriots quarterback Tom Brady.

Before the 2006-07 season, all game balls used during NFL games were supplied and prepared by the home team.  The visiting team was dependent on the home team with respect to the preparation of game balls, a situation that Brady described in contemporaneous media reports as having led to sleepless nights.[7]  According to Brady, he and then-Colts quarterback Peyton Manning had, on occasion, discussed how it would be better if all quarterbacks could prepare footballs to fit their individual preferences.  As Brady stated in a 2006 media interview, the existing policy did not account for the fact that "every quarterback likes [footballs] a little bit different.  Some like them blown up a little bit more, some like them a little more thin, some like them a little more new, some like them really broken in."[8]

To address these concerns, Manning and Brady introduced a proposal to change the rule, which they circulated to quarterbacks across the League.  Receiving approval from "basically everyone," according to Brady, the proposal and the signatures gathered were

---

[7]    Peter    King,    <u>Gripping    Story</u>,    Sports    Illustrated    (Sept.    11,    2006), http://www.si.com/vault/2006/09/11/8386248/the-nfl ("I can tell you there've been nights before road games when I have had trouble sleeping because I'm thinking about what kind of footballs I'll be throwing the next day.")

[8]    Abe Rakov, <u>Qbs Get On The Ball, Reach Goal</u>, Sun Sentinel (Nov. 28, 2006), http://articles.sun-sentinel.com/2006-11-28/sports/0611270475_1_new-football-new-england-quarterback-competition-committee.

**CONFIDENTIAL**                                                    **NFLPA_BRADY001670**

presented to the NFL during the 2006 offseason.   In March 2006, the NFL Competition Committee unanimously recommended that "each team's offense be permitted to use its own footballs, prepared by its equipment personnel, for its non-kicking snaps from scrimmage."[9]

Prior to the start of the next season, the NFL revised the guidelines to extend to visiting quarterbacks the requirement that "[a]ll game footballs must be prepared properly and consistently for use on game day, especially to the satisfaction of quarterbacks."   The new guidelines also provided:

> Each club (home and visitor) shall have available for inspection by the Referee a total of twelve (12), new Wilson Official NFL Footballs for all stadia (domed and outdoor) two hours and fifteen minutes before game time. Home clubs should have twelve (12) additional balls as backup for inclement weather or other reasons.[10]

In addition, the 2006 guidelines reiterated the provisions of Rule 2 concerning the pre-game testing and approval by the referee of game and kicking balls.[11]   The guidelines retained the following disciplinary warning, which remains applicable:

> Once the balls have left the locker room, no one, including players, equipment managers and coaches are allowed to alter the footballs in any way. If any individual alters the footballs, or if a non-approved ball is used in the game, the person responsible and, if appropriate, the head coach or other club personnel will be subject to discipline, including but not limited to, a fine of $25,000.

---

[9]   2006 Competition Committee Report 96 (Mar. 26, 2006).

[10]   Rule 2, Section 2 also was revised to track this change, replacing the requirement that, with respect to the 24 primary balls to be used on offense, the "home club shall have 24 balls available . . . for testing with a pressure gauge by the Referee," with the requirement that "[e]ach team will make 12 primary balls available for testing by the Referee."

[11]   The guidelines stated that:  "Prior to each game, a team's equipment manager will prepare 12 footballs to be used for non-kicking downs. The footballs will have the prior approval of the team's quarterback, who can briefly test them the preceding week, but the balls cannot be used during midweek or pregame practice sessions. These footballs will be delivered to the officials' locker room two hours and 15 minutes prior to game time. The Referee will insure that they are properly inflated and give final approval for their use. Game balls approved for a previous game can be submitted, provided they meet the standards of a new ball. The home team will prepare another 12 balls in the event of inclement weather or other reasons."  Under the current guidelines, a referee also may reject footballs in the course of a game if he determines that they are in "unsatisfactory condition."

CONFIDENTIAL                                                                                NFLPA_BRADY001671

### 3.    Pre-Game Review of Footballs by NFL Game Officials

Section 15 of the 2014 NFL Referee Manual describes in greater detail the process for the delivery and inspection of footballs prior to an NFL game:

> Each team is allowed to use their own footballs on normal scrimmage downs.  At 2 hours and 15 minutes prior to kickoff, each team will deliver 12 prepared game balls.  There is no limit to the number of previous marks by other referees as long as the ball has the qualities of a new or nearly new ball.  The balls should be checked for proper inflation and marked with your stamp/mark.  If the footballs are delivered to you with a pressure between 12 ½ and 13 ½ pounds, you should not adjust the pressure, as that is the preference of that team's QB.  If the pressure is below 12 ½, inflate the ball to 12 ½ and if above 13 ½ deflate the ball to that pressure.  Best to mark each team's balls with a different colored pen on the laces so that they may be easily identified on the field.  Do not mark the 12 reserve game balls unless they become needed later in the game.[12]

This procedure is, in all material respects, consistent with the provisions of Rule 2 and the football preparation guidelines described above.  It also is generally consistent with information concerning customary practices obtained during interviews of game officials and League officiating supervisors.  Specifically, prior to each game, a member of the officiating crew tests each football with an air pressure gauge to ensure that it is inflated to a pressure within the permissible range.  The game balls are then marked to indicate their compliance with the Playing Rules, and placed back in the ball bags supplied by each team until all of the game balls are brought to the field shortly before kickoff.

The details of each officiating crew's pre-game inspection process nevertheless may vary.  For example, on referee Walt Anderson's crew, Anderson personally checks the inflation level of each football, although another crew member may help him organize the balls prior to the inspection and re-pack them afterwards.  On other crews, the responsibility for testing or "gauging" the balls may be delegated to another official so that the referee has more

---

[12]   2014 Referee Manual 13.

**CONFIDENTIAL**                                               **NFLPA_BRADY001672**

time to attend to other pre-game responsibilities.[13]   Many game officials bring their own air pressure gauges with them to each game.   Others may rely on a gauge provided by the home team.   Most officials reported that they use digital gauges supplied by Wilson to the NFL. Others have used gauges that they have purchased or otherwise obtained on their own.   In addition, some officiating crews adjust the air pressure in a game ball only if they determine that it has been set outside of the permissible range, while others may set the pressure of each football to 13.0 psi, regardless of where the balls are initially set by the team, to provide consistency.[14]

### B.      Ball Preparation Process Used by the New England Patriots

The Patriots have developed a process for the preparation of game balls in accordance with the preferences of Tom Brady, who has been the team's starting quarterback for over thirteen years.   During a press conference on January 22, 2015, Brady described certain of his preferences with respect to the preparation of game balls.   In particular, he stated that he prefers game balls that are inflated to 12.5 psi, the low end of the permissible range.   Brady stated: "I like them at the way that I like them, which is at 12.5.   To me, that's a perfect grip for the football."[15]   When interviewed by our investigative team, Brady explained that he prefers footballs that are more broken in and that he is primarily focused on the "feel" of the ball, citing the texture, grip or tackiness of the ball's surface.   Brady told us that when he selects footballs for games, he examines the laces, the leather and the "nubs" or dimples on the surface of each ball, and ultimately picks footballs that "feel best" to him.   Dave Schoenfeld, the Equipment

---

[13]   Throughout this Report, the term "gauging" will be used to mean testing the footballs with a gauge or adjusting them with a gauge in order to set them to a desired pressure.

[14]   The home team also provides an air pump that can be used to inflate game and kicking balls if necessary.

[15]   Brady made public statements concerning his preference for a "deflated" ball at least as early as 2011. Specifically, during a November 14, 2011 interview on Boston's WEEI radio, Brady praised Patriots tight end Rob Gronkowski for powerfully spiking footballs after scoring touchdowns because of its impact on the ball. Brady stated that "I love that, because I like the deflated ball."

CONFIDENTIAL                                                                     NFLPA_BRADY001673

Manager for the Patriots, stated during his interview that it is "known throughout the equipment room" that Brady likes footballs inflated "at the low end" of the permissible range, meaning, according to Schoenfeld, footballs inflated at 12.5 or 12.6 psi. Schoenfeld said that, as a result, that is the range that the Patriots "target" for game day.

### 1.    Preparing the Shape and Surface

John Jastremski is the principal "game ball maker" for the Patriots.[16] Although Jastremski has been employed with the Patriots in a part-time or full-time capacity for the entirety of Brady's career, Jastremski began working more closely with Brady when Jastremski took over primary responsibility for preparing game balls approximately three years ago. Jastremski described a close professional relationship with Brady. They see each other daily during the season and interact extensively with regard to Jastremski's preparation of footballs for use in games, but have never socialized outside of a work setting. Brady described Jastremski as a "friend."

Although Jastremski occasionally receives assistance from other members of the equipment staff, he is responsible for the ball preparation process from start to finish. Jastremski and others explained in detail how the Patriots prepare footballs in accordance with Brady's preferences. Among other things, to prepare the game balls, Jastremski uses a wet towel to remove the preservative coating or film that Wilson uses to treat the surface of NFL footballs, brushes the balls using brushes supplied by Wilson, treats the balls with dirt, and will generally apply a leather conditioner to the balls.[17] The prepared footballs may be used during practices to

---

[16]   Jastremski has been employed by the Patriots since 1994, when he began working as one of the team's ball boys. He became an equipment assistant and full-time member of the equipment staff approximately 14 years ago.

[17]   Under a contract with the NFL, Wilson Sporting Goods provides each team with 780 official game footballs each season. Wilson pre-marks the footballs delivered to each team with the team name (i.e., footballs sent to New England are imprinted with the word "Patriots").

CONFIDENTIAL                                                        NFLPA_BRADY001674

help further break them in.  Depending on the state of the particular ball, they also may be treated with additional rounds of conditioner, dirt or brushing as games approach.[18]

Multiple witnesses described the overall process as "extensive" and commented on the amount of time and effort spent preparing game balls.  When asked, Jastremski said that the time spent per football varies, but that it probably takes about an hour to initially break in a new football to the desired level and that he prepares between 20 and 35 footballs for each game. He noted, however, that the process occurs in stages over the course of the week prior to a game.[19]  Schoenfeld commented that Jastremski will prepare footballs "pretty much all week" and provide the finishing touches on game day.

### 2.        Setting the Inflation Level

During this process, the inflation level is set at least two times, once prior to footballs being used in practice and once at the very end, on game day, just prior to Brady's selection of footballs for use in a game.  When interviewed, Brady claimed to have known nothing about the permissible inflation range set by the NFL Playing Rules or the inflation range targeted by the Patriots until after the Patriots game against the New York Jets on October 16, 2014.  Similarly, Jastremski claimed to have never read Rule 2 prior to that game, although he acknowledged being generally aware of the permissible inflation range and of Brady's preference for footballs set "closer to 12.5 than 13."  According to Jastremski, before the October 2014 game against the Jets, it had been his practice to inflate Patriots game balls to a level

---

[18]    At the request of the Patriots, this Report will not describe details of the ball preparation process that have not been publicly discussed by the Patriots.  None of the preparation methods used by the Patriots had an impact on the relevant pressure measurements for the reasons described below and in Appendix 1.

[19]    Jastremski also explained that if particular footballs have been prepared for or used in prior games, they are generally not prepared again before being used again in later games.  He indicated that it is relatively common for game balls to be used in multiple games.

CONFIDENTIAL                                    NFLPA_BRADY001675

between 12.75 and 12.85 psi without thinking much about it, simply because, according to Jastremski, that had been the range targeted by his predecessor.[20]

      According to Brady, Jastremski and other Patriots personnel, during the October 2014 Jets game, Brady complained angrily about the feel and inflation level of the game balls. He told Jastremski between drives that the balls felt "like bricks" and were heavier and harder to grip than they had been when he approved them prior to the game. Although Jastremski believed during the game that Brady was simply being competitive, he tested the air pressure of the game balls the next morning, discovered that many of them were over-inflated, and told Brady that he was right.

      Following the Jets game, Brady and Jastremski had a number of conversations concerning the inflation level of game balls. According to Brady, at some point after the Jets game and before the game against the Chicago Bears the following weekend, he asked to see a copy of the applicable Playing Rule, learned for the first time that the permissible inflation range was 12.5 to 13.5 psi, and was told that the Patriots typically inflated game balls slightly above 12.5 psi. Brady also stated that, at some point, he felt a football that was inflated to 12.5 psi, and decided that should be the target for all future games because he did "not ever want to get near the upper range again." In addition, Brady stated that he suggested that the Patriots give the game officials a copy of Rule 2 when they delivered game balls prior to each game, so that the officials would know that it was not necessary to inflate them further. He claimed that doing so would help ensure that the officials did not alter the footballs he had approved. Jastremski stated that, starting with the October 26, 2014 game against the Bears, he set all game balls to 12.6 psi

---

[20]    We do not credit these statements and believe they are contradicted by other evidence including McNally's reference to himself as "the deflator" in a text message to Jastremski before the 2014-15 season and Brady's personal involvement in the 2006 rule change and apparent longstanding preference for footballs inflated at the low end of the permissible range.

CONFIDENTIAL                                                  NFLPA_BRADY001676

(leaving 0.1 psi as a cushion in case air escaped when the officials checked the balls prior to the game).

### 3.    Selecting Footballs For Game Use

The final selection of Patriots game balls takes place during a brief meeting between Brady and Jastremski on the day of each game.  The exact timing of the meeting varies depending on the scheduled kickoff time.  Jastremski typically finishes preparing the footballs about an hour before Brady selects them, which is typically around three or four hours before a scheduled kickoff time.  By the time Brady arrives to select game balls, Jastremski has finished treating the surface and generally has set and checked the inflation level of each football using an air pressure gauge.  For home games, the finished footballs are laid out on trunks in the back of the Patriots equipment room, where Brady will come to inspect them.  Brady explained that there is "kind of an art" to selecting balls, and that once he feels each football, he will "go for balls that feel the best on that particular day."  He generally designates twelve as game balls, and, depending on the expected game conditions, between two and twelve as back-up balls.  Jastremski sorts the game balls and back-up balls into two different bags and leaves the bags in the back of the equipment room for delivery to the Officials Locker Room.[21]

---

[21]    During our investigation, we also obtained information concerning the football preparation process used by the Colts.  Colts personnel informed us that, like the Patriots, they take new footballs and rub them with a wet or warm towel to remove the outer preservative, followed by brushing with the same brushes provided by Wilson.  Footballs are then used during practice, with the expectation that normal wear and tear on the footballs, and their interaction with players' sweat, will help break in the balls.  Sean Sullivan, the Colts Equipment Manager, explained that, in his view, the best way to soften the leather is for the footballs to interact with sweat during practice and then get baked in the sun.  The Colts repeat the brushing and baking process, and continue to practice with the footballs as they are broken in, until they reach a certain point, when they will be set aside for potential game use.  The footballs will be inflated to a pressure between 12.9 and 13.05 psi prior to being inspected by Colts quarterback Andrew Luck, who typically selects his game balls two days before each game.  The designated balls are placed into ball bags and kept locked in the Colts equipment room until their pressure is checked again shortly before being delivered to the game officials.

**CONFIDENTIAL**                                                        **NFLPA_BRADY001677**

### C.  Role of Jim McNally

Jim McNally is the Officials Locker Room attendant for the Patriots.  He has been employed by the Patriots as a seasonal or part-time employee for the past 32 years and during the 2014-15 season worked for the Patriots on a part-time/hourly basis only on the days on which the Patriots had home games.[22]  He first worked as a ball boy, and explained that his role evolved over time to supporting the equipment staff and helping with the game officials.  He has held his current title since approximately 2007.

McNally's primary responsibility is to prepare the Officials Locker Room for the game officials, and attend to their needs both before and during the game.  McNally considers himself a "liaison" for the officials, and is there to provide or help with "whatever they need."  In this role, he is responsible for bringing items like towels, toiletries, time sheets and game programs to the locker room prior to the game.  He also is responsible for bringing an air pump and pressure gauge from the Patriots equipment room to the Officials Locker Room in case they are needed by the officials during their pre-game examination of game balls.  McNally explained that he obtains the air pump and pressure gauge from the equipment room after Jastremski has finished inflating and adjusting the pressure in the Patriots game balls.

In addition, McNally plays a role in the transport of game balls on game day at Gillette Stadium.  After Jastremski has completed the ball preparation process and Brady has completed his selection of game balls, McNally carries the Patriots game balls from the Patriots equipment room to the Officials Locker Room a few hours prior to the game.  McNally also generally brings the balls into and out of the locker room at halftime, and carries the game balls back to the Patriots equipment room after a game has ended.  Further, McNally generally carries

---

22  McNally's schedule has been limited to home games for the past two or three seasons.  Prior to that, he would travel with the team to certain road games.  He explained that he stopped traveling with the team when additional full-time personnel were added to the equipment staff.

42

the game balls for both teams from the Officials Locker Room to the field shortly before the start of the game.  Although the precise timing may vary slightly, based on our interviews with game officials with recent experience at Gillette Stadium, it is our understanding that McNally generally carries the game balls to the field approximately 8-10 minutes prior to the start of the game.  According to the game officials interviewed, McNally does not remove the game balls from the Officials Locker Room and take them to the field prior to the start of a game without either receiving permission from the game officials or being accompanied by one or more game officials.  McNally stands on the Patriots sideline during most home games, and, according to McNally and other Patriots personnel, helps keep the bench area clean and organized.  All of the Patriots witnesses interviewed stated that McNally has no role in the process of preparing footballs for use on game day.

Most of the game officials interviewed during the course of the investigation said that they are familiar with McNally and know him either by face or name.  The officials generally praised McNally for his work as a locker room attendant, describing him as professional, attentive, and cordial.

McNally's responsibilities with the Patriots previously came under review by the NFL in connection with an incident involving game balls in 2004.  According to a letter dated November 2, 2004, from then-NFL Director of Game Operations Peter Hadhazy and a memorandum dated October 25, 2004, from Richard Farley, the NFL Security Representative assigned to New England, that incident involved Patriots ball boys relaying supposed "approved" game balls that actually were non-approved practice balls to a game official during an October 25, 2004 regular season game.

**CONFIDENTIAL**                                                    **NFLPA_BRADY001679**

In an obvious reference to McNally, the Farley memorandum and the Hadhazy letter describe "Jim McNulty" as the individual "in charge of game day footballs" for the Patriots.  In relevant part, the Farley memorandum states:

> James McNulty, who is in charge of game day footballs and oversees ball boys for the Patriots, was interviewed concerning instant matter.  Mr McNulty advised that he had no idea how Patriot's practice balls could have gotten into the hands of the game day sideline ball boys and or how they could have been handed to the referee by a ball boy for insertion into the game.  He did note that there are approximately a dozen practice balls on the sideline at any given time during the game and it is probable that one of the ball boys accidentally picked up the practice balls during the game.  He also noted that it was raining during the entire second half and "we were trying to keep a dry ball in the game at all times."  He concluded that during that process, practice ball[s] could have accidentally found their way to the ball boy, and subsequently the paying [sic] field.

The then-Equipment Manager of the Patriots described the incident as "just an honest mistake."  The Hadhazy letter stated, however, that "the Patriots have not provided a reasonable explanation for this incident," and warned that disciplinary action against the Patriots could result if a similar incident occurred in the future because it could be interpreted as a competitive violation.  Although included for background and completeness, this 2004 incident does not form any basis for the findings and conclusions set forth in this Report.

## III.   Events Surrounding the AFC Championship Game

### A.   Pre-Game Events

#### 1.   The Colts Communicate Concerns about Patriots Game Balls Prior to the AFC Championship Game

On January 17, 2015, the day before the AFC Championship Game, Colts General Manager Ryan Grigson sent an email to the NFL raising concerns about the air pressure of game balls used by the Patriots.  Grigson sent his email to David Gardi and Mike Kensil, both senior

members of the NFL Football Operations Department.[23]   The email from Grigson attached a message from Sean Sullivan, the Colts Equipment Manager, describing these concerns.   The Grigson email described the Sullivan message as an "FYI" and stated: "all the Indianapolis Colts want is a completely level playing field.   Thank you for being vigilant stewards of that not only for us but for the shield and overall integrity of our game."   In relevant part, the attached message from Sullivan stated:

> As far as the gameballs are concerned it is well known around the league that after the Patriots gameballs are checked by the officials and brought out for game usage the ballboys for the patriots will let out some air with a ball needle because their quarterback likes a smaller football so he can grip it better, it would be great if someone would be able to check the air in the game balls as the game goes on so that they don't get an illegal advantage.[24]

Shortly after receiving Grigson's email, Gardi sent an email in response stating that Kensil would be at the game and would speak with the game officials about Grigson's concerns.   Kensil forwarded Grigson's email without comment to James Daniel, Director of Game Operations at the NFL, who in turn forwarded it to other Game Operations personnel who would be at the game as an "FYI."   Kensil also forwarded Grigson's email to Dean Blandino and Alberto Riveron, both senior members of the NFL Officiating Department, with the message "see below."   Both Riveron and Blandino decided that they would raise the issue with Walt Anderson, who had been assigned as the referee for the game.   The Grigson email did not contain any

---

[23]   Grigson told us that he sent the message to Gardi because Gardi was the member of the Football Operations Department with whom he was most familiar, and that he included Kensil because he understood that Kensil would be attending the AFC Championship Game.

[24]   The message from Sullivan also included an express request that the Colts be permitted during the AFC Championship Game to use kicking balls that Sullivan would break in.   The email referenced as the basis for the request information said to come from the Baltimore Ravens that Ravens players had not been provided with Ravens-prepared kicking balls during the divisional playoff game.   As discussed in Section IX, it was ultimately agreed that the Patriots would use kicking balls prepared by Jastremski and the Colts would use kicking balls prepared by Sullivan.

CONFIDENTIAL                                                   NFLPA_BRADY001681

factual support for the suspicions raised, and the NFL was unaware of any factual support prior to the game.[25]

During interviews, when asked to explain the source of their concerns about the Patriots game balls, Grigson, Sullivan, and other members of the Colts equipment staff referenced the Colts Week 11 game against the Patriots in Indianapolis.  During that game, Colts strong safety Mike Adams intercepted two passes thrown by Tom Brady.  On both occasions, Adams handed the footballs to Brian Seabrooks, an Assistant Equipment Manager for the Colts, on the sideline.  Sullivan also examined the footballs because, as he described it, he always checks to see how other teams prepare their balls to "make sure no one is doing a better job." Sullivan and Seabrooks said that the intercepted footballs appeared to be coated in a tacky substance and seemed spongy or soft when squeezed.  They explained that even though they did not test the air pressure of the intercepted footballs at the time, based on their years of experience, the softness of the balls raised suspicions.  They also cited unspecified chatter throughout the League that the Patriots prefer their footballs softer than other teams and that visiting teams should be on guard when playing at Gillette Stadium.  They could not identify a specific source for this information or reference particular conversations.

### 2.    The Officials Prepare for the AFC Championship Game

The officiating crew for the AFC Championship Game began arriving in New England on Friday afternoon, January 16.   The crew was led by referee Walt Anderson.

---

[25]   Because Sullivan's email did not provide specific factual support for the Colts' concerns, NFL officials determined that it was not necessary to ask the game officials preemptively to check the air pressure in the Patriots game balls during the game, as Sullivan had requested.  They reported during interviews that, without additional specific information that might raise further concern, they believed that the referee's standard pre-game inspection of the game balls would be sufficient, and that a change in the standard inspection protocols was not necessary.  In particular, prior to the game, there was no plan to check the air pressure of the balls at halftime or any other time during the game.  There was no "sting" operation, no plan for a "sting" operation and no discussion of a "sting" operation.

46

Anderson has served as an NFL game official for nineteen years. He began his NFL officiating career as a line judge for seven seasons and has been a referee for the past twelve seasons. Anderson is one of the most well-respected referees in the NFL. It is obvious that he approaches his responsibilities with a high level of professionalism and integrity. He is thoroughly familiar with the Playing Rules and the Referee Manual, and is widely recognized as exceedingly meticulous, diligent and careful. Multiple witnesses noted that Anderson is one of the few referees who personally tests the inflation levels of game balls prior to the game, rather than delegating that responsibility to another member of his officiating crew. Anderson has worked many Patriots home games during his career and is familiar with Gillette Stadium, its Officials Locker Room and stadium procedures.

Anderson's first formal responsibility with respect to the AFC Championship Game was a routine status call with Dean Blandino on Saturday afternoon. Both Anderson and Blandino recall that their primary topic of discussion was the unusual substitution issue that had arisen during the Patriots playoff game against the Ravens the prior weekend. Blandino also reported that during the call he mentioned that the Colts had raised certain concerns about playing at Gillette Stadium. Although Grigson's email was not the focus of the conversation, and may not have been specifically referenced, Blandino reminded Anderson to ensure that proper protocols concerning the footballs were followed.

The other members of the officiating crew arrived in New England on Saturday and the crew had dinner together on Saturday evening. As with all playoff games, the crew was comprised of a mix of experienced officials who do not generally work together during the regular season. For the AFC Championship Game, the roster included Carl Paganelli (Umpire), Tony Veteri (Head Linesman), Jeff Bergman (Line Judge), Gary Cavaletto (Field Judge), Greg

47

   NFLPA_BRADY001683

Meyer (Side Judge) and Keith Ferguson (Back Judge).  In addition to the normal six-man crew, the NFL assigns three experienced officials as alternates for each playoff game, in this case, Clete Blakeman (Alternate Referee), Dyrol Prioleau (Senior Alternate Official and Field Communicator) and Greg Yette (Junior Alternate Official and Kicking Ball Coordinator).

Around 10 a.m. on Sunday morning, the crew held its first official meeting, which lasted approximately two hours.  Among other topics, the officials discussed administrative items (e.g., the bus schedule and coordination of transport of the kicking balls), the protocols for a game played in wet weather, and the division of responsibilities once the crew arrived at Gillette Stadium.  They also watched game film of both teams and discussed plays, formations and general tendencies that might arise during the game.

At some point on Sunday morning, Anderson also had a brief conversation with Alberto Riveron.  Without explaining the concerns raised by the Colts in detail, Riveron mentioned that concerns had been raised about the game balls, and that Anderson should be sure to follow proper pre-game procedures.  Riveron recalls that Anderson responded that he had things covered and may have mentioned that he had already discussed the issue with Blandino. When interviewed, Anderson said that the issue had been raised with him, but that he had not been overly concerned because he knew that he would check the footballs himself prior to the game, as was his usual practice, and expected that the footballs would remain secure until game time.  Anderson does not appear to have highlighted the concerns raised about the game balls during the crew meeting, although he believes that the issue may have been mentioned casually.

Based on security footage from the corridor outside the Officials Locker Room, the officials arrived at the locker room at approximately 3:20 p.m.  The footage shows that Jim McNally and John Jastremski were waiting just outside the door of the locker room at that

time—McNally to welcome the officials and assist with anything they might need and Jastremski to receive and begin preparing the kicking balls (see Section IX.B).  The officials entered the locker room, set up their individual lockers and began carrying out their pre-game responsibilities.

### 3. The Patriots Prepare and Select Game Balls

Approximately three hours before the officials arrived at Gillette Stadium, the Patriots were finalizing the preparation of the footballs that would be used during the AFC Championship Game.  According to Jastremski, over the course of the preceding week, he had prepared the Patriots game balls following the routine described above, and on the afternoon before the game, Brady asked to see them.  Although Brady reportedly was pleased by the footballs, he asked Jastremski to prepare another ball using a different process.  Specifically, according to Jastremski, Brady asked for a ball that was not treated with the leather conditioner typically used by the Patriots, but instead was rubbed vigorously with leather-palmed gloves similar to those worn by Patriots wide receivers.  Brady told us that he asked to see a ball prepared this way because the weather forecast called for rain, and he knew from prior experiences using footballs treated with leather conditioner in "weather games" that they might become oily and hard to grip.

According to Jastremski, Brady liked the sample ball that had been "gloved" more than the conditioner-treated balls, and asked how many similarly prepared footballs Jastremski could prepare by game time.  Jastremski told us that he decided to prepare another full set of game balls, and that, by mid-Sunday morning, he had removed the initial preservative from 24 new footballs, brushed them and treated them with dirt.  He and other members of the equipment staff then "gloved" the footballs, spending between 7 and 15 minutes vigorously rubbing each ball.  According to Brady, this created a set of game balls "where most of the tack on the ball

49

                                    NFLPA_BRADY001685

ended up coming from the leather receiver gloves." Jastremski told us that he set the pressure level to 12.6 psi after each ball was gloved and then placed the ball on a trunk in the equipment room for Brady to review.[26]

Based on information from Brady, Jastremski and contemporaneous text communications, it appears that Brady first came to review the footballs as Jastremski was finishing this process, at or around 12:00 or 12:30 p.m. Brady gave his preliminary approval for most of the footballs, but asked Jastremski to continue working to smooth the surface on several of them. Brady returned to the equipment room around 2:30 p.m. and made his final selection of both game and back-up balls. Jastremski packed the game balls in one bag and the back-up balls in another, leaving them in the equipment room for McNally to bring to the Officials Locker Room, which he did around 2:50 p.m., as can be seen on security footage from the corridor outside the Officials Locker Room.

### 4.   Inspection of Game Balls by Referee Anderson

After completion of his League-mandated drug test—the first thing he did upon arrival in the Officials Locker Room—Walt Anderson recalls noticing that the game and back-up balls for both the Patriots and the Colts had been delivered.[27]   Shortly thereafter, at approximately 3:45 p.m., Anderson, with the assistance of Greg Yette, began preparing the footballs for inspection. Anderson and Yette took the balls out of the bags and laid them out in

---

[26]   Coach Belichick explained during his press conference on January 24, 2015, that the Patriots believe that this gloving process impacted the air pressure levels and internal equilibrium of the game balls in a way that contributed to the reduction in pressure observed at halftime.   As discussed in Section VII.C, our experts disagree with Coach Belichick's conclusions.   Based on the timeline of events and the pressure data collected on the day of the AFC Championship Game, this explanation for the reduction in air pressure levels measured at halftime has been ruled out based on scientific principles and testing.

[27]   Security footage shows McNally delivering the Patriots game balls to the Officials Locker Room at approximately 2:50 p.m.   We were unable to locate clear footage of the Colts game balls being delivered to the Officials Locker Room, but understand that McNally may have brought them when he escorted Sean Sullivan to the locker room to prepare the Colts kicking balls shortly after the officials arrived at 3:20 p.m.

50

four separate areas within the locker room shower area, making sure to separate them by team and designation (i.e., game balls and back-up balls).[28]

Anderson typically gauges all of the game balls for one team, and then all of the game balls for the other team, before testing the back-up balls. He does not remember whether he began with the Patriots or the Colts game balls on the day of the AFC Championship Game. He does recall that he gauged all of the footballs in the shower area of the locker room prior to the game.

Anderson travels with two pressure gauges. He acquired both from the League within the past few seasons, and both are battery-powered digital gauges.[29] The gauges appear similar, but one has the word "ON" on its face to indicate the on/off button and has a red Wilson logo on the back, while the other gauge has a red on/off button with no lettering and does not have the Wilson logo on the back. These gauges will be referred to herein as the "Logo Gauge" and the "Non-Logo Gauge," respectively. Anderson is certain that he checked the footballs prior to the AFC Championship Game with one of the two gauges that he brought with him to Gillette

---

[28]   The Officials Locker Room at Gillette Stadium is located off a large corridor that tracks the shape of the stadium. The locker room has two primary chambers. Just inside the door from the corridor is a large sitting room with couches and tables. A television and a countdown clock are mounted on the front wall. When standing in the doorway from the corridor and facing into the Officials Locker Room, there is a doorway on the right that leads to the adjacent Chain Gang Locker Room, and a door at the far end of the sitting room that leads to the inner chamber of the locker room, which contains the dressing area, shower area and bathrooms.

When standing in the doorway that separates the dressing area from the sitting area and facing into the inner chamber, the right portion of the dressing area contains a number of lockers and chairs. There is a mini-refrigerator along the left wall where McNally typically leaves the pressure gauge and air pump made available for the game officials. To the left is the bathroom area. There are two stalls and two urinals at one end of the bathroom area, and a square shower area at the other. The two areas are separated by a counter with a number of sinks.

The Chain Gang Locker Room is smaller than the Officials Locker Room and is lined with lockers and stools. There is an adjacent bathroom that contains two urinals and two stalls.

[29]   Anderson believes that he acquired one of his gauges last season, and the other approximately three or four seasons ago. Anderson also travels with extra sports ball inflation needles that attach to the end of gauges. In addition to being used as part of a gauge, an inflation needle can be used to inflate a football (if attached to a pump) or release air from a football (if inserted alone into a ball).

CONFIDENTIAL                                    NFLPA_BRADY001687

Stadium.  Although Anderson's best recollection is that he used the Logo Gauge, he said that it is certainly possible that he used the Non-Logo Gauge.[30]

When tested, all of the Patriots footballs—both game balls and back-up balls—registered on the lower-end of the permissible inflation range.  Anderson recalls that most of the Patriots footballs measured 12.5 psi, though there may have been one or two that measured 12.6 psi.  No air was added to or released from these balls because they were within the permissible range.  According to Anderson, two of the game balls provided by the Patriots measured below the 12.5 psi threshold.  Yette used the air pump provided by the Patriots to inflate those footballs, explaining that he "purposefully overshot" the range (because it is hard to be precise when adding air), and then gave the footballs back to Anderson, who used the air release valve on his gauge to reduce the pressure down to 12.5 psi.

According to Anderson, when tested, most of the Colts footballs measured 13.0 or 13.1 psi.  Anderson believes that there may have been one or two footballs that registered 12.8 or 12.9 psi, but recalls that it was "pretty evident that their target was 13."  Because the Colts balls all measured within the permissible range, no air was added to or released from the footballs.

NFL game officials are not required to, and do not as a matter of standard practice, record in writing the pressure measurements taken during their pre-game inspections of game balls.  We credit Anderson's recollection of the pre-game measurements taken on the day of the AFC Championship Game based on both the level of confidence Anderson expressed in his recollection and the consistency of his recollection with information provided by each of the Patriots and Colts regarding their target inflation levels.  As described above, Jastremski told us that he aimed to set the Patriots footballs at 12.6 psi, and Brady stated that he had asked for the

---

[30]   For the reasons described in Section VII.B, we believe it is more probable that Anderson used the Non-Logo Gauge for his pre-game measurements.

CONFIDENTIAL                                                                NFLPA_BRADY001688

footballs to be set at 12.5 psi.  Similarly, Sean Sullivan of the Colts explained that 13.0 psi is typically—and was on the day of the AFC Championship Game—targeted by the Colts when inflating game balls, although he said that the Colts consider any pressure within a range of 12.9-13.05 psi to be acceptable.

After using his gauge to test the pressure of each football, Anderson marked the footballs (starting, again, with each team's game balls) with a paint pen.  Anderson uses a gold, metallic color because it is easier to see, particularly on footballs that have been "roughed up" by teams during the preparation process or on balls in bad weather.  All NFL referees have a preferred spot on the football for the placement of their mark.  Anderson marks his footballs with a stylized "WA" above the words "THE DUKE," which appear on the ball to the left of the NFL logo.  Anderson recalls that the testing and marking of the footballs took approximately 20-25 minutes, and that he and Yette left the balls out so that his mark could dry for at least another 15 minutes.[31]

At some point during the process of gauging and marking the footballs, Jim McNally, who came and went from the Officials Locker Room over the course of the afternoon, requested that Anderson make sure that the Patriots footballs were set at 12.5 psi.  According to Anderson, McNally said something to the effect of "remember, Walt, Tom likes them at 12.5," though he could not recall McNally's precise wording.  A number of other game officials heard McNally make this request.  Anderson said that he did not think much of the request at the time because he had heard McNally make similar requests in the past.  In particular, Anderson believes that McNally may have made the same request when Anderson had most recently

---

[31]   Anderson does not ordinarily mark back-up balls before the game because he does not like to preemptively mark more footballs than are likely to be needed.  However, because Anderson and the rest of the crew had been warned about inclement weather, he asked and received Alberto Riveron's permission to mark the back-up balls for both teams prior to the game, in case the officials decided to use a completely new set of footballs for the second half.

CONFIDENTIAL                                                                     NFLPA_BRADY001689

officiated at Gillette Stadium for the Patriots game against the Denver Broncos on November 2, 2014.

After Anderson's marks dried, Yette packed each set of balls into its appropriate bag, and left the two bags with the game balls next to a full-size refrigerator that stands between the shower area and the dressing area of the locker room.  According to Anderson, although the precise location may vary by stadium, once the game balls have been examined and marked, they are kept nearby in the locker room while he carries out his remaining pre-game duties.  At times, however, his duties require him to leave the locker room before the start of the game.  On the day of the AFC Championship Game, for example, Anderson attended a meeting with the broadcast team at the "TV Truck," as well as the 100 Minute and 90 Minute pre-game security and operations meetings that occurred in or in close proximity to the Officials Locker Room.  At approximately 5:50 p.m., Anderson and the rest of the officiating crew took the field to supervise the teams' walk-through or warm-up on the field.  According to Anderson, and as discussed in Section IX.B, he was also involved in inspecting, gauging and marking the kicking balls once he returned to the locker room after the walk-through.  Based on prior experiences at Gillette Stadium, it was the expectation of Anderson and other members of the officiating crew that the bags of game balls would remain in the Officials Locker Room until shortly before kickoff, when Anderson, as referee, would walk with them to the field.

### 5.    Anderson and Other Officials Cannot Locate the Game Balls

On the day of the AFC Championship Game, the Officials Locker Room was more crowded than usual.  A number of extra NFL personnel, including security and operations personnel, were present in addition to the three alternate game officials.  A number of witnesses also explained that the layout of the Officials Locker Room at Gillette Stadium—with a large sitting room separated from the officials' more private dressing room—as well as the

54

refreshments available there, encourage people with credentials to congregate in the locker room prior to a game.  One official said that it "felt like Grand Central Station" in the sitting room because once the pre-game meetings and the team warm-ups were complete, NFL personnel, game officials and others gathered there to watch the conclusion of the NFC Championship Game on television.

At approximately 6:25 p.m., Anderson announced that kickoff for the AFC Championship Game was being delayed 10 minutes, from 6:40 to 6:50 p.m., to allow for the conclusion of the NFC Championship Game, and that the rest of the pre-game schedule would be adjusted accordingly.  According to Richard Farley, the NFL Security Representative assigned to New England, at the time of Anderson's announcement, Jim McNally was sitting on a trunk pushed against the back wall of the sitting room of the Officials Locker Room, with the bags of game balls in close proximity.  Farley recalls seeing the bags in the dressing room area earlier in the afternoon, and understood that at some point they must have been moved to the front sitting room.  Anderson also recalls that McNally, with Anderson's permission, had moved the ball bags from the dressing room area towards the sitting room area shortly after the officials returned from the players' walk-through.  Anderson understood that McNally was moving the balls to the sitting room area of the locker room, so that it would be more convenient for the officials to pick them up on their way out to the field.  Anderson said that it is typical for locker room attendants throughout the League to help move the game balls towards the front of the locker room, but that the footballs do not leave the locker room until the officials give express permission for them to be brought to the field at or near the time the officials also walk to the field.  Numerous other game officials described a similar practice.

55

Shortly after the revised schedule was sorted out, members of the officiating crew began to leave the Officials Locker Room to give each team its two-minute warning and escort the players to the field.  Various NFL personnel also began to leave the locker room and make their way to the field or other areas of the stadium.  By 6:35 p.m., all of the members of the officiating crew other than Anderson, Veteri, Blakeman and Yette had left the Officials Locker Room.  When the remaining officials walked into the sitting room area on their way to the field, all four were surprised to find that the ball bags were not there.  Both Anderson and Veteri immediately asked Farley where the footballs were.  Farley checked for the ball bags in the back part of the locker room (where he saw the bags of back-up balls) and in the adjacent Chain Gang Locker Room, but could not find them.  When it was suggested that McNally had or may have taken them to the field, Anderson responded that "he's not supposed to do that."  Anderson also stated that "we have to find the footballs."  Blakeman recalls that although Anderson is usually calm and composed leading up to a game, Anderson was visibly concerned and uncharacteristically used an expletive when the game balls could not be located.  The other officials were similarly surprised and concerned.  None of the officials in the locker room at the time realized that the game balls had been removed from the locker room until they were ready to go to the field for the start of the game, and all expected that the balls would not leave the locker room until it was time for them to take the field.

Although the officials were concerned about the situation, with kickoff approaching, they decided to take the field.  Farley and the officials left the Officials Locker Room and walked to the field at approximately 6:36 p.m.  As seen on the security footage, Farley walked approximately 10 seconds ahead of the officials because, as he explained, he was in a hurry to reach the field to look for the footballs.  As soon as he reached the field, Farley looked

CONFIDENTIAL                                                                           NFLPA_BRADY001692

for McNally by the instant replay booth, where McNally regularly arrives with the game balls, but did not see him. He did, however, see John Raucci, Director of Investigative Services at the NFL, shortly after stepping onto the field and asked if Raucci had seen either McNally or the game balls. Raucci said that he had seen neither. In an effort to ensure that the teams had footballs on the field for the start of the game, Farley headed back toward the Officials Locker Room to get the back-up balls. He is seen on the security footage at approximately 6:42 p.m. walking back down the tunnel leading to the field with the bags of back-up balls. Farley reported that prior to the AFC Championship Game, he has never been in a situation where the game balls could not be located or where he had to retrieve the back-up balls from the Officials Locker Room prior to kickoff.

Shortly after taking the field, after Farley had returned to the Officials Locker Room for the back-up balls, Anderson and the other officials noticed that McNally and the game balls were on the field. When Farley returned to the field with the back-up balls, he learned the same thing. He returned the back-up balls to the Officials Locker Room shortly before kickoff, and the game began at approximately 6:50 p.m. with the proper set of game balls.

### 6. The Game Balls are Taken to the Field by McNally

What the officials and Farley did not realize at the time was that at approximately 6:30 p.m.—twenty minutes prior to kickoff—Jim McNally removed the two bags of game balls from the Officials Locker Room. He is seen on the security footage at 6:30:35 p.m. walking away from the locker room and turning left into the center tunnel that leads towards the field. At the end of that tunnel on the left-hand side, just before reaching the doors that lead to the field, is a relatively large, single-toilet bathroom that locks from the inside.[32] McNally entered that

---

[32]   The bathroom measures approximately 9 feet by 9 feet. It has a single toilet near the back right corner (if one is standing in the doorway and facing into the bathroom), and a single sink directly across from the door. It

CONFIDENTIAL                                                    NFLPA_BRADY001693

bathroom with the game balls, locked the door, and remained in the bathroom with the game balls for approximately one minute and forty seconds. He exited the bathroom at approximately 6:32:27 p.m., and took the bags of game balls to the field. McNally did all of this without the knowledge or permission of Walt Anderson or the other members of the officiating crew.

According to Anderson, other members of the officiating crew for the AFC Championship Game, and other game officials interviewed during the investigation, the removal of the game balls from the Officials Locker Room by McNally without the permission of the referee or another game official was a breach of the standard operating pre-game procedure. No official could recall another time that McNally had removed game balls from the Officials Locker Room and taken them to the field without either receiving permission from a game official or being accompanied by one or more game officials.

Following the AFC Championship Game, McNally was asked to explain his actions on a number of occasions, including during three interviews with NFL Security. The substance of these interviews was recorded in written interview reports prepared by NFL Security personnel and reviewed by Paul, Weiss during the course of the investigation. According to a report of the interview with McNally on the night of January 18, McNally told NFL Security representatives that he "decided to walk the balls out to the field," and was "not certain why [he] chose to go out to the field at this time or without an escort." McNally also told NFL Security during this interview that he walked directly to the field and that nothing unusual occurred during the walk from the locker room to the field. According to the interview report from a telephone interview with NFL Security on January 19, McNally stated that he stopped to use the bathroom on the way to the field and took the game balls with him into the bathroom.

---

contains no other fixtures or structural stalls, and therefore has a significant amount (approximately 60 sq. ft.) of open floor space. As noted, the door to the bathroom locks from the inside.

CONFIDENTIAL                                          NFLPA_BRADY001694

During this interview, he explained that he did not use the bathroom in the Officials Locker Room because he did not want to disturb the officials. He claimed that he had left the Officials Locker Room with game balls but without a game official on a few occasions over the years, but could not identify any particular games where that had occurred. According to the interview report from an NFL Security interview of McNally on January 21, McNally said that he did not know why he would leave the locker room with the game balls without being accompanied by game officials, and "just decided to leave the locker room at that time to go to the field." He said that no one had ever told him that he was required to wait for the officials. He also claimed that he went into the bathroom with the game balls because when he got to the end of the tunnel, he realized that he suddenly had to use the bathroom.

On February 12, 2015, we interviewed McNally on these topics as well. He explained to us that he told the game officials that he was moving the game balls to the sitting room, where he watched the end of the NFC Championship Game for up to ten minutes. He estimated that there were twenty people in the sitting room at the time. According to McNally, when the NFC Championship Game ended shortly after the start of the overtime period, an unidentified NFL official said something like "we're back on again," so he picked up the balls and began to walk out of the Officials Locker Room.

With respect to his decision to use the bathroom, McNally claimed that he has used the bathroom near the field entrance while in possession of the game balls many times. He said that on the day of the AFC Championship Game, he entered the bathroom, dropped the ball bags to his left, and used the urinal to his right. That bathroom, however, does not contain a urinal. Upon further questioning, McNally claimed that he did not pay attention to what type of fixture he used. He also acknowledged that the bathroom areas in both the Officials Locker

59

Room and the Chain Gang Room each contain two or three urinals and two or three toilets in separate stalls, and that he had used the facilities in those rooms many times. When asked why he did not use the bathrooms available in the Officials Locker Room or the Chain Gang Room on the day of the AFC Championship Game, McNally claimed that the officials often ask for time to themselves prior to the game, though he did not mention anyone making such a request that day. Walt Anderson and most other officials interviewed said that it would have been ordinary and customary for McNally to use the bathrooms in the Officials Locker Room and that, in their opinion, McNally appeared to feel very comfortable in the locker room. McNally claimed that he did not use the facilities in the Chain Gang Room because it was crowded and it would have been hard to maneuver with the bulky ball bags.

        With respect to his decision to leave the locker room unaccompanied, McNally claimed that his actions on the day of the AFC Championship Game were not unusual. In his account, the game balls remain in the locker room until he believes it is time to take them to the field. According to McNally, he brings the game balls to the field when he deems fit. He said that he generally asks permission or alerts the officials before he moves the game balls from the dressing room to the sitting room, but does not ask or alert them again before leaving the locker room and taking the balls to the field. McNally also claimed that it is not his customary or typical practice to walk to the field with game officials. He estimated that he walks to the field with other people—game officials, security personnel or others—only half of the time.

        The Patriots produced two game-day security guards employed by Team Ops, a security and guest services company affiliated with the Patriots, to support McNally's account. Rita Callendar, who was stationed just outside the Officials Locker Room on game day, said that she estimates that McNally takes the game balls to the field by himself roughly 50% of the time,

CONFIDENTIAL                                                          NFLPA_BRADY001696

and that the other times he walks with or in close proximity to Richard Farley.  Paul Galanis, who was stationed just outside the entrance to the Patriots locker room, across the corridor from the top of the center tunnel, said that it was routine for McNally to walk to the field with the game balls unaccompanied.  He estimated that McNally goes to the field approximately 10% of the time with game officials and approximately 25-30% of the time with Richard Farley, and the other times he is walking by himself.

Richard Farley, who has been the NFL Security Representative for New England for approximately twelve years and is present in the Officials Locker Room before and during every Patriots home game, said that he considers it part of his job description to accompany the referee to the field and that he is generally in close proximity to McNally and the game balls when he walks to the field with the referee.  According to Farley, he often opens the door to allow McNally to exit easily with the ball bags, and then McNally, Farley, the referee and the head linesman will walk to the field together or in close proximity to each other.  Farley cannot recall McNally previously bringing game balls to the field prior to the start of a game without being accompanied by or in close proximity to one or more game officials.

Numerous game officials, including those assigned to the AFC Championship Game, told us that McNally generally does not remove the game balls from the Officials Locker Room without express permission or without being accompanied by one or more game officials.  Walt Anderson said that in his experience, McNally has not removed, and is not permitted to remove, the game balls from the Officials Locker Room without his permission.  Anderson also said that if McNally had asked to take the footballs to the field before he was ready to leave, he would have told McNally to wait.  Anderson has always denied requests by ball boys and locker

CONFIDENTIAL                                                    NFLPA_BRADY001697

room attendants in other stadiums to take the game balls out before he was ready to go to the field.[33]

Similarly, Clete Blakeman—a referee on another officiating crew during the regular season—could not recall a previous instance where McNally took the game balls to the field on his own and without express permission. What happened on the day of the AFC Championship Game was, in his view, a "break in our normal protocol." Tony Veteri and Greg Yette agreed. It was their view that McNally, who has served as locker room attendant at Gillette Stadium for many years, would be well aware of the standard practice and would have understood that the game balls are to remain in the locker room with the officials until permission to bring them to the field is given.

Indeed, all of the officials interviewed disagreed with McNally's description of the standard practice at Gillette Stadium. A representative from each officiating crew that worked at Gillette Stadium during the 2014-15 season confirmed that the game balls only left the locker room with the permission of a game official and that the footballs moved to the field either at the same time as the referee or shortly before.[34]

---

[33]  Steve Stelljes, the head linesman on Anderson's officiating crew during the regular season confirmed Anderson's account of standard procedure.

[34]  Whether McNally frequently, infrequently or never leaves the Officials Locker Room before the game officials depart for the field is not determinative of whether there has been an opportunity to tamper with game balls during the regular season. The game officials we interviewed—when considering the potential for tampering with the game balls—almost uniformly expressed greater concern that a locker room attendant generally has up to fifteen or twenty minutes alone with the game balls when the game officials are on the field for the pre-game walk-through approximately fifty minutes before kickoff (and after the balls have been inspected). The physical configuration of the Officials Locker Room at Gillette Stadium, with a back dressing area separated by a door from a sitting room area, would provide complete privacy during this time period. Indeed, even the sitting area is generally quiet at that time during the regular season, unlike the busy scene during a playoff game. Milton Britton, the regular season k-ball coordinator for the Patriots, reported that he regularly watches ESPN in the sitting room area while everyone else is on the field and stated that "nine out of ten times" the sitting room is otherwise empty, apart from McNally. On the night of the AFC Championship Game, however, the Officials Locker Room was crowded and McNally is unlikely to have had an opportunity to tamper with the balls in the locker room without being detected.

CONFIDENTIAL                                        NFLPA_BRADY001698

### B.        Events During the First Half

At approximately 7:47 p.m., during the second quarter of the AFC Championship Game, Colts linebacker D'Qwell Jackson intercepted a pass thrown by Tom Brady.  Following the interception upon reaching the sideline, Jackson handed the ball to David Thornton, the Colts Director of Player Engagement, near the Colts bench and Thornton immediately handed the ball to Assistant Equipment Manager Brian Seabrooks.  According to Seabrooks, he believed that the ball felt similar to the footballs intercepted by Mike Adams during the Colts game against the Patriots earlier in the season, so he asked one of the team's equipment interns to locate a pressure gauge and test the inflation level of the intercepted ball.  The intern used a digital pressure gauge similar to the gauge used by the Colts to set their footballs before the game, and reported that the pressure measured approximately 11 psi.  Seabrooks then walked with the intercepted football to Equipment Manager Sean Sullivan, who squeezed the ball and agreed that it felt soft.

These concerns were brought by Colts equipment personnel to the attention of a game official on the Colts sideline who was not responsive.  Indeed, Clete Blakeman recalls that someone from the Colts raised a concern with him but his initial reaction was that it was a matter outside his jurisdiction.   Sullivan also alerted Danielle Lee, an NFL Game Operations representative stationed on the Colts sideline, and asked her to contact NFL personnel and have them come to the sideline because there was a problem with the footballs.  Lee used the Game Operations radio system to alert Akil Coad, James Daniel and Mike Kensil and pass on Sullivan's request.  Daniel responded that he would come to the sideline and speak with the Colts.

Once Lee confirmed that additional League representatives were on their way, Sullivan notified Jon Scott, the Colts VP of Equipment Operations.  Scott then contacted Colts General Manager Ryan Grigson, who was sitting upstairs in the press box, and alerted him to the

**CONFIDENTIAL**                                                        **NFLPA_BRADY001699**

situation.  Grigson recalls that as soon as he got off the phone with Scott, he and Pete Ward, the Colts Chief Operating Officer, left the press box and headed toward the NFL control booth.  By the time they got there, Mike Kensil and Troy Vincent, the NFL's Executive Vice President of Football Operations, were already putting their jackets on to go down to the field, and Grigson understood that they already had been informed of the situation.  In fact, Kensil already had told Daniel and Coad over the radio system that the game balls should be collected, and he and Vincent already had decided that the footballs for both teams should be checked at halftime.  Grigson said that he made clear to Kensil and Vincent that he understood that there was a problem with the inflation level of a Patriots football—the precise issue the Colts had raised prior to the game—and that he was not happy about the situation.  Kensil and Vincent told Grigson that they were on their way to look into the issue.  Grigson returned to the press box and did not hear anything further until after the game.

Daniel arrived on the Colts sideline a few minutes later, and spoke with Seabrooks.  Daniel told Seabrooks that he and other League representatives would test the ball, and, with Sullivan's permission, Seabrooks handed the ball to Daniel.  At approximately 8:00 p.m., roughly 13 minutes after the interception, Daniel walked the intercepted ball inside the stadium and toward the Officials Locker Room.

Alberto Riveron, who had been sitting in the NFL replay booth during the first half, learned about the issue with the Patriots game balls from Game Supervisor Johnny Grier.  He went to the Officials Locker Room, arriving a few minutes after Daniel, who recounted the report he had received from Seabrooks.  Remembering Grigson's email, Riveron contacted Grier and instructed him to tell Blakeman and the other officials to bring the game balls in at halftime so that they could be tested.  Riveron told us that it was his call to collect the game balls for

64

testing at halftime and that he did not consult with anyone else.[35]   Riveron believed that the combination of the pre-game concerns raised by the Colts and the information received about the intercepted ball made testing the game balls essential.   At Riveron's request, Daniel retrieved a gauge that was near the air pump in the dressing area of the Locker Room, and they tested the intercepted ball three times before the balance of the game balls were brought back to the Officials Locker Room.[36]   All three measurements were below 12.0 psi.   A few minutes later, the game officials and other NFL representatives started arriving in the Officials Locker Room for halftime.   Riveron took the intercepted ball from Daniel and walked into the dressing room area of the locker room.

While Daniel and Riveron were testing the intercepted ball, the first half was coming to an end.   Vincent and Kensil arrived at the Patriots sideline shortly before the end of the first half to supervise the collection of the game balls.   Vincent stood behind the Patriots bench and watched as the balls were put into the appropriate ball bags.   Eric Kerzner, who assisted the Game Operations staff that day, reported that he walked over to the replay booth at the end of the first half and watched the ball boys put the game balls into each team's bag. Kerzner picked up one bag, and McNally picked up the other two (the third containing kicking balls) and they walked together towards the locker room.   McNally, Kerzner and Vincent can be seen in the security footage at 8:28:41 p.m. turning the corner at the top of the center tunnel and heading towards the Officials Locker Room.   Kerzner stayed in close proximity to the balls as they were walked inside.

---

[35]   Our best understanding, given the accounts received from various witnesses, is that upon receiving similar information on different radio frequencies, personnel from both the Officiating and Game Operations Departments independently made parallel decisions to test all of the game balls at halftime.

[36]   We believe that Daniel located and used the pressure gauge supplied by the Patriots.   We further believe that this is the gauge that John Jastremski considers his normal gauge.   It has not been located since the day of the AFC Championship Game.   It should be noted that we have not relied upon the air pressure measurements of the intercepted ball in any respect in reaching any conclusions set forth in this Report.

CONFIDENTIAL                                        NFLPA_BRADY001701

Kensil lost sight of the Patriots game balls at the beginning of halftime, so he walked to the Patriots locker room to make sure they were not there.  He asked Berj Najarian, a Patriots employee who functions as Coach Belichick's chief of staff, to check inside the Patriots locker room for the balls.  After Najarian went inside the locker room to look for the balls, Kensil saw McNally carrying them in from the field and told the Patriots security representative stationed at the door of the Patriots locker room to inform Najarian that he had found what he needed.  This is consistent with security footage that shows Kensil near the door that leads to the Patriots locker room at 8:28:25 p.m. and McNally turning the corner at the top of the tunnel and heading towards the Officials Locker Room with the ball bags approximately 15 seconds later.

### C.    Events During and Following Halftime

Alberto Riveron took primary responsibility for organizing a process for testing the game balls in the dressing area of the Officials Locker Room at halftime.  Riveron told Walt Anderson to tend to his halftime responsibilities and instructed alternate officials Clete Blakeman and Dyrol Prioleau to test the air pressure of the Patriots and Colts game balls using gauges provided by Anderson.  Dan Grossi, the NFL's Director of Event Security, participated as an observer of the process, as did Troy Vincent.  Richard Farley observed the testing process and recorded the measurements in writing.  Other game officials, including Greg Yette, and NFL officials, including Mike Kensil, observed portions of the testing as they moved back and forth from the dressing room area.  Apart from providing his two gauges, Anderson did not participate in the testing.  The dressing room area was closed to everyone but game officials and NFL staff.

Once inside the Officials Locker Room, the game balls for both teams were brought to the back corner of the dressing area.  Blakeman sat on a chair placed against the back wall of the dressing area next to the ball bags (facing into the dressing room with the bags to his right), and Prioleau sat on a second chair to Blakeman's left (facing the same way).  Blakeman

CONFIDENTIAL

NFLPA_BRADY001702

and Prioleau were each given one of Anderson's two pressure gauges, one of which had also been used to test the footballs before the game.[37]   Riveron stood next to the officials with Vincent, Grossi, and Farley observing nearby.   Each ball was checked first by Blakeman and then by Prioleau, with each official calling out the pressure measurement for each ball tested and Farley writing down the measurement announced by each official before moving to the next ball. Prioleau set each ball down on the floor to his left after it was checked.   Both Blakeman and Prioleau explained that, based on their years of officiating experience, they were very familiar with the type of gauges provided, and fully confident in their ability to use the gauges properly and generate accurate readings.   They reported no difficulties in using the gauges.[38]

---

[37]   We have not been able to determine with certainty based on the witness interviews which game official used the Logo Gauge and which used the Non-Logo Gauge.  For the reasons stated in Section VII.B and described in detail in Appendix 1, based on Exponent's conclusion that the Logo Gauge generally reports a measurement that is approximately 0.3-0.45 psi higher than the measurement reported by the Non-Logo Gauge, we believe that Blakeman used the Non-Logo Gauge and Prioleau used the Logo Gauge to test the Patriots game balls at halftime.  As noted above, we also believe that Walt Anderson most likely used the Non-Logo Gauge prior to the game.

[38]   It should be noted that one or more days after the game, based on conversations with Patriots personnel, Richard Farley incorrectly assumed that one of the gauges used by the officials belonged to John Jastremski and he made a written notation to that effect on the documents he was keeping.  It is our view, based on the evidence, that this assumption was inaccurate and based solely on information provided by a person without first-hand knowledge of the testing.

CONFIDENTIAL                                                    NFLPA_BRADY001703

The Patriots game balls were tested first.  Each of the eleven Patriots balls tested measured below the minimum allowable pressure of 12.5 psi on both of the two gauges used.[39] The halftime measurements of the Patriots game balls were recorded as follows:

| Patriots Ball | Blakeman | Prioleau |
| --- | --- | --- |
| 1 | 11.50 | 11.80 |
| 2 | 10.85 | 11.20 |
| 3 | 11.15 | 11.50 |
| 4 | 10.70 | 11.00 |
| 5 | 11.10 | 11.45 |
| 6 | 11.60 | 11.95 |
| 7 | 11.85 | 12.30 |
| 8 | 11.10 | 11.55 |
| 9 | 10.95 | 11.35 |
| 10 | 10.50 | 10.90 |
| 11 | 10.90 | 11.35 |

Blakeman and Prioleau also tested four Colts game balls.  Riveron, Vincent and others explained that only a sample of the Colts balls were tested because of time constraints.  Halftime for the game was scheduled to last thirteen minutes and time was running short before

[39]   As noted, eleven different Patriots game balls were tested by the game officials during halftime, with each ball tested by each of two officials.  The football intercepted by the Colts was not included in the group of eleven Patriots footballs tested.  Nor was a football that Patriots fullback James Develin had caught for a touchdown in the first half, which the Patriots set aside for him to retain as a memento.  Based on the evidence, we believe that the Patriots game ball bag initially contained thirteen footballs, rather than twelve.  In fact, when interviewed by NFL Security on the night of the AFC Championship Game, Jim McNally volunteered that the Patriots game ball bag may have included thirteen footballs.  McNally's statement—which we were unable to discuss with McNally because the Patriots refused to make McNally available for a follow-up interview—was consistent with information from Walt Anderson, who said that it was "certainly possible" that the Patriots provided a thirteenth ball because teams often include an extra ball or two when inclement weather is expected.  Subtracting the intercepted ball and the Develin touchdown ball results in a total of eleven Patriots game balls available for halftime testing.

68

the scheduled start of the second half.[40]  Each of the Colts footballs tested measured between 12.5 and 13.5 psi on at least one of the two gauges, as set forth below: [41]

| Colts Ball | Blakeman | Prioleau |
|:---:|:---:|:---:|
| 1 | 12.70 | 12.35 |
| 2 | 12.75 | 12.30 |
| 3 | 12.50 | 12.95 |
| 4 | 12.55 | 12.15 |

The officials also inflated and re-adjusted each of the Patriots game balls tested. Riveron instructed that footballs registering below the permissible range should be inflated and set to 13.0 psi.  Using the air pump provided by the Patriots, Blakeman inflated each Patriots ball, and handed each to Prioleau, who used the air release valve on a pressure gauge to ensure that the balls were set to a pressure level within the permissible 12.5 to 13.5 psi range.  No air was added to the Colts balls tested because they each registered within the permissible inflation range on at least one of the two gauges used.

---

[40]   In fact, the game balls were not returned to the field until shortly after the second half began.  Both Patriots personnel and game officials explained that after the second-half kickoff by the Colts, the officials could not locate a game ball for the Patriots' first offensive play of the half.  Walt Anderson offered to allow Tom Brady to use a kicking ball, but Brady declined the offer.  A Patriots ball boy arrived with a Patriots game ball shortly thereafter, and it was put into play.  Television footage of the game depicts the delay in play.

[41]   For the reasons stated in Section VII.B and described in detail in Appendix 1, based on Exponent's conclusion that the Logo Gauge generally reports a measurement that is approximately 0.3-0.45 psi higher than the measurement reported by the Non-Logo Gauge and never produced a reading lower than the Non-Logo Gauge during Exponent's testing, it appears most likely that the two officials switched gauges in between measuring each team's footballs, meaning that Blakeman most likely used the Logo Gauge and Prioleau most likely used the Non-Logo Gauge to test the Colts balls at halftime.  Further, Exponent believes that the results recorded for the third Colts ball tested reflect an anomaly in that, unlike the other Colts balls tested, the reading made by Prioleau is higher than the reading made by Blakeman.  Exponent believes that this anomaly may be the result of a transcription error where the measurements recorded were attributed to the opposite game official (i.e., on game day, Blakeman measured 12.95 psi and Prioleau measured 12.50 psi) or a recording error where the pressure measured by one of the officials was incorrectly recorded.  Exponent controlled for this anomaly in its analysis of the data.

69

The pressure of the Patriots ball that had been intercepted by the Colts was separately tested three times and the measurements—11.45, 11.35 and 11.75 psi, respectively—were written on athletic tape that had been placed on the ball for identification.  League personnel retained possession of the intercepted ball and it was not reintroduced to the game after halftime.  The football intercepted by Jackson was provided to Paul, Weiss for examination in connection with the investigation.

Based on the information provided by various witnesses to the halftime measurements, we believe that it took approximately two to four minutes after the balls were returned to the Officials Locker Room to devise, organize and begin implementing the testing protocol.  Based on information provided from Blakeman and Prioleau in particular, we estimate that it took approximately four to five minutes to test the pressure of the eleven Patriots balls.  The testing of the four Colts balls took less time.  Inflation of the Patriots balls and resetting them within the permissible pressure range is estimated to have taken approximately two to five minutes.  Riveron described the process as organized and deliberate despite the time-pressured environment, and Blakeman said that the testing was carried out carefully and in an orderly, yet expeditious, manner.  Other witnesses described the halftime testing in similar terms.  Based on the security footage, which shows the game balls being taken into the Officials Locker Room at approximately 8:29 p.m. and back to the field at approximately 8:42:30 p.m., it is estimated that the footballs were inside the locker room for approximately 13 minutes and 30 seconds.[42]

Once both sets of game balls were placed back into their respective ball bags, they were run out to the field.  Blakeman and Prioleau then returned to the field for the second half.

---

[42]    It is clear that the halftime testing undertaken by the game officials and other NFL personnel was not performed in a laboratory setting or under ideal circumstances for forensic data collection and examination.  We nevertheless conclude that the game officials and other NFL personnel participating in the halftime measurements acted responsibly and created a reasonably reliable record of the measurements.

70

Farley remained behind in the Officials Locker Room to review and prepare written statements based on the notes he took during the testing process.  After the game, Farley asked each individual who had participated in or witnessed the halftime tests—Blakeman, Prioleau, Riveron, Vincent, and Grossi—to sign the written statements with the testing results, which Farley signed as well.  We reviewed Farley's original notes and the written statements he prepared, and have confirmed that the pressure measurements transcribed on the original notes and the written statements are identical.

As the second half began, the various NFL officials who had observed the testing or been inside the Officials Locker Room returned to their assigned posts.  As he passed the Patriots sideline, Mike Kensil spoke with Patriots Equipment Manager Dave Schoenfeld. Although they have different recollections of the precise sequence and content of the conversation, it is clear that Kensil told Schoenfeld that the NFL had tested the Patriots game balls at halftime, found that they were all under-inflated, and had re-inflated them back to a pressure level within the permissible range.  Kensil cautioned Schoenfeld that the footballs should remain properly inflated and subsequently left the field.[43]

According to Schoenfeld, he immediately approached Jastremski, who he considers the point person for any football related-issues, and told him that the NFL suspected that the Patriots had deflated game balls because the balls had been tested at halftime and were found to be under-inflated.  Schoenfeld asked if Jastremski had anything to do with this situation, and Jastremski said that he did not.  Schoenfeld also asked Brenden Murphy, one of the team's equipment assistants and ball boys, the same question.  Murphy said that he had no involvement and would never do anything to the footballs.  Schoenfeld recalls asking Jastremski a second

---

[43]     Kensil and Schoenfeld also discussed the kicking ball issue described in Section IX.

time if he had any knowledge of this issue or if he had done anything to the game balls, and Jastremski again denied any knowledge or involvement.  When interviewed, McNally told us that he heard Schoenfeld mention on the sideline that some of the game balls were "down," but that he did not say anything to Schoenfeld.

### D.    Post-Game Testing of Game Balls

At the two minute warning in the second half, Johnny Grier contacted alternate officials Blakeman and Prioleau by radio, and asked them to gather both teams' game balls at the end of the game and bring them to the Officials Locker Room.  Blakeman and Prioleau coordinated the collection of the game balls with the ball boys, who they then escorted toward the locker room.

Once the game balls were brought into the dressing room area, four Colts and four Patriots game balls were randomly selected for testing.  Using the same gauges used at halftime (which were retrieved from Anderson's locker, where Blakeman had left them), Blakeman and Prioleau measured the game balls in the same manner as at halftime.  Blakeman recorded the measurements, and the officials signed a document with the recorded measurements once the testing was complete.

CONFIDENTIAL                                                    NFLPA_BRADY001708

The post-game measurements were recorded as follows:[44]

| Patriots Ball | Recorded PSI | Recorded PSI |
|:---:|:---:|:---:|
| 1 | 13.50 | 13.15 |
| 2 | 13.35 | 12.95 |
| 3 | 13.35 | 12.95 |
| 4 | 13.65 | 13.25 |

| Colts Ball | Recorded PSI | Recorded PSI |
|:---:|:---:|:---:|
| 1 | 12.90 | 12.50 |
| 2 | 12.45 | 12.10 |
| 3 | 12.80 | 12.45 |
| 4 | 12.70 | 12.35 |

Before leaving the stadium, Blakeman gave the record of the post-game measurements to Farley. The notes and other documents setting forth the measurements recorded at halftime were all provided to Paul, Weiss in connection with this investigation. Walt Anderson also gave Alberto Riveron his two gauges so that they could be preserved as part of any investigation. As discussed in Section VII.B, the gauges were obtained by Paul, Weiss and have been examined and tested by Exponent.

---

[44] Although these measurements were recorded in conditions similar to those present during halftime, information concerning the timing of these measurements, the pressure levels at which these eight footballs started the second half and the identity of the four Colts footballs tested after the game (specifically, whether they were the same footballs that had been tested at halftime) is significantly less certain than the information about similar issues concerning the pre-game or halftime periods. As a result, our experts concluded that that the post-game measurements did not provide a scientifically reasonable basis on which to conduct a comparative analysis similar to that performed using the pre-game and halftime measurements.

CONFIDENTIAL                                        NFLPA_BRADY001709

At various points in the investigation, counsel for the Patriots questioned the integrity and objectivity of game officials, various NFL executives and certain NFL Security representatives present at the AFC Championship Game or otherwise involved in the investigative process. We found no evidence to substantiate the questions raised by counsel. Specifically, we identified no evidence of any bias or unfairness. We believe that the NFL staff and game officials who participated in the testing of the footballs and the subsequent investigative process acted fairly, properly and responsibly.

**IV.   Communications between Jastremski and McNally Prior to the AFC Championship Game**

Jastremski and McNally have both been employed by the Patriots for over 20 years. Jastremski is currently 35 years old and McNally is 48 years old. Each considers the other to be a "good friend." They see each other on game days, but generally do not otherwise socialize due, in part, to the distance between their homes. Jastremski generally refers to McNally by his nickname, "Bird," and McNally at times refers to Jastremski as "JJ" or "Johnny." Based on our review of data collected from Jastremski's cell phone, it appears that Jastremski and McNally communicate regularly by phone and text message. Jastremski and McNally exchanged hundreds of text messages in the weeks and months leading up to the AFC Championship Game.[45]

---

[45] As noted above, NFL Security retained Renaissance Associates to collect data from the Patriots-issued cell phones of five Patriots employees, including Jastremski, that were provided by the Patriots to Renaissance on January 21 and 22, 2015. During interviews, Jastremski confirmed that the text message and call log information retrieved from his phone appeared to be accurate.

**CONFIDENTIAL**                                    **NFLPA_BRADY001710**

**A.      McNally Labels Himself the Deflator**

On May 9, 2014, during the NFL offseason, McNally and Jastremski exchanged

the following text messages:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 05/09/2014 16:37:16 EDT | Bird[46] (603) 321-xxxx | John Jastremski (508) 958-xxxx | You working |
| 05/09/2014 16:37:53 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | Yup |
| 05/09/2014 16:39:40 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Nice dude....jimmy needs some kicks....lets make a deal.....come on help the deflator |

There is no record of a response from Jastremski to McNally's message at 16:39:40.

Approximately eight minutes later, McNally sent the following message:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 05/09/2014 16:47:15 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Chill buddy im just fuckin with you ....im not going to espn........yet |

These text messages were among those we were unable to discuss with McNally due to the

refusal of counsel for the Patriots to arrange a follow-up interview of McNally.[47]

**B.      Communications About Inflation and Deflation**

**1.      Brady's Dissatisfaction with Game Balls During the Jets Game**

As described in Section II.B.2, during the game between the Patriots and the Jets

on October 16, 2014, Tom Brady complained about the feel and inflation level of the game balls.

---

[46]  Jastremski confirmed that the name "Bird" in his list of contacts refers to Jim McNally.  McNally confirmed that the telephone number listed for "Bird" in Jastremski's phone data is his own cell phone number.  Complete telephone numbers are not reproduced in this Report.  The last four digits have been replaced with "xxxx."

[47]  Our investigation did not discover these messages until after our initial interview with McNally.  In response to our request for a follow-up interview, rather than producing McNally, counsel for the Patriots tried to negotiate terms, requested that interview topics be provided in advance and offered to "consider" the use of written interrogatories, all of which we declined as inappropriate and inconsistent with our reliance on traditional investigative methods.  We reiterated our offer to conduct our follow-up interview of McNally at any time or location convenient to McNally, but counsel for the Patriots refused.

According to Jastremski, while complaining about the balls on the sidelines during the game, Brady made a comment about McNally and referred to the testing of the game balls by the game officials prior to the game.  Jastremski explained that Brady "knows that Jim is the referees locker room attendant," and recalls that Brady said something like, "isn't he in there to make sure the balls are staying where they should be?"  Jastremski said that he mentioned Brady's comment to McNally on the sideline, and that McNally responded "f— Tom."  McNally also recalls Brady being angry about the footballs during the game and expressing frustration about the game officials and their examination of the game balls.  McNally claimed that he viewed Brady's comments as "an attack on me" because McNally was responsible for bringing the game balls to the Officials Locker Room, and interpreted Brady's statements as criticism.

When interviewed, Brady claimed that, prior to the events surrounding the AFC Championship Game, he did not know McNally's name or anything about McNally's game-day responsibilities, including whether McNally had any responsibilities relating to game balls or the game officials.  When asked specifically whether he had spoken with Jastremski about McNally on the night of the Jets game, he stated: "I didn't know who Jim McNally was so I find it hard to believe I could bring that up."  On this point, Brady's statement is inconsistent with Jastremski's statements that Brady knew McNally and made a comment about McNally during the Jets game when complaining about the game balls.  With respect to his complaints about the footballs during the Jets game, Brady remembers being angry and expressing frustration about the balls. Brady recalls telling Jastremski that the game balls "f-ing suck" to express his unhappiness, although he also acknowledged that the game officials were the more appropriate target of his frustration.

CONFIDENTIAL                                           NFLPA_BRADY001712

During halftime of the Jets game, Jastremski exchanged text messages with an unidentified recipient concerning Brady's complaints about the game balls.

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/16/2014 21:51:22 EDT | John Jastremski (508) 958-xxxx | [recovered-19][48] | Tom is acting crazy about balls |
| 10/16/2014 21:51:27 EDT | John Jastremski (508) 958-xxxx | [recovered-19] | Ready to vomit! |
| 10/16/2014 21:53:04 EDT | [recovered-19] | John Jastremski (508) 958-xxxx | K |
| 10/16/2014 21:53:04 EDT | [recovered-19] | John Jastremski (508) 958-xxxx | He saying there not good enough?? |
| 10/16/2014 21:53:58 EDT | John Jastremski (508) 958-xxxx | [recovered-19] | Tell later |

The following morning, Friday October 17, 2014, McNally and Jastremski exchanged the following text messages:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/17/2014[49] 09:05:45 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Tom sucks...im going make that next ball a fuckin balloon |
| 10/17/2014 09:07:08 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | Talked to him last night. He actually brought you up and said you must have a lot of stress trying to get them done... |
| 10/17/2014 09:07:37 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | I told him it was. He was right though... |
| 10/17/2014 09:08:07 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | I checked some of the balls this morn... The refs fucked us...a few of then were at almost 16 |

---

[48]   According to Renaissance, the recipient cannot be identified (and is referenced as recovered-19) because these messages had been deleted, but were still partially recoverable by the forensic tools used to image Jastremski's cell phone.  Although Renaissance was able to retrieve limited information about certain deleted messages from Jastremski's phone, the contact information could not be fully recovered.  In addition, Renaissance was unable to determine with certainty when the recovered messages were deleted or whether there were other relevant deleted messages (i.e., deleted messages that left no recoverable information at all).

[49]   Based on the data collected from Jastremski's phone, McNally's 9:05 a.m. text was the first text message exchange between them in twelve days.  The cell phone data retrieved from Jastremski's phone by Renaissance does not reflect any telephone conversations between Jastremski and McNally during that period.

CONFIDENTIAL                    NFLPA_BRADY001713

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/17/2014 09:08:29 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | They didnt recheck then after they put air in them |
| 10/17/2014 09:16:31 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Fuck tom ...16 is nothing...wait till next sunday |
| 10/17/2014 09:16:52 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | Omg! Spaz |

When interviewed, both Jastremski and McNally stated that McNally's message "Tom sucks...im going make that next ball a fuckin balloon" referenced Brady's conduct during the Jets game.  McNally acknowledged that his use of the word "balloon" referred to a heavily inflated football, but described the message as him "busting nuts on Johnny" because McNally has "no control over those things."

Although McNally's message at 9:05:45 ("Tom sucks...im going make that next ball a fuckin balloon") was obviously a comment about Brady, both Jastremski and McNally claimed that the "him" referenced in Jastremski's 9:07:08 response ("Talked to him last night. He actually brought you up and said you must have a lot of stress trying to get them done...") referred not to Brady but to Jastremski's Friend, and that the subject matter of the communication was McNally's resale of Patriots game tickets.[50]  Jastremski and McNally made the same claim regarding the "him" referenced in Jastremski's 9:07:37 message ("I told him it was. He was right though...").  For the reasons described below, we believe that these claims are implausible and cannot be accepted.

---

[50]   According to McNally, his family has held season tickets for Patriots home games for approximately thirty years.  We understand the seats to be located approximately 15-20 rows up from the field, on or around the fifty-yard line behind the Patriots bench.  When interviewed, McNally said that his sister, who controlled the tickets for the 2014 season, has been diagnosed with an illness, and, as a result, was attending fewer games.  He claimed that she also was failing to arrange for other people to use the tickets, and that he noticed at times during the season that no one was sitting in the seats.  McNally claimed that, in relation to this issue, he and Jastremski discussed Jastremski's Friend, who McNally thought could help him sell his tickets.

78

                     NFLPA_BRADY001714

In our view, the most plausible reading of the text messages exchanged between 9:05:45 and 9:16:52 is that the entire message string relates to Brady's complaints about the game balls, McNally's suggestion that future game balls would be over-inflated, conversations between Jastremski and Brady about the game balls, and Jastremski's confirmation that Brady "was right" that the game balls used during the Jets game were over-inflated. In other words, we believe that the most plausible reading of Jastremski's messages to McNally at 9:07:08 and 9:07:37 is that Jastremski talked to Brady the night of the Jets game, that Brady brought McNally up and said that McNally "must have a lot of stress trying to get them done," and that Jastremski told Brady that "it was" stressful for McNally. Similarly, we believe that the most plausible reading of the messages exchanged between 9:08:07 and 9:16:31 is that Jastremski had checked some of the game balls the morning after the Jets game, that some of the balls were over-inflated, and that McNally's response was, in substance, that Brady should expect the balls to be at an even higher inflation level for the next home game the following Sunday.

We also find implausible the claim by Jastremski and McNally that the statement "He was right" in Jastremski's 9:07:37 message refers to Jastremski's Friend, and not Brady, given the context and Jastremski's text messages earlier that morning to another person that "Tom was right" that game balls used during the Jets game were over-inflated. A further discussion of these messages appears below in Section IV.B.2.

Four days later, on Tuesday, October 21, 2014, McNally and Jastremski exchanged the following messages:

| Date and Time | Sender | Recipient | Message |
| --- | --- | --- | --- |
| 10/21/2014 13:56:13 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Make sure you blow up the ball to look like a rugby ball so tom can get used to it before sunday |
| 10/21/2014 14:05:21 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | Omg |

79

NFLPA_BRADY001715

When interviewed, McNally acknowledged that his reference to "a rugby ball" meant a heavily-inflated football.

On Thursday, October 23, 2014, three days before the Patriots home game that Sunday against the Chicago Bears, Jastremski and McNally exchanged the following messages:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/23/2014 18:47:21 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | Can't wait to give you your needle this week :) |
| 10/23/2014 18:54:40 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Fuck tom....make sure the pump is attached to the needle.....fuckin watermelons coming |
| 10/23/2014 18:56:13 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | So angry |
| 10/23/2014 19:04:42 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | The only thing deflating sun..is his passing rating |

When shown these messages, and asked about the reference to giving McNally his "needle" this week, Jastremski claimed that he was "joking around" with McNally and "busting his balls" because McNally had complained a few times earlier in the season that the air pump and pressure gauge he delivered to the Officials Locker Room only had one needle for the two devices. According to both McNally and Jastremski, McNally had asked Jastremski to provide two needles so that the officials would not need to switch the needle back and forth between the gauge and pump when they inspected the game balls prior to the game. In response to questions, Jastremski said that the joke was that he finally would provide a needle for both the gauge and the pump, and that his text message had nothing to do with the deflation of footballs using a needle. We do not view these explanations as plausible or consistent with common sense. We believe that the most plausible reading of the messages between 18:47:21 and 18:54:40 is a

CONFIDENTIAL                                                      NFLPA_BRADY001716

reference by Jastremski to a "needle" that he will provide to McNally, followed by a response by McNally that he will use the needle to inflate rather than deflate the game balls.

McNally and Jastremski both stated that McNally's comment that "the only thing deflating sun…is his passing rating" also was a joke related to McNally's bruised feelings towards Brady from the Jets game.   We believe that the most plausible interpretation of McNally's message at 19:04:42 is a threat, in the form of a joke, that the game balls for the upcoming game on Sunday against the Bears would not be deflated and only Brady's passer rating would be deflated.   Both McNally and Jastremski rejected this interpretation of the message.  They offered no reasonable alternate explanation for the statement that the "only thing deflating" on Sunday would be Brady's passing rating.

The next day, Friday, October 24, 2014, McNally and Jastremski exchanged the following messages:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/24/2014 16:47:53 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | I have a big needle for u this week |
| 10/24/2014 17:00:59 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Better be surrounded by cash and newkicks....or its a rugby sunday |
| 10/24/2014 17:13:40 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Fuck tom |
| 10/24/2014 17:15:52 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | Maybe u will have some nice size 11s in ur locker |
| 10/24/2014 17:31:07 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Tom must really be working your balls hard this week |

Jastremski characterized his reference to a "big needle" as another joke.  He claimed that there are two sizes of needles and that McNally had made fun of him earlier in the season for providing a smaller needle.  McNally provided a similar explanation.  Jastremski also stated that McNally's references to "cash" and sneakers ("new kicks" and "size 11s") were jokes.

81

Jastremski said that McNally had frequently "busted his chops" asking for sneakers.  McNally acknowledged that the reference to "rugby sunday" was a reference to over-inflated footballs.

In our view, the most plausible reading of this exchange, which clearly was made in a joking tone, is that Jastremski was referring to a "needle" that would be given to McNally for him to use to deflate footballs, followed by McNally's response that unless the needle was "surrounded by cash" and new sneakers, the balls would not be deflated and, instead, would feel like over-inflated "rugby" balls.  McNally and Jastremski denied that their exchange referred, even as a joke, to McNally being provided with a needle by Jastremski so that McNally could deflate Patriots game balls after they were examined by the officials.

On Saturday, October 25, 2014, Jastremski and McNally exchanged the following messages:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/25/2014 15:14:43 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | Size 11? |
| 10/25/2014 15:14:54 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | 2 or 3X? |
| 10/25/2014 16:05:34 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Tom must really be on you |
| 10/25/2014 16:05:39 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | 11 0r 11half......2x unless its tight fitting |
| 10/25/2014 16:06:39 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | Nah. Hasn't even mentioned it, figured u should get something since he gives u nothing |
| 10/25/2014 16:07:12 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | Granted I already left stadium so unless Dave leaves room tomorrow then it'll wait till next week |
| 10/25/2014 16:09:10 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | No prob |

In their interviews, both Jastremski and McNally confirmed that the messages referenced footwear ("Size 11") and clothing sizes ("2 or 3X").  When asked who he was referencing and

   NFLPA_BRADY001718

what he meant by "Nah.  Hasn't even mentioned it," Jastremski said that he was referring to Brady and asking the game officials to keep the Patriots footballs set to 12.5 psi.  McNally said that he understood Jastremski to be referring to Brady and the "big" footballs used during the Jets game.

Jastremski claimed that "he gives u nothing" referred to Dave Schoenfeld, the Equipment Manager for the Patriots, rather than Brady.  We find that explanation implausible.  McNally himself acknowledged that he understood "he gives u nothing" to refer to Brady providing "nothing" to McNally, while Brady had provided items of value to others.  McNally also said that he understood the later reference to "unless Dave leaves the room" to mean that Jastremski did not want Schoenfeld to see Jastremski provide McNally with clothing and sneakers.  Jastremski believes that he gave McNally the requested gear—a hooded sweatshirt and a pair of sneakers—sometime around January 7, 2015, shortly before the divisional playoff game between the Patriots and the Baltimore Ravens.

### 2.    The "Alternate" Explanation Offered by Jastremski and McNally for the October 17 Messages

As noted above, both Jastremski and McNally claimed that Jastremski was referring to Jastremski's Friend and McNally's resale of Patriots tickets when Jastremski responded to McNally's text concerning Brady at 9:07:08 a.m. on October 17, 2014, and wrote "Talked to him last night.  He actually brought you up and said you must have a lot of stress trying to get them done...."  McNally said the "stress" referred to his efforts to get the tickets sold in order to recover his expenses for the seats, a topic that, according to McNally, he and Jastremski talked about a lot.

Jastremski claimed that he and McNally spoke about the resale of tickets on the sidelines during the Jets game, and that Jastremski offered to find out whether JF could help

CONFIDENTIAL                                                          NFLPA_BRADY001719

because he previously had sold Patriots tickets.  When asked what he meant in the message sent at 9:07:37 that "[h]e was right though," Jastremski said that JF told him that it is relatively easy to sell tickets on eBay or StubHub but if the buyer "acts like a total ass, you can lose your season tickets."

At the suggestion of counsel for the Patriots, a telephone interview of JF took place on March 5, 2015.  Although we requested that the interview take place in person, counsel for the Patriots informed us that JF was only able to speak by telephone and would only speak with us on the condition that his identity not be revealed in this Report.  Although we were reluctant to conduct an interview subject to these limitations, we ultimately agreed because it was the only basis on which to obtain access to JF as a witness.

The interview took place during a conference call at Gillette Stadium with counsel for the Patriots participating.  JF stated that he was at his home in Quincy, Massachusetts during the call.  He said that he has known Jastremski since middle school and that they are close friends.  JF said that he had spoken with McNally on one or more occasions and met him at least once.  According to JF, he saw McNally at the Super Bowl in Indianapolis (in February 2012) when they had dinner together with Jastremski, but had not seen or spoken to McNally since that time.  JF said that he slept at Jastremski's house the night of the October 2014 Jets game, and that they spoke for thirty to forty-five minutes after midnight when Jastremski arrived home.  According to JF, Jastremski knew that JF had another friend who has Patriots season tickets and asked what that friend did if he wanted to sell the tickets.  JF said that he told Jastremski that the friend ordinarily does not give away or sell his tickets, but that if he does, he gives them to family members.  JF said that if the people sitting in the seats cause problems, the season ticket-holder can lose the seats permanently and his friend does not want to take that risk.  JF also said

CONFIDENTIAL                                                    NFLPA_BRADY001720

that it was "not a detailed conversation," but that Jastremski mentioned that McNally had tickets and was concerned that they were not always used.  When asked for his understanding of Jastremski's text message to McNally at 9:07:08 on October 17, 2014 ("He actually brought you up and said you must have a lot of stress trying to get them done"), JF stated that he did not have any understanding of the message or to whom it referred.  In response to our requests, JF refused to provide us with any text messages, emails or records of phone calls with Jastremski regarding Patriots game balls or the sale of tickets to Patriots games.

We do not find the information provided by JF about his alleged conversation with Jastremski credible and we do not think it has any bearing on the proper understanding of the October 17 text messages between Jastremski and McNally.  As noted above, we believe that the entire message string between 9:05:45 and 9:16:52 relates to Brady's complaints about the game balls, McNally's suggestion that future game balls would be over-inflated, conversations between Jastremski and Brady about the game balls and Jastremski's confirmation that Brady "was right" that the balls were over-inflated.  Taken in context, we believe that the references to "talked to him," "[h]e actually brought you up and said you must have a lot of stress trying to get them done," "I told him it was," and "[h]e was right though," all refer to Brady.  There is no reference to JF by name or otherwise in these messages.  Further, JF's explanation that his "advice" was sought based on a friend's experience is inconsistent with statements by Jastremski and McNally that JF had personal experience selling tickets and that JF said it was "relatively easy" to sell tickets.

In addition, approximately one hour before the text message exchange with McNally, Jastremski used almost identical language—"Tom was right"—to describe Jastremski's determination that the footballs used during the Jets game were over-inflated, as

85

Brady had said during the game.  Jastremski exchanged the following messages with his fiancée

beginning at 8:04:56 on October 17:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/17/2014 08:04:56 EDT | John Jastremski (508) 958-xxxx | Panda[51] (508) 265-xxxx | Ugh...Tom was right. |
| 10/17/2014 08:05:23 EDT | John Jastremski (508) 958-xxxx | Panda (508) 265-xxxx | I just measured some of the balls. They supposed to be 13 lbs... They were like 16. Felt like bricks |

The likelihood of McNally experiencing stress about the resale of tickets also is

contradicted by other text messages from McNally that describe the possible sale of his tickets

and reflect no stress whatsoever.  On September 30, 2014, McNally exchanged the following

messages with Jastremski about the sale of his Patriots tickets:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 09/30/2014 18:36:17 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Not sure if your interested in buying my 50 yard line seats for your women sunday...just asking....i can just sell them back to the team if not....by the way ....shitty k balls last night |
| 09/30/2014 18:46:09 EDT | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | I probably won't, but I can ask around and let you know |
| 09/30/2014 18:48:53 EDT | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | No prob bud....i can just sell them back and save you any hassle |

McNally's own words, and the fact that the Patriots offer a ticket exchange through which season

ticketholders may permissibly sell their seats to others, is another reason that we find it

implausible that Jastremski was referring to the stress of selling 50-yard line seats to Patriots

games when, in response to a message from McNally expressing anger at Brady and threatening

that McNally would "make" future game balls used by Brady over-inflated like "a fuckin

---

[51]   Jastremski confirmed that "Panda" is the contact name listed in his phone's address book for his fiancée.

CONFIDENTIAL                                         NFLPA_BRADY001722

balloon," Jastremski responded: "Talked to him last night. He actually brought you up and said you must have a lot of stress trying to get them done."[52]

### C.    Additional Deflation Reference by McNally

A text message sent by McNally to Jastremski during a Patriots road game against the Green Bay Packers on November 30, 2014, includes a possible suggestion to "deflate" footballs.  As recovered from Jastremski's cell phone, the message states:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 11/30/2014 18:01:08 EST | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Deflate and give somebody that jkt |

Kickoff for the game was scheduled for 4:25 p.m. EST, so it is likely that the text message was sent at or around halftime.  We planned to discuss this message with McNally during our requested follow-up interview.  As noted above, we were unable to do so because counsel for the Patriots refused to make McNally available.

### D.    McNally Requests and Receives Items
### Autographed by Brady, Sneakers and Apparel

As described above, in January 2015, Jastremski provided McNally with sneakers and certain items of apparel in response to requests from McNally.  Text messages from McNally to Jastremski also reflect requests by McNally for other items or comments that he had not received certain items.  For example, in December 2014, Jastremski and McNally exchanged the following text messages:

---

[52]    As noted above, when asked if he spoke with Jastremski about McNally the night of the Jets game, Brady stated:  "I didn't know who Jim McNally was so I find it hard to believe I could bring that up."  Brady's statement is contradicted by Jastremski's statement during his interview that Brady knew McNally and made a comment about McNally during the Jets game when complaining about the game balls.

87

| Date and Time | Sender | Recipient | Message |
| --- | --- | --- | --- |
| 12/5/2014 19:37:25 EST | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | Big game tonight |
| 12/5/2014 19:39:25 EST | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Tell tom i need courtside |
| | | | |
| 12/10/2014 19:55:42 EST | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Im sure tom put my fresh new uggs in my locker |

McNally described these texts as jokes, which we think is likely the case. Specifically, on December 5, 2014, the Boston Celtics were playing the Los Angeles Lakers in Boston and McNally had been asking Jastremski to get them tickets to a Celtics-Lakers game for years. McNally said the joke was that Brady should get them courtside seats for the game. With regard to the Uggs, McNally said that around the holidays each year Brady gives Uggs footwear to certain Patriots staff members, but that McNally has never received them. He explained that his message was a humorous response to a news report on Brady's distribution of Uggs in 2014.

On Saturday, January 10, 2015, in the Patriots equipment room prior to the divisional playoff game between the Patriots and the Ravens, McNally did receive certain items autographed by Brady. Leading up to that game, McNally and Jastremski discussed that McNally would receive footballs autographed by Brady and other items of value. On January 7, they exchanged the following text messages:

| Date and Time | Sender | Recipient | Message |
| --- | --- | --- | --- |
| 01/07/2015 09:48:03 EST | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Remember to put a couple sweet pig skins ready for tom to sign |
| 01/07/2015 09:48:26 EST | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | U got it kid...big autograph day for you |
| 01/07/2015 09:51:19 EST | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Nice throw some kicks in and make it real special |

88

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 01/07/2015 09:51:44 EST | John Jastremski (508) 958-xxxx | Bird (603) 321-xxxx | It ur lucky. 11? |
| 01/07/2015 10:10:11 EST | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | 11 or 11 and half kid |

Three days later, in the Patriots equipment room and with Jastremski present, Brady autographed two footballs supplied by Jastremski and handed the balls to McNally. McNally understood the balls to be Patriots practice balls.  At that time, Brady also signed a Tom Brady game-worn jersey for McNally.  According to McNally, he had received the jersey years earlier from a former Patriots Equipment Manager.  Jastremski confirmed that Brady autographed the items for McNally around the time that Brady was selecting the game balls to be used during the game against the Ravens.

According to McNally, the jersey autographed by Brady has been framed and now hangs in his house, and the footballs autographed by Brady were placed in display cases and given by McNally to family members as gifts.  McNally claims to have made no efforts to sell the autographed items.

**E.      Items of Value Received by Jastremski from Brady**

Jastremski also has received various items of value from Brady, including in the months before the AFC Championship Game.  Over the years, Brady has recognized Jastremski for his work with occasional tips and other gifts.  In addition to receiving money from a holiday pool organized by Patriots players, Jastremski believes that he received a supplemental tip of $1,500 from Brady during the 2014 holiday season and has received $500 in cash or gift cards from Brady in previous years.

According to Jastremski, he also received from Brady two tickets to a Los Angeles Lakers game when Jastremski visited Los Angeles a few years ago.  Brady vaguely

CONFIDENTIAL                                                       NFLPA_BRADY001725

recalls sending Jastremski "in the right direction" through "a contact of a contact of a contact" for the Lakers tickets, and said that he may have been able to arrange for the tickets for free.

In addition, Brady provided Jastremski with a particularly noteworthy and valuable autograph on or about October 5, 2014, following the Patriots game against the Cincinnati Bengals during which Brady became the sixth quarterback in NFL history to exceed 50,000 career passing yards.  In text messages, Jastremski described a ball autographed for him by Brady after the game as "the ball that was used in the game on the play when he passed" the 50,000 yard mark.  Specifically, Jastremski exchanged the following text messages with his mother on October 8, 2014:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/08/2014 10:23:39 EDT | John Jastremski (508) 958-xxxx | Mom Cell[53] (508) 340-xxxx | Brady passed for 50,000 yards on Sunday for his career... |
| 10/08/2014 10:24:10 EDT | John Jastremski (508) 958-xxxx | Mom Cell (508) 340-xxxx | I took the ball when it happened and had him sign it...looks awesome... |

---

[53]   Jastremski confirmed that "Mom Cell" is the contact name listed in his phone's address book for his mother.

CONFIDENTIAL                                          NFLPA_BRADY001726

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/08/2014<br>10:26:20 EDT | John Jastremski<br>(508) 958-xxxx | Mom Cell<br>(508) 340-xxxx |  |
| 10/08/2014<br>11:19:28 EDT | Mom Cell<br>(508) 340-xxxx | John Jastremski<br>(508) 958-xxxx | I'm sure he will want to keep that one!! |
| 10/08/2014<br>11:21:36 EDT | Mom Cell<br>(508) 340-xxxx | John Jastremski<br>(508) 958-xxxx | He doesn't want it? |
| 10/08/2014<br>11:22:38 EDT | John Jastremski<br>(508) 958-xxxx | Mom Cell<br>(508) 340-xxxx | Nope. Told him I took it for myself and asked him to sign it for me |
| 10/08/2014<br>11:25:52 EDT | Mom Cell<br>(508) 340-xxxx | John Jastremski<br>(508) 958-xxxx | I thought I saw a picture of him on my Facebook getting the game all from belichick after the game? |
| 10/08/2014<br>11:25:52 EDT | Mom Cell<br>(508) 340-xxxx | John Jastremski<br>(508) 958-xxxx | You better consider that your Christmas present!!!! |
| 10/08/2014<br>11:28:25 EDT | John Jastremski<br>(508) 958-xxxx | Mom Cell<br>(508) 340-xxxx | Nope. The balls given after the game are usually not actual game used balls...Kraft grabbed a random one that was in the equipment room bc the game balls were still on the field... |
| 10/08/2014<br>11:28:45 EDT | John Jastremski<br>(508) 958-xxxx | Mom Cell<br>(508) 340-xxxx | This was the ball that was used in the game on the play when he passed it |
| 10/08/2014<br>11:29:07 EDT | Mom Cell<br>(508) 340-xxxx | John Jastremski<br>(508) 958-xxxx | HOLY MOLY!!!!! |

CONFIDENTIAL

NFLPA_BRADY001727

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/08/2014 11:30:36 EDT | Mom Cell (508) 340-xxxx | John Jastremski (508) 958-xxxx | I would put it in a safe deposit box :-) |

Jastremski sent similar text messages that day to his sister, writing that only five other NFL quarterbacks had passed for 50,000 yards and that he "took the ball that [Brady] did it with on that play :)." His sister responded that selling the football could help pay for Jastremski's upcoming honeymoon.

Three days later, on October 11, 2014, the Patriots posted an article on the patriots.com website entitled "Game ball used by Tom Brady when he surpassed 50,000 yards is on display at The Hall." The article stated that "[t]he ball used to surpass the 50,000-yards mark along with the game jersey Brady wore that day are now on display at The Hall at Patriot Place presented by Raytheon." The article also quoted a comment made by Brady during an October 7, 2014 interview on WEEI radio that the ball "should be for Patriots fans to enjoy. It goes down as an individual award, but everyone I've ever played with plays a part of that. That should go to the Patriots Hall of Fame. That should be for the fans to be able to see because we accomplish everything together."[54]

That afternoon, Jastremski exchanged the following text messages with family members:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/11/2014 14:04:33 EDT | John Jastremski (508) 958-xxxx | Jen Cell[55] (508) 612-xxxx | Funny...go to patriots.com. They have an article about the 50,000 yard ball...if they only knew :) |

---

[54] <u>Game ball used by Tom Brady when he surpassed 50,000 yards is on display at The Hall</u>, Patriots.com (Oct. 11, 2014), http://www.patriots.com/news/2014/10/11/game-ball-used-tom-brady-when-he-surpassed-50000-yards-display-hall.

[55] Jastremski confirmed that "Jen Cell" is the contact name listed in his phone's address book for his sister.

CONFIDENTIAL NFLPA_BRADY001728

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/11/2014 14:05:31 EDT | John Jastremski (508) 958-xxxx | Mom Cell (508) 340-xxxx | If u go to patriots.com you should see the article about the 50,000 yard ball. If they only knew :) |

It appears that Jastremski also sent a similar message—subsequently deleted from his phone—to another person, who responded:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 10/11/2014 14:04:55 EDT | [recovered-19] | John Jastremski (508) 958-xxxx | Haha....That is funny! I like how Brady lied on WEEI as well. Ha. Is that the actual Jersey? |
| 10/11/2014 14:05:52 EDT | John Jastremski (508) 958-xxxx | [recovered-19] | Yup, that's the jersey |

When interviewed, Jastremski appeared evasive in response to questions about receiving autographed items from Brady.[56]  Jastremski acknowledged that he asked Brady to autograph a football for him this past season, but when asked whether it was a particular or special football, Jastremski said that it was "just a general" football.  In response to further questions, Jastremski said that he was only guessing that the football had been used in a game, that he did not recall the game in which the football was used, and that the football did "not really" have any special significance.  When asked specifically whether he recalled that Brady crossed the 50,000 yard career milestone in October 2014, Jastremski then acknowledged that the autographed ball "was the 50,000 passing yard ball" and that it was intended to be a "mini-collection item for myself."  When asked to confirm that the ball Brady autographed for him was the actual ball used by Brady to reach the 50,000 yard mark, Jastremski said that it was not the actual ball, but rather another ball used in that game, and that the Director of Security for the

---

[56]   According to Jastremski, although he would like Brady to sign a jersey, he has never asked Brady to do so and does not think people "understand the awkwardness" of asking someone at work for an autograph.  In contrast, Brady said that he signs multiple autographs a day, and did not think that he had ever turned down an autograph request from anyone associated with the Patriots.

CONFIDENTIAL

NFLPA_BRADY001729

Patriots retrieved the actual milestone ball at the game.  When confronted with the messages referenced above, Jastremski said that his statements that the autographed ball was the actual 50,000 yard football were not truthful.  Jastremski said that he could not recall telling Brady that it was the actual 50,000 yard football, but wanted Brady to sign the football "as a 50,000 yard memory."

During his interview, Brady said that he did not recall whether he had signed a ball of significance for Jastremski following the game during which he reached the 50,000 yard milestone.  Brady confirmed, however, that the signature, the number "12," and the inscription "50,000 yards" depicted in the photograph of the ball (as reproduced above) appear to be written in his handwriting.  Brady said that he had "no idea" if that football was the actual milestone football.  Brady also said that he "absolutely" would write "50,000 yards" on a football "if someone asked me to do it," even if it was not the football used to reach the milestone. According to Brady, he will generally include on an autographed item anything requested by the person seeking the autograph.

Although we reach no conclusion on whether the football signed by Brady for Jastremski is the actual football used by Brady to cross the 50,000 yard milestone, it is indisputable that Brady provided Jastremski with a valuable autographed football containing the legend "50,000 yards."[57]  According to Jastremski, he has the autographed and inscribed football at his home, has not attempted to sell the football and has no plans to sell the football.

---

[57]   At the time of this Report, the NFL Shop website offered for sale licensed footballs autographed by Brady, and inscribed by him with "3x SB MVP," "4x Champ," or "SB 49 MVP" for $1,199.95.   See http://www.nflshop.com/Tom_Brady_Gear.

CONFIDENTIAL

NFLPA_BRADY001730

**V.      Initial Investigative Steps and Post-Game Events**

**A.      NFL Security Interviews McNally**

Shortly after the AFC Championship Game ended, and following the post-game pressure measurements described above, members of NFL Security began to consider steps to further investigate the issues that had arisen during the game.  Richard Farley suggested that NFL Security interview McNally because he was believed to be the last person with possession of the game balls before they were distributed to the ball boys.  NFL Director of Investigations John Raucci approached McNally and asked to schedule time to speak the following day, Monday, January 19.  McNally responded that he would be unavailable because he was employed full-time, lived in New Hampshire and would not be back at Gillette Stadium until August 2015 for the first pre-season game.  Following further discussion, McNally agreed to be interviewed that night.  Raucci, Farley and Dan Grossi decided that Farley should not participate in the interview because McNally and Farley had been friendly for many years.  Raucci and Grossi then interviewed McNally in the Officials Locker Room for approximately thirty to forty-five minutes.[58]

Among other things, and as set forth in an NFL Security interview report, McNally told Raucci and Grossi that he was uncertain about why he decided to take the game balls to the field when he did or without an escort.  According to the report, McNally stated that he walked directly to the field and that nothing unusual occurred during the walk from the locker room to the field.  McNally also stated that he knows that Brady prefers game balls inflated to

---

[58]    John Raucci joined the NFL as Director of Investigations in 2012 after a distinguished twenty-five year career with the Federal Bureau of Investigation ("FBI") during which he served as, among other things, Assistant Director, Special Agent in Charge of an FBI Field Office and Section Chief of Security Operations in the Security Division at FBI Headquarters.  Dan Grossi joined the NFL as Director of Event Security in 2011 following a twenty-three year career with the Tampa (Florida) Police Department where he worked as a sergeant and detective.

**CONFIDENTIAL**                                                                                                    **NFLPA_BRADY001731**

12.5 psi, because Brady personally told McNally of his preference.  In addition, McNally told Raucci and Grossi that he had never heard anyone even joke about deflating game balls.

When interviewed in February 2015 by the Paul, Weiss team, McNally denied that he made any of these statements during the interview with Raucci and Grossi, and stated that any report of the interview that included such statements was incorrect and inaccurate.  McNally claimed that the primary topic discussed during the interview was the role of the Patriots ball boys.  In separate interviews with us, Raucci and Grossi each confirmed the accuracy of the statements attributed to McNally in the report of the interview.  We do not credit McNally's claim that he did not make the statements and we fully credit the recollections of Raucci and Grossi.

**B.      McNally Speaks with Schoenfeld and Jastremski**

Around 11:45 p.m., after being interviewed by Raucci and Grossi, McNally spoke briefly with Patriots Equipment Manager Dave Schoenfeld in Schoenfeld's office.  McNally told Schoenfeld that he had spoken with NFL representatives and that they would be contacting Schoenfeld as well.  McNally claimed that he did not tell Schoenfeld what had been discussed during his interview.  Schoenfeld recalls that McNally told him that he had been questioned about his knowledge of or involvement in issues concerning the inflation of Patriots game balls.  Schoenfeld also recalls that McNally told him that he had nothing to do with the inflation or deflation of Patriots game balls and had no idea why the issue had been raised.

McNally left Gillette Stadium shortly after his conversation with Schoenfeld and drove to his home in New Hampshire, a trip that takes approximately 90 minutes.  Based on data extracted from Jastremski's phone, during McNally's drive home, at 12:15 a.m., McNally called Jastremski and had a telephone conversation that lasted 30 minutes and 50 seconds.  Following that phone call, Jastremski exchanged text messages with Brenden Murphy, who had learned

**CONFIDENTIAL**                                                                                      **NFLPA_BRADY001732**

from McNally that his name had been given to NFL Security.  Jastremski then called McNally at 12:57 a.m. and had a call lasting 37 seconds.  McNally called Jastremski again at 1:06 a.m. and had another call that lasted 5 minutes and 44 seconds.

When asked about these phone calls, both McNally and Jastremski said that McNally had called to congratulate Jastremski on the Patriots' victory.  McNally said that he did not recall anything further about what they discussed, including whether he told Jastremski about his meeting with NFL Security.  Jastremski told us that McNally mentioned that he had spoken with NFL personnel for thirty minutes.  According to Jastremski, McNally explained that the conversation "partly" concerned the inflation level of footballs and that NFL Security personnel had also asked about the Patriots ball boys.

### C.   Media Reports

At 9:55 p.m. on January 18, mid-way through the second half of the AFC Championship Game, Bob Kravitz, a columnist for the website for Indiana television station WTHR, published the following on Twitter:  "Breaking: A league source tells me the NFL is investigating the possibility the Patriots deflated footballs Sunday night.  More to come."  Two minutes later, he wrote:  "I'm told at one point the officials took a ball out of play and weighed it.  Should hear more tomorrow on this subject."  At 11:22 p.m., Kravitz posted a link on Twitter that directed viewers to an article on the WTHR website concerning the issue.[59]

Social media spread these reports across the Internet, where they soon came to the attention of the Patriots.  At approximately 1:45 a.m., Berj Najarian, the Patriots Director of Football/Head Coach Administrator, sent Schoenfeld a text message asking if Schoenfeld was

---

[59]   Bob Kravitz, Twitter post, Jan. 18, 2015, 11:22 p.m., https://twitter.com/bkravitz/status/557075486825017344 (linking to Bob Kravitz, "Kravitz: Source says NFL investigating if Patriots deflated footballs in DeflateGate scandal," WTHR.com, updated Jan. 19, 2015, 1:15 a.m., http://www.wthr.com/story/27881499/source-tells-bob-kravitz-that-patriots-may-have-deflated-footballs-against-colts).

CONFIDENTIAL                                              NFLPA_BRADY001733

still awake.  When Schoenfeld responded immediately, Najarian called Schoenfeld and asked if he had seen the coverage on Twitter.  Because both individuals were still at Gillette Stadium, Schoenfeld went to Najarian's office to discuss the issue.  They spoke for approximately five minutes.  Schoenfeld told Najarian that he had no knowledge that the Patriots game balls were deflated.  Schoenfeld also told Najarian that the game balls had not been available at the start of the third quarter, and described his post-halftime conversations with Kensil and Jastremski.  Schoenfeld did not recall whether he told Najarian that McNally had been questioned by NFL Security.[60]

Media coverage of the story intensified over the course of the morning of January 19.  At 2:19 a.m., the NBC Sports Pro Football Talk website posted a story about the Kravitz tweets entitled "Report: NFL looking into whether Patriots 'deflated footballs' in AFC title game."[61]  By 4:00 a.m., Newsday had reported that the NFL was investigating the issue.[62]  These, and other stories, were quickly picked up on Twitter and other social media sites.

When Brady was interviewed early the next morning on the Dennis & Callahan show on WEEI radio—a pre-scheduled, weekly post-game appearance—he was asked to comment on reports that the NFL was investigating whether the Patriots had deflated game balls.  Brady responded that he had not heard about the story and knew nothing about the topic.  He

---

[60]   After the meeting, Schoenfeld sent a text message to Jastremski at approximately 1:55 a.m. and asked if he was still awake.  Jastremski did not respond until the following morning.  Najarian decided not to call Coach Belichick because the reports were merely Internet stories at that point in time.

[61]   Morris Wilkening, "Report: NFL looking into whether Patriots 'deflated footballs' in AFC title game," ProFootballTalk, Jan. 19, 2015, http://profootballtalk.nbcsports.com/2015/01/19/report-nfl-looking-into-whether-patriots-deflated-footballs-in-afc-title-game/.

[62]   Bob Glauber, Twitter post, January 19, 2015, 4:05 AM, https://twitter.com/bobglauber/status/557146827565584384 ("NFL spokesman Michael Signora confirms the NFL is looking into whether footballs were properly inflated in Patriots-Colts game"); see also Newsday Sports, Twitter post, Jan. 19, 2015, 6:25 a.m., https://twitter.com/NewsdaySports/status/557181939866943488 (linking to Bob Glauber, "NFL investigating Patriots for possible deflation of footballs," updated Jan. 20, 2015, 10:29 a.m.).

CONFIDENTIAL                                          NFLPA_BRADY001734

laughed off the allegations, remarking that "I think I've heard it all at this point" and "god, it's ridiculous." Brady later told the national media—and us—that the WEEI interview was the first time he learned that questions had been raised about the inflation level of the Patriots game balls.

Coach Belichick also said that he did not know that questions had been raised prior to hearing reports on the radio during his drive to the stadium on the morning of January 19. Belichick stated that he did not pay attention to the reports until the story continued to grow throughout the day. By that afternoon, Belichick told reporters on a conference call that he had only learned about the issue that day and that he and the Patriots would cooperate with the NFL's investigation.

### D.     Patriots Personnel Begin Asking Questions

After the media reports surfaced and intensified, Schoenfeld and Belichick questioned their direct reports most involved with ball preparation—Jastremski and Brady, respectively—about what each knew and whether either had acted improperly.

Schoenfeld, having already questioned Jastremski during the second half of the AFC Championship Game, questioned Jastremski again on the morning of January 19. Schoenfeld emphasized that the issue was now public and that he therefore needed to know if Jastremski or anyone he knew had deflated the footballs used during the game. Jastremski denied any involvement or knowledge.

On Thursday, January 22, Belichick reportedly discussed these issues for the first time with Brady, shortly before a team meeting. Belichick asked Brady directly whether he had any knowledge about any of the issues raised by the press since the AFC Championship Game. According to Belichick, Brady said "absolutely not." Belichick stated that he then asked if Brady or anyone Brady knew had tampered with or in any way altered the footballs. Brady again denied any knowledge or involvement. Belichick recalled that Brady also explained that once he

**CONFIDENTIAL**                                                                    **NFLPA_BRADY001735**

inspects and approves game balls, those balls are exactly as he likes them and that he would not want anyone to do anything to them after that point.  Belichick believed Brady.  Belichick and Brady attended the team meeting, and Belichick told the team that there was "not one shred of truth" to the deflation allegations.  When given the floor, Brady repeated what he had told Belichick about wanting game balls to be exactly as he approved them.

### E.      The NFL Commences a Formal Investigation and Notifies the Patriots

Shortly after the conclusion of the AFC Championship Game, based on preliminary reports from League personnel who had attended the game and participated in the halftime testing described above, senior League officials concluded that it was necessary and appropriate to conduct a more formal investigation into the circumstances surrounding the use by the Patriots of footballs inflated at below-regulation air pressure levels.  In an effort to notify the Patriots of this decision as soon as possible, Senior Vice President of Football Operations David Gardi prepared a letter that was sent by email to Patriots Owner Robert Kraft, with copies to Patriots President Jonathan Kraft, Coach Belichick, Commissioner Goodell and other League officials, at 11:54 a.m. on January 19.

The letter set forth the applicable provisions of Rule 2 and the 2014 Game Operations Manual and presented a summary of facts that had been gathered by NFL Security and other League personnel the night before, including that the game balls had been inspected at halftime.  The letter stated, in part:

> The inspection, which involved each ball being inspected twice with different gauges, revealed that none of the Patriots' game balls were inflated to the specifications required under Rule 2, Section 1.  In fact, one of the game balls was inflated to 10.1 psi, far below the requirement of 12½ to 13½ psi.  In contrast, each of the Colts' game balls that was inspected met the requirements set forth above.

CONFIDENTIAL                                                          NFLPA_BRADY001736

Gardi did not personally attend the AFC Championship Game (he had been in Seattle for the NFC Championship Game), and drafted the letter based on communications with colleagues with first-hand knowledge of events that had taken place at Gillette Stadium.

In fact, none of the Patriots game balls measured 10.1 psi when they were tested at halftime.  We believe that there was an inadvertent error in communication of the results to Gardi.  The NFL personnel providing the air pressure information to Gardi at the time did not have copies of the documents on which the measurements had been recorded by Richard Farley and were relying on memory alone.  We do not believe that this error raises any doubt about the accuracy of the measurements recorded by Farley or any other relevant issue.  We also note that the statement in the letter about the Colts measurements did not make clear that the Colts game balls inspected met the requirements on at least one of the two gauges used to measure the balls.  In any event, with the knowledge and approval of League staff, we subsequently provided all of the air pressure data to counsel for the Patriots during the course of the investigation subject to a confidentiality commitment.

## VI.   Communications Following the AFC Championship Game

John Jastremski's cell phone records reflect that he stayed in close contact with both McNally and Brady in the days following the AFC Championship Game.  All three claimed during their interviews with us that their communications did not involve (or only briefly touched on) the deflation issues.  The sequence, length and timing of the conversations and text message exchanges raise questions concerning the plausibility of these claims.

### A.   January 19, 2015

Jastremski and Brady spoke to each other on the telephone four times on January 19, for a total of 25 minutes and 2 seconds.  They also exchanged a total of twelve text messages. Jastremski and McNally spoke to each other on the telephone five times after 7:00 a.m. on

CONFIDENTIAL                                                                    NFLPA_BRADY001737

January 19, for a total of 57 minutes and 59 seconds.  McNally also sent Jastremski a text message that day.

## 1.     Jastremski Learns of Early Media Reports and Contacts Brady

Based on his cell phone records, at 7:04 a.m. on January 19, Jastremski visited the NBC Sports Pro Football Talk website and accessed the story that had been posted at 2:19 a.m. concerning the NFL's investigation of the deflation issue.  Although Jastremski did not recall reading the story, he stated that he visited the website often and that his fiancée had mentioned that morning that she had heard about the allegations on either television or the radio.  At 7:25 a.m., after exchanging text messages with Dave Schoenfeld, Jastremski sent Brady a text message asking Brady to call him:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 01/19/2015 07:25:18 EST | John Jastremski (508) 958-xxxx | Tom Brady2[63] (917) 704-xxxx | Call me when you get a second |

Brady called Jastremski less than a minute later, and they spoke for 13 minutes and 4 seconds.

Although Jastremski told NFL Security investigators on January 20, 2015—the day after this phone call with Brady—that he had not discussed the deflation issue with anyone other than McNally, Jastremski acknowledged during his February interview with Paul, Weiss that he discussed the issue with Brady during this call.  Jastremski also said that this was "probably" the only conversation he had with Brady, by phone or in-person, concerning the deflation issue.

---

[63]     Jastremski confirmed that "TomBrady2" is the contact name listed in his phone's address book for Patriots quarterback Tom Brady.  Brady also confirmed the accuracy of his cell phone number in Jastremski's cell phone data.

CONFIDENTIAL                                    NFLPA_BRADY001738

According to Jastremski, his conversation with Brady on the morning of January 19 was not "overly serious."  Jastremski recalls that he was "curious" about the story because he is the individual most responsible for "making" Patriots footballs.  He also explained during his interview that he used the conversation as an opportunity for "semi-busting [Brady's] chops" about Brady's WEEI radio interview that morning, although Jastremski later said that he had not listened to Brady's interview and only heard about it after their conversation.  Jastremski said that McNally's name did not come up during the conversation.

Brady recalls speaking with Jastremski on the morning of January 19, but did not remember "any specifics" of what was discussed beyond that they were trying to figure out the extent of the media coverage and the facts relating to the allegations against the Patriots.  He does not recall what Jastremski told him about what he knew.  The communications between Jastremski and Brady on January 19 appear to be their first cell phone-based communications (phone conversations or text messages) in six months.[64]

**2.      Jastremski Calls McNally after Brady**

Less than six minutes after Jastremski finished his telephone conversation with Brady, he called McNally at 7:45 a.m. on January 19.  This call between McNally and Jastremski lasted 9 minutes and 12 seconds.  Jastremski described this conversation as similar to his call with Brady, stating it was more tied to his "curiosity" about "what the heck is going on."  Jastremski recalls McNally again describing his late night interview with NFL Security and

---

[64]    The most recent previous text message exchange between Jastremski and Brady retrieved from Jastremski's cell phone occurred on July 4, 2014 and Jastremski's call log, which captured telephone calls between Jastremski and others dating back to August 2014, did not include any earlier calls with Brady.  As previously noted, Brady declined to make his cell phone records available for our review.  When interviewed, Jastremski was not sure if he had communicated by phone or text with Brady between July 2014 and December 2014, and estimated that at most they had done so fewer than three times.  Brady did not recall if he had communicated by phone or text message with Jastremski in 2014.

CONFIDENTIAL                                                              NFLPA_BRADY001739

mentioning how it had required him to stay at the stadium a lot longer than he expected after the AFC Championship Game.  Jastremski recalls telling McNally that he had spoken to Brady.

### 3.     Brady Checks in on Jastremski and Asks to Meet in QB Room

Approximately two and a half hours after they first spoke on the morning of January 19, Brady followed-up with Jastremski by text message:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 01/19/2015 09:51:54 EST | Tom Brady2 (917) 704-xxxx | John Jastremski (508) 958-xxxx | You good Jonny boy? |
| 01/19/2015 09:53:27 EST | John Jastremski (508) 958-xxxx | Tom Brady2 (917) 704-xxxx | Still nervous; so far so good though. I'll be alright |
| 01/19/2015 09:54:16 EST | Tom Brady2 (917) 704-xxxx | John Jastremski (508) 958-xxxx | You didn't do anything wrong bud. |
| 01/19/2015 09:55:01 EST | John Jastremski (508) 958-xxxx | Tom Brady2 (917) 704-xxxx | I know; I'll be all good |

When interviewed, Brady recalled that Jastremski had been worried earlier that morning because he was responsible for the preparation of Patriots footballs.  Brady stated that he believed at the time that Jastremski would be asked a lot of questions from within the organization, so he sent these messages to Jastremski to show his support.

Jastremski said that his reference to being "nervous" was "more in the sense of me bustin' [Brady's] balls since I'm associated with making game balls" and being concerned that people would give him "googly eyes" because they thought he was involved in the alleged deflation.  Jastremski said that he was not, in fact, genuinely nervous when he sent these messages.  When asked what he meant by "so far so good," Jastremski stated that "no one had yet been bustin' my balls or giving me looks."

CONFIDENTIAL                                                                    NFLPA_BRADY001740

The text message exchange between Jastremski and Brady continued about one hour later:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 01/19/2015 10:54:40 EST | John Jastremski (508) 958-xxxx | Tom Brady2 (917) 704-xxxx | FYI...Dave will be picking your brain later about it. He's not accusing me, or anyone...trying to get to bottom of it. He knows it's unrealistic you did it yourself... |
| 01/19/2015 10:55:32 EST | John Jastremski (508) 958-xxxx | Tom Brady2 (917) 704-xxxx | Just a heads up |
| 01/19/2015 10:59:32 EST | Tom Brady2 (917) 704-xxxx | John Jastremski (508) 958-xxxx | No worries bud. We are all good |

When asked about his comment that Schoenfeld "knows it's unrealistic you did it yourself," Jastremski claimed that it was a joke because Brady has cameras focused on him during the game. Jastremski denied that the "it" he was referring to in his 10:54:40 message was the deflation of footballs.[65]

Later that day, shortly after 2:30 p.m., Brady sent Jastremski a text message requesting that they meet:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 01/19/2015 14:38:09 EST | Tom Brady2 (917) 704-xxxx | John Jastremski (508) 958-xxxx | Jj are you here? |
| 01/19/2015 14:38:17 EST | John Jastremski (508) 958-xxxx | Tom Brady2 (917) 704-xxxx | Yup |
| 01/19/2015 14:38:34 EST | Tom Brady2 (917) 704-xxxx | John Jastremski (508) 958-xxxx | Come to qb room |

Jastremski acknowledged that in his twenty-year career with the Patriots he had never before met with Brady in the "qb room," which is a room that, according to Brady, serves as his "quasi-office." Jastremski reported that the meeting lasted only a few minutes and that he "walked out a

---

[65]   Schoenfeld reported that Brady called him later that day to say that the story would pass, not to worry about it, and that nothing had happened.

very happy man" because Brady had praised and thanked Jastremski for the preparation of the footballs for the AFC Championship Game.  Jastremski said that they did not discuss anything relating to the deflation of game balls during the meeting.

Brady recalls requesting that Jastremski visit the "qb room" because he was busy preparing for the Super Bowl and wanted to discuss how the game balls would be prepared.  He said that he "loved" the game balls Jastremski prepared for the AFC Championship Game, and that because he was aware that Jastremski would have to prepare many more footballs for the Super Bowl than usual, he wanted to give him sufficient lead time.  He acknowledged that the deflation allegations may have come up during their meeting.

**4.      Jastremski Speaks Again with Both McNally and Brady**

At 3:21 p.m., McNally sent Jastremski the following text message:

| Date and Time | Sender | Recipient | Message |
| --- | --- | --- | --- |
| 01/19/2015 15:21:25 EST | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | Give me call.....I've got a question about your wedding |

Jastremski called McNally less than three minutes later, and they spoke for 7 minutes and 55 seconds.  According to McNally, the conversation involved only planning for Jastremski's upcoming wedding.  McNally claimed that they did not discuss the deflation allegations during this call.  Approximately one hour later, Jastremski called McNally again, and they spoke for 27 minutes and 18 seconds.  McNally acknowledged that the "stuff blowing up" in the media about the AFC Championship Game may have been discussed during this call.

At 5:21 p.m., Brady sent Jastremski the following text message:

| Date and Time | Sender | Recipient | Message |
| --- | --- | --- | --- |
| 01/19/2015 17:21:23 EST | Tom Brady2 (917) 704-xxxx | John Jastremski (508) 958-xxxx | If you get a sec give me a call |

CONFIDENTIAL                                                  NFLPA_BRADY001742

Jastremski called Brady eleven seconds later, and over the course of three calls, they were on the telephone for 11 minutes and 58 seconds:

| Date and Time | Caller | Recipient | Call Duration |
|---|---|---|---|
| 01/19/2015 17:21:34 EST | John Jastremski (508) 958-xxxx | Tom Brady2 (917) 704-xxxx | 00:00:28 |
| 01/19/2015 17:27:06 EST | John Jastremski (508) 958-xxxx | Tom Brady2 (917) 704-xxxx | 00:00:29 |
| 01/19/2015 17:30:03 EST | Tom Brady2 (917) 704-xxxx | John Jastremski (508) 958-xxxx | 00:11:01 |

Brady does not recall what he discussed with Jastremski during these calls, but stated that he was in "Super Bowl mode" and wanted Jastremski to focus on the Super Bowl as well. Brady said that it was "possible" that they also discussed issues relating to the deflation allegations. Jastremski, too, said that these calls concerned Super Bowl football preparation issues, even though he generally discusses ball preparation issues with Brady in person. Jastremski said that there was no discussion of issues relating to the deflation allegations during these calls.

Later that evening, McNally called Jastremski twice and they spoke for 13 minutes and 34 seconds:

| Date and Time | Caller | Recipient | Phone Call Duration |
|---|---|---|---|
| 01/19/2015 19:30:07 EST | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | 00:08:24 |
| 01/19/2015 20:26:14 EST | Bird (603) 321-xxxx | John Jastremski (508) 958-xxxx | 00:05:10 |

Jastremski recalls that McNally gave him a "head's up" that Jastremski's name had come up during McNally's second interview with NFL Security. McNally told us that while he was not

**CONFIDENTIAL**                                                           **NFLPA_BRADY001743**

sure what he discussed with Jastremski during these calls, they "probably" were talking about media coverage of the deflation issues.

### B.   January 20, 2015

Jastremski and Brady spoke to each other twice by telephone on January 20, 2015, for a total of 9 minutes and 55 seconds.   They also exchanged two text messages. Jastremski and McNally spoke to each other on the telephone once on January 20, for a total of 5 minutes and 27 seconds.   McNally and Jastremski did not exchange text messages that day.

### 1.   Jastremski and Brady Continue to Speak by Phone

On the morning of January 20, 2015, Jastremski sent Brady a text message at 7:24 a.m. and again asked Brady to call:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 01/20/2015 07:24:47 EST | John Jastremski (508) 958-xxxx | Tom Brady2 (917) 704-xxxx | Call me when you get a second |

Brady called Jastremski within the hour and they spoke for 6 minutes and 21 seconds. According to Jastremski, this conversation concerned the number of footballs Brady wanted prepared for the Super Bowl, and did not include a discussion of deflation issues.   Brady did not recall what was discussed during this conversation, reporting only that he was generally focused on the Super Bowl and that he was trying to keep Jastremski, who he knew was stressed, similarly focused.

At 5:13 p.m. on January 20, Brady again checked in with Jastremski by text message:

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 01/20/2015 17:13:38 EST | Tom Brady2 (917) 704-xxxx | John Jastremski (508) 958-xxxx | You doing good? |

CONFIDENTIAL                                                          NFLPA_BRADY001744

Jastremski called Brady less than fifteen minutes later and they spoke for 3 minutes and 34 seconds.  Jastremski said that he did not understand Brady's text message to be a reference to the NFL's investigation of the circumstances surrounding the AFC Championship Game, even though Jastremski had been interviewed by NFL Security that afternoon.  Instead, Jastremski said that he understood Brady to be checking in because Brady knew that "it's a pain in the butt" to prepare over fifty footballs for the Super Bowl.  When asked if he told Brady anything about his interview that day, Jastremski said that he mentioned that he had met with two NFL representatives for two hours.  Jastremski said that they did not discuss the substance of his interview.  Brady does not recall what he discussed with Jastremski on this call.

### 2.     Jastremski Calls McNally

Approximately forty minutes later, at 6:11 p.m., Jastremski called McNally and they spoke for 5 minutes and 27 seconds.  Jastremski did not recall what they discussed during this call, but speculated that it may have concerned his wedding.  McNally similarly did not recall the discussion, but thought it "probably" concerned media coverage of the investigation into the footballs used during the AFC Championship Game.

### C.     January 21, 2015

On Wednesday, January 21, 2015, Brady sent Jastremski a text message at 7:27 a.m. asking Jastremski to call him.

| Date and Time | Sender | Recipient | Message |
|---|---|---|---|
| 01/21/2015 07:27:48 EST | Tom Brady2 (917) 704-xxxx | John Jastremski (508) 958-xxxx | Hey bud give me a call when you get a sec |

For the third straight morning, Jastremski and Brady spoke by phone, this time for 13 minutes and 47 seconds, starting at 7:38 a.m.  They spoke again for 7 minutes and 5 seconds at 11:45:16 a.m.

CONFIDENTIAL                                                                    NFLPA_BRADY001745

Jastremski said that he recalled two topics discussed during the first call—how the footballs prepared for the Super Bowl would be used in practice, and Jastremski's wedding. Jastremski said that he was certain they did not discuss the NFL investigation or anything else concerning the deflation issues. Jastremski did not recall what they discussed during the second call. When asked if he remembered discussing the investigation or issues relating to deflated footballs with Brady at any point on January 21, Jastremski remarked that any comments would have been "probably lighthearted humor."

Brady did not remember the specifics of these calls, but similarly thought the first conversation may have concerned the preparation of Super Bowl footballs, including whether to incorporate those balls into practice the following day. He did not have a specific recollection of what was discussed during the second call.

## VII.   Scientific Evidence and Analysis

As noted above, scientific consultants were engaged to assist the investigative team. These consultants included a team from Exponent, one of the leading scientific and engineering consulting firms in the country, and Dr. Daniel R. Marlow, a tenured professor of Physics at Princeton University and former Chairman of the Physics Department. Among other things, we asked our expert consultants to evaluate the data collected on the day of the AFC Championship Game and consider whether it provided a basis to reach any conclusions about the likelihood that the Patriots had or had not tampered with the game balls.

CONFIDENTIAL                                        NFLPA_BRADY001746

Over the course of their work, our expert consultants:

- Conducted a thorough statistical analysis of the data recorded at halftime of the AFC Championship Game;

- Conducted a comprehensive examination, both physical and statistical, of the gauges used to measure the air pressure of the footballs pre-game and at halftime; and

- Evaluated the effects that various usage, physical and environmental factors present on game day would have had on the measured pressure of a football.

Based on their analyses and experiments, our consultants reached the following conclusions, among others:

- The gauges used on the day of the AFC Championship Game appear to have worked reliably and consistently on game day, and the difference in the pressure drops between the teams was not caused by a malfunction of either gauge.

- Basic thermodynamics, including principles such as the Ideal Gas Law, predict that the temperature and pressure inside a football will drop when it is brought from a warmer environment into a colder environment and rise when brought back into a warmer environment.  Such principles, however, cannot account entirely for the magnitude of the drop in air pressure observed in the Patriots game balls when measured at halftime. Specifically, all but three of the Patriots footballs, as measured by both gauges, registered pressure levels lower than the range predicted by the Ideal Gas Law, when applied to the conditions considered most likely to have been present on the day of the AFC Championship Game.

- Based on the starting pressures reported by representatives of each team and by referee Walt Anderson, the Patriots game balls exhibited a greater average pressure drop than did the Colts game balls.  This difference was determined to be statistically significant, regardless of which air pressure gauge was used to test the footballs prior to the game and at halftime.

- When measured at halftime, the Patriots game balls also exhibited a greater standard deviation (or variability) than did the Colts game balls. Subject to the discovery of an as yet unidentified and unexamined factor, the most plausible explanation for the variability of the Patriots halftime measurements is that the eleven footballs measured by the officials at halftime did not all start the game at or near the same pressure, even though they all measured at or near 12.5 psi when inspected by the referee prior to the game.

**CONFIDENTIAL**                                                    NFLPA_BRADY001747

- None of the physical factors tested—including variations in the way a football is used during a game and differences in ball preparation—were found to contribute in any material way to changes in the internal pressure of footballs or the difference in the observed pressure drops between the Patriots and Colts balls when measured at halftime.  In particular, the vigorous rubbing described by Coach Belichick during a January 24 press conference does not explain the reduction in air pressure in the Patriots game balls measured at halftime because the impact such rubbing dissipates within 15-30 minutes, and the rubbing of Patriots game balls was complete more than thirty minutes before they were inspected by the referee prior to the game.

- Based on tests using the most likely game-day conditions and circumstances, and, where possible, setting the experimental parameters to levels that would maximize the possibility of replicating the Patriots halftime measurements, the experiments and simulations failed to explain the halftime measurements recorded for the Patriots game balls.  The only way to reconcile the Patriots halftime measurements with both the Colts halftime measurements and the range of physically plausible pressure levels predicted by the experiments was to set certain experimental parameters—particularly the timing of the halftime testing and the surface condition of the game balls—at levels believed to be unrealistic and unlikely to have been present on the day of the AFC Championship Game.

Our scientific consultants ultimately informed us that the data alone did not provide a basis for them to determine with absolute certainty whether there was or was not tampering.  Based on extensive testing and analysis, however, Exponent concluded that, within the range of game conditions and circumstances most likely to have occurred on game day, they could identify no set of credible physical or environmental factors that completely accounts for the magnitude of the reduction in air pressure of the Patriots footballs or the additional drop in air pressure exhibited by the Patriots game balls, as compared to the drop in air pressure exhibited by the Colts game balls.  Dr. Marlow agreed with this conclusion.  This absence of an explanation based on natural factors tends to support a finding that human intervention may have been a factor.  A summary of the work performed and conclusions reached by the Exponent team is set forth below, and Exponent's full reports on these issues are attached as Appendices 1 and 2.

A.      **Analysis of the Halftime Data**

As a result of exposure to the colder temperature on the field during the first half, the air pressure of all of the game balls tested at halftime decreased from the levels measured prior to the game.  This result is consistent with basic scientific principles, including the Ideal Gas Law, which predicts the proportional change in pressure that is caused by a change in temperature of the gas inside a pressure vessel of fixed volume (such as a football).  According to Exponent, based on the most likely pressure and temperature values for the Patriots game balls on the day of the AFC Championship Game (i.e., a starting pressure of 12.5 psi, a starting temperature of between 67 and 71 degrees and a final temperature of 48 degrees), the Ideal Gas Law predicts that the Patriots balls should have measured between 11.52 and 11.32 psi at the end of the first half, just before they were brought back into the Officials Locker Room.  Most of the individual Patriots measurements recorded at halftime, however, were lower than the range predicted by the Ideal Gas Law.  Indeed, once Exponent converted the game day measurements recorded for each gauge into a corresponding "Master Gauge" pressure (in order to provide for a direct comparison with the results predicted by the calculations), the measurements for all but three of the Patriots game balls, as measured by both gauges, were lower than the range predicted by the Ideal Gas Law.[66]  As a result, Exponent concluded that application of the Ideal Gas Law within the context of the most likely game day conditions cannot account entirely for the pressure drops observed in the Patriots halftime measurements.[67]

---

[66]   In contrast, if one were to use the most likely pressure and temperature values for the Colts game balls on the day of the AFC Championship Game (i.e., a starting pressure of 13.0 psi, a starting temperature of between 67 and 71 degrees and a final temperature of 48 degrees), the Ideal Gas Law predicts that the Colts balls should have measured between 12.00 and 11.80 psi at the end of the first half, just before they were brought back into the Officials Locker Room.  All of the Colts measurements recorded at halftime were above this range, once converted into a corresponding "Master Gauge" pressure, and therefore can be explained by the applicable scientific principles.

[67]   According to Exponent, when applied to the events at issue, the Ideal Gas Law effectively predicts the minimum pressure that would have been achieved once the game balls reached equilibrium with the colder field

113

During its analysis of the halftime data, Exponent also identified an apparent difference in the magnitude of the reduction in average air pressure between the Patriots and Colts game balls when measured at halftime.   When compared to the reported pre-game pressures of 12.5 psi and 13.0 psi, respectively, the average pressure drop of the Patriots game balls exceeded the average pressure drop of the Colts balls by 0.45 to 1.02 psi, depending on various assumptions regarding the gauges used.   According to both Exponent and Dr. Marlow, the difference in the average pressure drops between the Patriots and Colts footballs is statistically significant.[68]   This conclusion was consistent regardless of the assumptions made as to which of the two gauges was used to measure the game balls prior to the game and at halftime. In all scenarios considered, Exponent determined that the additional reduction in air pressure exhibited by the Patriots game balls was unlikely to have occurred by chance.   In fact, when the halftime measurements are attributed to the gauges most likely to have generated those measurements, there is only a 0.4% likelihood—a fraction of one percent—that the difference in average pressure drops between the teams occurred by chance.[69]

---

temperature.  While measurements above the predicted levels can be accounted for by basic thermodynamics (because the halftime measurements were taken inside the Officials Locker Room at a temperature above the 48 degree equilibrium temperature used for the calculations, and the pressure of each ball would have risen as the balls warmed up), measurements below those levels cannot be explained by the Ideal Gas Law alone.  In addition, the Ideal Gas Law fails to account for the transient nature of the halftime testing, which took place after the game balls had been moved back into the warmer Officials Locker Room but before they equilibrated with the locker room temperature.

[68]   As discussed in Appendix 1, the data analysis conducted to reach this conclusion took into account the difference in the sample size of measurements recorded for each team (22 measurements for the Patriots and 8 or 6 measurements for the Colts, depending on the scenario analyzed).

[69]   Exponent's conclusion was also consistent if the initial starting pressure for the Colts balls was assumed to be 13.1 psi rather than 13.0 psi.  In the interests of completeness, Exponent conducted the same statistical analysis using a starting pressure of 13.1 psi for the Colts balls, and reached the same conclusion as to statistical significance.  For example, when the halftime measurements are attributed to the gauges most likely to have generated those measurements and assuming the increased Colts starting pressure, there was only a 1% likelihood that the difference in average pressure drops between the teams occurred by chance.  The details of Exponent's statistical analysis are set forth in Appendix 1.

114

Exponent and Dr. Marlow also observed a difference in the variability of the measurements taken at halftime. Specifically, the standard deviation for the Patriots measurements from the average Patriots measurement was 0.41 psi and 0.40 psi and the standard deviation for the Colts measurements from the average Colts measurement was 0.16 psi and 0.14 psi, when measured with the Logo and Non-Logo Gauges, respectively. Although our experts determined that the difference between the variability of the halftime measurements of the Patriots and Colts footballs was not statistically significant, they drew certain conclusions on variability when the data was considered in the context of the experimental results. Specifically, the fluctuations observed between the halftime measurements of Patriots game balls taken in close time proximity to each other (e.g., the difference between the pressures measured for the first and second football tested, the second and third football tested, etc.) exceeded in magnitude the fluctuations between measurements observed during their experiments. Exponent concluded that, subject to the discovery of an as yet unidentified and unexamined factor, the most plausible explanation for the variability of the Patriots halftime measurements is that the eleven footballs measured by the officials at halftime did not all start the game at or near the same pressure, even though they all measured at or near 12.5 psi when inspected by the referee prior to the game.

### B.    Experiments and Game Day Simulations

Having determined that the difference in average pressure drops between the Patriots and Colts footballs was statistically significant, Exponent designed a series of tests to determine whether that difference could be explained by physical or environmental factors, or whether there was a basis to conclude that it was more likely that human intervention was a contributing factor. Exponent also designed tests to evaluate the reliability of the gauges used by the game officials.

115

Based on extensive testing, Exponent concluded that the gauges used on the day of the AFC Championship Game appear to have worked reliably and consistently, and that the difference in the pressure drops between the teams was not caused by a malfunction of either gauge. In particular, Exponent determined that both gauges would have read consistently and with good repeatability when used in the range of temperatures to which they were exposed in the Officials Locker Room and when used to measure a range of pressures that includes those measured on the day of the AFC Championship Game. Exponent concluded that it was unlikely that the measurements recorded at halftime—and therefore the measured differences in pressure drops between the Patriots and Colts balls—were affected by the battery charge on either gauge or by "human factors" (i.e., variability caused by the particular individual who used the gauge).

In addition, Exponent determined that when the Logo and Non-Logo Gauges measure an identical pressure, different readings are produced. According to Exponent, the Logo Gauge produced readings that were generally in the range of 0.3-0.4 psi higher than the Non-Logo Gauge. However, for a given set of measurements, the differential between the gauges generally remained consistent when compared to a calibrated gauge. In other words, in the short term, both the Logo Gauge and Non-Logo Gauge read consistently, though differently from each other. Exponent's experimental results were aligned with the measurements recorded at halftime, which indicated a consistent gauge-to-gauge differential of 0.3-0.45 psi. Exponent relied upon this information, as well as the fact that during the testing the Non-Logo Gauge never produced a reading higher than the Logo Gauge, to conclude that Walt Anderson most likely used the Non-Logo Gauge to inspect the game balls prior to the game, that Clete Blakeman most likely used the Non-Logo Gauge and Dyrol Prioleau most likely used the Logo

116

NFLPA_BRADY001752

Gauge to test the Patriots game balls at halftime, and that the game officials most likely switched gauges before measuring the Colts balls at halftime (with the one anomaly described above).

On the basis of experiments designed to evaluate the impact of a variety of physical factors on the air pressure of footballs, Exponent ruled out as factors that contributed to the difference in the observed pressure drops variations in the way a football is used (i.e., the amount of impact a football has sustained) and differences in ball preparation, as discussed below. Among other things, Exponent also ruled out as factors that impact air pressure levels the repeated insertion of an inflation needle or gauge, the natural leak rate of properly functioning footballs and the relative humidity of the air in the rooms in which the footballs were inflated. None of the physical factors tested by Exponent, at the levels applicable on the day of the AFC Championship Game, were found to contribute in any material way to changes in the internal pressure of footballs or the difference in the observed pressure drops between the Patriots and Colts balls when measured at halftime.

Exponent also conducted experiments and game-day simulations to evaluate the impact of certain environmental factors on the air pressure of footballs. In these experiments, the Colts footballs and the Colts halftime measurements were used as a "control" group because there was no plausible basis on which to believe there had been tampering with the Colts balls. Based on the assumption that the Colts halftime measurements were the result only of natural conditions, Exponent could align the parameters of the experiments to achieve measurements for the Colts balls that were consistent with those taken on the day of the AFC Championship Game and concurrently assess what the Patriots measurements would be under the same conditions. Doing so allowed Exponent to assess the physical plausibility of the Patriots measurements recorded on game day.

117

According to Exponent, the environmental conditions with the most significant impact on the halftime measurements were the temperature in the Officials Locker Room when the game balls were tested prior to the game and at halftime, the temperature on the field during the first half of the game, the amount of time elapsed between when the game balls were brought back to the Officials Locker Room at halftime and when they were tested, and whether the game balls were wet or dry when they were tested.  Within the range of conditions most likely to have occurred on game day, and, where possible, setting the experimental parameters to levels that would maximize the possibility of replicating the Patriots halftime measurements, Exponent concluded that the Colts halftime measurements were explainable by physical and environmental factors alone, but that the experiments and simulations failed to explain the halftime measurements recorded for the Patriots game balls.  When tests were run using the most likely game-day conditions and circumstances, the average Patriots measurements recorded at halftime were lower than the lowest average pressures attained by the simulations.[70]  The only way that Exponent could reconcile the Patriots halftime measurements with both the Colts halftime measurements and the range of physically plausible pressure levels predicted by the experiments was to set certain experimental parameters—particularly the timing of the halftime testing and

---

[70]   In reaching these conclusions, Exponent attempted to control for variations in the thermal histories, and thus pressures, of the Patriots and Colts footballs.  Specifically, Exponent recognized that differences in the way each team's footballs were used or handled on the sideline during the game might affect the halftime measurements.  To evaluate the potential impact of these factors, and based on information developed by Paul, Weiss during the investigation regarding the procedures used by each team's ball boys during the game, Exponent performed a simulation in which individuals acted as "ball boys," and followed the described procedures while concurrently using a telecast of the AFC Championship Game to guide a complete reenactment of the first half.  The entire "ball boy simulation" took place inside a temperature-controlled chamber set to field conditions.  Exponent concluded that there was no observable difference in the results generated by this simulation and those simulations that were performed without "ball boys," a finding consistent with the conclusion discussed above that variations in game use do not affect the internal pressure of footballs.  In addition, the Patriots have suggested that the proximity of Colts ball boys to sideline heaters used during the AFC Championship Game may have impacted the temperature, and thus the pressure, of the Colts game balls when tested at halftime.  We determined, however, that the Colts ball boys were not standing in close proximity to the heaters during the first half, and therefore the footballs in their possession were not likely to have been affected by the heaters.

CONFIDENTIAL                                                              NFLPA_BRADY001754

the surface condition of the game balls—at levels believed to be unrealistic and unlikely to have been present on the day of the AFC Championship Game.

###### C.   Consideration of Statements Made and Experiments Conducted by the Patriots

Exponent also was asked to consider explanations offered by the Patriots for the pressure drop in the Patriots game balls observed at halftime, particularly the impact of vigorous rubbing or "gloving" on the internal air pressure of footballs.

The potential impact of "gloving" was discussed publicly by the Patriots during a press conference given by Coach Belichick on January 24, 2015.  During that press conference, Belichick explained that the Patriots believe that the "gloving" process used to prepare their game balls prior to the AFC Championship Game impacted the air pressure and internal equilibrium of the footballs in a way that contributed to the reduction in pressure measured at halftime.  Specifically, he described the results of an experiment conducted by Patriots equipment personnel after the AFC Championship Game to simulate game day conditions, including "gloving" footballs and placing them in cold temperatures, and then testing the impact of those conditions on air pressure.

According to Belichick, the Patriots found that the rubbing process "raises the PSI approximately one pound," and affects the internal equilibrium of the footballs.  He estimated that once the footballs returned to their equilibrium state, the pressure decreased approximately 1.0 psi.  Based on the results of the Patriots' experiment, Belichick concluded that "[i]f there's activity in the football relative to the rubbing process, I think that explains why when we gave them to the officials and the officials put it at, let's say 12.5, if that's in fact what they did, that once the football reached its equilibrium state, it was probably closer to 11.5."

**CONFIDENTIAL**                                    **NFLPA_BRADY001755**

To test these assertions, Exponent rubbed footballs vigorously using gloves similar to those reportedly used by the Patriots pre-game.  After about 20 minutes of rubbing, the pressure increased in a given ball by approximately 0.7 psi.  Exponent observed, however, that the impact on air pressure dissipated between fifteen and thirty minutes after the cessation of the rubbing, when the football returned to its starting pressure.  A "rubbed" football would, therefore, generate the "artificially high" reading described by Belichick only within the fifteen-minute to thirty-minute window after the cessation of the rubbing.  However, on the day of the AFC Championship Game, the rubbing of Patriots game balls was complete prior to 2:50 p.m., when Jim McNally delivered the game balls to the Officials Locker Room.  (Indeed, the preparation of most of the Patriots game balls was complete by approximately 12:30 p.m., when Tom Brady first inspected them, and the preparation of the balance of the game balls was complete by approximately 2:30 p.m., when Brady provided his final approval.)  Walt Anderson did not inspect the Patriots game balls until approximately 3:45 p.m., more than thirty minutes after the balls were delivered to the Officials Locker Room, and when he did, he found them to be set at or near 12.5 psi, neither artificially high (as they would have been if still subject to the effects of gloving) nor artificially low (as they would have been once, according to Belichick, they reached equilibrium after the gloving).  Accordingly, based on the chronology of events on the day of the AFC Championship Game, Exponent ruled out the impact of vigorous rubbing as an explanation for the reduction in air pressure in the Patriots game balls measured at halftime.[71]

---

[71] As part of its work, Exponent also considered other elements of the football preparation process used by both the Patriots and the Colts, including the potential impact of those processes on a given football's pressure level. Exponent concluded that none of the preparatory steps taken by either team (apart from vigorous rubbing, which has a temporary effect only) significantly affects air pressure levels or a football's response to temperature changes.  Nevertheless, to eliminate the chance (however small) that differences in preparation methods might affect the results of their experiments, or might have affected the integrity or permeability of the footballs used during the AFC Championship Game, Exponent primarily used footballs prepared by the Patriots and Colts in conducting its experiments.

CONFIDENTIAL                    NFLPA_BRADY001756

**D.      Tests on the Time Needed to Deflate Footballs with a Needle**

Exponent also was asked to investigate how quickly an individual can partially deflate thirteen footballs in a ball bag using a sports ball inflation needle, if that individual has some experience performing that task.   Exponent's full report on this issue is attached as Appendix 2.

Based on a series of simulations, Exponent determined that thirteen footballs could be readily deflated using a needle in well under one minute and forty seconds.[72] Specifically, Exponent concluded that with only a single practice run, it is possible for an individual using a standard sports ball inflation needle to perform the following tasks in approximately 60-70 seconds:  open a door and enter a room, close the door, open a zippered ball bag similar to that used by the Patriots on the day of the AFC Championship Game filled with thirteen footballs, insert the needle into each football in order to release a small amount of air, close the bag, and exit the room through the door.

Based on Exponent's results, we conclude that the time Jim McNally spent in the tunnel bathroom during his walk from the Officials Locker Room to the field on the day of the AFC Championship Game was a sufficient period to deflate thirteen footballs using a needle.

**VIII.  Conclusions Regarding the Game Balls Used by the Patriots in the AFC Championship Game**

Based on the evidence developed in connection with the investigation and summarized in this Report, we have concluded that it is more probable than not that New England Patriots personnel participated in violations of the NFL Playing Rules and were involved in a deliberate attempt to circumvent those rules.  In particular, we conclude that it is

---

[72]   Exponent was asked to conduct this experiment using thirteen footballs because, as described above in Section III.C, we believe that the Patriots game ball bag initially contained thirteen footballs on the day of the AFC Championship Game.

CONFIDENTIAL                                                    NFLPA_BRADY001757

more probable than not that Jim McNally and John Jastremski participated in a deliberate plan to circumvent the rules by releasing air from Patriots game balls after the examination of the footballs by NFL game officials at the AFC Championship Game. We believe that McNally and Jastremski were aware that the inflation level of the Patriots game balls following pre-game inspection by the game officials would be approximately 12.5 psi and planned for McNally to deflate the balls below that level following the pre-game inspection using a needle provided by Jastremski. Based on the evidence, we also have concluded that it is more probable than not that Tom Brady was at least generally aware of the inappropriate activities of McNally and Jastremski involving the release of air from Patriots game balls.[73]

We do not believe that the evidence establishes that any other Patriots personnel participated in or had knowledge of the violation of the Playing Rules or the deliberate effort to circumvent the rules described above. In particular, we do not believe there was any wrongdoing or knowledge of wrongdoing by Patriots ownership, Head Coach Belichick or any other Patriots coach in the matters investigated. We also do not believe there was any wrongdoing or knowledge of wrongdoing by Patriots Head Equipment Manager Dave Schoenfeld.

In reaching these conclusions, we have relied on, among other things, the following:

- The text messages between McNally and Jastremski discussing:

  - The inflation level of Patriots footballs and McNally's impact on the inflation level of the balls ("im going make that next ball a fuckin balloon"; "Make sure you blow up the ball to look like a

---

[73]   We were not asked by the NFL to investigate the potential competitive impact of the deflation of Patriots game balls and, therefore, do not make any findings or reach any conclusions on that issue. Nevertheless, we note that Brady's performance in the second half of the AFC Championship Game—after the Patriots game balls were re-inflated—improved as compared to his performance in the first half. Specifically, in the first half, he completed 11 of 21 passes for 95 yards and one touchdown, and in the second half, he completed 12 of 14 passes for 131 yards and two touchdowns.

CONFIDENTIAL NFLPA_BRADY001758

rugby ball so tom can get used to it before Sunday"; "16 is nothing...wait till next sunday");

- Jastremski's plan to provide McNally with a "needle" for use by McNally ("Can't wait to give you your needle this week :)"; "Fuck tom....make sure the pump is attached to the needle.....fuckin watermelons coming");

- McNally's request that the "needle" be surrounded by cash and new sneakers and other items of value to be received by McNally ("Better be surrounded by cash and newkicks....or its a rugby sunday"; "Maybe u will have some nice size 11s in ur locker"; "Remember to put a couple sweet pig skins ready for tom to sign"; "U got it kid...big autograph day for you"; "Nice throw some kicks in and make it real special");

- McNally's references to Brady as the catalyst for Jastremski's offers of sneakers and clothing ("Tom must really be working your balls hard this week"; "Tom must really be on you"); and

- That game balls for a Sunday game would not be deflated because of anger at Brady ("The only thing deflating sun..is his passing rating").

- Text messages most plausibly read as describing a conversation between Jastremski and Brady during which Brady mentioned McNally and said that McNally must have "a lot of stress" trying to get the footballs "done" ("Talked to him last night. He actually brought you up and said you must have a lot of stress trying to get them done...").

- Text messages from McNally referring to himself as the "deflator" and stating that he was "not going to espn……..yet" ("jimmy needs some kicks....lets make a deal.....come on help the deflator"; "Chill buddy im just fuckin with you ....im not going to espn........yet").

- McNally's knowledge that Brady prefers footballs inflated at the low end of the permissible range and his express request that the referee set the balls at a 12.5 psi level.

- Referee Walt Anderson's inability to locate the game balls at the start of the game (for the first time in nineteen years) and the breach in standard pre-game procedure when McNally removed the game balls from the Officials Locker Room without the permission of the referee or other game officials.

- The crowded state of the Officials Locker Room on the day of the AFC Championship Game, limiting the opportunity for McNally to be alone

CONFIDENTIAL                                    NFLPA_BRADY001759

with the game balls in the Officials Locker Room while the game officials were on the field for pre-game warm-ups.

- McNally bringing the game balls into the bathroom during his walk from the Officials Locker Room to the field, locking the door and remaining inside the bathroom with the game balls for approximately one minute and forty seconds, an amount of time sufficient to deflate thirteen footballs using a needle.

- McNally's failure to mention taking the balls into the bathroom in his initial interview with NFL Security and his subsequent varying explanations for the bathroom stop and decision not to utilize readily available bathroom facilities in the Officials Locker Room and the adjacent Chain Gang Room.

- McNally's receipt on January 10, 2015, in the Patriots equipment room with both Brady and Jastremski present, of two footballs autographed by Brady and Brady's autograph on a game-worn jersey, and Jastremski's receipt earlier in the season of a particularly valuable autograph from Brady.

- The timing and frequency of the telephone communications between Jastremski and McNally, as well as Jastremski and Brady immediately after suspicions of ball tampering were raised by NFL Security and in media reports.

Our conclusion that it is more probable than not that McNally and Jastremski participated in a deliberate effort to release air from Patriots game balls after the balls were tested by the game officials is significantly influenced by the substantial number of communications and events consistent with such a finding, including that the same person (McNally) referred to himself as the "deflator" and stated that he was "not going to espn……..yet," was involved in a series of communications about his impact on the inflation-level of Patriots game balls and using a "needle" surrounded by cash and sneakers (when his legitimate responsibilities as a locker room attendant did not involve the preparation, inflation or deflation of footballs), violated standard pre-game procedure by removing the game balls from the Officials Locker Room without permission of the game officials, brought the game balls into a bathroom before the game (for a period long enough to deflate them), and received valuable items autographed by

124

Tom Brady the week before the AFC Championship Game.  Similarly, the evidence establishes that John Jastremski knew that McNally had referred to himself as the "deflator" and stated that he was "not going to espn……..yet," was involved personally in a series of communications with McNally about the inflation and deflation of footballs using a "needle" and providing McNally with a "needle," was involved in providing McNally with items of value, and had himself received a particularly valuable autograph from Brady earlier in the season.  In addition, Jastremski spoke with McNally almost immediately when suspicions first arose (speaking by telephone three times in the hours after the game for a total of 37 minutes and 11 seconds) and communicated with Brady by telephone or text message with significantly increased frequency in the following days, as described below.

Indeed, in our view, a contrary conclusion requires the acceptance of an implausible number of communications and events as benign coincidences.  Although we believe that a number of the communications between Jastremski and McNally were attempts at humor, based on the evidence and the communications in their entirety, we believe that McNally and Jastremski were joking about events in which they were actually participating that involved the deflation of footballs in violation of the Playing Rules.

When interviewed, McNally claimed, among other things, that he brings game balls to the field when he deems fit, that he generally does not receive permission from or inform the game officials before leaving the Officials Locker Room and taking game balls to the field and that he often has taken game balls into the tunnel bathroom near the entrance to the playing field.  We do not find these claims plausible and they were contradicted by other evidence developed during the investigation.  Counsel for the Patriots also contended that the text messages between McNally and Jastremski referring to the inflation levels of footballs and

125

                                             **NFLPA_BRADY001761**

related topics were not serious and should be seen as nothing more than attempts at humor and hyperbole. We also find these claims not plausible. As noted above, we believe that although a number of the communications between McNally and Jastremski were attempts at humor, McNally and Jastremski were making jokes based on actual events.

Our conclusions with respect to Tom Brady also are based on an analysis of the substantial and credible evidence. The evidence does not allow us to reach conclusions as to when McNally and Jastremski began their efforts to release air from Patriots game balls on game day (although McNally referred to himself as "the deflator" prior to the start of the 2014-15 season), exactly how long those efforts have been ongoing, how frequently they occurred, how the idea originated or the full scope of communications related to those efforts. We also note that there is less direct evidence linking Brady to tampering activities than either McNally or Jastremski. We nevertheless believe, based on the totality of the evidence, that it is more probable than not that Brady was at least generally aware of the inappropriate activities of McNally and Jastremski involving the release of air from Patriots game balls. Evidence of Brady's awareness appears in text communications between McNally and Jastremski. For example, in text messages exchanged with McNally in October 2014 discussing Brady's unhappiness with the inflation level of Patriots game balls, Jastremski told McNally that "[h]e actually brought you up" and "said you must have a lot of stress trying to get them done." In relevant part, the text message exchange stated:

|  |  |
|---|---|
| McNally: | Tom sucks...im going make that next ball a fuckin balloon |
| Jastremski: | Talked to him last night. He actually brought you up and said you must have a lot of stress trying to get them done... |
| Jastremski: | I told him it was. He was right though... |
| Jastremski: | I checked some of the balls this morn... The refs fucked us...a few of then were at almost 16 |

**CONFIDENTIAL**                                                    **NFLPA_BRADY001762**

As discussed above, we believe that the most plausible reading of this exchange, based on context and the evidence, is that Brady "brought up" McNally, told Jastremski that McNally "must have a lot of stress trying" to get the footballs "done" and that Jastremski told Brady that it was stressful for McNally.   Jastremski's text message thus attributes to Brady knowledge of McNally's efforts to get the footballs "done" and the stress involved.[74]   We reject as implausible the reading offered by Jastremski, McNally and counsel for the Patriots that portions of this exchange refer to Jastremski's Friend rather than to Brady.

Moreover, taking the text messages as a whole, Brady is a constant reference point in the discussions between McNally and Jastremski about inflation, deflation, needles and items to be received by McNally.  In response to Jastremski's offers of sneakers and clothing, for example, McNally identifies Brady as the catalyst for those offers ("Tom must really be working your balls hard this week"; "Tom must really be on you").  And unhappiness with Brady is referenced by McNally as a reason for using the "needle" to inflate rather than deflate footballs ("Fuck tom....make sure the pump is attached to the needle.....fuckin watermelons coming").  Brady is thus central to the discussions of inflation and deflation in the text messages.

Additional evidence of Brady's awareness includes a material increase in the frequency of telephone and text communications between Brady and Jastremski shortly after suspicions of ball tampering became public on January 19 suggests that Brady was closely monitoring Jastremski.  After not communicating by telephone or text for more than six months (according to data retrieved from Jastremski's cell phone), Brady and Jastremski spoke twice by telephone on January 19 (calls lasting a total of 25 minutes and 2 seconds), twice on January 20 (calls lasting a total of 9 minutes and 55 seconds) and twice on January 21 (calls lasting a total of

---

[74]   We note that Jastremski's statements to McNally concerning Brady are in the nature of statements made by a co-conspirator during and in furtherance of a conspiracy, which would be admissible under Rule 801(d)(2)(E) of the Federal Rules of Evidence.

**CONFIDENTIAL**                                                                              **NFLPA_BRADY001763**

20 minutes and 52 seconds) before Jastremski surrendered his cell phone to the Patriots later that day for forensic imaging.   These calls included conversations relatively early during the mornings of January 19 (7:26 a.m. for 13 minutes and 4 seconds), January 20 (8:22 a.m. for 6 minutes and 21 seconds) and January 21 (7:38 a.m. for 13 minutes and 47 seconds).   Brady also took the unprecedented step of inviting Jastremski to the QB room in Gillette Stadium on January 19 for the first and only time that Jastremski can recall during his twenty-year career with the Patriots, and Brady sent Jastremski text messages seemingly designed to calm Jastremski ("You good Jonny boy?"; "You doing good?").   For his part, Jastremski sent Brady text messages confirming that he was okay ("Still nervous; so far so good though") and cautioning Brady about questioning ("FYI...Dave will be picking your brain later about it. He's not accusing me, or anyone...trying to get to bottom of it. He knows it's unrealistic you did it yourself...").

        In addition, we believe it is unlikely that an equipment assistant and a locker room attendant would deflate game balls without Brady's knowledge and approval.   Based on our interviews and assessment of McNally and Jastremski, we also do not believe that they would personally and unilaterally engage in such conduct in the absence of Brady's awareness and consent.   Brady himself appeared to recognize during a nationally-televised interview that it was unlikely that equipment personnel or others would deflate footballs unless they believed it was what Brady wanted.   A transcript of an interview of Brady by Bob Costas telecast on February 1, 2015 contains the following exchange:

> Costas:        Another question frequently asked, whether it be an equipment guy, a ball boy — whatever — hard to believe that that person wouldn't deflate the ball beneath 12.5, the minimum allowable, without at least having the notion that that's how Tom Brady wants it, whether you told him that or not.  Is that a fair assumption?

CONFIDENTIAL                                                    NFLPA_BRADY001764

Brady:          Absolutely, I think that's — absolutely — you know, I could understand why people feel that way.  You know, there's an investigation going on.  I'm sure all the things will come out.  It's been a lot of speculation.  And I think that's what led to my hurt feelings.  You know, hopefully the facts come out.  And — you know, we understand that — you know, whatever happened, happened.  And you know, it's not going to have an effect on this game.  And you know, we can move forward.

Further, Brady has acknowledged publicly that he likes game balls inflated at the low end of the permissible range.  The inflation level of game balls clearly is important to Brady as demonstrated by his reactions when he believed that game balls were inflated at an undesirable level.  Brady personally was involved in the 2006 rule change that allowed each visiting team to supply its own game balls in accordance with the preferences of its quarterback, and it is reasonable to infer that during the process of advocating that rule change, Brady was likely to be (or become) familiar with the NFL rules regarding game balls, including the 12.5 psi minimum inflation level, although Brady denies having been aware of Rule 2 or the minimum inflation level until 2014 (despite approximately fourteen years as an NFL quarterback).

During his interview, Brady denied any knowledge of or involvement in any efforts to deflate game balls after the pre-game inspection by the game officials.  He claimed that prior to the events surrounding the AFC Championship Game, he did not know McNally's name or anything about McNally's game-day responsibilities, including whether McNally had any role relating to game balls or the game officials.  We found these claims not plausible and contradicted by other evidence.  In fact, during his interview, Jastremski acknowledged that Brady knew McNally and McNally's role as Officials Locker Room attendant.  Similarly, McNally told NFL Security that he had been personally told by Brady of Brady's inflation level preference.

129

As discussed above, Brady's refusal to provide us with his own emails, text messages and phone records on relevant topics, in response to our narrowly tailored requests, limited the evidence available for our review and analysis.  We believe that our findings are nevertheless supported by the evidence and information available to us during the course of our work.

We further believe that our conclusions are supported by and consistent with the data recorded during halftime of the AFC Championship Game and the scientific analysis of that data.  It is clear that all of the game balls tested at halftime experienced a reduction in air pressure as compared to the levels measured pre-game.  This reduction was, at least in part, the natural result of having been moved from the relatively warm locker room to the colder playing field (before being brought back into the locker room).  According to our scientific consultants, however, the reduction in pressure of the Patriots game balls cannot be explained completely by basic scientific principles, such as the Ideal Gas Law, based on the circumstances and conditions likely to have been present on the day of the AFC Championship Game.  In addition, the Patriots game balls exhibited a greater drop in average pressure than the Colts balls.  Exponent and Dr. Marlow agreed that the difference in the magnitude of the average pressure drops between the Patriots and Colts footballs is statistically significant, regardless of which of the two gauges was used to set the balls pre-game and test them at halftime and regardless of whether the starting pressure for the Colts game balls is assumed to be 13.0 or 13.1 psi.  Exponent and Dr. Marlow further advised us that the variability in the Patriots halftime measurements suggests that the game balls did not start the game at or near the same pressure, even though they all measured at or near 12.5 psi when inspected by the referee.  Exponent ruled out inconsistencies in the gauges used on the day of the AFC Championship Game (which appear to have worked reliably and

CONFIDENTIAL

consistently under the conditions in which they were used), "human factors" (i.e., variability caused by the particular individual who used the gauge), variations in the way a football is used or handled (i.e., the amount of impact a football has sustained or the way a football is held by a ball boy on the sideline) and differences in ball preparation (including the vigorous rubbing described by Coach Belichick during his January 24, 2015 press conference) as factors that impact inflation levels.  Dr. Marlow agreed with that assessment.

        Our scientific consultants informed us that the data alone did not provide a basis for them to determine with absolute certainty whether there was or was not tampering, as the analysis of such data is ultimately dependent upon assumptions and information that is uncertain. Based on the testing and analysis, however, Exponent concluded that, within the range of likely game conditions and circumstances studied, they could identify no set of credible environmental or physical factors that completely accounts for the Patriots halftime measurements or for the additional loss in air pressure exhibited by the Patriots game balls, as compared to the loss in air pressure exhibited by the Colts game balls.  Dr. Marlow agreed with this conclusion.  This absence of a credible scientific explanation for the Patriots halftime measurements tends to support a finding that human intervention may account for the additional loss of pressure exhibited by the Patriots balls.

        In reaching the conclusions set forth in this Report, we are mindful that the analyses performed by our scientific consultants necessarily rely on reasoned assumptions and that varying the applicable assumptions can have a material impact on the ultimate conclusions. We therefore have been careful not to give undue weight to the experimental results and have instead relied on the totality of the evidence developed during the investigation.  Even putting

CONFIDENTIAL          NFLPA_BRADY001767

aside the experimental results, we believe that our conclusions are supported by the evidence in its entirety.

## IX.     The Kicking Ball Issue

Separate and apart from the issues that arose during the AFC Championship Game with respect to the inflation of Patriots game balls, questions were raised during the game with respect to the authenticity of one of the kicking balls (or "k-balls" as they are commonly known) used by the Patriots.  We conclude that there is no evidence to support any finding of wrongdoing with respect to this kicking ball.

### A.        Preparation of Kicking Balls

Under the Playing Rules, kicking balls are prepared differently than game balls. Instead of allowing each team to select its own k-balls, the League has arranged for Wilson Sporting Goods to send a set of k-balls each week directly to the referee assigned to each game. To better track the kicking balls for a particular game, Wilson generally pre-marks each k-ball with information about the week in which the ball will be used (i.e., 1-17) and a number (1-6).[75] The referee or his designee brings the k-balls to the stadium in a sealed box, and each team designates one representative to prepare the k-balls once they arrive at the stadium.  Both teams prepare the footballs in the same location (at Gillette Stadium, k-balls are prepared in the Chain Gang Locker Room), the balls may only be rubbed with a wet towel, a brush and/or a tacky sponge (a "Tac Cube") provided by Wilson, and the preparation process may take no more than forty-five minutes in total.

---

[75]   These notations are used for each week of the regular season, and for the first two weeks of the postseason. According to Wilson representatives, however, kicking balls for the conference championship games are inscribed only with a "K."  They are not pre-numbered and there is no mark indicating their connection to either the AFC or NFC Championship Games.

CONFIDENTIAL                                                   NFLPA_BRADY001768

For the past several seasons, the NFL has hired a local game-day employee for each stadium to handle kicking ball responsibilities at regular season games.[76]  This "k-ball coordinator" supervises the preparation of the kicking balls each week.  As with game balls, each team may have its own approach to preparing k-balls to suit its kicker and punter, who generally prefer to use balls prepared by their own teams.  Accordingly, it is customary for the k-ball coordinator to split the k-balls sent by Wilson between the teams.  The home team typically prepares the odd numbered balls, and the visiting team typically prepares the even numbered balls.  Because the NFL Referee Manual states that only K-Ball #1 and K-Ball #2 will be used in the game unless one is permanently removed from play (e.g., held on the sideline by a team after a special teams touchdown or kicked into the stands and deemed irretrievable), it is common for each team's representative to spend the majority of his time working to prepare K-Ball #1 or K-Ball #2, respectively.  K-Balls #3-6 are generally prepared to a far lesser extent.

## B.       Pre-game Activities at the AFC Championship Game

Approximately two and a half hours before kickoff, Game Supervisor Johnny Grier introduced Scott Miller of NFL Auctions to Greg Yette, who was acting as k-ball coordinator for the game.  Grier explained that the NFL had authorized the kicking balls used for the opening kickoff of each half to be auctioned for charity during the week of the Super Bowl. Yette agreed that Miller could take possession of these balls from Yette on the sideline after each kick.

Based on his experiences in six AFC Championship Games, Patriots kicker Stephen Gostkowski anticipated that the NFL was likely to remove, and ultimately auction for charity, the kicking ball used for the opening kickoff in the AFC Championship Game.

---

[76]   In the playoffs, when NFL officiating crews are expanded to include alternates, the junior-most alternate official generally assumes the role of "k-ball coordinator."

CONFIDENTIAL                                             NFLPA_BRADY001769

According to Gostkowski, he asked Jastremski—who prepares Patriots kicking balls on game days—to find out which ball the NFL planned to collect and make sure that it was not the ball that Jastremski prepared most extensively.  It does not appear that Jastremski asked League officials any questions concerning the removal of kicking balls from the game.

Jastremski and Sean Sullivan, who prepared the Colts k-balls, met Yette in the bathroom of the Chain Gang Locker Room to prepare the kicking balls shortly after the balls arrived at Gillette Stadium with the game officials.  Wilson provided eight kicking balls for this game, and Yette gave each team representative four balls to prepare.  Although he checked on the preparations from time to time, Yette did not remain in the room for the entire time Jastremski and Sullivan were working with the k-balls.  At some point, Jastremski and Sullivan proposed to Yette that the Patriots use the odd-numbered balls during the game and the Colts use the even-numbered balls.  Yette did not think it was a "big deal" and agreed to the proposal.  As noted, kicking balls provided for the AFC and NFC Championship Games are not pre-numbered, so Jastremski handwrote and circled "1" using a black Sharpie marker in three locations on the ball he had prepared most extensively.

After Jastremski and Sullivan finished preparing the kicking balls, the balls were moved to the dressing room area in the Officials Locker Room.  After returning from supervising the teams' warm-ups, Walt Anderson checked that the k-balls were properly inflated and marked them with the same pen he had used to mark the game balls.  Anderson recalls that K-Ball #1 measured below 12.5 psi when tested and needed to be inflated further.  While Anderson marked and re-packed the other k-balls, he asked Dyrol Prioleau to add air to K-Ball #1.  When interviewed, Anderson said that because K-Ball #1 had been separated from the other kicking balls, it is possible that it was placed into the kicking ball bag without being marked.  Although

134

NFLPA_BRADY001770

Anderson acknowledged that he may not have placed his mark on K-Ball #1, Yette believes that he saw Anderson's mark on K-Ball #1 before he handed it to back judge Keith Ferguson just prior to the game.  None of the other witnesses interviewed recall whether Anderson's mark was on or missing from K-Ball #1.[77]

### C.    The Removal and Retrieval of "K-Ball #1"

Gostkowski kicked off to begin the AFC Championship Game with what he believed to be K-Ball #1.  Joshua Cribbs, a return specialist for the Colts, received and returned the ball to the Colts 21 yard line.  Side judge Jeff Bergman took possession of the ball, without checking to see if it was marked or numbered, and passed it to Yette on the sideline.  Yette covered the ball with a towel, and handed it to Scott Miller, who, as arranged before the game, was waiting to take possession of the ball.  Miller put the football and towel in a plastic bag that he was carrying and went upstairs to the Club level at Gillette Stadium to meet acquaintances.

The next offensive series for the Patriots ended with a punt, and, because the Patriots had asked to use the odd numbered balls prior to the game, Yette provided Punter Ryan Allen with K-Ball #3.  Allen punted the ball to Cribbs, who fumbled, allowing the Patriots to recover the ball.  Gostkowski, who was unaware that K-Ball #1 had been removed from the game, noticed that the ball used on the punt looked more pink than the dark brown football with which he had kicked off.  As the special teams players came to the sideline, Gostkowski asked about the quality of the ball and was told, in effect, that the ball was "crappy" and "brand new."  The Patriots scored a touchdown six plays later, Gostkowski converted the extra point, and as he took possession of the ball to place it on the tee for his next kickoff, he noticed that the ball was, in his opinion, insufficiently broken in.

---

[77]    Specifically, Ferguson, who handed the ball to Gostkowski for kickoff, stated that that he did not notice whether the ball had Anderson's mark.  Gostkowski did not inspect the ball for its number or mark, but believed that it was a ball prepared by Jastremski based on its dark color and feel.

CONFIDENTIAL                                                                          NFLPA_BRADY001771

Gostkowski was upset when he came off the field and asked Jastremski why the best-prepared kicking ball appeared to have been removed from the game. Jastremski approached Yette and asked about K-Ball #1. Yette responded that the ball had been taken by the League and reminded Jastremski that he had agreed prior to the game to use only the odd-numbered balls, meaning that K-Ball #3 would be used if K-Ball #1 was unavailable. Gostkowski also approached Yette. He complained forcefully about the removal of K-Ball #1, and demanded that K-Ball #1 be returned for the remainder of the game. Dave Schoenfeld, having witnessed what he perceived to be an animated discussion, told Gostkowski to calm down and said that he would try to get the ball back.

Both Schoenfeld and Jim McNally saw Eric Kerzner (who was at the game to assist Football Operations) on the sideline and approached him to ask about the whereabouts of K-Ball #1. Kerzner knew that Miller was at the game and explained to Schoenfeld and McNally the general practice of taking the opening kickoff ball for auction purposes. Kerzner recalls that they responded forcefully, arguing that they did not know that the ball would be removed from the game and that they needed it back because it was the best prepared. Kerzner said that he would try to retrieve the ball. According to McNally, he also made a similar request of Akil Coad, the NFL's Director of Football Operations and Compliance.

Kerzner contacted NFL Director of Football Operations Mike Kensil and informed him of the situation. Kensil agreed that Kerzner should attempt to retrieve the ball and instructed Kerzner to assure Miller that he would be given the ball back after the game. After several unsuccessful efforts by Kerzner and others to find Miller, Kensil located Miller and instructed him to meet Kerzner by one of the access tunnels to the field. Kerzner took possession

136

of the ball from Miller there and ran it to the Patriots bench where McNally motioned for Kerzner to throw him the ball, which he did.

### D.     The Attempted Reintroduction of "K-Ball #1"

According to Yette, McNally then approached him with the ball and said that the Patriots had retrieved K-Ball #1 from the League representative who had taken it, and that the Patriots could continue using the ball.  Yette took the ball from McNally, but when he looked at the ball, he noticed that although the ball had a circled "1," it was missing Anderson's distinctive gold mark.  Yette walked over to Dyrol Prioleau and explained the situation.  Prioleau, the designated field communicator for the game, relayed the information to Johnny Grier, who instructed that they take possession of the ball and bring it into the Officials Locker Room at halftime.  Yette did so, and began using K-Ball #2 for both teams.

At the end of the first half, Yette showed Walt Anderson the ball at issue. Anderson decided that the Patriots should not be permitted to use the ball because it was missing his mark.  It appears that the ball was left on a couch in the sitting room area of the Officials Locker Room after halftime.

As the Colts kicked off to begin the second half, Coad entered the field by the Patriots sideline, where he encountered Dave Schoenfeld, who again complained that the Patriots did not have K-Ball #1.  Coad responded that he recalled seeing a football on a couch in the Officials Locker Room at halftime, and that it might be the ball Schoenfeld wanted.  He returned to the Officials Locker Room and found the ball with the circled "1" on it.  He ran the ball back to the field, and handed it to Schoenfeld.  Schoenfeld approached Yette again, this time with the ball, and said that the Patriots had again retrieved K-Ball #1 and that NFL official Akil Coad had said that they could use it.  Because the ball did not have Anderson's mark, Yette responded that it was not an approved k-ball and refused to take possession of the ball.

137

Schoenfeld followed Yette down the sideline in what both agree was a heated exchange.  Coad tried to intervene on Schoenfeld's behalf, stating that he understood that the ball had been used in the first half, but Yette repeated that the ball would not be allowed into the game because it was missing Anderson's mark.  Prioleau also intervened, taking possession of the ball and siding with Yette.  According to Coad, at this point he saw Kensil approaching the field and waved him over.  Schoenfeld attempted to plead his case to Kensil, but Prioleau interjected, explained his view of the situation, and handed Kensil the ball.  Kensil told Schoenfeld that this was a decision for the game officials—not him—and that was the end of the discussion.  Kensil ultimately brought the ball back to the Officials Locker Room, where he gave it back to Miller.[78]  The ball was subsequently provided to Paul, Weiss in connection with this investigation.

**E.** **Conclusions**

We do not believe that the evidence supports a conclusion that there was any deliberate effort by the Patriots to circumvent the NFL's Playing Rules with respect to the kicking balls used during the AFC Championship Game.  We have reached this conclusion for a number of reasons.

First, based on the information from and recollection of referee Walt Anderson, we find that it is plausible that K-Ball #1 was not marked with Anderson's initials prior to the game.  Second, we were unable to determine conclusively whether the football identified as K-

---

[78]  We note that Miller's employment with the NFL was terminated shortly after the AFC Championship Game, after Miller admitted to selling to a private collector certain game-worn jerseys that were intended for the NFL's auction site.  Miller stated during his interview with Paul, Weiss that he had never sold, attempted to sell, or intended to sell any other items that he had obtained in connection with an official NFL auction.  In response to questions, he stated that he did not keep for himself or do anything inappropriate with the kicking ball removed from the AFC Championship Game shortly after kickoff.  He also said that he did not alter the kicking ball in any manner while it was in his possession.  Nevertheless, given the circumstances, we decline to rely on information provided by Miller.

CONFIDENTIAL                                     NFLPA_BRADY001774

Ball #1 was or was not one of the k-balls shipped by Wilson for use during the AFC Championship Game. The ball was stamped with a "K," which we understand to be consistent with Wilson's practice for conference championship footballs, and Jastremski identified the numbers drawn on the ball as the ones he had drawn. The ball did not have any additional markings that allow Wilson to determine with certainty whether it was one of the k-balls it delivered for the game. <u>Third</u>, we find credible the explanations from Schoenfeld, Gostkowksi and other Patriots personnel that they believed the kicking ball to be authentic and appropriate for use in the game when attempts were made to reintroduce the ball into play. We also believe that Miller's involvement in the chain of custody of this football counsels against making any conclusive adverse findings.

In addition, we believe that it was not inappropriate for the game officials to disallow a ball of questionable authenticity into the game. We also note that the use of K-Ball #2 in the second half had no apparent adverse effect. When interviewed, Gostkowski inaccurately believed "100%" that K-Ball #1 was returned to play during the game because he recalled kicking the ball out of the end zone several times and playing with a well-prepared ball in the second half.

**CONFIDENTIAL**

**NFLPA_BRADY001775**