

# LEAGUE POLICIES

## FOR PLAYERS 2014

**NFL FOOTBALL OPERATIONS**

*To Be Retained By Player For Entire Season*

CONFIDENTIAL

NFLPA_BRADY002451

NFLPA_BRADY002452

# Table of Contents

## A. League Policies

1. League Discipline ........................................................................................... 1

2. Discipline for Game-Related Misconduct ..................................................... 2-21
   Sportsmanship .............................................................................................. 2
   (a) Game-Related Safety Rules ................................................................ 2-3
   (b) Clarifications of Fouls for Hits on Defenseless Players, Roughing
       the Passer, and Initiating Contact with Crown of the Helmet ............... 4-6
   (c) Illustrations of Fouls for Hits on Defenseless Players, Roughing
       the Passer, and Initiating Contact with Crown of the Helmet ............... 7-11
   (d) Game Related Player Conduct Rules ................................................. 12-17
   2014 Schedule of Fines ............................................................................ 18-21
   2014 Pro Bowl Schedule of Fines ................................................................. 21

3. Uniform and On Field Policies................................................................... 22-38
   Uniform Policy Summary .............................................................................. 22
   Uniform and Equipment Rules Diagram and Text (Rule 5, Section 4
   of the 2014 Official Playing Rules of the NFL) ......................................... 23-25
   Penalties ....................................................................................................... 26
   Foreign Substances Procedure ..................................................................... 27
   Player Equipment Safety.......................................................................... 28-30
   Helmet Warning ...................................................................................... 28
   ProCap Helmet Device............................................................................ 29
   Risks of Player Injury .............................................................................. 30
   Guidelines for Players during a Serious On-Field Player Injury .................. 30
   On Field Policy ........................................................................................ 31-36
   Enforcement of Uniform and On Field Policies .......................................... 37-38

4. Cooperation with News Media ................................................................ 39-40

5. Community Relations ............................................................................... 41-42

7. Personal Conduct Policy ......................................................................... 43-45

8. Workplace Conduct ................................................................................. 46-48
   Sexual Harassment ................................................................................ 46-47
   Sexual Orientation ...................................................................................... 48

9. Guns and Weapons Policy ........................................................................... 49

10. Commercial Substances Policies and Endorsements ................................. 50-53
    Alcohol and Tobacco .................................................................................. 50
    Dietary and Nutritional Supplement Endorsements ...................................... 51
    Pharmaceuticals/Prescription Medications ................................................... 52
    Recommended "Cancellation Clause" For Use in
    Player Appearance/Endorsement Contracts................................................. 53

11. Gambling Policy ....................................................................... 54-60

12. Ticket Scalping ........................................................................ 61

13. Bounties and Other Non-Contract Bonuses ........................................ 62

14. HIV/AIDS–Related Policies ........................................................ 63-69

## B. League – Players Association

1. Policy and Program for Substances of Abuse ..................................... 1-32

2. Policy on Anabolic Steroids and Related Substances ........................... 1-28

# League Discipline

In addition to the discipline that your club may impose (see *Maximum Club Discipline Schedule* elsewhere in this document), you are subject to the separate authority of the Commissioner for violations of National Football League rules and policies.

The Commissioner may impose fines and other appropriate discipline, up to and including suspension or banishment from the League, for certain misconduct on the playing field, as well as for conduct detrimental to the integrity of or public confidence in the NFL or the game of professional football. Discipline involving unnecessary roughness or unsportsmanlike conduct on the playing field with respect to opposing players will be determined initially by a person appointed by the Commissioner.

Some of the types of offenses which fall under the sole disciplinary authority of the Commissioner or, where appropriate, his designee are: betting on NFL games, associating with gamblers or engaging in gambling activities, accepting a bribe or failing to promptly report a bribe offer (see the page entitled *Gambling* elsewhere in this document); improper use or circulation of drugs or other drug-related misconduct (see *NFL Substance Abuse Policies* elsewhere in this document); engaging in criminal activity (see *Personal Conduct Policy* elsewhere in this document); commission of flagrant fouls, fighting, or unnecessarily entering the area of a fight; or other game-related misconduct.

**Repeated and/or flagrant violations may entail higher fines, ejection, and/or suspension.**

CONFIDENTIAL **NFLPA_BRADY002455**

# Discipline for Game-Related Misconduct

## Sportsmanship

All of the player safety and on-field conduct rules that follow can be summarized in one word—"sportsmanship." Sportsmanship is a cornerstone of the game of football and of vital concern to everyone involved in the game, including players, coaches, officials, and League personnel. The term sportsmanship conveys respect for the game, respect for opponents, respect for the Game Officials, and respect for the fans.

The League will not tolerate unsportsmanlike conduct. This applies to any act which is contrary to the generally understood principles of sportsmanship. Unsportsmanlike conduct, detailed in Rule 12, Section 3 of the *Official Playing Rules of the National Football League* ("Official Playing Rules"), is a foul under NFL rules and will be called by game officials (15-yard penalty). In addition, the player may be fined.

Game Officials will ***immediately*** call a foul if any unsportsmanlike conduct occurs ***anywhere*** on the field.

It is important to note that the unsportsmanlike conduct rules apply to all personnel in the team area, including players, coaches, team employees, and officials. Lack of respect or other unsportsmanlike conduct will not be tolerated during games or at other times, including postgame interviews. This includes abusive, threatening, insulting, or profane language or gestures, and physical acts by coaches, players, and other club personnel directed at opponents, officials, game personnel, or fans.

Coaches and players should keep in mind that every NFL game is broadcast on radio, television, and other media platforms, and that there are open microphones near the playing field as well as close-up camera shots that permit easy lip-reading by viewers. The League and its participants are severely criticized whenever obscene or profane language or obscene gestures are carried or shown on the air. Serious incidents of this kind will warrant disciplinary action by the League.

## (a) Game-Related Player Safety Rules

Game-related safety presents special challenges to the League, because it requires dealing with the playing rules in a manner that not only offers optimum player protection and prohibits excessive violence, but also maintains the intense action and physical contact which are part of football's broad appeal. It also requires recognition that NFL players are uniquely talented, trained, and conditioned, with year-round preparation now the norm. Player safety is a top priority for the League in ensuring that the game is played as fairly as possible without unnecessary risk to its participants. It should also be a top priority for all NFL players. Remember, many of the player safety rules are designed to protect not only the player who gets hit, but also the player who does the hitting.

Illegal acts that jeopardize the safety of players will not be tolerated. The League will continue to stress enforcement of the personal foul rules, such as the unnecessary

8/2014

CONFIDENTIAL

NFLPA_BRADY002456

roughness and roughing the passer rules, and rules that prohibit hits on players in defenseless positions, including passers in the act of passing; receivers in the process of attempting to catch a pass or who have completed a catch and have not had time to protect themselves or have not clearly become runners; a runner whose forward progress has been stopped and is already in the grasp of a tackler; a kickoff or punt returner attempting to field a kick in the air; a player on the ground; a kicker/punter during the kick or during the return; a quarterback at any time after a change of possession; a player who receives a "blindside" block when the offensive blocker is moving toward or parallel to his own end line and approaches the opponent from behind or from the side; a player who is protected from an illegal crackback block; and the offensive player who attempts a snap during a Field Goal attempt or a Try Kick. You should also pay special attention to the rule concerning low hits on the quarterback where the defensive player had an opportunity to avoid forcible contact. Game officials will be vigilant in these areas. Additionally, it is a foul if a runner or tackler initiates forcible contact by delivering a blow with the top/crown of his helmet against an opponent when both players are clearly outside the tackle box. These hits are illegal and will result in both on-field penalties and discipline by the League.

To help NFL players understand their responsibility regarding player safety, this section contains clarifications and illustrations highlighting several of the League's unnecessary roughness and roughing the passer rules that are in effect. **This is not a complete list of the rules.** You are strongly advised to familiarize yourself with the more detailed and comprehensive descriptions contained in the Official Playing Rules and in particular the acts constituting unnecessary roughness and roughing the passer, detailed in Rule 12, Section 2, Articles 6, 7, 8, and 9.

Included in Rule 12, and also of vital safety importance, are the rules prohibiting clipping (Rule 12, Section 2, Article 1) and illegal chop blocks (Rule 12, Section 2, Article 3). In addition, if a blocker rolls up from behind or from the side of a defender's legs, it is a foul for clipping (Rule 12, Section 2, Article 1). For this reason, it is extremely important that you become familiar with all the Player Conduct rules found in Rule 12 of the Official Playing Rules.

The League recognizes that safety cannot be promoted exclusively through interpretation of existing rules or adoption of new rules, and that the participants on the field must assume responsibility for making it work. Accordingly, to give further force and effect to player safety rules, the League will impose fines and/or other discipline for rule violations.

Discipline may be imposed for a first offense and without any prior warning. A player who is a repeat offender should expect more severe discipline, and fines for third offenses and beyond in the same season or based on prior seasons' violations will be established on a case-by-case basis, and may increase substantially. In addition, suspensions without pay may be imposed when deemed appropriate.

Discipline is not based solely on situations where Game Officials call fouls. In some cases a violation may be detected in postgame review of video. **If a postgame review establishes a flagrant violation, particularly involving safety-related issues such as hits on a defenseless player, the offender may be subject to suspension.**

CONFIDENTIAL

**(b) Clarifications of Fouls for Hits on Defenseless Players, Roughing the Passer, and Initiating Contact with the Crown of the Helmet**

**Hits on Defenseless Players**

Defenseless players are defined as: (a) a player in the act of or just after throwing a pass; (b) a receiver attempting to catch a pass, or who has completed a catch and has not had time to protect himself or has not clearly become a runner. If the receiver/runner is capable of avoiding or warding off the impending contact of an opponent, he is no longer a defenseless player; (c) a runner already in the grasp of a tackler and whose forward progress has been stopped; (d) a kickoff or punt returner attempting to field a kick in the air; (e) a player on the ground; (f) a kicker/punter during the kick or during the return; (g) a quarterback at any time after a change of possession; (h) a player who receives a "blindside" block when the offensive blocker is moving toward or parallel to his own end line and approaches the opponent from behind or from the side; (i) a player who is protected from an illegal crackback block; and (j) the offensive player who attempts a snap during a Field Goal attempt or a Try Kick.

1. **Use of Helmet and Hits to Head.** NFL rules provide special protection to defenseless players by prohibiting (a) hits delivered to their head or neck area by an opponent with his helmet (including facemask), forearm, or shoulder, regardless of whether the defensive player also uses his arms to tackle the defenseless player by encircling or grasping him, and (b) hits delivered by an opponent with the top/crown and forehead/"hairline" parts of his helmet against any part of the defenseless player's body (i.e., "butting, spearing, or ramming" a defenseless player).

These provisions do not prohibit incidental contact by the mask or helmet in the course of a conventional tackle on an opponent. A player who initiates contact against a defenseless opponent is responsible for avoiding an illegal act. This includes illegal contact that may occur during the process of attempting to dislodge the ball from an opponent. A standard of strict liability applies for any contact against a defenseless opponent, even if the opponent is an airborne player who is returning to the ground or whose body position is otherwise in motion, and irrespective of any acts by the defenseless opponent, such as ducking his head or curling up his body in anticipation of contact.

2. **"Launching."** In addition, a defensive player must not illegally launch into a defenseless opponent. It is an illegal launch if a player (a) leaves both feet prior to contact to spring forward and upward into his opponent, and (b) uses any part of his helmet (including the top/crown and forehead/"hairline" parts) to initiate forcible contact against any part of his opponent's body. (Note: This does not apply to contact against a runner, unless the runner is still considered to be a defenseless player.)

**Roughing the Passer**

Because the act of passing often puts the quarterback in a position where he is particularly vulnerable, special rules against roughing the passer apply.

1. **One-Step Rule**. Pass rushers are responsible for being aware of the position of the ball in passing situations. If a pass rusher clearly should have known that the ball had

CONFIDENTIAL **NFLPA_BRADY002458**

already left the passer's hand before contact was made, roughing the passer will be called. The Referee will use the release of the ball from the passer's hand as his guideline that the passer is now fully protected. Once a pass has been released by a passer, a rushing defender may make direct contact with the passer only up through the rusher's first step after such release (prior to second step hitting the ground); thereafter, the rusher must be making an attempt to avoid contact and must not continue to "drive through" or otherwise forcibly contact the passer. Incidental or inadvertent contact by a player who is easing up or being blocked into the passer will not be considered significant.

2. **Stuffing the Passer.** A rushing defender is prohibited from committing such intimidating and punishing acts as "stuffing" a passer into the ground or unnecessarily wrestling or driving him down after the passer has thrown the ball, even if the rusher makes his initial contact with the passer within the one-step limitation provided for above. When tackling a player who is in a passing posture, a defensive player must not unnecessarily or violently throw him down and land on top of him with all or most of the defender's weight. Instead, the defensive player must strive to wrap up the passer with the defensive player's arms.

3. **Hitting a Passer's Knees.** A rushing defender is prohibited from forcibly hitting a passer who has one or both feet on the ground in the knee area or below or initiating a roll or lunch and forcibly hitting the passer in the knee area or below, even if the initial contact is above the knee and even if the defender is being contacted by another player. It is not a foul if the defender is blocked (or fouled) into the passer and has no opportunity to avoid him. It is not a foul if the defender swipes, wraps, or grabs a passer in the knee area or below in an attempt to tackle him.

4. **Protection While Out of Pocket.** When the passer goes outside the pocket area and either continues moving with the ball (without attempting to advance the ball as a runner) or throws while on the run, he loses the protection of the one-step rule and the provision regarding low hits, but he remains covered by all other special protections afforded to a passer in the pocket, as well as the regular unnecessary roughness rules applicable to all player positions. If a passer outside the pocket stops behind the line and clearly establishes a passing posture, he is covered by all of the special protections.

5. **After Ball Leaves Hand.** A passer who is standing still or fading backward after the ball has left his hand is obviously out of the play and must not be unnecessarily contacted by the defense through the end of the play or until the passer becomes a blocker, or until he becomes a runner upon taking a lateral from a teammate or picking up a loose ball, or, in the event of a change of possession on the play, until the passer assumes a distinctly defensive position.  However, at any time after a change of possession, it is a foul if (a) an opponent forcibly hits the quarterback's head or neck area with his helmet, facemask, forearm, or shoulder, or (b) if an opponent lowers his head and makes forcible contact with the top/crown or forehead/"hairline" parts of his helmet against any part of the quarterback's body.

8/2014
CONFIDENTIAL

**Initiating Contact with the Crown of the Helmet**

It is a foul if a runner or tackler initiates forcible contact by delivering a blow with the top/crown of his helmet against an opponent when both players are clearly outside the tackle box.

**Note on Officiating**

The Competition Committee emphasizes that Game Officials should aggressively enforce player safety rules and not hesitate to throw the flag when confronted with a potential unnecessary roughness situation.

**(c) Illustrations of Fouls for Hits on Defenseless Players, Roughing the Passer, and Initiating Contact with the Crown of the Helmet**

The following are **some** examples of Fouls for Illegal Hits on Defenseless Players, Roughing the Passer, and Initiating Contact with the Crown of the Helmet:

8/2014

CONFIDENTIAL

NFLPA_BRADY002460



## Shoulder to the Head or Neck Area
## of any Defenseless Player

8/2014

CONFIDENTIAL

NFLPA_BRADY002461



## Helmet/Facemask to the Head or Neck Area of any Defenseless Player

CONFIDENTIAL



# Forearm to the Head or Neck Area of any Defenseless Player

CONFIDENTIAL                                                  NFLPA_BRADY002463



**Contact with the Top/Crown or Forehead/"Hairline" Parts of the Helmet Against Any Part of any Defenseless Player's Body**

8/2014

CONFIDENTIAL NFLPA_BRADY002464



**Runner Delivering Blow with the Top/Crown of his Helmet**

CONFIDENTIAL

NFLPA_BRADY002465

## (d) Game-Related Player Conduct Rules

In addition to the game-related player safety rules discussed previously in this section, the League also prohibits NFL players from engaging in on-field actions that it deems unbefitting a professional football player, unsportsmanlike, or that interfere with the orderly conduct of an NFL game. If it is determined that a player has engaged in one or more of the offenses listed below, he is subject to a fine and/or other discipline. The monetary amounts for such infractions are listed in the 2014 Schedule of Fines located at the back of this section. Unless otherwise specified, dollar amounts listed in the 2014 Schedule of Fines are minimum fines, and repeated violations will result in more severe penalties.

## Non-Football Acts

Any act inappropriate and extrinsic to the game of football that creates an unnecessary risk of injury to an opposing player will result in a level of discipline substantially higher than normal fine levels whether or not the individual is a repeat offender. First offenses are subject to severe discipline up to and including suspension. Such malicious behavior includes, but is not limited to, poking an opponent in the eye, striking or kicking an opponent in the groin or other vulnerable areas of the body, or use of foreign objects.

## Offense Against Game Official

Players, coaches, and other club personnel must maintain proper respect for Game Officials at all times. Offenses against Game Officials include:  (1) physical contact with officials including, but not limited to, punching, pushing, shoving, grabbing, or other intimidating or interfering contact; and (2) verbal or other non-physical abuse of officials, such as profanity and other abusive language or gestures. Offenses against Game Officials are strictly prohibited and will result in disqualifications, fines, and possibly suspensions or banishment.

This policy applies at all game-day locations, including on the playing field, in the bench area, in tunnels, parking lots, and in other stadium passageways. No player, coach, or other club employee is permitted to enter the Game Officials' locker room on game day unless granted specific permission by the Referee. Please note that public criticism by players or club employees of Game Officials or officiating is prohibited and is subject to fines.

## Fighting

The NFL policy on fighting is very simple:  ***Don't fight, and if a fight breaks out involving other players, stay away.***

If you are challenged, walk away from the situation and continue playing football. Fights in the NFL are pointless and only lead to penalties, as well as possible fines and disqualification from the game—all of which hurt your team.

Keep in mind that even if you are not a participant in a fight, you will be fined for unnecessarily entering a fight area. ***"Peacemaking" won't be accepted as an excuse for entering the area, nor will coming to the defense or assistance of***

8/2014

CONFIDENTIAL

***your fighting teammates***. If you are already in the vicinity when someone else gets into a fight, move out immediately. If you are not near a fight, don't get close (this applies whether you are already in the game, entering for the next play, or located in the bench area).

If you unnecessarily enter a fight area, you will be fined whether your involvement is active or inactive. If your involvement is deemed active, you are subject to a higher fine. Active involvement includes, but is not limited to: creating a risk of injury for officials, players, game personnel, or fans; interfering with a game official; contact with opposing players; abusive language or gestures; and other provocative actions that could aggravate the situation or lead to escalation of the fight.

## Taunting

Taunting is the use of abusive, threatening, or insulting language or gestures to opponents, teammates, officials, or representatives of the League. Taunting is prohibited and subject to discipline beginning pregame, and continuing throughout the game and postgame periods. Taunting focuses on acts directed at an opponent. Additionally, the League has provided some examples of the following policies within Rule 12, Section 3, Article 1:

> (b) Using abusive, threatening, or insulting language or gestures to opponents, teammates, officials, or representatives of the League.
>
> Violations of (b) will be penalized if any of the acts are committed ***directly at an opponent.*** These acts include, but are not limited to: sack dances; home run swing; incredible hulk; spiking the ball; spinning the ball; throwing or shoving the ball; pointing; pointing the ball; verbal taunting; military salute; standing over an opponent (prolonged and with provocation); or dancing.
>
> (c) Using baiting or taunting acts or words that engender ill will between teams.
>
> Violations of (c) will be penalized if any of the acts occur ***anywhere on the field***. These acts include, but are not limited to: throat slash; machine gun salute; sexually suggestive gestures; prolonged gyrations; or stomping on a team logo.

Taunting an opponent is a foul under NFL playing rules and will be called by Game Officials (15-yard penalty). In addition, the taunting player may be fined, even though his intent was not to taunt.

Obviously, it is not possible to identify in advance every action that may constitute taunting, and final judgment on this is left to Game Officials and/or video review.

## Foreign Objects on Field

A player's possession of foreign or extraneous object(s) that are not part of the uniform during a game on the field or the sideline will result in an unsportsmanlike conduct penalty. In addition, if object(s) are deemed a safety hazard by the Referee, the player

8/2014

CONFIDENTIAL     NFLPA_BRADY002467

will be subject to automatic ejection from the game. On this basis, if an official notices that a player has a pen or other potentially hazardous item on his person during a game, he will be both penalized and ejected for having the item whether or not he uses it. If object(s) are not deemed a safety hazard, the player will be penalized but not ejected.

In addition, please note that the use of cell phones or any other form of communication on the sidelines during a game that is not provided and sanctioned by the League is prohibited and subject to discipline. This applies to all coaches and players whether in or out of uniform.

## Football into Stands

When a player unnecessarily delivers a football into the stands (by throwing or kicking), it creates the potential for crowd-control issues. This act will result in a fine.

However, if a player hands the ball or lightly tosses it to someone in the stands near the perimeter of the field, and there are no apparent crowd-control or safety issues, it may not result in a fine.

## Contact with Fans

A player may also be subject to discipline when he makes physical contact with fans in a way that constitutes unsportsmanlike conduct, or presents crowd-control issues and risk of injury. Clubs are responsible for handling such situations appropriately within their normal stadium security operations.

## Player Demonstrations

When players react to the excitement of the game with natural, spontaneous expressions of exuberance and celebratory acts (e.g., end zone dances), it is not ordinarily a foul under NFL playing rules. However, if a player demonstration constitutes taunting or unsportsmanlike conduct, or delays the game, a foul will be called, and a fine will be assessed.

Player demonstrations that will be deemed unsportsmanlike conduct include, but are not limited to: (1) individual players' involvement in prolonged or excessive celebrations or demonstrations. Players are prohibited from engaging in any celebrations or demonstrations while on the ground. A celebration or demonstration shall be deemed excessive or prolonged if a player continues to celebrate or demonstrate after a warning from an official; (2) two or more players engaging in prolonged, excessive, premeditated, or choreographed celebrations or demonstrations, particularly after scoring plays; (3) possessing or using foreign or extraneous object(s) during the game, either on the field or the sideline, that are not part of the uniform; (4) using the ball, pylon, crossbar, or any other object as a prop, which includes "dunking" over the goal posts or striking the padding covering the goal post; (5) a player engaging in actions that are sexually suggestive or that can otherwise be construed as being in poor taste; and (6) a player engaging in actions that are unsportsmanlike and/or offensive toward Game Officials. Such unsportsmanlike conduct will subject the player(s) to significant fines.

## Removal of Helmet

A player may not remove his helmet in the field of play or the end zone during a celebration or demonstration, or during a confrontation with a game official or any other player. Violation of this rule will be penalized as unsportsmanlike conduct.

## Uniform

### Foreign Substances on Body/Uniform

A player may not use unauthorized foreign substances (e.g., stickum or slippery compounds) on his body or uniform. Because such a violation affects the integrity of the competition and can give a team an unfair advantage, Game Officials will check randomly selected offensive and defensive linemen for foreign substances as they leave the locker room prior to the game and prior to the beginning of the second half. If a violation is detected, the player's jersey will be confiscated immediately, and the jersey must be replaced and in compliance before the player may participate in the game.

During the game, if a player is detected with an unauthorized foreign substance on his body or uniform, he will be removed from the game immediately for at least one play.

The jersey in question will be confiscated by Game Officials, and must be replaced and in compliance before the player may re-enter the game. The involved player(s) will be subject to a significant fine, and the club may also be subject to disciplinary action.

### Other Uniform/Equipment Violations

The 2014 Uniform Policy, the 2014 On Field Policy, and the enforcement procedures for these policies are attached at the end of this section.

A League representative will conduct a thorough review of all players in uniform during pregame warm-ups.

**All uniform and On Field violations detected during the routine pregame check must be corrected prior to kickoff, or the offending player(s) will not be allowed to enter the game. A violation that occurs during the game will result in the player being removed from the game until the violation is corrected.**

League discipline may also be imposed on players whose equipment, uniform, or On Field violations are detected during postgame review of video, who repeat violations on the same game day after having been corrected earlier, or who participate in the game despite not having corrected a violation when instructed to do so. *First offenses will result in fines*.

In addition, in accordance with Article 51, Section 13(c) of the NFL-NFLPA Collective Bargaining Agreement, all players will be required to wear a non-obtrusive sensor or GPS tracking device during NFL games. League discipline will be imposed on any player who refuses to wear such a device, or after having such a device affixed to his equipment, removes the device prior to or during a game. *First offenses will result in fines*.

CONFIDENTIAL NFLPA_BRADY002469

**Bench and Field-Level Rules**

Unauthorized entry into the first solid white six-foot field border, or the second six-foot border adjacent to it, will subject players to fines. Crowding along the borders has resulted in officials being thrown off stride or knocked down while running along the border to cover plays. In addition, players, coaches, or other authorized team personnel who collide with officials in this restricted area are subject to a 15-yard penalty.

Clubs and players are reminded that they are prohibited during the game from allowing into their bench areas persons not affiliated with the club or not serving a necessary game-day function. Thus, entertainers, athletes from other sports, player agents, politicians, other public figures, and relatives and friends of current or former players are prohibited in the bench area or elsewhere along the sidelines from the opening kickoff to the end of the game.

Clubs are subject to fines for violations of the above, including first offenses. For a first offense, the club will be fined a minimum of $7,500, and a minimum of $15,000 for a second. Further offenses are subject to increased fines.

**Crowd Control and Security Measures**

All NFL clubs are responsible for implementing adequate security measures, both inside and outside the stadium, before and after games, to avoid physical or verbal threats or hostilities between fans and team personnel, including players, coaches, and officials.

***Do not hesitate to inform appropriate security and club personnel if you experience problems of extreme verbal or physical abuse from fans inside or outside the stadium on game day.***

Because this is for your protection, it is important that you do your part to make the security measures work. If any unauthorized fan enters the playing field, security forces, not you, are responsible for removing that person. ***Players must not get involved in removing fans from the playing field***. Also, clubs are responsible for providing adequate security at locker rooms, bench areas, and passageways used by players and coaches as they enter and exit the field, as well as visiting team buses. ***Players must not enter the stands or otherwise confront fans at any time on game day in response to abuse***. Leave these problems to security personnel, or you may be subject to disciplinary action.

For a variety of reasons, the playing field should be cleared as quickly as possible after games. However, the League encourages displays of good sportsmanship between teams and does not impose discipline for players shaking hands and meeting briefly on the field after the game.

8/2014

CONFIDENTIAL

**Social Media or Networking Sites**

The use of social media or networking sites (including Twitter, Facebook, Instagram and similar vehicles) by coaches, players, and other club football operations personnel is prohibited on game day, including halftime, beginning ninety (90) minutes before kickoff until after the post-game locker room is open to the media and players have first fulfilled their obligation to be available to the news media who are at the game.

No updates are permitted to be posted by a player himself or anyone representing him during this prohibited time on his personal Twitter, Facebook, Instagram, or any other social media account.

8/2014

CONFIDENTIAL

# 2014 Schedule of Fines

Enforcement of playing rules, and fines or suspensions for players who violate them, is an essential component of player safety.

In the interest of reducing the risk of serious player injury, coaches and players should be mindful of the following:

The League will continue to stress enforcement of rules for personal fouls, unnecessary roughness, roughing the passer, and hits on players in defenseless positions. **Players are responsible for reading Rule 12, Section 2 (Personal Fouls) of the *2014 Official Playing Rules of the National Football League*.**

Please note the League's rules that protect against illegal hits to defenseless players and that prohibit initiating contact with the crown of the helmet. These hits are dangerous and may cause serious player injury. Violations of these rules may result in on-field penalties and discipline by the League. **The League has emphasized that when circumstances warrant, suspension (even for first time offenders) is appropriate discipline.**

As part of the National Football League's emphasis on protection of the head, players who deliver blows to the head or neck area of defenseless players when there are no mitigating circumstances may be subject to suspension.

The characteristics of such hits include when: (1) the player delivering the blow has an unobstructed path to his opponent; (2) the position of the player receiving the blow is not materially affected by any other player; and (3) the contact is avoidable. Violations that include all of these characteristics could lead to suspension, even on a first offense.

Discipline in each case will be evaluated on its own facts and circumstances. This will include a determination of whether the infraction occurred "during the normal course of the game" (e.g., was consistent with the competitive tempo, pace, and situation) or "outside the normal course of the game" (e.g., was flagrant, unnecessary, avoidable, or gratuitous). Accordingly, a player may be subject to suspension even on a first offense.

In addition, players who launch into an opponent may be suspended even if there are mitigating circumstances, such as the effect of a third player on the collision. A launching player is held to strict liability for the consequences of any blow he delivers.

8/2014

CONFIDENTIAL

NFLPA_BRADY002472

Players who have previously been disciplined for delivering an illegal hit to the head/neck area of a defenseless player may be subject to suspension for a second or subsequent violation even when there are mitigating circumstances. Repeat offenders are held to a stricter standard. It is the responsibility of the player to avoid hitting the defenseless opponent in his head or neck area, regardless of other factors in the play.

Any player who was previously fined and/or suspended for a safety-related rule violation (e.g., a hit to the head or neck area of a defenseless player) and whose fine and/or suspension was either partially or fully upheld, will be considered a repeat offender for the purposes of his next safety-related rule violation.

**The repeat offender policy has been modified for 2014** in terms of what a player must do in order to be removed from the "repeat offender" category. Specifically, any player who violates a safety-related rule will be considered a potential repeat offender and will be treated as such should he commit a further violation during a subsequent period of 32 consecutive games. After that period, the player will no longer be considered a potential repeat offender and will be subject to discipline as a first-time offender should he commit an additional violation. For the purposes of calculating the 32 game period, preseason, regular season, and post-season games will be counted; however, only two of the 32 games can be preseason games. The calculation of the 32 games will start from the player's most recent safety-related rule violation. For illustration purposes, a player in the potential repeat offender category who has completed 20 games since his initial safety-related rule violation without incurring discipline for an additional violation will need 12 more games in 2014 without a fine or suspension for a safety-related rule violation in order to be removed from the potential repeat offender category, and to once again be considered a first-time offender. Any player who was in the potential repeat offender category and who has already completed 32 games (regular season, post-season, and at most, two preseason games since his last safety-related rule violation), will be subject to discipline as a first-time offender this season. Players will be notified of their status by the first game of the regular season.

CONFIDENTIAL

# 2014 Schedule of Fines

Fines listed below are **minimums**. Other forms of discipline, including higher fines and suspension may also be imposed, based on the circumstances of the particular violation. Rescission of fines for first-time offenders shall not be automatic.

| Violation | First Offense | Second Offense |
|---|---|---|
| | | |
| **Offense Against Game Official** | | |
| Physical Contact with Official | $27,562 | $55,125 |
| Verbal or other Non-Physical Offense Against Official | $22,050 | $44,100 |
| **Player Safety Rules and/or Flagrant Personal Foul** (including, without limitation): | *Suspension or fine; severity to be determined by degree of violation* ***(FINES LISTED ARE MINIMUMS).*** | |
| Striking/Kicking/Kneeing | $8,268 | $16,537 |
| Horse Collar Tackle | $16,537 | $33,075 |
| Face Mask | $8,268 | $16,537 |
| Leg Whip | $16,537 | $33,075 |
| Late Hit | $8,268 | $16,537 |
| Spearing | $22,050 | $44,100 |
| Impermissible Use of the Helmet (including illegal launching) | $22,050 | $44,100 |
| Hit on Defenseless Player | $22,050 | $44,100 |
| Blindside Block | $22,050 | $44,100 |
| Roughing the Passer | $16,537 | $33,075 |
| Low Block | $8,268 | $16,537 |
| Chop Block | $8,268 | $16,537 |
| | | |
| **Fighting** | | |
| Fighting | $27,562 | $55,125 |
| Unnecessarily Entering Fight Area (active involvement) | $5,512 | $11,025 |
| Unnecessarily Entering Fight Area (no active involvement) | $2,756 | $8,268 |
| | | |
| Sportsmanship | | |
| Excessive Profanity; other Unsportsmanlike Conduct (e.g., toward opponent(s), game personnel, fans, etc.) | $11,025 | $22,050 |
| Taunting | $8,268 | $11,025 |
| Football Into Stands | $5,512 | $11,025 |
| | | |
| Uniform | | |
| Foreign Substances on Body/Uniform | $8,268 | $16,537 |
| Chin Straps | $8,268 | $11,025 |
| Personal Messages | $5,512 | $11,025 |
| *(Additional fines may be imposed on team management and coaching staffs for condoning, permitting, etc., violations in this area)* | | |
| Other Uniform/Equipment Violations | $5,512 | $11,025 |

8/2014

CONFIDENTIAL NFLPA_BRADY002474

| On Field Commercial Logo Violation | *Considered violation of official League licensing agreements; suspension or fine; severity to be determined by degree of violation.* |
|---|---|
| **Gang Signing** | *Considered conduct detrimental to the League; suspension or fine; severity to be determined in accordance with provisions of the Personal Conduct Policy.* |

# 2014 Pro Bowl Fines

Pro Bowl players are subject to fines if they fail to attend team meetings, practices, or photo day without receiving approval from the NFL Football Operations department.

The Pro Bowl fine schedule for unauthorized absences is as follows:

| Violation | Fine Amount |
|---|---|
| Late for team meeting | $500 |
| Late for team practice | $500 |
| Late for team photo | $500 |
| Missed team meeting | $2,000 |
| Missed team practice | $2,000 |
| Missed team photo | $2,000 |

**Note:**  All fine amounts are doubled for repeat offenses.

All other fine amounts remain the same for on-field discipline.

CONFIDENTIAL

# Uniform Policy

NFL players are required to dress to the highest levels of professionalism. A player's appearance on the field conveys a message regarding the image of the League and directly affects the League's reputation and success. Accordingly, the NFL Uniform and Equipment policy was implemented primarily for player safety and to ensure that the game and its players are presented in a professional manner. For easy reference, please review the 10 bullet points below to make sure you are in compliance with the League's on-field dress code. Should you have additional questions, please direct them to your equipment manager or your club's League uniform inspector. In addition, this section contains illustrations of the NFL Uniform and Equipment Rules and also includes a detailed description of the Player Uniform policy.

- Players are not permitted to wear bandannas, stockings, or other unapproved headwear anywhere on the field, even if such items are worn under the helmets.

- Headwear is part of the NFL Uniform Code. No commercial endorsement agreement entered into by a player can alter his obligations under the NFL Uniform Code. The only headwear (e.g., caps) that the players are permitted to wear on the field is headwear provided by an NFL authorized supplier, currently New Era.

- Players' pants must not be altered or cut in any way and must be pulled over the knee.

- The stockings worn by players must be white from the top of the shoe to mid-calf and an approved team color from mid-calf to the bottom of the pant leg, which is pulled down below the knee.

- Tape used on shoes and stockings must be black or white to match the selected dominant shoe choice of the club.

- The team jersey must be tucked in at the waist.

- Towels must be tucked into the front waist of the pants and are limited to a maximum of 6 inches wide and 8 inches long.

- Shoulder pads and thigh and knee pads are mandatory equipment and must be worn by all players, except punters and kickers.

- Players must be examined by a club physician with a report submitted to the League office for approval prior to wearing a non-standard/customized facemask.

- All points of a chin strap, whether there are two points or four points, must be fastened to the helmet prior to the snap.

- Clubs must obtain approval from the Football Operations department before any new product can be used by one of their players in a game. The use of any product by a player during a game without prior League approval may subject the player and/or the club to significant fines if it is determined that the product violated NFL rules.

CONFIDENTIAL

# NFL UNIFORM AND EQUIPMENT RULES

**VIOLATION**



Players are not permitted to wear bandannas, stockings, or other unapproved headwear anywhere on the field during the pregame, game, or postgame periods, even if such items are under their helmet.

**VIOLATION**



The Jersey must remain tucked into the uniform pants throughout the game.

**VIOLATION**



Towels are limited to a maximum of 6 inches wide and 8 inches long and must be tucked into the front of the pants.

**VIOLATION**



The exterior stocking must be a one-piece unit solid white from the top of the shoe to the mid-point of the lower leg, with approved team color or colors from that midpoint to the top of the stocking.

**VIOLATION**



The exterior stocking must be a one-piece unit solid white from the top of the shoe to the mid-point of the lower leg, with approved team color or colors from that midpoint to the top of the stocking.



Helmet with facemask (chin strap fastened)

Thigh and knee pads are mandatory

**VIOLATION**



Jersey must cover all pads and other protective equipment worn on the torso and upper arms.

**VIOLATION**



Pants must be worn over the entire knee area.

**VIOLATION**



The exterior stocking must be a one-piece unit solid white from the top of the shoe to the mid-point of the lower leg, with approved team color or colors from that midpoint to the top of the stocking.

**VIOLATION**



Tape worn over all footwear must be the same color as the dominant color of the shoe.

**VIOLATION**



Tape worn over footwear must be the same color as the dominant color of the shoe.



Copyright © 2013 National Football League. All rights reserved.

8/2014

**CONFIDENTIAL**

**NFLPA_BRADY002477**

# NFL UNIFORM AND EQUIPMENT RULES
(**Rule 5, Section 4** of the *Official Playing Rules of the National Football League*)

**GENERAL POLICY** Throughout the game-day period while in view of the stadium and television audience, including during team pregame warm-ups, all players must dress in a professional manner under the uniform standards. The helmet and mandatory padding referenced in Article 3 below are intended to provide reasonable protection to a player while reasonably avoiding risk of injury to other players. The development of Playing Rules should be governed by this Article. Players generally must present an appearance that is appropriate to representing their individual clubs and the National Football League. The term uniform, as used in this policy, applies to every piece of equipment worn by a player, including helmet, shoulder pads, thigh pads, knee pads, and any other item of protective gear, and to every visible item of apparel, including but not limited to pants, jerseys, wristbands, gloves, stockings, shoes, visible undergarments, and accessories such as headwear worn under helmets and hand towels. All visible items worn on game day by players must be issued by the club or the League, or, if from outside sources, must have approval in advance by the League office.

**Mandatory Equipment, Apparel** Pursuant to the official colors established for each NFL club in the League Constitution and Bylaws, playing squads are permitted to wear only those colors or a combination of those colors for helmets, jerseys, pants, and stockings; provided that white is also an available color for jerseys and mandatory color for the lower portion of stockings. (See 5-3-3-f, "Stockings," below.) Each player on a given team must wear the same colors on his uniform as all other players on his team in the same game. Home clubs shall choose their jersey color (either white or official team color), and visiting clubs must wear the opposite. For preseason, regular season, or postseason games, the two competing teams may wear jerseys in their official colors (non-white), provided the Commissioner determines that such colors are of sufficient contrast.

All players must wear the equipment and uniform apparel listed below, which must be of a suitably protective nature, must be designed and produced by a professional manufacturer, and must not be cut, reduced in size, or otherwise altered unless for medical reasons approved in advance by the Commissioner. During pregame team warm-ups, players may omit certain protective equipment at their option, except that helmets, shoulder pads, thigh pads and knee pads must be worn.

**Helmets, Face Protectors** Helmet with all points of the chin strap (white only) fastened and facemask attached. Facemasks must not be more than ⅝-inch in diameter and must be made of rounded material; transparent materials are prohibited. Clear (transparent) plastic eye shields are optional. Tinted eye shields may be worn only after the League office is supplied with appropriate medical documentation and approval is subsequently granted. The League office has final approval. No visible identification of a manufacturer's name or logo on the exterior of a helmet or on any attachment to a helmet is permitted unless provided for under a commercial arrangement between the League and manufacturer; in no event is identification of any helmet manufacturer permitted on the visible surface of a rear cervical pad. All helmets must carry a small NFL shield logo on the rear lower-left exterior, and an approved warning label on the rear lower-right exterior. Both labels will be supplied in quantity by the League office.

**Jerseys** Jersey must cover all pads and other protective equipment worn on the torso and upper arms, and must be appropriately tailored to remain tucked into the uniform pants throughout the game. Tearaway jerseys are prohibited. Mesh jerseys with large fishnet material (commonly referred to as "bullet-hole" or "port-hole" mesh) are also prohibited. Surnames of players in letters a minimum of 2½ inches high must be affixed to the exterior of jerseys across the upper back above the numerals; nicknames are prohibited. All jerseys must carry a small NFL Shield logo at the middle of the yoke of the neck on the front of the garment. All fabrics must be approved by the League office prior to production.

**Numerals** Numerals on the back and front of jerseys as specified under NFL rules for the player's specific position. Such numerals must be a minimum of 8 inches high and 4 inches wide, and their color must be in sharp contrast with the color of the jersey. Smaller numerals should be worn on the tops of the shoulders or upper arms of the jersey. Small numerals on the back of the helmet or on the uniform pants are optional.

**Pants** Pants must be worn over the entire knee area; pants shortened or rolled up to meet the stockings above the knee are prohibited. No part of the pants may be cut away unless an appropriate gusset or other device is used to replace the removed material. All pants must carry a small NFL Shield logo on the front left groin area of the pants, midway between the fly opening and side seam, and ½-inch below the belt.

**Shoulder Pads, Thigh Pads, and Knee Pads** Shoulder pads, thigh pads, and knee pads which have been approved by the League office. All pads must be covered by the outer uniform. Knee pads must be at least ¼ inch thick and must cover the knees. Basketball-type knee pads are permitted, but must be covered by the outer uniform. Punters and placekickers may omit thigh pads and knee pads.

**Stockings** Stockings must cover the entire area from the shoe to the bottom of the pants, and must meet the pants below the knee. Players are permitted to wear as many layers of stockings and tape on the lower leg as they prefer, provided the exterior is a one-piece stocking that includes solid white from the top of the shoe to the mid-point of the lower leg, and approved team color or colors (non-white) from that point to the top of the stocking. Uniform stockings may not be altered (e.g., over-stretched, cut at the toes, or sewn short) in order to bring the line between solid white and team colors lower or higher than the mid-point of the lower leg. No other stockings and/or opaque tape may be worn over the one-piece, two-color uniform stocking. Barefoot punters and placekickers may omit the stocking of the kicking foot in preparation for and during kicking plays.

**Shoes** Shoes must be of standard football design, including "sneaker" type shoes such as basketball shoes, crosstraining shoes, etc. Each team must designate a dominant base color for its shoes, either black or white (with shoelace color conforming to the dominant base color of the tongue area of the shoe). Each team must also designate one of its Constitutional uniform colors as a dominant team color for its shoes. Each team must also designate one of its Constitutional uniform colors as a secondary team color for its shoes. Each team may also designate a third uniform color as a tertiary team color that may be used for accents on its shoes. The designation of team shoe colors as described above must be reported by each team to the League office no later than July 1 each year. Each player may select among shoe styles previously approved by the League office. All players on the same team must wear shoes with the same dominant base color. A player may wear an unapproved standard football shoe style as long as the player tapes over the entire shoe to conform to his team's selected dominant base color (i.e., white or black). Logos, names, or other commercial identification on shoes are not permitted to be visible unless advance approval is granted by the League office. Size and location of logos and names on shoes must be approved by the League office. When a shoe logo or name approved by the League is covered with an appropriate use of tape, players will be allowed to cut out the tape covering the original logo or name, provided the cut is clean and is the exact size of the logo or name. The logo or name of the shoe manufacturer must not be re-applied to the exterior of taped shoes unless advance approval is granted by the League office. Kicking shoes must not be modified (including using a shoelace wrapped around toe and/or bottom of the shoe), and any shoe that is worn by a player with an artificial limb on his kicking leg must have a kicking surface that conforms to that of a normal kicking shoe. Punters and placekickers may omit the shoe from the kicking foot in preparation for and during kicking plays. Punters and placekickers may wear any combination of the tri-colored shoes provided that the colors are consistent with those selected by the team and with the policy listed above.

**OTHER PROHIBITED EQUIPMENT, APPAREL** In addition to the prohibited items of equipment and apparel specified above, the following also are prohibited:

**Projecting Objects** Metal or other hard objects that project from a player's person or uniform, including from his shoes.

**Uncovered Hard Objects, Substances** Hard objects and substances, including but not limited to casts, guards or braces for hand, wrist, forearm, elbow, hip, thigh, knee, and shin, unless such items are appropriately covered on all edges and surfaces by a minimum of 3/8-inch foam rubber or similar soft material. Any such item worn to protect an injury must be reported by the applicable coaching staff to the Umpire in advance of the game, and a description of the injury must be provided.

**Detachable Toe** Detachable kicking toe.

**Torn Items** Torn or improperly fitting equipment creating a risk of injury to other players, e.g., the hard surfaces of shoulder pads exposed by a damaged jersey.

**Improper Cleats** Shoe cleats made of aluminum or other material that may chip, fracture, or develop a cutting edge. Conical cleats with concave sides or points which measure less than ⅜-inch in diameter at the tips, or cleats with oblong ends which measure less than ¼ by ¾-inch at the end

8/2014

CONFIDENTIAL

NFLPA_BRADY002478

tips are also prohibited. Nylon cleats with flat steel tips are permitted.

**Improper Tape** Opaque, contrasting-color tape that covers any part of the helmet, jersey, pants, stockings, or shoes; transparent tape or tape of the same color as the background material is permissible for use on these items of apparel. Players may use opaque white, black or one dominant club color tape on hands and arms, provided it conforms to above ("Uncovered Hard Objects, Substances") and below ("Approved Glove Color"). Opaque tape either black or white on shoes is permitted, provided it is black or white to match the selected dominant shoe choice of the Club, and provided it does not carry up into the stocking area.

**Items Colored Like Football** Headgear or any other equipment or apparel which, in the opinion of the Referee, may confuse an opponent because of its similarity in color to that of the game football. If such color is worn, it must be broken by stripes or other patterns of sharply contrasting color or colors.

**Adhesive, Slippery Substances** Adhesive or slippery substances on the body, equipment, or uniform of any player; provided, however, that players may wear gloves with a tackified surface if such tacky substance does not adhere to the football or otherwise cause handling problems for players.

**Recommended Equipment** It is recommended that all players wear hip pads designed to reasonably avoid the risk of injury. Unless otherwise provided by individual team policy, it is the players' responsibility and decision whether to follow this recommendation and use such pads. If worn, such pads must be covered by the outer uniform.

**OPTIONAL EQUIPMENT** Among the types of optional equipment that are permitted to be worn by players are the following:

**Garments Under Jerseys** Quarterbacks will be allowed to wear under the game jersey a solid colored T-shirt, turtleneck, or sweatshirt (consistent with team undergarment color) with sleeves cut to any length, as long as both sleeves are evenly trimmed and the edges are sewn and hemmed. All other players may wear garments under game jerseys only if the undergarment sleeves either (a) are full length to the wrist; or (b) are the half sleeve length as provided by the licensee each of which must be approved by the NFL. Players may not wear long-sleeved undergarments that include pebble-grip sleeves. Any garments under jerseys that are exposed at the neck or sleeve area and that carry an exposed logo or commercial name/identification must be licensed and approved by the League office for wear on the field. All members of the same team who wear approved undergarments with exposed necks or sleeves must wear the same color on a given day, which color must be white or a solid color that is an official team color (solid means that sleeves must not carry stripes, designs, or team names).

**Approved Glove Color** Gloves, wrappings, elbow pads, and other items worn on the arms below or over the jersey sleeves by interior offensive linemen (excluding tight ends) must be of the color that is mandatorily reported to the League office by the club before July 1 each year. Such reported color must be white, black or other official uniform color of the applicable team, and, once reported, must not be changed throughout that same season. Players at other positions (non-interior linemen) also may wear gloves provided they are either (i) a solid white, solid black, or a solid color that is an official uniform color of the applicable club, (ii) a bi-color combination of black or white with one (1) official uniform color of the applicable team, or (iii) a tri-color combination of black or white, and/or up to two official uniform colors of the applicable club. For clubs with a third official uniform color, player (non-interior linemen) gloves may also incorporate a third official uniform color as an accent only. Clubs are not required to designate to the League office by July 1, the color of gloves that will be worn by their non-interior linemen.

**Rib Protectors** Rib protectors ("flak jackets") under the jersey.

**Wristbands** Wristbands, provided they are white or black only.

**Towels** Towels, provided they are white licensed towels approved by the League office for use on the playing field. Players are prohibited from adding to these towels personal messages, logos, names, symbols, or illustrations. Such towels also must be attached to or tucked into the front waist of the pants, and must be no longer than 6 by 8 inches (slightly larger size may be issued to quarterbacks, or may be folded to these limits for wearing in games). A player may wear no more than one towel. Players are prohibited from discarding on the playing field any loose towels or other materials used for wiping hands and the football. Streamers or ribbons, regardless of length, hanging from any part of the uniform, including the helmet, are prohibited.

**Headwear** When players are on the field, during the pregame, game, and postgame periods, they may wear approved caps, skull caps and bands, approved cold weather gear, or other approved headwear for medical purposes only, as determined by the Commissioner. Any permissible headwear must be approved by the League office, and if worn under the helmet, no portion may hang from or otherwise be visible outside the helmet. Players are not permitted to wear bandannas, stockings, or other unapproved headwear anywhere on the field during the pregame, game, or postgame periods, even if such items are worn under their helmets.

**Logos And Commercial Identification** Throughout the period on game-day that a player is visible to the stadium and television audience (including in pregame warm-ups, in the bench area, and during postgame interviews in the locker room or on the field), players are prohibited from wearing, displaying, or orally promoting equipment, apparel, or other items that carry commercial names or logos/identifications of companies, unless such commercial identification has been approved in advance by the League office. The size of any approved logo or other commercial identification involved in an agreement between a manufacturer and the League will be modest and unobtrusive, and there is no assurance that it will be visible to the television audience.

**Personal Messages** Throughout the period on game-day that a player is visible to the stadium and television audience (including in pregame warm-ups, in the bench area, and during postgame interviews in the locker room or on the field), players are prohibited from wearing, displaying, or otherwise conveying personal messages either in writing or illustration, unless such message has been approved in advance by the League office. Items to celebrate anniversaries or memorable events, or to honor or commemorate individuals, such as helmet decals, and arm bands and jersey patches on players' uniforms, are prohibited unless approved in advance by the League office. All such items approved by the League office, if any, must relate to team or League events or personages. The League will not grant permission for any club or player to wear, display, or otherwise convey messages, through helmet decals, arm bands, jersey patches, or other items affixed to game uniforms or equipment, which relate to political activities or causes, other non-football events, causes or campaigns, or charitable causes or campaigns. Further, any such approved items must be modest in size, tasteful, non-commercial, and non-controversial; must not be worn for more than one football season; and if approved for use by a specific team, must not be worn by players on other teams in the League.

**General Appearance** Consistent with the equipment and uniform rules, players must otherwise present a professional and appropriate appearance while before the public on game-day. Among the types of activity that are prohibited are use of tobacco products (smokeless included) while in the bench area and use of facial makeup.

Copyright © 2014 National Football League. All rights reserved.

8/2014

**CONFIDENTIAL**

NFLPA_BRADY002479

**Penalties:**  **(a)**  For violation of this Section 4 discovered during pregame warm-ups or at other times prior to the game, player will be advised to make appropriate correction; if the violation is not corrected, player will not be permitted to enter the game.

 **(b)**  For violation of this Section 4 that is discovered while player is in the game, and which involves the competitive or player safety aspects of the game (e.g., illegal kicking toe of shoe, an adhesive or slippery substance, failure to wear mandatory equipment), player will be removed from the game until he has complied.

 **(c)**  For any other violation of this Section 4 (e.g., wristbands that are not League-approved, towel with a personal message, impermissible headwear under the helmet) that is discovered while the player is in the game, player will be advised to make appropriate correction at the next change of possession; if the violation is not corrected, player will not be permitted to enter the game.

 **(d)**  For violation of this Section 4 detected in the bench area: Player and head coach will be asked to remove the objectionable item, properly equip the player, or otherwise correct the violation. The involved player or players will not be permitted to enter the game until the player has complied.

 **(e)**  For illegal entry or return of a player suspended under this Section 4: Loss of five yards from succeeding spot and removal until properly equipped after one down.

 **(f)**  For repeat violation: Disqualification from game.

## Supplemental Notes

Note 1:  In addition to the game-day penalties specified above, the Commissioner may subsequently impose independent disciplinary action on the involved player, up to and including suspension from the team's next succeeding game—preseason, regular season, or postseason, whichever is applicable.

Note 2:  If a player is suspended for having adhesive or slippery substances on his body, equipment, or uniform, he must remain out of the game for one play, even if there is a team timeout, the two-minute warning, or the end of a period.

Note 3:  If a player (kicker) is suspended for having an illegal kicking shoe, he must remain out of the game for one play, unless there is a team timeout, the two-minute warning, or the end of the period.

8/2014

CONFIDENTIAL

NFLPA_BRADY002480

## Officiating Procedures to Detect Foreign Substances
## on Player Uniforms on Game Day

**A.  Weekly Communications/Procedures for Game Officials**

1.  Each week, on the day prior to the game, the League Officiating department will give to the Game Officials a confidential list of two offensive and two defensive line positions for each half that were randomly selected.

2.  When the Game Officials arrive at the stadium, they will use the flip cards to determine the names of the designated players to be checked.

**B.  Team Two-Minute Locker Room Warning Prior to Game**

1.  The Umpire will hand the home team uniform designee a card advising him of the four randomly selected linemen (two offensive and two defensive) who will be checked for unauthorized foreign substances on their uniforms prior to leaving the locker room. The Side Judge will follow the same procedure with the visiting team.

2.  The uniform designee for the respective teams will present the four designated players of the home team to the Umpire and the visiting team to the Side Judge at the locker room door as the teams leave the locker room for introductions.

3.  If an unauthorized foreign substance is detected on a player's jersey, the jersey will be confiscated immediately and ultimately given to the Referee through appropriate League-designated security. The player must change to a new jersey prior to playing in the game.

**C.  Team Two-Minute Locker Room Warning Prior to Second Half**

Same procedures as the first half, with four players on each team again randomly selected. The random selection process may involve players that were checked prior to the game.

**D.  Detection During the Game**

If during the game a player is determined to have an unauthorized foreign substance on his uniform (body), the player must be removed for one play. The jersey will be immediately confiscated and ultimately given to the Referee through appropriate League-designated security.

**E.**  The Commissioner will levy significant fines when any player abusing this policy is detected.

CONFIDENTIAL
NFLPA_BRADY002481

# Player Equipment Safety

## Helmet Warning

All football helmets in use in the National Football League must carry a special warning label.

Read the warning carefully and heed its message at all times.

If your helmet does not have such a label, please see your Equipment Manager for a replacement. Do not remove existing labels under any circumstances.

The label states the following:

## WARNING

### NO HELMET CAN PREVENT SERIOUS HEAD OR NECK INJURIES A PLAYER MIGHT RECEIVE WHILE PARTICIPATING IN FOOTBALL.

Do not use this helmet to butt, ram or spear an opposing player. This is in violation of the football rules and such use can result in severe head or neck injuries, paralysis or death to you and possible injury to your opponent.

Contact in football may result in **CONCUSSION-BRAIN INJURY** which no helmet can prevent. Symptoms include: loss of consciousness or memory, dizziness, headache, nausea or confusion. If you have symptoms, immediately stop playing and report them to your coach, trainer or parents. Do not return to a game or practice until all symptoms are gone and you have received **MEDICAL CLEARANCE**. Ignoring this warning may lead to another and more serious or fatal brain injury.

8/2014

CONFIDENTIAL

NFLPA_BRADY002482

**ProCap Helmet Device**

Each NFL player is permitted to select his own helmet as long as the helmet complies with the specifications set forth in Rule 5, Section 4, Articles 1 and 3 of *the Official Playing Rules of the National Football League* ("Official Playing Rules").

It has come to the attention of the League that some players use the ProCap helmet device with their helmets. Although the use of ProCap is not prohibited, players should be aware that in the opinion of the NFL Injury and Safety Panel certain characteristics of ProCap contribute to catastrophic neck injury, which may possibly result in death. In addition, the NFL Injury and Safety Panel also believes that the ProCap insulates heat and as a result may contribute to heat related injuries or illnesses, such as heat exhaustion and heat stroke.

**Players should understand that they use ProCap at their own risk.**

Players are encouraged to consult with their teams' medical staff or equipment staff if they have further questions about the ProCap helmet device.

8/2014

CONFIDENTIAL

NFLPA_BRADY002483

**Risks of Player Injury**

**The sport of football presents risks to players.  These risks include** injury to the head, neck or spine; injury to the muscular or skeletal systems; injury to internal organs; fractures; physical violence; loss and/or damage to sight, teeth or hearing; paralysis; concussions and traumatic brain injury and all of their short- and/or long-term effects including without limitation brain damage, dementia, mood disorder, and/or cognitive impairment; short- and/or long-term disability; loss of income and/or career opportunities; serious injury; and/or death.

**Guidelines for Players During a Serious On-Field Player Injury**

For purposes of this policy, a serious on-field player injury is an injury to a player's head, neck, or spinal cord rendering him unconscious and/or unable to move all or part of his body. If such a serious injury occurs on the field, players are instructed to do the following:

1. Players and coaches **must** go to and remain in the bench area. Adequate lines of vision between the medical staffs and all available emergency personnel must be maintained at all times.

2. Do not roll over an injured player.

3. Do not assist a teammate who is lying on the field; i.e. removing the helmet or chin strap, or attempting to assist breathing by elevating the waist.

4. Do not pull an injured teammate or opponent from a pile-up.

**Note:** Officials are aware of the location of emergency personnel and equipment at all stadiums.

CONFIDENTIAL     **NFLPA_BRADY002484**

# On Field Policy

The On Field Policy is intended to ensure (1) the integrity and quality of apparel and related items (e.g., footwear, gloves, hats) worn on the field and sidelines on game day and at all clubs' official mandatory minicamps, official preseason training camps, and all club practice sessions (collectively, "On Field Apparel"), and (2) compliance with the commercial arrangements the National Football League has entered into with specific licensees. The On Field Policy ultimately benefits all players in the League and any attempts by players to violate or circumvent this policy will be subject to appropriate discipline.

## A. General Policy

1. All On Field Apparel worn by NFL players and club football staff on game day (defined as the period beginning prior to the game and continuing until 90 minutes after the whistle ending the game for all preseason, regular season and postseason games) must be licensed and authorized for such use by the NFL.

2. Use of unauthorized or non-licensed On Field Apparel products on the field and its environs (e.g., locker room, sidelines) on game day is strictly forbidden and is subject to disciplinary action by the NFL.

3. At all clubs' official mandatory minicamps, official preseason training camps, and all club practice sessions including post-practice interviews (collectively, "Club Game-Related Events"), players are required (except where otherwise expressly provided below) to wear On Field Apparel that is officially licensed and authorized for such use by the NFL. Players that elect to wear On Field Apparel at Club Game-Related Events that is not licensed and authorized for such use by the NFL (where permissible) are required to remove or cover any visible third party (e.g., manufacturer) name, logo, brand, or other commercial identification (e.g., proprietary designs) appearing on such products, in a manner acceptable to the NFL.

4. Use of unauthorized or non-licensed On Field Apparel products bearing visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs) at Club Game-Related Events is strictly forbidden and is subject to disciplinary action by the NFL.

5. Removal or mutilation of manufacturer's logos or authorized patches from any NFL licensed and authorized On Field Apparel by any player or team personnel for use on game day or at any Club Game-Related Event is strictly prohibited.

6. Any questions regarding authorized On Field Apparel should be directed to the team Equipment Manager or the following NFL personnel:

   | NFL Football Operations: | Akil Coad | 212/450-2328 |
   | NFL On Field: | Dennis Kayser | 212/450-2755 |

8/2014

CONFIDENTIAL

NFLPA_BRADY002485

B.    On Field Apparel Categories/Rules

## 1.    Outerwear

<u>Game Day</u> - All active or inactive players are required to wear the outerwear provided by Nike.

<u>Club Game-Related Events</u> - All active or inactive players are encouraged to wear outerwear provided by Nike.  Outerwear other than Nike must have all visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs) removed or covered, in a manner acceptable to the NFL.

## 2.    Headwear

<u>Game Day and Club Game-Related Events</u> - All active or inactive players that choose to wear headwear are required to wear their team-designated headwear provided by New Era.

## 3.    Uniforms

<u>Game Day</u> - All active or inactive players must wear the game uniform provided by Nike.

<u>Club Game-Related Events</u> - All active or inactive players must wear the practice jerseys provided by Nike, inclusive of any third party branding.

## 4.    Footwear

<u>Game Day and Club Game-Related Events</u>

(a)    All footwear must conform to the NFL Uniform Code Policy.

(b)    Nike and Under Armour are the only NFL authorized footwear suppliers.

(c)    All active or inactive players may wear Nike or Under Armour brand-identified shoes.

(d)    Active or inactive players that choose to wear footwear other than Nike or Under Armour must have all visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs) removed or covered, in a manner acceptable to the NFL.

(e)    No manufacturer's logo may be applied to any brand of shoes once they have been spatted.

(f)    Active or inactive players will be allowed to cut windows in a spat to expose Nike or Under Armour manufacturers' logos only, in a manner acceptable to the NFL.

8/2014

**CONFIDENTIAL**

**NFLPA_BRADY002486**

**Note:** For competitive purposes, Kickers and Punters may wear their shoe of choice, but all footwear must meet NFL approval.

| Club Must | |
|---|---|
| | |
| 1) Designate **black or white** as their base shoe color | |
| **Black** | **White** |
| all black | all white |
| black w/white | white w/black |
| | |
| 2) Designate a **primary team** color | |
| black w/primary team color | white w/primary team color |
| black w/white & primary team color | white w/black & primary team color |
| | |
| 3) Designate a **secondary team color**, if applicable | |
| black/w secondary team color | white w/secondary team color |
| black w/white & secondary team color | white w/black & secondary team color |
| | |
| black w/primary & secondary team color | white w/primary & secondary team color |
| black w/white, primary & secondary team color | white w/black, primary & secondary team color |
| | |
| 4) Designate a **tertiary team color**, if applicable | |
| black w/tertiary team color | white w/tertiary team color |
| black w/white & tertiary team color | white w/black & tertiary team color |
| | |
| black w/primary & tertiary team color | white w/primary & tertiary team color |
| black w/white, primary & tertiary team color | white w/black, primary & tertiary team color |
| | |
| black w/primary, secondary & tertiary team color | white w/primary, secondary & tertiary team color |
| black w/white, primary, secondary & tertiary team color | white w/black, primary, secondary & tertiary team color |

- Designated primary, secondary, and tertiary colors must be Constitutional team colors
- Black and white must be dominant in the order stated for each selection above (e.g., black w/white is black dominant)
- The color preferences must be dominant in the order selected (e.g., primary color is dominant over secondary color in quantity used except in the case of primary and secondary colors which may be equal to one another)
- Silver and gold are not neutral
- Gray and tan are not interchangeable w/silver and gold
- Shoes may not be solid color unless black or white

5. **Helmets**

Game Day and Club Game-Related Events

(a) No manufacturer is authorized to display exterior branding on helmets.
(b) All brand identification on helmets must be removed or covered at all times. This includes chin straps and front and rear panels.
(c) Chin straps and front and rear bumpers must be only white in color.

## 6.    Player Gloves

Game Day and Club Game-Related Events

(a)    All active or inactive player gloves must conform to the NFL Uniform Code Policy.

(b)    Nike and Under Armour are the only manufacturers authorized to display exterior branding on player gloves.

(c)    Active or inactive players that choose to wear gloves other than Nike or Under Armour must have all visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs) removed or covered.

## 7.    Wristbands

Game Day and Club Game-Related Events

(a)    All active or inactive player wristbands must be solid white or black only, and must not bear any visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs).

## 8.    Thermal Wear/Compression Wear/Undershirts

Game Day and Club Game-Related Events

(a)    Nike is the only manufacturer authorized to display exterior branding on thermal wear/compression wear/undershirts.

(b)    Active or inactive players that choose to wear thermal wear/compression wear/undershirts other than Nike must have all visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs) removed or covered.

Each team Equipment Manager will receive a full list of approved On Field Apparel prior to August 1, 2014.

### C.  Miscellaneous Uniform Areas

(1)  **Helmet Labels** — Clubs should make sure that <u>clear</u> (not white) use-of-the-helmet warning labels are attached to the <u>right</u> rear of all football helmets. Equipment Managers should make sure they are attached, and players are instructed through playbook insertions and locker room signs not to remove the labels under any circumstances.

The NFL shield logo must be placed on the left rear of all helmets. Please contact the NFL Game Operations department if you need additional shield labels or helmet warning labels.

(2)  **Jersey Numbering System** — All players must wear numerals on their jerseys in accordance with Rule 5, Section 1, Article 2 of the Official Playing Rules, and such numerals must be by playing position, as follows:

| | |
|---|---|
| (a) quarterbacks, punters, and placekickers: | 1 - 19 |
| (b) running backs and defensive backs: | 20 - 49 |
| (c) centers: | 50 - 79 |
| (d) offensive guards and tackles: | 60 - 79 |
| (e) wide receivers: | 10 - 19 and 80 - 89 |
| (f) tight ends and H-backs: | 40 - 49 and 80 - 89 |
| (g) defensive linemen: | 50 - 79 and 90 - 99 |
| (h) linebackers: | 50 - 59 and 90 - 99 |

If a player changes his position during his playing career in the NFL and such change moves him from a position as an ineligible pass receiver to that of an eligible pass receiver, or from a position as an eligible pass receiver to that of an ineligible pass receiver, he must be issued an appropriate new jersey number. A change in jersey numeral is not required if the change is from an ineligible position to another ineligible position, or from an eligible position to another eligible position, provided that the player has participated at least one season at his position prior to the change.

Any request to wear a number for a special position not specified above must be made to the Commissioner.

During the preseason period when playing rosters are larger, the League will allow duplication and other temporary deviations from the numbering scheme specified above, but the rule must be adhered to by all players during the regular season and postseason. Clubs must make numerals available to adhere to the rule, even if it requires putting back into circulation a numeral that has been retired or withheld for other reasons.

CONFIDENTIAL  NFLPA_BRADY002489

For competitive reasons, no player may change his uniform number once the regular season begins. Special exceptions to this rule may be considered by the NFL Game Operations department depending on the circumstances (e.g., player traded to another team).

For marketing reasons, no player may change his uniform number prior to the start of the regular season without prior written authorization from the League office.

Please note that during the preseason, regular season, and postseason, clubs must request any deviation from the Jersey Numbering System necessitated by any unforeseen or unusual circumstances. Non-adherence to the Jersey Numbering System without prior notification and permission from the NFL Game Operations department may result in club or individual fines.

(3)  **Captains' Patch Rules**

1.  Captains must be reported to the NFL office by the Wednesday preceding the first regular season game.
2.  Captains' patches may not be worn during offseason workouts, training camp, and preseason games.
3.  A player accumulates status/stars at a specific club and may not transfer his status/stars to another club.
4.  The Captain's patch is to be worn on the wearer's right chest.
5.  The club must use the Captain's patch in the colors designated by the NFL.
6.  Clubs not wearing the patch in the regular season may request to wear the patch in the postseason.
7.  No more than six (6) Captains may be designated by a club.
8.  Captains wearing patches must be designated for the entire season or at least eight (8) regular season games. Captains that rotate weekly are not eligible to wear the patch.
9.  If a Captain is placed on Reserve/Injured, a replacement may be selected. The NFL must be notified of any such changes.
10.  A captain placed on Reserve/Injured will maintain his designation as long as he was active with the designation for one (1) regular season game.
11.  Equipment Managers are responsible for the Captain's patch inventory and are not permitted to affix the Captain's patch to any jersey other than one to be used in a game.

8/2014
**CONFIDENTIAL**      **NFLPA_BRADY002490**

# Enforcement of Uniform and On Field Policies

The League will strictly enforce the Uniform and Equipment Rules and On Field Policies. The following procedures will apply:

1. Each team will designate one staff member (preferably an assistant coach or a high-level executive) to be its contact with uniform inspectors on policies governing uniforms and On Field Apparel. Teams must notify the League office who their designee will be no later than July 30.

2. The team designee must meet with a designated uniform inspector one-half hour before kickoff at the 50-yard line in the designee's team bench area. The designated uniform inspector will inform the team designee of any equipment, uniform, or On Field Apparel violations.

3. Team designees are responsible for reporting violations to their respective head coaches. The team then must inform involved players of equipment, uniform, and On Field Apparel violations.

4. Before kickoff, team designees are responsible for bringing violators to the uniform inspector for clearance in front of their bench areas. If violations are not corrected, player(s) will not be permitted to enter the game.

5. During the game, any player in view of the stadium audience who is in violation of the equipment and uniform rules will be reported to the team designee, who is responsible for correcting the violation during the next change of possession or other appropriate stoppage. The player will not be allowed to return to game action until the violation is corrected.

6. Players who violate the On Field Policy in view of the stadium audience after the game has started will be subject to League discipline, with a first offense resulting in a fine.

7. Players whose equipment or uniform violations are not detected by uniform inspectors, who repeat violations on the same game day after having been corrected earlier, or who participate in the game despite not having corrected a violation when instructed to do so, are subject to League discipline. First offenses will result in fines.

8. All points of a chin strap, whether there are two points or four points, must be fastened to the helmet prior to the snap. Though it is recognized that a strap may unfasten during the play, players who do not have their chin straps fastened prior to the snap will be subject to a substantial fine. In order to insure that players are in compliance with this rule, on-field Game Officials, uniform inspectors on the sidelines, and game observers in the press box will record instances in which players are observed participating in game action with their chin straps not fastened or improperly fastened. In addition, individuals who monitor telecasts of NFL games at the League's command center in New York will log instances of violations.

8/2014

CONFIDENTIAL

NFLPA_BRADY002491

9.     Players who violate the On Field Policy at their club's official mandatory minicamps, official preseason training camps, or practice sessions will be subject to League discipline, with a first offense potentially resulting in a fine.

A complete list of uniform and equipment rules can be found in Rule 5, Section 4 of the 2014 Playing Rules of the National Football League (NFL Rule Book).

# Cooperation with News Media

Cooperation with the news media is **essential to the popularity and prosperity of our game and its players**.

You are obligated as a professional to **be available to the media on a regular and consistent basis** during scheduled media times. Please recognize that each member of the media, like you, has a job to perform and deserves respect. In these challenging times **everyone in the NFL must do more to promote the game to our fans**.

The requirement to cooperate is in **your Collective Bargaining Agreement** and **your NFL Player Contract,** Paragraph 4 of which reads: "Player will cooperate with the news media, and will participate upon request in reasonable activities to promote the Club and the League."

Each NFL club is instructed to remind players of this obligation under their contract and club and League policies. **Violations of the NFL Media Relations Policy may result in fines for each incident, escalating for repeat violators**. Failure to adhere to the requirements will cast you and your organization in a negative light with fans.

Your club's public relations staff will assist in your dealings with the media. These professionals will arrange appointments that serve your best interests and give you appropriate advice. They will ensure that you are properly trained to deal with the media. Please **work closely with your Public Relations department**.

**Your professional obligation to the media is to be available during designated times of the week**. During the normal practice week, your club's locker room will be open to the media four times (Monday, Wednesday, Thursday, and Friday) for a minimum of 45 minutes per day. Following games, the locker room will remain closed for 10-12 minutes before opening to all members of the media, including women. **You must be available during these designated times**. In order to afford you reasonable privacy, your team will screen off the shower area in your locker room and provide you with wrap-around towels or other appropriate clothing. Harassment of reporters in any form, including sexual or physical harassment, is grounds for discipline.

Selected players will be asked each week to spend time after practice on Friday or Saturday with the announcers from **the network televising your game**. Our network television partners also need to interview players each week for their pregame shows. In addition, one player on your team each week will be requested to speak to a group of reporters in the city of your upcoming opponent by **telephone conference call**. These are opportunities to provide positive information about you and your team to influential members of the media. **Your cooperation is expected.**

The growth of social media has created important new ways to communicate and connect with fans. When used responsibly in compliance with League and club policy – prohibited on game day, including halftime, beginning 90 minutes before kickoff until after your postgame media obligations are fulfilled – social media can effectively promote our game and provide valuable insight to fans.

**CONFIDENTIAL**

**Keep in mind that the information or views you post on social media are always "on the record."**

Remember to:

- Work closely with your club's Public Relations department.

- Present yourself to the media in a professional manner. They are a direct link to the fans that support our game.

- Be available to the media on a regular and consistent basis during scheduled media times:

  - Four times during normal practice week (Monday, Wednesday, Thursday, and Friday).
  - Following each game in the locker room or interview area.

- Be available to the network televising your game, upon request, to spend time after practice on Friday or Saturday with the announcers.

- Think carefully when using social media. You are accountable to yourself, your team, and the NFL when commenting in this environment. You are always "on the record."

The media connects you with fans. That is why it is important that you **present yourself to the media in a professional manner**. The use of abusive, insulting, obscene, or profane language or gestures is strictly prohibited and will subject offenders to discipline.

Cooperating with the news media is **part of your job**. Take advantage by making it work in the best interests of you and your team.

CONFIDENTIAL

# Player Roles in Community Relations

The National Football League, its teams, and players have a long tradition of **supporting the communities** in which they live. We encourage you to follow in the footsteps of Charles Tillman, Jason Witten, the late Walter Payton, and many others by supporting **the important tradition of NFL player community service.**

Every NFL club has a **Community Relations staff** that coordinates the team's charitable activities. You should meet with those professionals to discuss your goals. Are there causes in which you would like to get involved or be a spokesman? Are there organizations that you already support or with which you'd like to become involved? **Meet with your club's Community Relations department** to discuss how you can contribute.

Your day off during the season is usually on Tuesday. The NFL supports an initiative with the clubs called **"NFL Tuesdays"** in which players dedicate a portion of their day off to community activities. The NFL and its players are very proud of the statement this makes about community service.

Another key program is the **"NFL/United Way Hometown Huddle,"** a Tuesday in October when every team performs a community service project tied to youth health and wellness. You are encouraged to join your teammates, coaches, and club staff in this celebration of volunteerism.

A cause the NFL actively supports is its **PLAY 60** initiative focused on getting kids physically active for at least 60 minutes per day. The league focuses on PLAY 60 throughout the year, and especially during the Thanksgiving weekend, making the holiday a celebration of football, family, and fitness. PLAY 60 will be a theme in many of your NFL Tuesday appearances, giving you an opportunity to lead gym classes and speak to kids about the importance of exercise and proper nutrition.

In October, the NFL supports **Breast Cancer** awareness and prevention through its **"A Crucial Catch"** campaign. Visible elements include on field pink ribbon stencils, pink apparel for players and coaches, and in-stadium banners. The importance of annual breast cancer screenings is the primary message, with all money raised benefitting the **American Cancer Society**.

**Military Appreciation** is also an important focus. Through its **"Salute to Service"** campaign the NFL organizes annual trips overseas for players and coaches with the USO, while teams show their support for our troops with Veterans Day activities each November. With its annual **Salute to Service Award**, the NFL seeks to recognize excellence in appreciation of military service carried out by NFL coaches, players, and staff.

Through its annual **Walter Payton NFL Man of the Year Award**, the NFL seeks to recognize the extraordinary community and philanthropic efforts of its players across the league. Presented annually since 1970, this distinguished award is granted to the player who demonstrates outstanding contributions to society off-the-field while handling himself in an exemplary fashion in uniform.

The National Football League serves as a leader in philanthropy and supports both current and former NFL players in their charitable endeavors through several grant initiatives.

**The NFL Foundation** is a nonprofit organization created by the NFL clubs to award charitable grants to worthwhile causes on a national scale. Through its **Player Foundation Grants**, the NFL Foundation supports current and former NFL players who establish nonprofit foundations. The NFL Foundation is also devoted to providing current and former NFL players with opportunities to support football in your communities. Through the **NFL Player Football Camp Grant program**, you are eligible to receive up to $4,000 for your free, non-contact youth football camps. NFL players who make financial contributions to youth and/or high school football programs may also apply for **NFL Player Matching Grants** of up to $5,000 for capital improvements toward those football programs. Finally, NFL players may honor their former high school football coach by nominating him for the **Don Shula NFL High School Coach of the Year Award.**

CONFIDENTIAL NFLPA_BRADY002496



# Personal Conduct Policy

All persons associated with the NFL are required to avoid "conduct detrimental to the integrity of and public confidence in the National Football League."  This requirement applies to players, coaches, other team employees, owners, game officials and all others privileged to work in the National Football League.

For many years, it has been well understood that rules promoting lawful, ethical, and responsible conduct serve the interests of the League, its players, and fans. Illegal or irresponsible conduct does more than simply tarnish the offender.  It puts innocent people at risk, sullies the reputation of others involved in the game, and undermines public respect and support for the NFL.

**Standard of Conduct:**

While criminal activity is clearly outside the scope of permissible conduct, and persons who engage in criminal activity will be subject to discipline, the standard of conduct for persons employed in the NFL is considerably higher.It is not enough simply to avoid being found guilty of a crime.  Instead, as an employee of the NFL or a member club, you are held to a higher standard and expected to conduct yourself in a way that is responsible, promotes the values upon which the League is based, <u>and</u> is lawful.

Persons who fail to live up to this standard of conduct are guilty of conduct detrimental and subject to discipline, even where the conduct itself does not result in conviction of a crime. Discipline may be imposed in any of the following circumstances:

- Criminal offenses including, but not limited to, those involving: the use or threat of violence; domestic violence and other forms of partner abuse; theft and other property crimes; sex offenses; obstruction or resisting arrest; disorderly conduct; fraud; racketeering; and money laundering.
- Criminal offenses relating to steroids and prohibited substances, or substances of abuse;
- Violent or threatening behavior among employees, whether in or outside the workplace;
- Possession of a gun or other weapon in <u>any</u> workplace setting, including but not limited to stadiums, team facilities, training camp, locker rooms, team planes, buses, parking lots, etc., or unlawful possession of a weapon outside of the workplace;
- Conduct that imposes inherent danger to the safety and well being of another person; and
- Conduct that undermines or puts at risk the integrity and reputation of the NFL, NFL clubs, or NFL players.

**Evaluation, Counseling and Treatment:**

Apart from any disciplinary action, persons arrested, charged or otherwise appearing to have engaged in conduct prohibited under this policy generally will be required to undergo a formal clinical evaluation. Based on the results of that evaluation, the person may be encouraged or

*Effective: June 1, 2014*

CONFIDENTIAL

NFLPA_BRADY002497

required to participate in an education program, counseling or other treatment deemed appropriate by health professionals. The evaluation and any resulting counseling or treatment are designed to provide assistance and are not considered discipline; however, the failure to comply with this portion of the Policy shall itself constitute a separate and independent basis for discipline.

## Discipline:

Upon learning of conduct that may give rise to discipline, the League may initiate an investigation to include interviews and information gathering from medical, law enforcement, and other relevant professionals. On matters involving NFL players, the League will timely advise the NFLPA of the investigation and outcome. As appropriate, the employee will also have the opportunity, represented by counsel and/or a union official, to address the conduct at issue. Upon conclusion of the investigation, the Commissioner will have full authority to impose discipline as warranted.

Discipline may take the form of fines, suspension, or banishment from the League and may include a probationary period and conditions that must be satisfied prior to or following reinstatement. The specifics of the disciplinary response will be based on the nature of the incident, the actual or threatened risk to the participant and others, any prior or additional misconduct (whether or not criminal charges were filed), and other relevant factors.

Unless the available facts clearly indicate egregious circumstances, significant bodily harm or risk to third parties, or an immediate and substantial risk to the integrity and reputation of the NFL, a first offense generally will not result in discipline until there has been a disposition of the proceeding (or until the investigation is complete in the case of noncriminal misconduct).

With respect to repeat offenders, the Commissioner may impose discipline on an enhanced and/or expedited basis. In such cases, the timing and nature of the discipline will be determined by the Commissioner based on several factors including but not limited to: the severity of the initial charge and later charge; the facts underlying the later charge; the length of time between the initial offense and later charge; and the player or employee's compliance with counseling and other programs. Following a full investigation and/or resolution of the proceedings, the Commissioner will review the matter and make any appropriate adjustments.

## Hearing Rights:

Following the imposition of discipline, the affected person will have the right to appeal the decision. (For players, the disciplinary decision must be appealed within three (3) business days.) Persons filing an appeal shall be entitled to a prompt hearing pursuant to Article 46 of the Collective Bargaining Agreement and the NFL Constitution and Bylaws, to be conducted by the Commissioner or his designee. In cases involving players, the NFLPA will be entitled to participate in the hearing.

*Effective: June 1, 2014*

**CONFIDENTIAL**      **NFLPA_BRADY002498**

**Reinstatement:**

Any person suspended indefinitely or for at least one year may seek reinstatement beginning one month prior to the one-year anniversary of the suspension. As part of his consideration of the application for reinstatement from a player, the Commissioner will seek the views of the NFLPA and may consult medical, law enforcement, and other relevant professionals.

**Other Provisions:**

Covered Persons – This policy applies to all players under contract; all coaches; all game officials; all full-time employees of the NFL, NFL clubs, and all NFL-related entities; all rookie players once they are selected in the NFL college draft; and all undrafted rookie players, unsigned veterans who were under contract in the prior League Year, and other prospective employees once they commence negotiations with a club concerning employment. Clubs are strongly encouraged to communicate this policy to independent contractors and consultants and to make clear that violations of this policy will be grounds for terminating a business relationship.

"Disposition of a Criminal Proceeding" – includes an adjudication of guilt or admission to a criminal violation; a plea to a lesser included offense; a plea of nolo contendere or no contest; or the disposition of the proceeding through a diversionary program, deferred adjudication, disposition of supervision, conditional dismissal or similar arrangements.

"Probationary Period" – Persons found to have violated this policy may be placed on a period of probation as determined by the Commissioner. During such period, restrictions on certain activities, limitations on participation in Club activities, or other conditions may be imposed.

Repeat Offenders – Persons who have had previous violations of law or of this policy may be considered repeat offenders. When appropriate, conduct occurring prior to the person's association with the League will be considered.

Reporting of Incidents – The League must be advised promptly of any incident that may be a violation of this policy, and particularly when any conduct results in an arrest or other criminal charge. Players and club employees must report any such incident to the club, which must then report it to NFL Security at (800) NFL-1099. Failure to report an incident will constitute conduct detrimental and will be taken into consideration in making disciplinary determination under this policy. Clubs are also required to report incidents that come to their attention.

Assistance – Players and employees are encouraged to consult with your Club's Director of Player Engagement or with the NFL's Player Engagement department to obtain access to educational, counseling, and other programs and resources that will help in avoiding misconduct that may result in discipline.

*Effective: June 1, 2014*

CONFIDENTIAL 8/2014

NFLPA_BRADY002499

# *Excellence in Workplace Conduct:*

## SEXUAL HARASSMENT

Our Commitment to Excellence in Workplace Conduct program is built upon our belief that all employees and associates of the NFL have the right to work in a positive environment that is free from any and all forms of harassment, intimidation and discrimination.

## Our Objectives

- Provide a clear definition of sexual harassment and detailed examples of illegal and inappropriate behavior
- Make sure that each and every member of the NFL fully understands that sexual harassment and discrimination are against the law
- Build league-wide awareness of the NFL's policies regarding sexual harassment and other discrimination
- Provide clear and acceptable workplace behavior guidelines for all NFL employees
- Explain how, when and where to report sexual harassment

### THE NFL COMMITMENT

*"Each of us must fully understand just how powerful an impact our own personal behavior can have on those we work with; and why the individual decisions we make within our workplace must be good ones. It is not enough to stand behind the strong values of the NFL; we must stand for them."*

— *NFL Commissioner,* **Roger Goodell**

## Our Expectations

- Respect your co-workers. Respect their differences and backgrounds. Your definition of acceptable workplace behavior may be vastly different from those around you.
- Set high standards for both your professional and personal conduct.
- Align your personal standards with the same high standards we all share within the NFL and take personal responsibility for your own behavior. Whether on the field, in our communities, online, in the media and while interacting with fans — each of us represents the NFL at all times.
- Read, understand and follow the NFL and your team's policies on sexual harassment and discrimination.
- Report incidents of inappropriate sexual behavior.
- If you see others engaging in misconduct, let them know that you find it offensive and ask them to stop.
- Be an example — represent the NFL in everything you do.

## What is Sexual Harassment?

*There are Two Main Types of Sexual Harassment:*

### Quid Pro Quo

*This can also be described as "You give me this; and I will give you that." Quid Pro Quo sexual harassment is about misusing the perceived or actual power and authority one individual has over another.*

- You cannot ask or even hint to a subordinate that he or she should have any type of sexual relationship with you in order to receive a raise, a job perk, a favorable review, get a promotion or preferential treatment.
- Nor can you ask someone to have any type of sexual relationship with you in order to avoid losing job benefits. This can include pressuring someone for dates or to spend personal time with you as a condition of employment.
- It is illegal sexual harassment to make a sexual proposition in exchange for not taking a negative job action even if the firing or demotion never occurs. The threat, alone, is enough to violate the law.

### Hostile Work Environment

*This second type of sexual harassment is described as any unwelcome sexual conduct, whether of a verbal or physical nature, which interferes with an employee's work performance or creates an intimidating, hostile or offensive environment.*

A consensual sexual affair between two employees or a superior and subordinate can also create a hostile work environment if the existence of the affair creates a sexual climate within the workplace and interferes with others being able to perform their respective jobs. Your team may have a fraternization policy. If so, please review it.

> *REMEMBER:* the guidelines regarding acceptable personal conduct while interacting with your co-workers in the workplace may be vastly different from your own dating and social interaction patterns. When someone says no to you in the workplace it means just that. Continuing to pursue someone within the workplace when the advances are unwelcome and unwanted is sexual harassment.

**CONFIDENTIAL**

**NFLPA_BRADY002500**

## Examples of Sexual Harassment

**Sexual Harassment Can Consist of; But is Not Limited to:**

- *Unwanted Sexual Advances and Unwelcome Requests for Sexual Favors,* whether or not they are accompanied by promises or threats that appear to be an explicit or implicit condition of employment.

- *Unwelcome Physical Contact*
  such as unwanted touching, pinching, kissing, hugging or deliberate bumping or brushing against another's body.

- *Sexual Jokes, Sexual Comments and Sexual Antics*
  Any jokes, comments or pranks of a sexual nature as in giving another employee a sexual gag gift or having entertainment of a sexual nature take place to celebrate an employee's birthday, etc.

- *Sexual Generalizations and Sexual Put-downs*
  Demeaning or hostile comments based on gender, including sexually degrading words or phrases or referring to a co-worker as a sexual being or commenting on his or her physical looks in a sexual manner.

- *Pornographic or Suggestive Literature and Language*
  Pornography of any kind including magazines, graphic material, drawings or any sexual literature pinned up on bulletin boards, lockers, taped over someone's desk, in cubicles, hung in work areas or sent digitally to co-workers via interoffice mail, email, fax, social media or voicemail are unacceptable and out of place in the workplace. Any artwork, posters, photos, videos, screen savers, cartoons or written statements of a sexual nature are unacceptable.

- *Out of Bounds Compliments*
  Keep in mind that you must always be sensitive to what another person's own definition of an unwanted sexual advance may be. A sexual comment or remark regarding someone's body or looks likely may not be a compliment.

- *The Soured Relationship*
  The minute a relationship or affair between co-workers is unwanted by one of the employees, it is no longer consensual. If one of the employees continues to pursue the other, it is unwanted and of a sexual nature and could rise to the level of sexual harassment.

## Who Can Experience Sexual Harassment?

Sexual harassment can happen to anyone, although it most commonly occurs to women. Approximately 80% of claims come from women but there are incidents of women harassing men as well as same-sex harassment. Sexual harassment is about power and inappropriate sexual behavior not about someone's gender or sexual orientation.

It is not a defense that someone was "asking for it" because of the way he or she looks; dresses or because of his or her job within the organization.

## What Constitutes the Workplace?

The workplace is not just the building in which we work. Sexual harassment often occurs outside the office and can happen anywhere that those who are affiliated with the NFL are present. In fact, inappropriate sexual behavior can be secretive and often happens behind closed doors or through telephone calls, texting and email. Sexual harassment can take place on the field, in a plane or car, in the locker room, on the phone, through a text message, at the stadium, at a meeting or official team event, at a press briefing, in a hotel room or anywhere in the building or even parking garage.

*It is not about <u>where</u> it takes place; it is about <u>what</u> is taking place.*

> *The NFL's steadfast commitment to promoting fairness in all we do extends to upholding the rules and regulations found within the NFL's policy on sexual harassment.*
>
> *We are dedicated to providing a positive, harassment-free environment for everyone who is associated with the NFL. Your help and personal commitment are essential to this goal.*
>
> *All of us need to understand what sexual harassment is; what it isn't; and what we all must do to make sure that it doesn't occur within the NFL.*
>
> — **Adolpho Birch**, *NFL Sr. VP of Law, Labor Policy & Player Development*

## Retaliation and False Claims

The NFL policy prohibits retaliation and will not tolerate any attempt at retaliation against any person who in good faith makes or assists in making a complaint under our policy.

If anyone knowingly and willfully files a false claim, they will be subjected to the same disciplinary action given to those who engage in unlawful sexual harassment.

## Reporting Sexual Harassment

Reports of sexual harassment should be directed to Human Resources or your General Manager.

Be clear and specific in what you say. Recount the circumstances of the harassment, provide specific incidents and provide a timeline. Provide any physical or electronic items pertinent to your complaint.

Don't investigate sexual harassment on your own. Investigations should only be conducted by those designated to handle them in the proper way.

Don't say that you don't want anything to be done about it. Every supervisor or member of management has a legal responsibility to report any complaints to HR or senior management.

**CONFIDENTIAL**



THE NFL'S ONGOING COMMITMENT TO

# Excellence in Workplace Conduct:

## SEXUAL ORIENTATION

Our Excellence in Workplace Conduct program is built upon our belief that all NFL players and prospective players have the right to work in a positive environment that is free from any and all forms of harassment, intimidation and discrimination.

## OUR OBJECTIVES

- Make sure that everyone understands that harassment and discrimination based on sexual orientation are contrary to our values
- Build league-wide awareness of the NFL's policies regarding sexual orientation
- Provide clear guidelines for acceptable workplace behavior by players and club employees
- Explain how, when and where to report discrimination or harassment

## OUR EXPECTATIONS

- Respect your co-workers. Respect their differences and backgrounds. Your definition of acceptable workplace behavior may be vastly different from those around you.
- Align your personal standards with the same high standards we all share within the NFL.
- Read, understand and follow NFL and club policies on harassment and discrimination.
- Report incidents of inappropriate behavior.
- If you see others engaging in misconduct, let them know that you find it offensive and ask them to stop.
- Take responsibility for your own behavior--whether on the field, in your community, online, in the media or while interacting with fans-- remember that you represent your club and the NFL at all times.

## INTERVIEWS AND HIRING

Coaches, General Managers and others responsible for interviewing and hiring draft-eligible players and free agents must not seek information concerning or make personnel decisions based on a player's sexual orientation. This includes asking questions during an interview that suggest that the player's sexual orientation will be a factor in the decision to draft or sign him.

Examples: Do you like women or men? How well do you do with the ladies? Do you have a girlfriend?

## WHAT CONSTITUTES THE WORKPLACE?

The workplace is not just the building in which we work. Harassment often occurs outside the office and can happen anywhere persons affiliated with the NFL are present. In fact, inappropriate behavior can be secretive and often happens behind closed doors or through telephone calls, texting and email. It can take place on the field, in a plane or car, in the locker room, at the stadium, at a meeting, at a team or sponsor event, at a press briefing, in a hotel room or anywhere in the building or even parking garage.

**It is not about where it takes place; it is about what is taking place.**

*"The NFL has a long history of valuing diversity and inclusion. Discrimination and harassment based on sexual orientation is not consistent with our values and is unacceptable in the National Football League."* Commissioner **Roger Goodell**

## EQUAL EMPLOYMENT OPPORTUNITY

It is the policy of the National Football League to provide equal employment opportunities to all employees and applicants for employment without regard to race, color, religion, sex, national origin, age, disability, sexual orientation or other status protected by applicable federal, state or local law.

Further, the Collective Bargaining Agreement provides:

*"There will be no discrimination in any form against any player by the NFL, the Management Council, any Club or by the NFLPA because of race, religion, national origin, sexual orientation, or activity or lack of activity on behalf of the NFLPA."*

## HARASSMENT AND DISCRIMINATION

Harassment can include, but is not limited to:

■ **Unwelcome Contact**
Any unwanted touching, pinching, kissing, hugging or deliberate bumping or brushing against another's body.

■ **Jokes, Comments and Antics**
Any jokes, comments or pranks regarding a co-worker's sexual orientation, such as giving someone a sexual gag gift or having entertainment of a sexual nature take place to celebrate an employee's birthday, etc.

■ **Generalizations and Put-Downs**
Demeaning or hostile comments regarding one's sexual orientation, including offensive or degrading words or phrases.

■ **Pornographic or Suggestive Literature and Language**
Pornography of any kind on bulletin boards, lockers, on someone's desk or cubicle, or sent to co-workers via interoffice mail, email or text, fax, social media or voicemail. Any artwork, posters, photos, videos, screen savers, cartoons or written statements of a sexual nature.

## REPORTING IMPROPER CONDUCT

Reports of discrimination or harassment may be directed to the NFL Players Association at (800) 372-5535, your coach or human resources department, or to NFL Security at (800) 635-1099. Confidentiality will be maintained to the extent reasonable and appropriate under the circumstances.

Be clear and specific in what you say. Recount the circumstances, provide specific incidents and provide a timeline. Provide any physical or electronic items pertinent to your complaint.

Don't investigate on your own. Reports will be investigated promptly, but investigations should only be conducted by those designated to handle them in the proper way.

Don't ask that nothing be done about it. Every supervisor or member of management is obligated to report any complaints promptly to HR or senior management.

## RETALIATION

The NFL policy prohibits retaliation and will not tolerate any attempt at retaliation against any person who, in good faith, makes or assists in making a complaint under our policies.

042213

**CONFIDENTIAL**

**NFLPA_BRADY002502**

# Guns and Weapons Policy

(This policy applies to all employees of the NFL and its member clubs, including players.)

**Prohibitions.** Whether possessed legally or illegally, guns and other weapons of any kind are dangerous. You and your family can easily be the losers if you carry or keep these items in your home. You must not possess these weapons while traveling on League-related business or whenever you are on the premises of the following:

- A facility owned, operated, or being used by an NFL club (for example, training camp, dormitory, locker room, workout site, parking area, team bus, team plane, team hotel/motel);

- A stadium or any other venue being used for an NFL event (for example, a game, practice, or promotion);

- A facility owned or operated by the NFL or any League company;

- A few states have decriminalized the storage of firearms in vehicles under certain conditions. Be advised that such laws do not affect League policy.

Put simply, the League, the Players Association, and law enforcement authorities urge you to recognize that you must not possess a gun or other weapon at any time you are performing any service for your team or the NFL.

**Legal Possession.** In some circumstances, such as for sport or protection, you may legally possess a firearm or other weapon. If you choose to own a gun, the NFL strongly encourages you to do so lawfully and responsibly by seeking out appropriate firearms training and ensuring that the weapon is securely stored in your home. Failure to do so could result in dangerous situations and legal difficulties. Gun laws are not only strict, but they also vary from state-to-state, so education and awareness are key. Any weapon, particularly a firearm, is dangerous—especially when it is in a vehicle or within reach of children, or around others who are not properly trained in its use.

**Understanding the Law.** If you legally possess a weapon, you must understand the local, state, and federal laws that apply. The NFL Security Representative in your area will help you get information about these laws. You should be aware that if you take a weapon from one place to another—for example, across state lines—a different set of laws may apply in the new place.

**Discipline.** If you violate this policy on guns and other weapons, you are subject to discipline, including suspension from playing. If you violate a public law covering weapons—for example, possession of an unlicensed firearm—you are not only subject to discipline, including suspension from playing, but also subject to criminal prosecution.

Remember, be careful and understand the risks.

CONFIDENTIAL    NFLPA_BRADY002503

# Commercial Substances Policies and Endorsements

## Alcohol and Tobacco

In addition to the information on alcohol in the NFL Substances of Abuse Policy, you should be aware of the following League policy:

> NFL players, coaches, and other employees must not endorse or appear in advertisements for alcoholic beverages (including beer) or tobacco products.

> While fully recognizing that the use of alcohol and tobacco is legal, the NFL nevertheless has long been of the view that participation in ads for such substances by its employees may have a detrimental effect on the great number of young fans who follow our game. In particular, endorsements or other close identification of NFL players with alcohol or tobacco could convey the erroneous impression that the use of such products is conducive to the development of athletic prowess, has contributed to their success, or at least has not hindered them in their performance.

For the above reasons, players and other club and League employees (including game officials) must not use alcohol or tobacco products while in the playing field area or while being interviewed on television.

Further, NFL policy prohibits the use or presence of alcoholic beverages, including beer, in club locker rooms at any time during the preseason, regular season, or postseason, including during the practice week and on game day.

CONFIDENTIAL

**Dietary and Nutritional Supplement Endorsements**

In addition to the information on Prohibited Substances contained in the NFL's Policy on Anabolic Steroids and Related Substances, players are advised that the League policy prohibits NFL players from entering into or maintaining any endorsement or other relationship with a company that produces, manufactures, or distributes a Prohibited Substance listed in Appendix A of the NFL's Policy on Anabolic Steroids and Related Substances. (Additional memoranda concerning this prohibition are posted in your Club's locker room.)

Moreover, you are reminded that when entering into any type of endorsement arrangement, you should consider using a cancellation clause similar to the one found on page 51. Such clauses can offer you protection in the event that an arrangement conflicts with League policy.

**CONFIDENTIAL**

## Pharmaceuticals/Prescription Medications

As of January 2003, NFL Players and Clubs are permitted to enter into relationships with certain pharmaceutical companies to promote certain products. Such arrangements, however, are subject to the following restrictions:

> Players may only endorse certain types of medications from approved companies such as those for allergies, cholesterol reduction, hair growth, and dermatological conditions. For a specific list of permitted categories, you should consult with the Players Association or NFL Management Council;
>
> Under no circumstances are players allowed to appear in uniform or otherwise be identified with the NFL or a Club; and
>
> The contractual agreement must contain an indemnification clause and other provisions that the Management Council considers sufficient to protect you and the League.

To ensure compliance with the Policy and thereby avoid discipline, players considering endorsing a pharmaceutical product should get prior approval from the NFL Management Council.

**CONFIDENTIAL**

# Recommended "Cancellation Clause" For Use in Player Appearance/ Endorsement Contracts

- The League Policies contain the following model "cancellation clause" which was developed by the League at the request of players and their representatives:

  *The parties to this agreement acknowledge that a condition of Player's performance of the obligations set forth herein is that such performance will not require Player to violate NFL policies regarding gambling, association with gambling activities, or other conduct detrimental to the League or professional football. The parties agree that in the event that the Commissioner of the NFL or his designee judges that Player's performance of this agreement has violated or would violate such policies, Player is excused from further performance of this agreement and, if and as applicable, his compensation under this agreement shall be adjusted proportionately.*

  *It provides a basis for a player to be excused from performing a contract if the performance would amount to conduct detrimental to the League or professional football.*

- The clause can be used in appearance and endorsement contracts.

- Use of "cancellation clause" is <u>not</u> mandatory.

- Use of "cancellation clause" depends on each contract's circumstances.

- Players' representative should review all contracts and devise a "cancellation clause" when appropriate.

# NFL Gambling Policy

The NFL opposes all forms of illegal gambling, as well as legal betting on NFL games or other professional, college or Olympic sports.  Such activity negatively affects the interests, welfare and integrity of the NFL, its games, Clubs, players and coaches, and diminishes public confidence in legitimate sport. Equally important, even social gambling among co-workers can lead to discord, violence and a loss of team cohesion.

The following NFL Gambling Policy applies to all NFL Personnel and is intended clearly to define permissible and prohibited activities, and to serve as a guide to promote compliance.

## 1. DEFINITIONS.

As used herein, the following terms shall have the meanings indicated:

**Gambling** – the wagering of money and/or something else of value, on an event with an uncertain outcome with the primary intent of winning additional money and/or thing(s) of value.  Generally, gambling involves all three of the following elements:

o  ***Prize*** – Any item of value that is offered to the winner.  This could include money, other goods or services and/or any other thing of value, regardless of the amount of such value.

o  ***Chance*** – The "winner" of the prize is uncertain at the time the wager is made (see below).  The use or exercise of skill, strategy, and/or knowledge, unless it <u>completely</u> negates the element of chance, does not convert an activity into something other than gambling.

o  ***Consideration*** – In order to receive a chance to win the prize, the participants provide or risk something of value.

Examples of activities that constitute gambling include, <u>but are not limited to</u>, betting on sporting events or other athletic competitions, including placing wagers at sports books and similar establishments; betting on card, dice or video games (including poker, in any of its variations); playing casino games (e.g., slot machines, blackjack, keno, roulette, craps); betting on animal racing or fighting; or participation in "sports pools".

Gambling includes *commercial gambling* (whether for profit, charity or anything else) that involves third parties (e.g., bookies, dealers, "the house"), as well as *private wagers* between teammates, family or friends, and regardless of whether such wagers are made in a work-related setting (e.g., locker rooms, practice or office facilities, team buses, trains, flights, or hotels) or on personal time.  Gambling also includes, without limitation, wagers made in person, via the Internet, over the telephone, or through a third party "surrogate."

**NFL Personnel** – All players, coaches and other full- and part-time Club and League personnel, including but not limited to team owners, trainers, officials, security personnel, consultants, and other staff.

1

Effective June 1, 2014

CONFIDENTIAL

2. **GAMBLING ACTIVITIES.**

League policy strictly prohibits NFL Personnel from participating in or facilitating any form of illegal gambling. In addition, NFL Personnel are <u>prohibited</u> from engaging in any of the following gambling-related activities, regardless of whether such activities are legal:

(1) Accepting a bribe or agreeing to throw or fix a game or illegally influence its outcome, statistics or score;

(2) Failing promptly to report any bribe offer or any attempt to throw or fix a game or to illegally influence its outcome, statistics or score;

(3) Betting on any NFL game or practice, or any other professional (e.g., NBA, MLB, NHL, PGA, USTA), college (e.g., NCAA basketball), or Olympic sport, including but not limited to wagers related to game outcome, statistics, score, or performance of any individual participant[1];

(4) Sharing confidential information regarding any game or any participating individual's status for or performance in any game without authorization or for the purpose of enabling or facilitating gambling;

(5) Participating in or condoning any form of gambling while in any Club or League setting including, without limitation, locker rooms, practice or office facilities, or while traveling on Club or League business; or

(6) Entering into, utilizing or otherwise visiting a "sports book" at any time during the NFL playing season.

Attending legally-operated casinos and horse or dog racing tracks and wagering on casino games or races on personal time is not prohibited by this policy. In addition, fantasy football games and League or Club-sponsored skills competitions (e.g., racquetball tournaments, "Club Olympics" events) for prizes generally are not considered to be gambling or a gambling-related activity, provided that there is no wagering on the outcome. NFL Personnel may not, however, accept prizes with a value in excess of Two Hundred Fifty Dollars ($250) in any fantasy football game. This prohibition is intended to avoid any appearance of impropriety which may result from participation in fantasy football games by individuals perceived to have an unfair advantage due to their preferential access to information.

3. **GAMBLING ASSOCIATIONS.**

League policy prohibits advertising or promotional activities by NFL Personnel that reasonably can be perceived as constituting affiliation with or endorsement of gambling or gambling- related activities including, without limitation, the following:

(1) Participating in promotional or other public appearances, or agreeing to the use of one's name and/or image to promote, advertise, or publicize casinos, sports books, tout services,

---

[1] NFL Players shall remain subject to Paragraph 15 of the NFL Player Contract, which prohibits wagering on NFL games but not other team sports.

2

Effective June 1, 2014

CONFIDENTIAL NFLPA_BRADY002509

gambling cruises, horse or dog racing tracks, state or municipal lotteries, or similar activities;

(2) Participating in charitable events (e.g., "casino nights") involving gambling or gambling-related activities, except where all the following conditions are met:

    (i) The event is not held at, sponsored by, or affiliated in any way with any casino or other gambling-related enterprise;

    (ii) 100% of the proceeds from the event are donated to a legitimate charity;

    (iii) No money or other thing of value is wagered by the event participants; and

    (iv) The NFL Personnel participating in the event donate 100% of anything won (e.g., money, trips) to the applicable charity;

(3) Participating in promotional activities or other appearances at or in connection with events (e.g., golf tournaments, trading card shows) that are held at or sponsored by casinos or other gambling-related establishments;

(4) Accepting complimentary rooms or services, or anything of value, from casinos or other gambling-related establishments; and

(5) Maintaining social, business and/or personal relationships with persons generally known to be professional, problem, and/or sports gamblers, in a manner tending to bring discredit to the NFL.

**4. GAMBLING-RELATED ADVERTISING.**

Gambling-related advertising and promotion is prohibited in all environments controlled by or generally associated with the League, Clubs or NFL Personnel, including, without limitation, Club radio, television and internet broadcasts (including pre and post-game shows, coaches shows and Club "magazine" shows); NFL publications, magazines, game programs and other Club publications and web pages; personal web pages and social networking sites, all Club venues including stadium, practice facility, training camp and business office(s); and all other Club promotional programs. This prohibition applies whether a Club or NFL Personnel directly authorizes the advertisements or whether a third party gives authorization. Clubs and NFL Personnel are responsible for monitoring the content of all such advertising and to take the steps necessary to prevent the inclusion of prohibited advertising in their publications, programming and venues through appropriate contractual arrangements.

Gambling-related advertising includes, without limitation:

(1) Advertising from a casino or other gambling-related enterprise, including without limitation any hotel, riverboat or other facility that houses, facilitates, or operates commercial gambling, even if the content of the advertising does not specifically mention or suggest gambling;

(2) Advertising from a "sports book", or from a "tout" service, a line service, or any other "sports information service" whose activities are predominately geared to betting and/or used by bettors; and

3

Effective June 1, 2014

CONFIDENTIAL **NFLPA_BRADY002510**

(3) Advertising from a state, municipal, or provincial lottery or an off-track betting organization that offers any betting schemes based, in whole or in part, on real athletic contests, even if the content of the advertising does not specifically mention sports gambling.

**This prohibition on gambling-related advertising is subject to limited exceptions as adopted by the membership in 1993 Resolution BC-2 and 2009 Resolution BV-1, as well as for those activities expressly permitted below.**

The following types of gambling-related advertising are <u>permissible</u>:

(1) Except with respect to NFL Personnel controlled or associated environments (e.g., personal web pages and social networking sites), general advertising from a state, municipal, or provincial lottery, <u>if</u> the lottery organization does not offer any betting scheme that is based, in whole or in part, on real sporting events and/or performances in them.

(2) General advertising from licensed, legal horse- or dog-racing tracks, or from state or municipal off-track betting organizations, <u>if</u> they offer no betting schemes based, in whole or in part, on real sporting events (other than horse or dog races) and/or performances in such event(s).

(3) General advertising in the sovereign name of a Native American Nation, regardless of whether that Native American Nation operates or holds interests in a casino, or a hotel, riverboat or other facility that houses or operates commercial gambling, <u>provided that</u> the content of the advertising does not reference or depict any such facility or mention or suggest gambling.

(4) Broadcast advertising concerning local, state or national government-conducted referenda or governmental legislation concerning gambling.

(5) For the 2012 and 2013 NFL seasons only, traditional advertisements for casinos and other state-licensed gambling related establishments within Club-controlled <u>print</u>, <u>radio</u>, and <u>in-stadium signage</u> inventory <i>only</i>, subject to the following:

    (i) The entity being advertised must not have a "sports book" and must not otherwise accept or promote gambling on actual sporting events (other than horse or dog racing as otherwise permitted above). In the case of entities with multiple locations (some of which include a "sports book" or otherwise accept or promote gambling on actual sporting events), the advertisements must clearly and prominently advertise the locations that do not have a "sports book" (and do not otherwise accept or promote gambling on actual sporting events) and not directly or indirectly depict or reference any of the locations that do.

    (ii) No Club marks or other references to (e.g., "official" or other marketing designations) or depictions of any Club, or any of its players, coaches or other employees may be included in any such advertisements.

    (iii) The specific programming/publications in which such advertisements run must have an audience reasonably anticipated to be composed of at least 70% individuals 21

4

Effective June 1, 2014

**CONFIDENTIAL**    **NFLPA_BRADY002511**

years of age or older (as measured by generally accepted measurement services for the relevant media).

(iv) Advertisements for casinos and other state-licensed gambling related establishments remain prohibited within Club-controlled television programming (e.g., local pre-season game telecasts, coaches' shows) or digital media properties (e.g., club websites or social media pages).

(v) All advertisements must include a prominent "responsible gambling" message.

(vi) Advertisements must not include any gambling "call to action" (e.g., "come out and win big") or depict individuals engaged in gambling activities (e.g., individuals sitting at a roulette table).

(vii) All in-stadium signage for casinos or other gambling-related establishments must be limited to the upper bowl or interior concourses only. Signage on or adjacent to the "Jumbotron", scoreboard, or other in-stadium video display is not permissible.

(viii) All advertisers must agree to support the League's efforts to prevent NFL Personnel from gambling on sports by contributing to the League or its designee an amount equal to five percent (5%) of the total amount being paid by the advertiser to the applicable Club for the advertising purchased in the relevant NFL season. These contributions will be used to fund the League's gambling education and other related programs.

(ix) Clubs are required to maintain and submit to the League Office an annual summary of all gambling-related advertising run in club-controlled inventory during the 2012 and 2013 NFL seasons.

To the extent advertising from gambling-related establishments is permitted hereunder, it is limited to only underlined general advertising. Except as otherwise expressly permitted under 2009 Resolution BV-1 with respect to state and municipal lotteries, Clubs and NFL Personnel are not permitted to enter in sponsorships with these organizations or any other type of promotional program that suggests an affiliation with or endorsement of these organizations by Clubs or NFL Personnel. Examples of promotional activities involving gambling-related enterprises that remain **PROHIBITED** under this policy are:

(1) The use of Club names, logos or colors in advertisements for these organizations;

(2) The sponsorship by these organizations of games, game-related events or other Club-related events;

(3) Conduct by these organizations of day-of-game promotions (e.g., consumer sweepstakes, premium give-aways) on stadium grounds or the distribution at games of products or materials promoting these organizations or their activities (other than general ads in game magazines);

(4) Sale of programming segment sponsorships or other media enhancements to these organizations within permissible media distributions (e.g., the "Bally's Halftime Show");

5

(5) Sale of "naming rights" (e.g., to stadium gates, seating sections, lounges, or other in-stadium areas) to these organizations (for the avoidance of doubt, this does not preclude the sale of naming rights in the sovereign name of a Native American Nation); and

(6) Use of season ticket holder lists (directly or indirectly) for direct marketing by these organizations.

## 5. GAMBLING-RELATED ENTERPRISES.

NFL Personnel shall not work for, own or operate, in whole or in part, directly or indirectly, individually or through any business organization, any casino (whether or not such casino operates a "sports book" or otherwise accepts wagering on sports), or other gambling-related enterprise, including, without limitation, any "on-line," computer-based, telephone, or Internet gambling service, card rooms, lotteries, slot machine operations, horse or dog racing tracks, off-track betting services, as well as advisory services such as publications, "tout services," and the like, whether or not such services address professional football or any other team sport.

In the case of privately held enterprises conducting multiple lines of business, an enterprise shall be considered a "gambling-related enterprise" for purposes of this policy if any of its businesses are gambling-related. A publicly traded enterprise shall be considered a "gambling-related enterprise" for purposes of this policy if one-third or more of the enterprise's gross revenues or operating profit in any of the last three years is attributable to gambling-related operations.

NFL Personnel may own interests in publicly-traded enterprises where less than one-third of the enterprise's gross revenues or operating profit in any of the last three years is attributable to gambling-related operations, so long as the NFL Personnel does not own more than 5 percent of the company's stock and does not serve as an officer or director of the company.

## 6. REPORTING OBLIGATION.

Any NFL Personnel who incurs gambling debts above $10,000 to any person(s) or gambling-related enterprise(s) shall promptly report such fact to the NFL Security Department at (800) NFL-1099.

## 7. RELATED POLICIES.

Clubs and other NFL-related entities subject to this NFL Gambling Policy may elect to adopt and enforce additional and/or supplemental gambling-related policies; provided that this NFL Gambling Policy sets forth the minimum applicable standards in the areas addressed and may not be modified or altered without the express approval of the Commissioner. In the event of any conflict or inconsistency between this NFL Gambling Policy and any less restrictive provisions of any such additional or supplemental policy, the provisions of this NFL Gambling Policy shall govern.

6

Effective June 1, 2014

CONFIDENTIAL

8. **VIOLATIONS.**

   Apparent or alleged violations of this NFL Gambling Policy by NFL Personnel will continue to be decided by the Commissioner or his designee on a case-by-case basis. Violations of this policy constitute conduct detrimental to the League and will subject the involved Club and/or person(s) to appropriate disciplinary action by the Commissioner. Such disciplinary action may include, without limitation, severe penalties, up to and including a fine, termination of employment and/or banishment from the NFL for life.

7

Effective June 1, 2014

8/2014

CONFIDENTIAL

NFLPA_BRADY002514

# Ticket Scalping

The sale of a ticket at a price higher than face value is commonly known as scalping. Scalping of tickets to any NFL game—preseason, regular season, postseason—or to any NFL event, by persons (or clubs) within the League is conduct detrimental and may result in disciplinary action against the violator.

Scalping is at the very least unethical behavior, and in some cases it is against the law. Scalping suggests a desire to profit personally and perhaps illicitly on the coattails of the League's popularity. Such conduct will not be tolerated.

NFL policy prohibits scalping any ticket to an NFL game or event, or bartering or trading such tickets for personal gain or benefit, regardless of whether the ticket was provided free, has no face value, or was purchased at face value or for more than face value, and regardless of whether the transaction occurs in a district where scalping is otherwise permitted by law.

8/2014

CONFIDENTIAL

NFLPA_BRADY002515

# Bounties and Other Non-Contract Bonuses

National Football League rules strictly prohibit all personnel from offering, announcing, paying, or accepting bonuses of any sort for: on-field misconduct, such as personal fouls or engaging in fights; plays that incentivize or may result in injury to opposing players, such as whacks, cart-offs, or knockouts; or for player or team performance against a particular player, position group, or team. This restriction, known as the "bounty rule," preserves the League's competitive integrity and also promotes player safety by removing incentives that could lead to unnecessarily violent and dangerous play. Bounties and bounty programs violate basic principles of sportsmanship and fair play, and they have no place in professional football.

Clubs and players are also prohibited from offering, announcing, paying, or accepting a bonus of any sort that is not included in the player's NFL Player Contract. Examples include, but are not limited to: establishing bonus pools for special teams performance; offering or sharing playoff game compensation with teammates; paying cash and non-cash awards for outstanding plays, performances, or achievements; or agreeing to reimburse or indemnify a player in the event that he is fined or suspended without pay by the Commissioner.

The following activities are permitted under this rule:

1. Players may give gifts to teammates or other members of the organization after the conclusion of a club's playing season, provided that no offer, promise, or announcement of such a gift was made prior to or during the playing season.

2. Players may establish a rotating medal, trophy, or similar award to honor weekly performances, provided that the award has a value of no more than $500.

3. Players who have been elected to the Pro Bowl may take a teammate or teammates to the game, provided that no offer, promise, or announcement of such a gift is made prior to the selection of Pro Bowl squads and no arrangements are made until after the announcement of the squads.

4. Players may establish so-called "kangaroo courts," under which players assess modest "fines" on their teammates for various conduct, provided that they comply with the Collective Bargaining Agreement, and provided that any monies collected are not distributed to players. Such monies may be donated to charities (other than those sponsored or established by individual players) or other institutions, or used for a postseason party.

Violators will be subject to appropriate disciplinary action for conduct detrimental to the League or professional football.

8/2014

CONFIDENTIAL

# HIV/AIDS-Related Policies

The National Football League is well aware of the human toll of the acquired immunodeficiency syndrome (AIDS) and the AIDS virus (called the human immunodeficiency virus or HIV). In response to this important public health issue, the NFL has developed policies regarding:

1. Participation of HIV infected players in the NFL
2. HIV counseling and testing
3. Health care procedures
4. HIV education

These policies are based on the best available medical and scientific evidence about how HIV infection is acquired and spread. The Centers for Disease Control (CDC), the National Institute of Allergy and Infectious Diseases, and other renowned governmental and private agencies and universities provided their expertise in the development of these policies.

By addressing these issues, the NFL seeks to reduce the prospects of unjustifiable stigma and discriminatory behaviors against HIV-infected persons. Providing HIV-related education, developing rational policies for voluntary HIV counseling and testing, and following sound health care procedures represent our best weapons for reducing HIV transmission among persons in the NFL.

## I. Participation of HIV-Infected Players in the NFL

The best current scientific evidence suggests that the risk of HIV transmission due to participation in contact sports is infinitesimally small. HIV is transmitted by very limited and well-understood behaviors. In view of this information, there is presently no basis for excluding a player from participation in the NFL solely because he is HIV-infected. The decision to continue participation in the NFL is not a public health concern; it is a personal medical decision involving the HIV-infected player and his physician.

## II. HIV Counseling and Testing

The NFL believes that the decision to obtain HIV counseling and testing is also a private one, involving the individual and his personal physician. There is presently no scientific or other persuasive evidence to support mandatory or routine testing in the NFL.

HIV tests may not be administered to players under member club auspices unless such testing is (1) known to the player in advance, (2) purely voluntary on the player's part, and (3) done in strict accordance with all applicable state laws (including but not limited to any requirements of pre-test counseling and informed consent). Clubs must also bear in mind that the new federal Americans with Disabilities Act ("ADA") and various state laws provide protection against the acquisition and/or use by employers of information regarding an HIV/AIDS diagnosis.

8/2014

CONFIDENTIAL

NFLPA_BRADY002517

The NFL encourages its member clubs to advise players and other club personnel how and where they may obtain private and confidential HIV counseling and testing. Since there are effective therapies that can extend the quantity and quality of life in HIV-infected individuals, the NFL underscores the advice of health care experts that early HIV counseling and testing is important for individuals who have participated in behaviors that put them at risk of HIV infection. Early knowledge of one's HIV status also may help infected individuals make important decisions for themselves and their loved ones.

III. **Health Care Procedures**

Consistent with sound medical practice, NFL clubs will employ universal health-care precautions as promoted by the CDC and other appropriate infection control procedures to reduce the risk of transmission of illnesses such as hepatitis B. Such practices can also virtually eliminate the risk of transmission of HIV in a healthcare setting. Proper attention to bleeding injuries is important to general health maintenance and a central principle of universal precautions.

IV. **HIV Education**

In order to build on the information previously provided by the League to players and club representatives, clubs are encouraged to provide supplemental education through knowledgeable professionals at appropriate times.

The NFL recognizes its responsibility to continue monitoring developments in HIV/AIDS knowledge and/or other relevant issues that may warrant future changes in these policies. Through its medical advisors the League will remain in contact with its member clubs, the NFL Physicians Society and the broader scientific and medical community to stay abreast of developments regarding these issues.

**CONFIDENTIAL**

# AIDS Fact Sheet

## What is AIDS?

AIDS stands for acquired immunodeficiency syndrome. AIDS is a descriptive term whose definition has changed several times already and will change in the future as we continue to learn more about AIDS. AIDS is caused by a virus that weakens the immune system. When that happens, people may get sick with infections that they ordinarily can fight off. Pneumocystis pneumonia is one example, but there are many things that can cause illness in someone with AIDS. They're called opportunistic infections because the infections take advantage of the weakened immune system.

## What's the difference between AIDS and HIV infection?

HIV is the virus that causes the disease known as AIDS. HIV stands for the human immunodeficiency virus. The infection with HIV may last years before making a person sick, but during that time he or she can still infect other people.

The period of time between infection (with HIV) and becoming sick (with AIDS) is sometimes longer than 10 years. That's why so many people are infected with HIV and don't know it. A person may infect other people during this long period even though there may be no signs of AIDS. Fever, weight loss, and diarrhea are sometimes present, but may not appear until late in the course of HIV infection.

## How does someone get HIV infection?

1. The most common way to get HIV is from sexual contact. The virus lives in fluid from genitals (semen from the penis and vaginal fluids) and in blood. The virus can go from men to women, women to men, and (rarely) from women to women. Although transmission from man to man by anal sex has been most common in this country, it's now becoming common for men and women to give HIV to each other. That's been true in other countries for several years. Every time you have unprotected sex (without a condom) with someone, you may be exposing yourself to infections that they could be carrying as a result of sexual contact with other people.

2. Another way of getting the virus is by sharing a needle to inject drugs, including steroids. The needle has another person's blood on it and if he or she is infected, the virus will be in their blood. Some health care workers have gotten infected from being stuck with needles containing infected blood.

3. A small number of people have gotten the virus during blood transfusion, but blood supplies now are screened for the virus. Giving blood presents no risk of getting HIV.

8/2014

CONFIDENTIAL