

**National Football League**

# Policy Manual for Member Clubs

## *Game Operations*

2014 Edition

---

This book is part of the *Policy Manuals for Member Clubs*. The companion books are:

*Administrative/Business Operations*
*Media and Public Relations*

---

**CONFIDENTIAL**          NFLPA_BRADY002589

# Policy Manual for Member Clubs—Game Operations

## Table of Contents

| | | Page |
|---|---|---|
| A. | General Game Operations | A1–A183 |
| B. | Game Enhancement | B1–B7 |
| C. | Postseason Games | C1–C59 |
| D. | Directory of Club Game Operations Contacts | D1–D96 |
| E. | Digest of Rules | E1–E81 |

**Policy Manual for Member Clubs—Game Operations**

**General Game Operations Section**

**Table of Contents**

Page

NFL Equity Rule/Competitive Aspects of the Game ......................................................... A1

Integrity of the Game .......................................................................................... A2-A8

Stadium Facilities ................................................................................................A9-A38

Game and Field Equipment ................................................................................A39-A44

Player Uniforms & On Field Policy ........................................................................A45-A60

Plan of the Playing Field/Playing Field Specifications................................................A61-A70

Game Procedures................................................................................................A71-A97

Emergencies and Unfair Acts............................................................................. A98-A110

Public Relations/Broadcasting.......................................................................... A111-A128

Ticket Policies ................................................................................................ A129-A131

Video Policy ................................................................................................... A132-A141

Checklists, Stadium Game Operations & Neutral Site Games ............................... A142-A148

Preseason Games............................................................................................ A149-A152

International Series of Regular Season Games.................................................... A153-A154

Exposure Control Plan ..................................................................................... A155-A177

Important Future Dates ...................................................................................A178

Index............................................................................................................ A179-A183

# NFL Equity Rule—Competitive Aspects of the Game

### A. Equity Rule

The NFL Rule of Equity is the underlying policy of all matters contained in the Game Operations Manual.

The home club, under its responsibility as the club in control, is obligated to grant the visiting club all practical equity in any consideration that could affect competitive factors on game day. This includes locations, equipment, and conveniences in the locker room, the bench area, the coaching booth, and the video shooting positions. It also applies to day-before workouts and pregame warm-up procedures.

### B. Competitive Aspects of the Game

Clubs should be aware of the language in Section 8.13 (A)(4) of the Constitution and Bylaws concerning violations affecting the competitive aspects of the game:

Disciplinary Powers of Commissioner

8.13 (A)(4) In cases involving a violation affecting the competitive aspects of the game, award selection choices, and/or deprive the offending club of a selection choice or choices and/or cancel any contract or agreement of such person with the League or with any member thereof and/or fine the offending club in an amount not in excess of five hundred thousand dollars ($500,000)...

### C. Game-Day Designee Certification

Each club is required to designate one person to oversee the club's game day functions and serve as the point of contact between the League's Football Operations department and the club on game day. The Game-Day Designee is responsible for addressing any field, stadium, or other club football operations issues. This Game-Day Designee must certify that he/she understands all game day rules and procedures and has reviewed these rules with the club's and/or stadium's employees under his/her jurisdiction. Each club shall communicate the designee's name to the NFL Football Operations department of the League office prior to the start of training camp.

**CONFIDENTIAL**

# Policy on Integrity of the Game & Enforcement of Competitive Rules

The following updated memorandum was sent on February 11, 2014 to Chief Executives, Club Presidents, General Managers, and Head Coaches from Commissioner Goodell regarding the Policy on Integrity of the Game & Enforcement of Competitive Rules:

1. <u>Duty to Certify Compliance with League Rules</u> – The Chief Executive, President, General Manager, and Head Coach will be required by March 30 of each year to certify in writing that (a) the club has reported all violations of competitive rules of which it was aware; and (b) that the club was not guilty of any such violations during the preceding year. Any of these club employees who leaves the club prior to March 1 shall be required to make the certification as of the last date of his employment at the Club. A certification form is attached. Specifically, the certification includes, but is not limited to, the following: violations of the "equity rule" relating to game-day facilities or tampering with the use of any equipment properly available to an opposing team, or unauthorized use of computers or electronic equipment on game day; interference with a team's or stadium's game-day communication systems, or unauthorized use of game-day frequencies; unauthorized videotaping on game-day or of practices, meetings, or other organized team activities; unauthorized and/or unreported game-day use of mics on players or other forms of electronic eavesdropping; unauthorized entry into locker rooms, coaches' booths, meeting rooms or other private areas; violations of the anti-tampering policies; violations of player personnel or eligibility rules; tampering with any game-day clocks or timing equipment; or artificially increasing "crowd" or other noise levels in a stadium.

   Further, each signatory will be required to certify that he has no knowledge of any:

   - betting on NFL games, of any efforts to influence or alter the outcome of any game, of any sharing of non-public information with gamblers or persons with an interest in any gambling-related enterprise, or any prohibited association with gamblers.

   - violation of the bounty rule, including but not limited to the offer, payment or acceptance of a bonus of any sort for on-field misconduct, play that incentivizes or may result in injury to the opposing players, "pay for performance" or for team performance against a particular player, position group or team.

   - club or club employee promising, announcing or providing any form of non-contract consideration to a player in violation of the Constitution & Bylaws or Collective Bargaining Agreement.

   - any sale, use or distribution of substances prohibited by the NFL Policy on Anabolic Steroids and Related Substances. (No club will be deemed to have violated this aspect of the certification merely because a player violates the Policy.)

   Failure to file the certification in a timely manner, or the filing of a false certification, shall be considered conduct detrimental to the League and will subject the offending club and responsible individual(s) to appropriate discipline.

**CONFIDENTIAL**                                                    NFLPA_BRADY002593

We also strongly recommend that owners and other senior executives require others in the organization who may have relevant knowledge to certify their compliance with competitive rules and that they have reported any violations. A certification that could be used for this purpose is also attached.

2.  <u>Duty to Investigate and Cooperate</u> - Actual or suspected violations will be thoroughly and promptly investigated. Any club identifying a violation is required promptly to report the violation, and give its full support and cooperation in any investigation. Failure to cooperate in an investigation shall be considered conduct detrimental to the League and will subject the offending club and responsible individual(s) to appropriate discipline.

3.  <u>Duty to Disclose</u> – The Chief Executive, President, General Manager, and Head Coach shall have an affirmative duty to promptly report any actual or suspected competitive violations to Troy Vincent, Executive Vice President for Football Operations. In a case involving self-reporting (i.e., where the violation was committed <u>and</u> is being reported by the same club), the report should include both a detailed explanation describing the violation and why it occurred, and a detailed statement of corrective action taken by the club to insure that the violation does not occur again.

    Failure to report an actual or suspected violation shall be considered conduct detrimental to the League and will subject the offending club and responsible individual(s) to appropriate discipline.

    A club or individual reporting a violation is expected to do so in good faith, to have a reasonable basis for believing a violation occurred, and to produce (or to identify) evidence to substantiate the claim. In the event the Commissioner determines that a claim is made in bad faith, is frivolous, or that the club or person making the complaint is unable or unwilling to produce evidence to support the charge, the Commissioner will impose appropriate sanctions.

4.  <u>Standard of Proof Required to Sustain a Violation and Disciplinary Considerations</u> – The standard of proof required to find that a violation of competitive rules has occurred shall be a Preponderance of the Evidence. This is the degree of evidence that is of greater weight or more convincing than the evidence which is offered in opposition to it. It means that, as a whole, the fact sought to be proved is more probable than not.

    Where a competitive violation is proved under this standard, the Commissioner will impose discipline based on all relevant facts and circumstances, including the nature and materiality of the violation, the prior record of the party committing the violation, prior treatment of similar violations, the extent to which the club and relevant individuals cooperated with the investigation, and, insofar as possible, the actual competitive impact of the violation.

    Disciplinary matters, including hearings and appeals, shall be processed pursuant to Article 8 of the NFL Constitution and Bylaws.

5.  <u>Confidentiality</u> – Confidentiality must be maintained when conducting an investigation and when reporting information to the League office. Clubs are required to take appropriate steps to ensure that information concerning actual or suspected violations is reported and remains strictly confidential, and that no inadvertent or intentional

**NFLPA_BRADY002594**

disclosures are made to unauthorized persons. The effectiveness of this policy rests largely on adherence to maintaining the confidentiality of information; therefore, any unauthorized disclosures will be thoroughly investigated and will result in disciplinary action where appropriate.

Similarly, any actual or threatened retaliation against a person who makes a report in good faith will be grounds for disciplinary action.

Should you have any questions concerning this policy, please contact Troy Vincent or Jeff Pash. Thank you.

**CONFIDENTIAL**

**NFLPA_BRADY002595**

# INTEGRITY OF THE GAME
## CERTIFICATION
### Principal Owner/CEO | President | General Manager | Head Coach

Pursuant to Section 8.13 (A) of the NFL Constitution and Bylaws, each of the undersigned certifies that on best information and belief, and after having made appropriate inquiries of persons likely to have knowledge of these matters,

the _____ ("Club") complied with all League
(Name of Club)

competitive policies for the 2013 season, and each of the undersigned further certifies that the Club has not engaged in any of the following prohibited acts:

> violations of the "equity rule" relating to game-day facilities, tampering with the use of any equipment properly available to an opposing team, unauthorized use of computers or electronic equipment on game day, interference with a team's or stadium's game-day communication systems, unauthorized use of game-day frequencies, unauthorized videotaping on game-day or of practices, meetings, or other organized team activities, unauthorized and/or unreported game-day use of mics on players, or electronic eavesdropping; unauthorized entry into locker rooms, coaches' booths, meeting rooms or other private areas; violations of the anti-tampering policies; violations of player personnel or eligibility rules; tampering with any game-day clocks or timing equipment, or artificially increasing "crowd" or other noise levels in a stadium during the reporting period.*

Further, each signatory hereby certifies that he or she has no knowledge of any:

> - betting on NFL games, of any efforts to influence or alter the outcome of any game, of any sharing of non-public information with gamblers or persons with an interest in any gambling-related enterprise, or any prohibited association with gamblers.

> - violation of the bounty rule, including but not limited to the offer, payment or acceptance of a bonus of any sort for on-field misconduct, play that incentivizes or may result in injury to opposing players, "pay for performance" or for team performance against a particular player, position group or team.

> - club or club employee promising, announcing or providing any form of non-contract consideration to a player in violation of the Constitution & Bylaws or Collective Bargaining Agreement.

> - any sale, use or distribution of substances prohibited by the NFL Policy on Anabolic Steroids and Related Substances. (No club will be deemed to have violated this aspect of the certification merely because a player violates the Policy.)

Finally, each signatory further certifies that the Club has reported all actual or suspected violations that it became aware of, including actual or suspected violations committed by the Club, any club employee, or third parties.

Any exceptions to the above representations are set forth on the attached page(s).

_____        _____
(Date)                 (Principal Owner/CEO)

_____        _____
(Date)                 (President)

_____        _____
(Date)                 (General Manager)

_____        _____
(Date)                 (Head Coach)

* Reporting period is from February 28, 2013 to March 1, 2014.

# INTEGRITY OF THE GAME
## CERTIFICATION
Other Club Personnel

I have been advised that our Club's principal owner/chief executive, president/general manager, and head coach are required to make certain certifications to the Commissioner regarding compliance with competitive rules and reporting of actual or suspected violations of those rules. These certifications are being made pursuant to Section 8.13 (A) of the NFL Constitution and Bylaws.

I understand that I have been asked to certify the extent of my own compliance and knowledge regarding violations of these competitive rules. Accordingly, I hereby certify that to the best of my information and belief, and after having made appropriate inquiries of other persons likely to have knowledge of these matters,

the _____ ("Club") complied with all League
(Name of Club)

competitive policies for the _____ season, and I further certify that the Club has not engaged in any of the following prohibited acts:

> violations of the "equity rule" relating to game-day facilities, tampering with the use of any equipment properly available to an opposing team, unauthorized use of computers or electronic equipment on game day, interference with a team's or stadium's game-day communication systems, unauthorized use of game-day frequencies, unauthorized videotaping on game-day or of practices, meetings, or other organized team activities, unauthorized and/or unreported game-day use of mics on players, or electronic eavesdropping; unauthorized entry into locker rooms, coaches' booths, meeting rooms or other private areas; violations of the anti-tampering policies; violations of player personnel or eligibility rules; tampering with any game-day clocks or timing equipment, or artificially increasing "crowd" or other noise levels in a stadium during the reporting period.*

Further, I certify that I have no knowledge of any:

> - betting on NFL games, of any efforts to influence or alter the outcome of any game, of any sharing of non-public information with gamblers or persons with an interest in any gambling-related enterprise, or any prohibited association with gamblers.

> - violation of the bounty rule, including but not limited to the offer, payment or acceptance of a bonus of any sort for on-field misconduct, play that incentivizes or may result in injury to opposing players, "pay for performance" or for team performance against a particular player, position group or team.

> - Club or Club employee promising, announcing or providing any form of non-contract consideration to a player in violation of the Constitution & Bylaws or Collective Bargaining Agreement.

- any sale, use or distribution of substances prohibited by the NFL Policy on Anabolic Steroids and Related Substances. (No club will be deemed to have violated this aspect of the certification merely because a player violates the Policy.)

Finally, I certify that I have reported all actual or suspected violations that I became aware of, including actual or suspected violations committed by the Club, any Club employee, or third parties, as required pursuant to Club policies.

Any exceptions to the above representations are set forth on the attached page(s).

_____          _____
(Date)                                    (Name and Position of Signatory)

* Reporting period is from February 28, 2013 to March 1, 2014.

## Stadium Facilities

### A.    Stadium Check

Home clubs are obligated to check on all facets of game operations sufficiently in advance of kickoff to ensure that items necessary for staging an NFL game are in the proper working order. These include the following:

(1)    Field Condition
(2)    Availability and proper use of field covering and other field condition equipment, including snow removal equipment
(3)    Scoreboard Game Clocks
(4)    40/25-Second Clocks
(5)    Goal Posts, Extensions, Ribbons & Clamps, Alignment, Pads
(6)    Field Markings
(7)    End Zone Nets
(8)    Sideline Marker Set and Pylons
(9)    Chains, Vests, Ball Boys Vests, Kicking Ball Pouches
(10)   Coaches' Wireless Communication System
(11)   Television Monitors
(12)   Referee's Microphone/Official-to-Official communication system
(13)   Locker Rooms Security – Home, Visitors, Officials
(14)   Climate Control Benches
(15)   Officials' Phone
(16)   Locker Room Signage
(17)   Coach-to-Player Systems
(18)   Ring Down Phones
(19)   Ambulance, X-ray Equipment, Oxygen, and other Medical Equipment
(20)   Replay Equipment
(21)   Sideline Cart for Injured Players
(22)   Injury Video Review System
(23)   Coaches' still photos and tablets

If any items necessary for staging an NFL game are not in proper working order, the home club shall have the responsibility to take whatever action is necessary to rectify the problem prior to game time. Failure to comply could result in disciplinary action by the Commissioner. Any additional expenses incurred should be considered day-of-game expenses.

The club shall designate, in advance of each season, a staff member or members responsible for stadium and game operations.

### B.    Electronic Equipment Check

On game day, the Referee will meet with the home club's game operations designee to check all necessary electronic equipment. The Referee will meet this designee two hours prior to kickoff at the 50-yard line (home team's bench area). To facilitate this check, the public address system should be turned on and any other adjustments needed at the press box level should be made. Both wireless microphones should be available on the field.

**CONFIDENTIAL**                          **NFLPA_BRADY002600**

Thirty-five minutes prior to kickoff, the Referee will check his microphone with the television network broadcasting the game.

All equipment used by on-field Game Officials will be in the locker room at the completion of the game and should be picked up by the designated club personnel.

## C.   Workouts by Visiting Club

The visiting team has the right to work out at the stadium on the day before a game providing it has given the home club reasonable advance notice (90 days) in writing of its wish for access. The home club may not deny access unless there is a reasonable basis, such as the effect of adverse weather conditions on the playing field. If the field is used for the home club's workout, it must also be made available to the visiting team. If the home club feels that a visitor's workout would cause significant deterioration of its playing field, it should notify the NFL Football Operations department. The NFL Game Official or League representative assigned to check field conditions will then decide whether the workout can occur. The home team must have a field crew available during the visitor's stadium workout. If the visiting club works out in the stadium without prior approval, the visiting club is subject to Commissioner discipline. The home club is under no obligation to make its in-stadium public address system available to the visiting club for a day-before-game workout.

Under NFL policy, there is a specific time period within which a visiting team has the right to conduct a workout in the home team's stadium. That period is two hours before the point that is 24 hours in advance of kickoff and ends two hours after that point. For example, if kickoff is on Sunday at 1:01 p.m., the visitors may have practice time on Saturday between 11:01 a.m. until 3:01 p.m. The home club has the choice of practicing early or late within the time period, but if it chooses to go early, the visitors have the right to practice no later than one hour after the end of the home team's practice. For competitive considerations, the home team and the visiting team must set their workout schedules so that both teams are not on the stadium grounds (which, if applicable, includes home team's training facility attached or adjacent to the stadium) at the same time during the four-hour window. A practice time that falls outside the above period is also permissible, subject to mutual agreement of the participating clubs.

At least six weeks in advance of any regular season game, the home team will provide, upon request, suggested alternate practice sites available to the visitors. If a visiting team's workout is scheduled, the visitor's Equipment Manager should fill out the extra supplies section (200 or more towels, 2 cases of water, 2 cases of Gatorade, 100 pounds of ice) of the Locker Room Supply form and send via mail, email, or fax to the home club at least seven days in advance of the game.

**CONFIDENTIAL**                                   NFLPA_BRADY002601

**D. Locker Rooms**

(1) **Regulatory Signs** — Home clubs are responsible for posting the following League-supplied signs in home, visitor, and training facility locker rooms:

| | |
|---|---|
| **Entrance to Locker Rooms** | **Bathrooms** |
| Notice | Shaving Razor Disposal |
| | |
| **Equipment Room Area** | **Training Rooms** |
| Check the Fit | Concussion Poster |
| Recommended Thigh Pads | Drug or Alcohol Hotline |
| Use of Helmet | Drug Notice |
| | EMR |
| **Locker Rooms** | List of Prohibited Substances |
| Bribes and Gambling | Play it Safe (Supplement Hotline) |
| Chinstrap Buckle-Up | Policy on Anabolic Steroids |
| Helmet "Star" Rating System | Use of Supplements |
| Illegal Hits | |
| Non-Contract Bonuses | |
| Personal Conduct Policy | |
| Play Heads-Up Football | |
| Respect | |
| Sexual Orientation | |
| Uniform and Equipment Rules (picture & text) | |

Home clubs are responsible for posting the following League-supplied signs at their stadiums:

| | |
|---|---|
| **Positively No Visitors** | **Positively No Visitors** |
| **Officials' Locker Room** | **Instant Replay Booth** |

**Note:** For additional locker room signs, contact the NFL Football Operations department in New York.

(2) **Admittance** — No persons except authorized club and League personnel are permitted in the locker rooms prior to the game. Only media personnel with proper press credentials are to be admitted after the game. The home club is responsible for assigning security to each locker room to ensure such compliance.

(3) **Alcoholic Beverages** — No alcoholic beverages, including beer, are allowed in the locker rooms at any time during the preseason, regular season, or postseason. This includes any time during the practice week and on game day. This also includes practice or office facilities, or while traveling, including on team buses or flights. This applies to players, club personnel, and guests traveling with the team.

(4) **Wrap-Around Towels, Robes** — Each team is responsible for providing its players with an adequate supply of wrap-around towels or robes for the postgame media session. This applies to both home and away games.

(5) **Photocopiers** – Photocopiers are not permitted in the locker room or coaches' booth (home or visitor) or directly outside of the locker room or coaches' booth. If

**CONFIDENTIAL** **NFLPA_BRADY002602**

coaches would like to make photocopies at halftime, they may use the photocopiers in the Press Box area only if the home team Public Relations Director grants permission to use the photocopiers. The home team is not obligated to grant permission for the use of the Press Box photocopiers because such activity by the visiting team's coaches may interfere with the production and distribution of play-by-play sheets and game notes in the Press Box. The visiting team is not permitted to transport a photocopier on game day.

(6)     **Locker Room Video** – All clubs are required to either install a camera or allow a handheld camera in the locker room prior to the team leaving the locker room for introductions. The home club shall have control over collection, editing, and distribution within their stadium of all locker room footage. See page A33 for further clarification.

(7)     **Wireless Internet** – The home team is responsible for providing a secure wireless network in both the home and visiting locker rooms in an equitable fashion. These wireless networks will have the same network ID and password as the bench area wireless networks and are intended for use by team medical personnel only. Any use of internet for competitive purposes will be considered a violation of the League's integrity of the game policies.

### E.     Visitor's Locker Room

(1)     **Equipment Arrival** — The visiting team is responsible for informing the home team of the arrival time of the team plane and the approximate time the equipment should arrive at the stadium.

(2)     **Security** — Special care must be taken to protect the visiting team's equipment once it arrives at the stadium. If the visitor's locker room has one entrance, a stationary guard should be posted overnight outside the locker room door. It is suggested that overnight security be posted inside the locker room if the locker room has multiple entrances. Teams are required to use throw-bolts on the inside of all visiting team locker room doors which have outside access. The home team is required to provide hardware which allows the visitors to attach their own chains and locks to the locker room doors after equipment is unloaded. These procedures are at home team expense.

(3)     **Supplies** — The visiting team Equipment Manager, at least seven days before the game, should send the League-supplied Locker Room Supply form to the home team Equipment Manager via mail, email, or fax. The form lists the following game day basics: 600 towels*, 8 cases of soda, 500 pounds of ice, 3 cartons of gum, 1 large pot of coffee, bottled water (supply of 8 oz.-12 oz. bottles as well as 5 gallon jugs), and sliced oranges for halftime. Any changes or additions to these supplies should be described on the form. There will be no charge made to the visiting team for the basics; if the additional supplies exceed $25 in cost, the visiting club may be billed the amount.

   * In the event of inclement weather, the home club must automatically make a reasonable increase in the visiting team's towel supply at no extra charge to the visitors.

**CONFIDENTIAL**                                    NFLPA_BRADY002603

(4) **Clubhouse Attendants** — The home club must assign one clubhouse attendant and two assistants to the visitor's locker room. Fees for the three visitor's locker room attendants will be paid by the home team, but the visiting team will handle any gratuities should the attendants perform extra duties. (Examples: cleaning the players' shoes, running errands outside the stadium, etc.)

(5) **Clubhouse Admittance** — The visiting team should assign a club representative to the front door of the visiting locker room to identify club staff members permitted to enter in order to ensure security in the locker room on game day.

(6) **Telephone** – The visitor's locker room must have a direct telephone line capable of placing and receiving calls directly to and from outside of the stadium. This phone line is for use by the visiting team to update family members and/or ownership on the status of an injured player.

(7) **Wireless Internet** – The visiting locker room must be supplied with wireless internet access identical to the home locker room. This wireless network is intended for use by team medical personnel only. Any use of internet for competitive purposes will be considered a violation of the League's integrity of the game policies.

## F. Officials' Locker Room

(1) **Admittance** — By order of the Commissioner, from the time any official first enters the locker room, and until all officials have left it at the end of a game, no person other than clubhouse attendants or those invited by the Referee shall be allowed to enter it. This prohibition includes coaches, players, owners, other management personnel, and the members of the media. Each club is responsible for posting a regulatory sign regarding admittance to the Officials' locker room. This sign must be posted at the entrance of the Officials' locker room for all games.

(2) **Officials' Locker Room Attendant** — The home club must assign one locker room attendant to the Officials' locker room (at home club's expense). This attendant should be on duty when the officiating crew arrives at the stadium and should remain until the officiating crew has left the stadium.

(3) **Officials/Press Box Phone** — There must be a direct, controlled phone line between the Officials' locker room and the press box to allow club or League officials to communicate with the officiating crew at halftime or after the game. (PR Director and Referee will set code name at pregame meeting.)

(4) **PR Director** — Both club PR Directors, with the two sideline communications personnel, will visit the Referee in the Officials' locker room one hour and 30 minutes prior to kickoff to check communications procedures.

(5) **Security** — One hour and 40 minutes prior to the scheduled kickoff, the game Referee, the League and club security representatives, stadium security, and the senior public safety official in charge of the field must meet to review procedures for responding to an emergency situation before, during, or after the game. Subject to the approval of the club security representative, other individuals with a legitimate working function may attend; however, the meeting is **closed to the media** given

the potential disclosure and discussion of law enforcement, or operationally sensitive information.

The home club is responsible for assigning security personnel to be posted outside the Officials' locker room throughout game day. Any person(s) entering Officials' locker room during the game must be accompanied by the security attendant assigned to this locker room. The home club must also assign security personnel to assure that the Game Officials have a clear and safe path to their locker room at halftime and postgame. Security personnel must also ensure safe passage to the Officials' bus/cars and see that their bus/cars are guided out of the parking area into the main flow of traffic away from the stadium.

## G. Medical

(1) **Emergency Medical Services** — The home club is responsible for scheduling up to two certified crews of paramedics, Advanced Life Support (ALS) ambulances, and one neutral Airway Management Physician (AMP) certified in rapid sequence intubation for each scheduled home game. The AMP will be identified by wearing a red NFL cap and must be located between the 25- and 30-yard lines, to the right of the home team's bench when facing the field. The paramedics are required to be stationed as close to the AMP as possible. Each club's Head Athletic Trainer and physicians are required to know their location. At the conclusion of the game, the AMP and paramedics must check with both clubs' Head Athletic Trainer and the Officials' locker room before departing the stadium. If medical transportation is needed to remove an injured coach, player, Official, or Game-Day personnel (e.g., Ball Boy, Ball Girl, Chain Crew member, etc.) from the playing field, the ALS ambulance is authorized to go onto the playing field after being notified by the club's Head Athletic Trainer, physicians, or League representative.

The NFL Football Operations department requires all necessary parties (e.g., police, NFL Security representative, stadium management, etc.,) to pre-coordinate with the paramedics for immediate transport via police escort or Medevac helicopter to the pre-determined hospital stated in section D of this manual.

(2) **Stretchers and Carts** — For each scheduled game, the home club is responsible for providing League-approved spinal boards with stabilizing systems, motorized vehicles, and high-quality stretchers to both bench areas. The nearest exit to the ambulance, club's locker room, or X-ray room should be used when removing an injured coach, player, Official, or Game-Day personnel (e.g., Ball Boys, Ball Girls, Chain Crew member, etc.) from the playing field.

(3) **X-ray Service** — For each scheduled game, the home club is responsible for providing certified X-ray Technicians and an X-ray machine that is capable of providing immediate X-rays of, but not limited to: limbs, joints, cervical, thoracic, or lumbar spines for both clubs. Each club's Head Athletic Trainer and physicians are required to meet the technicians and know their location. The technicians are required to be available in the X-ray room until both clubs' Head Athletic Trainers notify them that their services are no longer required. The home club is responsible for all costs associated with this service.

**CONFIDENTIAL**

**NFLPA_BRADY002605**

(4)   **Oxygen** — For each scheduled game, the home club is responsible for providing certified oxygen attendants and oxygen tanks to both bench areas. The attendants are required to be next to the oxygen tanks from the start of the game until the conclusion.

(5)   **Hard Casts** — Each club's Head Athletic Trainer is required to give the Umpire the names and jersey numbers of players who have casts or special equipment for pregame inspection.

(6)   **Concussion Protocols** – The following procedures will apply to all players diagnosed with a suspected concussion:

- **Sideline Examination** – NFL players suspected of having a concussion should be evaluated using the NFL Sideline Concussion Assessment Tool (available on the Football Operations intranet site). This includes the six (6) obvious signs of disqualification that are a "NO GO" (meaning that the player should not be allowed to return to play). Any player suspected of having a concussion must be given and pass this concussion assessment.

- **Returning to Play** – Any player suspected of having a concussion is a "NO GO" and does not return to play in the same game or practice, and cannot return to play at all until he is cleared by both his team physician and an independent neurologist.

- **Leaving the Field** – If a player is diagnosed with a concussion and removed from a game, he <u>must</u> leave the field and be immediately escorted to the locker/training room, and a member of the medical staff (i.e., an ATC, MD, fellow, or resident capable of medical intervention) must remain with the player to observe him if his injury does not require immediate hospitalization. A player diagnosed with a concussion may not return to the field. There are no exceptions to this rule, and the player is NOT to return to the field under any circumstances.

- **Err on the Side of Caution** – If you have <u>any</u> suspicion about a player being concussed, remove him from the game. Always err on the side of caution.

- **Support for Medical Personnel** – Clubs should instruct their coaches to assist medical personnel in dealing with abusive or uncooperative players, and to intervene if the player disregards medical advice and attempts to or does re-enter the game.

(7)   **Unaffiliated Neurotrauma Consultant** - During games, each team will be assigned an Unaffiliated Neurotrauma Consultant. Each Unaffiliated Neurotrauma Consultant shall be a physician who is impartial and independent from any Club, is board certified or board eligible in neurology, neurological surgery, emergency medicine, physical medicine and rehabilitation physician, or any primary care CAQ sports medicine certified physician and has documented competence and experience in the treatment of acute head injuries. An Unaffiliated Neurotrauma Consultant shall be present on each sideline during every game and shall be (i) focused on identifying symptoms of concussion and mechanisms of injury that warrant concussion evaluation, (ii) working in consultation with the Head Team Physician or designated TBI team physicians to implement the Club's concussion evaluation and

**CONFIDENTIAL**                                    **NFLPA_BRADY002606**

management protocol (including the Sideline Concussion Assessment Exam) during the games, and (iii) present to observe (and collaborate when appropriate with the Team Physician) the Sideline Concussion Assessment Exams performed by Club medical staff. These unaffiliated consultants also will be available to assist in transportation to an appropriate facility for more advanced evaluation and/or treatment as needed based on the EAP. These consulting physicians will work with the team's medical staff and will assist in the diagnosis and care of the concussed player. The responsibility for the diagnosis of concussion and the decision to return a player to a game remains exclusively within the professional judgment of the Head Team Physician or the Team physician assigned to managing TBI.

(8)     **Injury Video Review System** – For all preseason, regular season and postseason games, an injury video review system will be used. This system will consist of a monitor and a recording device that utilizes a network feed in the press box level or similar area of the stadium. This system will also include a bench area monitor in or around each bench area where team medical personnel can review game video in order to address a potential player injury.

An independent Certified Athletic Trainer (ATC) will be retained by the NFL to observe play on the field as well as to monitor the broadcast feed of that game in order to identify potential player injuries, with an emphasis on concussions and other head and neck injuries. This NFL ATC Spotter will use the injury video review system's monitor and recording equipment to monitor and review network footage of the game. If the NFL ATC Spotter observes a play that may have resulted in a concussion on the field, he or she will call that team's bench area to speak with a team physician or the Head Athletic Trainer to relay the details of the potential injury he or she observed. The NFL ATC Spotter will not diagnose any injuries or advise treatment, but simply alert the team medical personnel to a potential injury, as well as describing the mechanism of injury when possible.

The NFL ATC Spotter will be supported by and be seated next to an injury video technician who will be responsible for operating the injury video review system. This video technician will be responsible for, at the direction of the NFL ATC Spotter, tagging plays and replays which could be used by team medical personnel for a later review.

When a potential injury is observed by the NFL ATC Spotter, he or she will direct the injury video technician to tag the appropriate play and associated replays in the network broadcast. At the next appropriate opportunity, the NFL ATC Spotter will use a ringdown phone to the appropriate bench area to confirm the player jersey number and situation in which the injury may have occurred. The NFL ATC Spotter must speak directly to the team physician or Head Athletic Trainer when reviewing a potential injury. **This information cannot be relayed by whoever is assigned to answer the bench phones.**

If a member of the team's medical staff would like to review video of a potential injury, he or she should use the bench phone to alert the NFL ATC Spotter. When using the bench area injury video monitor, a member of the team medical staff can communicate with the NFL ATC Spotter and the injury video technician through a headset. Video will not be shown on the bench area injury video monitor until the monitor is activated by the injury video technician. Once video is activated, the team

**CONFIDENTIAL**                                                              NFLPA_BRADY002607

medical personnel can direct the injury video operator to show specific angles, rewind, slow the video, etc. Only team physicians and the Head Athletic Trainer are allowed to use this video equipment.

An injury video field technician will be assigned to all games to support team medical personnel when reviewing injury video.

A backup injury video review system will be available in the officials' locker room. This system can be used only when the primary system is not operational. Team medical personnel wishing to use the backup injury video review system must be escorted by the injury video field technician and the officials' locker room attendant or security personnel assigned to the officials' locker room.

**This injury video review system is intended for the use of gaining medical information in real time and is not intended for competitive purposes. Any misuse of this system will be considered a violation of the NFL's Integrity of the Game policy.**

The injury video review system will require the following specifications at all NFL stadiums:

- A reasonably private seating location for the NFL ATC Spotter and the injury video technician. Due to the fact that this program deals with sensitive player medical information, this location must be in a place where the injury video reviewing monitor cannot be seen by other people and the NFL ATC Spotter's conversations cannot be overheard. All injury video review system locations must be approved by NFL Football Operations.

- A video feed from the broadcasting network. The injury video technician will be responsible for ensuring that the video feed is functional on game day.

- Four (4) headsets must be provided by the home team to be used for the injury video review system. Two (2) headsets will be used by the NFL ATC Spotter and the injury video technician, and one (1) headset will be used at each bench area injury video monitor.

- A phone with the capability to place and receive long distance calls to and from outside of the stadium, plus direct dial ringdowns to each bench area's field communication cart, and a ringdown to the NFL Observer location.

- Power and counter space for the operation of the injury video trunk.

- An unobstructed view of the entire field, including the bench areas, for the NFL ATC Spotter.

- Internet access for the primary injury video review location.

- A network return feed of the broadcast in the officials' locker room for the backup injury video review system.

**CONFIDENTIAL**

- Internet access in the officials' locker room for the backup injury video review system.

**Game Day Medical Radio Communication**

The local League-appointed Injury Video Review System (IVRS) technician is responsible for distributing one (1) case containing fully charged and operational radios with antennas to each club's Athletic Training staff. The home club has the option to retain possession of its radios throughout the season. The IVRS technician is also responsible for distributing fully charged and operational radios with antennas to specific local League-appointed medical personnel. Each club's Athletic Training staff has been provided with 24 earpieces. The visiting club's Athletic Training staff is required to travel with their earpieces.

Each group (home club Athletic Training staff, visiting club Athletic Training staff, League-appointed medical personnel) will have its own dedicated radio frequency (channel) cleared by the local League-appointed Game Day (Frequency) Coordinator (GDC). The team Athletic Training staffs' radios will have the capability of switching channels between their own team channel and the League-appointed medical personnel's channel in order to communicate with the League-appointed medical personnel. The League-appointed medical personnel will not be able to switch to either team channel.

Three (3) hours prior to kick-off, the IVRS technician is required to distribute a case containing 12 fully charged radios with antennas to the visiting club's Athletic Training staff at the entrance to the visiting locker room. It is the responsibility of the visiting club's Athletic Training staff to return the case with these components to the IVRS technician at the entrance to the visiting locker room following the conclusion of the game.

Two (2) hours prior to kick-off, the IVRS technician is required to distribute a radio with antenna to the local League-appointed Unaffiliated Neuro-Trauma Consultants (2), Airway Management Physician (1), and ATC Spotter (1). It is the responsibility of each person to return these components to the IVRS technician in an agreed-upon location at the conclusion of the game.

It is the responsibility of the IVRS technician to inventory all components at the end of the game. If a radio and/or an antenna is missing from the case, it will be replaced prior to the next home game. However, the club or League-appointed medical personnel responsible for the lost component will be responsible for the replacement cost.

At the conclusion of the season, it is the responsibility of the IVRS technician to return all radios, antennas, and cases to the dedicated member of the home club's Athletic Training staff. Each club will then be responsible for shipping the equipment to the manufacturer for servicing.

**H.   Game Clocks**

Game clocks should be located in both end zones and at each 50-yard line in all NFL stadiums so that the quarterback and Game Officials are able to see the game clock at all times, no matter which end zone they are working toward.

Each 50-yard line clock should be installed in a way that allows easy viewing by television, radio, other media, stat crews, Officials, and team video personnel. Clocks should be located near a down and distance display to aid team video personnel who must record game time, down, and distance prior to each play.

Game clocks should never be turned off during any part of the game (including timeouts). If the game clocks are on line with the ribbon boards, they must be separate so they do not get turned off.

All clock operators are hired and supervised by the Officiating department. For playoff games, neutral game clock operators will be assigned by the Officiating department.

**I.   40/25-Second Play Clocks**

There is a standard system of two time intervals between plays. For normal plays, the interval is 40 seconds and begins from the time the ball is dead until it is snapped on the succeeding play. For administrative stoppages (e.g., change of possession, timeout, injury, measurement, penalty) the interval is 25 seconds, beginning with a signal from the Referee.

For all preseason, regular season, and postseason games, the home club is responsible for having in operation two synchronized play clocks at opposite ends of the stadium, visible both to fans and players. The preferred location, to the eye of a set quarterback, is to the right of the goal posts at least eight feet off the ground.

If one clock becomes inoperative, the other will be shut down until the first is restored to service.

To distinguish the clock, improve visibility, and avoid a quarterback or coach possibly confusing it with the time-of-game clock, clubs must outline the play clock with a strip of white tape (or paint) at least six inches wide. No advertisements should be placed in any location that could cause confusion or distractions from the play clock. Play clock numbers must be at least 28 inches in height.

| **Contacts:** | Chris Stark | Pat Green |
|---|---|---|
| | All-American Scoreboards/Everbrite Co. | DAKTRONICS |
| | P. O. Box 100 | 1501 Broadway Suite 400 |
| | Pardeeville, WI 53954 | New York, NY 10036 |
| | 608/429-1613 | 917/304-5180 |

Play clock operators are hired and supervised by the Officiating department. For playoff games, neutral play clock operators will be assigned by the Officiating department.

**CONFIDENTIAL**                                        **NFLPA_BRADY002610**

**Clock Operators and Other League Personnel** — Six seats must be set aside in an appropriate location with a direct and unobstructed view of the playing field, video boards, and game and play clocks. These positions will be occupied by game and play clock operators, the coach-to-player cutoff switch operator, the officiating supervisor, the football operations representative, and the national television game representative who will be present for games of national importance (i.e., games played on Thursday, Sunday, and Monday nights and Thanksgiving Day, late-season Saturday games, Sunday afternoon doubleheader games, and certain selected 1:00 p.m. ET Sunday games). This location must have a television with the live feed and the appropriate communication equipment. **Each club is requested to attempt to isolate these people from the media and, if possible, to put them in an enclosed booth.** The booth is required to have a ceiling speaker that provides announcements by the Referee for penalties or other pertinent information.

### J. Referee's Wireless Microphone System

Each home club is responsible for the operation, maintenance, and delivery of the wireless microphone to the Referee at least two hours and 30 minutes before kickoff. This responsibility may not be delegated.

The Referee's wireless microphone system consists of primary and backup equipment in working condition for all home games. If the first unit malfunctions, it will be replaced by the backup unit at the first reasonable opportunity in the game. The system must connect to the stadium PA, Press Box PA, TV, Radio, Instant Replay Booth, and Clock Operators locations. Shure Axient microphone systems are recommended.

The wireless microphone units (primary and backup) must be working wireless systems with the following components:

     a.  Qty 2  Receivers (rack mountable)
     b.  Qty 2  Transmitters (bodypacks modified for REF and RSB)
     c.  Qty 2  RSB switches (Referee Switch Box)
     d.  Qty 2  Lapel microphones (mic clips and windscreens)
     e.  Qty 2  Antenna systems* (2 directional antennas, coax cables, and antenna splitter if required)

     **\*Note:** Clubs are required to permanently mount two (2) directional antennas 10 feet apart outside of the Referee's Wireless Microphone Operator's booth. Mounting these antennas outside of the booth and directing them toward the playing field will maximize the signal strength and reduce the potential for radio frequency interference (RFI).

As part of standard pregame procedure, the wireless microphone units (primary and backup) must be available for testing by Game Officials two (2) hours prior to kickoff. Also, a member of each club's sideline staff, designated as the liaison with the Referee, should have spare batteries for the units and be knowledgeable with the replacement/ installation process.

The press box operator should keep the wireless microphone system live at all times, allowing the Referee to control the system with the equipment switch box (RSB). If

feedback does not permit the system to be kept live, the press box operator should be alert at all times to the Referee's signal to turn on the audio from the wireless system. The Referee signal is: Referee's right hand on his right hip, then moving the hand out and back three times.

### K. Coaching Staff Communications

Home clubs are responsible for the installation and maintenance of the coaching staff communications infrastructure. Home clubs are required to notify the Football Operations department if the coaches' booths are relocated, renovated, or a coaching staff switches sidelines. The infrastructure can be used by other football entities (i.e., high school or college football games), provided the home club's Sideline Technician monitors the set-up and breakdown of the equipment in each bench area and coaches' booth.

**Intercom Lines and AC Power Supply** – Home clubs are responsible for providing, installing, and maintaining the following:

a.   Minimum of six (6) isolated lines of intercom, 18AWG, two conductor twisted pair, individually shielded w/PVC jacket, from each club's coaches' booth to their bench area. These lines are to run without being spliced and must be terminated in a securable wall cabinet in each coaches' booth and in a securable wall cabinet on the stadium wall located on the 50-yard line of the field behind each bench area.

b.   Minimum of six (6) isolated lines of intercom, 18AWG, two conductor twisted pair, individually shielded w/PVC jacket in the form of a temporary "snake" cable to run from each securable wall cabinet on stadium wall to each Lombardi sideline trunk located inside the bench area.

c.   120V 10A w/ISO ground circuit with circuit breaker in a securable wall cabinet located in each coaches' booth and near the 50-yard line behind each bench area dedicated only for Lombardi sideline trunks.

d.   120V 10A power cable to run from each dedicated circuit to each Lombardi sideline trunk.

**Coaches' Booth Equipment** – Home clubs are responsible for providing Bosch AudioCom™ wired equipment in a securable wall cabinet for each coaches' booth:

a.   Qty 3 PS-2001L dual channel power supplies (wall cabinet)

b.   Qty 1 Assignment/break out panel (wall cabinet)

c.   Qty 8 BP-2002 dual channel wired beltpacks

d.   Qty 6 WP-3 dual channel wall plates

e.   Qty 8 ME-25/2 dual channel cables

f.   Qty 2 Ca-23-16 2 channel Y-adapter cables

**Bench Area Equipment** — Home clubs are responsible for providing Bosch RadioCom™ wireless and AudioCom™ wired equipment in each Lombardi sideline trunk:

a.  RadioCom™ Lombardi Sideline Trunk
    1.  Qty 1  FM-1 System Manager
    2.  Qty 10  BTR/TR-1 Lombardi Radios
    3.  Qty 240  AA batteries per game (additional 120 batteries for cold weather)
    4.  Qty 1  IC-100 assignment panel
    5.  Qty 1  ACS-101 antenna splitter/combiner
    6.  Qty 2  ALP-600 antennas and mast
    7.  Qty 1  UPS Backup power supply

b.  AudioCom™ Wired Equipment (qty per trunk)
    1.  Qty 11  BP-2002 dual channel wired beltpacks
    2.  Qty 2  NFL-2002 dual channel wired QB/DEF beltpacks
    3.  Qty 13  FBC-100/2 dual channel 100' cables
    4.  Qty 13  FBB wired beltpack mesh belts

**Beltpacks** – Clubs are permitted to use ten (10) wireless beltpacks, three (3) wired beltpacks, and two (2) listen-only cloned beltpacks in the bench area. All coaches' booth beltpacks are wired. Coaching staff communication beltpacks are restricted to use in the bench area and the coaches' booth.

Clubs are permitted to clone up to two (2) Bosch RadioCom wireless beltpacks to be used in the bench area on game day. A "cloned" beltpack is created by moving the beltpack's selection slide switch from Push-to-Talk (PT TALK) to Push-to-Transmit (PT TX). This adjustment to PT TX converts the cloned beltpack into a listen-only beltpack. All of the standard ten (10) wireless beltpacks operate in PT TALK to allow two-way communication. All "cloned" beltpacks must be clearly labeled as such and identified on the coaches' Headset Diagram. Failure to identify and label "cloned" beltpacks may result in disciplinary action by the Commissioner's office.

The visiting club's sideline technician (VST) must notify the home club's sideline technician (HST) via email, no later than the Tuesday prior to game day, if the visiting club would like cloning to be done. The VST is responsible for providing a labeled wireless beltpack (including batteries) for cloning at least four (4) hours prior to kickoff. The HST is responsible for cloning all home and visiting cloned beltpacks used on game day. The VST is prohibited from cloning beltpacks on game day. All beltpacks used for cloning must be in addition to the standard required beltpacks listed in the previous section. Each club must purchase its own beltpacks to be used for cloning. Clubs are prohibited from traveling with wireless beltpacks originally designated as part of its home stadium's standard equipment allotment for the coaches' communication system.

Additionally, a club may use a wired beltpack to allow a coaches' still photo operator to chart play calls in the bench area and coaches' booth. In the bench area, this wired beltpack counts against the team's allotment of three (3) wired beltpacks to be used in addition to the ten (10) wireless beltpacks. These wired beltpacks must be paired with specific headsets constructed without a microphone.

**Sideline and Coaches' Booth Technicians** – Home clubs are responsible for providing technicians approved by the NFL Football Operations department to set up, test, support, and break down the coaching staff communication system on game day. These technicians are required to wear a yellow hat for quick visual identification. These technicians must be present in the bench area of both clubs and coaches' booth area one (1) hour prior to kickoff until the conclusion of the game. If the visiting club travels with its technician, he/she will preside over the technician assigned to the visitor's bench area.

Sideline and Coaches' Booth technicians' responsibilities include, but are not limited to, the following:

a. Have the Lombardi sideline trunks set up in the bench areas four (4) hours prior to kickoff with the headset diagrams of each club's coaching staff implemented. In case of inclement weather where the tarps cover the field and bench areas, the trunks must be on the field and tested when the tarps are removed.

b. Conduct testing of the RadioCom™ wireless equipment in each bench area three (3) hours prior to kickoff.

c. Set up and conduct testing of the AudioCom™ wired equipment in each coaches' booth three (3) hours prior to kickoff.

d. Conduct final testing of the entire coaching staff communication system two (2) hours prior to kickoff.

e. Technicians are required to maintain constant communication for coaches at all times.

f. Technicians must not have additional duties/responsibilities during game day other than the coaching staff communication system.

g. Technicians are required to submit a game day report no later than Tuesday following games played via the NFL's Sideline Technicians' internet site http://qdreports.nfl.net.

**Headsets** – The home club is responsible for providing Bose headsets for its coaching staff in the bench area and in the coaches' booth on game day. The home club must also provide eight (8) Bose single ear headsets for the visiting coaches' booth. This allotment must consist of four (4) headsets with the boom mic on the right side and four (4) with the boom mic on the left side. The visiting club may provide additional headsets for its coaches' booth, if needed. The home club is responsible for securing the Bose control module bracket onto the side of all wired and wireless beltpacks provided at its stadium.

Each club is also permitted to use one (1) listen-only headset, without a boom mic, in the bench area and one (1) in the coaches' booth for the purpose of charting play calls on still photo printouts. These still photo listen-only headsets without microphones can only be used by still photo operators for this purpose. Coaches and other team personnel are not permitted to use listen-only headsets without microphones. Each club is responsible for providing its own still photo headsets for all games, both home and away. The use of a wired beltpack in the bench area with these still photo headsets will count against a club's allotment of bench area beltpacks.

8/14

**Coaching Staff Headset Diagram** –Clubs are required to submit their headset diagram, listing all wireless, wired, and "cloned" wireless users, and the SMP file to the Football Operations department prior to the start of the preseason.

It is the visiting club's responsibility to provide the home club's Equipment Manager with the headset diagram and/or the SMP file by the Tuesday prior to each game. If this information is not received, the home club is permitted to go to http://gdreports.nfl.net to obtain the headset diagram and the SMP file to configure the visitor's Lombardi sideline trunk. Changes made to the headset diagram or SMP file by the visiting club must be given to the home club's sideline technician no later than four (4) hours prior to kickoff. If the visiting club's SMP file is corrupted or alters the operation of the visitor's Lombardi sideline trunk, the home club's sideline technician must reset the trunk and manually implement the visiting club's coaching staff headset diagram. The home club's sideline technician is responsible for keeping a back-up SMP program DataFlash card (frequencies and default settings) in the visitor's Lombardi sideline trunk.

**System Malfunction** – If the entire coaching staff of a club cannot communicate from the bench area to the coaches' booth or vice versa, the technician or a representative from the affected club should notify the nearest game official or League representative immediately. Upon confirmation, the game official or League representative will instruct the opposing club's coaching staff to relinquish all beltpacks and headsets on the field and in the coaches' booth to the technicians until communication is restored to the affected club.

**Radio Frequency Interference** — Clubs are required to work with the League's Communication consultants, Gubser & Schnakenberg, LLC (GSC), and the local League-appointed Game Day (Frequency) Coordinator (GDC) to ensure the RadioCom™ wireless equipment is free and clear of radio frequency interference (RFI) on game day. If, during the game, a wireless beltpack is experiencing RFI issues, the sideline technicians must maintain communication by connecting a 100-foot cable (stored in the Lombardi sideline trunk) from the beltpack to the Lombardi sideline trunk. Note that "cloned" wireless beltpacks cannot be replaced with a wired connection. The GDC is responsible for monitoring the frequency assigned to the wireless beltpack and base station with a spectrum analyzer. Changing the frequency on any wireless beltpack and base station on game day is prohibited without approval from the Football Operations department. Reports submitted by the GDC and sideline technician on http://gdreports.nfl.net will be reviewed by the Football Operations department and GSC. It will then be determined if a new frequency plan is needed. If a new plan is needed, one will be formulated and integrated into the stadium's frequency plan database. The home club's sideline technician will be notified and instructed to test the wireless beltpack and base station with the new frequency plan prior to the next home game.

**CONFIDENTIAL**

NFLPA_BRADY002615

**Support and Service** — GSC will provide training, support, service, and equipment replacement for the coaches' communication system. GSC can be reached at the following:

> GSC
> Mark Gubser / Jamie Schnakenberg
> 402/477-2002
> mark.g@gsc.us.com
> jamie.s@gsc.us.com

Clubs are required to notify GSC via email of any malfunctioning coaches' communication equipment prior to shipping with adequate packaging. Malfunctioning equipment will be repaired or replaced if necessary. Clubs are entitled to purchase additional Coaching Staff Communication components beyond the League's requirements directly from GSC. However, the clubs are financially responsible for the maintenance and service of this equipment.

Bose will provide training, support, service, and equipment replacement for the coaches' headsets. Bose can be reached at the following:

> Bose
> 800/390-2073
> NFL_Support@Bose.com
> Hours: Monday-Friday 8:30am – 8:00pm

Clubs are required to notify Bose via email of any malfunctioning coaches' headsets prior to shipping with adequate packaging. Malfunctioning equipment will be repaired or replaced, if necessary. Clubs are entitled to purchase additional headsets beyond the League's requirements directly from Bose. However, the clubs are financially responsible for the maintenance and service of this equipment.

## L. Coach-to-Player System (C2P)

The Coach-to-Player (C2P) system allows a member of the coaching staff (i.e., head coach, offensive or defensive coordinator, etc.) to communicate from the bench area to the offensive and defensive players designated to have the C2P components in their helmet on game day. Communicating from the coaches' booth via this system is prohibited.

**Helmet Models** – Only certain helmet models are approved by NOCSAE (National Operating Committee on Standards for Athletic Equipment) testing to have the C2P components installed. Installation instructions are available to the Equipment Manager on the Game Day Coaching Staff Communications Report internet website (http://gdreports.nfl.net). Installing the C2P components in a non-approved helmet model is prohibited without approval from the NFL Football Operations department.

**Primary and Back-up Frequency** – The League has assigned each NFL stadium primary and back-up frequencies to be used by each team on game day. Clubs are prohibited from using both frequencies at the same time. The home club's sideline technicians are required to work with the League's Communication consultants, Gubser & Schnakenberg, LLC (GSC), and the local League-appointed Game Day (Frequency) Coordinator (GDC) to resolve any radio frequency interference (RFI) issues with the C2P system. If, during the game, a club's primary frequency

8/14

is experiencing RFI issues, the affected club may switch to its back-up frequency under the direction of the C2P technician. Changing the frequency from primary to back-up is prohibited without approval from the NFL Football Operations department.

**Cutoff Switch Operator** — The C2P communication is encrypted, and the encryption scheme accommodates approximately one trillion possible key combinations with each system to provide a security service to assure private communication. The communication will be interrupted by the League-appointed Cutoff Switch Operator via the cutoff switch device when the play clock reaches 15 seconds or when the ball is snapped, whichever occurs first. Communication will resume once a game official has signaled that a play is dead. The League requires the Cutoff Switch Operator to be positioned with the Game and Play Clock Operators. Home clubs are required to notify the Football Operations department if the Cutoff Switch Operator's position is relocated or renovated.

**Cabling and AC Power Requirements** – Home clubs are responsible for installing and maintaining the following C2P communication infrastructure for game day use (internationally or relocated, when applicable):

a.  Two (2) isolated and uninterrupted Cat5 plenum rated cables terminated with C2P etherCon connectors labeled "Home Ch1" and "Home Ch2" from the Cutoff Switch Operator's position to the secured wall cabinet on the stadium wall on the 50-yard line of the field behind the home club's bench. These cables should not exceed 2000 feet in length.

b.  Two (2) isolated and uninterrupted Cat5 plenum rated cables terminated with C2P etherCon connectors labeled "Visitor Ch1" and "Visitor Ch2" from the Cutoff Switch Operator's position to the secured wall cabinet on the stadium wall on the 50-yard line of the field behind the visiting club's bench. These cables should not exceed 2000 feet in length.

c.  One (1) 120V 15A w/ISO ground circuit at the Cutoff Switch Operator's position within close proximity to C2P etherCon connectors dedicated for C2P system.

**C2P Technicians** – The local League-appointed C2P technicians will be provided to manage and report on the stadium's C2P system. These technicians are required to wear an orange hat with the NFL shield for quick visual identification.

C2P technicians' responsibilities include, but are not limited to, the following:

a.  Test and distribute C2P equipment from the secured Sideline Communication Cart to each club's Equipment Manager three (3) hours prior to kickoff. When inclement weather prohibits the placement of the Sideline Communication Carts on the field three (3) hours prior to kickoff, the C2P technician may distribute the C2P equipment to each club's Equipment Manager.

b.  Conduct final C2P system testing with each club's Equipment Manager two (2) hours prior to kickoff.

c.  Must be present in the bench area of each club one (1) hour prior to kickoff, and remain throughout the game.

**CONFIDENTIAL**                                    **NFLPA_BRADY002617**

d. Submit a game-day report no later than the Tuesday following each game via the Game Day Coaching Staff Communications Report internet website (http://gdreports.nfl.net).

**C2P Designees** – Players having C2P components in their helmets must be listed by name, jersey number, and position in the Coach-to-Player Communication section of the Game Day Administration Report, which is provided to the Game Officials 90 minutes prior to kickoff. Any player with C2P components must have a green decal displayed on the midline of the rear of his helmet and report to the Referee or Umpire when entering the game. Two players from the same club with the C2P components in their helmets are prohibited from being in the game at the same time.

**Preseason** – During the preseason, four (4) offensive players (either bona fide quarterbacks or a player who is used as a back-up quarterback even though his principal position is as a non-quarterback) and three (3) defensive players can be designated to have the C2P components in their helmets.

**Regular Season and Postseason** – Clubs are permitted to designate three (3) offensive players and two (2) defensive (primary and back-up) players who are members of the 46-player Active List to have the C2P components in their helmets on game day.

**Offense:** The three offensive players must either be bona fide quarterbacks or a player who is used as a back-up quarterback even though his principal position is as a non-quarterback. If a designated offensive player is a player whose principal position is as a non-quarterback (e.g., wide receiver, running back), his back-up helmet with the C2P components must be stored in a secure trunk near the Lombardi trunk until he enters the game as a quarterback.

**Defense:** Clubs are required to store the helmet for the defensive back-up player with the C2P components in the secure trunk. If the defensive primary player leaves the game due to substitution, injury, or disqualification, the defensive back-up player may receive his back-up helmet with the C2P components. Only the club's head Equipment Manager or the member of the equipment staff responsible for installing the C2P components is allowed to retrieve these helmets. If the defensive primary player returns to the game, the defensive back-up player must return his back-up helmet with the C2P components to a member of the equipment staff and obtain his helmet without the C2P components. The defensive primary player may have a second helmet with C2P components (in case the first helmet malfunctions); however, this second helmet must be kept in the secured trunk until needed.

The defensive back-up player is prohibited from wearing or having the helmet with the C2P components on the field or within the bench area, unless the defensive primary player can no longer participate in the game or the primary player's helmet is stored in the trunk.

If both defensive primary and back-up players leave the game due to injury or disqualification, **no other** player may wear the C2P components in his helmet. Clubs must use other methods to communicate signals to the defensive players.

**Special Teams:** A player designated to have the C2P components in his helmet is permitted to participate on special teams.

**CONFIDENTIAL**

**NFLPA_BRADY002618**

**Non-Active Designees** – During the regular season and postseason, clubs are also permitted to assign a monitoring radio and earpiece to a non-active offensive player and a non-active defensive player to monitor the play calls from the bench area or coaches' booth. Clubs are required to submit their names and list them as "NON-ACTIVE" on the Game Day Administration Report, which is presented to the Game Officials 90 minutes prior to kickoff.

**Non-Player Designees** – The club's sideline technician and the member of the equipment staff responsible for installing the C2P components are allowed to monitor the play calls via the monitoring radio and earpiece.

**System Malfunction** – Each club's C2P system must be fully functional prior to kickoff. Once the game has started, the equity rule does not apply. If a club's C2P system is not fully functional prior to the start of the game, the affected club must notify the nearest game official or League representative. Upon confirmation, the game official or League representative will instruct the opposing club's Equipment Manager to hand over the C2P components to the local League-appointed C2P technician until the C2P system is restored to the affected club. Once the C2P system is fully functional for both clubs, the equity rule will no longer apply.

If the entire coaching staff of a club cannot communicate as mentioned in section K, a coach on the field is permitted to use the designated offensive and/or defensive radio mounted on the Lombardi trunk to communicate to the offensive and defensive players.

**Support and Service** — GSC will provide training, support, service, and equipment replacement. GSC can be reached at the following:

> GSC
> Mark Gubser / Jamie Schnakenberg
> 402/477-2002
> mark.g@gsc.us.com
> jamie.s@gsc.us.com

## M. Frequency Coordination

The League has appointed Game Day (Frequency) Coordinators (GDC) to each club to coordinate the frequencies of all wireless transmitting devices used on stadium property. Each club is required to provide two seats with an unobstructed view of the playing field, internet connection, a telephone (access to local and long distance service), and counter top space to accommodate equipment consisting of, but not limited to, a laptop and spectrum analyzer.

Clubs can contact their local GDC by sending an email to "GDC (team name)@nfl.com".

Example: GDCSeahawks@nfl.com

The League requires each club to assign a member from its Public Relations staff to serve as the Wireless Coordination Contact. This individual will direct credentialed media operators using wireless devices to the local GDC to pre-coordinate their devices no later than four (4) days prior to game day. Frequency coordination may be requested after this deadline but will receive reduced priority.

**CONFIDENTIAL** NFLPA_BRADY002619

These wireless devices consist of, but are not limited to, wireless microphones, microwave transmission, Interrupted Feedback (IFB), and two-way radios on stadium property. Cell phones and tablets do not require pre-coordination. Any of the above mentioned wireless devices used at every home game by club and stadium personnel must be coordinated prior to the start of the preseason.

On game day, if an uncoordinated device is being used, the local GDC will determine if a frequency can be assigned to his/her device. If not, the operator will be instructed to use a hard wire (if applicable) or be directed to the club's Wireless Coordination Contact to have his/her credential removed, denying him/her access to the stadium.

It is the club's responsibility to direct credentialed personnel of the pregame and halftime entertainment using any of the devices mentioned above to pre-coordinate with the GDC no later than four (4) days prior to game day.

## N.  Coaches' Booths

(1)  **Policy** — The NFL Equity Rule applies to all aspects pertaining to coaches' booths. Accordingly, the home club shall provide the visiting club with accommodations in an area where the visiting club's coaches have an unobstructed view of the field (such area to be at the same elevation as the home coaches' booth) and unobstructed and private use of telephone facilities to their bench. No person shall be allowed to occupy seats which interfere with the privacy of visiting coaches and with the normal discharge of their duties, and no persons connected with the home club shall be permitted within the area occupied by the visiting coaches.

(2)  **Coaching Aids** — The types of information-gathering equipment that may be used by a club as a coaching aid are limited by the NFL Constitution and Bylaws [9.1 (C)(14) and 9.3 (E)] to field phones and Polaroid-type cameras in the coaching booth. Unless specifically permitted by League rules, any device that is capable of recording or replaying video is prohibited in the coaches' booths, on the sidelines, in the locker room (after kickoff), or in any other club-controlled area on game day beginning ninety (90) minutes prior to kickoff and continuing through the end of the game, including halftime. NFL-issued television monitors are permitted in the coaches' booths, provided that they only show the live network broadcast of the game. Still shots of game action taken by team video cameras, either printed on paper or viewed on a League-issued tablet, are considered to be within the definition of "Polaroid-type cameras" and are permissible. These stills may be produced within or near the bench area, at the Video Director's shooting location, or in the coaches' booths, provided no moving video of the game is available to coaches or players during the game or at halftime. This prohibition also applies to the use of any electronic communication devices, including but not limited to a cell phone, smart phone, tablet device, or any type of computer, whether online or stand-alone, including laptop and hand-held computers, in the coaches' booths, on the sidelines, in the locker room (after kickoff), or in any other club-controlled area on game day beginning ninety (90) minutes prior to kickoff and continuing through the end of the game, including halftime (with the exception of League-issued tablets used for coaches' still photos).

**CONFIDENTIAL**

Team doctors and members of the athletic training staff are permitted to use tablet devices, cell phones, smart phones, or similar devices within the bench area and locker room to communicate player injury information, but may not communicate competitive or strategic information.

Club football operations staff members are permitted to use cell phones outside the coaches' booths, bench areas, and locker rooms only when handling non-competitive and/or non-strategic communication.

Unless specifically permitted by League rules, video recording of any type, including but not limited to taping of an opponent's offensive or defensive signals, is prohibited on the sidelines, in the coaches' booths, locker rooms, or at any other locations accessible to club staff members during the game. This prohibition includes wearable recording devices such as Google Glass. Furthermore, no video of the game in progress may be made available to coaches or players for review during the game or at halftime.

Additionally, coaches are permitted to use binoculars in the coaches' booths. Coaches and other staff are prohibited from using binoculars in the bench or other field areas during the game.

Clubs are further reminded that the use of any type of camera (including binoculars/cameras and video cameras) by scouts during a game is forbidden. Provisions for scouting upcoming opponents are adequately covered by requiring teams to grant press box access to opponents, as well as by the exchange of game footage.

(3) **Sideline Viewing System** — Beginning in the 2014 season, coaches are permitted to view still photos on League-issued Microsoft Surface tablets. In order to eliminate the possibility of the devices being used inappropriately in order to gain a competitive advantage, the tablets are specifically designed to limit capabilities beyond viewing coaches' still photos.

Each team is permitted to use 13 tablets in the bench area and 12 tablets in the coaches' booth. The home team is responsible for providing all devices and related equipment on game day. League-employed Purple Hat Technicians are responsible for setting up and maintaining these tablets on game day.

Coaches have the option of using tablets for still photo viewing or using paper printouts. Paper printouts will serve as a backup for the tablets. The equity rule applies to the tablets until kickoff. If the game begins with either team's tablet system non-operational, neither team can use tablets until the issue is resolved. In this situation, paper printouts can be used by both teams in place of tablets, assuming that both teams have fully operational printing systems.

(4) **Climate Controls** — The home team may not use any special booth climate control devices unless it also offers them to the visitors.

(5) **TV Monitors** — It is mandatory that all clubs provide television monitors in the coaches' booths. The visiting team must be provided with the same number and size color television monitors as the home team. Each coaches' booth must have at least

two (2) monitors, one of which must be at least 32 inches. All television monitors must be high definition units. No additional replay capability is permitted other than that provided by the televising network.

The network television feed used in the coaches' booths will be supplied directly from the network television truck, minimizing the delay between live play and the broadcast. This feed is identical to the feed used in the Instant Replay Booth. Prior to each game, the Instant Replay Technician, a League employee, will be responsible for confirming that both coaches' booths have the correct video feed. Any questions or concerns regarding the game feed in the coaches' booths should be directed to the Instant Replay Technician, located in the Instant Replay Booth. The equity rule applies until kickoff for coaches' booth television monitors. If either the home team's or the visiting team's television monitors are not operational at kickoff, neither team may operate its television monitors until the problem is resolved. If both sets of coaches' television monitors are fully functional at kickoff, the equity rule is no longer in effect, and if either team's monitors malfunction, the other team can continue to use its monitors.

(6) **Locations** — Locations and specifications of visiting coaches' booths in all NFL stadia are stated in the Directory of Club Contacts. (Section D). Home clubs are required to notify the NFL Football Operations department if the coaches' booths are relocated or renovated.

(7) **Security** — Home clubs are required to supply at least two (2) attendants to escort visiting coaches between the visitor's locker room and their booths before the game, at halftime, and at the conclusion of the game. Coaches must be given priority access to elevators before, during, and after games.

(8) **Transportation** — If the locker rooms are a significant distance from the coaches' elevators, the home team must provide golf carts to transport all coaches between the locker rooms and the press box elevator.

(9) **Privacy** – Both teams' coaching staffs are entitled to a reasonable amount of privacy in the coaches' booths. If a booth is located next to another working booth, suite, or other public seating area and has a window rather than a wall separating the two areas, a curtain or frosted glass should be provided up to eye-level for someone seated in the coaches' booths. If no curtain, frosting, or similar screening is provided, the coaching staff is permitted to tape paper to the window up to eye-level for someone seated in the coaches' booths.

## O. Public Address System

(1) **Cheerleading** — "Cheerleading" is not permitted by the Public Address announcer other than emphasizing third and fourth down calls. Prerecorded videos of players, fans, or mascots, including audio that constitutes cheerleading, are only permitted during TV timeouts or similar major game stoppages. All other audio that constitutes cheerleading is not permitted while the play clock is running.

(2) **Penalties, Game Information** — The stadium public address system should be utilized to provide key information to the fans in the stands regarding penalties, rules

**CONFIDENTIAL** **NFLPA_BRADY002622**

clarifications, injuries, and key blocks, tackles, and defensive plays. All efforts should be made to ensure that stadium and press box public address announcers have a good understanding of the playing and scoring rules and operate under the control of the home club.

**The public address announcer must state the visiting team's down and distance prior to the visiting team reaching the line of scrimmage.**

(3) **Third and Fourth Down** – Public Address announcers are permitted to emphasize down calls including, but not limited to, third or fourth down, prior to the visiting team reaching the line of scrimmage or the play clock reaching 15 seconds, whichever occurs first.

(4) **Music During Injury Timeout** - It is recommended that music and video during an injury timeout be sensitive to the serious situation on the field. If clubs need assistance, the NFL Football Operations department will provide suggestions.

## P. Scoreboard/Video Boards

(1) **Other NFL Scores** — All possible scoreboard and ribbon board space should be utilized to keep fans informed of other NFL game developments.

(2) **Replays** —Clubs can add to their in-house fans' enjoyment by using the video boards to show the live game telecast as well as available highlights from the NFL Redzone channel.

Specific types of plays require mandatory replays. The home team is required to show two (2) replays on the primary stadium video board(s) after all touchdowns, safeties, and turnovers. The home team is also required to show one (1) replay on the primary stadium video board(s) after all fumbles recovered by the offense, plays resulting in instant replay reviews by the Referee (both booth reviews and coaches' challenges), first downs (including first downs as a result of a penalty), and potential receptions along the sideline or back of the end zone. All required replays must be shown prior to the next snap, except in the case of touchdowns which can be shown until the ensuing kickoff.

**If the game is stopped for an Instant Replay review (either as the result of a booth review or a coaches' challenge), the home team may only show the network broadcast feed or the live instant replay "under the hood" feed during the review. If the broadcasting network goes to break during a review, the home team is permitted to show a previously-recorded version of the play, provided the play was recorded from the network feed. In addition, at any time during the stoppage, until the Referee has announced the result of the review, a recorded version of the "under the hood" feed can be shown, provided the "under the hood" feed is not manipulated. Once a decision is announced on a review, no replays may be shown of the play that was under review. Replays of plays that were reviewed can be used later in the game for highlight packages, but not immediately following a review.**

(3) **Time Outs Remaining** — At each of the two-minute warnings, the number of time outs remaining should be visible to the fans or be announced over the PA system.

(4) **Injury Updates** — The home team is required to post injury updates on the stadium video board(s), scoreboard(s), or ribbon board(s) in conjunction with the broadcast and press box injury updates reported through the team PR representative in the press box.

(5) **Club-Controlled Video** – The use of scoreboards, video boards, or message boards for cheers is permitted. See the additional note in the "Ribbon Boards" section below for the additional policies applying to ribbon boards. Television clips, movie clips, club-produced video (such as highlight packages), video of fans, video of cheerleaders, and video of mascots can be shown in order to encourage crowd noise provided the video is not in poor taste. Audio cannot accompany the video once the play clock reaches 20 seconds and the visiting team is on offense.

**Invasive video of the visiting team's huddle, of strategic conferences in its bench area, or of the face of the quarterback at the line of scrimmage are forbidden at any time. Video of the visiting team quarterback must be from the waist up or include the two offensive guards in the shot. Close-up video from behind the quarterback is permitted.**

**Locker Room Video** – The home club is permitted to show live or pre-recorded locker room footage throughout game day. In order to provide locker room footage, all home clubs are required to either install a camera or allow a handheld camera in the locker room prior to the team leaving the locker room for introductions. Clubs may also record locker room footage during halftime and/or postgame. The home club shall have control over collection, editing, and distribution within their stadium of all locker room footage. Locker room cameras are required in BOTH home and visiting locker rooms for all League-run games. The League will partner with the participating clubs to oversee the collection, editing, and distribution of all locker room content captured via these cameras at League-run games. This footage is only to be displayed on the stadium video boards or via an in-stadium wireless application.

**Video During Kicks** – Use of video boards to distract the visiting team's kicker during field goal attempts or extra point attempts is prohibited. Distracting video includes, but is not limited to, extreme close-ups of the face of the visiting team's kicker and fast zooming in and out. The use of an all-22 shot is recommended.

**Third and Fourth Down** – When the visiting team is on offense, third and fourth down displays or graphics can be shown on the video board.

(6) **Ribbon Boards** — LED ribbon boards with sequentially rotating advertisements can continue to be used while the play clock is running, including ribbon boards behind the end zones that show the same sequentially rotating advertisements as the sidelines (provided that all advertisements displayed on the ribbon boards meet the NFL's policy on Commercial Signage in Stadiums).

However, because most ribbon boards are located below the primary video boards and often encircle the entire bowl of the stadium, if a League representative (League

8/14

Observer, etc.) determines that the ribbon boards are being used to distract the visiting team's offense or kicking team, the League representative can instruct the home team to switch to static images while the play clock is running. Particular emphasis will be placed on the ribbon boards behind the end zones.

## Q. Music in Stadium

Each NFL stadium must possess three **Public Performance Licenses**. These licenses allow for the public playing of music (live or recorded). A public performance license must be obtained from each of the three major **Performing Rights Organizations (PRO).**

Each PRO represents different songwriters, composers, publishers, and copyright holders, and each organization licenses only the copyrighted works of its own respective affiliated copyright holders. The three major PROs are **ASCAP, BMI,** and **SESAC.**

(1) **ASCAP:** American Society of Composers, Authors and Publishers
http://www.ascap.com
Phone: 212/621-6000

(2) **BMI:** Broadcast Music, Inc.
http://www.bmi.com
Phone: 212/586-2000

(3) **SESAC:** Society of European Stage Artists and Composers
http://www.sesac.com
Phone: 212/586-3450

**Music During Injury Timeout** — It is recommended that music and video during an injury timeout be sensitive to the serious situation on the field. If clubs need assistance, the NFL Football Operations department will provide suggestions.

## R. Signs in Stands

On game day it is the home club's responsibility to prevent the display of temporary signs or banners which obstruct sightlines or which are inflammatory, derogatory, or generally in bad taste.

Clubs must allow the applicable television networks to place appropriate signs/banners on end zone walls or on field level walls across the field from camera locations so that they may be shown on the telecast that has been purchased by the network. Conversely, clubs may not allow local radio/television stations or other commercial entities to position signs/banners on end zone walls or on field level walls across from network camera locations or on the field, including sideline areas, so that television networks will be forced to show such signs as part of their telecasts and therefore provide free television time.

If a television network is obliged to tender "make good" time to a sponsor (or sponsors) because of low commercial stadium signage located in a manner that forces the network to provide free television time for competitive entities, the home team will be responsible in full for reimbursing the network for those payments to sponsors.

8/14

**S.    Field Seats**

On-field seating is not allowed outside of the players' bench area without written approval from the NFL Football Operations department. Only properly-credentialed individuals performing a designated function are allowed on the field level in non-bench areas. Furthermore, these individuals can only be in the field area while performing their designated function. Accordingly, they must be staged off-field and leave the field immediately after their responsibilities conclude.

**T.    End Zone Nets**

Clubs are required to install end zone nets that minimize balls being kicked into the stands. Nets have been a deterrent to possible fan injury and potential litigation. Clubs temporarily without nets should work with stadium personnel to prevent fan scrambles that might produce injuries or fights.

**U.    Stadium Access/Public Accommodations**

The Americans with Disabilities Act (ADA) includes provisions regarding physical accommodations that must be made in stadiums and other places of "public accommodation" for the benefit of disabled persons. This requirement applies to all areas of the stadium, including seating, entrances and exits, sound systems, restrooms, concessions, amenities, and parking.

All clubs are required to ensure that the facilities they occupy are in compliance with the ADA, whether through appropriate lease provisions with their stadium landlord, or directly in their capacity as stadium owner or manager.

Questions and concerns regarding the ADA should be directed to the NFL Football Operations department.

**V.    Stadium Video Locations**

All stadiums must be wired from the home and visiting sideline and end zone camera locations to both the coaches' booths and the field. This will permit still photos from both camera locations to be printed in the coaches' booths and at the field level for both clubs. Home clubs are required to provide safe and equal locations for both sideline and end zone positions for visiting team video. These locations must be protected from inclement weather and be heated for late-season games. An enclosed location is required. The home team is required to provide security at the visiting team's video locations, if requested.

If the home team uses an alternate end zone shooting location, it must make that shooting location available to the visiting team.  The home team is not required to make an alternate end zone shooting location available if it does not use one.  Alternate end zone shooting locations cannot provide video for coaches' still photos.

Each team may shoot only one camera from each of the designated sideline, end zone, and alternate end zone shooting locations.

8/14

Field printing stations for coaches' still photos should be located against the field wall, behind the team benches. If field printing stations cannot be located against the field wall due to space restrictions, the printing station can be located in the team bench area. Any printing station located in the bench area must fit completely within the yellow border of the bench area.

The home club is responsible for providing a temporary shelter for the visitor's field printing station for use in inclement weather. The shelter must be reasonably equitable to the shelter used by the home team in inclement weather. All shelters for field-level printing stations must not obstruct the ability of the broadcasting network and NFL Films to shoot into the bench area, and must not obstruct the view of fans behind the bench. Clubs must take appropriate steps to bring their stadium into compliance with the policy in order that uniform services for providing still photos to coaching staffs are available at all NFL games. Contact the NFL Football Operations department if you have any questions.

## W. Instant Replay Booth

All clubs must provide an enclosed Instant Replay Booth comparable to the location of the coaches' booths and/or Press Box for operation of the instant replay system.

In order for a replay booth to be approved by the League office, it must be wide enough to seat four people abreast and deep enough to accommodate the installation of recording equipment behind the replay staff. A counter across the front of the booth will be needed for the placement of television monitors, telephones, and other equipment. The booth is required to have a ceiling speaker that provides announcements by the Referee for penalties or any other pertinent information.

Home clubs are required to notify the NFL Football Operations department if the instant replay booth is relocated or renovated.

## X. Domed Stadiums (Retractable Roof and/or Retractable Wall)

(For purposes of this policy, "wall" refers to retractable end zone walls, doors, or panels made of glass or any other material.)

Until 90 minutes prior to kickoff, the home club will have the authority to determine if the retractable roof ("roof") and/or the retractable wall ("wall") should be open or closed for each preseason and regular season game. The home club may choose to open the roof and/or wall for some games and not for others. The decision to open or close the wall is independent of the election the club makes for opening or closing its stadium's retractable roof. In the event a game is started with the roof and/or wall in the open position and it is closed pursuant to the procedures set forth below, or if the game starts with the roof and/or wall in the closed position, the roof and/or wall must thereafter remain in the closed position for the duration of the game.

For Wild Card and Divisional playoff games, the Commissioner will defer to the home team's written policy, if reasonable under the circumstances. If, however, the Commissioner determines that the home team's roof and/or wall policy is unreasonable, or in the event the home team does not have a written policy, then the decision is solely at the discretion

**CONFIDENTIAL**                                                                 NFLPA_BRADY002627

of the Commissioner. For the Conference Championship games, the Pro Bowl, and the Super Bowl, the decision is solely at the discretion of the Commissioner.

## 1. Pregame Procedures

(a) In the week prior to a game and on game day, to preserve and protect the field, the League's tarp rule will be in effect, if the roof is open (see pages A65-A68).

(b) No later than 90 minutes prior to kickoff, the home club is required to notify the Referee or the highest-ranking League official working at the game whether the roof and/or wall shall be open or closed. The opening or closing of the roof and/or wall as designated by the home club must be completed no later than 60 minutes prior to kickoff. All overhead lighting must be on prior to team warm-ups and must remain on for the duration of the game.

(c) If curtains can be used to cover windows on the retractable wall, then the home club must make a final determination, no later than 90 minutes prior to kickoff, as to whether the curtains will remain open or closed for the game. The opening or closing of curtains must be completed no later than 60 minutes prior to kickoff.

(d) If, subsequent to the home club's decision to have the roof and/or wall in the open position for the game, a hazardous condition (lightning, severe winds, etc.) develops, or is anticipated, that threatens the welfare of participants and/or spectators, as determined by the Referee after receiving input from the Stadium Manager and the highest-ranking League official working at the game, the roof and/or wall shall be closed immediately (if both the roof and wall are open, both must be closed). If precipitation begins at any time after the club's decision to have the roof in the open position for the game, the roof shall be closed immediately, by signal of the Referee to the Stadium Manager.

If precipitation begins at any time after the club's decision to have the wall in the open position for the game, the club may elect to close the wall, but must advise the highest-ranking League official working at the game of its decision prior to taking such action.

## 2. In-Game Procedures

(a) If a game starts with the roof and/or wall open, it shall be closed at any time due to the development or anticipation of a hazardous condition that threatens the welfare of participants and/or spectators. The game Referee, in consultation with the highest-ranking League official working at the game, after receiving input from the Stadium Manager, will decide if the roof and/or wall should be closed. If the roof and/or wall is closed pursuant to the above, it must remain closed for the duration of the game. Play may continue while the roof and/or wall is being closed, subject to the Referee suspending play pursuant to the procedures for emergency situations.

(b) If a game starts with the roof open, it shall be closed any time up to the last five minutes of the fourth period if precipitation begins. The decision to close the roof will be made by the Referee, who will signal to the Stadium Manager or otherwise

**CONFIDENTIAL**

communicate to him to begin closing the roof. Play will continue while the roof is closing.

If a game starts with the wall open, it can be closed any time up to the last five minutes of the fourth period if precipitation begins. The decision to close the wall in the event of precipitation will be made by the club. The club must, however, advise the highest-ranking League official working at the game of its decision prior to taking such action. Play will continue while the wall is closing.

(c) If the fourth period ends with the roof and/or wall in the open position, no change will be made prior to or during an overtime period, unless the roof and/or wall is closed pursuant to the procedures for hazardous conditions as set forth in (a) above.

### 3. Items Suspended from Roof

A minimum height for anything suspended from the roof of a stadium over the playing field is 85 feet above the ground. This includes but is not limited to sound speakers, video screens, scoreboards, and clocks.

**New designs (suspensions) must receive prior written approval from the NFL Football Operations department.**

Pursuant to Rule 7, Section 2, Article 1, A.R. 7.4 (q) of the Official Playing Rules, if a loose ball in play strikes a video board, guide wire, sky cam, or any other object, the ball will be dead immediately, and the down will be replayed at the previous spot.

If there is not an on-field ruling that the ball struck an object, the Replay Assistant is empowered to initiate a booth review, even if the event occurs prior to the two-minute warning. If, prior to the two-minute warning, no booth review is initiated by the Replay Assistant, a coach's challenge is permitted under the established rules for such a challenge.

### 4. Stadium Lights

Stadium lights must be turned on at least 60 minutes prior to kickoff in all domed stadiums and in all stadiums with a retractable roof in the closed position. In addition, the Referee has the final authority when determining if stadium lights will be used at an outdoor stadium. In making this decision, when appropriate, the Referee shall consider input from the participating teams, the broadcasting network, and local public safety officials.

If stadium lights are being turned off as part of pregame player introductions, the lights cannot be turned off until both teams have cleared the field following the conclusion of pregame warm-ups. All stadium lights must be returned to 100% operation prior to kickoff.

**CONFIDENTIAL**             **NFLPA_BRADY002629**