# Game and Field Equipment

### A. Game Footballs

Each club (home and visitor) shall have available for inspection by the Referee a total of twelve (12) new Wilson Official NFL Footballs for all stadia (domed and outdoor) two hours and 15 minutes before game time. Home clubs should have twelve (12) additional balls as backup for inclement weather or other reasons. Visitors may provide twelve (12) additional balls at their discretion.

Under the League's contract with Wilson Sporting Goods Company, each club will receive 780 free official game footballs per season, plus 300 autograph balls. In addition, each team's Public Relations department will receive 72 free game balls each year for promotional activities.

#### Contacts:

| | |
|---|---|
| Kevin Murphy – General Manager | Jenny Biery – Team Contact |
| Wilson Sporting Goods Co. | Wilson Sporting Goods Co. |
| Phone: 773/714-6852 | Phone: 419/634-9901 Ext. 6971 |
| Fax: 773/714-4591 | Toll Free: 877/815-6351 |
| Cell: 312/961-0984 | Jenny.Biery@wilson.com |
| Kevin.Murphy@wilson.com | |

The following guidelines will be used in the preparation of game footballs:

(1) All game footballs must be prepared properly and consistently for use on game day, especially to the satisfaction of quarterbacks. No player or any other person is permitted to alter the fundamental structure or surface characteristics of the footballs to be used in a game. Activities such as defacing or reshaping footballs are strictly prohibited.

(2) Wilson Sporting Goods will provide appropriate directions and supplies to equipment managers for preparing the footballs. Proper preparation includes brushing the footballs and wiping them down with a damp towel.

(3) Prior to each game, a team's equipment manager will prepare 12 footballs to be used for non-kicking downs. The footballs will have the prior approval of the team's quarterback, who may practice with them midweek as long as they meet the standard of a new ball when presented to the Referee for approval on game day. These footballs will be delivered to the Officials' locker room two hours and 15 minutes prior to game time. The Referee will ensure that they are properly inflated and give final approval for their use. Game balls approved for a previous game can be submitted, provided they meet the standards of a new ball. The home team must prepare another 12 balls in the event of inclement weather or other reasons. The visiting team may prepare 12 additional balls in anticipation of inclement weather. Additional balls prepared by either team must also be delivered to the Officials' locker room two hours and 15 minutes prior to game time.

8/14

**NFLPA_BRADY002630**

(4) Wilson Sporting Goods will deliver 6 kicking footballs (K-Balls) directly to the officiating crew for all games. The officiating crew will bring these balls to the stadium. The balls will be thoroughly prepared and conditioned by Wilson before leaving the factory. The Officials will test these balls in their locker room before the game. A home and visiting team representative (no players or coaches) may come to the Officials' locker room two hours and 15 minutes prior to kickoff to inspect the kicking balls. They may further prepare them under the direction of the K-ball coordinator. This preparation time is not to exceed a total of 45 minutes combined for the two team representatives. These balls will be used exclusively for kickoffs, safety kicks, punts, field goal attempts, and extra point kicks during the game. These footballs are identical to the footballs approved by the team quarterbacks with the exception that they have not been previously prepared by either team's equipment manager. The Officiating department will assign an independent K-ball coordinator who will be responsible for holding the K-balls that will be used next and relaying them to the Officials when needed. The kicking balls will be branded with a special "K" and numbered 1 through 6, and the K-ball coordinator will make every effort to keep in play a ball that had previously been kicked. This will reduce the chances that kickers will be using balls that have not been previously kicked.

(5) Each club will be sent 12 additional kicking balls to keep on hand should a shipping problem develop with the balls being delivered to the Officials.

(6) All footballs (kicking and non-kicking) given final approval by the Referee will also be marked (encoded) distinctively by each crew. The ball boys will know which footballs to send in on non-kicking plays. Each team will use its own footballs for non-kicking plays.

(7) During the game, extra footballs prepared and not being used during each half will be placed in appropriate ball bags near the on-field instant replay monitor area.

(8) If, at any point during the game, the Referee determines that some game balls are in unsatisfactory condition, he can direct that new balls be brought into the game. This applies to both team-supplied game balls and kicking balls.

(9) Footballs should never be placed on or inside heated benches or in front of heaters.

(10) Practice and game balls will be shipped directly to the facilities of Super Bowl participants prior to their departure for the game.

Once the balls have left the locker room, no one, including players, equipment managers, ball boys, and coaches, is allowed to alter the footballs in any way. If any individual alters the footballs, or if a non-approved ball is used in the game, the person responsible and, if appropriate, the head coach or other club personnel will be subject to discipline, including but not limited to, a fine of $25,000.

**CONFIDENTIAL**                                             NFLPA_BRADY002631

## B. Standard Field Equipment

All home clubs shall be responsible for providing playing field equipment required by the Official Playing Rules of the National Football League, including the following:

(1) **Sideline Chain Set and Pylons** — Use of the seven-piece orange and black sideline chain set is mandatory. The set is composed of (1) the chain unit, (2) official down indicator, (3) opposite side down indicator, (4) opposite side bullseye, (5) opposite side drive start marker, and (6) two orange first-down ground markers. A down marker must be used on both sides of the field, the official indicator being the one on the side of the field with the chains.

The drive start marker and the opposite side bullseye are located on the side of the field opposite the chain unit. The drive start marker remains in place during a scrimmage series. The opposite side bullseye has a corresponding position to the bullseye end of the chain unit. The orange ground mats which indicate the first-down target must be placed on the ground at the forward point to be gained so that players will have a visual frame of reference even when the chain post is moved because of action close to the sidelines. All padded poles must carry a special black and white striping.

All chains must be of orange color for clear visibility by the networks and TV viewers. No manufacturer identification can be visible on the chain set.

It is mandatory to use the set of eight orange pylons to mark the four corners of each end zone. Clubs may use lead-base free-standing pylons.

Yard line markers for the sidelines (10, 20, etc.), which coordinate with the color of pylons and chain crew markers, are also required.

**Contact:**

> Neil Gilman
> Gilman Gear
> 800/243-0398 or 860/889-7334
> neil@gilmangear.com
> www.gilmangear.com

(2) **Chain Crew and Ball Boy Vests** — The home team must appoint an official chain crew, subject to approval by the League office. Use of the eight chain crew vests (seven black and gold, and one scarlet) by the chain crew is mandatory. The black and gold vests are to be worn by the two chain unit attendants, the "plug man" who assists the down indicator operator, the drive start marker attendant, the opposite side bullseye attendant, the opposite side down indicator operator, and the penalty report/game clock recorder. The scarlet vest is to be worn by the official down indicator operator. Chain crew members will wear solid white shirts (long or short sleeves) instead of striped shirts to minimize confusion with the Game Officials, while also wearing Officials' black pants. Chain crews (and players) are to be instructed to stand well away from the front stake during the first-down measurement so that stadium fans and TV viewers are able to view the measurement.

**CONFIDENTIAL**

NFLPA_BRADY002632

The home club will provide five ball boys for the game, each attired in the standard navy blue vest. Four ball boys will be in the "X" vests, and one ball boy will be in the "K" vest. Ball boys designated to carry the "K" ball will perform this function from the visiting sideline throughout the game. The League will supply an additional kicking ball coordinator. The visiting team may provide up to two ball boys. If the visiting team only supplies one ball boy, he must work on the visitor's side of the field. Ball boys may be in the bench area of either team depending on the location of the line of scrimmage.

**Contact:**

Neil Gilman
Gilman Gear
800/243-0398 or 860/889-7334
neil@gilmangear.com
www.gilmangear.com

(3)  **Goal Post, Goal Post Extensions, Ribbons, and Clamps** — All goal posts will be single-standard type, offset from the end line and painted a League-approved shade of yellow. The uprights will extend 35 feet above the crossbar and will be no less than three inches and no more than four inches in diameter. An orange ribbon four inches by 42 inches is to be attached to the top of each post (this requirement waived in indoor stadiums). Goal post sleeves are to be placed six feet behind end line in order to accommodate placement of crossbar in the plane of each end line.

**Contacts:**

Neil Gilman
Gilman Gear
800/243-0398 or 860/889-7334
neil@gilmangear.com
www.gilmangear.com

David Moxley
Sportsfield Specialties
888/975-3343 or 607/746-1404
dmoxley@sportsfieldspecialties.com
www.sportsfieldspecialties.com

Adam Driscoll
Aluminum Athletic Equipment Co.
610/825-6565 x 109
Adam.Driscoll@myaaeworld.com
www.myaaeworld.com

George Wiley
First Down Football Products
gowiley@verizon.net
www.firstdownfootballproducts.com

(4)  **Goal Post Paint** — Goal posts must be painted a League-approved shade of yellow or a League-approved equivalent. The following colors are approved: Saturn Yellow #215-17, Lime Yellow #RG06, and RAL 1016 Sulfur Yellow. Powder coating is permitted.

### C. Bench Climate–Control Units

If a home team plans to use a climate-control unit in the bench area (whether to heat or cool the area), the visiting team must be offered an identical unit at the home club's expense. If no climate-control system is ordinarily used by the home club or the visiting club wants to use a different system from that of the home club, it may do so at its own expense.

**Temperature Management System:**

- Teams that own the Temperature Management System (TMS) must provide the visiting team with the option of renting the same TMS equipment, but at the visiting team's expense.

- If the visiting team chooses not to rent TMS equipment, the home team must provide an alternative cooling system for the bench area (i.e., misting fans) at the home team's expense.

- If the home team does not use the TMS or an alternative cooling system for their bench area, the visiting team is responsible for the expense of any bench area cooling systems.

By the end of the day on Tuesday preceding a weekend game, if either club intends to use a climate-control unit for the game, it must advise the other club.

Climate-control systems should be of a size or design that would not unreasonably obstruct the fans' view of the game or otherwise interfere with normal game operations. Sideline shelters will not be permitted in the bench area.

Clubs must inform the League office by July 1 if they plan to use a climate-control unit in their bench area during home games. This information is provided in the Directory of Club Contacts (Section D).

For all postseason games, the League office will assume the responsibility for appropriate climate control devices. The League will determine whether such devices are needed, and their cost will be an approved extraordinary game expense.

There may be no commercial identification, such as brand names, marks, or logos, on any climate control system equipment or components visible to the stadium or television audience on game day, except as directed by the League office pursuant to an official licensing arrangement.

Clubs are prohibited from erecting tents or any temporary structure behind the players' benches or on the sidelines for use during the game except to protect playing equipment.

The shading of players on the bench with portable overhead shading devices held by club employees is permissible during the game. These devices may not be permanent structures and must not obstruct the view of TV cameras or fans. Failure to comply with this policy may result in disciplinary action from the League office.

NFLPA_BRADY002634

Contacts:   Clubs interested in leasing or purchasing cold-weather or hot-weather units should contact:

Heated Benches
Reliable Dragon Head Solar Seat
216/289-7100
Franklin B. Floyd, Jr.

Portable Cooling Systems
Big Fogg Outdoor Cooling Systems
951/587-2460
Chris Miehl

Portable Air Conditioners
Spot Coolers, Inc.
800/367-8675
Fax: 888/750-5082
Garth Tagge or Ken Swanson

Cooling Fans
Port-A-Cool
800/695-2942
Fax: 936/598-8901
Rick Campbell

## D.   Kicking Tees

Playing Rule 6, Section 1, Article 1, Note, states that kicking tees used for kickoffs must be one inch in height and approved by the League. Two brands of tees are approved by the League:

**Contacts:**

Boomer
Mike Carter
Dalco Athletic Lettering Co.
972/494-1455 Ext. 244

Ground Zero 1
H. Jay Spiegel
Premium Products, Inc.
703/619-0101

# Uniform Policy

NFL players are required to dress to the highest levels of professionalism. A player's appearance on the field conveys a message regarding the image of the League and directly affects the League's reputation and success. Accordingly, the NFL Uniform and Equipment policy was implemented primarily for player safety and to ensure that the game and its players are presented in a professional manner. For easy reference, please review the 11 bullet points below to make sure you are in compliance with the League's on-field dress code. Should you have additional questions, please direct them to your equipment manager or your club's League uniform inspector. In addition, this section contains illustrations of the NFL Uniform and Equipment Rules and also includes a detailed description of the Player Uniform policy.

- Players are not permitted to wear bandannas, stockings, or other unapproved headwear anywhere on the field, even if such items are worn under the helmets.

- Headwear is part of the NFL Uniform Code. No commercial endorsement agreement entered into by a player can alter his obligations under the NFL Uniform Code. The only headwear (e.g., caps) that the players are permitted to wear on the field is headwear provided by an NFL authorized supplier, currently New Era.

- Players' pants must not be altered or cut in any way and must be pulled over the knee.

- The stockings worn by players must be white from the top of the shoe to mid-calf and an approved team color from mid-calf to the bottom of the pant leg, which is pulled down below the knee.

- Tape used on shoes and stockings must be black or white to match the selected dominant shoe choice of the club.

- The team jersey must be tucked in at the waist.

- Towels must be tucked into the front waist of the pants and are limited to a maximum of 6 inches wide and 8 inches long.

- Thigh and knee pads are mandatory equipment and must be worn by all players, except punters and kickers.

- Players must be examined by a club physician with a report submitted to the League office for approval prior to wearing a non-standard/customized facemask and eye shield.

- All points of a chin strap, whether there are two points or four points, must be fastened to the helmet prior to the snap.

- Clubs must obtain approval from the Football Operations department before any new product can be used by one of their players in a game. The use of any product by a player during a game without prior League approval may subject the player and/or the club to significant fines if it is determined that the product violated NFL rules.

# NFL UNIFORM AND EQUIPMENT RULES



**VIOLATION**

Players are not permitted to wear bandanas, stockings, or other unapproved headwear anywhere on the field during the pregame, game, or postgame periods, even if such items are under their helmet.



**VIOLATION**

The jersey must remain tucked into the uniform pants throughout the game.



**VIOLATION**

Towels are limited to a maximum of 6 inches wide and 8 inches long and must be tucked into the front of the pants.



**VIOLATION**

The exterior stocking must be a one-piece unit solid white from the top of the shoe to the mid-point of the lower leg, with approved team color or colors from that midpoint to the top of the stocking.



**VIOLATION**



**VIOLATION**

Jersey must cover all pads and other protective equipment worn on the torso and upper arms.



**VIOLATION**



**VIOLATION**



**VIOLATION**



**VIOLATION**



Helmet with facemask (chin strap fastened)

Thigh and knee pads are mandatory



Copyright © 2013 National Football League. All rights reserved.

**CONFIDENTIAL** **NFLPA_BRADY002637**

# NFL UNIFORM AND EQUIPMENT RULES

### (Rule 5, Section 4 of the *Official Playing Rules of the National Football League*)

**GENERAL POLICY** Throughout the game-day period while in view of the stadium and television audience, including during team pregame warm-ups, all players must dress in a professional manner under the uniform standards. The helmet and mandatory padding referenced in Article 3 below are intended to provide reasonable protection to a player while reasonably avoiding risk of injury to other players. The development of Playing Rules should be governed by this Article. Players generally must present an appearance that is appropriate for representing their individual clubs and the National Football League. The term uniform, as used in this policy, applies to every piece of equipment worn by a player, including helmet, shoulder pads, thigh pads, knee pads, and any other item of protective gear, and to every visible item of apparel, including, but not limited to pants, jerseys, wristbands, gloves, stockings, shoes, visible undergarments, and accessories such as headwear worn under helmets and hand towels. All visible items worn on game day by players must be issued by the club or the League, or, if from outside sources, must have approval in advance from the League office.

**Mandatory Equipment, Apparel** Pursuant to the options established for each NFL club in the League Constitution and Bylaws, playing squads are permitted to wear only those colors or a combination of those colors for helmets, jerseys, pants, and stockings; provided that white is also an available color for jerseys and mandatory color for the lower portion of stockings. (See 5-3-3-f, "Stockings," below.) Each player on a given team must wear the same colors on his uniform as all other players on his team in the same game. Home clubs shall choose their jersey color (either white or official team color), and visiting clubs must wear the opposite. For preseason, regular season, or postseason games, the two competing teams may wear jerseys in their official colors (non-white), provided the Commissioner determines that such colors are of sufficient contrast.

All players must wear the equipment and uniform apparel listed below, which must be of a suitably protective nature, must be designed and produced by a professional manufacturer, and must not be cut, reduced in size, or otherwise altered unless for medical reasons approved in advance by the Commissioner. During pregame team warm-ups, players may omit certain protective equipment at their option, except that helmets, shoulder pads, thigh pads and knee pads must be worn.

**Helmets, Face Protectors** Helmet with all points of the chin strap (white only) fastened and facemask attached. Facemasks must not be more than ⅝-inch in diameter and must be made of rounded material; transparent materials are prohibited. Clear (transparent) plastic eye shields are optional. Tinted eye shields may be worn only after the League office is supplied with appropriate medical documentation and approval is subsequently granted. The League office has final approval. No visible identification of a manufacturer's name or logo on the exterior of a helmet or on any attachment to a helmet is permitted unless provided for under a commercial arrangement between the League and manufacturer; in no event is identification of any helmet manufacturer permitted on the visible surface of a rear cervical pad. All helmets must carry a small NFL shield logo on the rear lower-left exterior, and an approved warning label on the rear lower-right exterior. Both labels will be supplied in quantity by the League office.

**Jerseys** Jersey must cover all pads and other protective equipment worn on the torso and upper arms, and must be appropriately tailored to remain tucked into the uniform pants throughout the game. Tearaway jerseys are prohibited. Mesh jerseys with large fishnet material (commonly referred to as "bullet-hole" or "port-hole" mesh) are also prohibited. Surnames of players in letters a minimum of 2½ inches high must be affixed to the exterior of jerseys across the upper back above the numerals; nicknames are prohibited. All jerseys must carry a small NFL Shield logo at the middle of the yoke of the neck on the front of the garment. All fabrics must be approved by the League office prior to production.

**Numerals** Numerals on the back and front of jerseys as specified under NFL rules for the player's specific position. Such numerals must be a minimum of 8 inches high and 4 inches wide, and their color must be in sharp contrast with the color of the jersey. Smaller numerals should be worn on the tops of the shoulders or upper arms of the jersey. Small numerals on the back of the helmet or on the uniform pants are optional.

**Pants** Pants must be worn over the entire knee area; pants shortened or rolled up to meet the stockings above the knee are prohibited. No part of the pants may be cut away unless an appropriate gusset or other device is used to replace the removed material. All pants must carry a small NFL Shield logo

on the front left groin area of the pants, midway between the fly opening and side seam, and ½-inch below the belt.

**Shoulder Pads, Thigh Pads, and Knee Pads** Shoulder pads, thigh pads, and knee pads which have been approved by the League office. All pads must be covered by the outer uniform. Knee pads must be at least ¼ inch thick and must cover the knees. Basketball-type knee pads are permitted, but must be covered by the outer uniform. Punters and placekickers may omit thigh pads and knee pads.

**Stockings** Stockings must cover the entire area from the shoe to the bottom of the pants, and must meet the pants below the knee. Players are permitted to wear as many layers of stockings and tape on the lower leg as they prefer, provided the exterior is a one-piece stocking that includes solid white from the top of the shoe to the mid-point of the lower leg, and approved team color or colors (non-white) from that point to the top of the stocking. Uniform stockings may not be altered (e.g., over-stretched, cut at the toes, or sewn short) in order to bring the line between solid white and team colors lower or higher than the mid-point of the lower leg. No other stockings and/or opaque tape may be worn over the one-piece, two-color uniform stocking. Barefoot punters and placekickers may omit the stocking of the kicking foot in preparation for and during kicking plays.

**Shoes** Shoes must be of standard football design, including "sneaker" type shoes such as basketball shoes, crosstraining shoes, etc. Each team must designate a dominant base color for its shoes, either black or white (with shoelace color conforming to the dominant base color of the tongue area of the shoe). Each team must also designate one of its Constitutional uniform colors as a dominant team color for its shoes. Each team must also designate one of its Constitutional uniform colors as a secondary team color for its shoes. Each team may also designate a third uniform color as a tertiary team color that may be used for accents on its shoes. The designation of team shoe colors as described above must be reported by each team to the League office no later than July 1 each year. Each player may select among shoe styles previously approved by the League office. All players on the same team must wear shoes with the same dominant base color. A player may wear an unapproved standard football shoe style as long as the player tapes over the entire shoe to conform to his team's selected dominant base color (i.e., white or black). Logos, names, or other commercial identification on shoes are not permitted to be visible unless advance approval is granted by the League office. Size and location of logos and names on shoes must be approved by the League office. When a shoe logo or name approved by the League is covered with an appropriate use of tape, players will be allowed to cut out the tape covering the original logo or name, provided the cut is clean and is the exact size of the logo or name. The logo or name of the shoe manufacturer must not be re-applied to the exterior of taped shoes unless advance approval is granted by the League office. Kicking shoes must not be modified (including using a shoelace wrapped around toe and/or bottom of the shoe), and any shoe that is worn by a player with an artificial limb on his kicking leg must have a kicking surface that conforms to that of a normal kicking shoe. Punters and placekickers may omit the shoe from the kicking foot in preparation for and during kicking plays. Punters and placekickers may wear any combination of the tri-colored shoes provided that the colors are consistent with those selected by the team and with the policy listed above.

**OTHER PROHIBITED EQUIPMENT, APPAREL** In addition to the prohibited items of equipment and apparel specified above, the following also are prohibited:

**Projecting Objects** Metal or other hard objects that project from a player's person or uniform, including from his shoes.

**Uncovered Hard Objects, Substances** Hard objects and substances, including but not limited to casts, guards or braces for hand, wrist, forearm, elbow, hip, thigh, knee, and shin, unless such items are appropriately covered on all edges and surfaces by a minimum of 3/8-inch foam rubber or similar soft material. Any such item worn to protect an injury must be reported by the applicable coaching staff to the Umpire in advance of the game, and a description of the injury must be provided.

**Detachable Toe** Detachable kicking toe.

**Torn Items** Torn or improperly fitting equipment creating a risk of injury to other players, e.g., the hard surfaces of shoulder pads exposed by a damaged jersey.

**Improper Cleats** Shoe cleats made of aluminum or other material that may chip, fracture, or develop a cutting edge. Conical cleats with concave sides or

points which measure less than ⅜-inch in diameter at the tips, or cleats with oblong ends which measure less than ¼ by ¾-inch at the end tips are also prohibited. Nylon cleats with flat steel tips are permitted.

**Improper Tape** Opaque, contrasting-color tape that covers any part of the helmet, jersey, pants, stockings, or shoes; transparent tape or tape of the same color as the background material is permissible for use on these items of apparel. Players may use opaque white, black or one dominant club color tape on hands and arms, provided it conforms to above ("Uncovered Hard Objects, Substances") and below ("Approved Glove Color"). Opaque tape either black or white on shoes is permitted, provided it is black or white to match the selected dominant shoe choice of the Club, and provided it does not carry up into the stocking area.

**Items Colored Like Football** Headgear or any other equipment or apparel which, in the opinion of the Referee, may confuse an opponent because of its similarity in color to that of the game football. If such color is worn, it must be broken by stripes or other patterns of sharply contrasting color or colors.

**Adhesive, Slippery Substances** Adhesive or slippery substances on the body, equipment, or uniform of any player; provided, however, that players may wear gloves with a tackified surface if such tacky substance does not adhere to the football or otherwise cause handling problems for players.

**Recommended Equipment** It is recommended that all players wear hip pads designed to reasonably avoid the risk of injury. Unless otherwise provided by individual team policy, it is the players' responsibility and decision whether to follow this recommendation and use such pads. If worn, such pads must be covered by the outer uniform.

**OPTIONAL EQUIPMENT** Among the types of optional equipment that are permitted to be worn by players are the following:

**Garments Under Jerseys** Quarterbacks will be allowed to wear under the game jersey a solid colored T-shirt, turtleneck, or sweatshirt (consistent with team undergarment color) with sleeves cut to any length, as long as both sleeves are evenly trimmed and the edges are sewn and hemmed. All other players may wear garments under game jerseys only if the undergarment sleeves either (a) are full length to the wrist; or (b) are the half sleeve length as provided by the licensee each of which must be approved by the NFL. Players may not wear long-sleeved undergarments that include pebble-grip sleeves. Any garments under jerseys that are exposed at the neck or sleeve area and that carry an exposed logo or commercial name/identification must be licensed and approved by the League office for wear on the field. All members of the same team who wear approved undergarments with exposed necks or sleeves must wear the same color on a given day, which color must be white or a solid color that is an official team color (solid means that sleeves must not carry stripes, designs, or team names).

**Approved Glove Color** Gloves, wrappings, elbow pads, and other items worn on the arms below or over the jersey sleeves by interior offensive linemen (excluding tight ends) must be of the color that is mandatorily reported to the League office by the club before July 1 each year. Such reported color must be white, black or other official uniform color of the applicable team, and, once reported, must not be changed throughout that same season. Players at other positions (non-interior linemen) also may wear gloves provided they are either (i) a solid white, solid black, or a solid color that is an official uniform color of the applicable club, (ii) a bi-color combination of black or white with one (1) official uniform color of the applicable team, or (iii) a tri-color combination of black or white, and/or up to two official uniform colors of the applicable club. For clubs with a third official uniform color, player (non-interior linemen) gloves may also incorporate a third official uniform color as an accent only. Clubs are not required to designate to the League office by July 1, the color of gloves that will be worn by their non-interior linemen.

**Rib Protectors** Rib protectors ("flak jackets") under the jersey.

**Wristbands** Wristbands, provided they are white or black only.

**Towels** Towels, provided they are white licensed towels approved by the League office for use on the playing field. Players are prohibited from adding to these towels personal messages, logos, names, symbols, or illustrations. Such towels also must be attached to or tucked into the front waist of the pants, and must be no longer than 6 by 8 inches (slightly larger size may be issued to quarterbacks, or may be folded to these limits for wearing in games). A player may wear no more than one towel. Players are prohibited from discarding on the playing field any loose towels or other materials used for wiping hands and the football. Streamers or ribbons, regardless of length, hanging from any part of the uniform, including the helmet, are prohibited.

**Headwear** When players are on the field, during the pregame, game, and postgame periods, they may wear approved caps, skull caps and bands, approved cold weather gear, or other approved headwear for medical purposes only, as determined by the Commissioner. Any permissible headwear must be approved by the League office, and if worn under the helmet, no portion may hang from or otherwise be visible outside the helmet. Players are not permitted to wear bandannas, stockings, or other unapproved headwear anywhere on the field during the pregame, game, or postgame periods, even if such items are worn under their helmets.

**Logos And Commercial Identification** Throughout the period on game-day that a player is visible to the stadium and television audience (including in pregame warm-ups, in the bench area, and during postgame interviews in the locker room or on the field), players are prohibited from wearing, displaying, or orally promoting equipment, apparel, or other items that carry commercial names or logos/identifications of companies, unless such commercial identification has been approved in advance by the League office. The size of any approved logo or other commercial identification involved in an agreement between a manufacturer and the League will be modest and unobtrusive, and there is no assurance that it will be visible to the television audience.

**Personal Messages** Throughout the period on game-day that a player is visible to the stadium and television audience (including in pregame warm-ups, in the bench area, and during postgame interviews in the locker room or on the field), players are prohibited from wearing, displaying, or otherwise conveying personal messages either in writing or illustration, unless such message has been approved in advance by the League office. Items to celebrate anniversaries or memorable events, or to honor or commemorate individuals, such as helmet decals, and arm bands and jersey patches on players' uniforms, are prohibited unless approved in advance by the League office. All such items approved by the League office, if any, must relate to team or League events or personages. The League will not grant permission for any club or player to wear, display, or otherwise convey messages, through helmet decals, arm bands, jersey patches, or other items affixed to game uniforms or equipment, which relate to political activities or causes, other non-football events, causes or campaigns, or charitable causes or campaigns. Further, any such approved items must be modest in size, tasteful, non-commercial, and non-controversial; must not be worn for more than one football season; and if approved for use by a specific team, must not be worn by players on other teams in the League.

**General Appearance** Consistent with the equipment and uniform rules, players must otherwise present a professional and appropriate appearance while before the public on game-day. Among the types of activity that are prohibited are use of tobacco products (smokeless included) while in the bench area and use of facial makeup.

Copyright © 2014 National Football League. All rights reserved.

**CONFIDENTIAL**

**Penalties:**

(a) For violation of this Section 4 discovered during pregame warm-ups or at other times prior to the game, player will be advised to make appropriate correction; if the violation is not corrected, player will not be permitted to enter the game.

(b) For violation of this Section 4 that is discovered while player is in the game, and which involves the competitive or player safety aspects of the game (e.g., illegal kicking toe of shoe, an adhesive or slippery substance, failure to wear mandatory equipment), player will be removed from the game until he has complied.

(c) For any other violation of this Section 4 (e.g., wristbands that are not League-approved, towel with a personal message, impermissible headwear under the helmet) that is discovered while the player is in the game, player will be advised to make appropriate correction at the next change of possession; if the violation is not corrected, player will not be permitted to enter game.

(d) For violation of this Section 4 detected in the bench area: Player and head coach will be asked to remove the objectionable item, properly equip the player, or otherwise correct the violation. The involved player or players will not be permitted to enter the game until the player has complied.

(e) For illegal entry or return of a player suspended under this Section 4: Loss of five yards from succeeding spot and removal until properly equipped after one down.

(f) For repeat violation: Disqualification from game.

**Supplemental Notes**

Note 1: In addition to the game-day penalties specified above, the Commissioner may subsequently impose independent disciplinary action on the involved player, up to and including suspension from the team's next succeeding game—preseason, regular season, or postseason, whichever is applicable.

Note 2: If a player is suspended (removed from the game) for having adhesive or slippery substances on his body, equipment, or uniform, he must remain out of the game for one play, even if there is a team timeout, the two-minute warning, or the end of a period.

Note 3: If a player (kicker) is suspended (removed from the game) for having an illegal kicking shoe, he must remain out of the game for one play, unless there is a team timeout, the two-minute warning, or the end of the period.

# Officiating Procedures to Detect Foreign Substances on Player Uniforms on Game Day

### A.  Weekly Communications/Procedures for Game Officials

1. Each week, on the day prior to the game, the League Officiating department will give to the Game Officials a confidential list of two offensive and two defensive line positions for each half that were randomly selected.

2. When the Game Officials arrive at the stadium, they will use the flip cards to determine the names of the designated players to be checked.

### B.  Team Two-Minute Locker Room Warning Prior to Game

1. The Umpire will hand the home team uniform designee a card advising him of the four randomly selected linemen (two offensive and two defensive) who will be checked for unauthorized foreign substances on their uniforms prior to leaving the locker room. The Side Judge will follow the same procedure with the visiting team.

2. The uniform designee for the respective teams will present the four designated players of the home team to the Umpire and the visiting team to the Side Judge at the locker room door as the teams leave the locker room for introductions.

3. If an unauthorized foreign substance is detected on a player's jersey, the jersey will be confiscated immediately and ultimately given to the Referee through appropriate League-designated security. The player must change to a new jersey prior to playing in the game.

### C.  Team Two-Minute Locker Room Warning Prior to Second Half

Same procedures as the first half, with four players on each team again randomly selected. The random selection process may involve players that were checked prior to the game.

### D.  Detection During the Game

If during the game a player is determined to have an unauthorized foreign substance on his uniform (body), the player must be removed for one play. The jersey will be immediately confiscated and ultimately given to the Referee through appropriate League-designated security.

### E.  The Commissioner will levy significant fines when any player abusing this policy is detected.

# On Field Policy

The On Field Policy is intended to ensure (i) the integrity and quality of apparel and related items (e.g., footwear, gloves, hats) worn on the field and sidelines on game day and at all Clubs' official mandatory minicamps, official preseason training camps, and all Club practice sessions (collectively, "On Field Apparel"), and (ii) compliance with the commercial arrangements the National Football League has entered into with specific licensees. The On Field Policy ultimately benefits all players and Club Football staff in the League and any attempts by players and Club Football staff to violate or circumvent this policy will be subject to appropriate discipline.

## A.  General Policy

1.    All On Field Apparel worn by NFL Players and Club Football Staff personnel on game day (defined as the period beginning prior to the game and continuing until 90 minutes after the whistle ending the game for all preseason and regular season games) must be licensed and authorized for such use by the NFL. Additionally, with respect to official Club entertainers (e.g., Club cheerleaders, mascots, team bands) present on the field and its environs (e.g., sidelines) on game day, the apparel, related items and/or equipment worn and/or used by such individuals (specifically excluding any (x) licensed apparel authorized for use by the NFL; or (y) musical instrument that depicts, in an ancillary and traditional manner, the instrument's manufacturer's logo (e.g., the PEARL logo on a drum) may not bear or otherwise depict any visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs).

2.    Use of unauthorized or non-licensed On Field Apparel products on the field and its environs (e.g., locker room, sidelines) on game day is strictly forbidden and is subject to disciplinary action by the NFL.

3.    At all Clubs' official mandatory minicamps, official preseason training camps, and all Club practice sessions including post-practice interviews (collectively, "Club Game-Related Events"), players are required (except where otherwise expressly provided below) to wear On Field Apparel that is officially licensed and authorized for such use by the NFL. Players that elect to wear On Field Apparel at Club Game-Related Events that is not licensed and authorized for such use by the NFL (where permissible) are required to remove or cover any visible third party (e.g., manufacturer) name, logo, brand, or other commercial identification (e.g., proprietary designs) appearing on such products, in a manner acceptable to the NFL.

4.    Use of unauthorized or non-licensed On Field Apparel products bearing visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs) at Club Game-Related Events is strictly forbidden and is subject to disciplinary action by the NFL.

5.    Removal or mutilation of manufacturer's logos or authorized patches from any NFL licensed and authorized On Field Apparel by any player or team personnel for use on game day or at any Club Game-Related Event is strictly prohibited.

6.   Any questions regarding authorized On Field Apparel should be directed to the team Equipment Manager or the following NFL personnel:

NFL Football Operations:   Akil Coad         212/450-2328
NFL On Field:              Dennis Kayser     212/450-2755

## B.   On-Field Apparel Categories/Rules

### 1.   Outerwear

Game Day - All active or inactive players are required to wear the outerwear provided by Nike.

Club Game-Related Events - All active or inactive players are encouraged to wear outerwear provided by Nike. Outerwear other than Nike must have all visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs) removed or covered, in a manner acceptable to the NFL.

### 2.   Headwear

Game Day and Club Game-Related Events - All active or inactive players that choose to wear headwear are required to wear their team-designated headwear provided by New Era.

### 3.   Uniforms

Game Day - All active or inactive players must wear the game uniform provided by Nike.

Club Game-Related Events - All active or inactive players must wear the practice jerseys provided by Nike, inclusive of any third party branding.

### 4.   Footwear

Game Day and Club Game-Related Events

(a)   All footwear must conform to the NFL Uniform Code Policy.

(b)   Nike and Under Armour are the only NFL authorized footwear suppliers.

(c)   All active or inactive players may wear Nike or Under Armour brand-identified shoes.

(d)   Active or inactive players that choose to wear footwear other than Nike or Under Armour must have all visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs) removed or covered, in a manner according to the NFL Uniform Code Policy.

(e) No manufacturer's logo may be applied to any brand of shoes once they have been spatted.

(f) Active or inactive players will be allowed to cut windows in a spat to expose Nike or Under Armour manufacturers' logos only, in a manner according to the NFL Uniform Code Policy.

**Note:** For competitive purposes, Kickers and Punters may wear their shoe of choice, but all footwear must meet NFL approval.

| Club Must | |
|---|---|
| 1)Designate **black or white** as their base shoe color | |
| **Black** | **White** |
| all black | all white |
| black w/white | white w/black |
| | |
| 2) Designate a **primary team** color | |
| black w/primary team color | white w/primary team color |
| black w/white & primary team color | white w/black & primary team color |
| | |
| 3) Designate a **secondary team color**, if applicable | |
| black/w secondary team color | white w/secondary team color |
| black w/white & secondary team color | white w/black & secondary team color |
| | |
| black w/primary & secondary team color | white w/primary & secondary team color |
| black w/white, primary & secondary team color | white w/black, primary & secondary team color |
| | |
| 4) Designate a **tertiary team color**, if applicable | |
| black w/tertiary team color | white w/tertiary team color |
| black w/white & tertiary team color | white w/black & tertiary team color |
| | |
| black w/primary & tertiary team color | white w/primary & tertiary team color |
| black w/white, primary & tertiary team color | white w/black, primary & tertiary team color |
| | |
| black w/primary, secondary & tertiary team color | white w/primary, secondary & tertiary team color |
| black w/white, primary, secondary & tertiary team color | white w/black, primary, secondary & tertiary team color |

• Designated primary, secondary and tertiary colors must be Constitutional team colors
• Black and white must be dominant in the order stated for each selection above (e.g., black w/white is black dominant)
• The color preferences must be dominant in the order selected (e.g., primary color is dominant over secondary color in quantity used except in the case of primary and secondary colors which may be equal to one another)
• Silver and gold are not neutral
• Gray and tan are not interchangeable w/silver and gold
• Shoes may not be solid color unless black or white

**5. Helmets**

Game Day and Club Game-Related Events

(a) No manufacturer is authorized to display exterior branding on helmets.

    (b)   All brand identification on helmets must be removed or covered at all times. This includes chin straps and front and rear panels.

    (c)   Chin straps and front and rear bumpers must be only white in color.

## 6. Player Gloves

<u>Game Day and Club Game-Related Events</u>

    (a)   All active or inactive player gloves must conform to the NFL Uniform Code Policy.

    (b)   Nike and Under Armour are the only manufacturers authorized to display exterior branding on player gloves.

    (c)   Active or inactive players that choose to wear gloves other than Nike or Under Armour must have all visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs) removed or covered.

## 7. Wristbands

<u>Game Day and Club Game-Related Events</u>

    (a)   All active or inactive player wristbands must be solid white or black only, and must not bear any visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs).

## 8. Thermal Wear/Compression Wear/Undershirts

<u>Game Day and Club Game-Related Events</u>

    (a)   Nike is the only manufacturer authorized to display exterior branding on thermal wear/compression wear/undershirts.

    (b)   Active or inactive players that choose to wear thermal wear/compression wear/undershirts other than Nike must have all visible third party (e.g., manufacturer) names, logos, brands, or other commercial identification (e.g., proprietary designs) removed or covered.

Each team Equipment Manager will receive a full list of approved On Field Apparel prior to August 1, 2014.

## C. Miscellaneous Uniform Areas

    (1)   **Jersey Colors** — Before July 1 each year, home clubs are required to report to the League office their choice of jersey color (either white or official team color) for their home games that season, and the visiting club must wear the opposite. As a fail-safe procedure to guard against jersey color conflicts, home clubs, on the Monday preceding games, should notify the visiting club with their jersey information. The

jersey colors to be worn by the clubs during the season are also listed in the Directory of Club Contacts (Section D).

(2)  **Third Uniforms** – Each club is permitted to wear a League-approved third uniform for up to two (2) regular season games (home or away), and must submit its selection(s) to the NFL Football Operations department by July 1, along with all other jersey color designations for the upcoming season.

Only current, primary helmets may be used as part of a third uniform. Alternate helmets are not permitted.

A visiting team may only wear a third uniform if the jersey color is of sufficient contrast to the home team's jersey color, as determined by the NFL Football Operations department.

Third uniforms can only be worn for regular season games scheduled on Sunday afternoons and which are played in stadiums in the United States in any week prior to the start of "flexible scheduling." Third uniforms cannot be worn in the preseason or postseason.

Any requests for an exception to the Third Uniform policy must be submitted in writing to the NFL Football Operations department by July 1 of that year.

See the NFL On Field Policy for further details on the Third Uniform policy.

(3)  **Helmet Labels** — Clubs should make sure that <u>clear</u> (not white) use-of-the-helmet warning labels are attached to the <u>right</u> rear of all football helmets. Equipment Managers should make sure they are attached, and players are instructed through playbook insertions and locker room signs not to remove the labels under any circumstances.

The NFL shield logo must be placed on the left rear of all helmets. Please contact the NFL Football Operations department if you need additional shield labels or helmet warning labels.

(4)  **Jersey Numbering System** — All players must wear numerals on their jerseys in accordance with Rule 5, Section 1, Article 2 of the Official Playing Rules, and such numerals must be by playing position, as follows:

| | |
|---|---|
| (a) quarterbacks, punters, and placekickers: | 1 - 19 |
| (b) running backs and defensive backs: | 20 - 49 |
| (c) centers: | 50 - 79 |
| (d) offensive guards and tackles: | 60 - 79 |
| (e) wide receivers: | 10 - 19 and 80 - 89 |
| (f) tight ends and H-backs: | 40 - 49 and 80 - 89 |

| | |
|---|---|
| (g) defensive linemen: | 50 - 79 and 90 - 99 |
| (h) linebackers | 50 - 59 and 90 - 99 |

If a player changes his position during his playing career in the NFL and such change moves him from a position as an ineligible pass receiver to that of an eligible pass receiver, or from a position as an eligible pass receiver to that of an ineligible pass receiver, he must be issued an appropriate new jersey number. A change in jersey numeral is not required if the change is from an ineligible position to another ineligible position, or from an eligible position to another eligible position, provided that the player has participated at least one season at his position prior to the change.

Any request to wear a number for a special position not specified above must be made to the Commissioner.

During the preseason period when playing rosters are larger, the League will allow duplication and other temporary deviations from the numbering scheme specified above, but the rule must be adhered to by all players during the regular season and postseason. Clubs must make uniform numbers available to adhere to the rule, even if it requires putting back into circulation a uniform number that has been retired or withheld for other reasons.

For competitive reasons, no player may change his uniform number once the regular season begins. Special exceptions to this rule may be considered by the NFL Football Operations department depending on the circumstances (e.g., player traded to another team).

For marketing reasons, no player may change his uniform number prior to the start of the regular season without prior written authorization from the League office.

Please note that during the preseason, regular season, and postseason, clubs must request any deviation from the Jersey Numbering System necessitated by any unforeseen or unusual circumstances. Non-adherence to the Jersey Numbering System without prior notification and permission from the NFL Football Operations department may result in club or individual fines.

(5)  **Changes in Club Uniform Design** — Pursuant to Article 19.9 (D) (1) & (2) of the Constitution and Bylaws, the 2002 G-3 Resolution, and reaffirmed at the 2002 March League Meeting — If a club desires to make any changes in club colors, uniform appearance, designs of team helmets, designs of team uniforms, trademarks, or trade names, it must give written notice and details thereof to the League by March 1 of the year prior to the year in which it wishes to change and must submit the final design and physical samples of the uniforms to the League office for approval by November 1 of that same year; otherwise it shall have no right to make any change for the succeeding season.

If a club is considering any new designs or modifications for the 2015 season, it must have notified the League office of its intentions by the end of the day, March 1, 2014. No extensions of the dates specified in the rule will be granted.

Please be specific in the details of your proposed changes, no matter how small or inconsequential they may seem. This applies to all elements of the uniform, including face masks, shoes, jersey piping, anniversary patches, and other details.

Please be advised that a club may not change its regular home and away uniforms more than once every five NFL seasons, and may not change its third uniform design more than once every five NFL seasons.

**Uniform Change Notification and Approval Timeline**

| Deadline | Requirement |
|---|---|
| March 1 of year prior to the year in which uniform change will take place | Written notice and details of any changes in uniform provided to the League office |
| July 1 of the year prior | Uniform color selection and logo design completed, with club owner and chief executive approval |
| August 1 of the year prior | First uniform samples created-Club owner, equipment manager, and chief executive should have approved designs for first samples |
| November 1 of the year prior | Final uniform samples provided to League office for approval-final TV test and approvals from Club owner, equipment manager, and chief executive should also be forwarded by this date |
| December 1 of the year prior | League office final approval |

**If final samples do not arrive in the League office by November 1 of the year preceding the season in which the change is occurring, the uniform will not be approved.**

(5)     **Captains' Patch Rules**

1.   Captains must be reported to the NFL office by the Wednesday preceding the first regular season game.
2.   Captains' patches may not be worn during offseason workouts, training camp, and preseason games.
3.   A player accumulates status/stars at a specific club and may not transfer his status/stars to another club.
4.   The Captain's patch is to be worn on the wearer's right chest.
5.   The club must use the Captain's patch in the colors designated by the NFL.
6.   Clubs not wearing the patch in the regular season may request to wear the patch in the postseason.
7.   No more than six (6) Captains may be designated by a club.
8.   Captains wearing patches must be designated for the entire season or at least eight (8) regular season games. Captains that rotate weekly are not eligible to wear the patch.
9.   If a Captain is placed on Reserve/Injured, a replacement may be selected. The NFL must be notified of any such changes.

10. A captain placed on Reserve/Injured will maintain his designation as long as he was active with the designation for one (1) regular season game.
11. Equipment Managers are responsible for the Captain's patch inventory and are not permitted to affix the Captain's patch to any jersey other than one to be used in a game.

# Enforcement of Uniform and On Field Policies

The League will strictly enforce the Uniform and Equipment Rules and On Field Policies. The following procedures will apply:

1. Each team will designate one staff member (preferably an assistant coach or a high-level executive) to be its contact with uniform inspectors on policies governing uniforms and On Field Apparel. Teams must notify the League office who their designee will be no later than July 30.

2. The team designee must meet with a designated uniform inspector one-half hour before kickoff at the 50-yard line in the designee's team bench area. The designated uniform inspector will inform the team designee of any equipment, uniform, or On Field Apparel violations.

3. Team designees are responsible for reporting violations to their respective head coaches. The team then must inform involved players of equipment, uniform, and On Field Apparel violations.

4. Before kickoff, team designees are responsible for bringing violators to the uniform inspector for clearance in front of their bench areas. If violations are not corrected, player(s) will not be permitted to enter the game.

5. During the game, any player in view of the stadium audience who is in violation of the equipment and uniform rules will be reported to the team designee, who is responsible for correcting the violation during the next change of possession or other appropriate stoppage. The player will not be allowed to return to game action until the violation is corrected.

6. Players who violate the On Field Policy in view of the stadium audience after the game has started will be subject to League discipline, with a first offense resulting in a fine.

7. Players whose equipment or uniform violations are not detected by uniform inspectors, who repeat violations on the same game day after having been corrected earlier, or who participate in the game despite not having corrected a violation when instructed to do so, are subject to League discipline. First offenses will result in fines.

8. All points of a chin strap, whether there are two points or four points, must be fastened to the helmet prior to the snap. Though it is recognized that a strap may unfasten during the play, players who do not have their chin straps fastened prior to the snap will be subject to a substantial fine. In order to insure that players are in compliance with this rule, on-field Game Officials, uniform inspectors on the sidelines, and game observers in the press box will record instances in which players are observed participating in game action with their chin straps not fastened or improperly fastened. In addition, individuals who monitor telecasts of NFL games at the League's command center in New York will log instances of violations.

9.  Players who violate the On Field Policy at their Club's official mandatory minicamps, official preseason training camps, or practice sessions will be subject to League discipline, with a first offense potentially resulting in a fine.

A complete list of uniform and equipment rules can be found in Rule 5, Section 4 of the 2014 Playing Rules of the National Football League (NFL Rule Book).

# Plan of the Playing Field



**NFLPA_BRADY002652**

## Field Markings

1. The playing field will be rimmed by a solid white border six feet wide along the end lines and sidelines. There will be an additional broken yellow line nine feet farther outside this border along each sideline in the non-bench areas, and such broken line will be continued at an angle from each 30-yard line and pass behind the bench area (all benches a minimum of 30 feet back from the sidelines) at a distance of six feet. In each end zone this broken yellow line is six feet from the solid white border. These yellow broken lines are to be eight inches wide and two feet long with a space of one foot between them.

   In addition, within each bench area, a solid yellow line six feet behind the solid border will delineate a special area for coaches, behind which all players, except one player who is charting the game, must remain. Furthermore, a broken white line four inches wide and four feet long with a space of two-foot intervals will be marked three feet inside the nine-foot restriction line on the sideline, extending to meet the existing yellow broken line six feet behind both end zones and at each television box outside the bench area.

2. All lines are to be four inches wide, with the exception of the goal line and yellow lines, which are to be eight inches wide. Tolerance of line widths is plus one-fourth inch.
3. All line work is to be laid out to dimensions shown on the plan with a tolerance of plus one-fourth inch. All lines are straight.
4. All boundary lines, goal lines, and marked yard lines are to be continuous lines.
5. The four intersections of goal lines and sidelines must be marked at inside corners of the end zone and the goal line by pylons. Pylons must be placed at inside edges of white lines and should not touch the surface of the actual playing field itself.
6. All lines are to be marked with a material that is not injurious to eyes or skin.
7. No benches or rigid fixtures should be nearer than 10 yards from the sidelines. If space permits, they may be further back.
8. Player benches can be situated anywhere between respective 35-yard lines. Where possible, a continuation of the dotted yellow line is to extend from the 30-yard lines to a point six feet behind the player benches, thereby enclosing this area.
9. A white arrow is to be placed on the ground adjacent to the top portion of each number (with the exception of the 50) with the point formed by the two longer sides pointing toward the goal line. The two longer sides measure 36 inches each, while the crossfield side measures 18 inches. The 18-inch crossfield side is to start 15 inches below the top, and 6 inches from the goalward edge of each outer number (except the 50).
10. The location of the inbounds lines is 70' 9" for professional football, 60' for college football. On fields used primarily by the NFL, the professional inbounds lines should be 4 inches wide by 2 feet long. Alternate college lines, if they are to be included, should be 4 inches wide by 1 foot long.
11. Care must be exercised in any end zone marking, decoration, or club identification at the 50-yard line, that said marks or decorations do not in any way cause confusion as to delineation of goal lines, sidelines, and end lines. Such markings or decorations must be approved by the Commissioner.

### Inbound Yard Markers



### Dimensions for Numerals on the Playing Field



### Dimensions for the Directional Arrows



# Playing Field Specifications

### A. Playing Surfaces

Each home club is responsible for ensuring that the playing surface of its stadium is well maintained, safe, meets competitive standards, and is suitable for NFL play. The League may require immediate improvements to ensure compliance and such improvements will be at the Club's expense. Failure to maintain a playing field properly is considered a competitive issue and clubs that fail to do so may be subject to discipline.

Clubs are prohibited from changing from one playing surface to another surface during the season without notifying and obtaining permission from the NFL Football Operations department. This includes artificial turf to artificial turf, grass to artificial turf, artificial turf to grass, and grass to grass.

The surface of the entire Field of Play must be a League-approved shade of green.

### B. Bench Areas

At the option of the home team, both team benches may be located on the same side of the field. In such a case, the end of each bench shall start at the 45-yard line and continue toward the adjacent goal line.

Home clubs have until July 1 of each year to pick their bench locations for home games. After July 1, they may not change the locations without prior League approval. The clubs' selections for the season are listed in the Directory of Club Contacts (Section D).

### C. Field Markings

All home clubs are responsible for having their home field lined, marked, and painted in strict accordance with the diagrams provided in the most current version of the Official Playing Rules of the National Football League. (See Plan of the Playing Field and Field Markings.)

Clubs should closely supervise the lining of the field so that all markings are clear and distinct. Field markings include yard lines, hashmarks, sidelines, solid border — minimum of six feet — around the field, second border (broken line) 12 feet from the playing field sideline, bench area, and the network television zone (sidelines only–3 feet).

All five-yard lines, as well as one-yard hashmarks, must stop eight inches from respective sidelines.

Yard lines marking the five-yard line intervals must extend four inches beyond the white six-foot border along the sidelines.

There must be four diamond-shaped boxes, one located at each 30-yard line on both sides of the field, as part of the broken restraining line that rings the field perimeter. These four boxes should be outlined in yellow, the same color as the restraining line. Each side of the diamond must be 4 feet in length. These four diamond-shaped boxes are reserved for the telecasting network's hand-held cameras. Sideline security personnel must be made aware of this policy.

Care must be exercised in any field markings or decorations so that they do not in any way cause confusion as to delineation of goal lines, yard lines, sidelines, and end lines. Where large playing field decorations cover yard lines and hashmarks, the home club is required to lay down light lines through such decorations to assist Game Officials in measurements.

It is required that all boundary lines, goal lines, and marked lines on the playing field be continuous lines. These, and any other official markings on the playing field, including numerals, must be in white, and there shall be no exceptions without authorization by the Commissioner.

In multi-purpose stadia where it is impossible to lay a solid six-foot border during the NFL preseason and/or early regular season, there should be a single 4–inch white line at what normally would be the outer limit of the solid border (6 feet from the sidelines). However, there is no exception for: (a) the mandatory white broken line 12 feet from the sideline; (b) the mandatory yellow broken line 15 feet from the sidelines (sidelines only); and (c) the mandatory broken yellow line 12 feet from the end lines (end zone only).

Note: the white broken line 12 feet from the sideline and the yellow broken line 15 feet from the sideline make up the network television zone.

All **yellow** restriction lines are to be **two feet long** with a space of **one foot** between them. These yellow lines are to be eight (8) inches in width.

All **white** restriction lines are to be **four feet long** with a space of **two feet** between them. These white lines are to be four (4) inches in width.

Lines from other sporting events are not permitted on any NFL game fields. All college football hash marks and numerals, as well as all baseball and soccer lines and markings, must be removed or painted green so that they do not conflict with NFL lines.

If a club experiences a snowfall at its home stadium which makes the normal field markings indistinguishable from the body of the playing field, it should paint the yard lines and other necessary field markings in a color contrasting with the snow.

Throughout the regular and postseason, clubs will be required to place an NFL Shield logo on the field. This NFL Shield logo may be placed at the 50-yard line, in the end zone(s) or at the 25-yard lines between the numbers and sidelines. These 25-yard line logos should be catty-cornered to each other.

Logos of any type on the field or other locations surrounding the field for any NFL games must be approved by the NFL Football Operations department. Any logo(s) on the field from a college regular season game or bowl game must be removed prior to an NFL game.

**NFLPA_BRADY002655**

**D. Sodding the Infield**

Those clubs playing in grass-surfaced stadia that are shared with baseball teams must sod the infield once baseball season is over (NFL Constitution and Bylaws, Article 19.17). Clubs will have two weeks following the final baseball game to do so, subject to the NFL schedule and/or local weather conditions. Clubs are responsible to inform the NFL Football Operations department when sodding of the infield is scheduled. Clubs are required to inform the NFL Football Operations department at least seven (7) days prior to any type of new sod being installed on the playing field during the preseason, regular season, and postseason.

**E. Mandatory Guidelines for Fields in Inclement Weather**

(1) **Playing Field Covers**— As per Article 19.16 of the NFL Constitution and Bylaws, all clubs must have a tarpaulin or playing field cover available in a size that covers the entire playing area. Clubs are responsible for arranging for the use of the tarpaulin whenever the playing condition of the field may be affected by weather conditions. This includes artificial turf fields as well as natural grass fields. League specifications for playing field covers are specified in (2) below.

At a minimum, playing field covers must be used as follows:

a. All natural turf fields must be covered if precipitation is expected during the week preceding each game, and must be covered in cold weather areas beginning in November regardless of weather conditions. This includes natural turf fields with a soil base or "sand concept fields," such as Prescription Athletic Turf (PAT).

b. Artificial turf fields in southern cities with no risk of snow or ice need not be covered if the stadium has a water removal machine.

c. Artificial turf fields in climates where snow and ice can be a problem must be covered no later than October 15 of each year.

d. It is mandatory to remove the field tarpaulin no later than 90 minutes prior to kickoff.

**Special Note** — League Policy requires that fields should always be covered on the day and night before a game if there is any possibility of precipitation. For preseason and regular season games, artificial turf fields do not need to be covered when rain is forecasted, provided (1) the drainage system has been certified using the recommended test methods for Athletic Field Permeability, and (2) the air and wind chill are above 32°F, and will remain above that temperature until 90 minutes before kickoff. Clubs with infill surface fields must submit a field certification to the NFL Football Operations department prior to September 1 of each season. All fields must be covered on the day and night before a postseason game unless the Football Operations department grants permission to remove the tarp.

When precipitation is probable or is already occurring on game day, home clubs are prohibited from removing the field tarp without receiving prior approval from the Referee, unless it is an artificial turf surface that meets the above requirement for permeability and the temperature is above 32°F.

Teams are permitted to place advertisements on field tarps, but advertisements are prohibited on the tarp covers.

(2)    **League Specifications for Playing Field Covers** — It is mandatory that all clubs have playing field covers which meet the following League specifications:

    a.    Covering the playing area, as specified in the Constitution and Bylaws, is defined to mean that each club must have a tarpaulin large enough to cover the playing field and the restriction lines, i.e., 184 feet wide by 384 feet long. (In order to provide for overlapping sections, the actual dimensions of the cover must be 190 feet wide by 400 feet long, an area of 76,000 square feet.)

    b.    For clubs with natural grass in warm weather locations, a 10 to 12 ounce tarp is recommended, progressing to 14 to 16 ounce tarps for cool season grass areas.

    c.    For clubs with artificial turf in warm weather and cooler areas where snow is unlikely, a 10 to 12 ounce tarp is recommended. The weight should progress to 14 to 16 ounces for artificial turf fields that get regular amounts of snow and ice.

    d.    Color of the tarpaulin is as important as the weight and fabric.

        For natural grass fields in warm weather locations, the cover should be white. White reflects the sun's rays and is not as likely to burn the grass as a colored tarp.

        For natural grass fields in cool season areas, one side of the cover should be white or silver and the opposite side black, dark green, or dark blue. The white or silver side should be on top from August through October. The dark side should be on top from November through January to help warm the grass and to cause ice and snow to melt faster.

        For artificial turf fields, color is not as important, although a two-colored tarp can have the same advantages as are outlined for natural grass fields.

(3)    **Tarp Manufacturers** — A list of companies that manufacture tarps can be obtained from the NFL Football Operations department.

(4)    **Snow and Ice** — The following are special guidelines for snow and ice conditions:

    a.    Each home club is responsible for ensuring that its stadium has adequate snow removal equipment available; i.e., in the case of artificial turf fields, a minimum of two large and one small brushing machines; for natural-surface fields, snow plows and trucks adequate to handle snow removal.

    b.    If there is ice on the field, appropriate safety-tested chemicals are recommended, including Urea #46.

  c. Each home club will be responsible for having available a sufficient amount of paint or dye in a color to contrast sharply with snow. Such paint should be used in addition to brushing and plowing procedures, if conditions warrant.

  d. The Game Referee (and the Commissioner's appointed representative, if in attendance) will be in charge of all corrective procedures used to combat snow and ice conditions.

  e. The Officials will review all ice and snow procedures prior to the game with both Head Coaches and a representative of the stadium maintenance crew.

The following rules apply:

— Where possible, brushes or other appropriate clearing devices should be used to keep sidelines, goal lines, and end lines as clear as possible.

— Under no circumstances will a Referee permit clearing by the grounds crew, or other team personnel, of a spot for a PAT or field goal attempt. Only players are permitted to clear such spots by hand or foot.

— It is permissible to clear the 10-yard intervals, sidelines, goal lines, and end lines away from the direction of an offensive team during play, subject to the paragraph below.

— If an offensive team is inside its opponent's 20-yard line, it is not permissible to clear any 10-yard intervals behind such team that would give it a potential open spot for placement of a field goal or PAT attempt.

— If an offensive team is going in for a possible score, the goal line can be cleared only if there is doubt on the part of the game Referee as to the location of the goal line. If it is visible, no clearing will be permitted.

— Coaches cannot agree to have a spot cleared for a kicker.

**Note:** If snow/ice conditions are severe, the officiating crew should make arrangements to arrive at the stadium as early as 7:00 a.m. in order to review procedures with the appropriate representatives from the stadium maintenance crew.

  f. Emergency procedures might include an agreement to brush the opposite end of the field while play progresses, an extension of the time between periods and at the half, and the use of all available time, including timeouts, to brush each 10-yard line. No clearance procedures during the course of the game will be employed without prior approval of the Game Officials.

(5) **Rain** — The following are special guidelines for rain conditions:

  a. Each section of playing field cover should be placed in such a manner that there is an overlap sufficiently large to allow a "roll" to prevent water seepage or leaks underneath the sections.

    b.    On natural turf fields, field markings—particularly sidelines, goal lines, and end lines—should be touched up at halftime.

    c.    No other re-marking procedures during the course of a game will be employed without prior approval of the Game Officials.

**F.    Recommended Practices for the Maintenance of Surfaces for NFL Games**

Within 72 hours of each home game, all clubs that own or lease their stadiums are required to certify that their fields are in compliance with Recommended Practices for the Maintenance of Infill and Natural Surfaces for NFL Games. If any parts of the playing surface are not in compliance, it must be remediated in accordance with the applicable manufacturer's recommendations at the club's expense. The playing surface must be retested and certified as being in compliance prior to game day. Failure to comply is considered a competitive as well as a player safety issue and will be subject to disciplinary action by the Commissioner's office.

    **Impact Hardness Test** – The playing surface should produce a g-max of less than 100 g measured by the Clegg Hammer impact tester in locations as stated in the Recommended Practices for the Maintenance of Infill and Natural Surfaces for NFL Games.

    **Synthetic Infill Depth and Evenness** – The infill depth of a playing surface should be measured by using the Floortest FT 50 to calibrate the thickness in locations as stated in the Recommended Practices for the Maintenance of Infill Surfaces for NFL Games.

    **Visual Inspection** – The playing surface should be free of any defects or foreign objects through the visual inspection methods as stated in the Recommended Practices for the Maintenance of Infill and Natural Surfaces for NFL Games.

For each home game, clubs are responsible for having the field manager and his staff available to address any playing surface issues.

**Artificial Surfaces** — The following are suggested guidelines for applying and removing paint from artificial surfaces. These are not to be considered League policy; they are simply methods that have proven successful in the past.

(1)    **Paint for Artificial Surfaces** — Paint must be approved by the artificial turf manufacturer. Recommended paint is removable turf striping paints (ECO Chemical Paint) that is easy to apply (can be used with a spray gun) and can be removed with a turf coat remover solution or by high-pressure water blasting.

(2)    **Applying Six-Foot Border** — The solid white border can be rolled on or sprayed on with airless spray equipment or an all-purpose high-pressure sprayer such as that used on golf courses for spraying weeds. Basic airless spray equipment: Binks, DeVilluss, and Graco (Graco airless tip #163-817 should be used). All-purpose sprayers: John Bean spray mister (trigger gun) Model 5, Smithco, Hudson, Meyers, and Broyhill.

Use a splash board to make painting more efficient by preventing an over spray. One can be made by taking a 2-by-4 board that is 12 to 20 feet long. Attach handles, and nail cut sheets of masonite 12 inches high to the sides.

The solid border must be present for every game (exceptions apply for multi-sport stadiums). Frequency of painting the solid border depends on weather.

For dual-purpose stadiums, paint should be applied in one direction only and should not be applied heavily.

(3)   **Removal of Border Area and Markings** — Paint is removed by water pressure; a chemical solution can aid in the process.

ECO Chemical produces a special solution that can be sprayed on, then removed with a pressure hose.

Pressure-cleaning machines — water cleaners and water blasters — can be purchased or rented from artificial turf companies and construction companies. With the use of one of these machines, one can remove the paint from the solid border without using a solution, and eliminate scrubbing.

To remove the markings from a normally-marked field (eight to ten coats) after the season has concluded, a pressure of approximately 800 pounds per square inch should be used. Temperatures of 160 and 190 degrees Fahrenheit are recommended to expedite the process. Citation Water Cleaners' model 3500 is recommended.

In addition to removing the field markings, the water cleaner should be used on the entire field to thoroughly clean it and extend the life expectancy of the field. A stadium could also utilize the water cleaner in the cleaning of concession areas, parking lots, and walkways.

A water blaster should be considered for larger removal jobs, such as when paint on the field has accumulated over several years. This is a larger machine which can provide water pressure of up to three times that of a water cleaner. A water blaster can be rented from construction or equipment companies.

(4)   **Recommended Paints and Removal Equipment**

   a.   **Eco Chemical Paint Company**, 420 South Hinds, Seattle, WA 98134. Phone: 206/793-0005. Fax: 206/448-8553. Contact: Jeff Fisher. Paint and remover for FieldTurf and Sportexe Turf.

   b.   **World Class Athletic Surface, Inc.**, 817 North Broad Street, Leland, MS 38756. Phone: 800/699-5456. Fax: 662/686-9977. Contact: Greg Narmour. Paint for turf and natural grass fields.

   c.   **Pioneer Manufacturing**, 4529 Industrial Parkway, Cleveland, OH  44135. Phone: 800/877-1500. Fax: 216/671-5502. Paint for grass fields.

    d.    **Jotun**, P. O. Box 159, Belle Chasse, LA 70037. Phone: 504/394-3538 or 800/229-3538. Fax: 504/394-3726. (Company has NFL's color chart booklet and upon request will mix special paints to match a team's colors for field markings, NFL shield, etc.)

    e.    **Sweepster Jenkins Equipment Co.** (Paint Removal and Snow Removal) 2800 North Zeeb Road, Dexter, MI 48130. Phone: 734/996-9116.

    f.    **Mautz Paint & Turf** (Natural Grass), Missouri Turf Paint and Field Graphics, 1201 E. 63rd Street, Kansas City, MO 64110. Phone: 800/426-0774. Fax: 816/333-1296. Contacts: Larry Davis, John Graves.

    g.    **3M Company** (Snow covered surfaces), 220-3E-11 3M Center, St. Paul, MN 55144-1000. Phone: 651/733-1110. Recommends color granules for snow covered surfaces.

**Field Dyeing Paint** — If you plan to dye your field green, the League office recommends Becker Underwood brand paint (Lineman Pro Green), which will not stain uniforms. Field dyeing must be completed no later than the Wednesday prior to a home game.

(5)    **Field Stencils** — For Yard Line Numerals, Directional Arrows, and Six-Foot Border Splash Boards, contact the NFL Football Operations department.

For End Zones, 25- and 50-yard line stencils contact: Acme Sign, Inc., 1313 Veron, N. Kansas City, MO 64116. Phone: 816/842-8980. Contact: Darrol Schultze or Chris McCullough.

World Class Athletic Surfaces, P.O. Box 152, Leland, MS 38756-0152. Phone: 800/748-9649. Contact: Greg Narmour, Cell 318/348-9538, Office 800/699-5456.

# Game Procedures

## A. Arrival-In-City Rules

(1) **Preseason Games** — When traveling to preseason games more than 500 miles away, visiting teams (or both teams if a neutral site game) must depart from their cities at least the day before the scheduled game, unless prior approval is received from the NFL Football Operations department in a timely manner.

(2) **Regular Season Games** — Visiting teams traveling by air must be scheduled to arrive at the game city at least 18 hours prior to kickoff, unless arrangements have been made to make the trip by alternate means of transportation. Advance arrangements for alternate transportation to the game site are recommended.

(3) **Wild Card and Divisional Playoff Games** — Visiting team must be scheduled to arrive at the game city at least 18 hours prior to kickoff.

(4) **Conference Championship Games** — Visiting teams must leave their city no later than 12:00 noon local time, on the day prior to the game.

(5) **Pro Bowl** — Players, coaches, and staff members must attend a mandatory meeting at the team hotel.

(6) **Super Bowl** — Both teams must arrive at the game city by Monday, January 26, 2015.

## B. Time Schedule

**Procedure** — It is essential that coaches and appropriate administrative personnel are aware of and strictly adhere to the game Time Schedule and notification procedures. (Non-adherence may result in disciplinary action by the Commissioner.) To assure compliance with the Time Schedule, the following system of locker room notification procedures are in effect:

(1) Each club will ascertain the amount of time that it will take on game day at its stadium for both the home team and the visiting team to leave its locker room and

    a. Be properly located at the designated area for pregame player introductions, and

    b. Return to the bench area at halftime for the second half kickoff.

(2) The home team will prepare a time schedule for all games. It will be distributed to interested parties, including the two Head Coaches and the applicable television network, by the Friday before a Sunday or Monday game, or the day before games scheduled on other days. Ten copies of the game time schedule should be delivered to the Officials' locker room no later than one hour and 45 minutes before game time.

(3)   Kickoff for NFL daytime games for 1:00 p.m. ET start will be two minutes after the hour (:02); for 4:00 p.m. ET kickoff will be either (:05) or (:25), whichever is applicable. Kickoff for prime time games on NBC will be at 8:30 p.m. ET, and for Monday on ESPN kickoff will be at 8:30 p.m. ET. Kickoff for CBS/NFL Network Thursday night games will be 8:26 p.m. ET. Pregame timing for scheduled 1:02 p.m. games, 4:05 p.m. games, 4:25 p.m., and prime time games will be as follows:

### 2014 NFL REGULAR SEASON PREGAME TIMING SCHEDULE
### (All Times Eastern)

#### Sunday Afternoon Games

| Kickoff | 1:02 PM ET | | 4:05 PM ET | | 4:25 PM ET | |
|---|---|---|---|---|---|---|
|  | CBS | FOX | CBS | FOX | CBS | FOX |
| Both Teams Take the Field | 1:01:00 | 1:01:00 | 4:04:00 | | 4:24:00 | |
| Coin Toss | 1:00:00 | 1:00:00 | 4:03:00 | | 4:23:00 | |
| National Anthem Ends | 12:59:00 | 1:00:00 | 4:00:00 | | 4:21:00 | |
| National Anthem Begins | 12:57:00 | 12:58:00 | 3:58:00 | | 4:19:00 | |
| Home Team Player Introductions | 12:54:00 | 12:55:00 | 3:56:00 | | 4:16:00 | |
| Home Team Leaves Locker Room | 12:52:00 | 12:53:00 | 3:54:30 | | 4:14:00 | |
| Visiting Team Player Introductions | 12:52:00 | 12:53:00 | 3:55:00 | | 4:14:00 | |
| Visiting Team Leaves Locker Room | 12:50:00 | 12:51:00 | 3:53:30 | | 4:12:00 | |
| Home Team Two Minute Warning | 12:50:00 | 12:51:00 | 3:53:00 | | 4:12:00 | |
| Visiting Team Two Minute Warning | 12:48:00 | 12:49:00 | 3:51:30 | | 4:10:00 | |
| 90-Min Officiating Meeting | 11:30:00 | 11:30:00 | 2:30:00 | | 2:55:00 | |
| 100-Min Security Meeting | 11:20:00 | 11:20:00 | 2:20:00 | | 2:45:00 | |
|  |  |  |  |  |  |  |
| *Network Live in Stadium | 12:52 to 12:56:45 | 12:55:30 to 12:58 | 4:00 onward | | 4:22 onward | |

#### NBC Sunday Night Football

| Kickoff | 8:30:30 | |
|---|---|---|
| Both Teams Take the Field | 8:29:30 | |
| National Anthem Ends | 8:28:30 | |
| National Anthem Begins | 8:26:30 | on NBC Cue |
| Coin Toss | 8:24:30 | |
| Home Team Player Introductions | 8:21:45 | on NBC Cue |
| Visiting Team Player Introductions | 8:19:30 | |
| Home Team Leaves Locker Room | 8:19:30 | |
| Visiting Team Leaves Locker Room | 8:17:30 | |
| Home Team Two Minute Warning | 8:17:30 | |
| Visiting Team Two Minute Warning | 8:15:30 | |
| 90-Min Officiating Meeting | 7:00:00 | |
| 100-Min Security Meeting | 6:50:00 | |

**Note: All Games must kickoff within 10 minutes of the end of visiting team introductions.**
**Both Teams must be on the field for the national anthem in all games.**

**ESPN Monday Night Football**

| Kickoff | 8:30:00 | |
|---|---|---|
| Both Teams Take the Field | 8:29:00 | |
| Coin Toss | 8:28:00 | |
| National Anthem Ends | 8:27:00 | |
| National Anthem Begins | 8:25:00 | on ESPN Cue |
| Home Team Player Introductions | 8:21:00 | on ESPN Cue |
| Visiting Team Player Introductions | 8:19:00 | |
| Home Team Leaves Locker Room | 8:19:00 | |
| Visiting Team Leaves Locker Room | 8:17:00 | |
| Home Team Two Minute Warning | 8:17:00 | |
| Visiting Team Two Minute Warning | 8:15:00 | ESPN on air in venue |
| 90-Min Officiating Meeting | 7:00:00 | |
| 100-Min Security Meeting | 6:50:00 | |

**CBS / NFL Network Thursday Night Football**

| Kickoff | 8:26:00 | |
|---|---|---|
| Both Teams Take the Field | 8:25:00 | |
| National Anthem Ends | 8:24:00 | |
| National Anthem Begins | 8:22:00 | on CBS / NFL Network Cue |
| Coin Toss | 8:20:30 | |
| Home Team Player Introductions | 8:17:00 | on CBS / NFL Network Cue |
| Visiting Team Player Introductions | 8:15:00 | |
| Home Team Leaves Locker Room | 8:15:00 | |
| Visiting Team Leaves Locker Room | 8:13:00 | |
| Home Team Two Minute Warning | 8:13:00 | |
| Visiting Team Two Minute Warning | 8:11:00 | |
| 90-Min Officiating Meeting | 7:00:00 | |
| 100-Min Security Meeting | 6:50:00 | |

**Note: All Games must kickoff within 10 minutes of the end of visiting team introductions.
Both Teams must be on the field for the national anthem in all games.**

(4)   At one hour and 40 minutes <u>prior to kickoff</u>, League and stadium security representatives, the local representative in charge of field security, and the game Referee will meet to discuss procedures in the event of any significant issues that may occur before, during, or after the game.

(5)   At one hour and 30 minutes <u>prior to kickoff</u> (and not earlier), the home team Public Relations representative, the visiting team Public Relations representative (or his assistant), field public relations representatives, NFL Sideline TV Coordinator (Green Hat), the NFL operations representative (at selected games), a representative of the applicable television network, and the network's on-field commercial coordinator (Orange Sleeves) will meet with the Referee and the other Game Officials in their locker room.

They will:

a.  Establish the exact time and synchronize watches.

b.  Confirm kickoff time (:02, :05, or :25) for daytime games.

c.  Review the time schedule.

d.  Confirm the exact time of day of the two-minute warning that will be given to each team two minutes in advance of the time that the team will be told to leave its locker room for the pregame player introductions.

    The two-minute warning time will be fixed to include the time that it will take the team to reach the designated area for the pregame introductions (see B(1)(a) above).

e.  Review standard broadcasting policies and procedures, including reminders to the television representative that there will be no deviation from the pregame time schedule, or the 12-minute halftime (unless the League office has informed the clubs and Referee in advance that there will be a longer halftime).

f.  Club PR representatives will deliver the Game Day Administration Report to the Referee, which will also include the primary and backup players who have radios in their helmets.

g.  By a mutually agreed upon time, NFL Security Rep, Field Security Rep of Stadium, and the television networks will meet on the field to go over the sideline restriction rules for network crew(s).

(6)  At the conclusion of the one hour and 30 minute before kickoff meeting, and not later than one hour and 15 minutes prior to the game, two Game Officials and the home team Public Relations representative will meet with the home team Head Coach in his locker room, and two Game Officials and the visiting Public Relations representative will meet with the visiting Head Coach in his locker room.

a.  The Head Coach will be informed of the exact time.

b.  The club Public Relations representative will have a copy of the time schedule and will remind the coach of the time of his team's player introductions.

c.  The Game Officials will tell the coach the exact time that they will return, knock on the club's door and announce **"Two-Minute Warning...Two Minutes Until You Leave The Locker Room."**

d.  The Game Officials will tell the coach that they will remain outside the locker room after the two minute warning and that two minutes later they will again knock on the door and announce **"Player Introductions...Team On The Field."** Each team will leave the locker room immediately. The Game Officials will remain at the open locker room door until the team exits.

e. Coaches who wish to have their players warm up before the second half should inform the Game Officials at this meeting of the additional field time needed. The additional time will be factored into the halftime **Two-Minute Warning** and **Come Out** signal.

(7) Two Game Officials will announce the two-minute warning to the visiting team, and two Game Officials will announce the two-minute warning to the home team, as outlined above.

(8) Two minutes later, the Officials will direct the teams to leave the locker room, as outlined above. At this time, the door will be left open and the Officials will remain until the teams leave.

(9) On the field at the conclusion of the first half, the Officials will inform each Head Coach (or his designated representative) of the exact time that they will knock on the locker room door with the two-minute warning in connection with the team's return to the field for second half kickoff.

a. Determination of the time of the two-minute warning for the second half must include the time it will take each team to reach the field from its locker room (see B(1)(b) above). An additional minute should be allowed for the designation of the kicking-receiving teams, and for the teams to take the field.

(10) At the appointed time, one of the same two Game Officials will announce, **"Two-Minute Warning...Two Minutes Until You Leave The Locker Room"** to each locker room.

(11) Two minutes later, the same Official will knock again and announce **"Team On The Field For Second Half Kickoff."** At this time, the locker room door will be left open and the Officials will remain until the teams leave.

(12) The home team is responsible for assuring that:

a. The public address announcer cues the player introductions and the National Anthem on schedule.

b. The National Anthem is begun on schedule and is no longer than two minutes in duration.

c. The halftime show is structured so that personnel taking part in the halftime have cleared the field completely with two minutes of the halftime intermission still remaining.

d. Where applicable, the halftime clock shifts to "12" as soon as the exact time for second half kickoff is fixed and is then allowed to run down during the 12-minute halftime intermission. The home team is responsible for getting the time of the second half kickoff from the NFL Sideline TV Coordinator to ensure that the proper time is on the clock.

(13)   **Penalty for Delaying Kickoff** — If a team is not on the field in ample time prior to the scheduled kickoff, it will be penalized 15 yards for delay of game and lose its coin toss option. Additionally, the League office will take disciplinary action, including fines, against clubs responsible for non-adherence to the established time schedule at any game.

(14)   **On-Field Ceremonies** — Clubs are discouraged from allowing on-field ceremonies and/or sponsored contests or promotions outside of the pregame, halftime, and postgame periods. Any on-field activities being held outside of these appropriate times (i.e., a quarter break, change of possession, team timeout, injury timeout, etc.) must not interfere with standard game timing or team operations. Any on-field activities that interfere with game timing or team operations will subject the home team to disciplinary action from the League office.

## C.   Pregame Warm-ups

(1)   **Uniform Policy** — All players appearing on the field in any team pregame warm-up shall wear their complete game uniforms, with the exception that pads shall be at the club's option.

(2)   **Use of Non-Uniformed Players** — Use of non-uniformed players is prohibited. During the warm-up period, players that appear on the field for exercise must be in complete game uniforms (pads optional). No players on the Inactive List, Exempt List, Reserve/Injured, or any other Reserve List category, or the Practice Squad may engage in such activities. If a player is not a member of the 46-player Active List for the game, he is not permitted to participate in the warm-up period.

(3)   **Warm-up Time and Area** — The pregame schedule must provide that the starting time of the team warm-up period be at least one hour prior to the scheduled kickoff. For instance, if your game is scheduled to kick off at 1:00 p.m., ET, the pregame warm-up period must commence no later than 12:00 noon. The home team is permitted to schedule an earlier start for the team warm-up period at its discretion. Additionally, the visitor's half of the field must be clear of interference at least 90 minutes prior to kickoff.

Individual players will still be permitted to warm-up on the field prior to the beginning of team warm-ups, including kickers and punters who will adjust their individual warm-up time based on the scheduled team warm-up period. Kickers and punters will have priority on the field prior to the scheduled start time for team warm-ups while practicing kickoffs, field goal attempts, and punts. When either team enters the field to begin its team warm-up, the kickers and punters of both squads must move toward their team's sideline in order to continue kicking and punting. During the team warm-up period, except for kickers and punters, teams are restricted to practicing inside the 45-yard line on their side of the field. Kickers and punters are permitted to kick from the other side of the 50-yard line, but must kick toward the end zone of their team's warm-up area. (See the pregame warm-up chart page A78.)

The home team each year has until July 1 to select and notify the League office of its warm-up area.

| **Left of Bench** | **Right of Bench** |
|---|---|
| Atlanta Falcons | Arizona Cardinals |
| Baltimore Ravens | Cincinnati Bengals |
| Buffalo Bills | Cleveland Browns |
| Carolina Panthers | Green Bay Packers |
| Chicago Bears | Indianapolis Colts |
| Dallas Cowboys | Jacksonville Jaguars |
| Denver Broncos | New England Patriots |
| Detroit Lions | New Orleans Saints |
| Houston Texans | Oakland Raiders |
| Kansas City Chiefs | Philadelphia Eagles |
| Miami Dolphins | Pittsburgh Steelers |
| Minnesota Vikings | San Francisco 49ers |
| New York Giants | Seattle Seahawks |
| New York Jets | Tampa Bay Buccaneers |
| San Diego Chargers | |
| St. Louis Rams | |
| Tennessee Titans | |
| Washington Redskins | |

(4)  **Leaving Field** — No visiting club is required to leave the field more than 20 minutes prior to the published kickoff time as listed in the official League schedule, except in the case of a League-wide obligation or event being conducted on the field during the pregame period.

(5)  **Safety** — In order to avoid injury, clubs are urged, during pregame and halftime, to coordinate warm-ups with the entertainment directors, including strict observance of the game time schedules.

(6)  **Cheerleaders Warm-up** — The home team's cheerleaders are prohibited from warming up, stretching, or congregating outside the visiting team's locker room or in the visiting tunnel prior to player introductions. Violations of this policy can result in disciplinary action by the League office.

(7)  **Kickers and Punters** — In consideration of player safety, kickers and punters must warm up near their own sidelines during team introductions and halftime, not in the middle of the field. In addition, they must kick in the direction of the end zone designated for their warm-ups.

**NFLPA_BRADY002668**

## PREGAME WARM-UP CHART



### D. Player Introductions

Except when prevented by inclement weather, players and the Head Coach of each team are to be introduced in a manner prescribed by the home team, provided that the pregame introduction for the visiting team must end no earlier than 10 minutes prior to kickoff. Visiting teams will be introduced as a squad. If the visiting team does not adhere to the pregame (i.e., introductions) or halftime timeline, the home team should continue with the applicable timeline as scheduled, and the visiting team will be subject to a fine for a first offense. In either case, the League office should be notified immediately following the game.

### E. National Anthem

The National Anthem must be played prior to every NFL game, and all players must be on the sideline for the National Anthem.

During playing of the National Anthem, players on the field should stand at attention, face the flag, hold helmets in their left hand, and refrain from talking. Players in the bench area should do the same and should line themselves up evenly along the sidelines. The home team should insure that the American flag is in good condition. It should be pointed out to players and coaches that we continue to be judged by the public in this area of respect for

the flag and our country. Failure to be on the field by the start of the National Anthem may result in disciplinary action from the League office.

## F.   Team Captains Guidelines

Any participant in the coin toss must be a member of the Active List, Inactive List, or Reserve List, or be a former player or coach serving as an honorary captain. Other general rules for team captains, as stated in Playing Rule 18, are:

(1)   **Designation** — One hour and 30 minutes prior to kickoff, the respective coaches will designate a maximum of six captains per team.

(2)   **Coin Toss**

    a.   Limit of six captains per team; only one captain from visiting team can declare choice of coin toss.

    b.   Team that won coin toss may only have one captain declare its option.

    c.   Team that lost coin toss may then have only one captain declare its option.

    d.   Teams are permitted to have a former player or coach participate in the coin toss as an Honorary Captain, with a limit of one honorary captain per team, per game, unless permission is given by the NFL Football Operations department in writing prior to game day. The use of an honorary captain will count against the team's allotment of six (6) captains (Active, Inactive, Reserve, honorary) to participate in the coin toss.

    e.   The use of non-NFL participants is limited to non-commercial causes and observance of special events. Prior League office approval of non-NFL participants in coin toss ceremonies is required.

(3)   **Patches** – For Team Captain jersey patch rules see On Field policy.

## G.   Field Access

Unauthorized persons on the field during games are not permitted. All clubs must cooperate in limiting field access. No persons are to be allowed on the field other than those directly involved with the team's field operation, authorized stadium personnel, and specifically authorized media representatives. During team pregame warm-ups, most stadium security personnel are flexible in allowing non-field credentials (Visiting Coaches' Booth, Visiting Radio, etc.) access to field (Exception: Visiting Scouts). This cooperation ends when pregame warm-up ends. Clubs which invite persons to field level for purposes of commercial promotion or merely for the special privilege of experiencing the atmosphere on the field must be escorted by appropriate club representatives at all times and must leave the field level before the game begins.

**NFLPA_BRADY002670**