## H.    Bench Area Access

Team personnel in the bench area must observe the zone restrictions in the three areas —
(1) the first border or white stripe; (2) the second border; and (3) the player area. Violations
of the zone restrictions are subject to fine at the discretion of the Commissioner, and Game
Officials have been directed to call unsportsmanlike conduct penalties when warnings to
clear the first border areas are not heeded. Safety and officiating access are the prime
considerations. Overcrowding in the bench and surrounding areas can be a safety hazard,
e.g., players and others in the bench area move closer to the field, causing photographers
to "cheat-up" to get a better view, thus creating potential problems in out-of-bounds plays.
Clubs should take precautions to ensure that no unauthorized persons obtain bench
credentials from coaches or any other team personnel.

Authorized personnel allowed on the field on game day shall be under the following rules,
in accordance with the NFL Bench Area Diagram:

(1)    **First Border** — The only persons allowed in this solid white six-foot (minimum)
       area on a continuous basis during the game are the Game Officials and the chain
       crew; no coaches or players.

(2)    **Second Border** — This is defined by a broken white line six feet further outside the
       white border on the sidelines. This line is broken outside the bench area, solid yellow
       within it. Within the bench area, the only persons allowed within this second border
       on a continuous basis during the game are the head coach, assistant coaches involved
       in calling signals, assistant coaches in charge of substitutions, and small groups of
       situation substitution players ready to be sent into the game immediately. No other
       players are allowed in the second border. Each coaching staff should designate a
       "get-back" coach to ensure that the rules governing the borders are observed by all
       players and coaches during the game.

(3)    **Players and Bench Personnel** — Except for those persons allowed in the first and
       second borders, all other persons with bench credentials and all players not in the
       game at the time shall remain in the bench area behind the second border. With the
       exception of uniformed players eligible to participate in the game, all persons in a
       team's bench area must wear a visible credential clearly marked "Bench." For all NFL
       games (preseason, regular season, and postseason) the home club will be issued a
       maximum of 27 credentials and the visiting club will be issued a maximum of 25
       credentials for use in its bench area. Such credentials must be worn by coaches,
       players under contract to the applicable club but ineligible to participate in the game,
       and team support personnel (athletic trainers, doctors, equipment men).
       Occasionally, persons with game-services credentials (e.g., oxygen technicians, ball
       boys, etc.) and authorized club personnel not regularly assigned to the bench area
       may be in a team's bench area for a brief period without bench credentials. Clubs are
       prohibited from allowing into their bench area persons who are not officially affiliated
       with the club or otherwise serving a necessary game day function; except, however,
       a club may invite its retired former players to the bench area for "team morale"
       purposes, provided they adhere to all other aspects of the field-level policy, including
       the requirement to bear appropriate credentials within the applicable team's limit.
       Clubs also are prohibited from allowing into the non-bench areas of field level any

persons who have not been accredited to those locations by the home club's public relations office for purposes related to news-media coverage, stadium operations, or pregame and halftime entertainment. This means that entertainers, athletes from other sports, player agents, politicians, other public figures, and friends and relatives of current and former players and coaches cannot be anywhere on the field during the game — inside or outside of the bench area.

(4) **Reserve/Injured, Inactive List, and Exempt List Players** — Players on Reserved/Injured, the Inactive List, and the Exempt List are prohibited from participating in game day warm-ups with their teams. They are also prohibited from dressing in game uniforms on game days, or representing their teams in pregame ceremonies, except as team captains. They all may, however, be in the bench area during the game provided they dress in clothing issued by the club to its game staff and display appropriate bench area credentials, and provided that players on crutches, wearing casts, or otherwise limited in mobility must not be on the sidelines near game action, both for their own protection and that of the game's participants.

(5) **Media & Other Personnel** — All persons authorized to be on the field other than in the bench area shall be limited to photographers, TV field reporters, stadium employees, utility maintenance personnel, and police. All must have appropriate credentials, and all must remain behind the broken yellow line. Camera persons from the televising network and NFL Films are permitted beyond the broken yellow line and up to the broken white line on either side of the bench areas. The televising network and NFL Films are permitted to shoot from behind the bench areas but must remain outside of the yellow bench border. Clubs that seat entertainment personnel on the field immediately prior to a performance must keep them well behind this broken yellow line. Strict observance of the end line restrictions is equally important, since Officials must position themselves to judge field goals and trys.

The home team has the authority to regulate the method and manner by which filming and video for coaches' shows or other club programming occurs in its stadium/facility, including regulation of the visiting team. This includes the right to determine the number of cameras that may be used, the number of personnel, and camera locations. The visiting team can be required to film from behind the home team's quarterback and from the home-team sideline, but must be granted access for the use of at least two cameras.

(6) **Drum Lines and Bands** – Drum lines and bands are permitted on the field with written approval from the NFL Football Operations department. In order for on-field drum lines or bands to be considered for approval, they must meet the following requirements:
- All drum lines and bands must be located between the 20-yard line and the end zone.
- All drum lines and bands must be enclosed by a padded, semi-permanent structure.
- Drum line and band enclosures must not interfere with network TV camera carts or other sideline personnel.

**NFLPA_BRADY002672**

## NFL Bench Area Showing Restricted Zone

While play is in progress, there will be no coaches or players within the white border, thus avoiding possible interference with officiating of the game. In the six-foot area between the back of the white border and the solid yellow line, only the following persons will be permitted: the Head Coach, Assistant Coaches involved in calling defensive or offensive signals, Assistant Coaches in charge of substitutions, and only those small groups of players ready to be sent into the game immediately (offensive or defensive packages).

The Game Officials will issue warnings during the game regarding first and second border violations and work with the team's "get-back" coach to prevent problems, and will call unsportsmanlike conduct penalties in cases of flagrant violations after two warnings. Contact with a Game Official within the white border may result in a 15-yard penalty without prior warning, even if inadvertent. The League office may impose discipline on clubs for a first violation of the border rules, followed by increasing fines for subsequent violations.



All team equipment must remain within the broken yellow line of the bench area. This will ensure that team equipment is not interfered with and also allows the broadcasting network and other field personnel to do their jobs without obstructions. Teams are prohibited from stacking trunks and other equipment within the bench area in a manner that creates obstructions for the broadcasting networks who are entitled to shoot into the bench area. Additionally, all club personnel is prohibited from sitting on top of the player bench or trunks in order to obstruct the broadcasting networks. Clubs are prohibited from erecting tents or any other temporary structure behind the players' benches or on the sidelines for use during the game except to protect playing equipment. Permissible tents or protective structures must be no higher than the team benches. Protective structures for still-photo equipment used by the video departments of each club are

**NFLPA_BRADY002673**

permissible as long as they are no higher than the field printing trunks in the bench area or the field wall if placed against the wall. It is suggested that clubs place these units against the sideline walls, where space is available, instead of behind the benches.

### I.   Sideline Communications

**Press Box Contacts** — Each home club must have manned direct, controlled telephone lines between the benches and press box to relay injury, penalty, and other pertinent information from coaches and Game Officials. Each Head Coach should designate a staff member, or himself, to provide necessary injury information to the on-field media coordinator. These sideline contacts also shall promptly transmit all penalty information from the Game Officials to the press box. This communications link should be utilized to the fullest to keep the stadium fans and media informed regarding key blocks, fumble recoveries, outstanding plays not readily visible, fouls, rules interpretations and clarification, and injuries. Since foul violators will be identified on the stadium PA system either by name or number, every effort should be made to make "positive" identification.

### J.   First Down Measurements

Chain crews and players are to be instructed to stand well away from the front stake during a first-down measurement so that stadium fans and TV viewers are able to view the measurement.

### K.   Ball Boys

The home club will provide five ball boys for the game, each attired in the standard navy blue vest. Four ball boys will be in the "X" vests, and one ball boy will be in the "K" vest. Ball boys designated to carry the "K" ball will perform this function from the visiting sideline throughout the entire game. The League will supply an additional kicking ball coordinator. The visiting team may provide up to two ball boys. If the visiting team only supplies one ball boy, he must work on the visitor's side of the field. Ball boys may be in the bench area of either team depending on the location of the line of scrimmage.

### L.   Playing Field Misconduct

(1)   **Unnecessary Roughness** — Clubs are reminded of the wide range of potential problems posed by unnecessary roughness or "violence" that occurs during games. The essence of NFL football is controlled action taking place within a framework of carefully developed rules. Flagrant personal fouls that are clearly outside the rules do not belong in professional football and will not be tolerated.

(2)   **Profanity** — Use of unbecoming language by coaches and players during a game will be viewed most seriously. Coaches and players should keep in mind that every NFL game is broadcast on radio and television, and that there are open microphones near the playing field as well as close-up camera shots that permit easy lip-reading by viewers. The League and its participants are severely criticized whenever obscene and other profane language goes out over the air. The same restrictions apply to

coaches and other personnel in the working press box and spotting areas. Violators are subject to disciplinary action by the Commissioner.

(3) **Footballs Into Stands** — If a player unnecessarily delivers a football into the stands (by throwing, kicking, etc.) there is a potential for crowd-control or safety issues due to the fans' eagerness to claim the souvenir. However, if the ball is handed to a fan, or lightly tossed to someone in the stands near the perimeter of the field, and no crowd-control or safety issues exist, the involved player may not be subject to a fine.

All instances of a football being delivered into the stands by a player — pregame, during the game, or postgame — will be reviewed by the League office. The player may be fined for a first offense.

(4) **Field Distractions** — Non-player personnel in the proximity of the field may not conduct themselves in a distracting manner, e.g., a mascot jumping up and down behind the goal post during a field goal attempt or a Try kick.

(5) **Clearing the Field** — For a variety of reasons the playing field should be cleared as quickly as possible after games. The League encourages displays of good sportsmanship between teams. Players will not be prevented from shaking hands or meeting briefly on the field after the game.

(6) **Electronic Devices** — Unless specifically permitted by League rules, the use of cellular phones, smart phones, tablet devices, computers, wearable electronic devices such as Google Glass, and other electronic equipment by coaches, players, and other club personnel is prohibited in club-controlled areas including, but not limited to, sidelines and coaches' booths. These restrictions apply from ninety (90) minutes prior to kickoff through the end of the game, including halftime. Coaches, players, and other team personnel are permitted to use such electronic devices in the locker room prior to kickoff and are permitted to use League-issued Microsoft Surface tablets throughout game day for viewing coaches' still photos.

Team doctors and members of the athletic training staff are permitted to use cell phones, smart phones, or similar devices within the bench area and locker room to communicate player injury information, but may not communicate competitive or strategic information.

**Player Tracking Devices**: Clubs are prohibited from using player tracking devices to collect competitive football-related data (e.g., speed, distance traveled, location on the field) in preseason, regular season, and postseason games.

In 2014, the League office will likely mandate players to wear non-obtrusive tracking devices in all or some subset of games. The League office will work in collaboration with club Equipment Managers to install these devices in players' pads or other equipment.

Additionally, the League office will work with the Competition Committee to determine when clubs will be able to receive any data, which may not occur until 2015.

**Enhanced Audio:** NFL Broadcasting administers an enhanced audio program in which microphones are imbedded in the pads of two interior offensive linemen per team in every game in order to capture ambient sound on the field. Microphones and transmitters are installed and operated by NFL Films-trained technicians. All audio captured by the microphones is encrypted by a system that works similarly to that used for Coach-to-Player communication and is not recorded other than as part of the live ambient audio mix of the network broadcast. Microphones are controlled by remote control and are activated only when players are on the field and only opened to capture sound from the break of the offensive huddle through the snap of the ball on any given play. Players, trainers, or other club personnel must not adjust or tamper with the microphones or transmitters including, but not limited to, removing, moving, or taping over the equipment.

Clubs are permitted to have their players wear microphones during practices and games for use in club-produced broadcast shows (e.g., Coach's show). A club's football department may not use audio collected in a game for football purposes (e.g., game planning).

NFL Films is permitted to have players from either team wear microphones during games.

**All players wearing microphones must be listed on the "Mic'd Personnel Form."**

(7)   **Social Media or Networking Sites** - The use of social media or networking sites (including Twitter, Facebook, and similar vehicles) by coaches, players, and other club football operations personnel is prohibited on game day, including halftime, beginning ninety (90) minutes before kickoff until after the postgame locker room is open to the media, and players have first fulfilled their obligation to be available to the news media who are at the game.

No updates are permitted to be posted by a player himself or anyone representing him during this prohibited time on his personal Twitter, Facebook, or any other social media account.

(8)   **New Products** – Clubs must obtain approval from the NFL Football Operations department before a new product can be used by one of their players in a game. The use of any product by a player during a game without prior League approval may subject the player and/or the club to significant fines if it is later determined that the product violated NFL rules.

## M.   Gambling

For information regarding permissible and prohibited types of gambling-related advertising in club controlled media, please refer to the Gambling Advertising Policy, which can be found in the ***Policy Manual for Member Clubs, Administrative/Business Operations,* Section D.**

### N.  Crowd Noise

While the League does not wish to place restrictions on spontaneous crowd noise or to diminish fan enjoyment of our sport, it is each club's responsibility to exert proper control over the use of scoreboards, message boards, drum lines, PA system, etc. The League's crowd noise policy does not restrict how loud a crowd can be, but does restrict how and when the home team is permitted to use its influence to encourage noise.

(1)  **Club-Controlled Sound — The home team is permitted to play audio while the visiting team is on offense and the play clock is running. The audio must cease by the time the play clock reaches 20 seconds, or when the visiting team's offense reaches the line of scrimmage, whichever occurs first. Pursuant to this policy, the visiting team's offense is considered being at the line of scrimmage when the center touches the ball.  Audio can be played until the ball is kicked on a kickoff.**

"Cheerleading" is not permitted by the Public Address announcer other than emphasizing third and fourth down calls.  Prerecorded videos of players, fans, or mascots, including audio that constitutes cheerleading, are only permitted during TV timeouts or similar major game stoppages.  All other audio that constitutes cheerleading is not permitted while the play clock is running. Public address announcers must give the visitors' play stats (down and distance) prior to the team reaching the line of scrimmage.

At no point during the game can artificial crowd noise or amplified crowd noise be played in the stadium.

**Field-Level Speakers** — The number of field-level speakers must be limited to a maximum of four. They must be placed between the goal lines and the 20-yard lines, and be pointed away from the bench area and the playing field. **All sound from such speakers falls under the general policies specifying when audio is permitted.** During the pregame, speakers are prohibited from being in the visiting team's end zone area.

**Music During Injury Timeout** — It is recommended that music and video during an injury timeout be sensitive to the serious situation on the field. If clubs need assistance, the NFL Football Operations department can provide suggestions.

**Noise-Making Devices** — Klaxons, megaphones, bullhorns, whistles, thunder sticks, and other noisemakers of any kind are not permitted in the stadium. Items of this nature should be confiscated by stadium security.

(2)  **Club-Controlled Video** — The use of scoreboards, video boards, or message boards for cheers is permitted. See the additional note in the "Ribbon Boards" section below for the additional policies applying to ribbon boards.  Television clips, movie clips, club-produced video (such as highlight packages), video of fans, video of cheerleaders, and video of mascots can be shown in order to encourage crowd noise provided the video is not in poor taste.  Audio cannot accompany the video once the play clock reaches 20 seconds when the visiting team is on offense.

 **NFLPA_BRADY002677**

**Invasive video of the visiting team's huddle, of strategic conferences in its bench area, or the face of the quarterback at the line of scrimmage are forbidden at any time. Video of the visiting team quarterback must be from the waist up or include the two offensive guards in the shot. Close-up video from behind the quarterback is permitted.**

**Locker Room Video** — The home club is permitted to show live or pre-recorded locker room footage throughout game day. In order to provide locker room footage, all clubs are required to either install a camera or allow a handheld camera in the locker room prior to the team leaving the locker room for introductions. Clubs may also record locker room footage during halftime and/or postgame. The home club shall have control over collection, editing, and distribution within its stadium of all locker room footage. Locker room cameras are required in BOTH home and visiting locker rooms for all League-run games. The League will partner with the participating clubs to oversee the collection, editing, and distribution of all locker room content captured via these cameras at League-run games. This footage is only to be displayed on the stadium video boards or via an in-stadium wireless application.

**Video During Kicks** — Use of video boards to distract the visiting team's kicker during field goal attempts or extra point attempts is prohibited. Distracting video includes, but is not limited to, extreme close-ups of the face of the visiting team's kicker and fast zooming in and out. The use of an all-22 shot is recommended.

**Third and Fourth Down** — When the visiting team is on offense, third and fourth down displays or graphics can be shown on the video board. Public Address announcers are permitted to emphasize down calls, including, but not limited to, third or fourth down, prior to the visiting team reaching the line of scrimmage or the play clock reaching 15 seconds, whichever occurs first.

**Ribbon Boards** — LED ribbon boards with sequentially rotating advertisements can continue to be used while the play clock is running, including ribbon boards behind the end zones that show the same sequentially rotating advertisements as the sidelines (provided that all advertisements displayed on the ribbon boards meet the NFL's policy on Commercial Signage in Stadiums).

However, because most ribbon boards are located below the primary video boards and often encircle the entire bowl of the stadium, if a League representative (League Observer, etc.) determines that the ribbon boards are being used to distract the visiting team's offense or kicking team, he can instruct the home team to switch to static images while the play clock is running. Particular emphasis will be placed on the ribbon boards behind the end zones.

(3)   **Cheerleaders** — "Cheerleading" is not permitted by the Public Address announcer other than emphasizing third and fourth down calls. Prerecorded videos of players, fans, or mascots, including audio that constitutes cheerleading, are only permitted during TV timeouts or similar major game stoppages. All other audio that constitutes cheerleading is not permitted while the play clock is running.

Cheerleaders are permitted to encourage crowd noise and lead cheers. See the policy regarding video of fans, cheerleaders, and mascots on the previous page.

Cheerleaders must remain outside the 30-yard lines and are not permitted to cheer behind the opposing team's bench.

**Team Flags** — The home team may only use flags on the field during the following periods: pregame, halftime, postgame, between quarters, during television breaks, and following a score by the home team.

**"Wave"** — Club-controlled efforts to start the "Wave" cheer, through the use of cheerleaders or message boards, are permitted.

**Fan Rituals** — Fan rituals (i.e., 12th man, fan rally cry, team flag runners, etc.) are permitted during pregame, television breaks, quarter breaks, and halftime. These rituals may be conducted in the stands, on the home sideline, and on the field provided they do not interfere with general game operations and are in good taste.

(4)    **Mascots** — Team mascots must stay behind the six-foot white border at all times during the game (they may be on the field at appropriate times during the pregame and at halftime when players are not on the field). They are prohibited from taunting opposing players, coaches, and Game Officials. In the event of violations, teams employing the mascots will be subject to significant fines.

Mascots are permitted to use signs to lead cheers or encourage crowd noise (i.e., "Make Noise," "12th Man," "Defense"). See the policy regarding video of fans, cheerleaders, and mascots on a previous page.

A mascot can join the cheerleaders on the field, provided the mascot is performing as a member of the cheerleading squad and is participating in the same choreographed performance as the rest of the cheerleaders. A mascot not performing as a member of the cheerleading squad may not go beyond the 6-foot white border.

A mascot can stand behind the goal post as long as he/she is behind the 6-foot white border, is not jumping up and down, and is not waving his/her arms or doing anything else that can be considered distracting or derogatory to the opposing team.

### O.    Halftime

(1)    **Length** — Halftime intermission for all games telecast by FOX, CBS, NBC, NFLN, and ESPN will be twelve (12) minutes unless a longer period is approved in advance by the Commissioner. Such period will include any warm-up period used by the clubs before the third quarter. Clubs are urged to coordinate halftime length with their entertainment directors and coaching staffs (and with visiting teams) to avoid injury during the overlap between halftime shows and team warm-ups. Strict adherence to game time schedules will help eliminate potential problems.

**Note:** It will be one minute from the whistle ending the first half until the Back Judge signals the official start of halftime, except for games in Detroit and Green Bay where ninety (90) seconds will be allowed.

(2) **Warm-Up Period** — Clubs that utilize part of the halftime period to warm up should use their same area as during the pregame period. Kickers and punters **must** warm up near their own sidelines during halftime, not in the middle of the field. In addition, they must kick in the direction of the end zone designated for their warm-ups.

(3) **Notification** — Game Officials shall notify each Head Coach when: (1) two minutes remain before the team is to take the field; and again (2) when it is time for the team to take the field.

(4) **Penalty for Delaying Kickoff** — If a team is not on the field in ample time prior to the scheduled third quarter kickoff, it will be penalized 15 yards for delay of game and lose its coin toss option.

(5) **Coin Toss Option** — Immediately upon re-entering the field for the start of the second half, the captains of both teams must inform the Officials of their respective kickoff choices.

## P. Overtime Procedures

If the score is tied at the end of the regulation playing time of all preseason, regular season, and postseason NFL games, a system of modified sudden-death overtime shall be in effect.

At the end of regulation playing time, the Referee shall immediately toss a coin at the center of the field, in accordance with rules pertaining to a usual pregame toss. The visiting team captain is to again call the toss. Following an intermission of no more than three minutes after the end of the regular game, the extra period shall commence.

If the score is tied at the end of a 15-minute overtime period in the preseason or regular season, the game shall result in a tie.

If the score is tied at the end of a 15-minute overtime period during the postseason, or if the second team's initial possession has not ended, another overtime period will begin, and play will continue, regardless of how many 15-minute periods are necessary. Between each overtime period, there shall be a two-minute intermission, but there shall be no halftime intermission after the second period.

A full breakdown of overtime rules and procedures can be found in Rule 16 of the *2014 Official Playing Rules of the NFL* (NFL Rule Book).

## Q. Officiating Conference

Whenever it is necessary for members of an officiating crew to draw aside during a game for a conference to discuss any aspect of the playing rules, no player is permitted in that conference.

**R.    Officiating Criticism**

Criticism of Game Officials or complaints about opponents' tactics outside the rules must be made only to the League office in a written report sent via email or fax following each game. Public airing of such matters, whether directly or indirectly, during or after a game, verbally or by use of film or videotape, on or off the record, is prohibited by the NFL Constitution and Bylaws and will not be tolerated. This includes abusive language and profanity aimed at Officials during games. Any violation will be subject to a fine, with the dollar amount to be determined by the Commissioner.

The League office encourages the Vice President of Officiating to respond candidly to questions regarding officiating raised by Head Coaches and other club employees following review of each game. After reviewing the plays in question, the Vice President of Officiating or a member of his staff is obligated to give his factual opinion of each call (or non-call) to the appropriate club executive. All such conversations are confidential and are not to be discussed publicly.

**S.    Player Personnel Changes**

Except for the designation of its Inactive List, clubs are reminded that no changes in player personnel will be allowed at the game site during the pregame period. Clubs will be permitted to carry 53 players on their Active/Inactive List during the regular season and postseason. All additions to or deletions from the 53-player Active/Inactive List must be completed prior to 4:00 p.m., New York time, on the last business day preceding a game and must appear on that day's Personnel Notice (4:00 p.m., New York time, on Saturday for Sunday games; 4:00 p.m., New York time, on Monday for Monday night games; 4:00 p.m., New York time, on Wednesday for Thanksgiving Day afternoon games; 4:00 p.m., New York time, on Thursday for Thursday night games; 4:00 p.m., New York time, on Saturday for Saturday night games; 4:00 p.m., New York time, on Friday for Saturday games during the postseason; and 4:00 p.m., New York time, on Saturday for Sunday games during the postseason. Night games are defined as games that are scheduled to start at 7:00 p.m. or later, New York time).

From that 53-player list, clubs must establish their 46-player Active List no later than one hour and 30 minutes prior to kickoff.

**T.    Player Personnel Notices**

A recommended courtesy is for home clubs to make available to visiting clubs any Personnel Notices the visitors missed since their departure. Clubs not having access to the Personnel Notice may call the League office after 4:00 p.m., New York time (Saturday phone: 212/450-2215), and will be advised of any personnel moves made by their game opponents.

**U.    Security**

The home club must strive to ensure that both inside and outside of the stadium, before and after games, adequate security measures are implemented to avoid physical or verbal

threats or hostilities between fans and club personnel (players, coaches, and other club employees), or between fans and Game Officials.

The club must, with appropriate security forces, do the following:

(1)     Provide appropriate security for team buses during arrival, the game period, and departure, and for teams while going to and from buses and while riding in them on stadium property. In addition, the holding areas for visiting teams' buses plus the home team's parking lot must be adequately secured. Similar security must be provided for Game Officials and their vehicles.

(2)     Provide protected access for club personnel and Game Officials going to and from the playing field. Security forces assigned to the field and exposed passageways which club personnel and Game Officials use on game day must be in place from the time spectator gates are opened until the crowd leaves the stadium, and must be appropriately concentrated in those areas, including uniformed security presence in the adjacent stands, at times of traffic involving club personnel and Game Officials. During these times, fans should not be allowed to congregate in the stands near such passageways unless they hold tickets for that section.

(3)     Ensure that no fan enters the playing field at any time on game day unless such entry is properly credentialed or authorized (e.g., during pregame or halftime as part of a club-approved promotion in which the fan is escorted by club personnel). If any unauthorized fan does enter the playing field, security forces must remove that person immediately. At least once a game the club should advise fans, through the public address system, of the prohibition against entering the field and the potential for prosecution. In a written communication from the League office, players will be advised of this policy and will be instructed not to get involved in removing fans from the playing field. Players also will be instructed not to enter the stands or otherwise confront fans at any time on game day in response to abuse. Clubs must insert the communication into each player's training camp playbook.

(4)     Provide appropriate security around bench areas.

(5)     Provide security for coaches of the visiting team who are stationed at a level above the playing field.

(6)     Provide appropriate security at locker rooms of club personnel and Game Officials.

(7)     Take appropriate measures, including removal from the stadium, if any fan engages in physical or extreme verbal abuse of club personnel or Game Officials (e.g., racial taunts, profane signs or banners, and the throwing of dangerous objects).

Violations of this policy may entail disciplinary action by the Commissioner against club personnel.

Physical or verbal hostilities involving only club personnel and Game Officials that occur on the field during the course of the game are not the responsibility of club security unless their assistance is requested by a Game Official.

Ordinarily, such on-field matters will be handled by the Game Officials and/or through postgame discipline by the Commissioner.

## V.  Guidelines for Adverse Weather Conditions

(1)  **Responsibility** — The responsibility for addressing issues relating to adverse weather conditions rests with individual clubs and their staffs, who are most familiar with local conditions and their individual players' medical history and who are present during preseason and in-season practices and games.

(2)  **Knowledge** — Club physicians should continue to ensure, among other things, that coaching and athletic training staffs are knowledgeable about the signs of physical distress resulting from extreme heat or cold, have taken appropriate preventive measures, including with respect to hydration and environmental temperature monitoring, and are prepared to respond in an emergency to obtain medical assistance.

(3)  **Players** — Individual clubs, their staffs, and club physicians should educate players about dangers associated with adverse weather conditions and the signs of physical distress resulting from extreme heat or cold. Players should be instructed and encouraged to seek assistance from medical staff if they experience signs or symptoms of such physical distress. In addition, member clubs should educate players on pre-practice hydration, on-field hydration, weather appropriate practice and game attire, and player responsibilities related to weather condition procedures.

(4)  **Emergency Care** — Clubs should review the EMS arrangements at their home facilities, their training facilities and their local hospital emergency care facilities to ensure, among other things, that their coaching and athletic training staffs are trained in and familiar with procedures appropriate to a health or safety-related emergency, including one involving adverse weather conditions.

(5)  **Weather Indicators** — Clubs that play or train in open-air facilities in regions of the country likely to experience hot weather conditions must have a device (Wet Bulb Globe Thermometer ("WBGT") or equivalent) to measure the heat index; clubs that play or train in open-air stadiums in regions likely to experience cold weather must have a wind-chill device. All clubs should have those devices available (as appropriate) at their practice facilities, including those used during preseason training camp.

## W.  Cold Weather Guidelines

(1)  **Weather Conditions** — Cold weather may present a hazard to players, coaches, medical staff, other sideline personnel, and fans if any one of the following is present:

a.  Temperature 40°F and below.
b.  Wet (rain, snow, ice, high humidity) or wet clothes at temperatures below 60°F.

In addition, winds with speed above 5 MPH in combination with wet conditions and temperature 40º F or below increase the risk of cold injury.

(2) **Frostbite Risk** — The wind chill temperature (WCT) index should be assessed to document the level of environmental cold stress. The WCT integrates wind speed and air temperature to provide an estimate of the cooling power of the environment and the associated risk of peripheral cold injury. Ambient dry bulb (<32° Fahrenheit (F)) and contact surface temperatures (exposed skin) are used to determine the risk of frostbite.

   a. There is no risk of frostbite when the ambient air temperature is above 32° F even though the WCT may be below freezing due to strong winds.

      (i) Wet skin will not freeze if the air temperature is above 32° F, but wet skin below 32° F will freeze faster than dry skin.

      (ii) Cold stress that does not cause a decrease in core body temperature of more than 0.9° F or allow muscle temperatures to go below 97° F does not alter most exercise performance. However, for every 1.8° F fall in core or muscle temperature that occurs, maximal endurance exercise capability is lowered by approximately 5 percent, exercise endurance time is lowered by 20 percent, and maximal strength and power output is lowered by 5 percent.

   b. Frostbite occurs when the tissue temperature falls below 32° F.

      (i) The freezing point of skin is slightly below the freezing point of water due to the electrolyte content of the cells and extracellular fluid, so dry tissue typically freezes around 28° F. However, wet skin freezes around 30° F because the rate of heat loss is much higher with wet skin compared to dry skin.

      (ii) Contact frostbite can occur by touching cold objects with bare skin, which causes rapid heat loss. Frostbite is most common in exposed skin (nose, ears, cheeks, exposed wrists), but also occurs in the hands and feet because peripheral vasoconstriction can significantly lower tissue temperatures.

      (iii) The first sign of frostbite is numbness. The initial sense of cooling begins at skin temperatures of approximately 82º F and pain appears at approximately 68º F, but, as skin temperature falls below 50º F, these sensations are replaced by numbness. Individuals often feel a "wooden" sensation in the injured area. After rewarming, pain is significant. Peripheral temperatures (hands, feet) may be indicative of a generalized whole-body cooling that may ultimately result in hypothermia.

(3) **Hypothermia** — Early signs of hypothermia include shivering, withdrawal, and "the umbles" (stumbles, mumbles, fumbles, grumbles). Players showing any signs of hypothermia or cold-related illness should be brought to a warm, dry location, have wet clothing removed, and be gently warmed. Early intervention is imperative to take advantage of the heat generated from shivering. Remove wet clothing and

increase dry insulation. Move to a heated shelter and provide warm food or fluid. A player (or other sideline personnel) who is hypothermic and not shivering must be immediately evacuated and provided with emergency medical care (EMS).

**Precautions to Help Prevent Cold Weather Injuries**

(1)   **On The Field** — Problems result when the body loses more heat in the cold than it produces during exercise.

   a.   Increase heat production by keeping active. Don't stand around — keep moving. Exercise big muscles (arms, shoulders, trunk, and legs) to keep warm.

   b.   Decrease heat loss by covering bare skin, especially hands, ears, head, and neck areas.

   c.   Wear gloves or keep hands covered, whenever possible.

   d.   Wear League-approved skull caps or cold weather gear, if it is possible to wear them under helmets without impairing hearing.

(2)   **On The Sidelines** — Keep warm before you go on the field, but don't sweat.

   a.   Utilize heated benches or heat blowers.

   b.   Use warm parkas, blankets, mittens, and League-approved caps.

   c.   Fluids are important in cold weather. Stay hydrated and drink water or other appropriate beverages during games and practices in cold weather. Fluid requirements during cold weather games or practices will vary according to physical activity levels. The best time to rehydrate between practices or games is at mealtime as eating food improves water consumption. Daily weight can be measured to assess hydration status. A variety of fluids (juice, sports drink, chicken broth) are equally effective in replacing body water. In addition, meals provide the salt intake necessary to retain body water. Avoid alcohol and other substances that may cause fluid loss and dehydration.

   d.   Keep dry. Change socks when possible (halftime), even if they are not wet. Also, change gloves and underwear if wet.

(3)   **Rewarm When Possible**

   a.   Try to have areas protected from the wind.

   b.   Consider rotating players in and out during games/practices so that they get a chance to utilize the blowers and/or warm benches; however, activity is still the best way to keep warm and to rewarm.

   c.   Equipment staff should have a large supply of dry and (if possible) hot towels available. Get players into hot showers as soon as possible after the game/practice.

**NFLPA_BRADY002685**

d.   If a player complains of numbness in hands or feet, bathe in lukewarm (baby bath temperature) water.

e.   Evaluate for hypothermia. Any player showing signs of hypothermia should be treated as set forth above in Section W (3).

## X.   Hot Weather Guidelines

(1)   **Weather Conditions** — Problems in hot and humid conditions result when the body produces more heat from physical exertion and/or exposure to hot environmental conditions than can be lost.

a.   Contact www.weather.com, www.noaa.gov, www.accuweather.com or other weather sources for local heat warnings, high dew-point temperature advisories and sunrise/sunset times (to schedule early or late practices).

b.   The WBGT index should be measured on the playing field, in the sun (if shining) and with whatever wind there is on the field.

c.   Individual playing/practice times should be adjusted to reflect weather conditions. It may be advisable to cancel practice when the WBGT exceeds 90°F with no pads or when the WBGT exceeds 88°F when helmet, pads, and mesh jerseys are worn.

d.   Team physicians should be on site during the first 2-3 days of training camp or any day with extremely hot or hot/humid conditions. On other days during training camp, physicians should be "on call" within close proximity of the training facility. Medical staff should make recommendations to the coaching staff regarding practice modification based on the WBGT reading, weather advisories, previous day WBGT reading, player condition, and prior heat injuries. The use of work/rest cycles allows increasing work breaks with increasing WBGT. This strategy allows for increased time for cooling and rehydration as conditions become more extreme. Serious heat injuries can occur in relatively cool conditions.

e.   CBA Article 23, Section 6(a) requires clubs to limit on-field practice sessions during the first three days of preseason training to specific acclimation activities. Clubs may not conduct full contact padded practices prior to the fourth day of training camp. Within the CBA-mandated constraints of the three day acclimation period, it may be advisable to control heat strain by additionally limiting activity to facilitate heat acclimatization and by using heat abatement strategies, e.g., changing the order of practice activities, providing more rest between practice activities, and scheduling practice activities, when possible, to avoid those times of day when heat and humidity are at their highest.

(2)   **Heat Illness/Stroke Risk** — Remind coaches, medical staff, and players of the early signs of heat illness to prevent progression to heat stroke (dizzy, headache, dry mouth, nausea, confusion, weakness, muscle cramps, or mental status change).

a.  If a player exhibits a change in mental status (does not know who he is, where he is, or what he is doing, irrational behavior, altered consciousness, etc.), and/or has a core temperature (measured rectally) over 105°F, immediately begin cooling via cold-water immersion. After temperature reaches 102°F during cooling then immediately transport to local hospital. The evidence indicates that cold-water immersion and cool-first/transport-second will maximize odds of surviving an exertional heat stroke. If a cold water immersion tub is not immediately accessible, cool using rotating ice-wet towels over whole body or cold water dousing until cold water immersion can commence.

b.  If a player vomits during play or practice, that player should be removed and evaluated for further medical treatment, and if necessary, provided with emergency medical care.

c.  Establish return to practice procedures for ALL heat injuries, including at a minimum, physical examination with orthostatic evaluation.

d.  In addition to rehydration before, during, and after practice, players should significantly replace fluids and electrolytes at meals. Food or fluid restriction for weight loss should not occur during training camp, absent medical supervision. Instruct players in proper hydration practice and encourage them to drink water or other appropriate beverages before a practice or game.

    (i)  Proper hydration practice guidance is available from a number of sources (NATA, ACSM, US Military, Gatorade®). These beverages should contain 20-30 mEq/L sodium (NaCl), 3-5 mEq/L potassium (K) and 5-10% carbohydrate.

    (ii)  Comparison of pre-practice to post-practice body weights can monitor fluid loss during and between practices. Watch for weight gain between or during practices as overdrinking can occur.

    (iii)  Urge players to avoid drinking beverages that can reduce hydration, such as alcoholic beverages, or beverages that contain caffeine, stimulants, diuretics, or related substances for at least 24 hours before any practice or game in extreme heat.

e.  Make shaded areas (open sides for air motion) and air-conditioned cooling areas available at the training site to reduce heat exposure. Have players take cool showers at the end of practice or after events causing significant heat storage. Cool showers dissipate body heat and will enable recovery between practices and overnight. Maintain air-conditioned sleeping and eating areas.

**Precautions to Help Prevent Hot Weather Injuries**

(1)  **On The Field** — Cooling During Games/Practices.

a.  Have available cold, wet towels to cool down the players.

b.  Coaches should take steps to help players acclimate themselves to hot and humid conditions.

c.  Have ample quantities of water or other appropriate beverages available for players during games/practices.

d.  Get players into cool showers as soon as possible after the game or practice.

e.  If a player shows signs of heat-related distress, cool him promptly and thoroughly (see above). Check his body temperature (high reading portable rectal thermometer) and take him to a shaded or air-conditioned location. Administer fluids. Monitor the player's temperature, respiration, and appearance (see above). If he does not improve transport via EMS.

f.  Following any heat injury, limit activity AND establish back to practice guidelines.

(2)  **On The Sidelines** — Keep players cool before going on the field.

a.  Have players avoid direct sunlight and stay in shaded areas when not actively involved in drills.

b.  Adjust the equipment/uniform when possible to dissipate heat. Significant cooling will occur through mesh jerseys and by removing helmets when not needed for drills.

c.  Always have water or other appropriate beverages available, and encourage players to drink frequently to offset sweat losses.

d.  On extremely hot days, have cold water available for players to use to wet their clothing and skin.

**NFLPA_BRADY002688**

# Emergencies and Unfair Acts

## Emergencies

### Policy

The National Football League requires all League personnel, including Game Officials, Commissioner's-office employees, players, coaches, and other club employees to use best efforts to see that each game—preseason, regular season, and postseason—is played as scheduled to its conclusion. The League recognizes, however, that emergencies may arise which make a game's completion impossible or inadvisable. Such circumstances may include, but are not limited to, severely inclement weather, natural or man-made disaster, power failure, and spectator interference.

Games should be suspended, cancelled, postponed, or terminated (see definitions below) when circumstances exist such that commencement or continuation of play would pose a threat to the safety of participants or spectators or would unduly affect the ability of a community to deal with the effects of a local catastrophe or similarly disruptive event.

In determining whether a game should be rescheduled or relocated, public safety, community relations, and competitive integrity should be *key* determining factors. Resources should not be diverted from a community that may need them for recovery and relief efforts.

### Authority of Commissioner's Office

(1) Authority to cancel, postpone, or terminate games is vested <u>solely</u> in the Commissioner (other Commissioner's-office representatives and Referees may suspend play temporarily; see point No. 3 under this section and point No. 1 under "Authority of Referee" below). The following definitions apply:

- *Cancel.* To cancel a game is to nullify it either before or after it begins and to make no provision for rescheduling it or for including its score or other performance statistics in League records.

- *Postpone.* To postpone a game is to (a) defer its starting time to a later time or date, or (b) suspend it after play has begun and make provision to resume it at a later date/time with all scores and other performance statistics up to the point of postponement added to those achieved in the resumed portion of the game.

- *Relocate.* To relocate a game is to play a game that has been postponed at a different location than was originally scheduled.

- *Terminate.* To terminate a game is to end it short of a full 60 minutes of play, officially record it as a completed game, and make no provision to resume it at a later date. The Commissioner may terminate a game in an emergency if, in his opinion, it is reasonable to project that its resumption (a) would not change its ultimate result or (b) would not adversely affect any other inter-team competitive issue.

 NFLPA_BRADY002689

- **Forfeit.** The Commissioner (except in cases of disciplinary action; see last section on "Removing Team from Field"), and his representatives, including Referees, are not authorized to unilaterally declare forfeits. A forfeit occurs only when a game is not played because of the failure or refusal of **one** team to participate. In that event, the other team, if ready and willing to play, is the winner by a score of 2–0.

(2) If an emergency arises that may require cancellation, postponement, or termination (see above), the highest-ranking representative from the Commissioner's office working the game in a "control" capacity will consult with the Commissioner, or game-day duty officer designated by the League (by telephone, if that person is not in attendance) concerning such decision. If circumstances warrant, the Commissioner's-office representative should also attempt to consult with the weather bureau or appropriate security personnel of the League, club, stadium, and local authorities. If no representative from the Commissioner's office is working the game in a "control" capacity, the Referee will be in charge (see "Authority of Referee" below).

(3) In circumstances where safety is of immediate concern, the Commissioner's-office representative may, after consulting with the Referee, authorize a temporary suspension in play and, if warranted, removal of the participants from the playing field. The representative should be mindful of the safety of spectators, players, Game Officials, non-player personnel in the bench areas, and other field-level personnel such as photographers and cheerleaders.

(4) If possible, the Commissioner's-office representative should consult with authorized representatives of the two participating clubs before any decision involving cancellation, postponement, or termination is made by the Commissioner.

(5) If the Commissioner decides to cancel, postpone, or terminate a game, his representative at the game or the game-day duty officer will then determine the method(s) for announcing such decision—for example, public address announcement over Referee's wireless microphone; public-address announcement by home club; communication to radio, television, and other news media.

(6) Unless determined otherwise by the Commissioner, in the event of an incident that causes an NFL game to be cancelled or postponed, all other games that week will be played as scheduled.

(7) If there is an incident at a non-NFL domestic facility or one that affects the community in which a game is scheduled to be played, all efforts will be made to play the game as scheduled, unless the Commissioner, after consulting with the affected club's community leaders, law enforcement, and stadium operators, as well as other relevant parties, determines that a game cannot be played. In such event, the game will be played at its scheduled location as close as possible to the originally scheduled time. If that is not possible, the game will be either (a) played at a later date at the original location, or (b) moved to another location in the affected club's home territory or as close to the affected club's home territory as possible.

(8)     In determining when and where a game is to be played, the Commissioner will consider a number of factors including: (a) issues of competitive integrity (scheduling considerations, including the swap of divisional games, alternate site advantages and disadvantages, NFL quality venue); (b) community and fan relations for affected clubs and local governments; (c) broadcast and network issues; (d) economic projections for alternate sites from ticket sales, concessions, sponsorships, etc.; (e) insurance coverage for game cancellation, responsibility for deductibles, potential litigation; and (f) expenses and revenues to be shared and/or allocated between the affected clubs (travel, lodging, ticket sales, sponsorships, etc.).

(9)     In the event of an incident that creates a national emergency, as defined by federal authorities, the League will consider postponement of all of that week's games.

**Authority of Referee**

(1)     If a Referee determines that an emergency warrants immediate removal of participants from the playing field for safety reasons, he may do so on his own authority. If, however, circumstances allow him the time, he must reach the highest ranking full-time Commissioner's-office representative working at the game in a "control" capacity or the game day duty officer designated by the League (by telephone, if that person is not in attendance) and discuss the actual or potential emergency with such representative or duty officer. That representative or duty officer will then make the final decision on removal of participants from the field or obtain a decision from the Commissioner.

(2)     If a Referee removes participants from the playing field under No. 1 above, he may order them to their respective bench areas or locker rooms, whichever is appropriate in the circumstances.

(3)     After appropriate consultation under No. 1 above, the Referee must advise the two participating head coaches of the nature of the emergency and the action contemplated (if the decision has not yet been reached) or of the final decision.

(4)     The Referee must not, before a decision is reached, make an announcement on his microphone concerning the possibility of a cancellation, postponement, or termination unless instructed to do so by an appropriate representative of the Commissioner's office.

(5)     The Referee must not discuss a forfeit with head coaches or club personnel and must not use that term over the Referee's microphone (see definition of Forfeit under No. 1 of "Authority of Commissioner's Office" above).

(6)     The Referee must not assess an unsportsmanlike conduct penalty on the home team for actions of fans that cause or contribute to an emergency.

(7)     The Referee should be mindful of the safety of not only players and Officials, but also of spectators and other non-participants.

(8)     If an emergency involves spectator interference (for example, non-participants on the field or thrown objects), the Referee should immediately request of the appropriate club or Commissioner's-office representative additional security assistance, including, if applicable, involvement of the League's security representative(s) assigned to the game.

(9)     The Referee may order the resumption of play when he deems conditions safe for all concerned and, if circumstances warrant, after consultation with appropriate representatives of the Commissioner's office.

(10)    Under no circumstances is the Referee authorized to unilaterally cancel, postpone, terminate, or declare forfeiture of a game.

## Procedures for Starting and Resuming Games

Subject to the points of authority listed above, League personnel and Referees will be guided by the following procedures for starting and resuming games that are affected by emergencies:

(1)     If, because of an emergency, a regular-season or postseason game is not started at its scheduled time and cannot be played at any later time that same day, the game nevertheless must be played on a subsequent date to be determined by the Commissioner.

(2)     If an emergency threatens to occur during the playing of a game (for example, an incoming tropical storm), the starting time of the game will not be moved to an earlier time unless there clearly is sufficient time to make an orderly change.

(3)     All games that are temporarily suspended and resumed on the same day, and all suspended games that are postponed to a later date, will be resumed at the point of suspension. On suspension, the Referee will call timeout and make a record of the following: team possessing the ball; direction in which its offense was headed; position of the ball on the field; down; distance; period; time remaining in the period; and any other pertinent information required for an orderly and equitable resumption of play. The Referee will confer with the head coaches to determine the length of time for warm-ups prior to resuming the game, with a maximum time of 10 minutes allotted for warm-ups.

(4)     For regular-season postponements, the Commissioner will make every effort to set the game for no later than two days after its originally scheduled date and at the same site. If unable to schedule at the same site, he will select an appropriate alternative site (See "Procedures for Rescheduling or Relocating a Game").

(5)     For postseason postponements, the Commissioner will make every effort to set the game as soon as possible after its originally scheduled date and at the same site. If unable to schedule at the same site, he will select an appropriate alternative site.

(6)     Whenever postponement is attributable to negligence by a club, the negligent club is responsible for all home-club or visitor-club costs and expenses, including, subject

to approval by the Commissioner, gate receipts and television-contract income. [See Section 19.11(C) of the NFL Constitution and Bylaws.]

(7)   Each home club is strictly responsible for having the playing surface of its stadium well maintained and suitable for NFL play.

## Procedures for Rescheduling or Relocating a Game

[Please note that these guidelines apply specifically to regular and postseason games, and generally to preseason games].

(1)   Each season, within two weeks of the release of the NFL schedule, each NFL team will identify potential stadium conflicts in the 24-48 hours immediately preceding or following its scheduled contests. In addition, the League office, in conjunction with each NFL team, will identify alternative facilities in or around each club's home territory.

(2)   If it is not possible to start or complete a game at its scheduled location and time, the game will be played at its scheduled location as close as possible to the originally scheduled time. If that is not possible, the game will be either (a) played at a later date at the original location; or (b) moved to another location in the affected club's home territory or as close to the affected club's home territory as possible.

(3)   If the game cannot be concluded within a reasonable time frame that same week, it will be at the discretion of the Commissioner to determine whether it should be concluded at a later date, or whether a winner should be declared based on the score at the time the game was called, or whether the game should be suspended without a winner, and either treating the game as a tie or determining the clubs' records based on a 15-game schedule. Every effort will be made to complete the game. If it is impossible to schedule the game within 48 hours after its original date, the Commissioner will attempt to schedule it on the Wednesday of the next calendar week. The Commissioner will keep in mind the potential for competitive inequities if one or both of the involved clubs has already been scheduled for a game close to the Wednesday of that week (for example, a Monday or Thursday game).

(4)   If the stadium will be unavailable for an extended period of time that is less than the remainder of the season, a home-and-home series may be "swapped" when feasible, or the game will be relocated to another facility in the affected club's home territory or as close to the affected club's home territory as possible. At the Commissioner's election, the game may be played in the stadium of the road team or at a neutral site.

(5)   If the stadium will be unavailable for the balance of the season, scheduled home games will be played at another facility in the affected club's home territory or as close to the affected club's home territory as possible. At the Commissioner's election, one or more games may be played in the stadium of the road team or at a neutral site.

(6)     If an incident requires that a determination to postpone or relocate a game be made prior to game day, every effort shall be made to make such determination no later than the third day prior to the scheduled game.

## Financial Policy for Rescheduled, Relocated, or Cancelled Games

(1)     If a game is rescheduled, the visiting team share will be calculated according to customary operating procedures.

(2)     If a series of one team's games has to be rescheduled to another facility, the Commissioner, with the concurrence of the Finance Committee, will review and adjust home and visiting team shares as warranted.

(3)     If one or more games are cancelled, the Finance Committee will review and adjust home and visiting team shares as warranted.

(Note:   The League intends to purchase game cancellation/interruption insurance when commercially available to respond to lost revenues and expense incurred as the result of regular and postseason games not played as scheduled.   The amount of insurance, self-retention deductible, ability to extend coverage to the member clubs, and other terms and conditions are difficult to predict from season to season and depend on market conditions and claim history.   In addition, the primary intent of this insurance program will be to cover national revenues and expense.   Therefore, clubs should not assume coverage will be available through this program to respond to individual club losses.   Clubs are encouraged to evaluate their own financial risk that would result from cancelled or rescheduled games and consider obtaining adequate coverage.)

## Competitive Policy for Cancelled Games

(1)     If a game is cancelled, a team's standing in its division or in its conference (e.g., qualification as a Wild Card in the playoffs or position in playoff seeding) shall be determined on the basis of its final record. When necessary, playoff tie-breakers shall be calculated according to per game average for all teams.

(2)     If a game is cancelled, in order to determine if an individual performance bonus has been earned, including the determination of a player's ranking in a statistical category, a player's number of yards, catches, touchdowns, points, etc., will be divided by 15, and the result multiplied by 16.

## Postseason Games

The above policies also apply for all postseason games. Every effort will be made to play a game on its scheduled date and to complete the game.

## Unfair Acts

### Commissioner's Authority

The Commissioner has sole authority to investigate and take appropriate disciplinary or corrective measures if any club action, non-participant interference, or emergency occurs in an NFL game which he deems so unfair or outside the accepted tactics encountered in professional football that such action has a major effect on the result of the game.

### No Club Protests

The authority and measures provided for in this section (Unfair Acts) do not constitute a protest mechanism for NFL clubs to dispute the result of a game. The Commissioner will conduct an investigation under this section only to review an act or occurrence that he deems so unfair that the result of the game in question may be inequitable to one of the participating teams. The Commissioner will not apply his authority under this section when a club registers a complaint concerning a judgmental error or routine error of omission by Game Officials. Games involving such complaints will continue to stand as completed.

### Penalties for Unfair Acts

The Commissioner's powers under this section (Unfair Acts) include the imposition of monetary fines and draft-choice forfeitures, suspension of persons involved, and, if appropriate, the reversal of a game's result or the rescheduling of a game, either from the beginning or from the point at which the extraordinary act occurred. In the event of rescheduling a game, the Commissioner will be guided by the procedures specified above ("Procedures for Starting and Resuming Games" under Emergencies). In all cases, the Commissioner will conduct a full investigation, including the opportunity for hearings, use of game video, and any other procedures and materials he deems appropriate.


## Removing Team From Field

No player, coach, or other person affiliated with a club may remove that club's team from the field during the playing of any game, including preseason, except at the direction of the Referee. Any club violating this rule will be subject to disciplinary action by the Commissioner, including possible game forfeiture and sole liability for financial losses suffered by the opposing club and any other affected member clubs of the League. [See Section 9.1(E) of the NFL Constitution and Bylaws.]

 **NFLPA_BRADY002695**

## On-Field Emergency Communications Procedures

Should an on-field emergency arise as described in the previous section, the following are expected to play a role in assessing the nature of the emergency and implementing proper communications procedures:

**Home Club PR Director** — The home club PR Director will serve as the central communication point for all internal communication, including communication with stadium command posts and incident rooms. In an emergency situation, the on-site League official will go to the home club PR director's position in the press box to facilitate communication.

**On-site League Representative or League Observer** — A League office representative (from New York) is on-site at every game serving as an officiating observer, network television liaison, or a game operations contact. This individual is marked with an asterisk (*) on the weekly NFL travel sheet forwarded to clubs. The person will also serve as the Commissioner's designee and is responsible for relaying information to the Commissioner or the League's Game Operations Command Center in New York as time allows.

**On-Site League Security Representative** — A League office security representative and/or security representative under contract to the League from the home city is on-site at each game to facilitate communication with local emergency and law enforcement agencies and to assist, verify, and assess as necessary.

**Referee** — The Referee maintains authority to remove teams from the field in cases of obvious and imminent danger (usually pertaining to weather or unruly fan behavior). The Referee will coordinate with the other League, club, and emergency/law enforcement officials on site to determine subsequent steps relating to the game and procedures for the participating teams.

**Network Television Coordinator (Green Hat)** — The "Green Hat" at each game is the communication link between on-site League officials and network television. At every game, the Green Hat is stationed at the press box-side 20-yard line and has radio communication from the field to the League representatives in the press box. In an emergency situation, the Green Hat is a communication link from the League representative/observer to the Referee.

**Local Emergency and Law Enforcement Agencies** — As jurisdictions vary by stadium, it is important that local emergency and law enforcement agencies are aware of these procedures and are available to communicate with the home club PR director, the designated League office representatives, and the NFL security representatives as quickly as possible to facilitate proper communication.

Visiting clubs should note that every stadium has installed a ring-down phone from the visiting team bench to the home club PR spot (where emergency operations will be centralized). Also, visiting club football personnel are urged to be aware that communication to the on-site League representatives can be made via that phone or via the "Green Hat" in emergency situations.

The individuals listed above should take part in the 100-minute (prior to kickoff) security meeting that is followed by the 90-minute meeting in the Officials' locker room with the broadcasting network. At this 100-minute meeting, emergency procedures/communication will be reviewed, including the locations of the local command post and incident room.

NFLPA_BRADY002696

# Guidelines for Game Officials
# During a Serious On Field Player Injury

(1) Players and coaches must go to and remain in the bench area. Direct players and coaches accordingly. Always ensure adequate lines of vision between the medical staffs and all available emergency personnel.

(2) Attempt to keep players a significant distance away from the seriously injured player or players.

(3) Do not allow a player to roll an injured player over.

(4) Do not allow players to assist a teammate who is lying on the field; i.e., removing the helmet or chin strap, or attempting to assist breathing by elevating the waist.

(5) Do not allow players to pull a teammate or opponent from a pile-up.

(6) Once the medical staff begins to work on an injured player, all members of the officiating crew should control the total playing field environment and team personnel to allow the medical staff to perform services without interruption or interference.

(7) Players and coaches should be appropriately controlled to avoid dictating medical services to the athletic trainers or team physicians or taking up their time to perform such service.

**Note:** Officials should be aware of the location of emergency personnel and equipment at all stadiums.

## Emergency Management Planning for NFL Clubs

Severe weather, natural disasters, war, civil commotion, and similar events can disrupt scheduled NFL games. Such disruptions are not limited to game days, and while such situations are rare, clubs should develop contingency plans, also known as Emergency Management Plans, for responding to an emergency, so that games are played with a minimum of disruption or inconvenience to participants and fans.

All clubs are familiar with the NFL Policy on Emergencies and Unfair Acts, which principally addresses authority and procedures to suspend, cancel, postpone, or terminate NFL games. A club's Emergency Management Plan represents its individualized effort to avoid the potential need to invoke this NFL Policy.

Many clubs have already put in place club-specific guidelines and procedures for anticipating emergency situations and minimizing their impact on NFL games. Especially in coastal cities vulnerable to tropical storms and northern cities with heavy snowfall, procedures have been established for responding swiftly and efficiently to avoid game disruption. Because an emergency situation can strike any club at any time, all clubs should have an Emergency Management Plan in place, and should keep existing plans up-to-date.

A thorough Emergency Management Plan will take into consideration all those who rely on the staging of NFL games, including players, coaches, staff, and their families, as well as ticket holders, stadium personnel, broadcasters, government authorities, public safety organizations, vendors, and other third parties. An Emergency Management Plan should strive to ensure games are played as scheduled, in a safe and hospitable environment.

While there is no one Emergency Management Plan that will work for every possible situation, an excellent resource for NFL clubs is the FEMA Emergency Management Guide for Business and Industry (www.fema.gov/business/guide/index.shtm). In addition, because the staging of NFL games is heavily reliant on third parties and has a unique public health and safety component, clubs should also refer to the attached **Guide for All-Hazard Emergency Management Planning** (Appendix A), adapted from FEMA directives to state and local municipalities.

Clubs should also encourage players and staff to have a home or family disaster plan. Clubs can obtain copies of family disaster planning guides from the American Red Cross (www.redcross.org/preparedness/cdc_english/evac-plan.html) and the Federal Emergency Management Agency (www.fema.gov/plan/prepare/plan.shtm). While nobody likes to think of the worst, preparedness is key.

If you have any questions about this subject or need further assistance, please contact the NFL Football Operations department.

# Appendix A

### Guide For All-Hazard Emergency Management Planning*

While the causes of emergencies vary greatly, the potential effects of emergencies do not. Thus, this guide takes a functional approach to the structure of an Emergency Management Plan (EMP). Clubs should develop a plan and assign organizational responsibility for the task or function to be performed, whether that is adjusting team travel plans or evacuating a stadium. A critical aspect of planning for the response to emergency situations is to identify all common tasks or functions that must be performed, assign responsibility for performing each function, and insure that the responsible individual or entity has prepared a standard operating procedure that details how to carry out critical tasks associated with the larger function.

In addition, when an emergency occurs during the NFL season, its impact on a particular club will differ depending on the team's immediate game schedule. As a starting point for Emergency Management Planning, clubs should consider organizing certain emergency response functions according to the following categories:

A. **Team is in home city, preparing for home game**. Players, staff, coaches, and families are all home. Emergency situation arises at home affecting the status of the game or in visiting team's city affecting their travel to the host city or their game preparation.

B. **Team is in home city, preparing for road game**. Players, staff, coaches, and families are still at home, but about to travel to host city. Emergency situation arises at home affecting travel/game preparation or arises in host city affecting the status of the game.

C. **Visiting team is en route to or has arrived at host city for game**. Emergency situation arises in host city affecting the status of the game or in visiting team's city affecting family and staff left behind who may require some level of support.

Plans for performing each emergency response function should not be created in isolation. Since the club's goal is a coordinated response, task-based plans should follow from a Basic Plan that outlines the club's overall emergency organization and policies.

## Components of the EMP

1. **Basic Plan** – an overview of the club's emergency response organization and policies, summarizing the situations addressed by the EMP, the general concept of operations, and division of responsibilities.

   • **Introductory Material.** The EMP should be prefaced with information that enhances accountability and ease of use including the date of the EMP's most recent revision, the contact information of the principal authors, the record of distribution, and the table of contents.

---

Adapted from the Federal Emergency Management Agency "State and Local Guide (SLG) 101: Guide for All-Hazard Emergency Operations Planning."

- **Purpose.** The EMP should contain a general statement of what it is meant to do, with a brief synopsis of the overall plan and any functional annexes and emergency-specific appendices.

- **Situation and Assumptions.** The situation section explains exactly which hazards the EMP addresses, and makes clear why Emergency Management Planning is necessary. The section should draw from existing hazard identification and analysis by government entities and other public service organizations, and may include relative probability and impact of the hazards, aspects of game operations likely to be affected by particular hazards, and critical resource dependencies on third parties including government entities. The assumption section simply describes the information used in preparing the EMP that must be treated as assumption rather than fact. Assumptions are included to show the limitations of the EMP, allowing EMP users to foresee that some improvisation or modification may become necessary.

- **Concept of Operations.** The audience for the EMP needs to picture the sequence and scope of the planned emergency response. The concept of operations section explains the club's overall approach to an emergency situation, i.e., what should happen, when, and at whose direction. Topics should include: division of club, League, stadium, local government, and third party responsibilities; activation of the EMP; "action levels" (depending on the nature and severity of the hazard) and their implications; and general sequence of actions before, during, and after the emergency situation. The concept of operations will touch on direction and control, alert and warning, or continuity of operations matters that may be dealt with more fully in annexes.

- **Organization and Assignment of Responsibilities.** This section establishes the emergency organization that will be relied on to respond to an emergency situation. It includes a listing by entity, department, and individual, and what kinds of tasks are to be performed, permitting a quick grasp of who does what without some of the procedural details included in functional annexes.

  For example, different tasks will fall within the purview of the football department, the travel office, the business operations staff, or stadium management. Specific tasks may be performed by different individuals depending on whether the team is home or away, and who travels with the team. When two or more people or entities perform the same kind of task, one should be given primary responsibility and the other(s) should be given a supporting role. For the sake of clarity, a matrix of individuals/departments and areas of responsibility (including functions) should be created to show at a glance who is to perform the primary and supporting roles for each function.

2. **Functional Annexes** – plans organized around the performance of a broad task. Each annex focuses on one of the critical emergency functions that needs to be performed in response to an emergency. The number and type of functional annexes included in the EMP may vary from club to club. Since functional annexes are oriented toward operations, their primary audience consists of those who perform the tasks. They do not repeat general information contained in the Basic Plan.

**Example: Communications.** A critical function during an emergency will be maintaining communications among members of the organization and critical third parties. Clubs should create a functional annex with relevant communications instructions and information such as contact lists with addresses, phone numbers, and e-mail addresses of all club personnel and their families, League personnel, government and public safety officials, and other third party personnel. The communications functional annex should detail the assignment of responsibility to specific staff members for maintaining contact with various individuals and entities. If a club has implemented toll free numbers for members of the organization and/or the public to call in an emergency, the annex should describe their operation.

**Example: Assistance to Visiting Teams.** If an emergency arises in the host city after the visiting club has arrived or is en route, the home club should provide assistance with contingency arrangements, for example, alternative lodging or return transportation.

3. **Hazard-Specific Appendices** – additional detailed information applicable to the performance of a particular function in the face of a particular hazard. They are prepared when hazard characteristics warrant and are attached to the relevant functional annexes.

**Example: Away Game Alternative Meeting Places.** Certain types of emergencies might affect a team's ability to travel to an away game. Clubs should establish in advance an emergency meeting place from which to depart for away games, such as a team facility, so that personnel are not misinformed or misdirected in the event of certain types of emergencies (e.g., severe weather, air traffic control problems). In the event of such emergencies, personnel should be alerted to meet at the alternative departure point rather than, for example, at the airport. In the event an emergency affects its city while a team is already on the road, the club should designate a meeting place, e.g., a particular shelter where non-traveling personnel and family members could meet.

**Example: Unavailability of Club's Primary Practice Facility.** Since an emergency might affect the availability of a club's primary practice facility, alternate practice sites should be secured in advance.

4. **Standard Operating Procedures and Checklists** – detailed instructions that an individual or entity will need to fulfill, including responsibilities and tasks assigned in the EMP. They may be attached to the EMP or referenced as deemed appropriate.

# Public Relations/Broadcasting

It is strongly suggested that club executives refer to the NFL Media and Public Relations Policy Manual for complete and updated public relations policies. Particular attention should be paid to the NFL Media Relations Policy.

### A. Press Box

(1) **Operation** — The home club is responsible for the operation and staffing of the game-control area of the press box for the period beginning four hours prior to kickoff until completion of responsibilities following the end of the game. It is particularly important that a responsible club employee continue to staff the press box during the final minutes of the game and following the game to assist media and handle any security or stadium matters.

(2) **Credentials** — Extreme discretion should be used in issuing press box credentials to non-media personnel. Prime seats should be used for media. It is also recommended that clubs attempt to limit the distribution of "OFFICIAL" passes, e.g., those permitting access to all areas of the stadium, including the field. Persons having no function in the staging of the game and no official capacity with the club should not appear on the sidelines in areas designated for working photographers during the game.

Player agents and other unauthorized personnel who do not have a function in the staging of the game are prohibited from receiving all-access or media credentials that grant access to the press box and/or other restricted areas during the game. Instead, clubs may offer them the opportunity to purchase a game ticket. Pregame access to the field and postgame access to the family area may be granted.

(3) **Club Personnel** — Member clubs should exert their best effort in limiting the number of club personnel seated in the press box.

(4) **Officiating and Other League Personnel** — Six seats must be set aside in an appropriate location with a direct and unobstructed view of the playing field, video boards, and game and play clocks. These positions will be occupied by game and play clock operators, the coach-to-player cutoff switch operator, the officiating supervisor, the football operations representative, and the national television game rep who will be present for games of national importance (i.e., games played on Thursday, Saturday, Sunday, and Monday nights, Thanksgiving Day, Sunday afternoon doubleheader, and certain selected 1 p.m. ET Sunday games). This location must have a television with the live feed and the appropriate communication equipment. **Each club is requested to attempt to isolate these people from the media and, if possible, to put them in an enclosed booth.** In addition, an assigned seat in the main press box is required for the frequency coordinator(s) with a phone with an outside line.

**NFLPA_BRADY002702**

(5) **Attending Practice** — Unless permission has previously been received, club personnel or their representatives are prohibited from attending another club's training session, including but not limited to, practices, scrimmages, or joint practices. Club personnel may only attend games in which another club is participating as part of the League preseason, regular season, or postseason schedules.

(6) **Preseason Scouting Requests** — Preseason scouting requests are at the discretion of the home team, provided that it complies with the requirement for issuing credentials to an upcoming opponent for one of the two games immediately preceding a regular season game against that opponent.

(7) **Regular Season Scouting Requests** — The home club is required to honor a request from an upcoming opponent (or an upcoming opponent of the visiting club) at one of the two games immediately preceding the game against that opponent, as designated by the opponent. As an example, if Team A and Team B are scheduled to play in the third week of the season, a request must be honored for one of Team A's first two games, as designated by Team B. If B receives a credential for A's first game, either at home or on the road, and also requests a credential for A's second game, the request for the second game can be denied, unless it qualifies as one of the two games for B's opponent in game four. A similar procedure is applicable for late season games involving any teams that have not been mathematically eliminated from the playoffs. If a club that may qualify for the playoffs requests a credential for the 16th or 17th week for games involving any of its potential Wild Card or Divisional playoff game opponents, the requests must be honored by the club that is the home team in these games. It is suggested that, where possible, requests for more than one credential should be accommodated as long as it does not create a seating problem in a working area. Visiting scouts should be limited to press-level locations provided by the Public Relations Director and should have no access to the field or locker rooms. Requests should be granted only to those club personnel authorized to request and receive credentials (listed in the Media and Public Relations Policy Manual).

(8) **Postseason Scouting Requests** — Teams hosting a Wild Card Playoff game must honor a request for at least two scouting credentials from each of the teams in its conference that received a bye. A team hosting a Wild Card playoff game is not required to grant any scouting credentials to any other teams, but may do so if it chooses.

Teams hosting a Divisional Playoff game must honor a request for at least two scouting credentials from each club participating in the other Divisional Playoff game of its conference. A team hosting a Divisional Playoff game is not required to grant any scouting credentials to a team from the other conference, but may do so if it chooses.

For the two Conference Championship games, requests for two scouting credentials from each team participating in the Championship game of the other conference must be honored.

In each case, one of the two seats must be a standard working location (table top) within the press box.

    NFLPA_BRADY002703

(9) **Television Monitors** — Providing monitors is a responsibility of the home club, not that of the televising network. It is mandatory to have a TV monitor at the home club PR Director's position and at the officiating observer's position. In addition, monitors will be provided where possible in press box areas where media can see replays. It is also mandatory to provide monitors in the home and visiting radio booths and for Westwood One. The home club PR Director will use his monitor to check key plays, blocks, etc., and will provide such details promptly to media over press box PA and to stadium PA where applicable.

(10) **Cheerleading** — "Cheerleading" is not permitted in the press box area. The home PR director must ensure that anyone seated in the press box area—media member, staffer, club official, etc.,—acts with professionalism and decorum at all times.

### B. Team Locker Rooms

(1) **Admittance** — No persons except authorized club and League personnel are permitted in the locker rooms prior to the game other than pre-arranged broadcasting network access. Only media personnel with proper press credentials are to be admitted after the game. The home club is responsible for assigning security to each locker room to insure such compliance.

(2) **Media Waiting Period** — Clubs are entitled to a reasonable "cooling off" period after each game. This period is defined as no more than 10 to 12 minutes after the game ends. Following the waiting period, both locker room areas will be opened to all accredited media with immediate access to all players and coaches. In order to relieve congestion, each club is responsible for setting up interview areas in its home stadium for both the home and visiting club. The Head Coach and at least one star player of the game must report to the interview areas as soon as possible after the game. The interview area must include a riser for the coach/player, microphones for the speakers, and a camera platform in the back of the room. The home team must ensure that the visiting team interview area is of adequate size to conduct a professional press conference. Access to the area should be restricted to working media only.

(3) **Player Privacy** — In the locker rooms, the home club must make arrangements for both teams to screen the shower areas from view without blocking access to player lockers. Also, every team must supply to its players wrap-around towels or robes in addition to the normal supply of bath towels for postgame showers. Clubs are urged to take other measures as they see fit for player privacy, such as placing shorts in each locker or building individual locker curtains.

(4) **Training Room** — It should be stressed to players that the training room may not be used as a sanctuary to avoid members of the media.

## C. Telephones/Wireless Internet Access

There must be a direct, controlled phone line between the Officials' locker room and the press box to allow club or League officials to communicate with the Referee. (PR Director and Referee will set code name at pregame meeting.)

One pool phone should be available in or near the visiting media area of the press box. Clubs should make every effort to provide wireless internet access to the media in the press box. Telephones must be provided near each bench area so that sideline contact personnel can promptly transmit all injury information from club personnel in the bench area to the club PR Director in the press box. It is also mandatory to have a direct line from the PR Director's press box position to the TV producer's position in the control truck.

The visiting PR Director should have at his seat in the press box a telephone(s) with dedicated lines to the following areas: the home PR Director position, the visiting club bench, the TV truck, and the national radio booth. He should also have access to an outside line or one of the pool telephones the home club is required to provide.

The visitor's bench must have a direct phone to stadium security in the event there is need for assistance in the bench area.

It is prohibited to use a cell phone or any other form of communication on the sideline during the game that is not provided and sanctioned by the League office. This prohibition applies to all coaches, staff, and players (Active List, Inactive List, Practice Squad, and Reserve List) whether in or out of uniform.

## D. Pool Reporters

The League's pool reporter procedure permits any or all of four pool reporters designated by the Professional Football Writers of America to visit the Game Officials' locker room, one time only, at the conclusion of the game to question the Officials. The identity of the pool reporters will be provided to the game Referee by the home PR Director prior to the interview session. It is not necessary that a club representative attend this postgame interview, but the PR Director should be available if needed. The Referee will record the interview for his report to the League office. A written report of the interview will be produced by a home pool reporter and distributed to the media. The locker room visit is intended to supply information not readily available via the hotline telephone. Such visits are for rules clarification or interpretation; questions involving judgment are not permitted.

The pool reporters, as assigned in each NFL city by the Pro Football Writers of America, are listed in the Directory of Club Contacts, Section D.

Clubs should review the Pool Reporter procedures carefully, especially with Officials' locker room security personnel, prior to the start of the season.

### E.  Attendance Announcements

Prior to the end of each game, the club Public Relations Director should consult with the club ticket manager for the paid attendance figure to be announced on game day. The announcement over the stadium PA and the press box PA should be as follows: "Today's paid attendance is..." The game summary page of the play-by-play book includes a notation for "Paid Attendance—."

Although clubs are not required to announce the number of unused tickets (commonly referred to as "no-shows"), clubs should respond factually to inquiries from the media and provide at least an approximate number when no-shows are a significant factor.

Each week, clubs will report to the League office a detailed box office report, including the number of complimentary and unused tickets and appropriate financial information.

Individual club attendance numbers are not issued publicly by the League office during the season. After each season, total season paid attendance figures for clubs finishing in the top half of the League are included in the announcement on NFL paid attendance for the season.

### F.  Blackout Procedures

Since the NFL continues to observe the spirit of the expired Anti-Blackout Law (Public Law 93-107) for network telecasts, ticket availability should continue to be reported as in the past.

(1)  **120 Hours Before Kickoff** — The number of tickets still available for public sale must be announced. Information should be disseminated to the media and promptly transmitted to Michael North of the NFL Broadcasting department. Should the game become a sellout between the 120-hour announcement and 72 hours prior to kickoff, the home club should announce publicly that the game is a sellout and inform the League office, which in turn will inform the appropriate network.

(2)  **72 Hours Before Kickoff** — The number of tickets remaining for public sale must be announced. This information, and the fact that the game will not be televised locally, should be disseminated to the media with the request that it be printed or aired, and should also be reported to the League office.

### G.  Statistics

It is important that all PR Directors familiarize themselves with the scoring rules, since the home club PR Director is, in effect, the "official scorer" for each NFL game. Keeping statistics is outlined in the Media and Public Relations Policy Manual.

                    **NFLPA_BRADY002706**

## H.   **Personnel Injury Report Policy**

It is NFL policy that information on all injured players be supplied by clubs to the League office, the opposing team, and local media each game week of the regular season and postseason (including for the two Super Bowl teams the week between the Championship games and the Super Bowl). The information must be credible, accurate, and specific within the guidelines of the policy.

All players with significant or noteworthy injuries must be listed on the report, even if the player takes all the reps in practice, and even if the team is certain that he will play in the upcoming game. This is especially true of key players and those players whose injuries have been covered extensively by the media.

This policy is of paramount importance in maintaining the integrity of the NFL.

A player who misses a game due to injury or a player who does not finish a game due to injury must be included on the Injury Report each day of the following week (i.e., for a Sunday game, he must be listed on the practice report on Wednesday, Thursday, and Friday, and the game status report on Friday). If a team has a bye the following week, the player must be listed on the report in the week preceding the team's next game.

The intent of the policy is to provide a full and complete rendering of player availability. The information must be reported in a satisfactory manner to all parties, i.e., the opposing team, local and national media, broadcast partners, etc., for dissemination to the public through the news media.

Should disputes arise with regard to compliance with this policy, it will be incumbent upon clubs to demonstrate that they have acted in a manner consistent with the intent of the policy.

Coaches violating this policy are subject to disciplinary action and may be called to a hearing in the Commissioner's office immediately following any such alleged violation.

Each PR Director is responsible for seeing that all required injury information based on practice participation is reported to the Conference Football Communications Director – and issued to the opposing team, local and national media, broadcast partners, etc., – via the NFL Intranet site by 4:00 p.m., New York time, or as soon as possible following the completion of practice. Note: if a team is playing an opponent in another time zone, it is not required to report its information until after the completion of the other team's practice.

### PRACTICE REPORT SCHEDULE

| Thursday Game | Saturday Game | Sunday Game | Monday Game |
|---|---|---|---|
| Monday | Wednesday | Wednesday | Thursday |
| Tuesday | Thursday | Thursday | Friday |
| Wednesday | Friday | Friday | Saturday |

Club practice tape will be checked periodically and used to verify the accuracy of these reports if there are any conflicts.

In addition, clubs are required to designate on the NFL Intranet site by 4:00 p.m., New York time – and issue to the opposing team, local and national media, broadcast partners, etc., – the <u>status</u> of those injured players for that week's game as follows:

### GAME STATUS REPORT SCHEDULE

| Thursday Game | Saturday Game | Sunday Game | Monday Game |
|---|---|---|---|
| Wednesday | Friday | Friday | Saturday |

It is the PR Director's responsibility to report all changes or additional developments that occur <u>after</u> 4:00 p.m., New York time, on the day designated for reporting game status. Clubs also must distribute this information each day to their local media.

All reports must be made without fail.

Injuries must be identified with a reasonable degree of specificity in terms that are meaningful to coaches, other club officials, the media, and the public. For example, leg injuries must be specified as ankle, knee, thigh, or calf. Arm injuries must be identified as a shoulder, elbow, wrist, hand, or muscle injury. Listing an injury as simply "leg," "arm," "upper body," or some other vague description is not acceptable. For quarterbacks, kickers, and punters, the report must designate "left" or "right" if the injury is to the arm/hand of a quarterback or the leg/foot of a kicker or punter.

Injuries or other occurrences that take place after 4:00 p.m., New York time, on the designated game status reporting day that could impact a player's ability to play in that week's game are to be announced to local media, including The Associated Press, and the televising network of that week's game. In addition, the information is to be relayed to the opposing team's PR Director and to your Conference Football Communications Director or another member of the NFL PR department as soon as it becomes known.

The procedures for reporting injuries are as follows:

1. A list of players who did not participate or fully participate in practice, either due to injury or any other reason, must be submitted to the League office <u>on the designated reporting days</u> no later than 4:00 p.m., New York time (or as soon as possible after the completion of practice):

   **Out**
   WR Joe Smith (knee)

   **Did Not Participate in Practice**
   RB Bill Jones (calf)
   T Dave Johnson (wrist)
   DE John Jackson (not injury related)
   CB George Adams (not injury related)

**NFLPA_BRADY002708**

**Limited Participation in Practice**
QB Moses Madison (right hand)
TE Aaron Monroe (ankle)
S Bob Smith (not injury related)

**Full Participation in Practice**
G Andrew Pierce (hand)
K William Harrison (right ankle)

1.  Limited Participation is less than 100 percent of a player's normal repetitions.
2.  Full Participation is 100 percent of a player's normal repetitions.
3.  Not Injury Related applies to situations in which a player is withheld from his normal repetitions for reasons other than injury. Examples include: resting veteran players, team discipline, jury duty, illness in family, personal matter, etc. In these cases, clubs must explain specifically – on its own participation release issued to the media – why the player missed or was limited in practice.

    NOTE: The term "normal repetitions" applies to a player's participation in both individual drills and the team portion of practice. Consequently, a player who participates in less than 100 percent of his normal repetitions during either the individual or team portion of practice should be listed as "Limited Participation." If a player's game status is in question for "Not Injury Related" reasons, that must appear on the game status report and be explained publicly and included on the release issued to the media.

Examples:

a)  A player who participates in individual drills but does not participate in the team portion of practice should be listed as "Limited Participation" for that day.

b)  A player who participates in individual drills but, for medical reasons, does not take his normal repetitions during the team portion of practice and is assigned to the scout team should be listed as "Limited Participation" for that day. Participation on the scout team, no matter how extensive, by a player whose normal repetitions would be with the starters except for his medical condition, does not change the fact that the proper designation for him that day is "Limited Participation."

    Teams that conduct a walk-through instead of a regular practice are still required to submit a list of injured players in the practice portion of the Injury Report if the walk-through occurs on a normal injury report day. The same requirement holds true for injury report days on which the team has a day off. They should be placed in the practice participation categories based on what they would have done in a regular practice, noting that it is an estimation due to the team conducting a walk-through practice that day or having a day off.

**2.**  The game status report must be submitted to the League office no later than 4:00 p.m., New York time, on the designated reporting days and updated after that day, if applicable:

Out (definitely will not play)

Doubtful (at least 75 percent chance will not play)

Questionable (50-50 chance will not play)

Probable (virtual certainty player will be available for normal duty)

If a player will not play – whether due to injury or non-injury reasons – this fact must be reported.

Please pay particular attention to key players such as quarterbacks and kickers, and remember to use the designation on the NFL Intranet site for left or right if the injury is to a quarterback's arm/hand or a kicker's or punter's leg/foot.

The method of receiving and reporting the information requires the following for a Sunday game (see schedule on page A116 for reporting days by game day).

**Wednesday** –  Submit your personnel (injury) report on the NFL Intranet site no later than 4:00 p.m., New York time (or as soon as possible after the completion of practice). Use the categories outlined: Out, Did Not Participate in Practice, Limited Participation in Practice, and Full Participation in Practice.

This report will be released by the League office to the media and clubs each Wednesday beginning with the Wednesday preceding the first weekend of the regular season. Each club will issue its own injury report and did-not-practice list to its local media on Wednesday.

(Teams whose practice does not conclude by 4:00 p.m., New York time, are to send their report to local media, their opponent's PR Director, and their Conference Football Communications Director as soon as possible after the completion of practice.)

**Thursday** –  Submit your Thursday report on the NFL Intranet site no later than 4:00 p.m., New York time (or as soon as possible after the completion of practice). This must include Thursday's practice participation, including any new injuries.

This office will distribute the updated report to media and clubs. Clubs will release their information to their local media.

(Teams whose practice does not conclude by 4:00 p.m., New York time, are to send their report to local media, their opponent's PR Director, and their Conference Football Communications Director as soon as possible after the completion of practice.)

**Friday** –  Submit your practice and game status reports on the NFL Intranet site no later than 4:00 p.m., New York time. For the game status report, use one of these categories: Out, Doubtful, Questionable, or Probable. Your practice report is due by 4:00 p.m., New York time (or as soon as possible

after the completion of practice). These updated reports will be made available to the media, and clubs will release their information to local media. To avoid confusion, clearly separate on Friday the practice participation report and the injury status report for the game when circulating your information to the media. For example, a veteran player who is not injured but has been rested in practice should not be listed with an injury status designation (probable, questionable, doubtful, out). His practice participation, however, needs to be reported as "limited (Not Injury Related)." Conversely, a player who has missed practice time during the week with an injury should be listed on the status report.

If, after the Friday update, there are additional injuries, you are obligated to report those developments to your beat reporters, including The Associated Press, the televising network of your game, the Public Relations department of your opponent that weekend, and your respective Conference Football Communications Director.

The Competition Committee has affirmed that players listed on Reserve/Physically Unable to Perform, Reserve/Non-Football Injury/Illness, and on the Exempt List who have returned to practice but have not been activated to the 53-player roster do not have to appear on the report.

For players not already designated as "out," clubs are to notify local media, their opponent's PR Director, and their Conference Football Communications Director of any player on their injury report who does not travel to a road game due to injury. Such a player is considered "out," thus necessitating this update.

In addition, team personnel are responsible for reporting in-game injury information factually and accurately as soon as possible for the benefit of the network television audience and the other media covering our games. To ensure fans in the stadium have access to the same information, these injury updates must also be posted on the stadium video board(s), scoreboard(s), or ribbon board(s).

As endorsed by the Competition Committee in March of 2013, in-game injury announcements to the media must be specific to a body part, accurate, and updated as warranted, including any changes to the player's status for the rest of the game if it changes from the initial report.

In situations where players have been involved in major collisions in which a concussion is possible, there will be an announcement in the press box that the player is being evaluated for an injury and a further update will be provided as soon as practical.

A player who suffers a concussion in a game will not be made available to the media in the locker room or in a post-game press conference. The concussion-related medical exemption from media obligations extends to the practice week until the player is cleared to resume activity, i.e., running, lifting, attending meetings, etc. The player does not have to be cleared to practice to be made available to media.

It is the club PR Director's responsibility to obtain and disseminate accurate injury information.

It is the responsibility of the clubs to review unusual situations with their contact in the League office's Public Relations department to determine if a player should be included on the Injury Report. When in doubt, it is best to include a player on the report.

If a player listed as "probable" does not play, it raises serious questions about the integrity of the injury report. If this situation occurs, clubs will be required to submit a written explanation to the League office within 48 hours.

Remember that you are obligated to update a player's status (to the League office, your opponent, the televising network, and your local media) if there is any change after Friday (for a Sunday game).

The weekly personnel/injury reports have been a cornerstone of the public's confidence in the NFL for many decades. The credibility of the NFL, our teams, owners, and team personnel requires full compliance with these policies, which will be strictly enforced. Practice tapes will be reviewed periodically, and violations will be subject to disciplinary action.

## I. Endorsements or Advertising of Alcoholic Beverages or Tobacco Products

Clubs occasionally get requests from players for permission to participate in advertising that amounts to a form of endorsement of a brand of alcoholic beverage, including beer.

In addition to the information on alcohol in the NFL Substances of Abuse Policy, you should be aware of the following League policy:

NFL players, coaches, and other employees must not endorse or appear in advertisements for alcoholic beverages (including beer) or tobacco products.

While fully recognizing that the use of alcohol and tobacco is legal, the NFL nevertheless has long been of the view that participation in ads for such substances by its employees may have a detrimental effect on the great number of young fans who follow our game. In particular, endorsements or other close identification of NFL players with alcohol or tobacco could convey the erroneous impression that the use of such products is conducive to the development of athletic prowess, has contributed to their success, or at least has not hindered them in their performance.

For the above reasons, players and other club and League employees (including Game Officials) must not use alcohol or tobacco products while in the playing field area or while being interviewed on television.

Further, NFL policy prohibits the use or presence of alcoholic beverages, including beer, in club locker rooms at any time during the preseason, regular season, or postseason, including during the practice week and on game day.

Should you be faced with a request as described, you may be guided in your refusal by the reasons pointed out above.

**NFLPA_BRADY002712**

**J.   Sideline Procedures**

(1)   **On-field Media Coordinators** — Both clubs must provide an "on-field media coordinator" on the sidelines, who will ensure that the Field Reporter is operating within the procedures listed below and will assist in information gathering for the Field Reporter, the network, and other media. The on-field media coordinator must also ensure that TV cameras have access to primary allowable areas from which to shoot/report.

(2)   **Vests for Working Personnel on the Field**

The home club's Public Relations department is responsible for the distribution and collection of League-supplied vests at each game for individuals shooting video or still photos on the sidelines.

**Lime Green** — Club or stadium personnel shooting an in-house feed, team programming, or coaches' shows
**Royal Blue** — NFL Films
**Red** — Network Television
**Tan** — Still photographers and local television

**Note**: Network television and NFL Films will be responsible for providing their respective vests.

(3)   **Media Location** — For all preseason, regular season, and postseason games, authorized members of the media and day-of-game personnel will be positioned 15 feet from the sideline on either side of the bench areas behind a yellow border.

The only exception to the 15-foot border is an allowance of the televising network and NFL Films for a limited number of camera persons to access a three-foot zone in front of the yellow border. End zone areas are not affected.

NFL Films and the televising network are permitted to shoot from behind the bench areas but must remain outside of the yellow bench border.

(4)   **Additional Restrictions:**

a.   This does not impact the positioning of the officiating chain crew.

b.   The limited number of authorized persons in the three-foot zone must wear NFL-issued vests. The vests do not replace the need for team-issued game credentials.

c.   Individuals carrying parabolic microphones for TV crews (telecasting network, national and local) and team radio stations are not permitted to be in the three-foot zone and must stay behind the yellow line. In addition, each flagship radio station is limited to one mono-audio parabolic microphone, or two if stereo, without identifying call letters.

d.   Stadium and club-sponsored camera crews are not permitted to be located in the three-foot zone and must stay behind the yellow line.

e. All players who will be "mic'd" for the game, no matter what broadcaster, must be logged on the Game Day Administration form and presented to the Referee at the meeting that takes place one hour and 30 minutes prior to kickoff.

### K. Field Reporters Procedures

(1) Once the game begins, the Field Reporter may remain on the field behind the broken yellow line. The Field Reporter is not allowed to go into the bench area at any time.

(2) The Field Reporter may do live reports at any time during the game. The designated on-field PR representatives are there to facilitate information and story ideas to the Field Reporter, as well as other media functions. The Field Reporter must be assisted by the designated PR representative in gathering pertinent information regarding such topics as equipment changes, weather-related issues, and unique game happenings. Club PR staffs are encouraged to develop strong story ideas for the Field Reporter. Accurate and timely injury information should be given directly to the Field Reporter by each team's on-field representative after clearance from the team's PR Director in the press box.

(3) If previously agreed to by the network and club (no later than the network production meeting with the club), the Field Reporter may interview the head coach on camera at halftime and inactive players as long as the interview takes place away from the bench area. (A "celebrity" may also be interviewed at any time as long as it takes place away from the bench areas. A "celebrity" brought onto the field by the network can only be on the field during the period of the interview and must leave the field immediately following it. Any "celebrity" interview regarding network properties shall continue to count against the network's allotted promotion time. Additionally, a "celebrity" interview cannot include sponsors or their spokespersons.)

Coaches, active players, athletic trainers, doctors, equipment personnel (persons directly involved in the game), and suspended players cannot be interviewed on camera from the start of the game to the finish. (Exception: Pre-approved interview with a head coach or star player at halftime.)

(4) The Field Reporter may not comment on or report conversations overheard from the bench area. The reports shall be limited to what the reporter visually observes and not what he/she hears.

(5) Field Reporter assignments must be provided to the League office by each Wednesday, so they may be distributed to the member clubs.

### L. Game Presentation Policies

The following 2006 Resolution BC-3 adopted by the member clubs on March 28, 2006 outlines our game presentation policies.

*Whereas,* it is in the best interests of the member clubs to cooperate fully with their broadcast partners to ensure the presentation of NFL football in the most professional and high quality manner, be it

**NFLPA_BRADY002714**

*Resolved,* that the provisions of 1998 Resolution BC-2 (such provisions are listed below) shall remain in full force and effect throughout the term of the current contracts with CBS, ESPN, FOX and NBC, and shall extend to NFL Films, the NFL Network and Westwood One; and further

*Resolved,* that the clubs shall also cooperate with the television networks as follows:

1. By making available key players, the head coach and, if requested, the offensive/defensive coordinators to the telecasting network at the weekly production meeting (to be scheduled for a minimum of 60 minutes).
2. By allowing the telecasting network unobstructed access to players on the field pregame (provided there is no interruption of pregame drills) and, at the club's option, to the team locker room for a taped piece to be used only until the game has concluded.
3. At the club's option, by making available to the telecasting network the head coach and/or a "star" player for an on-camera interview at halftime, as well as any inactive (but not suspended) player at any time during the game.
4. By giving priority for post-game on-field interviews to the telecasting network first, followed by Westwood One (if applicable), the NFL Network and other national television partners.
5. By ensuring unobstructed views and access to team bench areas and bench activity, with TV crews using hand-held equipment from approved locations behind the yellow restraining line; by limiting sideline boom microphones to one each for NFL Films and the two participating teams; and by exercising necessary crowd control to ensure clear shots of out of bounds lines.
6. By allowing NFL Films (or a club film crew in lieu of NFL Films) into the winning locker room; and by allowing network camera and reporter access outside team locker rooms (excluding athletic training and X-ray areas).
7. For games broadcast by Westwood One, providing it with priority in selecting a radio booth behind only the home and visiting team primary booths, and 2 close-in parking spaces.
8. Providing all network partners access to a live feed of any club preseason telecast within the broadcast window of a live network preseason game for purposes of limited in-progress taped highlights.
9. Providing necessary stadium services (as defined by the network agreements and the Broadcasting Committee) at club expense; and further

*Resolved,* that beginning two hours before the scheduled start of a game until the game's conclusion, clubs shall not permit any media entity other than the telecasting entity to televise live from a set located at any place with a field view in the stadium, except that the NFL and home club may permit (a) reporters from other NFL network partners and the participating clubs' local station partners to do live or taped stand-ups (without a set) until one hour before the scheduled start of the game; (b) reporters from local stations broadcasting in the local markets of the participating teams to do live or taped reports for regularly-scheduled local news programs (without a set) until 20 minutes before the scheduled start of the game; and (c) the NFL Network to have reporters providing live or taped reports (without a set) until kick off; and shall remove all other television and other video media personnel from the field during the game; and further

*Resolved,* that clubs shall (and shall require their local broadcasters to) honor provisions in national television contracts on scheduling local post-game shows and to comply with League policies implemented to enhance the value of telecasts to the League and NFL broadcast partners; and further

*Resolved,* that the Commissioner and Broadcasting Committee may develop other guidelines to implement the broadcasting agreements, which shall be binding on the member clubs.

In 2007, NFL club ownership determined that the NFL could expand the "pool feed" system for local television station access to sideline footage and still achieve the League's key objectives. The 2007 updated rules will remain in effect for the 2014 season. Key aspects of those updated rules include:

- Up to 5 local television station cameras (no sports cable channels) from each club's market (10 in total) will have in-game sideline access to serve as the pool feed.

- If one team has fewer than the maximum number of five local television station cameras attending the game, the other team may add additional local station cameras as long as the total for both clubs does not exceed 10.

- Sideline television camera access pursuant to this policy is only available to local broadcast television stations for purposes of their news broadcasts. It is not available to print publications or their affiliated web sites, national or regional sports network, online-only entities, or other media outlets. In addition, no audio equipment (e.g., boom mikes) or video equipment other than hand-held cameras will be permitted.

The following provisions of 1998 Resolution BC-2 are still in effect:

## 1. Game Preparation

- Making previous game tapes available to TV announcers for viewing.

- Allowing network personnel (defined as the producer, director, and game announcers) reasonable access at practice one or two days before a game, at the network's option.

- Making players/coaches available, either the day before a game, or on game day, for interviews or other pre-taping when it does not interfere with standard club operations or practices.

## 2. Game Coverage

- Making available, if asked, a key player from the winning team for a brief interview with the telecasting network immediately following the game.

- Strictly adhering to League policy regarding the six-foot white border and the yellow restraining line, and agreeing to an expanded secondary border area that will allow special access for network television.

- Making available accurate injury information as quickly as possible to the network during a game.

- Strictly adhering to game time schedules.

- Properly maintaining and operating Referee wireless equipment (which includes a complete back-up set).

- Allowing the use of a sideline camera cart or carts on both sides of the field.

- Providing acceptable low end zone camera locations.

- Allowing hand-held crews to shoot from approved locations outside of the yellow restraining line, including behind team bench areas.

- Providing two individuals on the sidelines whose primary assignment will be TV liaison. One person, which both the home team (every home game) and visiting team (optional) should supply, will assure that the network's field camera crews and field reporter(s) have access to primary allowable areas from which to shoot and/or report. The second individual (the NFL Sideline Coordinator), approved by the League office, will wear a Green Hat and will serve as direct liaison with the network's sideline coordinator (Orange Sleeves). These two individuals will serve as representatives of each club's PR Director and the League on applicable matters. They must be present at the pregame Officials' meeting 90 minutes prior to kickoff.

## 3. Scheduling

- Making every effort to maximize stadium availability for scheduling purposes.

- Agreeing, with proper notice, to switch regular season games from 1:02 to 4:05/4:25 p.m. or 8:30 p.m. (Eastern Time) to accommodate television broadcasting patterns.

- Agreeing to cooperate fully with League office on finalization of the network preseason game packages.

## 4. New/Renovated Stadiums

- Providing minimum broadcasting requirements in new or remodeled stadiums, including:

- Locating the TV Booth at 50-yard line between 40 and 80 feet above field with minimum width of 24 feet. There must be no obstructions inside the Booth.

- Positioning primary elevated coverage cameras on TV Booth side between 19 and 25 degrees (to near sideline) with standing positions and unobstructed views.

- Locating high end zone camera positions between 24 degrees and 36 degrees to back of each end zone.

- Having available at least five radio/preseason TV booths.

- Guaranteeing NFL Films two elevated camera locations at approximately the 50-yard line.

## M. Commercial Signage in Stadiums

NFL Policy regarding Commercial Signage in stadiums dates to 1981 when a Broadcasting Resolution (adopted 28-0) prohibited commercial signage being placed so that TV networks were forced to show the signs. Similar language has been included in the Television Cooperation Resolution, approved by member clubs several times in recent years.

The existing Broadcasting Resolution on signage, approved 28-0 in 1994, reads:

*RESOLVED,* that clubs will allow the applicable television networks to place appropriate signs/banners on end zone walls or on field level walls across the field from camera locations so that they may be shown on the telecast that has been purchased by the network. Conversely, clubs will not allow local radio/television stations or other commercial entities to position signs/banners on end zone walls or on field level walls across from network camera locations or on the field, including sideline areas, so that television networks will be forced to show such signs as part of their telecasts and therefore provide free television time.

*FURTHER RESOLVED,* that if a television network is obliged to tender "make good" time to a sponsor (or sponsors) because of low level commercial stadium signage located in a manner that forces the network to provide free television time for competitive entities, the home team will be responsible in full for reimbursing the network for those payments to sponsors.

*FURTHER RESOLVED,* that the Commissioner will fine offending clubs for violations.

In 1995 and again in 1998, the Commissioner, at the request of the five networks and the Justice department (on the issue of cigarette advertising in stadiums appearing on TV during NFL games), gave the following interpretation:

The Broadcasting Resolutions on stadium signage prohibit commercial signage in three areas of the stadium:

- On field level walls across from network camera locations.

- On the field, including sideline areas.

- On end zone walls.

End Zone Walls are defined as:

1. Any wall or fence that begins at ground or field level.

2. Any wall or surface that is part of the vomitory or tunnel to the field between the goal posts in the end zone area.

3. Any wall or surface that is located at or below the height (top) of the goal posts (45 feet) in the end zone area, within a width that extends 10 feet outside of each upright...or any end zone wall or surface that is routinely visible on television coverage of extra points and field goal attempts.

If any part of a sign falls within the established parameters, the sign will be in violation of League policy. Stadium names with commercial tie-ins also are prohibited from being placed in these restricted areas.

In addition, the painting or placement of commercial identification, including but not limited to logos, trademarks, and names, is not permitted on the entire playing surface, including sideline areas. This includes stadium names with commercial tie-ins.

These matters have been reviewed and endorsed by the Broadcasting Committee. Stadium signage limitations remain an important issue with all of our broadcast and cable network partners. In addition, we received a letter from the U.S. Department of Justice objecting to cigarette advertising appearing on NFL telecasts via stadium signage.

The networks continue to object to being forced to pick up commercial signage. They properly consider this free advertising. In some cases it is ambush marketing by a competitive product. While they do not object to high signage, even though it often gets some identification on television, the network finds it impossible to properly cover field goal attempts or PATs without "sitting on" commercial signage for an extended period.

Accordingly, the policies outlined above will be strictly enforced.

Any new end zone signage must be approved in advance by the League office.

# Ticket Policies

### A. Complimentary Tickets

The following rules govern complimentary ticket policy for preseason and regular season games. For policies governing complimentary tickets to postseason games, please consult the Postseason Games section of this Manual.

(1) **Definition** — A complimentary ticket is any ticket which is issued free by the home club for a seat or location reflected on the club's ticket manifest and which otherwise would be saleable.

(2) **Amount** — The home club may deduct tickets of any price category listed on its ticket manifest provided the home club does not exceed 10,000 complimentary tickets for <u>each</u> preseason game and does not exceed a <u>total</u> of 17,000 complimentary tickets for all regular season games. The club must itemize the number of complimentary tickets issued by category of recipient. Categories of recipients may include, but are not limited to, players, coaches, other club personnel, Game Officials, other League employees, media, media guests, local dignitaries, lease requirements, bus drivers, etc. Tickets required to seat pregame and halftime entertainment personnel must be included in the home club's complimentary ticket total.

(3) **Complimentary Ticket Allowance**

- Clubs will each receive a complimentary ticket allowance of 10,000 complimentary tickets for each home preseason game. This allowance is inclusive of any League-wide charitable complimentary ticket programs during the preseason (e.g., 4,000 tickets for youth football).
- For home regular season games, each Club will receive a total complimentary ticket allowance of 17,000 tickets, which may be allocated at the Club's discretion over the course of the eight regular season games.

(4) **Visiting Owners** — Pursuant to the NFL Constitution and Bylaws, the home club must reserve a total of 25 seats for the visiting club within the 40-yard lines. However, League practice is to accept "comparable" tickets, which can mean seats in a private box, or similarly private area, outside the 40s. If the visiting club consents, the home club may instead provide controlled-access seating (e.g., a private box) in another location. Locations and specifications of visiting owners' booths at all NFL stadia are stated in the Directory of Club Contacts, Section D.

(5) **Player Tickets** — Players are entitled to two complimentary tickets to each home game; visiting team players may buy two tickets each to the game from the best tickets available for public sale.

(6) **Players Association Comps** — If the NFL Players Association makes a request three days before a game, the home club will supply two complimentary tickets if the request comes from an authorized NFLPA representative. Clubs will make their best efforts to make available two (2) additional tickets to the NFLPA for purchase.

(7) **Officials Comps** — Prior to the season, each club should mail to Dean Blandino, Vice President of Officiating, c/o NFL Office, 18 complimentary season tickets for use by the Game Officials working each game, including preseason games.

(8) **Visiting Team Tickets** — The home club must provide the visiting club with a minimum of 500 tickets for purchase in addition to the 25 owner-type tickets. These tickets should be sent well in advance of the scheduled game.

(9) **Ticket Return Policy** — The visiting club must inform the home club of the number of tickets it plans to return in time for the home club to include this number in its 120-hour announcement on tickets remaining to be sold. These remaining tickets should be returned by the advance man or by other means as soon as possible, and well in advance of the 72-hour television blackout announcement.

There should be club-to-club communication prior to each of the above steps, and also ten days prior to game day. The visiting club should take the initiative. This initiative shifts to the home club whenever it can clearly project the game as a sellout. Ticket managers from the two clubs should communicate early on the arrangements. Up to 250 visiting team return tickets per game may be used as comp tickets in excess of the comp ticket cap. These tickets should be used for prospecting, upgrades, or community initiative purposes.

(10) **TV-Radio Tickets** — Provisions in the 2006 television contracts changed clubs' ticket obligations with our network partners. Following is the 2006 Resolution BC-2 unanimously adopted by the member clubs on January 26, 2006, which reflects those changes. Please note that paragraph 3 of the resolution refers not only to ESPN and NBC, but also to the NFL Network.

*Resolved*, that during the term of the new national media contracts, member clubs shall make a reasonable number of game tickets available for purchase by the League's Broadcast Partners (CBS, ESPN, FOX, NBC, DIRECTV, Westwood One, and NFL NETWORK) to be used for the Network Advertiser/Sponsor Support, as follows:

1. If requested, FOX and CBS will be allowed to purchase 10 season tickets per club, and 24 tickets to any specific game telecast by the requesting network.

2. If requested, each club will also make 50 tickets available for purchase to FOX and CBS for at least one game per season (game or games selected by the network).

3. For each prime time game (regardless of the network or night), if requested, the home club will make available to the telecasting network for purchase not less than 175 tickets per game, as specified by the telecasting network.

4. With respect to individual game ticket allocations other than season tickets, at least 20 tickets will be located between the 30-yard lines (with reasonable elevation) and with at least half of the remaining allocation between the goal lines, and all such tickets will be in groups of two or more.

5. If requested, a minimum of 30 tickets per game will be provided for purchase to our national radio partner—currently Westwood One—for games it broadcasts.

6.   Finally, if requested, up to six (6) tickets for any individual game or game(s) will be provided for purchase to DIRECTV.

7.   All tickets made available to Broadcast Partners for purchase will be offered at face value, and will be subject only to those handling charges generally applicable to tickets purchased directly from the club.

## B.   Ticket Manifest

(1)   Clubs are reminded of the following resolution, passed at the March, 1987 Annual Meeting:

> "RESOLVED, that any ticket handling or ticket service charge in excess of $4.00 per regular season ticket account or order constitutes gross receipts and is to be shared with the visiting team in accordance with established procedures."

(2)   The home club should inform the League office of any changes in the ticket manifest after the July 15 due date.

## C.   Game Financial Settlement

Final settlement of visiting club shares shall be made on the day of the game or no later than two business days subsequent to each regular season and preseason game. The home club shall make settlement by wiring Federal Funds to the League-directed bank account.

Bank:            JP Morgan Chase
Account Name:    NFL Visiting Team Share
ABA#:            021000021
Account#:        304-161837

# Video Policy

Home clubs must provide visiting clubs with equal vantage points for the shooting of games. A club that shoots its home games from more than one end zone vantage point must inform future opponents so that they may, if they wish, shoot the game from all available end zone shooting locations. Only one end zone shooting location can be wired for coaches' still photos (primary end zone shooting location). The opposite end zone shooting location (alternate end zone shooting location) can only be used to acquire game video, but cannot be wired for coaches' still photos. When exchanging game footage, teams are only required to send one sideline view and one end zone view, provided that they are from the same view throughout the entire file. Clubs are not required to provide more than one view of either angle and the opponent does not have the right to choose which sideline view or end zone view is used.

Video Directors must send only intercut files to the NFL Dub Center for the NFL Officiating department. Intercut means each file—Offense, Defense, and Special Teams—displays the sideline shot of the play immediately followed by the end zone view.

Rules as to quality, standards, and procedures for intercut files have been agreed upon by the video directors.

**I.   Acquisition of Game Footage**

    A. Game masters must be recorded with cameras and lenses that meet NFL standards as decided upon by the Competition Committee.

    B. Acceptable acquisition format is AVCHD 720P/60fps at 8Mbps with a mp4 wrapper, as decided upon by the Competition Committee.

    All stadiums must be equipped with the appropriate HD conversion equipment at all shooting locations and still photo printing locations as designated by the NFL Football Operations department in conjunction with DVSport. Clubs must notify NFL Football Operations and DVSport if any HD conversion equipment needs to be repaired and/or replaced. All repair and/or replacement of HD conversion equipment will be a team cost.

    C. Each team may shoot only one camera from each of the designated sideline, end zone, and alternate end zone camera positions.

**II.   Editing of Game Footage**

    A. Offense, Defense, and Special Teams will be separated into individual files. Care should be given to intercut files so that the plays are trimmed in the same manner as in the past to insure that they do not run longer than needed and do not use up unnecessary storage on in-house systems. **Teams should keep files as close to 30 minutes as possible.**

    B. Special Teams files should be edited in the following sequence: Kickoff, Kickoff Return, Punt, Punt Return, Field Goal/PAT, and Field Goal/PAT Block. If the kicker is in the game on a PAT, the play goes in the special teams file regardless of whether or not it is a fake kick or two-point try. If the kicker is not in the game, the play goes on Offense or Defense.

C.  Preceding each sideline play, a two second shot of the scoreboard showing the correct down, distance, and field position must be shown. The game clock should be shown whenever possible, but MUST be included at the start of each series on offense and defense, and preceding EVERY kick on the special teams file. A possible exception to this rule would be in the hurry up offense – care should be taken not to miss the formation at the start of the play. There will be NO scoreboard shot between the sideline and end zone plays. **When it is required that you shoot the game clock separate from the D&D board, shoot the D&D board before shooting the clock.**

D.  Every sideline view on the intercut is required to show ALL pre-snap shifting and motion that occurs. This does not need to be included on the end zone view, although it is required that **the end zone view begin at least a full four seconds prior to the snap. The four seconds prior to the snap on the end zone view must be video in motion, not still frame video**.

E.  End zone video used for intercuts must be from the same end zone.

F.  All penalties must be intercut.

G.  If there is a timeout called that is inadvertently included in the sideline view, there is no need to include it in the end zone view. However, be sure that you **do not intercut timeouts.**

H.  When shooting Kickoffs, begin with the two front lines in the frame and then zoom to a wide shot with the receiver in the picture prior to him catching the ball.

I.  On FG/FGB, tilt to the Officials under the goal post for the G/NG sign from the end zone camera. If you include the Official on the sideline view, zoom to the Official to the side of the kicker. Make sure to hold the shot long enough to get all pertinent footage before zooming to the Official.

J.  **Do not include excessive footage in intercut video (e.g., celebrations).**

## III. Exchange of Game Footage

A.  Clubs to Dub Center:

1.  Teams are required to upload a copy of their game (one file for Offense, one file for Defense, and one file for Special Teams) to the CGE network as soon as possible following the game or returning from a road game. In normal cases, this should not exceed three hours after game or return. This includes all preseason, regular season, and postseason League scheduled games. Scrimmages and intrasquad practices with other clubs do not apply.

2.  Naming Structure: It is mandatory that all teams follow the naming structure.

The following are examples:

The game between the New York Giants at the Buffalo Bill on August 3, 2014 will be labeled as:
14 P001 08-03-14 NYG O @ BUF from NYG.mp4