14 P001 08-03-14 NYG O @ BUF from NYG.xchange

14 P001 08-03-14 NYG D @ BUF from NYG.mp4
14 P001 08-03-14 NYG D @ BUF from NYG.xchange
14 P001 08-03-14 NYG K @ BUF from NYG.mp4
14 P001 08-03-14 NYG K @ BUF from NYG.xchange

Use the team abbreviations included on your NFL block schedule. The Dub Center will provide a list of the games with the naming structure of each game prior to the season. Please refer to this if there are any questions.

3. Only AVCHD files using the mp4 wrapper and their corresponding .xchange files are to be uploaded for exchange purposes.

All files are to be created from a master clip that has been triple marked for Scoreboard, Sideline and, End zone.

All Master Clips plays must be marked in the following manner: Mark In beginning of the scoreboard and Mark Out at end of the scoreboard, Mark In at the beginning of the sideline angle, Mark Out at the end of the sideline, Mark In four seconds prior to snap of the end zone and Mark Out at the end of the end zone.

B. Dub Center to Clubs:

1. NFL All-22 Coaching Footage

a. Distribution of NFL footage will begin after a game(s) is received by the Dub Center. Games submitted by AFC clubs are directed to a Virtual Dub Center (VDC) located at the NFL Network in Culver City, CA. NFC clubs' games are directed to NFL Films in Mt. Laurel, NJ. Upon receipt, these files are automatically synced to the opposite VDC, providing a redundant storage repository in the event of a technical failure at either site. Upon sync, games will be distributed to the NFL clubs in two stages: i) Officiating, the visiting team, and a club's next two opponents receive the files; and ii) the remaining clubs for general distribution. As games are received throughout the night, this process is repeated until each club receives all games played in a week.

b. Embargo Rule: Club game exchange is governed by an embargo process, an "equal and fair" access concept that ensures each game is delivered to all clubs at the same time. Aside from the exchange of each club's next two opponents, a game is not made available to any club until it has been delivered to every club. If an equipment or connectivity problem prevents delivery of a game to one or more clubs, the embargo process prevents that game from becoming available to the rest of the clubs until the equipment or connectivity problem is resolved, allowing all clubs to access the game at the same time. The embargo is lifted if the equipment or connectivity problem is unresolved after six (6) hours, since it is likely that significant intervention will be required (replacement equipment, on-site service call) to resolve. If connectivity problems persist, the Dub Center will work with the affected club to provide it with their game files via an alternate method in the quickest manner possible.

2. College All-22 Coaching Footage

   a. College game distribution from the Dub Center to the clubs occurs after pro game distribution has been completed each week, and finishes prior to the start of games on Sunday. For games received via Signiant Media Exchange, hard drive or DVD, files are converted, checked for quality control, play marked if necessary, water marked with the NFL shield, and then converted to either the 720p 8mb format or a 1080i 6mb file, both in an .mp4 wrapper for distribution. Games received from colleges via Dragonfly are already watermarked with a Dragonfly logo and school name. Those files are then converted to the proper exchange format for distribution. Once a file is deemed ready by the Dub Center, it is delivered simultaneously via the CGE Network to all 32 NFL clubs in one run. This process is repeated throughout the college regular, bowl, and playoff seasons.

   b. College coaching video received for scouting purposes may not be used for any other business purpose. Clubs should remind all personnel traveling to college campuses that college video is prohibited from being shared with anyone outside the NFL.

## IV. Distribution of Game Footage to Club Personnel

A. NFL All-22 Coaching Footage:

1. All NFL game coaching video must be obtained from the NFL Dub Center. Broadcast game video can be obtained from the Dub Center, NFL Films Internet Content Exchange (ICE) system, or be recorded by the club (see Section VI, "Miscellaneous Rules and Regulations"; Paragraph A, "Network Broadcast Footage").

2. All <u>NFL</u> coaching video, game broadcast video, cut-ups, and practice video may be <u>downloaded</u> over the internet or <u>uploaded</u> to laptops or tablets by clubs for distribution to their football staff and players. Furthermore, each club may develop a cloud-based network to allow for <u>streaming</u> of such video over the internet to such club-owned or privately-owned devices.

B. College All-22 Coaching Footage:

1. If a college is scheduled to submit its coaching video to the NFL Dub Center, clubs may only receive that video from the Dub Center. If a college is not scheduled to submit its coaching video to the NFL Dub Center, clubs may receive the video directly from the college.

   **NOTE:** <u>College coaching video received for scouting purposes may not be used for any other business purpose.</u> Clubs should remind all personnel traveling to college campuses that college video is prohibited from being shared with anyone outside the NFL.

2. Clubs are permitted to stream and/or download college coaching video to their employees' laptops or tablets. However, clubs are required to implement all necessary security measures to ensure that the content is protected.

3. Clubs are strictly prohibited from distributing another club's video to a college or any other entity. NFL All-22 video will be posted on the CGE Signiant Media Exchange site. Colleges that participate in the game exchange program will receive secure accounts and password information in order to log in and download the material.

C. Security

1. If a club allows NFL video files to be downloaded over the internet or uploaded onto club-owned or privately-owned devices it must adhere to the following standards:
   - Club-owned laptops and tablets must have software installed (such as MobileMe or AirWatch) that enables the club to remotely wipe the content of the device.
   - Club-owned devices must be password enabled.
   - AES Encryption standard is required.
   - The club-owned device must be collected upon termination of the employee. For privately-owned devices, the club must be able to remove any content (video, playbooks, etc.) within a reasonable amount of time relative to termination.

2. If a club develops a cloud-based network for the purpose of streaming video to club-owned or privately-owned devices, it must adhere to the following standards:
   - The cloud-server can be at the club's facility or at an outside storage provider (see "*Vendors*" below).
   - Club-owned devices must be password enabled.
   - AES Encryption standard is required.
   - The club-owned device must be collected upon termination of the employee. For privately-owned devices, the club must be able to remove any content (video, playbooks, etc.) within a reasonable amount of time relative to termination.

**NOTE:** In both of the above scenarios, clubs are required to keep a log of video usage that must be monitored by the club and provided to the League office if requested.

3. Vendors: A club may use the vendor of its choice to establish digital distribution provided the vendor signs a confidentiality agreement and agrees to follow all procedures and security standards set by the League. A vendor is prohibited from acting as a distribution center of NFL All-22 coaching video or college All-22 coaching video to NFL clubs or any college.

## V. Alternate Issues

A. If a team is away at training camp and cannot access its CGE network to acquire an opponent's game, the following procedure should be followed:

1. In the event that the exchange is for the upcoming opponent: Team in need of shipment of drive will call the team that it requires the game from and ask delivering team to set up a shipment via Fed-Ex same day to be sent out (as in the past) on the first possible flight after the game.

2.  In the event that the exchange is for a team other than the upcoming opponent: Team in need of shipment of drive will call the team that it requires the game from and ask delivering team to set up a shipment via Fed-Ex or UPS.

3.  In either case, Team in need must pay for any shipments that are needed and will provide account number to delivering team.

B.  If clubs believe that violations of any of the Origination, Editing, Exchange, or Shipping rules have occurred, such violations should be brought to the attention of the Vice President of Officiating. Also, inform the Video Directors Committee of any known violations. The Competition Committee will urge that the Commissioner take appropriate disciplinary action in cases of substantiated violations.

C.  To ensure the protection of equipment and employees of the teams' video departments, please follow the guidelines listed for the video shooting locations at your stadium:

    -   Any doors entering the shooting locations within the public seating areas of the stadium are required to be lockable from both the inside and outside of the location to prevent unauthorized access.

    -   All locations must have climate control (heat and/or fans). Any heaters and/or fans must be completely operational and produce the effect that is required. Heaters that do not produce any heat should be replaced.

    -   All locations must supply adequate power for each team (at least two outlets per team).

    -   It is suggested that each shooting location provide either countertop space or tables for both teams.

    Please ascertain that your club is in compliance with these guidelines.

D.  It is imperative that each club instruct its scoreboard operator that he/she must change the down, distance, and field position (whenever any part of the ball touches a yard line, it is considered to be on that yard line; whenever the entire ball is beyond a yard line, the ball is considered to be at the next yard line) as soon as possible since club videographers have to shoot the scoreboard prior to each play. Scoreboard operators can determine the location of the ball for the next play more quickly by keying on the actions of the Game Official who covers the play. The Official(s) will indicate forward progress on a play by assuming a stationary position with right or left foot forward on the ground, even while the runner/receiver is being tackled. This signal is given very quickly and can be of assistance to the scoreboard operator concerning where the ball will be spotted for the next play. Further, the covering Official that had been used during a play on the ground in the side zone and will secure, from the ball boy, a substitute football, which will be thrown in from the sideline to be spotted at the hashmark. Please inform the scoreboard operator to make the changes as soon as the spot is determined, **whether or not a timeout or end of the quarter has occurred.**

## VI. Miscellaneous Rules and Regulations

  A. Network Broadcast Footage:

     1. Each week, each club will receive two network games over the CGE Network; its own game and its upcoming opponent's game. These games will be delivered between the completion of weekly pro coaching video delivery on Monday afternoon and the start of college coaching video delivery on Tuesday morning. The games will be delivered as AVCHD .mp4 files. Clubs will be able to import these files into XOS or DVSport editing systems.

     2. In addition to the two games received over the CGE network, each game will also be posted on the NFL Films Internet Content Exchange (ICE) website (that is accessible by each club's video director.) Each game is posted in .mp4 format. The .mp4 files contain audio and provide the clubs with a full game broadcast in a smaller, easily downloadable file size.

      **NOTE:** A club's internet connection is used to download files from ICE, so the speed of the download will depend on your club's available bandwidth.

     3. Clubs are only permitted to review network footage that is part of the televised broadcast of a game. Clubs are not permitted to request or review any game footage from CBS, ESPN, FOX, NBC, or NFL Network that was not part of the televised broadcast.

  B. Devices that record or playback video, and computers, are prohibited from being used in the coaches' booths or on the field, beginning ninety (90) minutes prior to kickoff and continuing through the end of the game, including halftime.

    **Exceptions:**

     1. Team personnel, including coaches and players, are permitted to use laptops or tablets to view video in the locker room prior to kickoff. Once the game has begun, such devices are prohibited from being used in the locker room until the conclusion of the game.

     2. A projector may be used to display diagrams, photos, drawings, and written documents in the locker room, including during halftime. However, a projector may never be used to display video in any club-controlled area. A document camera, defined as a device that captures visual images by using a camera mounted vertically on a base, is permitted to be attached to a projector. Devices connected to the internet, an intranet, or that store information, including, but not limited to, a personal computer, laptop, tablet, hard drive, flash drive, or thumb drive may not be used in conjunction with a document camera or a projector, unless it is a League-issued Microsoft Surface tablet used for coaches' still photos.

      Questions regarding the type of device that can be attached to a projector or the type of item that can be displayed via a projector should be directed to the Football Operations department prior to the club using such device or displaying such item. Violators will be subject to Commissioner discipline.

3. Club medical staffs are permitted to use tablet devices on the sideline to test a new medical system that will assist in neurological testing and documentation, and potentially could be used to view x-rays and player medical records. Video is prohibited on these devices.

4. Network broadcast game video will be displayed on the sideline in conjunction with the NFL's Injury Video Review System. Video being displayed in this system may only be viewed by the team's medical staff. See pages A16-A18, "Injury Video Review System" for details of this system.

## VII. Still Photo Printing

A. The League office will oversee the use of a uniform still photo printing process used by all teams in all games. Each still photo printing station will consist of the following:

    a. One (1) 19" touch screen video monitor
    b. One (1) CPU image processor
    c. Two (2) printers
    d. Thirteen (13) Microsoft Surface tablets at field level and twelve (12) Microsoft Surface tablets in the coaches' booth.

**NOTE:** The use of any photo printing equipment beyond the specified printing station allotments is prohibited.

B. All equipment will be provided by and serviced by DVSport and Microsoft.

C. The home team must provide all still photo printing stations and tablets on game day and must also provide the following:

    a. One (1) field printing station and tablets for the home team
    b. One (1) field printing station and tablets for the visiting team
    c. One (1) coaches' booth printing station and tablets for the home team
    d. One (1) coaches' booth printing station and tablets for the visiting team

**NOTE:** The use of any photo printing equipment beyond the specified printing station allotments is prohibited.

D. The home team must supply two (2) spare video monitors, two (2) spare CPUs, and four (4) spare printers. This equipment will be split equally between the two teams on game day as backup equipment to be used either on the field or in the coaches' booth. Additionally, the home team will be responsible for providing three (3) spare Microsoft Surface tablets in each bench area charging station.

E. All printing stations and tablets must be in place two (2) hours prior to kickoff on game day. The League office will be responsible for providing a four-person Purple Hat crew in each NFL city to set up and break down the equipment on game day. This crew will also be responsible for assisting in the servicing of the system during the game.

F. The home team must provide one (1) brand new black-ink cartridge for each visiting team printer used on game day. The home team must also provide one (1) spare brand new black-ink cartridge in each home and visiting case. Color printing is prohibited.

Clubs may only use ink cartridges obtained from DVSport. If a cartridge is used that was not obtained from DVSport, the system will become inoperable.

G. Each team is responsible for supplying its own paper.

H. Each team is permitted to print a **maximum of six (6) pieces of paper per play.** Each team independently decides how to use their six pieces of paper per printer per play.

1. Each page can be one of the following:

   a. One (1) 8.5" X 11" picture; or
   b. Two (2) side-by-side pictures on one 8.5" X 11" piece of paper; or
   c. Four (4) separate pictures in a quadrant layout on one 8.5" X 11" piece of paper.

2. Examples of how a team may use their six pages of paper per print per play are:

   a. One (1) 8.5" X 11" picture per play; plus five (5) additional copies of that picture; or
   b. One (1) 8.5" X 11" pre-snap and one (1) 8.5" X 11" post-snap picture; plus a maximum of two (2) additional copies of those pictures; or
   c. One (1) 8.5" X 11" pre-snap and two (2) 8.5" X 11" post-snap pictures taken at different time intervals; plus only one (1) additional copy of that set; or
   d. One (1) pre-snap and one (1) post-snap picture side-by-side on one (1) 8.5" X 11" piece of paper; plus a maximum of five (5) additional copies of that page; or
   e. One (1) pre-snap and three (3) separate post-snap pictures taken at different time intervals in a quadrant layout on one (1) 8.5" X 11" piece of paper; plus a maximum of five (5) additional copies of that page.

I. The home team is permitted to permanently install the coaches' booth still photo printing stations and tablet cabling at its stadium. It is recommended that DVSport be contacted prior to mounting any photo printing system equipment.

J. The Equity rule is in effect until kickoff. If either the home team's or the visiting team's printing system is not operational at kickoff, neither team may operate its system until the problem is resolved. If both systems are fully functional at kickoff, the Equity rule is no longer in effect, and if either team's system malfunctions, the other team can continue to operate its system. If either team's tablet solution is not operational at kickoff, neither team may operate its tablets until the problem is resolved, but printers may be used, provided they are operational for both teams.

K. All locations must be installed with the required video printer lines from both the sideline and end zone shooting locations to the coaches' booths and field. Alternate end zone shooting locations cannot be used to supply video to the video printing system, regardless of whether or not that location is wired in an equitable fashion.

L. **Home teams must provide visiting teams the same situational set up for printers that they have themselves (i.e., cover, placement behind the bench, etc.)** The home team must provide a cover for on-field printing stations in inclement weather that allows the visiting team to remain behind the bench area and does not

obstruct the televising network or NFL Films from shooting into the bench area or obstruct the view of fans.

M. Field-level printing stations should be placed against the field wall. If space does not allow the printing station to be placed against the field wall, the printing station can be located in the bench area. Printing stations located in the bench area must be completely within the yellow border of the bench area.

## VIII. Regulations for Officials' Game Recordings

Recordings of the network broadcast of each game will be provided by the Injury Video Review Technicians. These technicians can also provide a copy of the game recording to each team.

## IX. Injury Video Review System

Regulations and procedures for the Injury Video Review System can be found in paragraph 8 of the Medical section of this manual (pages A16-A18).

**NFLPA_BRADY002732**

The following pages include a game operations stadium checklist and a neutral site game checklist for teams to use as guides.

# Checklist
# Stadium Game Operations

**I.    Team Requirements**
A.    Locker Rooms
1.    Training Room - taping and treatment tables
2.    Equipment Room
3.    Bathroom and Showers - toilet paper/soap/hand towels
4.    Ice
5.    Towels
6.    Coaches Locker Room (Head Coach's office - optional)
7.    White Boards
8.    Bulletin Board
9.    Locker Room Signs (NFL office)
10.    Accessibility of Equipment Trucks
11.    Proper Signage for Direction from Locker Room to Playing Field and Press Box
12.    Programs/Flip Cards Delivered
13.    Coffee/Soda/Bottled Water
14.    Visiting Locker Room Attendants (3)
15.    Separate Area for Postgame Interviews
16.    Security at All Doors - Outside
17.    Pregame Time Schedule
18.    Garbage Cans and Plastic Bag Liners
19.    Game Clock Indicator
20.    Wireless Internet Connectivity

**II.    Officials' Locker Room**
1.    Attendant
2.    Security
3.    Wireless Microphone (GSC)
4.    Green Hat/Game Observer Walkie Talkies
5.    Ring Down Phones from Home PR Director/League Rep Press Box Location
6.    Phone with Direct Outside Line for Emergencies
7.    Transportation Arrangements Postgame
8.    Parking for Game Officials
9.    Medical Supplies
10.    Food and Beverage
11.    Programs/Flip Cards
12.    Sign for Front Door - No Admittance (NFL office)
13.    Bathroom and Showers - toilet paper/soap/hand towels
14.    Instant Replay Communications Equipment (Walkie Talkies, Pagers, etc.)
15.    Pregame Time Schedule
16.    Game Ball Pump
17.    Television
18.    Game Clock Indicator

**III. Press Box and VIP's Box**
    A.   Media
        1.   Use of Proper Credentials - breakdown and color
        2.   Seating in Main Press Box
        3.   Key Locations
            a)   Public Relations Director & Staff
            b)   Stats Crew
            c)   Clock Operators, Coach-to-Player Cutoff Operator
            d)   NFL Observers
            e)   Visiting Scouts
            f)   Visiting Team Staff
            g)   Home Media
            h)   Visiting Media
            i)   P.A. Announcer
            j)   Press Box Announcer
            k)   Video/Scoreboard Operator
            l)   Spotter
            m)   Team Video and NFL Films Shooting Locations
            n)   Replay Booth and Equipment
        4.   Monitors
        5.   Food and Beverage
        6.   Internet Access and Phones
        7.   Electricity for Computers
        8.   Distribution of Stats - Runners
        9.   Copy Machine and Paper
        10.   Ring Down Phones from PR Location in Stadium, TV Truck, and Field
        11.   Press Box Parking
        12.   Programs/Flip Cards
        13.   Security

    B.   VIP's and Visiting Owner's Box
        1.   Owner and Visiting Owner's Box Hosts
        2.   Owner and Visiting Owner's Parking
        3.   Food and Beverage
        4.   Phones
        5.   Security
        6.   Monitors

**IV. Playing Field Requirements**
    A.   Equipment
        1.   Field Markings and Diagrams - NFL Standards
        2.   Paint Machine
        3.   Goal Posts
        4.   Goal Post Ribbons
        5.   Goal Post Pads
        6.   Footballs (24)
        7.   Benches
        8.   Game and Play Clocks
        9.   End Zone Nets
        10.   Chains and Down Indicators Set

11. Chain Crew/Vests
12. End Zone Pylons/Yard Markers
13. Ball Boys/Vests
14. Referee's Wireless Mic
15. Trash Cans for Bench Area
16. Oxygen
17. X-ray in Stadium
18. Gatorade Sideline Carts
19. Bottled Water
20. Ice
21. Coaches' Wireless Communication System
22. Ring Down Phones from Coaches' Booth and Press Box
23. Tables for Bench Area
24. Golf Carts - Flat Bed
25. Ambulances
26. Security for Bench Areas and Around Perimeter of Field
27. Replay Field Monitors
28. Spine Boards
29. Wiring for Coaches Still Photos/Tablets
30. Towels
31. Injury Video Review System
32. Wireless Internet Connectivity

B. Field Availability
    1. Visiting Team Practice
        a) Time Available for Visiting Team Workout
        b) Alternate Site to Practice

## V. Radio and Television
A. Number of Booths Available
B. Dual Feed Capability
C. Parking for Production Trucks (3)
D. Security - Set Up and Game Day
E. Spotters
F. Availability of Stadium Prior to Game
G. Issuance of Credentials and Parking Passes
H. Runners for Radio and Television
I. Monitors

## VI. Stadium Operations Control Booth
A. Home Team Representatives
B. Local Police
C. Stadium Security Representative
D. Walkie Talkies
E. Telephones
F. Emergency Service (First Aid) Representative

**VII. Miscellaneous**

    A.   Team Buses Parking (Home, Visitors, and Officials)
    B.   Coaches' Booths in Press Box (Home and Visitors)
    C.   Coaches' Phone Hook Up
    D.   Coaches' Booths – TV Monitors
    E.   Camera Locations for Team Video in Press Box (Home & Away) with Electrical Power
    F.   Security Patrols for Crowd Control Throughout Stadium
    G.   Parking for Motor Homes, Buses, Regular Cars for Tailgating
    H.   Port-A-Johns for Parking Lots
    I.   Player and Staff Family Meeting Area - Postgame
    J.   Cheerleaders' Locker Room
    K.   Officials' Entrance
    L.   Players' Entrance
    M.   Players' Family Entrance

**CONFIDENTIAL**

# Checklist
# Neutral Site Games
(Also refer to Stadium Game Operations Checklist–Page A142)

For any games played at a neutral site other than League-sponsored games (e.g., Hall of Fame Game), the team designated as the Home team has the responsibility to ensure and provide that all game operations requirements in all categories are carried out for a professional presentation of the game. It is mandatory that the two participating clubs notify the League office as to which team is designated and will function as the home team.

The League office will have the responsibility of coordinating and assigning Game Officials, Game Clock Operator, Play Clock Operator, and Coach-to-Player Cutoff Operator. The Broadcasting department will also coordinate assigning a Green Hat for these games.

The designated **Home Club** is to work very closely and update the NFL Football Operations department in the preparation and authorization of carrying out the policies of the NFL for such games.

## I.   Travel and Accommodations
    A.    Airport Runway Size
    B.    Bus Company
    C.    Equipment Transfer
    D.    Hotel
    E.    Food Services
    F.    Route to Stadium
    G.    Route to Airport
    H.    Official and Team Bus Parking
    I.    Equipment Truck Access to Stadium and Proximity to Locker Room
    J.    Police Escorts

## II.   Team Facilities
    A.    Pregame Practice Site – if needed
    B.    Locker Rooms (Home & Visitors)
    C.    Training Room
    D.    Training Room Equipment
    E.    Ice
    F.    Towels
    G.    Ambulance Service - X-ray equipment in Stadium
    H.    Hospital Location
    I.    Hospital Privileges for Team Doctor
    J.    Hospital Accommodations
    K.    Coaches' Room in Stadium
    L.    White Boards
    M.    Coaches' Booth in Press Box

N. Coaches' Communication Equipment
O. Locker Room Security
P. Bench Security
Q. Locker Room Accessibility for Equipment Men
R. Route from Locker Room to Press Box
S. Camera Location for Game Video with Electrical Power
T. Locker Room Amenities (e.g., soda, coffee, water, etc.)
U. Locker Room for Game Officials
V. Locker Room Signage

## III. Playing Field and Equipment
A. Field Markings and Diagrams
B. Goal Posts
C. Goal Post Ribbons
D. Footballs
E. Pregame Warm-ups Diagram
F. Benches
G. Cooling or Heating Devices at Benches
H. Game Clock and Play Clock
I. End Zone Nets
J. Chain Set and Vests
K. Chain Crew
L. End Zone Pylons/Yard Markers
M. Ball Boys and Vests
N. Referee's Wireless Microphone
O. Officials' Transportation and Security
P. Oxygen and Attendants for Team Benches

## IV. Official Party
A. Owners' Boxes and Hosts
B. Owners' Parking
C. Seats in Press Box for Official Party
D. Food and Beverage for Owners' Boxes

## V. Officials' Locker Room
A. Attendant
B. Security
C. Wireless Microphone (GSC)
D. Green Hat/Game Observer Walkie Talkies
E. Ring Down Phones from Home PR Director/League Rep Press Box Location
F. Phone with Direct Outside Line for Emergencies
G. Transportation Arrangements Postgame
H. Parking for Game Officials
I. Medical Supplies
J. Food and Beverage
K. Programs/Flip Cards
L. Sign for Front Door - No Admittance (NFL office)
M. Bathroom and Showers - toilet paper/soap/hand towels

   **NFLPA_BRADY002738**

N. Instant Replay Communications Equipment (Walkie Talkies, Pagers, etc.)
O. Pregame Time Schedule
P. Game Ball Pump
Q. Television
R. Game Clock Indicator

**VI. Press Accommodations**
A. Press, Official, and Sideline Passes
B. Number of Seats in Press Box
C. Number of Seats Needed by Host
D. Programs/Flip cards
E. Stats Crew
F. Press Box Announcer
G. P.A. Announcer
H. P.A. Announcer Script
I. NFL Observer Accommodations
J. Phone to Sideline
K. Phone to TV Truck        L.        Phone to Officials' Locker Room
M. Internet Access and Phones for Working Press
N. Press Box Runners
O. Press Box Food and Beverage
P. Printed Time Schedule
Q. Scoreboard Operation, Script, and Video
R. Spotters
S. Press Parking
T. Press Box TV Monitors
U. Press Box Copy Machine for Stats
V. Instant Replay Booth and Equipment
W. Clock Operators, Coach-to-Player Cutoff Switch Operator
X. Officials' Transportation and Security - Postgame

**VI. Radio And Television**
A. Number of Available Booths
B. Dual Feed Capability
C. Production Truck Parking
D. Security
E. Spotters
F. Issuance of Credentials and Parking Passes
G. Availability of Stadium Prior to Game

**VII. Stadium Operations Control Booth**
A. Local Police
B. Emergency Services
C. Telephones
D. Walkie Talkies
E. Security Patrol

# Preseason Games

## A. Preseason Game Policy

For preseason games, it is each club's responsibility to ensure that it upholds the sport's competitive integrity on the field and avoids inappropriate negative public comments about such games.

In 2007, the Competition Committee issued a position statement on the preseason that was received without dissent by all clubs at the Annual Meeting:

**Preseason** — The Competition Committee reviewed preseason games, and the need to present these games in a professional manner that emphasizes the high-quality athletic entertainment of NFL contests. While it is recognized and expected that coaches will use such games to give more playing time to rookies and back-up veterans in order to improve the team's regular-season potential, a primary goal should be to win the game at hand. Consequently, the Committee re-emphasizes a number of standards for preseason games that have been communicated to the clubs in the past.

**Playing to Win** — Other than lineup changes for player-evaluating purposes, which are permissible, any action that indicates a team is not giving its best effort to win a preseason game is unacceptable. For example, pregame agreements of any type, such as playing certain personnel at agreed-upon times in the game, are not permitted.

**Public Comments** — Public comments by management, coaches, or any other person in your organization must not denigrate preseason games. Constructive comments which emphasize the importance of preseason games for individual player development and team depth should be used by your coach and others in your organization when dealing with the media.

**Public Displays** — There should be no public displays of indifference toward preseason games—for example, players "dressing down" by removing their jerseys in the bench area after participating in a preseason game, or conducting themselves on or around the playing field in a manner which implies that the players are disinterested and that the contests are unimportant.

**Handling of Players** — Non-injured players should be in uniform for preseason games.

The Competition Committee believes that the preseason can be conducted appropriately in terms of player selection, squad development, and avoidance of injuries to key veterans, without denigrating these games with thoughtless and unnecessary statements and acts. In light of this, the Competition Committee recommends that any public comments or significant actions by clubs that are counterproductive to the spirit of competition during NFL preseason games are subject to fines or other disciplinary action.

In 2014, all preseason home games are on club season-ticket packages, and all 65 games will be broadcast by our television partners; 8 games will be nationally televised "live" by either CBS, FOX, NBC, or ESPN and another 14 will be televised "live" by NFL Network. Over the years the NFL has successfully faced the challenge of entertaining its spectators in the stands and television audiences without hindering the player evaluation process.

        **NFLPA_BRADY002740**

Rather than criticize the very entertainment product that we are all offering to the public, coaches and other club spokespersons should stress the many positive and important aspects of the preseason. These include the opportunity that these games afford to build stronger teams, to hone the skills of veterans, to showcase younger talent, and to have all players compete vigorously for starting and roster spots with their clubs.

Coaches should pay special attention to the prohibition against scrimmage-like arrangements with opposing coaching staffs, such as playing certain personnel at agreed-upon times in the game, or to "go easy" on the opposing team's first-string quarterback or other specific players.

## B. Hall of Fame Game

### (1) Schedule of Games

The Commissioner has the authority to designate the participants in the Hall of Fame game on an annual basis. The game is always played one week prior to start of the preseason schedule.

Home team is **bold faced**.

2014 — **Buffalo** vs. NY Giants

### (2) Participating Teams

#### a. Terms and Guidelines

The participating clubs will use their best efforts to use reason in the size of their traveling parties and in their mode of air transportation.

#### b. Financial/Expenses

i. Each participating team is permitted a maximum of $15,000 for miscellaneous in-Canton expenses including housing for a traveling party of 85, including 70 players plus coaches and club personnel, bus and truck, locker and hotel tips, game films, pregame meal, public relations, and other such miscellaneous expenses.

If variations seem necessary in the size of the traveling party and number of players dressing for the game, each participating club should discuss adjustments with the Hall of Fame, but costs of any personnel over 85 will be the responsibility of the participating club.

ii. Air transportation is an actual expense. Participating clubs are responsible for per diem.

c.    **Player Compensation**

For the 2014 game, the compensation is:

Players with four or more pension credited NFL seasons ............. $1,975.58
Players with three pension credited NFL seasons ........................ $1,500.15
Players with two pension credited NFL seasons ........................... $1,057.03
Players with one pension credited NFL season .............................. $561.29

Players without a pension credit receive no compensation. The per diem they receive for time spent in camp before the first preseason game and per diem for veterans are expenses borne by the participating clubs and not by the Hall of Fame.

d.    **Schedule for Participating Teams**

Friday    —    Club representative must arrive in time for a mid-day stadium/facilities walk-through and final credential meeting.

Friday    —    Deadline for updating team rosters, depth charts, and starting lineups for programs.

Saturday  —    Hall of Fame Enshrinement Ceremony 7:00 p.m. Any club personnel or media in town will be invited to the Enshrinement Buffet held at the Hall (4:00 p.m.–5:45 p.m.)

Saturday  —    Teams arrive

* Hall of Fame Tour by team arranged by Kevin Shiplett, Hall of Fame Vice President, Operations/Facilities (330-209-5715). Tour begins at 7:00 p.m.

Sunday    —    Club personnel and media will be invited to pregame hospitality at the Hall of Fame beginning at 5:30 p.m.

Kickoff time is 8:00 p.m. ET

e.    **2014 Enshrinees**

The 2014 class to be inducted is Derrick Brooks, Ray Guy, Claude Humphrey, Walter Jones, Andre Reed, Michael Strahan, and Aeneas Williams.

(3)  **Television/Radio**

The game will be telecast nationally by NBC. Each club will receive $50,000. Westwood One will provide national network radio coverage.

(4) **Hall of Fame Contacts**

Phone: 330/456-8207
Fax: 330/456-8175

President/Executive Director &mdash; David Baker
Vice President/Chief Financial Officer &mdash; Bill Allen
Vice President, Communications &mdash; Pete Fierle
Vice President, Communications/Exhibits &mdash; Joe Horrigan
Vice President, Marketing/Sponsorship &mdash; Dave Motts
Vice President, Operations/Facilities &mdash; Kevin Shiplett
Vice President, Merchandising/Licensing &mdash; Steve Strawbridge
Chairman, Board of Trustees &mdash; Tom Schervish

Complete logistical information for Hall of Fame game participants is located in the Directory of Club Contacts.

# International Series of Regular Season Games

The International Series of Regular Season Games is conducted under the authority of the League office. Game arrangements including broadcast rights and playing sites are under the control of the Commissioner. All competitive aspects of the International Series of Regular Season Games will be considered, and if necessary, approved by the Competition Committee.

### 2014 International Series Regular Season Games

The International Series of Regular Season Games for the 2014 season will consist of three games. Each participating team will have a bye week following the game.

| Game Date | Home Team | Visiting Team | Game Site |
|-----------|-----------|---------------|-----------|
| September 28, 2014 | Oakland Raiders | Miami Dolphins | Wembley Stadium |
| October 26, 2014 | Atlanta Falcons | Detroit Lions | Wembley Stadium |
| November 9, 2014 | Jacksonville Jaguars | Dallas Cowboys | Wembley Stadium |

### Participating Teams

The home team will have the option of designating one regular season scheduled home game that will not be eligible as an International game. The visiting team will be required to participate in accordance with the NFL schedule. Each participating team will have a home game scheduled the week prior to the International game, unless a road game is requested or consent granted by the club. Divisional games will not be eligible as International games without consent of both clubs.

The NFL will provide a certain number of planning trips for the teams participating and both teams will provide an agreed upon number of players and executives for a promotional trip.

### Financial/Expenses

**Home Team Costs:** The home team will participate in defined revenues and bear certain costs from the U.K. game. All revenues and costs will be clearly outlined in the Memo of Understanding.

**Visiting Team Costs:** The NFL is responsible for the differential between the visiting team's travel costs and the average travel costs of the season's other away games. Flight costs will be based upon an approximation of what the actual costs would have been if the game had been played in the home team's regular stadium.

**NFLPA_BRADY002744**

**Practice Facilities**

The NFL will provide a secure practice facility for the away team. The League will recommend approved practice facilities to the home team and they can secure at their expense.

**Passports and Visas**

Passport and fees are the cost of the team or individual traveler. Any work visa fees for the away team will be paid by the NFL. The NFL Player Engagement department and Security department will assist the clubs in securing passports for all players, coaches, and support staff in preparation for international game travel.

**Pregame/Halftime**

An NFL football game is expected to include appropriate pregame and halftime entertainment. The game will include the home team cheerleaders and other entertainment coordinated through the appropriate League departments. The cost of cheerleader travel, meals, fee, transport, etc. will be split 50/50 with the home team and the League.

**Game Credentials**

Game credentials for teams and their local media will be issued by the League office in conjunction with the home team and the international stadium venue authority.

# Exposure Control Plan

In December 1991, the United States Occupational Safety & Health Administration (OSHA) promulgated regulations (known as a "final rule") regarding the transmission of bloodborne diseases, such as Hepatitis B and the HIV (AIDS) virus. These regulations apply to all employers whose employees face a meaningful risk of exposure to bloodborne diseases. A copy of the OSHA rule has been sent to each member club.

Under the OSHA rule, each affected employer is required to develop an exposure control plan. To assist member clubs in doing so, the League office developed a model plan and has distributed it to all clubs. A copy of the plan appears on the following pages.

The plan — which focuses on team doctors, athletic trainers, equipment managers, and laundry personnel — is designed to comply with the OSHA rule and, more importantly, to minimize the risk of transmission of bloodborne diseases. It was prepared in conjunction with outside counsel and has been carefully reviewed both by a panel of the NFL Physicians Society and by Dr. Lawrence Brown, the NFL Drug Advisor and a nationally recognized authority on the AIDS virus.

**NFLPA_BRADY002746**

**[Name of NFL Club]**

**Exposure Control Plan: Bloodborne Pathogens**

The Exposure Control Plan ("Plan") set forth below is aimed at minimizing the risk to those employees of [CLUB] ("Club") whose job-related exposure to blood and other potentially infectious materials presents a measurable danger of exposure to bloodborne pathogens, such as the hepatitis B virus (HBV) which causes hepatitis B, a serious liver disease, and human immunodeficiency virus (HIV), which causes Acquired Immunodeficiency Syndrome (AIDS). The Plan is based on provisions in OSHA's Occupational Exposure to Bloodborne Pathogens Rule, 29 C.F.R. § 1910.1030, and requires the Club to institute or provide universal precautions, engineering and work practice controls, personal protective equipment, sanitary housekeeping, employee training, hepatitis B vaccinations, post-exposure evaluations and follow-up, and to keep certain records. The Club has identified those employees whose job-related responsibilities fall within the scope of the OSHA standard. Those employees are covered by and must comply with the Plan.

 **NFLPA_BRADY002747**

# Table of Contents

**Page**

Definitions ................................................................................................. A158-A159

Employees with Occupational Exposure ........................................................ A160

Universal Precautions ................................................................................. A160

Engineering and Work Practice Controls ............................................... A160-A162

Personal Protective Equipment ............................................................. A162-A163

Housekeeping ........................................................................................ A163-A166

Hepatitis B Vaccination and Post-Exposure Evaluation and Follow-Up ................... A166-A168

Exposure Incident Evaluation ....................................................................... A168

Communication of Hazards to Employees ...................................................... A169

Recordkeeping .......................................................................................... A169-170

Appendix A:    Personal Protective Equipment ............................................ A171

Appendix B:    Cleaning and Decontamination Schedule ............................... A172

Appendix C:    Hepatitis B Vaccine Declination (Mandatory) ......................... A173

Appendix D:    Post-Exposure Evaluation and Follow-up ............................... A174

Appendix E:    Warning Labels .................................................................. A175

Appendix F:    Training Program ................................................................ A176

Appendix G:    Employee Occupational Exposure Records ............................. A177

## Definitions

The following definitions shall apply to the Exposure Control Plan:

(1) **Assistant Secretary** means the Assistant Secretary of Labor for Occupational Safety and Health, or designated representative.

(2) **Blood** means human blood, human blood components, and products made from human blood.

(3) **Bloodborne Pathogens** means pathogenic microorganisms that are present in human blood and can cause disease in humans. These pathogens include, but are not limited to, hepatitis B virus (HBV) and human immunodeficiency virus (HIV).

(4) **Contaminated** means the presence or the reasonably anticipated presence of blood or other potentially infectious materials on an item or surface.

(5) **Contaminated Laundry** means laundry which has been soiled with blood or other potentially infectious materials or may contain sharp objects ("sharps").

(6) **Contaminated Sharps** means any contaminated object that can penetrate the skin including, but not limited to, needles, scalpels, broken glass, broken capillary tubes, and exposed ends of dental wires.

(7) **Decontamination** means the use of physical or chemical means to remove, inactivate, or destroy bloodborne pathogens on a surface or item to the point where they are no longer capable of transmitting infectious particles and the surface or item is rendered safe for handling, use, or disposal.

(8) **Director** means the Director of the National Institute for Occupational Safety and Health, U.S. Department of Health and Human Services, or designated representative.

(9) **Engineering Controls** means controls (e.g., sharps disposal containers, self-sheathing needles) that isolate or remove the bloodborne pathogens hazard from the workplace.

(10) **Exposure Incident** means a specific eye, mouth, other mucous membrane, non-intact skin, or parenteral contact with blood or other potentially infectious material that results from the performance of an employee's duties.

(11) **Occupational Exposure** means reasonably anticipated skin, eye, mucous membrane, or parenteral contact with blood or other potentially infectious materials that may result from the performance of an employee's duties.

(12) **Other Potentially Infectious Materials** means the following human body fluids: semen, vaginal secretions, cerebrospinal fluid, synovial fluid, pleural fluid, pericardial fluid, peritoneal fluid, amniotic fluid, saliva in dental procedures, any

body fluid that is visibly contaminated with blood, and all body fluids in situations where it is difficult or impossible to differentiate between body fluids.

(13)   **Parenteral** means piercing mucous membranes or the skin barrier through such events as needlesticks, human bites, cuts, and abrasions.

(14)   **Personal Protective Equipment** is specialized clothing or equipment worn by an employee for protection against a hazard. General work clothes (e.g., uniforms, pants, shirts or blouses) not intended to function as protection against a hazard are not considered to be personal protective equipment.

(15)   **Regulated Waste** means liquid or semi-liquid blood or other potentially infectious materials; contaminated items that would release blood or other potentially infectious materials in a liquid or semi-liquid state if compressed; items that are caked with dried blood or other potentially infectious materials and are capable of releasing these materials during handling; contaminated sharps; and pathological and microbiological wastes containing blood or other potentially infectious materials.

(16)   **Source Individual** means any individual, living or dead, whose blood or other potentially infectious materials may be a source of occupational exposure to the employee.

(17)   **Sterilize** means the use of a physical or chemical procedure to destroy all microbial life including highly resistant bacterial endospores.

(18)   **Universal Precautions** is an approach to infection control. According to the concept of universal precautions, all human blood and certain human body fluids are treated as if known to be infectious for HIV, HBV, and other bloodborne pathogens.

(19)   **Work Practice Controls** means controls that reduce the likelihood of exposure by altering the manner in which a task is performed (e.g., prohibiting recapping of needles by a two-handed technique).

### Employees with Occupational Exposure

The Club has determined that the following temporary and permanent employees face occupational exposure and are therefore covered by and must comply with the Exposure Control Plan:

(1)   Physicians
(2)   Athletic Trainers
(3)   Equipment Managers
(4)   Laundry personnel
(5)   Other employees, whether temporary or permanent, who perform tasks similar to those performed by the employees listed above

### Universal Precautions

Universal precautions shall be observed to prevent contact with blood or other potentially infectious materials. Under circumstances in which differentiation between body fluid types is difficult or impossible, all body fluids shall be considered potentially infectious materials. These universal precautions have been developed by the Center for Disease Control and have been recommended to the clubs by the NFL Physicians Society.

### Engineering and Work Practice Controls

Engineering and work practice controls shall be used to eliminate or minimize employee exposure. Where occupational exposure remains after institution of these controls, personal protective equipment shall also be used. Engineering controls shall be examined and maintained or replaced on a regular schedule to ensure their effectiveness. The following engineering and work practice controls shall be used:

(1)   The Club shall provide handwashing facilities which are readily accessible to employees and visiting teams.

(2)   When provision of handwashing facilities is not feasible, the Club shall provide either an appropriate antiseptic hand cleanser in conjunction with clean cloth/paper towels or antiseptic towelettes. When antiseptic hand cleansers or towelettes are used, hands shall be washed with soap and running water as soon as feasible.

(3)   Employees shall wash their hands immediately or as soon as feasible after removal of gloves or other personal protective equipment.

(4)   Employees shall wash hands and any other skin with soap and water, or flush mucous membranes with water immediately or as soon as feasible following contact of such body areas with blood or other potentially infectious materials.

(5) Contaminated needles and other contaminated sharps shall not be bent, recapped or removed unless no alternative is feasible or such action is required by a specific medical procedure. Such recapping or needle removal must be accomplished through the use of a mechanical device or a one-handed technique. Shearing or breaking of contaminated needles is prohibited.

(6) Immediately or as soon as possible after use, contaminated reusable sharps shall be placed in appropriate containers until properly reprocessed. These containers shall be:

(A) Puncture resistant;

(B) Labeled or color-coded in accordance with this Plan;

(C) Leakproof on the sides and bottom; and

(D) In accordance with the requirements for reusable sharps set forth in paragraph (2)(E) of the Housekeeping section of this Plan.

(7) Eating, drinking, smoking, applying cosmetics or lip balm, and handling contact lenses are prohibited in any area where medical procedures are performed.

(8) Food and drink shall not be kept in refrigerators, freezers, shelves, cabinets or on countertops or benchtops in any area where medical procedures are performed or where specimens of blood or other potentially infectious materials are stored.

(9) All procedures involving blood or other potentially infectious materials shall be performed in such a manner as to minimize splashing, spraying, spattering, and generation of droplets of these substances.

(10) Mouth pipetting/suctioning of blood or other potentially infectious materials is prohibited.

(11) Specimens of blood or other potentially infectious materials shall be placed in a container which prevents leakage during collection, handling, processing, storage, transport, or shipping.

(A) The container for storage, transport, or shipping shall be labeled or color-coded according to the Communication of Hazards to Employees section of this Plan and closed prior to being stored, transported, or shipped.

(B) If outside contamination of the primary container occurs, the primary container shall be placed within a second container which prevents leakage during handling, processing, storage, transport, or shipping and is labeled or color-coded according to the requirements of this Plan.

(C) If the specimen could puncture the primary container, the primary container shall be placed within a secondary container which is puncture-resistant in addition to the above characteristics.

(12)     Equipment which may become contaminated with blood or other potentially infectious materials shall be examined prior to servicing or shipping and shall be decontaminated as necessary, unless decontamination of such equipment or portions of such equipment is not feasible.

    (A)     A readily observable label in accordance with the Communication of Hazards to Employees section of this Plan shall be attached to the equipment stating which portions remain contaminated.

    (B)     The Club shall ensure that this information is conveyed to all affected employees, the servicing representative, and/or the manufacturer, as appropriate, prior to handling, servicing, or shipping so that appropriate precautions will be taken.

### Personal Protective Equipment

The following procedures regarding personal protective equipment shall be used:

(1)     For employees with occupational exposure, the Club shall provide, at no cost to the employee, appropriate personal protective equipment. See Appendix A for examples. The Club shall make this equipment available to visiting teams as well.

(2)     Employees shall use appropriate personal protective equipment, except under rare and extraordinary circumstances where in the employee's professional judgment the use of such equipment would prevent the delivery of health care or public safety services or would pose an increased hazard to the safety of the employee or co-employee. When the employee makes this judgment, the circumstances shall be investigated and documented in order to determine whether changes can be instituted to prevent such occurrences in the future.

(3)     The Club shall ensure that appropriate personal protective equipment in the appropriate sizes is readily accessible in its locker rooms, training rooms, practice facilities and at its game sites, including on the sidelines, or is issued to employees. Hypoallergenic gloves, glove liners, powderless gloves, or other similar alternatives shall be readily accessible to those employees who are allergic to the gloves normally provided.

(4)     The Club shall clean, launder, and dispose of personal protective equipment required under this Plan at no cost to the employee.

(5)     The Club shall repair or replace personal protective equipment as needed to maintain its effectiveness, at no cost to the employee.

(6)     If a garment(s) is penetrated by blood or other potentially infectious materials, the garment(s) shall be removed immediately or as soon as feasible.

(7)     All personal protective equipment shall be removed prior to leaving the work area.

(8) When personal protective equipment is removed it shall be placed in an appropriately designated area or container for storage, washing, decontamination or disposal.

(9) Gloves shall be worn when it can be reasonably anticipated that the employee may have hand contact with blood, other potentially infectious materials, mucous membranes, and non-intact skin; when performing vascular access procedures; and when handling or touching contaminated items or surfaces.

    (A) Disposable (single use) gloves, such as surgical or examination gloves, shall be replaced as soon as practical when contaminated or as soon as feasible if they are torn, punctured, or when their ability to function as a barrier is compromised.

    (B) Disposable (single use) gloves shall not be washed or decontaminated for re-use.

    (C) Utility gloves may be decontaminated for re-use if the integrity of the glove is not compromised. However, they must be discarded if they are cracked, peeling, torn, punctured, or exhibit other signs of deterioration or when their ability to function as a barrier is compromised.

(10) Masks in combination with eye protection devices shall be worn whenever splashes, spray, spatter, or droplets of blood or other potentially infectious materials may be generated and eye, nose or mouth contamination can be reasonably anticipated.

(11) Appropriate protective clothing shall be worn in occupational exposure situations. The type and characteristics will depend upon the task and degree of exposure anticipated.

### Housekeeping

The following procedures regarding housekeeping shall be used:

(1) The Club shall ensure that its locker rooms and training rooms, both at its practice facilities (including training camp) and its home game sites, are maintained in a clean and sanitary condition. The Club shall determine and implement an appropriate written schedule for cleaning and method of decontamination based upon the location within the facility, type of surface to be cleaned, type of soil present, and tasks or procedures being performed in the area. See Appendix B for the Club's schedule.

(2) All equipment and environmental and working surfaces shall be cleaned and decontaminated after contact with blood or other potentially infectious materials.

    (A) Contaminated work surfaces shall be decontaminated with an appropriate disinfectant after completion of procedures; immediately or as soon as

feasible when surfaces are overtly contaminated or after any spill of blood or other potentially infectious materials; and at the end of the work shift if the surface may have become contaminated since the last cleaning.

(B) Protective coverings, such as plastic wrap, aluminum foil, or imperviously-backed absorbent paper used to cover equipment and environmental surfaces, shall be removed and replaced as soon as feasible when they become overtly contaminated or at the end of the workshift if they may have become contaminated during the shift.

(C) All bins, pails, cans, and similar receptacles intended for re-use which have a reasonable likelihood for becoming contaminated with blood or other potentially infectious materials shall be inspected and decontaminated on a regularly scheduled basis and cleaned and decontaminated immediately or as soon as feasible upon visible contamination.

(D) Broken glassware which may be contaminated shall not be picked up directly with the hands. It shall be cleaned up using mechanical means such as a brush and dust pan, tongs, or forceps.

(E) Reusable sharps that are contaminated with blood or other potentially infectious materials shall not be stored or processed in a manner that requires employees to reach by hand into the containers where these sharps have been placed.

(3) Contaminated sharps shall be discarded immediately or as soon as feasible in containers that are:

(A) Closable;

(B) Puncture resistant;

(C) Leakproof on sides and bottom; and

(D) Labeled or color-coded in accordance with the Communication of Hazards to Employees section of this Plan.

(4) During use, containers for contaminated sharps shall be:

(A) Easily accessible to personnel and located as close as is feasible to the immediate area where sharps are used or can be reasonably anticipated to be found (e.g., laundry area);

(B) Maintained upright throughout use; and

(C) Replaced routinely and not be allowed to overfill.

(5)    When moving containers of contaminated sharps from the area of use, the containers shall be:

    (A)    Closed immediately prior to removal or replacement to prevent spillage or protrusion of contents during handling, storage, transport, or shipping;

    (B)    Placed in a secondary container if leakage is possible. The second container shall be:

        (i)    Closable;

        (ii)    Constructed to contain all contents and prevent leakage during handling, storage, transport, or shipping; and

        (iii)    Labeled or color-coded according to the Communication of Hazards to Employees section of this Plan.

(6)    Reusable containers shall not be opened, emptied, or cleaned manually or in any other manner which would expose employees to the risk of percutaneous injury.

(7)    Regulated waste shall be placed in containers which are:

    (A)    Closable;

    (B)    Constructed to contain all contents and prevent leakage of fluids during handling, storage, transport or shipping;

    (C)    Labeled or color-coded in accordance with the Communication of Hazards to Employees section of this Plan; and

    (D)    Closed prior to removal to prevent spillage or protrusion of contents during handling, storage, transport, or shipping.

(8)    If outside contamination of the regulated waste container occurs, it shall be placed in a second container that meets the criteria listed in paragraph (7) above.

(9)    Disposal of all regulated waste shall be in accordance with applicable federal, state, and local laws and regulations.

(10)    Contaminated laundry shall be handled as little as possible with a minimum of agitation.

(11)    Contaminated laundry shall be bagged or containerized at the location where it was used and shall not be sorted or rinsed in the location of use.

(12)    Contaminated laundry shall be placed in bags or containers labeled or color-coded in accordance with the Communication of Hazards to Employees section of this Plan. These labeling requirements also apply when the Club ships contaminated laundry off-site to a second facility.

(13)     Whenever contaminated laundry is wet and presents a reasonable likelihood of soak-through or leakage from the bag or container, this laundry shall be placed and transported in bags or containers which prevent soak-through and/or leakage of fluids to the exterior.

(14)     The Club shall ensure that employees who have contact with contaminated laundry wear protective gloves and other appropriate personal protective equipment.

(15)     The Club shall supply necessary materials to visiting teams.

## Hepatitis B Vaccination and
## Post-Exposure Evaluation and Follow-up

The following procedures regarding hepatitis B vaccinations and post-exposure evaluation and follow-up shall be used:

(1)     The Club shall make available the hepatitis B vaccine and vaccination series to all temporary and permanent employees who have occupational exposure, and post-exposure evaluation and follow-up to all employees who have had an exposure incident.

(2)     The Club shall ensure that all medical evaluations and procedures including the hepatitis B vaccine and vaccination series and post-exposure evaluation and follow-up, including prophylaxis, are:

   (A)     Made available at no cost to the employee;

   (B)     Made available to the employee at a reasonable time and place;

   (C)     Performed by or under the supervision of a licensed physician or by or under the supervision of another licensed healthcare professional; and

   (D)     Provided according to recommendations of the U.S. Public Health Service current at the time these evaluations and procedures take place, unless specified otherwise in this section.

(3)     The Club shall ensure that all laboratory tests are conducted by an accredited laboratory at no cost to the employee.

(4)     Hepatitis B vaccination shall be made available after the employee has received the training required by the Communication of Hazards to Employees section of this Plan and within 10 working days of initial assignment to all employees who have occupational exposure unless the employee has previously received the complete hepatitis B vaccination series, antibody testing has revealed that the employee is immune, or the vaccine is contraindicated for medical reasons.

(5)     The Club shall not make participation in a prescreening program a prerequisite for receiving hepatitis B vaccination.

(6)     If the employee initially declines hepatitis B vaccination but at a later date while still covered under this Plan decides to accept the vaccination, the Club shall make available hepatitis B vaccination at that time.

(7)     The Club shall assure that employees who decline to accept hepatitis B vaccination offered by the Club sign the statement in Appendix C.

(8)     If a routine booster dose(s) of hepatitis B vaccine is recommended by the U.S. Public Health Service at a future date, such booster dose(s) shall be made available in accordance with this section.

(9)     Following a report of an exposure incident, the Club shall make immediately available to the exposed employee a confidential medical evaluation and follow-up that includes at least the elements outlined in Appendix D.

(10)    The Club shall ensure that the healthcare professional responsible for the employee's hepatitis B vaccination is provided a copy of OSHA's Occupational Exposure to Bloodborne Pathogens Rule, 29 C.F.R. § 1910.1030.

(11)    The Club shall ensure that the healthcare professional evaluating an employee after an exposure incident is provided the following information:

   (A)   A copy of OSHA's Occupational Exposure to Bloodborne Pathogens Rule, 29 C.F.R. § 1910.1030;

   (B)   A description of the exposed employee's duties as they relate to the exposure incident;

   (C)   Documentation of the route(s) of exposure and circumstances under which exposure occurred;

   (D)   Results of the source individual's blood testing, if available, and

   (E)   All medical records relevant to the appropriate treatment of the employee including vaccination status which are the Club's responsibility to maintain.

(12)    The Club shall obtain and provide the employee with a copy of the evaluating healthcare professional's written opinion within 15 days of the completion of the evaluation.

(13)    The healthcare professional's written opinion for hepatitis B vaccination shall be limited to whether hepatitis B vaccination is indicated for an employee, and if the employee has received such vaccination.

(14) The healthcare professional's written opinion for post-exposure evaluation and follow-up shall be limited to the following information:

    (A) That the employee has been informed of the results of the evaluation; and

    (B) That the employee has been told about any medical conditions resulting from exposure to blood or other potentially infectious materials which require further evaluation or treatment.

(15) All other findings or diagnoses shall remain confidential and shall not be included in the written report.

(16) Medical records shall be maintained in accordance with the Recordkeeping section of this Plan.

## Exposure Incident Evaluation

The following procedures for evaluating the circumstances surrounding exposure incidents shall be used:

(1) Exposure incidents should be reported to the team physician or head trainer immediately. The physician or trainer shall notify appropriate Club officials.

(2) The Club shall investigate and document each exposure incident by interviewing the employees involved and preparing a factual record of the circumstances surrounding the exposure incident.

(3) The Club shall use the factual record to evaluate:

    (A) The policies and failures of control at the time of the exposure incident;

    (B) The effectiveness of the engineering controls in place at the time of the exposure incident; and

    (C) The work practices and protective equipment or clothing used at the time of the exposure incident.

(4) The Club shall use its best efforts to correct the problems identified in its evaluation of the exposure incident.

(5) The investigation and evaluation shall be conducted by a team physician not involved with the exposure incident. He may consult with other healthcare professionals as appropriate.

### Communication of Hazards to Employees

The following procedures for communicating hazards to employees shall be used.

(1)    Warning labels shall be affixed to containers of regulated waste, contaminated equipment, refrigerators and freezers containing blood or other potentially infectious materials, and other containers used to store, transport or ship blood or other potentially infectious materials. See Appendix E for label specifications.

(2)    The Club shall ensure that all employees with occupational exposure participate in a training program which shall be provided at no cost to the employee and during working hours. See Appendix F for a list of training program elements.

(3)    Training shall be provided as follows:

        (A)    At the time of initial assignment to tasks where occupational exposure may take place;

        (B)    By July 6, 1992; and

        (C)    At least annually thereafter.

(4)    Annual training for all employees shall be provided within one year of their previous training.

(5)    The Club shall provide additional training when changes such as modification of tasks or procedures or institution of new tasks or procedures affect the employee's occupational exposure. The additional training may be limited to addressing the new exposures created.

(6)    Material appropriate in content and vocabulary to educational level, literacy, and language of employees shall be used.

(7)    The person conducting the training shall be knowledgeable in the subject matter required to be covered by the training program (see Appendix F) as it relates to professional football and the locker room environment.

### Recordkeeping

The following procedures regarding recordkeeping shall be used:

(1)    The Club shall establish and maintain an accurate record for each employee with occupational exposure. See Appendix G for details.

(2)    The Club shall ensure that employee medical records required by paragraph (1) above are:

    (A)    Kept confidential; and

    (B)    Are not disclosed or reported without the employee's express written consent to any person within or outside the workplace except as required by this section or as may be required by law.

(3)    The Club shall maintain the records required by paragraph (1) above for at least the duration of employment plus thirty (30) years.

(4)    Training records shall include the following information:

    (A)    The dates of the training sessions;

    (B)    The contents or a summary of the training sessions;

    (C)    The names and qualifications of persons conducting the training; and

    (D)    The names and job titles of all persons attending the training sessions.

(5)    Training records shall be maintained for three (3) years from the date on which the training occurred.

(6)    The Club shall ensure that all records required to be maintained by this section shall be made available upon request to the Assistant Secretary and the Director for examination and copying.

(7)    Employee training records required by this section shall be provided upon request for examination and copying to employees, to employee representatives, to the Director, and to the Assistant Secretary in accordance with 29 C.F.R. § 1910.20.

(8)    Employee medical records required by this section shall be provided upon request for examination and copying to the subject employee, to anyone having written consent of the subject employee, to the Director, and to the Assistant Secretary in accordance with 29 C.F.R. § 1910.20.

(9)    The Club shall comply with the requirements involving transfer of records set forth in 29 C.F.R. 1910.20(h).

(10)    If the Club ceases to do business and there is no successor employer to receive and retain the records for the prescribed period, the Club shall notify the Director, at least three (3) months prior to their disposal and transmit them to the Director, if required by the Director to do so, within that three-month period.

**Appendix A**

**Personal Protective Equipment**

**Examples**

Gloves

Gowns

Laboratory coats

Clinic jackets

Aprons

Face shields

Masks

Goggles

Glasses with solid side shields

Mouthpieces

Resuscitation bags

Pocket masks

Ventilation devices

**"Appropriate" Equipment**

Personal protective equipment is "appropriate" if it does not permit blood or other potentially infectious materials to pass through to or reach the employee's work clothes, street clothes, undergarments, skin, eyes, mouth, or other mucous membranes under normal conditions of use and for the duration of time which the protective equipment is used. Personal protective equipment shall be furnished to visiting teams.

**NFLPA_BRADY002762**

**Appendix B**

**Cleaning and Decontamination Schedule**

[INSERT CLUB SCHEDULE]

**NFLPA_BRADY002763**

**Appendix C**

**Hepatitis B Vaccine Declination (Mandatory)**

I understand that due to my occupational exposure to blood or other potentially infectious materials I may be at risk of acquiring hepatitis B virus (HBV) infection. I have been given the opportunity to be vaccinated with hepatitis B vaccine, at no charge to myself. However, I decline hepatitis B vaccination at this time. I understand that by declining this vaccine, I continue to be at risk of acquiring hepatitis B, a serious disease. If in the future I continue to have occupational exposure to blood or other potentially infectious materials and I want to be vaccinated with hepatitis B vaccine, I can receive the vaccination series at no charge to me.

_____
Employee Signature

## Appendix D

## Post-Exposure Evaluation and Follow-up

Each post-exposure medical evaluation and follow-up must contain the following elements:

(1)     Documentation of the route(s) of exposure, and the circumstances under which the exposure incident occurred;

(2)     Identification and documentation of the source individual, unless the Club can establish that identification is infeasible or prohibited by state or local law;

(A)     The source individual's blood shall be tested as soon as feasible and after consent is obtained in order to determine HBV and HIV infectivity. If consent is not obtained, the Club shall establish that legally required consent cannot be obtained. When the source individual's consent is not required by law, the source individual's blood, if available, shall be tested and the results documented.

(B)     When the source individual is already known to be infected with HBV or HIV, testing for the source individual's known HBV or HIV status need not be repeated.

(C)     Results of the source individual testing shall be made available to the exposed employee, and the employee shall be informed of applicable laws and regulations concerning disclosure of the identity and infectious status of the source individual.

(3)     Collection and testing of blood for HBV and HIV serological status;

(A)     The exposed employee's blood shall be collected as soon as feasible and tested after consent is obtained.

(B)     If the employee consents to baseline blood collection, but does not give consent at that time for HIV serologic testing, the sample shall be preserved for at least 90 days. If, within 90 days of the exposure incident, the employee elects to have the baseline sample tested, such testing shall be done as soon as feasible.

(4)     Post-exposure prophylaxis, when medically indicated, as recommended by the U.S. Public Health Service;

(5)     Counseling; and

(6)     Evaluation of reported illnesses.

## Appendix E

### Warning Labels

(1) Warning labels shall include the following legend:



(2) Warning labels shall be fluorescent orange or orange-red or predominantly so, with lettering or symbols in a contrasting color.

(3) Warning labels shall be affixed as close as feasible to the container by string, wire, adhesive, or other method that prevents their loss or unintentional removal.

(4) Red bags or red containers may be substituted for labels.

(5) Containers of blood, blood components, or blood products that are labeled as to their contents and have been released for transfusion or other clinical use are exempted from the labeling requirement.

(6) Individual containers of blood or other potentially infectious materials that are placed in a labeled container during storage, transport, shipment or disposal are exempted from the labeling requirement.

(7) Warning labels required for contaminated equipment shall also state which portions of the equipment remain contaminated.

(8) Regulated waste that has been decontaminated need not be labeled or color-coded.

**CONFIDENTIAL**

**Appendix F**

**Training Program**

The training program shall contain at a minimum the following elements:

(1)  An accessible copy of the regulatory text of OSHA's Occupational Exposure to Bloodborne Pathogens Rule, 29 C.F.R. § 1910.1030, and an explanation of its contents;

(2)  A general explanation of the epidemiology and symptoms of bloodborne diseases;

(3)  An explanation of the modes of transmission of bloodborne pathogens;

(4)  An explanation of the Club's Exposure Control Plan and the means by which the employee can obtain a copy of the written Plan;

(5)  An explanation of the appropriate methods for recognizing tasks and other activities that may involve exposure to blood and other potentially infectious materials;

(6)  An explanation of the use and limitations of methods that will prevent or reduce exposure including appropriate engineering controls, work practices, and personal protective equipment;

(7)  Information on the types, proper use, location, removal, handling, decontamination and disposal of personal protective equipment;

(8)  An explanation of the basis for selection of personal protective equipment;

(9)  Information on the hepatitis B vaccine, including information on its efficacy, safety, method of administration, the benefits of being vaccinated, and that the vaccine and vaccination will be offered free of charge;

(10)  Information on the appropriate actions to take and persons to contact in an emergency involving blood or other potentially infectious materials;

(11)  An explanation of the procedure to follow if an exposure incident occurs, including the method of reporting the incident and the medical follow-up that will be made available;

(12)  Information on the post-exposure evaluation and follow-up that the Club is required to provide for the employee following an exposure incident;

(13)  An explanation of the signs and labels and/or color coding required by this Plan;

(14)  An opportunity for interactive questions and answers with the person conducting the training session.

**Appendix G**

**Employee Occupational Exposure Records**

Each employee occupational exposure record shall include:

(1)   The name and social security number of the employee;

(2)   A copy of the employee's hepatitis B vaccination status including the dates of all hepatitis B vaccinations and any medical records relative to the employee's ability to receive vaccination;

(3)   A copy of all results of examinations, medical testing, and follow-up procedures; and

(4)   The Club's copy of the healthcare professional's written opinion and the information provided to the healthcare professional as required by the Hepatitis B Vaccination and Post-Exposure Evaluation and Follow-up section of this Plan.

For OSHA 200 recordkeeping purposes, an occupational bloodborne pathogens exposure incident (e.g., needlestick, laceration, or splash) shall be classified as an injury and shall be recorded on Form 200 if it meets one of the following recordability requirements.

(1)   The incident is a work-related injury that involves loss of consciousness, transfer to another job, or restriction of work or motion.

(2)   The incident results in the recommendation of medical treatment beyond first aid (e.g., gamma globulin, hepatitis B immune globulin, hepatitis B vaccine, or zidovudin) regardless of dosage.

(3)   The incident results in a diagnosis of seroconversion. (The serological status of the employee shall not be recorded on the OSHA 200 Form.) If a case of seroconversion is known, it shall be recorded on the OSHA 200 Form as an injury (e.g., "splash" rather than "seroconversion") in the following manner:

(a)   If the date of the event or exposure is known, the original injury shall be recorded with the date of the event or exposure in column B.

(b)   If there are multiple events or exposures, the most recent injury shall be recorded with the date that seroconversion is determined in column B.

# Important Future Dates
## 2014 Season

| | | | |
|---|---|---|---|
| August | 1-3, 2014 | | Hall of Fame Weekend, Canton, OH |
| August | 7-9, 2014 | | First Preseason Weekend |
| September | 4, 2014 | | First Regular Season Game, Green Bay Packers at Seattle Seahawks |
| September | 7-8, 2014 | | First Regular Season Weekend |
| October | 2014 | | Equipment Managers Meeting |
| October | 7-8, 2014 | | Fall Meeting, Conrad New York, New York City, NY. |
| December | 9-10, 2014 | | NFLMC Labor Seminar, Four Seasons-Las Colinas, Irving, TX |
| December | 28, 2014 | | Regular Season Closes |
| January | 3-4, 2015 | * | Wild Card Playoffs |
| January | 10-11, 2015 | * | Divisional Playoffs |
| January | 18, 2015 | * | Conference Championships |
| January | 25, 2015 | | Pro Bowl, University of Phoenix Stadium, Glendale, AZ |
| February | 1, 2015 | | Super Bowl XLIX, University of Phoenix Stadium, Glendale, AZ |
| February | 2015 | | NFL Video Directors Meeting, Indianapolis, IN |
| February | 17-23, 2015 | | National Invitational Camp, Lucas Oil Stadium, Indianapolis, IN |
| February | 2015 | * | NFL Physicians Meeting, Indianapolis, IN |
| March | 2015 | * | Competition Committee Meeting, Naples Beach Hotel, Naples, FL |
| March | 10, 2015 | | First day of 2015 League Year (Tentative) |
| March | 22-25, 2015 | | Annual Meeting, Arizona Biltmore, Phoenix, AZ |
| April | 30 - May 2, 2015 | * | Annual Selection Meeting, TBD (Tentative) |
| May | 18-20, 2015 | | Spring League Meeting, Ritz-Carlton, San Francisco, CA |
| June | 2015 | * | NFL Athletic Trainers Meeting |
| June | 2015 | * | Rookie Symposium |

---

\* **Dates and/or sites to be determined**

## Index

| | Page |
|---|---|
| 40/25-Second Play Clocks | A19 |
| Adverse Weather Conditions, Guidelines for | A92-A97 |
| Alcoholic Beverages | A11 |
| Alcoholic Beverages, Endorsements or Advertising | A121 |
| Arrival-In-City Rules (Preseason, Regular Season, and Post Season) | A71 |
| Artificial Surface Guidelines | A68-A70 |
| Attendance Announcements | A115 |
| Ball Boys | A42, A83 |
| Banking Information (Visiting Club Shares) | A131 |
| Bench Areas | A63 |
| Bench Area Access | A80-A82 |
| Bench Area, Restricted Zone | A82-A83 |
| Bench Climate-Control Units | A43-A44 |
| Blackout Procedures | A115 |
| Broadcasting | A111-A128 |
| Bus Lines | * |
| Captains' Patch Rules | A57-A58 |
| Chain Set and Pylons | A41 |
| **Checklists, Stadium Game Operations & Neutral Site Games** | A142-A148 |
| Cheerleaders | A87 |
| Clock Operators and Other League Personnel | A20 |
| Club-Controlled Sound | A86 |
| Club-Controlled Video | A33, A86-A88 |
| Coach-to-Player System (C2P) | A25-A28 |
| Coaches' Booths | A29-A31 |
| Coaching Staff Communications | A21-A25 |
| Coin Toss | A79, A89 |
| Cold Weather Guidelines | A92-A95 |
| Commercial Signage in Stadiums | A127 |
| Competitive Aspects of the Game | A1 |
| Complimentary Tickets | A129-A131 |
| Concussion Protocols | A15 |
| Crowd Noise | A86 |
| Domed Stadiums (Retractable Roof and/or Retractable Wall) | A36-A37 |
| Electronic Devices | A84 |
| Electronic Equipment Check | A9-A10 |
| **Emergencies and Unfair Acts** | A98-A107 |
| Emergency Management Planning for NFL Clubs | A107 |
| Emergency Medical Services | A14,* |

\* Please refer to section D, Directory of Club Contacts

## Index

|  | Page |
|---|---|
| Enforcement of Uniform and On Field Policies | A59-A60 |
| End Zone Nets | A35 |
| Enhanced Audio | A85 |
| **Equity Rule/Competitive Aspects of the Game** | A1 |
| **Exposure Control Plan** | A155-A177 |
| Face Protectors/Helmets | A53-A54 |
| Field Access | A79 |
| Field Covers | A65-A68 |
| Field Equipment/Standard | A41-A42 |
| Field Markings | A62 |
| Field Reporters Procedures | A123 |
| Field Seats | A35 |
| Fields in Inclement Weather, Mandatory Guidelines | A65-A68 |
| First Down Measurements | A83 |
| Foreign Substances on Player Uniforms on Game Day, Officiating Procedures | A50 |
| Frequency Coordination | A28 |
| Gambling, Advertising Policy | A85 |
| **Game and Field Equipment** | A39-A44 |
| Game Clocks | A19 |
| Game Coverage | A125-A126 |
| Game-Day Designee Certification | A1 |
| Game Financial Settlement | A131 |
| Game Footballs | A39-A40 |
| Game Preparation | A125 |
| Game Presentation Policies | A123-A125 |
| **Game Procedures** | A71-A97 |
| Game Uniform | A45-A50 |
| Goal Post, Goal Post Extensions, Ribbons, and Clamps | A42 |
| Halftime | A88-A89 |
| Hall of Fame Game | A150-A152, * |
| Hard Casts | A15 |
| Helmets, Face Protectors | A53-A54 |
| Helmet Warning Label | A55 |
| Hot Weather Guidelines | A95-A97 |
| **Important Future Dates** | A178 |
| Injury, On-Field Player, Guidelines for Game Officials | A106 |
| Injury Report Policy, Personnel | A116-A121 |
| Injury Video Review System | A15-A18, A141 |
| Instant Replay Booth | A36 |
| **Integrity of the Game**, Policy and Certification | A2-A8 |

\* Please refer to section D, Directory of Club Contacts

NFLPA_BRADY002771

## Index

| | Page |
|---|---|
| **International Series of Regular Season Games** | A153-A154 |
| Jersey Colors | A54-A55, * |
| Jersey Numbering System | A55-A56 |
| Kicking Tees | A44 |
| Locker Rooms | A11-A14, A113 |
| Locker Room Signs | A11 |
| Maintenance of Surfaces, Recommend Practices | A68-A70 |
| Mascots | A88 |
| Medical | A14-A18 |
| Medical Facilities | * |
| Music in Stadium | A34 |
| National Anthem | A78 |
| New/Renovated Stadiums | A126 |
| Officials' Locker Room | A13-A14, A142, A147-148 |
| Officials/Press Box Phone | A13 |
| Officiating Conference | A89 |
| Officiating Criticism | A90 |
| Officiating Procedures to Detect Foreign Substances on Player Uniforms on Game Day | A50 |
| On-Field Emergency Communications Procedures | A105 |
| On-Field Serious Player Injury, Guidelines for Game Officials | A106 |
| **On Field Policy** | A51-A60 |
| Overtime Procedures | A89 |
| Oxygen | A15 |
| Personnel Injury Report Policy | A116-A121 |
| Photocopiers/Locker Rooms | A11-A12 |
| **Plan of the Playing Field/Playing Field Specifications** | A61-A70 |
| Play Clocks | A19 |
| Player Compensation/Hall of Fame Game | A151 |
| Player Introductions | A78 |
| Player Personnel Changes | A90 |
| Player Personnel Notices | A90 |
| Player Tracking Devices | A84 |
| Playing Field Misconduct | A83-A85 |
| Playing Field Specifications | A63-A70 |
| Playing Surfaces | A63, * |
| Pool Reporters | A114, * |
| Pregame Timing Schedule | A72-A76 |
| Pregame Warm-ups | A76-A78 |

* Please refer to section D, Directory of Club Contacts

NFLPA_BRADY002772

## Index

| | Page |
|---|---|
| Preseason Game Policy | A149-150 |
| **Preseason Games** | A145-A147 |
| Public Address System | A31-A32 |
| Public Performance Licenses | A34 |
| **Public Relations/Broadcasting** | A111-A128 |
| Referee's Wireless Microphone System | A20-A21 |
| Removing Team from Field | A104 |
| Renovated/New Stadiums | A126 |
| Rescheduling or Relocating a Game/Procedures | A102-A103 |
| Retractable Roof and/or Retractable Wall | A36-A37 |
| Ribbon Boards | A33, A87 |
| Scheduling | A126 |
| Scoreboard/Video Boards | A32-A34 |
| Scouting Requests/Preseason, Regular Season, and Postseason | A112 |
| Security | A12, A13, A31, A90-A92 |
| Shoe Colors | A47, A52, * |
| Sideline Communications | A83 |
| Sideline Media Vests | A122 |
| Sideline Procedures | A122-A123 |
| Signs in Stands | A34 |
| Social Media or Networking Sites | A85 |
| Sodding the Infield | A65 |
| Stadium Access/Public Accommodations | A35 |
| Stadium Check | A9 |
| Stadium Contacts | * |
| **Stadium Facilities** | A9-A38 |
| Stadium Video Locations | A35-36, * |
| Standard Field Equipment | A41-A42 |
| Statistics | A115 |
| Still Photo Printing | A139-A141 |
| Stretchers and Carts | A14 |
| Taxi Service | * |
| Team Captains | A79 |
| Telephones/Wireless Internet Access | A114 |
| Television Resolutions | A123-A125 |
| Termination of Game/Emergency Procedures | A98-A102 |
| Ticket Manifest | A131 |
| **Ticket Policies** | A129-A131 |

\* Please refer to section D, Directory of Club Contacts

NFLPA_BRADY002773

## Index

|  | **Page** |
|---|---|
| Tickets, Visiting Owners | A129, * |
| Time Schedule, Game | A71-A76 |
| Tobacco Products, Endorsements or Advertising | A121 |
| Towels | A10, A11, A12, A48, A113 |
| Unaffiliated Neurotrauma Consultant | A15-A16 |
| **Uniform Policy** | A45-A50 |
| Uniform and Equipment Rules | A46-A48 |
| Uniform, Miscellaneous | A54 |
| Uniform Change Notification and Approval Timeline | A57 |
| Vests, Game Day Personnel | A41, A122 |
| **Video Boards** | A32-34, A86-A87 |
| **Video Policy** | A132-A141 |
| Visiting Teams, Arrival-In-City, Preseason, Regular Season, and Post Season | A71 |
| Visitor's Locker Room | A12-A13 |
| Warm-ups, Pregame | A76 |
| Weather Guidelines | A92-A97 |
| Weather Indicators | A92 |
| Will-Call Window | * |
| Wireless Internet Access/Telephones | A114 |
| Workouts by Visiting Club | A10 |
| X-ray Service | A14 |

\* Please refer to section D, Directory of Club Contacts

# Message From The Commissioner

## Game Operations and Game Enhancement

Improving the game-day experience at our stadiums in every way possible is an important ongoing priority. It requires the continuing development and sharing of best practices. The goal is for everyone attending an NFL game to enjoy the entire day and return for more games.

For the NFL to continue to prosper and grow, our games must be consistently presented in the most attractive fashion, taking advantage of the latest technological advancements. Each of our games must be an "event" and a "high quality experience." This means carefully adhering to our Game Operations procedures, including not only for the game on the field but also for the surrounding stadium activities.

On a regular basis, the Competition Committee recommends changes in rules and procedures to maintain and improve the game. In the same spirit, we must regularly enhance our game-day event—beginning when fans arrive in the parking lot to when they depart after the game. The entire experience should be as entertaining and enjoyable as possible without disruption by anyone acting irresponsibly.

All clubs are required to designate one person to be in charge of Game Operations. This individual will be our liaison for operational matters, including but not limited to:

| | |
|---|---|
| Parking Lots | Entertainment |
| Stadium Services | Video Board & Scoreboard Usage |
| Concession Stands | Public Address System |
| Restrooms | Television |
| Signage | Promotions |
| Security | Field |
| Other Game Related Activities | |

These and other areas must be addressed comprehensively by each club with an emphasis on the highest quality service to our fans. Our office will assist in every way possible.

If you have questions or comments about any area of Game Operations, please contact Mike Kensil. We encourage you to share ideas with us so that we may continue to upgrade the presentation of NFL games on a regular basis.

ROGER GOODELL
Commissioner

**CONFIDENTIAL**

**NFLPA_BRADY002775**

## A.  Game Enhancement Checklist

The following is a checklist of items concerning game operations and game enhancement. This list is designed to make sure clubs focus on the details which are important when presenting an NFL game.

(1)  **Parking**

- Access
- Time open
- Attendants
- Security
- Cost
- Signage
- Entertainment
- Tailgating
- Concession sales
- Trash disposal
- Portolets
- Exit procedures
- Postgame security

(2)  **Stadium Services**

- Signage
- Outside Public Address
- First Aid Stations
- Information Booth
- Ticket Office
- Checking stations for coolers, and other prohibited items
- Access
- Ushers
- Security

(3)  **Concession Stands**

- Adequate number
- Cleanliness
- Food and beverage variety
- Stand up tables for condiments and/or eating
- Length of lines
- Alcohol policy
- Signage for alcohol policy
- Attendants
- TV Monitors
- Radio or TV feed

**CONFIDENTIAL**                    NFLPA_BRADY002776

(4) **Restrooms**

    – Adequate number
    – Cleanliness
    – Access
    – Attendants

(5) **Signage**

    – Banners (Stadium policy)
    – Advertising in stadium
    – Information sources

(6) **Security**

    – Pregame Entrance
    – Outside areas
    – In-stadium
    – Bench area
    – Postgame
    – Crowd control
    – Communication
    – Command center
    – NFL Representative
    – Game Officials

(7) **Entertainment**

    – Cheerleaders
    – Dance groups
    – Bands (outside and inside stadium)
    – Mascots
    – Club or NFL Charities Presentations
    – Scoreboard updates (scores, trivia, fan involvement, promotions)
    – Halftime shows
    – National Anthem
    – \* Game music (taped and live)
    – On-field fan participation contests
    – Other on-field events (Frisbee dogs, gymnastics groups, Pop Warner, etc.)
    – Team song
    – Team and starting lineup introductions

    \* **Music In-Stadium** — Each NFL stadium must possess three Public Performance Licenses. These licenses allow for the public playing of music (live or recorded). A public performance license must be obtained from each of the three major Performing Rights Organizations (PROs). Each PRO represents different songwriters, composers, publishers, and copyright holders, and each organization licenses only the copyrighted works of its own respective affiliated copyright holders. The three major PROs are ASCAP, BMI, and SESAC.

**CONFIDENTIAL**

NFLPA_BRADY002777

   (1)    ASCAP: American Society of Composers, Authors, and Publishers
          http://www.ascap.com
          Phone: 212/621-6000

   (2)    BMI: Broadcast Music, Inc.
          http://www.bmi.com
          Phone: 212/586-2000

   (3)    SESAC: Society of European Stage Artists and Composers
          http://www.sesac.com
          Phone: 212/586-3450

## (8) Video Boards, Ribbon Boards

- Club highlights
- NFL highlights
- Pregame shows
- Early games (when applicable)
- Team Public Service Announcements
- Informational video (safety, traffic, etc.)
- Replays
- Animated cheers and fan involvement videos
- TV simulcast
- Postgame shows
- Statistics
- Other game scores
- Advertising
- Promotions

## (9) Scoreboard

Note: Many stadiums use Video Boards for features previously done by scoreboards. For stadiums with dot matrix boards (no video), observe the following:

- Scores
- Information messages
- Clock
- Advertising and promotions (in conjunction with PA announcer)

## (10) Public Address System

- Level of sound
- Clarity of sound
- Availability (ramps, concession stands, restrooms, etc.)
- Types of announcements

**CONFIDENTIAL**         **NFLPA_BRADY002778**

- Advertising and promotions
- Timing and style of announcer
- Team and starting lineup introductions
- Play-by-play
- Amount of information delivered to fans

(11)  **Television**

- Monitors (concession stands, obstructed view seats, network sideline cart, instant replay)
- Feed on Video Board

(12)  **Promotions**

- Pregame giveaways
- On-field – Video Board contests
- Ticket sales announcements
- Advertising of upcoming player, coach, or cheerleader appearances

(13)  **Field**

- Condition
- Presentation
- Consistent markings
- End Zone painting
- Team logos
- NFL shield
- Bench area

(14)  **Game-Related Activities**

- Referee's microphone
- Internal communications between club personnel and stadium operations
- Coin toss
- Adherence to time schedule
- Replay equipment
- Coach-to-Player Equipment
- Coaches Wireless Communication

**B.  In-Stadium Giveaways**

Guidelines for in-stadium giveaways were developed a number of years ago by the League office to:

A.  Maintain the high level of professionalism associated with NFL games.
B.  Enhance the day-of-game experience for NFL fans.

**CONFIDENTIAL**                 **NFLPA_BRADY002779**

C.   Promote the NFL.
D.   Attract more fans to NFL games.

The guidelines are as follows:

A.   Giveaway items must be fan related, with souvenir take-home value; e.g., pom-poms, team photo, team or cheerleader poster, calendar, etc. Artificial noise-makers are prohibited.

B.   Clubs and the League office must approve quality of giveaway items. Advertising and promotional artwork and copy must be approved in advance by Club and the League office.

C.   Corporate sponsorship of giveaways is encouraged, but any involvement must be controlled by the Club and licensed with Local Trademark Rights Agreement (fee waived) by the League office.

D.   Six samples of each giveaway item must be sent to the League office within one week of the giveaway program.

E.   Giveaways should be planned on a select basis, not every home game.

## C.   TEAM Coalition

The National Football League is pleased to be a member of the "TEAM" coalition ("Techniques for Effective Alcohol Management"), which is a program designed to promote responsible alcohol service and consumption in each club's stadium and reduce alcohol-related incidents in facilities and alcohol-related crashes on surrounding roadways. Below is an outline of the program and its purpose. For further information about TEAM, please contact the Game Operations department.

### Statement from the TEAM Coalition

In the early 1980s, sports leaders and facility operators became increasingly concerned about the misuse of alcohol at stadiums, arenas, ballparks, and other entertainment facilities. Incidents of disorderly conduct and traffic accidents were contributing to a growing concern for personal safety during sporting events and on the highways. Family attendance was declining and insurance costs were skyrocketing.

In order to address these problems, TEAM was founded in 1985 when government officials from the National Highway Traffic Safety Administration joined the National Basketball Association, CBS Sports, and the International Association of Assembly Managers (IAAM). In 2000, TEAM became a non-profit 501c3 company which now has 13 national public and private sector organizational members.

Today, TEAM Coalition is an alliance of professional sports, entertainment facilities, concessionaires, the beer industry, broadcasters, governmental traffic safety experts, and others working together to promote responsible drinking and positive fan behavior at sports and entertainment facilities. TEAM has three goals:

- Promote responsible alcohol service and consumption.

- Promote positive fan behavior in the sports facility.

- Reduce alcohol-impaired driving.

Through the active involvement of its member organizations, TEAM has developed highly effective employee training and public information programs. To date, more than 50 facilities have adopted TEAM and 25,000 facility employees in the United States and Canada have become certified in the alcohol management training program. The TEAM program stands on three equally important pillars:

- **Alcohol Service Policies:** Establishment and enforcement of alcohol service policies provide guidelines for how fans should behave and allow employees to manage alcohol consumption effectively. Fans must be presented with these policies in order to follow them, and employees must know the policies to enforce them.

- **Training:** A professional alcohol management training program ensures that operations and concessions managers and every employee in the facility can identify the warning signs of intoxication, prevent underage drinking, and handle fans who may have had too much to drink.

- **Educational and Awareness Campaigns:** Creative fan education materials, including TV and radio public service announcements and in-stadium promotions, educate fans about their personal responsibility to follow stadiums' alcohol service policies, to be respectful of other fans attending the game, and to sign up to be designated drivers.

**CONFIDENTIAL**

# Policy Manual for Member Clubs—Game Operations

## Postseason Games

## Table of Contents

| | | Page |
|---|---|---|
| **I.** | **Postseason Games** | C1-C6 |
| | A. Selection of Playoff Clubs | C1 |
| | B. Pairings and Priorities | C1-C2 |
| | C. Schedule and Site | C2 |
| | D. Super Bowl | C2 |
| | E. Schedule of Dates | C2 |
| | F. Tie-Breaking Procedures | C2-C6 |
| **II.** | **Wild Card Playoffs** | C7-C11 |
| | A. Finances/Expenses | C7-C8 |
| | B. Halftime Entertainment | C8 |
| | C. Jersey Notification | C8 |
| | D. Kickoff Times | C8 |
| | E. Public Relations and Media Operations | C8 |
| | F. Radio | C9 |
| | G. Stadium | C9 |
| | H. Team Travel | C9-C10 |
| | I. Tickets | C10-C11 |
| | J. Video Exchange | C11 |
| | K. Postseason Scouting Credentials | C11 |
| **III.** | **Divisional Playoffs** | C12-C16 |
| | A. Finances/Expenses | C12-C13 |
| | B. Halftime Entertainment | C13 |
| | C. Jersey Notification | C13 |
| | D. Kickoff Times | C13 |
| | E. Public Relations and Media Operations | C13 |
| | F. Radio | C13-C14 |
| | G. Stadium | C14 |
| | H. Team Travel | C14 |
| | I. Tickets | C15 |
| | J. Video Exchange | C16 |
| | K. Postseason Scouting Credentials | C16 |
| | L. Pro Bowl Coaching Staffs | C16 |

# Policy Manual for Member Clubs—Game Operations

## Postseason Games

## Table of Contents (Continued)

Page

**IV. Conference Championship Games** .......................................................C17-C22
    A. Finances/Expenses...............................................................................C17-C18
    B. Halftime Entertainment ............................................................................ C18
    C. Trophy Presentation .................................................................................. C18
    D. Honorary Captain ...................................................................................... C18
    E. Headquarters............................................................................................. C18
    F. Jersey Notification..................................................................................... C18
    G. Kickoff Times.............................................................................................. C18
    H. Public Relations and Media Operations.......................................................... C19
    I. Radio......................................................................................................... C19
    J. Stadium .................................................................................................... C20
    K. Supervision .............................................................................................. C20
    L. Team Travel.........................................................................................C20-C21
    M. Tickets................................................................................................C21-C22
    N. Transportation .......................................................................................... C22
    O. Video Exchange ........................................................................................ C22
    P. Postseason Scouting Credentials ................................................................. C22

**V. Pro Bowl** .................................................................................................C23-C32
    A. Game Date and Site .................................................................................. C23
    B. Headquarters............................................................................................ C23
    C. Club Cooperation Policy .......................................................................C23-C24
    D. Responsibilities of Clubs ............................................................................ C24
    E. Balloting Procedures...........................................................................C25-C27
    F. All-Star Teams........................................................................................... C27
    G. Players................................................................................................C27-C28
    H. Alternate Players and Game Replacements.................................................... C28
    I. Game Staffs .............................................................................................. C29
    J. Football Staff and Player Expenses ............................................................. C30
    K. Reporting Time.......................................................................................... C30
    L. Squad Schedule ..................................................................................C30-C31
    M. Fine Schedule .......................................................................................... C31
    N. Playing Rules......................................................................................C31-C32

# Policy Manual for Member Clubs—Game Operations

## Postseason Games

## Table of Contents (Continued)

Page

VI. **Super Bowl** ...........................................................................................C33-C58
    A. Game Dates and Sites ............................................................................. C33
    B. Tickets.......................................................................................C33-C35
    C. Television................................................................................................ C36
    D. Radio...................................................................................................... C36
    E. Super Bowl Events ................................................................................. C36
    F. Limousines............................................................................................. C36
    G. Club Packets.......................................................................................... C36
    H. Game and Media Headquarters ............................................................. C36
    I. Participating Clubs Information .........................................................C36-C45
       S-A-M-P-L-E Player/Employee Advance Information Checklist ....................... C46
       S-A-M-P-L-E Itinerary ........................................................................C47-C49
       Check List for Participating Clubs.........................................................C50-C58

VII. **Senior Bowl** ............................................................................................ C59

# I. Postseason Games

### A.    Selection of Playoff Clubs

(1)    Four Division Champions from each Conference.

(2)    Two Wild Card teams (Division non-champions with best two records) from each Conference. Both Wild Card teams may come from the same Division.

### B.    Pairings and Priority

The four Division Champions and two Wild Card teams (the two teams with the best records other than the Division Champions) from each conference will participate in the postseason. Tie games are calculated as one-half game won and one-half game lost. Both Wild Cards may come from the same Division. Teams eliminated in Divisional Championship tie-breakers are eligible to be Wild Cards if their records qualify them.

Pairings for the playoffs will be as follows:

The six postseason participants from each Conference will be seeded as follows:

1.    The Division Champion with the best record.
2.    The Division Champion with the second-best record.
3.    The Division Champion with the third-best record.
4.    The Division Champion with the fourth-best record.
5.    The Wild Card team with the best record.
6.    The Wild Card team with the second-best record.

If two or more Division Champions finish with the same won-lost-tied percentage at the end of the regular season, the tie will be broken pursuant to section F below (Wild Card Ties, (B)).

In the first round, the Division Champion with the third-best record (the #3 seed) will play the Wild Card team with the second-best record (the #6 seed), and the Division Champion with the fourth-best record (the #4 seed) will play the Wild Card team with the best record (#5 seed). The Division Champions will host the games.

In the second round, the Division Champion with the best record (the #1 seed) will play the winner of the game between the Division Champion with the fourth-best record (the #4 seed) and the Wild Card with the best record (the #5 seed), unless the Wild Card team with the second-best record (the #6 seed) wins its first round game, in which case the Division Champion with the best record (the #1 seed) will play the Wild Card team with the second-best record (the #6 seed). In either case, the Division Champion with the second-best record (the #2 seed) will play the winner of the other first round game. The two Division Champions with the best won-lost-tied percentage in the regular season will host games.

**CONFIDENTIAL**                    NFLPA_BRADY002785

None of the above will be affected by the fact that a Wild Card team and Division Champion are from the same division.

## C. Schedule and Site

Each season the pairings and sites of the Conference Championship games will be determined as follows: winners of the Divisional Playoff games (second round) will be the four participants; the home team in a Conference Championship game will be the Division Champion that was seeded highest in the playoffs, unless two Wild Card teams are in a Conference Championship game, in which case the Wild Card team that was seeded highest in the first round of the playoffs will be the home team in the Conference Championship game.

## D. Super Bowl

Champions of the American Football Conference (AFC) and the National Football Conference (NFC) play to determine the National Football League Champion. The home team alternates between the Conference Champions. The NFC Champion will be the home team for Super Bowl XLIX.

## E. Schedule of Dates

| | | | |
|---|---|---|---|
| (1) | Saturday, January 3, 2015 | — | AFC Wild Card Playoff |
| | | — | NFC Wild Card Playoff |
| | Sunday, January 4, 2015 | — | AFC Wild Card Playoff |
| | | — | NFC Wild Card Playoff |
| (2) | Saturday, January 10, 2015 | — | AFC Divisional Playoff |
| | | — | NFC Divisional Playoff |
| | Sunday, January 11, 2015 | — | AFC Divisional Playoff |
| | | — | NFC Divisional Playoff |
| (3) | Sunday, January 18, 2015 | — | AFC Championship |
| | | — | NFC Championship |
| (4) | Sunday, January 25, 2015 | — | Pro Bowl in Glendale, AZ |
| (5) | Sunday, February 1, 2015 | — | Super Bowl XLIX in Glendale, AZ |

## F. Tie-Breaking Procedures

**Division Ties** — If, at the end of the regular season, two or more clubs in the same Division finish with the best won-lost-tied percentage, the following steps will be taken until a champion is determined:

7/14

TWO CLUBS

1.   Head-to-head (best won-lost-tied percentage in games between the clubs).

2.   Best won-lost-tied percentage in games played within the Division.

3.   Best won-lost-tied percentage in common games.

4.   Best won-lost-tied percentage in games played within the Conference.

5.   Strength of victory in all games.

6.   Strength of schedule in all games.

** 7.   Best combined ranking among Conference teams in points scored and points allowed in all games.

** 8.   Best combined ranking among all teams in points scored and points allowed in all games.

9.   Best net points in common games.

10.  Best net points in all games.

11.  Best net touchdowns in all games.

12.  Coin toss.

THREE OR MORE CLUBS*

1.   Head-to-head (best won-lost-tied percentage in games among the clubs).

2.   Best won-lost-tied percentage in games played within the Division.

3.   Best won-lost-tied percentage in common games.

4.   Best won-lost-tied percentage in games played within the Conference.

5.   Strength of victory in all games.

6.   Strength of schedule in all games.

** 7.   Best combined ranking among Conference teams in points scored and points allowed in all games.

** 8.   Best combined ranking among all teams in points scored and points allowed in all games.

9.   Best net points in common games.

10.  Best net points in all games.

**CONFIDENTIAL**                    NFLPA_BRADY002787

11. Best net touchdowns in all games.

12. Coin toss.

\* NOTE 1: If two clubs remain tied after one or more clubs are eliminated during any step, tie-breaker re-starts at Step One of two-club format.

\* NOTE 2: If three clubs remain tied after a fourth club is eliminated during any step, tie-breaker re-starts at Step One of three-club format.

\*\* The combined ranking is derived by adding a club's position in the two categories, and the lowest score wins. If Club A is first in points scored and second in points allowed, its combined ranking is "three," and if Club B is third in points scored and first in points allowed, its combined ranking is "four," and Club A wins the tie-breaker. If two clubs are tied for a position, both clubs are awarded the ranking as if they held it solely. For example, if Club A and Club B are tied for first in points scored, each club is assigned a ranking of "one" in the category, and if Club C is third, its ranking will still be "three."

### Wild Card Ties

If necessary to break ties to determine the two Wild Card clubs from each conference, the following steps will be taken:

(A) If all the tied clubs are from the same Division, apply Division tie-breaker.

(B) If the tied clubs are from different Divisions, apply the following steps:

TWO CLUBS

1. Head-to-head, if applicable.

2. Best won-lost-tied percentage in the games played within the Conference.

3. Best won-lost-tied percentage in common games, minimum of four.

4. Strength of victory in all games.

5. Strength of schedule in all games.

\*\* 6. Best combined ranking among Conference teams in points scored and points allowed in all games.

\*\* 7. Best combined ranking among all teams in points scored and points allowed in all games.

8. Best net points in Conference games.

9. Best net points in all games.

**CONFIDENTIAL** **NFLPA_BRADY002788**

10. Best net touchdowns in all games.

11. Coin toss.

THREE OR MORE CLUBS

1. Apply Division tie-breaker to eliminate all but highest ranked club in each Division prior to proceeding to Step Two. The original seeding within a Division upon application of the Division tie-breaker remains the same for all subsequent applications of the procedure that are necessary to identify the two Wild Card participants.

2. Head-to-head sweep (apply only if one club has defeated each of the others or one club has lost to each of the others.)

3. Best won-lost-tied percentage in games played within the Conference.

4. Best won-lost-tied percentage in common games, minimum of four.

5. Strength of victory in all games.

6. Strength of schedule in all games.

** 7. Best combined ranking among conference teams in points scored and points allowed in all games.

** 8. Best combined ranking among all teams in points scored and points allowed in all games.

9. Best net points in Conference games.

10. Best net points in all games.

11. Best net touchdowns in all games.

12. Coin toss.

\* NOTE 1: If two clubs remain tied after one or more clubs are eliminated during any step, tie-breaker re-starts at Step One of two-club format.

\* NOTE 2: If three clubs remain tied after a fourth club is eliminated during any step, tie-breaker re-starts at Step Two of three-club format.

\*\* The combined ranking is derived by adding a club's position in the two categories, and the lowest score wins. If Club A is first in points scored and second in points allowed, its combined ranking is "three," and if Club B is third in points scored and first in points allowed, its combined ranking is "four," and Club A wins the tie-breaker. If two clubs are tied for a position, both clubs are awarded the ranking as if they held it solely. For example, if Club A and Club B are tied for first in points scored, each club is assigned a ranking of "1" in the category, and if Club C is third, its ranking will still be "3."

**CONFIDENTIAL**                    **NFLPA_BRADY002789**

(C)     When the first Wild Card team has been identified, the procedure is repeated to name the second Wild Card (i.e., eliminate all but the highest ranked club in each Division prior to proceeding to Step Two). In situations where three teams from the same Division are involved in the procedure, the original seeding of the teams remains the same for subsequent applications of the tie-breaker if the top-ranked team in that Division qualifies for a Wild Card berth.

(3)  **Conference Ties**

To determine home site priority for postseason games when non-Division teams are tied in won-lost records, the Wild Card tie-breakers are used.

**CONFIDENTIAL**          **NFLPA_BRADY002790**

# II. Wild Card Playoffs

Saturday, January 3, 2015
Sunday, January 4, 2015

## A. Finances/Expenses

(1)    **Home Club** — Each home club shall deduct and pay from gross gate receipts: admission taxes, authorized special charges, actual stadium rental, and visiting club guarantees. After the foregoing deductions, each home club will retain $730,000 from net gate receipts to pay all other home club game expenses, including non-player compensation, ticket expenses, stadium services, public relations expenses, FICA and other payroll charges, all insurance charges including Workers' Compensation, halftime expenses, and field preparation; but excluding player shares and officials' expenses which shall be paid by the League office. The Finance committee will periodically review the adequacy of the guarantees. In the event an extraordinary expense (an expense related to something not expected to occur in the course of normal operation of a postseason game) is incurred, a home club may request reimbursement from the Commissioner for such extraordinary expense. Any requests for reimbursement must be made by **March 1, 2015**. In such event or on any other questions or disputes, the Commissioner's decision shall be final and binding. Revenues remaining from gross receipts (after deduction of admission taxes, authorized special charges, actual stadium rental, visiting club guarantee, and $730,000 for home club expenses) shall be wired via Federal Funds to the NFL Postseason Account, JP Morgan Chase, ABA #021000021, Account #304-161845, within two (2) business days after the game is played.

(2)    **Visiting Club** — Each visiting club shall receive from the League office the cash equivalent of 80 first-class, round-trip tickets from its home city to the game site. In addition, each visiting club shall receive from the home club $667,000 to cover all other expenses, including non-player compensation, insurance, Workers' Compensation, FICA and other payroll charges, and excluding only actual player shares.

(3)    **Player Shares** — Within five (5) days after the Wild Card game is played, participating clubs must forward a list of players (whom those clubs believe are eligible to receive shares of postseason pay under the CBA) to the Player Personnel department at the League office. Upon approval by the Commissioner of player shares, a wire covering approved player shares shall be forwarded by the League office to the clubs for distribution. Distribution of player shares by the clubs shall be made within fifteen (15) days of the date of the game. No distribution is to be made by the clubs to any player not on the list approved by the Commissioner.

(The Division Championship teams that participate in the Wild Card Playoffs will receive a Divisional Playoff game share.)

**CONFIDENTIAL** **NFLPA_BRADY002791**

(4) **Non-Player Compensation** — Non-player compensation for postseason games is a club decision. Clubs have agreed that all qualifying coaches of teams competing in postseason games other than the Pro Bowl shall receive an amount equal to a player share for such game or games. The amount paid may, at club discretion, be in addition to payments called for in the coach's contract, or payments called for in the coach's contract may be offset against the amount due, but in no case is a qualifying coach to receive less than a player share for such game or games.

## B.  Halftime Entertainment

The home club will arrange for suitable pregame and halftime entertainment, coordinated through the NFL Events and Football Operations departments, and subject to approval by the Commissioner.

## C.  Jersey Notification

By no later than the Monday preceding the game, the home club must advise the visiting club and declare to the NFL Football Operations department its choice of jersey color for the Wild Card Playoff game.

## D.  Kickoff Times

Kickoff times will be established by the Commissioner.

## E.  Public Relations and Media Operations

(1) The home club is responsible for the printing and issuance of all credentials. Clubs should print credentials for two postseason games, as club-produced credentials would also be used by clubs hosting the Championship games.

(2) The home club should make suitable arrangements to service the visiting national media during the week. A media room should be operational by midweek prior to the game, depending upon the influx of media. Clubs should prepare a postseason media guide in electronic form. Both clubs must provide reasonable access to all broadcast partners (not just the televising network) for one-on-one interviews with players during the week before each playoff game.

(3) An escort for media to the two locker rooms and interview areas should be provided in the closing minutes of the game because many writers may be unfamiliar with the stadium.

(4) The home club should arrange to have television sets available for media (pregame or postgame, as applicable) for viewing other Wild Card Playoff games.

**CONFIDENTIAL**          **NFLPA_BRADY002792**

**F.   Radio**

    (1)    The competing teams retain their standard radio broadcast rights. Income derived from these radio rights is retained by the involved clubs.

    (2)    Westwood One will broadcast the game nationally in accordance with policies applied to regular season games.

    (3)    Under Article X of the NFL Constitution and Bylaws, the Commissioner must approve all radio broadcasts. Please contact Michael North, Senior Director of Broadcast Planning and Scheduling, for approval.

**G.   Stadium**

    (1)    Field markings must be in strict accordance with League policy. Decorative markings are an individual club matter, subject to League approval, but must include the NFL shield and the playoff logo. The League office will supply the home clubs with playoff stencils for these games.

    (2)    Visiting and home clubs should communicate regarding any special requests for items needed in the locker room or on the field. Otherwise, the home club is responsible for providing the basic items in the locker room, as in regular season play.

    (3)    If either team desires climate-control equipment (e.g., "hot-seat" benches, heat blowers, cooling systems), it should contact, by Tuesday preceding the game, the NFL Football Operations department which will assist in arranging for acquisition, at League expense, of appropriate devices. The League will determine whether such devices are necessary. Special sideline shelters will not be permitted in the bench area.

    (4)    Home clubs are responsible for providing a game operations booth, enclosed and separate from other booths, for League personnel to coordinate the game. This booth must seat at least four (4) people.

**H.   Team Travel**

    (1)    The visiting teams must be scheduled to arrive at the home city at least 18 hours before kickoff. In making such arrangements, consideration must be given to adverse weather conditions which could cause travel delays.

    (2)    Visiting clubs are responsible for making their own travel arrangements. The NFL Football Operations department is available to assist in coordinating hotel space, if requested.

7/14

(3) Each visiting club shall receive from the League office for transportation expense the cash equivalent of 80 first-class, round-trip tickets between its home city and the game site.

(4) Visiting clubs must submit their team's travel itinerary to the NFL Football Operations department by the Thursday preceding the game.

## I.  **Tickets**

(1) Ticket prices are established by the Commissioner's office in consultation with the clubs. The Commissioner shall authorize clubs on an individual basis to print tickets for the playoffs. All expenses related to the production, sale, and distribution of tickets will be borne by the clubs. Clubs are authorized to assess maximum handling charges of $3.00 per season-ticket account or order to offset these expenses, or a $10 fee if overnight or express mail is used to ship tickets. If the $10 fee is charged, but the tickets are not shipped, the $10 will be refunded. Clubs electing to refund the handling charge for unused tickets are still liable for ticket-related expenses. Also, clubs that elect to add surcharges to credit card purchases may do so only after consultation with Fred Otto at the League office. If a club is authorized to incur ticket-related expenses, but does not collect sufficient revenue to offset those authorized expenses (e.g., it is eliminated from contention for a home playoff game early in the ticket-selling process), it may, upon appropriate documentation to the League office, receive reimbursement for the following amounts (reduced by actual handling charges collected): invoice printing - $3,000; ticket printing - $6,000; mailing - actual cost (first-class postage only); sales and marketing expenses (reimbursement is subject to prior consultation with and approval by the Events department). Clubs will qualify for such reimbursement only once during the playoffs. All expenses must be submitted to the attention of Mike Feeley, Director of Club Finance (212-450-2170) for consideration prior to **March 1, 2015** in order to be eligible for reimbursement.

(2) As soon as ticket prices are established, each club will forward to the League office a manifest at full capacity reflecting the gross receipts, taxes, and any other approved special charges. Clubs will also furnish a best estimate of what actual stadium rental will be. Send this data directly to Mike Feeley.

(3) The home club may not issue more than 500 complimentary tickets. However, it is recommended that the issuance of complimentary tickets be as restrictive as possible.

(4) 50 tickets should be set aside for purchase by Westwood One and up to 100 for purchase by the televising network.

(5) A minimum of 70 tickets should be set aside to handle the needs of the Commissioner and the League office. Additionally, a private booth is required for the Commissioner and his party.

(6) 24 tickets **must** be set aside for Game Officials. Under the CBA, they are entitled to two tickets for each game. This includes Game Officials and alternates.

**CONFIDENTIAL**

NFLPA_BRADY002794

(7)     Two tickets should be set aside for NFL Security.

(8)     Prospective home and visiting clubs should have early conversations regarding ticket allotments for visitors. Generally, regular-season policies should prevail, which include 500 tickets given to the visiting club. Unsold tickets should be returned to the home club by 120 hours prior to kickoff.

(9)     It is recommended that clubs continue their regular season policies for issuing complimentary tickets to players.

**J.     Video Exchange**

All playoff participants must exchange their game video as soon as the next opponent is determined. Clubs have the option to set up and execute exchange with other clubs prior to determining their next opponent.

**K.     Postseason Scouting Credentials**

Clubs hosting a Wild Card Playoff game must honor a request for at least two scouting credentials from each of the clubs in its conference that received a bye. A club hosting a Wild Card Playoff game is not required to grant any scouting credentials to any other clubs, but may do so if it chooses. One of the two seats must be a standard working location (table top) within the press box.

**CONFIDENTIAL**

# III.  Divisional Playoffs

Saturday, January 10, 2015
Sunday, January 11, 2015

### A.  Finances/Expenses

(1)  **Home Team** — Each home club shall deduct and pay from gross gate receipts: admission taxes, authorized special charges, actual stadium rental, and visiting club guarantees. After the foregoing deductions, each home club shall retain $730,000 from net gate receipts to pay all other home club game expenses, including non-player compensation, ticket expenses, stadium services, public relations expense, FICA and other payroll charges, all insurance charges including Workers' Compensation, halftime expenses, and field preparation; but excluding player shares and officials' expenses which shall be paid by the League office. The Finance committee will periodically review the adequacy of the guarantees. In the event an extraordinary expense (an expense related to something not expected to occur in the course of normal operation of a postseason game) is incurred, a home club may request reimbursement from the Commissioner for such extraordinary expense. Any requests for reimbursement must be made by **March 1, 2015**. In such event, or on any other questions or disputes, the Commissioner's decision shall be final and binding. Revenues remaining from gross receipts (after deduction of admission taxes, authorized special charges, actual stadium rental, visiting club guarantee, and $730,000 for home club expenses) shall be wired via Federal Funds to the NFL Postseason Account, JP Morgan Chase, ABA #021000021, Account #304-161845, within two (2) business days after the game is played.

(2)  **Visiting Team** — Each visiting club shall receive from the League office the cash equivalent of 80 first-class, round-trip tickets from its home city to the game site. In addition, each visiting club shall receive from the home club $730,000 to cover all other expenses, including non-player compensation, insurance, Workers' Compensation, FICA and other payroll charges, and excluding only actual player shares.

(3)  **Player Shares** — Within five (5) days after the Divisional game is played, participating clubs must forward a list of players (whom those clubs believe are eligible to receive shares of postseason pay under the CBA) to the Player Personnel department at the League office. Upon approval by the Commissioner of player shares, a wire covering approved player shares shall be forwarded by the League office to the clubs for distribution. Distribution of player shares by the clubs shall be made within fifteen (15) days of the date of the game. No distribution is to be made by the clubs to any player not on the list approved by the Commissioner.

(4)  **Non-Player Compensation** — Non-player compensation for postseason games is a club decision. Clubs have agreed that all qualifying coaches of teams competing in postseason games other than the Pro Bowl shall receive an amount equal to a player share for such game or games. The amount paid may, at club discretion, be in addition to payments called for in the coach's contract, or payments called for in the coach's contract may be offset against the amount due,

but in no case is a qualifying coach to receive less than a player share for such game or games.

### B.   Halftime Entertainment

The home club will arrange for suitable pregame and halftime entertainment, coordinated through the NFL Events and Football Operations departments, and subject to approval by the Commissioner.

### C.   Jersey Notification

By no later than the Monday preceding the game, the home club must advise the visiting club and declare to the NFL Football Operations department its choice of jersey color for the Divisional Playoff game.

### D.   Kickoff Times

Kickoff times will be established by the Commissioner.

### E.   Public Relations and Media Operations

(1)   The home club is responsible for the printing and issuance of all credentials. Clubs should print credentials for two postseason games, as club-produced credentials would also be used by clubs hosting the Championship games.

(2)   The home club should make suitable arrangements to service the visiting national media during the week. A media room should be operational by midweek prior to the game, depending upon the influx of media. Clubs should prepare a postseason media guide in electronic form. Both clubs must provide reasonable access to all broadcast partners (not just the televising network) for one-on-one interviews with players during the week before each playoff game.

(3)   An escort for media to the two locker rooms and interview areas should be provided in the closing minutes of the game because many writers may be unfamiliar with the stadium.

(4)   The home club should arrange to have television sets available for media (pregame or postgame, as applicable) for viewing other Divisional Playoff games.

### F.   Radio

(1)   The competing clubs retain their standard radio broadcast rights. Income derived from these radio rights is retained by the involved clubs.

**CONFIDENTIAL**                    **NFLPA_BRADY002797**