(2)    Westwood One will broadcast the game nationally in accordance with policies in force for regular season games.

(3)    Under Article X of the Constitution and Bylaws, the Commissioner must approve all radio broadcasts. Please contact Michael North, Senior Director of Broadcast Planning and Scheduling, for approval.

## G.   Stadium

(1)    Field markings must be in strict accordance with League policy. Decorative markings are an individual club matter, subject to League approval, but must include the NFL shield and the playoff logo. The League office will supply the home clubs with playoff stencils for these games.

(2)    Visiting and home clubs should communicate regarding any special requests for items needed in the locker room or on the field. Otherwise, the home club is responsible for providing the basic items in the locker room, as during regular season play.

(3)    If either team desires climate-control equipment (e.g., "hot-seat" benches, heat blowers, cooling systems), it should, by Tuesday preceding the game, contact the NFL Football Operations department, which will assist in arranging for acquisition, at League expense, of appropriate devices. The League will determine whether such devices are necessary. Special sideline shelters will not be permitted in the bench area.

(4)    Home clubs are responsible for providing a game operations booth, enclosed and separate from other booths, for League personnel to coordinate the game. This booth must seat at least four (4) people.

## H.   Team Travel

(1)    The visiting teams must be scheduled to arrive at the home city at least 18 hours before kickoff. In making such arrangements, consideration must be given to adverse weather conditions which could cause travel delays.

(2)    Visiting clubs are responsible for making their own travel arrangements. The NFL Football Operations department is available to assist in coordinating hotel space, if desired.

(3)    Each visiting club shall receive from the League office for transportation expense the cash equivalent of 80 first-class, round-trip tickets between its home city and the game site.

(4)    Visiting clubs must submit their team's travel itinerary to the NFL Football Operations department by the Thursday preceding the game.

## I. Tickets

(1) Ticket prices are established by the Commissioner's office in consultation with the clubs. The Commissioner shall authorize clubs on an individual basis to print tickets for the playoffs. All expenses related to the production, sale, and distribution of tickets will be borne by the clubs. Clubs are authorized to assess maximum handling charges of $3.00 per season-ticket account or order to offset these expenses, or a $10 fee if overnight or express mail is used to ship tickets. If the $10 fee is charged, but the tickets are not shipped, the $10 will be refunded. Clubs electing to refund the handling charge for unused tickets are still liable for ticket-related expenses. Also, clubs that elect to add surcharges to credit card purchases may do so only after consultation with Fred Otto at the League office. If a club is authorized to incur ticket-related expenses, but does not collect sufficient revenue to offset those authorized expenses (e.g., it is eliminated from contention for a home playoff game early in the ticket-selling process), it may, upon appropriate documentation to the League office, receive reimbursement for the following amounts (reduced by actual handling charges collected): invoice printing - $3,000; ticket printing - $6,000; mailing - actual cost (first-class postage only); sales and marketing expenses (reimbursement is subject to prior consultation with and approval by the Events department). Clubs will qualify for such reimbursement only once during the playoffs. All expenses must be submitted to the attention of Mike Feeley, Director of Club Finance (212-450-2170), for consideration prior to **March 1, 2015** in order to be eligible for reimbursement.

(2) As soon as ticket prices are established, each club will forward to the League office a manifest at full capacity reflecting the gross receipts, taxes, and any other approved special charges. Clubs will also furnish a best estimate of what actual stadium rental will be. Send this data directly to Mike Feeley.

(3) The home club may not issue more than 500 complimentary tickets. However, it is recommended that the issuance of complimentary tickets be as restrictive as possible.

(4) Fifty (50) tickets should be set aside for purchase by Westwood One and up to 100 for purchase by the televising network.

(5) A minimum of seventy (70) tickets should be set aside to handle the needs of the Commissioner and the League office. Additionally, a private booth is required for the Commissioner and his party.

(6) Twenty-four (24) tickets **must** be set aside for Game Officials. Under the CBA, they are entitled to two tickets for each game. This includes Game Officials and alternates.

(7) Two (2) tickets should be set aside for NFL Security.

(8) Prospective home and visiting clubs should have early conversations regarding ticket allotments for visitors. Generally, regular season policies should prevail, which include 500 tickets given to the visiting club. Unsold tickets should be returned to the home club by 120 hours prior to kickoff.

7/14

**NFLPA_BRADY002799**

(9)     It is recommended that clubs continue their regular season policies for issuing complimentary tickets to players.

## J.    Video Exchange

All playoff participants must exchange their game video as soon as the next opponent is determined. Clubs have the option to set up and execute exchange with other clubs prior to determining their next opponent.

## K.    Postseason Scouting Credentials

Clubs hosting a Divisional Playoff game must honor a request for at least two scouting credentials from each club participating in the other Divisional Playoff game in its conference. A club hosting a Divisional Playoff game is not required to grant any scouting credentials to a club from the other conference, but may do so if it chooses. One of the two seats must be a standard working location (table top) within the press box.

## L.    Pro Bowl Coaching Staffs

The coaching staffs of the losing teams in the AFC and NFC Divisional playoffs with the highest regular season winning percentages will serve as the coaching staffs of the Pro Bowl squads. Staffs will consist of the head coach and full-time assistant coaches under written contract on file with the League office, who have participated on the field at practice sessions, and regularly attended the club's own games.

Coaches terminated following the Divisional games will receive an appropriate coaches' share following the Pro Bowl. Coaches hired between the Divisional game and the Pro Bowl to replace a coach that was terminated after the Divisional games will receive travel and per diem compensation only.

**Note:**  Please refer to the Pro Bowl section of the manual for further details.

7/14

# IV. Conference Championship Games

Sunday, January 18, 2015

**A.    Finances/Expenses**

(1)    **Home Club** — Each home club shall deduct and pay from gross gate receipts: admission taxes, authorized special charges, actual stadium rental, and visiting club guarantee. After the foregoing deductions, each home club shall retain $1,141,000 from net gate receipts to pay all other home club game expenses, including non-player compensation, ticket expenses, stadium services, public relations expense, FICA and other payroll charges, all insurance charges including Workers' Compensation, halftime expenses, and field preparation; but excluding player shares and officials' expenses which will be paid by the League office. The Finance committee will periodically review the adequacy of the guarantees. In the event an extraordinary expense (an expense related to something not expected to occur in the course of normal operation of a postseason game) is incurred, a home club may request reimbursement from the Commissioner for such extraordinary expense. Any requests for reimbursement must be made by **March 1, 2015**. In such event, or on any other questions or disputes, the Commissioner's decision shall be final and binding. Revenues remaining from gross receipts (after deduction of admission taxes, authorized special charges, actual stadium rental, visiting club guarantee, and $1,141,000 for home club expenses) shall be wired via Federal Funds to the NFL Postseason Account, JP Morgan Chase, ABA #021000021, Account #304-161845, within two (2) business days after the game is played.

(2)    **Visiting Club** — Each visiting club shall receive from the League office the cash equivalent of 85 first-class, round-trip tickets from its home city to the game site. In addition, each visiting club will receive from the home club $1,141,000 to cover all other expenses, including non-player compensation, insurance, Workers' Compensation, FICA and other payroll charges, and excluding only actual player shares.

(3)    **Player Shares** — Within five (5) days after the Championship game is played, participating clubs must forward a list of players (whom those clubs believe are eligible to receive shares of postseason pay under the CBA) to the Player Personnel department at the League office. Upon approval by the Commissioner of player shares, a wire covering approved player shares shall be forwarded by the League office to the clubs for distribution. Distribution of player shares by the clubs shall be made within fifteen (15) days of the date of the game. No distribution is to be made by the clubs to any player not on the list approved by the Commissioner.

(4)    **Non-Player Compensation** – Non-player compensation for postseason games is a club decision. Clubs have agreed that all qualifying coaches of teams competing in postseason games other than the Pro Bowl shall receive an amount equal to a player share for such game or games. The amount paid may, at club discretion, be in addition to payments called for in the coach's contract, or payments called for in

7/14

the coach's contract may be offset against the amount due, but in no case is a qualifying coach to receive less than a player share for such game or games.

(5) **Losing Club** — The losing club shall receive $7,500 as reimbursement for expenses incurred while preparing for possible participation in the Super Bowl, including, but not limited to, travel and hotel for advance meetings to the Super Bowl city following the Divisional playoff games.

## B. Halftime Entertainment

The home club, along with the NFL Events and Football Operations departments, will arrange for suitable pregame and halftime entertainment.

## C. Trophy Presentation

If the home team wins the Conference Championship game, the trophy presentation will take place on the field (conditions permitting) so that fans can view and share in the celebration. If the visiting team wins the Conference Championship game, the trophy presentation will take place in their locker room.

## D. Honorary Captain

Each club will select an Honorary Captain to participate in the Coin Toss. The winning team's Honorary Captain will also present the Conference Championship Trophy during the postgame ceremony. All travel costs associated with the Honorary Captain will be covered by each team, respectively, from its game share.

## E. Headquarters

The NFL Football Operations department will select a hotel in the home city to serve as the Conference Headquarters for the entire week prior to the Championship game. The Headquarters will serve as the temporary office to the Conference staff and will house the visiting media.

## F. Jersey Notification

By no later than the Monday preceding the game, the home club must advise the visiting club and declare to the NFL Football Operations department its choice of jersey color for the Championship game.

## G. Kickoff Times

Kickoff times will be established by the Commissioner.

 **NFLPA_BRADY002802**

**H.   Public Relations and Media Operations**

(1)   Credentials for the Conference Championship games are printed by the home club using access zones that are consistent with those used during the regular season.

Credentials are distributed by League office personnel. Press box seat assignments will be made by the Conference Communications Director. Media Will Call must open four hours prior to kickoff on game day.

(2)   Home club will handle reserved parking, as for a regular season game, but the League office will need space for up to 50 cars/buses.

(3)   Depending on existing stadium facilities, clubs should be advised that it will probably be necessary to make auxiliary press arrangements. Please coordinate all arrangements through the NFL Football Operations department and the Conference Communications Director.

(4)   If necessary, the League office will assign public relations personnel from other clubs to assist the participating teams throughout the week.

(5)   For the Conference Championship games, the four participating teams are required to adhere to media requirements established by the League office for Wednesday through Sunday of Championship game week. This will include open locker room periods on Wednesday, Thursday, and Friday plus press conference and conference call availabilities on those days at the team facility with key club personnel. The head coach must be available in the press conferences at the team facility on Wednesday, Thursday, and Friday. The starting quarterback must be available in the press conferences at the team facility on Wednesday and either Thursday or Friday at a minimum. The League office will coordinate with the clubs to ensure that the Wednesday press conferences occur at separate times to allow for live coverage of each session in its entirety on the NFL Network. The League will provide Championship game backdrops for use at the Wednesday press conferences. These League-issued backdrops will also be used for the Championship game postgame press conferences.

(6)   Arrangements must be made for live TV coverage in the winning team's locker room after the game.

(7)   TV sets (pregame or postgame, as applicable) should be available for media viewing of the other Conference Championship game.

**I.   Radio**

Rights to the AFC and NFC Championship games rest with the League, not the individual clubs. If a radio station which holds club local flagship rights desires to broadcast the game, it may do so (a) on a non-exclusive basis in the club's home market only (with no network), and (b) after obtaining permission from the National Football League and upon payment of a rights fee. All such requests should be referred to Michael North, Senior Director of Broadcast Planning and Scheduling, at the League office.

7/14

## J. Stadium

(1)  The visiting team should coordinate its practice schedule in the home city through the NFL Football Operations department. Permission for either team to practice in the stadium on Saturday will be under the control of the Commissioner and will be subject to weather and field conditions.

(2)  Field markings must be in strict accordance with League policy. Decorative markings are an individual club matter, subject to League approval, but must include the NFL shield and the AFC or NFC Championship game logos. The League office will supply the home clubs with Championship stencils.

(3)  If either team desires climate-control equipment (e.g., "hot-seat" benches, heat blowers, cooling systems), it should, by Tuesday preceding the game, contact the NFL Football Operations department, which will assist in arranging for acquisition, at League expense, of appropriate devices. The League will determine whether such devices are necessary. Special sideline shelters will not be permitted in the bench area.

(4)  Extra precautions may be required for field and stadium security. Details will be provided later, if necessary.

(5)  Home clubs are responsible for providing a game operations booth, enclosed and separate from other booths, for League personnel to coordinate the game. This booth must seat at least four (4) people.

## K. Supervision

The AFC and NFC Championship games shall be under the supervision, control, and direction of the Commissioner, and the Commissioner shall establish the kickoff times of the games. All questions arising in connection with said games not specifically provided for in this Manual, the NFL Constitution and Bylaws, or the Official Playing Rules of the National Football League, shall be decided by the Commissioner.

## L. Team Travel

(1)  Visiting teams must arrive at the home city at least 18 hours before kickoff.

(2)  Visiting clubs are responsible for making their own travel arrangements. Please coordinate your arrangements through the NFL Football Operations department.

(3)  Each visiting club shall receive from the League office for transportation expense the cash equivalent of 85 first-class, round-trip tickets between its home city and the game site.

(4)  Plans for early arrival, for weather or other reasons, should be coordinated through the NFL Football Operations department, which can assist in obtaining practice fields, etc.

**CONFIDENTIAL**                    NFLPA_BRADY002804

(5)    Visiting clubs must submit their team's travel itinerary to the NFL Football Operations department by the Thursday preceding the game.

## M.    Tickets

(1)    Ticket prices are established by the Commissioner's office in consultation with the clubs. The Commissioner shall authorize clubs on an individual basis to print tickets for the playoffs. All expenses related to the production, sale, and distribution of tickets will be borne by the clubs. Clubs are authorized to assess maximum handling charges of $3.00 per season-ticket account or order to offset these expenses, or a $10 fee if overnight or express mail is used to ship tickets. If the $10 fee is charged, but the tickets are not shipped, the $10 will be refunded. Clubs electing to refund the handling charge for unused tickets are still liable for ticket-related expenses. Also, clubs that elect to add surcharges to credit card purchases may do so only after consultation with Fred Otto at the League office. If a club is authorized to incur ticket-related expenses, but does not collect sufficient revenue to offset those authorized expenses (e.g., it is eliminated from contention for a home playoff game early in the ticket-selling process), it may, upon appropriate documentation to the League office, receive reimbursement for the following amounts (reduced by actual handling charges collected): invoice printing - $3,000; ticket printing - $6,000; mailing - actual cost (first-class postage only); sales and marketing expenses (reimbursement is subject to prior consultation with and approval by the Events department). Clubs will qualify for such reimbursement only once during the playoffs. All expenses must be submitted to the attention of Mike Feeley, Director of Club Finance (212-450-2170), for consideration prior to **March 1, 2015** in order to be eligible for reimbursement.

(2)    As soon as ticket prices are established, each club will forward to the League office a manifest at full capacity reflecting the gross receipts, taxes, and any other approved special charges. Clubs will also furnish a best estimate of what actual stadium rental will be. Send this data directly to Mike Feeley.

(3)    Once the Commissioner has authorized the printing of tickets, each approved club is responsible for their printing and distribution. There will be no advertising messages on the Conference Championship game tickets.

(4)    No complimentary tickets will be issued.

(5)    Fifty (50) tickets should be set aside for purchase by Westwood One and 100 for purchase by the televising network.

(6)    Twenty-four (24) tickets **must** be set aside for Game Officials. Under the CBA, they are entitled to two tickets for each game. This includes Game Officials and alternates.

(7)    Two (2) tickets should be set aside for NFL Security.

(8)    Potential home clubs should contact all possible visiting clubs for advance determination of their ticket needs. If mutual agreement cannot be reached on the

7/14

number of tickets to be provided, the Commissioner will determine the quantity within the provisions of Article 21.3 of the NFL Constitution and Bylaws. All unsold tickets must be returned to the home club 120 hours prior to kickoff.

(9)     The NFL Events department will require 150 tickets to handle the needs of the Commissioner's office and may require an additional allotment to satisfy League obligations. Additionally, a private booth is required for the Commissioner and his party.

(10)    It is recommended that clubs continue their regular season policies for issuing complimentary tickets to players **at club's cost.**

## N.    Transportation

(1)     The NFL Football Operations and Public Relations departments will arrange for necessary media buses on game day. The home club must advise the NFL Football Operations department of the name, address, and contact of at least one transportation company, preferably the one which is normally used by clubs in the host city.

(2)     Police escorts may be required for media and visiting team buses. The host club may be asked to assist in such arrangements.

## O.    Video Exchange

All playoff participants must exchange their game video as soon as the next opponent is determined. Clubs have the option to set up and execute exchange with other clubs prior to determining their next opponent.

## P.    Postseason Scouting Credentials

For the two Conference Championship games, requests for two scouting credentials from each team participating in the Championship game of the other conference must be honored. One of the two seats must be a standard working location (table top) within the press box.

# V. Pro Bowl

Sunday, January 25, 2015

### A.   Game Date and Site

Sunday, January 25, 2015, Glendale, Arizona (University of Phoenix Stadium - Capacity: 71,000).   Kickoff: 8:00 p.m. ET, 6:00 p.m. local). Broadcast Network: ESPN

### B.   Headquarters

| | |
|---|---|
| Game Headquarters | Hyatt Regency Phoenix<br>122 N. 2nd Street<br>Phoenix, AZ  85004<br>604/252-1234 |
| | NFL Contacts: Dave Gardi, Mike Kensil, Brett Diamond |
| Players and Team Staffs | Arizona Biltmore<br>2400 E. Missouri Avenue<br>Phoenix, AZ  85016<br>602/955-6600 |
| | NFL Contacts: James Daniel, Sean McKee, Lenny Bandy, Stephanie Durante |
| NFL Public Relations Contact: | Jon Zimmer |

### C.   Club Cooperation Policy

Pursuant to League policy, clubs must use their best efforts to support the annual Pro Bowl game by:

1.   Instructing coaching and management personnel to make positive comments about the game.

2.   Promoting the game in club publications, local sections of the game program, on the message board, and over the public address system.

3.   Promptly following League directives that will be promulgated regarding the player balloting and selection process.

4.   Assuring that all players selected to play in the game fulfill their contractual obligation to report on time, practice for, and participate in the game.

7/14

The Commissioner may determine that failure to cooperate constitutes conduct detrimental to the League under Article 8.13(A) of the Constitution and Bylaws.

## D.  Responsibilities of Clubs

(1)  **Balloting** — Clubs are responsible for coordinating balloting by coaches and players. Clubs must submit completed ballots to the NFL Football Operations department via the Football Operations intranet site no later than 6:00 p.m. EST on Friday, December 19, 2014 (see Balloting Procedures in next section). Although player reps will conduct the player balloting, club reps should be available to provide any necessary assistance.

(2)  **Player & Staff Travel** — Players and staff will be required to make their travel arrangements through American Express travel in the League office. Unauthorized travel will not be paid for by the League.

(3)  **Player Contact** — A designated club executive should be assigned to gather information regarding each of the club's players' personal schedule during the period between the end of the season and the Pro Bowl reporting date. He/She will forward this information to the NFL Football Operations department.

(4)  **Physical Clearance** — Each club will have its club physician give Pro Bowl players a physical exam after its last regular season or postseason game, whichever is applicable. Player and club must inform the Pro Bowl/League office immediately if the player is not cleared for full participation in the game. Clubs should also notify the Pro Bowl office immediately if the player's medical status is in doubt in any way so alternates can be alerted. Any change in a player's medical status must immediately be submitted in writing to the Pro Bowl/League office by the club physician. The player bears the responsibility of communicating in writing to the Commissioner's office any injury or ailment following the season that would prevent him from participating in the game.

(5)  **Player Equipment** — Each club will have its equipment department send, prior to January 15, 2015, the following equipment for each player selected: helmet, shoulder pads, thigh pads, hip pads, knee pads, and any special equipment the player might require. Detailed mailing instructions will be provided at a later date under separate cover.

   **NOTE:** Equipment Managers must also prepare bags for players who were selected as alternates and be ready for immediate shipment upon short notice of player's participation.

(6)  **Public Relations** — In addition to assisting in the club balloting, Public Relations assistance is required to help maximize publicity of the announcement of the Pro Bowl squads.

(7)  **Club Expenses** — Any authorized expenses incurred by the clubs must be billed to the Pro Bowl (NFL Football Operations department) no later than **March 1, 2015.**

7/14

### E.   Balloting Procedures

(1)   **Three Ballots** — Fans will again participate in the selection of the Pro Bowl squads along with each member club's coaching staff and players. Clubs will vote only for players on opposing teams. Details of the fan balloting will be outlined to clubs early in the 2014 season.

(2)   **Date of Players-Coaches Balloting** — All players-coaches voting must be completed and filed no later than 6:00 p.m., EST, Friday, December 19, 2014 to the NFL Football Operations department, via the Football Operations intranet site.

The head coach must make time available for player balloting during the days preceding the balloting deadline.

(3)   **Depth Charts, Ballots** — Team depth charts will be developed as of Week 15, and ballots will be sent to each club well in advance of the voting date. These are to be copied in sufficient quantities to complete the vote.

(4)   **Voting Guidelines** — Coaches and players follow the same guidelines in voting for the Pro Bowl players:

a.   Fill in all spaces on the ballot. Vote for players by position and be sure they have been selected in the correct position.

b.   Vote for a player only once unless he is additionally considered worthy of selection as a specialist. A player's total points are tallied by position total only; votes from different positions will not be combined. Players will only be able to receive votes at the position designated by their club (as shown in the balloting position guide).

If a player is selected to the Pro Bowl at multiple positions, the player will participate as a member of the Pro Bowl squad at the position for which he received the most voting points. Once it is determined at which position the player received more voting points, the other position, or "secondary" position, will be treated as if the original selection were injured and unable to participate.

The player originally selected at multiple positions will be announced as an original selection at both positions. This player will only be eligible to receive a single game share if he plays in the game. The player that replaces the original selection at the "secondary" position will be recognized as a member of the Pro Bowl squad, but not recognized as an original selection, and will receive a game share for playing in the game. This mirrors the League's policy when replacing an injured original selection to the Pro Bowl squad.

If a player is an original selection at a position and a potential alternate at another position, that player will not be considered as a potential replacement player at that "secondary" position, regardless of how many voting points that player received at either position.

7/14

c. Players and coaches cannot vote for players on their own team. They may vote for any opponent, whether or not the voter faced the player during the season. Also, it is not mandatory that each team have a player in the game, nor is there a limit on the number of players a team may have.

d. Vote on the basis of this season's performance only, and avoid selecting players who have been injured and would be unable to play. Although depth charts reflect Week 15 squads, team PR Directors will be responsible for furnishing updated injury information to the League office.

Note: Players placed on Reserve/Injured prior to the distribution of the balloting position guide will not be included.

e. The ballot provides spaces for both strong and free safeties. The distinction should be made in the balloting. A split vote could hurt the player's chances, since points are tallied by position total only.

f. Space on the ballot will be provided to recognize outstanding special teams performers. These players must be regulars on any or all of their club's following units: punt return, punt coverage, kickoff return, or kickoff coverage. The special teamers may not be a club's placekicker, punter, or punt/kick return specialist.

g. If a long snapper is not selected at a primary position on offense or defense, the long snapper position must be filled by the need player. It is also mandatory for the coaches' and players' ballot to include a fullback within the personnel named to the team.

h. On each of the two sets of ballots, a first team vote is worth two points; the second team vote, one point.

(5) **Tie-Breakers** — For the players' voting, the player rep will tabulate their results, reducing the results to a single ballot. Any position ties will be broken as follows:

a. Player receiving the larger number of first place votes will be listed first.

b. If still tied, the player from the team with the best record will be listed first.

c. If still tied, and an offensive position is involved, player from the team which scored the most points will be listed first; if a defensive position is involved, player from the team giving up the fewest points will be listed first.

d. In the event of a tie at the same position between members of the same NFL team, two additional tie breakers will be added to the current list:

First tie-breaker – number of years of service in the NFL (priority to senior player), and if still tied
Second tie-breaker – number of years of Pro Bowl experience.

                                          **NFLPA_BRADY002810**

NOTE: The NFL Football Operations department will follow these same tie-breakers in tabulating results.

(6) **Filing the Ballots** — The coaches' and players' ballots should be submitted via the Football Operations intranet site immediately upon completion, and by no later than 6:00 p.m., EST, Friday, December 19, 2014 to the NFL Game Operations department. In addition, the original ballots must be signed by the head coach and player rep respectively, countersigned by the working club executive, and mailed to the NFL Football Operations department.

(7) **Announcement of Selections** — Clubs will be advised of their players selected, and public announcement plans will be coordinated with the NFL Public Relations department. Formal notice of selection will also be sent to the players and the NFLPA. The squad will be officially announced to the public on the NFL Network.

## F. All-Star Teams

Club administrative and non-playing personnel, including coaches and talent scouts, may not participate in the selection of All-Star, All-League, All-Opponent, or All-America teams, and related projects.

Players are exempt from the restriction. However, participation in such polls should be assessed solely on the merit of the request.

It is League policy that the home addresses of all players will not be provided to requesting media but that ballots and questionnaires may be forwarded to the players by the clubs.

## G. Players

(1) **Squads** — Participating players are selected by fans, and by opposing players and coaches prior to the 17th week of the season. Each squad will consist of 43 players, broken down by position as follows:

| Offense | Defense | Specialists |
|---|---|---|
| 4 Wide Receivers | 3 Ends | 1 Punter |
| 2 Tight Ends | 3 Interior Linemen | 1 Placekicker |
| 3 Tackles | 3 Outside Linebackers | 1 Special Teamer |
| 3 Guards | 2 Inside/Middle Linebackers | 1 Need Player* |
| 2 Centers | 4 Cornerbacks | |
| 3 Quarterbacks | 3 Safeties# | |
| 3 Running Backs | | |
| 1 Fullback | | |
| 21 Total | 18 Total | 4 Total |

**CONFIDENTIAL**

**NFLPA_BRADY002811**

# One strong safety and one free safety will be voted to the starting lineup of each squad. If either a starting strong or free safety is injured, the next alternate at that designated position will be named to the squad.

\* One need player will be selected by the head coach from the first alternates at inside linebacker, outside linebacker, defensive end, cornerback, or long snapper. A long snapper, not from the head coach's team, must be selected as the need player if no long snapper is voted to the roster. In addition, the long snapper selected must have been listed as the primary snapper on the depth chart of his team.

(2)  **Compensation** — Players who qualify for participation in the Pro Bowl and who in fact participate in all scheduled activities leading up to and including the game will be compensated.

Payment will be made by check to the player's club approximately 15 days after the game, with appropriate adjustments made for any unpaid expenses (hotel incidentals, ticket charges, airfare adjustments, etc.). It is the responsibility of the player to contact his club and arrange pickup or delivery of his check.

**Super Bowl Players**: A player who is selected to play in the Pro Bowl game (either as an **Original Pro Bowl Selection or as a Replacement)**, and is on his team's 46-player Active List for the Super Bowl, will receive compensation. A player who is not on his team's active game day roster for the Super Bowl will not receive a Pro Bowl game share.

(3)  **Game Souvenirs** — Each participating player will be mailed a commemorative gift. In addition, players may keep their game jersey along with the Pro Bowl shorts and practice jersey. All other game and practice equipment must be returned. Squad pictures will be mailed to each player through his club.

(4)  **Players' Physical Fitness** — Each player selected to the Pro Bowl squad will be examined after his final game, and the club physician must certify him as capable of full participation in the game. It is the player's responsibility to notify the Commissioner's office in writing of any injury or ailment occurring or recurring after the final game of the season that would prevent the player from participating in the Pro Bowl game. Such notification will be subject to review by the Commissioner's office. If adequate substantiation is not provided by the player, the Commissioner can require the player to be examined by an NFL-appointed physician. Such examination may take place on-site at the Pro Bowl.

If, after reporting to the game, a neutral physician determines that the player is not physically able for full participation, the player will be provided return transportation to his home city and will not receive a game share, and his club will be billed for transportation and housing costs incurred.

## H.  Alternate Players and Game Replacements

It is the club's responsibility to notify alternates of their potential participation in the game.

Should it be necessary to replace any members of the 43-man squads, the player who finished next in the voting at that position will be named to the squad. Clubs will be advised of which players are possible replacements; clubs should maintain the ability to immediately contact alternate players until Friday, January 23, 2015. Clubs should also be certain that alternate players' equipment is ready for immediate shipment if necessary.

## I. Game Staffs

(1) **Coaches** — The coaching staffs of the losing teams in the AFC and NFC Divisional playoffs with the best regular season records will serve as the coaching staffs of the Pro Bowl squads. Staffs will consist of the head coach and full-time assistant coaches under written contract on file with the League office, who have participated on the field at practice sessions and regularly attended the club's own games.

**Note:** If both losing teams in the AFC or NFC Divisional Playoff have the same regular season record, the coaching staff of the higher seeded team will be selected to coach in the Pro Bowl.

(2) **Training, Equipment, and Video Staffs** — Two members of the athletic training staff, two members of the equipment staff, and two members of the video staff of each participating team will work at the Pro Bowl.

(3) **Medical Personnel** — Two members of the medical staff (team orthopedist and internist) of each participating team will work at the Pro Bowl.

(4) **Compensation** — The staffs will be compensated as follows:

**Coaches:** All coaches who qualify for participation in the Pro Bowl and who in fact participate in all scheduled activities leading up to and including the game will be compensated as follows:

| | | |
|---|---|---|
| Winning head coach and assistant coaches | - | $15,000 each |
| Losing head coach and assistant coaches | - | $10,000 each |

**Note:** Coaches terminated following the Divisional games will receive an appropriate coaches' share following the Pro Bowl. Coaches hired between the Divisional game and the Pro Bowl to replace a coach who was terminated after the Divisional games will receive travel and per diem compensation only.

**Training, Equipment, and Video Staffs:** Each athletic training staff, equipment staff, and video staff on the winning team will receive $12,000 per department; $6,500 for head athletic trainer/equipment manager/video director, $5,500 for his assistant; and the losing team staffs will receive $9,000 per department; $5,000 for head athletic trainer/equipment manager/video director, and $4,000 for his assistant. If a club brings more than two athletic trainers, equipment staff, or video staff, the split of their shares within the department will be at the club's discretion.

7/14

**Medical Personnel:** Each attending physician will receive a stipend of $2,000 for working the game.

### J. Football Staff and Player Expenses

Football staff members and players who participate in the game will be entitled to the following expenses:

a. **Transportation** — The head coach and players will receive two first class round-trip tickets or four coach class round-trip tickets (if accompanied by spouse or guest) from their established off-season residence to Phoenix, Arizona. All reservations must be made through the NFL American Express travel office. The NFL Football Operations department will provide clubs with the information necessary to make these arrangements. A spouse's or guest's fare is subject to withholding tax. All other football staff members will receive one First Class round-trip ticket or two Coach round-trip tickets (if accompanied by spouse or guest).

b. **Hotel Room** — Participants' hotel room charges will be paid by the Pro Bowl for a maximum period of six (6) days — beginning Tuesday, January 20, 2015 through Monday, January 26, 2015. The participant is responsible for all telephone, meal, and incidental charges at the hotel during that period, and for all charges for any additional occupancy beyond the six-day allowable period.

c. **Per Diem** — Each participant and spouse will receive a daily per diem. In each case, the per diem payment is for those days the recipient is at the game site, up to a maximum of six days. A spouse's per diem is subject to withholding tax.

d. **Tickets** — Each participant will receive two complimentary game tickets and may purchase a limited number of additional tickets.

e. **Autographed Footballs** — Each participant will be allowed to purchase a limited number of footballs autographed by the squad, as available.

### K. Reporting Time

All staff and players must report to the Pro Bowl Headquarters for a mandatory squad meeting at a date and time to be determined. There is no authorized late reporting. Late arrival is subject to a fine. Athletic training and equipment personnel may be required to report several days earlier. Clubs are to avoid scheduling public appearances or similar activities which would conflict with a player or staff member reporting to the Pro Bowl site on time.

### L. Squad Schedule

The squad's schedule is determined by the coaching staff based on the following parameters:

**CONFIDENTIAL**                                    NFLPA_BRADY002814

Tuesday, January 20        —    TBD
Wednesday, January 21    —    Mandatory squad meeting and Draft Day
Thursday, January 22      —    Team Practice
Friday, January 23          —    Photo Day (TBD)
                                        Team Practice (TBD)
Saturday, January 24      —    Team Practice (TBD)
Sunday, January 25        —    Game Day, Kickoff 8 p.m. ET, 6 p.m. local

## M.  Pro Bowl Fine Schedule

Pro Bowl players are subject to fines if they fail to attend team meetings, practices, or photo day without receiving approval for the absence from the NFL Football Operations department.

The Pro Bowl fine schedule for unauthorized absences is as follows:

| Violation | Fine Amount |
|---|---|
| Late for team meeting | $   500 |
| Late for team practice | $   500 |
| Late for team photo | $   500 |
| Missed team meeting | $2,000 |
| Missed team practice | $2,000 |
| Missed team photo | $2,000 |

**Note:**  All fine amounts are doubled for repeat offenses.

All other fine amounts remain the same as regular season amounts for on-field discipline.

## N.  Playing Rules

The game is played under regulation NFL rules with the following exceptions/clarifications:

(1)   <u>Offense</u>

    a.   No motion.
    b.   No shifting.
    c.   Must line up in final formation.
    d.   Must have a TE on all formations.  However, he could be "flexed" on the line of scrimmage.
    e.   Cannot have three receivers on a side.
    f.   A back could legally line up as a receiver to the outside, as long as there are only two eligible players on each side.
    g.   There will be no Intentional Grounding when QB throws the ball forward toward the line of scrimmage in an effort to save loss of yardage.

7/14

(2)  <u>Defense</u>

    a.   Must use standard 4-3 defense with even spacing head up (no gap, shades, or linebacker-end exchange).

    b.   Line slants are permissible.

    c.   No pass rush games at any time.

    d.   All linebackers must be in a two-point stance; outside linebackers could be in a three-point stance on short yardage or goal line situations.

    e.   Stacked linebackers must align at least two yards off the ball.

(3)  <u>Pass Coverage</u>  (Four Linemen—Three Linebackers—Four Defensive Backs)

    a.   Man-to-man with free safety. Deep middle safety must be between the hash marks at snap.

    b.   Bump and run permitted.

    c.   Three deep zone—strong safety rotation only into flat.

    d.   Cover 2 zone permitted.

    e.   On a balanced formation (two receivers on each side of the field), the rotation of the zone defense could be to either side.

    f.   Only four defensive backs in all defenses (No sub-packages).

    g.   Blitzing is not permissible in any situation. Only the players aligned at the DT or DE positions may rush on passing plays.

    h.   No pass rush games.

(4)  <u>Kicking Game</u>

    a.   Punts—May rush six players on punts; three on each side — no gaps. Only three players on the line of scrimmage are eligible to rush.

    b.   Field Goals and Extra Points: May rush seven players—Nose tackle and three on each side; no gaps.

    c.   There will be no kickoffs.  The ball will be placed on the 25-yard line at the start of each quarter and after scoring plays.

(5)  No side agreements by coaches are permitted.

(6)  Violations will be reviewed and disciplinary action taken at the discretion of the Commissioner.

A League Officiating Supervisor will monitor the playing of the game and advise the referee when special rules pertaining to blitzing and kick rushing are not adhered to. In addition, the Commissioner will select a veteran assistant coach, referred to as the Rules Monitor, who will assist in the monitoring process. The referee will assess a 15-yard unsportsmanlike conduct penalty for each infraction noted by the League Officiating Supervisor. The referee will announce the infraction on the microphone and also advise the head coach and defensive captains.

Note:  The Rules Monitor and a League official will conduct a meeting well in advance of the game with both squads and coaching staffs. This meeting will be held jointly, if possible, to explain all rules and regulations.

**CONFIDENTIAL**                                    NFLPA_BRADY002816

# VI. Super Bowl

Sunday, February 1, 2015

## A. Game Dates and Sites

(1) Super Bowl XLIX — Sunday, February 1, 2015 at University of Phoenix Stadium in Glendale, Arizona (approximately 71,000) – NBC

(2) Super Bowl L — Sunday, February 7, 2016 at Levi's Stadium in Santa Clara, California (approximately 71,500) – CBS

(3) Super Bowl LI — Date TBD, 2017 at Reliant Stadium in Houston, Texas (approximately 70,000) – FOX

(4) Super Bowl LII -- Date TBD, 2018 at New Minnesota Multipurpose Stadium in Minneapolis, Minnesota (approximately 65,000) - NBC

## B. Tickets

(1) The Super Bowl game ticket allocation was approved at the League meeting held in October 1998. These percentages are as follows:

| | | |
|---|---|---|
| Arizona Cardinals | - | 5.0% |
| AFC Team | - | 17.5% |
| NFC Team | - | 17.5% |
| Other 29 Clubs | - | 34.8% (1.2% each) |
| League office | - | 25.2% |

Two thousand five hundred (2,500) tickets will be allotted off the top of the ticket allocation to accommodate League office needs; 750 tickets will be allotted off the top of the ticket allocation to accommodate the needs of the Arizona Host Company.

In March 1988, NFL Properties was voted a permanent allocation of 310 tickets from the host club(s) allocation plus 16 tickets from each other club's allocation.

Box suite tickets, necessary trade-outs to get the suite tickets, seat kills, staff tickets, etc., will be taken off the top before applying percentages.

(2) **Distribution** - All clubs will receive their ticket allotments prior to Divisional Playoff games, leaving only the extra blocks for the participating teams. These blocks will be delivered to the home club ticket manager at the site of each Conference Championship game and given to the winning teams after the games.

7/14

(3) At the March 1989 League Meeting, a resolution was approved unanimously prescribing a formula for distribution of tickets to fans. It is as follows:

— A minimum of 10% of the host club's ticket allocation will go to season ticket holders. All other local needs will be the responsibility of the host club(s).

— A minimum of 35% of the tickets allocated to the participating teams will go to season ticket holders. All other local needs will be the responsibility of the participating teams.

— It is recommended that all other clubs set aside a portion of no less than 10% of their Super Bowl tickets for season ticket holders.

(4) As unanimously adopted at the March 1989 League meeting, all clubs must report to the League office immediately before the playing of the Super Bowl game their distribution of tickets to the game. The report is to take a form prescribed by the League office, and will include individuals, corporate affiliation, and number of tickets issued.

(5) The sale of a ticket at a price higher than face value is commonly known as scalping. Scalping of tickets to any NFL game—preseason, regular season, postseason—or to any NFL event, by persons (or clubs) within the League including, but not limited to, League office and club employees, is conduct detrimental and may result in disciplinary action against the violator.

NFL policy prohibits scalping any ticket to an NFL game or event, or bartering or trading such tickets for personal gain or benefit, regardless of whether the ticket was provided free, has no face value, or was purchased at face value or for more than face value, and regardless of whether the transaction occurs in a district where scalping is otherwise permitted by law.

(6) The following are requirements of the host club:

a. The host club will be responsible for the ticket needs of its state and local politicians, including advertisers, clients, politicians, sponsors, and media, except for the limited number of tickets made available traditionally to local media in the host club's area by the League office.

b. The host club's ticket manager must assist on game day in resolving ticket and will-call problems. Availability of lost ticket passes will be very limited.

(7) The following guidelines are offered to non-participating clubs:

a. Develop a method of season ticket holder participation in the ticket allotment. An example offered by one club is a season ticket holder drawing in which a designated number of tickets are set aside for sale to those winning a drawing (e.g., 100 winners of four tickets each or 200 winners of two each). The drawing could be conducted in the presence of local media who cover the club on a regular basis. Those eligible for the drawing are

**CONFIDENTIAL**

season ticket holders who clip an entry coupon from a late season edition of a game program.

b.   Establish a firm policy regarding number of tickets made available to players, coaches, and staff members, with four as a maximum number per individual. Per the current CBA, each club will provide players with the opportunity to purchase two (2) tickets to the Super Bowl game each year subject to reasonable safeguards to avoid scalping of the tickets. Consider requiring that club personnel's tickets be picked up at the game site.

c.   Require club employees, players, and coaches to sign a form stating that they will not profit by resale of tickets provided them by the club, and remind them of the seriousness with which you and the League view ticket scalping.

d.   Each club should keep a detailed list of tickets assigned to each purchaser to prevent any problems with lost or stolen tickets. This list should be turned over to the Super Bowl ticket manager so he/she may better assist on game day. Without such lists, the League office cannot meaningfully help with lost or stolen tickets.

(8)   These guidelines are offered to participating clubs:

a.   Under current allocations, a maximum of 65% of the total number to each club can be used for purposes other than season ticket holders. Season ticket holder distribution should be limited to two to six tickets per account. A great deal of scalping appears to come from this source, so care should be taken to assure that the recipient plans to attend the game.

b.   Set up your ticket distribution mechanism to discourage easy resale of tickets.

c.   Per unanimously adopted League resolution in 1997, each club can distribute **no more than** fifteen (15) tickets to any player or assistant coach. This includes both tickets offered for purchase or complimentary tickets. The club must notify each recipient that the tickets provided are not for resale at a price above face value and make them aware of the consequences of ticket resale legally, ethically, and for tax reporting purposes. Per the current CBA, each club will provide players with the opportunity to purchase two (2) tickets to the Super Bowl game each year subject to reasonable safeguards to avoid scalping of the tickets. Confining distribution to the game site and to a late date will maximize control and make scalping more difficult.

d.   Require club employees, players, and coaches to sign a form stating that they will not profit by resale of tickets provided by the club and remind them of the seriousness with which you and the League view ticket scalping.

e.   Each participating club will be responsible for ticket needs of local and state figures, including advertisers, clients, politicians, sponsors, and media.

7/14

### C. Television

NBC will televise Super Bowl XLIX. Kickoff is at approximately 4:30 p.m., local time.

### D. Radio

Westwood One will broadcast nationally, but the League will negotiate local coverage with the flagship stations of participating clubs. The same rules apply for a national Spanish radio broadcast. The League partner is currently Univision Radio.

### E. Super Bowl Events

Tickets for events planned by the League and related entities will be allotted under a formula that will be announced each year at the October meeting. This includes the Friday Night Party, Tailgate Party, NFL Honors, etc.

### F. Limousines

Each of the 32 clubs, upon request, will have reserved limousines accessible through the League office. Each participating club will receive one chauffeured vehicle at the League's expense. Additional vehicles and limousines will be available at the clubs' expense. These cars will be provided special VIP parking privileges on game day.

### G. Club Packets

A packet will be prepared for each club the week of the game. It will contain the party invitations, parking permits, driving instructions, game, and social information, etc. More details regarding delivery of the packets will be provided to the clubs prior to the Super Bowl.

### H. Game and Media Headquarters

The League Headquarters Hotel will be the Hyatt Regency in downtown Phoenix. The Super Bowl Media Center will be located at the Phoenix Convention Center.

### I. Participating Clubs Information

In December, the League will launch the Super Bowl XLIX version of the Super Bowl planning website. This is a secure intranet site dedicated to Super Bowl club preparation and planning, accessible only to select club and League officials. Additional information will accompany the launch of the site. For further details or access to the site, please contact Brett Diamond in the League office.

7/14

(1) **Home Club –** The NFC Champion will be the home team and will have its choice of jersey color. It will use the West bench (press box side).

(2) **Advance Planning Trip –** It is required that staff members from each potential participating club meet with Super Bowl officials in Arizona on Monday, January 12 and Tuesday, January 13, 2015 to review plans for game week. Representatives of the contending clubs should plan to arrive on Monday afternoon. Further information will be available on the Super Bowl planning website and provided to contending clubs in December. A total of $7,500 is allocated to each conference runner-up to cover the costs associated with Super Bowl planning, including these meetings. The additional amount is to cover club costs for ticketing and media guide preparation.

(3) **Broadcasting Network Requirements –** Both participating teams must make their players and coaches available and provide time at their home facility during the week following the Conference Championship games with the Super Bowl televising network to shoot headshots, conduct interviews, and for other specialized shoots. Due to changes in the structure of Media Day beginning with Super Bowl XLVIII, additional time should be allocated during the bye week for these obligations.

(4) **Club Hotels –** A total of 665 rooms have been blocked for each participating club. The participating clubs are obligated to fill these rooms and should do so before pursuing additional hotel rooms in Arizona. In order to properly secure these room blocks, contracts have been signed by the League office that are wholly assumed by the clubs. This includes the club's responsibility and obligation for payment of any unused rooms. Specific contracts will be available on the Super Bowl planning website and provided to contending teams in January. A three night minimum commitment was required to secure all room blocks.

The Arizona Host Committee will pay for 157 rooms for seven nights (1,099 room nights) at the club's headquarter hotel, and the League will pay for 150 rooms for three nights (450 room nights) at a spillover hotel or combination of spillover hotels.

Questions regarding Super Bowl team hotels should be directed to Brett Diamond in the League office.

a. **AFC Headquarters Hotel –** The Sheraton Wild Horse Pass Resort in Chandler, Arizona will be the AFC Headquarters hotel. Room block details will be available prior to December.

b. **NFC Headquarters Hotel –** The Arizona Grand Resort in Tempe, Arizona will be the NFC Headquarters hotel. Room block details will be available prior to December.

c. **Spillover Hotels –** Each participating club will be assigned additional rooms at spillover hotels.

Detailed information on all team hotels will be available on the Super Bowl planning website in December.

7/14

(5) **Practice Sites** – The NFC Champions will practice at the Arizona State University athletic facilites in Tempe, Arizona. The AFC Champions will practice at the Arizona Cardinals practice facility in Tempe, Arizona. If the Cardinals advance to Super Bowl XLIX, the AFC club will practice at ASU. Questions regarding the practice facilities should be directed to Brett Diamond in the League office.

(6) **Time of Arrival** – Teams **must** arrive in Arizona by 5:00 p.m. local time Monday, January 26, 2015. Teams are permitted to arrive on Sunday, January 25, but must arrive at their hotel in time for a 3:00 p.m. (local time) press conference.

(7) **Club Responsibilities** – The participating clubs will be responsible for the following, which will be discussed in detail at the January planning trip:

a. Arranging for its own air transportation.

b. Staffing of its own hotel and practice field operation.

c. Setting aside rooms at its headquarters hotel for its local media.

d. Having head coach and selected players available for a press conference on the day of arrival in Arizona.

e. Having a public relations representative at each practice.

f. Having adequate staff on hand to assist during Super Bowl media sessions.

g. Having players and coaches available for one hour and 15 minutes on Wednesday and Thursday for press conferences at the respective club hotels.

h. Bringing its head coach to the Media Center for a Friday morning press conference.

i. Allowing attendance by telecasting network (NBC) and national radio (Westwood One) rights-holders at one practice of the network's choosing (Wednesday or Thursday) during the week preceeding the game.

j. Having the head coach and key players, including the starting quarterback, available to meet with the network talent for two briefings, once during the week after the Conference Championship game and once on the Saturday before the game.

k. The coaches and players will be required for head shots and mini-interviews for network television on Media Day.

l. Having the head coach available Monday morning (following the game) for press conferences. The winning coach and MVP will appear at the media center and the other coach at the team's hotel for local and key national media.

m. Setting aside a room at its headquarters hotel and providing air transportation (seats on charter) for its local security and drug collector representatives.

**CONFIDENTIAL**                                                  **NFLPA_BRADY002822**

n. Establishing space on the hotel property for television broadcasts for home, host city, and national remotes.

(8) **League Responsibilities** – The League will provide for the following, which will be discussed at the January planning trip:

a. 157 rooms for seven nights (1,099 room nights, Monday to Monday) at the team headquarters hotel, paid for by the Arizona Host Committee.

b. 150 rooms for three nights (450 room nights) at a spillover hotel or combination of spillover hotels.

c. Contribution of $100,000 toward food and beverage (postgame party, team meals, etc.) at the team headquarters hotel. No additional contribution will be made toward the postgame party.

d. 60 sets of shirts and sweaters or pullovers for each team.

e. Rental of practice field.

f. Four buses for each team for the week.

g. Installation of a phone system.

h. The equivalent of 100 first class air fares from home city to be used for "club" charter and 100 first class air fares from home city to be used for "family" charter.

i. Payment of $20,000 toward a welcome reception to be held at a club hotel.

j. Payment of the breakfast or brunch for the media at the Wednesday/Thursday press conferences.

k. Payment of Family Buses – Thursday (10), Friday (10), Saturday (10), Sunday (10), Monday (10).

l. Payment of $20,000 toward game day brunch for families and guests at venue of the club's choice.

m. One chauffeured vehicle per club, 12 hours per day, Monday through Monday.

n. A limited number of cars for use by team during the week (final number is subject to change pending confirmation from General Motors).

All other financial obligations are those of the participating team.

(9) **Schedule** – Mandatory parts of the team media schedule include: (1) a 45-minute press conference at the respective hotel or alternate location with the head coach and selected players on the day of arrival in Arizona; (2) Media Day, the one hour photo and interview session on Tuesday with the head coach, assistant coaches,

7/14

and all players; (3) Wednesday and Thursday media sessions with the head coach, assistant coaches, and players (one hour and 15 minutes) at their hotels or other suitable location; (4) press conferences with each head coach, separately, at the Super Bowl Media Center in Phoenix on Friday; and (5) winning head coach and MVP press conference at the Super Bowl Media Center on Monday following the game.

The tentative Super Bowl XLIX team media schedule is listed below. The final version will be included in the 2014 Playoff Guide for Participating Clubs.

The NFC as the home club will have the choice of the early or late media availability time for the Tuesday through Friday media sessions. This choice of "early" or "late" will be in effect for each of the Tuesday through Friday sessions (it is not permissible to choose "early" for Tuesday, "late" for Wednesday, etc.). **All NFC playoff clubs must exercise their choice in writing to Dave Gardi, Greg Aiello, and Mike Signora at the League office by 5:00 p.m., New York Time, on Wednesday, December 31, 2014.** Should a club not exercise its choice by this deadline, it will be assigned the early media availability time. These choices are binding and are not subject to change upon securing a berth in Super Bowl XLIX.

### Monday, January 26

TBD — Arrival of AFC Champions

TBD — Arrival of NFC Champions

TBD — AFC Champions media availability at Sheraton Wild Horse Pass Resort (time set by League office after confirmation of charter arrival time)

TBD — NFC Champions media availability at the Arizona Grand Resort (time set by League office after confirmation of charter arrival time)

**Note:** Should teams arrive on Sunday, January 25, 2015, they will conduct an arrival "media availability" on that day, which will begin no later than 3:00 p.m., local time. Teams should plan their travel schedule accordingly. There would then be a mandatory "media availability" on Monday for the club at either the Super Bowl Media Center or the team hotel.

### Tuesday, January 27 (location TBD)

10:30 - 11:30 a.m. — Photo and interview session – **all** players and coaches to attend and participate

12:45 – 1:45 p.m. — Photo and interview session – **all** players and coaches to attend and participate

**Note:** Teams arrive one hour prior to media session for broadcast partner interviews and possible head shots

**CONFIDENTIAL**                                      NFLPA_BRADY002824

**Wednesday, January 28**

8:00 – 9:15 a.m. — Media availability with **all** coaches and players at the team hotel

10:15 – 11:30 a.m. — Media availability with **all** coaches and players at the team hotel

**Thursday, January 29** (Same as Wednesday)

8:00 – 9:15 a.m. — Media availability with **all** coaches and players at the team hotel

10:15 – 11:30 a.m. — Media availability with **all** coaches and players at the team hotel

**Friday, January 30**

8:30 a.m. — Press Conference with head coach at the Phoenix Convention Center

9:30 a.m. — Press Conference with head coach at the Phoenix Convention Center

**Saturday, January 31**

TBD — AFC Champions – Practice/walk-through at University of Phoenix Stadium

TBD — NFC Champions – Practice/walk-through at University of Phoenix Stadium

**Monday, February 2**

8:30 a.m. — Press Conference with Super Bowl Champion head coach and MVP at Super Bowl Media Center, at the Phoenix Convention Center

TBD a.m. — Other team – Media availability with head coach at team hotel

**Notes:**

1) Teams must arrive by 5:00 p.m. local time on Monday evening, January 26, 2015.

2) There will be a pool reporter in attendance during the entirety of each team practice from Wednesday through Saturday. An NFL Films crew as well as wire service photographers will be in attendance at the beginning of practice from Wednesday through Saturday.

3) Additional information on media obligations will be provided as part of the 2014 Playoff Guide for competing clubs.

**CONFIDENTIAL**                    **NFLPA_BRADY002825**

(10) **Buses, Cars, and Parking**

Buses – Buses have been reserved and contracted by the League for use by the clubs for the team, families, and guests. The League will pay for buses according to the breakdown in the "League Responsibilities" section on page C39. The exact schedule will be coordinated by the clubs with Gameday Management Group. Special rates have been negotiated and the clubs are required to utilize these buses.

Cars – Preliminary arrangements have been made by the League through GM for a limited number of vehicles and two vans for club staff use (final number is subject to change pending confirmation from GM). Please note that the drivers of these vehicles must be 25 years of age or older with a valid drivers license. Costs of additional rental cars will be a club responsibility. The League can arrange with Hertz to satisfy any club requests for additional rental cars, at the club's expense. Clubs will coordinate pickup and return of these vehicles through Gameday Management services.

Parking – Each non-participating club will be provided three parking passes based on need. Buses used by the participating clubs will be parked in a special restricted access area. More details regarding parking will be provided to participating clubs in January.

(11) **Game Site Staffing**

First-time Super Bowl clubs often come to the game site understaffed. Only after they have experienced the extraordinary attention that media and fans give competing clubs do they learn that, despite all the game responsibilities assumed by the League office, it still requires a staff of 10-20 persons, exclusive of field personnel, to handle the job efficiently. Clubs that have been to the Super Bowl strongly recommend that the work areas—press and administrative—be isolated somewhat from the lobby area to avoid casual traffic.

In the past, clubs have found the following type of work areas helpful:

1. **Public Relations Office** – A reception/lounge area staffed by a receptionist, with an adjoining work area and a second private area where the PR staff can work.

2. **General Office** – A reception area connecting to private work rooms, or separate areas in proximity. This office can accommodate all other staff functions - tickets, administrative, etc. Some clubs have set up and isolated a third room for use by the operating head of the club, and a larger area for all assistant coaches.

3. **Meetings** – Most clubs have held a majority of their team meetings at the hotel, rather than the practice facility. Sufficient meeting space has been secured on a 24-hour basis at both locations.

For general planning purposes, here is a partial list of responsibilities carried out by 18 members of a recent Super Bowl team staff:

**CONFIDENTIAL** **NFLPA_BRADY002826**

1.  Airline/Hotel reservations
2.  Hotel Liaison (both headquarters and spillover hotels)
3.  General office setup and strike/breakdown
4.  IT/Telecommunications
5.  Security (League office will arrange for security at hotel, practice field, and team party, but clubs may want to supplement)
6.  Team Air Charter and Manifest for both team and family charters
7.  Buses, limos, and cars
8.  Equipment trucks
9.  Accounting/Petty Cash/Airline Tickets
10. Special Activities (Entertainment, Restaurant Reservations, etc.)
11. Media Responsibilities and Obligations
12. Liaison with Coaches
13. Hospitality Suites/Rooms (Coaches, Media, Administrative, etc.)
14. Game Tickets
15. Credentialing
16. NFL Party and other party tickets
17. Club Parties (Tickets, Catering, Decoration, Security) both pregame and postgame
18. Police Escorts (Practice, Game Day)
19. Practice Field Arrangements, Liaison
20. Liaison with Player Families, Civic VIPs, family sightseeing trips, etc.
21. Drivers (three or four)
22. Post Super Bowl Clean-up Operations
23. Home City Parade

(12) **Finances/Expenses**

a.  **Club Compensation –** Each competing club shall be reimbursed by the League office for transportation expenses in an amount equal to one hundred (100) first-class round-trip air fares between the club's home city and the site of the game for the team and an additional one hundred (100) first-class round-trip air fares for the "family charter."

1.  **Winning Club –** The club shall receive $4,718,000 to cover all other expenses, including non-player compensation, meals and lodging, insurance, Workers' Compensation, FICA and other payroll expenses, practice field rental, medical expenses, and public relations, excluding only actual player shares.

    If the winning team is one of the host clubs of the region where the Super Bowl is played, that club shall receive $216,000 less to cover these expenses.

2.  **Losing Club –** The club shall receive $3,278,000 to cover all other expenses, including non-player compensation, meals and lodging, insurance, Workers' Compensation, FICA and other payroll expenses, practice field rental, local transportation, supplies and equipment,

7/14

communications, medical expenses, and public relations, excluding only actual player shares.

If the losing team is one of the home clubs of the city where the Super Bowl is played, that club shall receive $216,000 less to cover these expenses.

b. **Player Shares** – Within five (5) days after the Super Bowl game is played, participating clubs must forward a list of players (whom those clubs believe are eligible to receive shares of postseason pay under the CBA) to the Player Personnel department at the League office. Upon approval by the Commissioner of player shares, a wire covering approved player shares shall be forwarded by the League office to the clubs for distribution. Distribution of player shares by the clubs shall be made within fifteen (15) days of the date of the game. No distribution is to be made by the clubs to any player not on the list approved by the Commissioner.

c. **Non-Player Compensation** – Non-player compensation for the Super Bowl is a club decision. Clubs have agreed that all qualifying coaches of teams competing in the Super Bowl shall receive an amount equal to a player share for such game. The amount paid may, at club discretion, be in addition to payments called for in the coach's contract, or payments called for in the coach's contract may be offset against the amount due, but in no case is a qualifying coach to receive less than a player share for such game.

d. **Super Bowl Rings** – The following standards apply to winners' rings:

**Recipients** — The winning club may award the Super Bowl ring to anyone it chooses. Clubs must pay for all rings ordered over the set amount of 150 which are to be paid for by the League.

**Practice Squad Players** — Practice Squad players on a club at the time of the Super Bowl that wins the Super Bowl will be entitled to a ring similar in appearance to the one provided to players on the Active/Inactive List, but the club, in its sole discretion, may provide any Practice Squad player with a ring of lesser value.

**Design** — The following maximum standards will apply to all rings:

1. Gold — The ring will consist of 10K plumb gold and no more than 30 pennyweight.

2. Bevel — The color of the diamonds will not exceed "SI" classification. The total valuation of the diamonds will be based on 150 points for a first-time winner of the Super Bowl within a ten-year period, with an additional 20 points allotted for subsequent Super Bowl victories within that period (the basis for evaluating the inflationary price of the rings will be from these maximum standards).

3. Shanks — One shank will be designated for depiction of the game itself. This includes the game logo, location, participants, score, etc. The other

7/14

shank will be personalized. This would include recipient's name, club logo, season synopsis, etc.

**Financial** — Beginning with the Super Bowl XXXIII winner's ring, a base price of $5,000 per ring (adjusted for increases in gold and diamonds only) will be approved by the Commissioner's office. If there is a sales (use) tax applicable to the particular state involved, the League will absorb this cost. A League representative will discuss this price with all ring companies selected to manufacture the ring. In **no** case shall the individual cost of any ring ordered exceed the established amount. If it does, **no reimbursement in any amount including the original $5,000 will be made by the League**. The company selected **must** sign a contract with the winning club as well as the League office, with the contract subject to review by the League office prior to any party signing the agreement, and the agreement must contain a clause that the company will receive no additional remuneration or incentives other than or in addition to the established price for each ring.

The League office, in its sole discretion and upon club request, may authorize the selected ring manufacturer to produce a "friend and family" line of periphery items for purchase by players, ownership, staff, and families on an exclusive, non-public basis. Such items, if approved by the League, will be subject to standard licensing royalty guidelines.

Payment for Super Bowl rings will be made directly by the League to the manufacturer, subject to the approved contract. This will not restrict any other purchases or orders for other items including additional rings by the club.

**Inspection** — The League office will be authorized to inspect two rings either immediately before delivery or immediately following delivery. The rings will be inspected for adherence to the established standards. The League will maintain one ring for display purposes. The second ring will be sent to the Hall of Fame.

**Conference Champion Award** — The team that loses the Super Bowl game will receive awards. At the club's option, the award will be a piece of jewelry such as a ring, a watch, a medal, etc., which in no event may cost more than one-half the established price set for the Super Bowl ring to the winning team. The League will pay for the set number of 150 pieces of the selected jewelry.

e. **Lombardi Trophy** — The use of the Lombardi Trophy's likeness in pictures or reproduced in miniature form will **only** be authorized through written permission by the League office. Additional guidelines regarding use of the Lombardi Trophy image, procurement of replicas, and protocol for the actual trophy will be communicated to participating clubs prior to Super Bowl XLIX.

f. **Disputes** – In the event of any questions or disputes covering expenses for the Super Bowl game, the Commissioner's decision will be final and binding.

**CONFIDENTIAL**

**NFLPA_BRADY002829**

# S-A-M-P-L-E

# Player/Employee Advance Information
# For Super Bowl XLIX

The checklist below includes items for Super Bowl planning for which potential participating clubs should prepare appropriately. These items will be reviewed in detail by the remaining playoff clubs on-site in Arizona the week preceding the Championship games. Clubs should review this list in advance and prepare to staff accordingly. Questions can be directed to Mike Kensil or Brett Diamond in the League office.

(1)   **Team Departure**

(2)   **Team Hotel** — with local contact information.

(3)   **Family Hotel** — with club contact and policy regarding reservations and number of extra rooms player may reserve, deadline for ordering, and rate information.

(4)   **Wives Hotel** — spell out policy regarding wives (what hotel they will stay in, when they may move in with their husbands, if allowed, children, etc.).

(5)   **Tickets** — number of tickets each player may purchase, club contact for ordering, deadline for ordering, and distribution date.

(6)   **Practice Site** — with local contact and phone numbers.

(7)   **Automobiles** — specific information on player-staff cars, how they will be assigned, when they should be returned, and club contact.

(8)   **Plane Reservations** — club contact for assisting player families with air travel.

(9)   **Player Meals** — general plan on player meals (team meals or meal money, etc.).

(10)  **Return Charter** — policy on who will be allowed on the return air charter (wives, etc.) and when charter will return.

(11)  **Valuables** — club contact and policy for storing valuables at the hotel.

(12)  **Family Activities** — (if planned) — tentative list and club contact.

(13)  **Luggage Tags** — importance of identifying all luggage and special tags.

**CONFIDENTIAL**                    NFLPA_BRADY002830

# S-A-M-P-L-E

## Super Bowl XLIX Itinerary

The following is a sample preliminary Super Bowl itinerary which contending clubs can use as reference in planning their club's potential participation in Super Bowl XLIX and specifically game week activities:

### Monday, January 26

| | | |
|---|---|---|
| 10:00 a.m. | - | Meet at stadium - no players should go directly to the airport. Park cars at field perimeter. |
| 10:15 a.m. | - | Load all baggage on truck for airport - truck departs at 10:30 a.m. (limit of two (2) bags to check-in and one carry-on). |
| 11:00 a.m. | - | Bus departs for airport. |
| 12:00 noon | - | Depart from airport. |
| 3:00 p.m. | - | Check in to _____ Hotel. |
| | | Pick up luggage - _____ Room. |
| | | Pick up car keys - _____ Room (one car for each pair of players). |
| 4:30 p.m. | - | Press Conference - Coach and selected players in_____ Room. |
| 6:30 p.m. | - | Staff Meeting in _____ Room. |
| | | Film available for players in _____ Room. |

**No Curfew**

### Tuesday, January 27

| | | |
|---|---|---|
| 8:00 a.m. | - | Breakfast in _____ Room. |
| 9:00 a.m. | - | Team meeting in _____ Room. |
| 9:30 a.m. | - | Buses leave for Media Day, network interviews, and head shots at _____ . |
| 11:30 a.m. | - | Buses return to hotel. |
| | - | Players off Tuesday afternoon. |
| | - | Film available for players in _____ Room. |

**No Curfew**

### Wednesday, January 28

| | | |
|---|---|---|
| 7:30 a.m. | - | Breakfast in _____ Room. |
| 8:00 a.m. | - | Press Conference - All players and coaches in _____Room. |
| 10:00 a.m. | - | Team Meeting. |
| 10:30 a.m. | - | Buses depart for practice field. |

**CONFIDENTIAL** **NFLPA_BRADY002831**

**Wednesday, January 28 (continued)**

| | | |
|---|---|---|
| 12:30 p.m. | - | Lunch. |
| 1:00 p.m. | - | Offense and Defense Meetings. |
| 1:45 p.m. | - | Practice. |
| 4:45 p.m. | - | Buses return to hotel. |
| 6:30 p.m. | - | Staff meeting in _____ Room. |
| | | Film available for players in _____ Room. |

**No Curfew**

**Thursday, January 29**

Same schedule as Wednesday.

No further mandatory press conferences for players after Thursday.

**11:00 p.m. Curfew**

**Friday, January 30**

Same schedule as Wednesday except no interview period.

**11:00 p.m. Curfew**

**Saturday, January 31**

| | | |
|---|---|---|
| 8:00 a.m. | - | Breakfast in _____ Room. |
| 9:00 a.m. | - | Special Teams, Offense, and Defense meetings. |
| 10:00 a.m. | - | Buses leave for Stadium. |
| 11:00 a.m. | - | Practice. |
| 6:00 p.m. | - | Team dinner in _____ Room. |
| 8:30 p.m. | - | Team meeting in _____ Room. |
| 9:30 p.m. | - | Team snack in _____ Room. |

**11:00 p.m. Curfew**

**Sunday, February 1**

| | | |
|---|---|---|
| 8:30 a.m. | - | Breakfast in _____ Room. |
| 10:00 a.m. | - | Mass in _____ Room. |
| 10:00 a.m. | - | Chapel in _____ Room. |
| 11:00 a.m. | - | Pre-game meal in _____ Room. |
| 2:00 p.m. | - | Early bus to Stadium. |
| 2:30 p.m. | - | Late bus to Stadium. |
| 4:15 p.m. | - | Warm-up. |
| 5:00 p.m. | - | Kickoff. |
| 11:15 p.m. | - | Buses depart from Stadium and return to hotel. |

**Team Party**

**Monday, February 2**

| | | |
|---|---|---|
| 8:15 a.m. | - | Bring bags to _____ Room. |
| 10:45 a.m. | - | Buses depart for airport. |
| 12:00 noon | - | Plane departs. |
| Evening | - | Arrive home. |
| | | Bus to stadium. |
| | | Luggage delivery to locker room. |

7/14

# Check List

## Participating Clubs at Super Bowl

The checkist that follows includes items for Super Bowl hotel planning to assist potential participating clubs in their preparation. These items will be reviewed in detail by the remaining playoff clubs on-site in Arizona the week preceding the Championship games. Clubs should review this in advance and prepare to staff accordingly. Questions on Super Bowl planning can be directed to Mike Kensil or Brett Diamond in the League office.

**Club Hotel –**

Sign contract

General, catering, reservations, security, accounting — emergency night numbers

Number of rooms, suites (where, size), length of stay, handling no shows — obligation to hotel on payment, rates, meeting space

What taxes apply to the room rate?

Will players room with wives? When?

Room service hours, restaurant hours

Player meeting rooms, taping room, training room, when open

Which meals will be eaten as a team? Who invited?

Security needs — NFL rep to be housed in hotel

Location of sleeping rooms — coaches, players, staff, media

Schedule of checkout by previous group

Baggage truck — dropoff, pickup — deliver to rooms — tips to bellhops

Promotional materials

Rooming list — when, how, pre-registration

Menus for press conferences, team meals

Which media in club hotel, which in NFL headquarters?

Where do buses pick up?

7/14

 **NFLPA_BRADY002834**

Where do TV remote units park, studio sites? Charge for utilities?

Where do club cars park, security, who's in charge, assignment of passes

Rooms for Associated Press, national media

Restriction on phone use, messages, and faxes

Tip policy — who does, percentage or fixed sums

Safety deposit boxes

Location of novelty shop and time for private team sale

Curfew, bed check, who does, what days

Shoe company and licensee deliveries

Hours of newsstands, gift shop

Which papers are available, ability to get hometown papers

Master charge account, signing authority, player incidental system, payment guarantees, check charges daily

Hospitality area:    media, staff, coaches (separate)
                     What access — credential
                     Hours, type of bar, security, who in charge
                     Access to fax machine

Restriction on access to player floor (credential), security, who pays, written schedule

Décor — who does, where and when installation will take place?

**Office**

Who attending, space needed

Furniture, refrigerator, supplies

Computers, typewriters, type of copier (amount of paper), fax machine

Phones — who, how many, where, private (listed #'s)

Access to computers and email

Message system

Hours, security access, desk

Petty cash (bank account)

Lunch service, continental breakfast, coffee, soft drinks

Who is in charge of inventorying furniture, office equipment, etc. on departure?

## Spillover Hotels

Contract — who signs?

Number of rooms, length of stay — penalties, financial obligations/guarantees, handling no shows

How many rooms per player, who guarantees payment, deposits?

Does club pay for rooms for players (how many)?

Rooming lists, when due, how to provide

Is there an airport shuttle?

Is there transportation between hotels?

Bus pickup point

Taxi access

Do they have baby sitting contacts? Need for day care center?

Hospitality area, hours

Staff individual responsible

Functions for families — sporting events, sightseeing, amusements

Access to cribs, refrigerators, etc.

## Departure/Return

Airport to be used, where will parking spots be at home (bus to airport - security on cars)

Schedule

Contact at home for access to other flights

NFL security rep accompanying team

Second charter — when, who given access, who's in charge

Airport security upon landing, at baggage claim

Media access at sendoff, arrival

Want bags on bus or on baggage truck?

Timing of return charter(s) — who, tickets, seat assignments

How do players not on charter return?

**Transportation**

GM vehicles (staff) — parking, who's responsible (keys) - who checks for damage when received and returned

Rental cars — contact for family, friends, access, media, players - how many per player, who's responsible (keys)

Runners — how to identify, pay, security clearance

Buses      — team — schedule, number, signs, same drivers
               — families — to game, how many, tickets for access, who's in charge to/from hotel
               — media — to Media Day (both teams), to other team press conference, to Friday press conferences
               — who rides buses to game (tickets)

Written directions to drivers on plans, pickup, dropoff, etc. - meeting with drivers

Where are drivers during game?

Where are police escorts during game?

Limos — which days, prior deposits

Vans/SUVs for trainers and equipment managers

Parking location at practice (passes), stadium

Parking passes needed for game

Return policy on rental cars and courtesy cars, return of keys

Insurance, payment on damages, release forms for drivers

Who has responsibility of returning cars? — inspection of cars for damage upon turn-in

         **NFLPA_BRADY002837**

**Practice Sites**

Contact — overall, field, locker room, training room

Practice times, itinerary

Special equipment needed — sleds, etc. — weights needed, type of weights—inventory of equipment available at practice site

Individuals needed and time for move-in

Equipment manager needs — rain gear, indoor shoes, shirts, socks, extra jerseys, pants, shorts, footballs, etc.

Type of training equipment available — need to bring what, rentals

Video equipment (both at practice and hotel), how to ship

Film needs, tower, projectors

Lunch at facility? Caterer

Coaches' locker rooms

Player meeting rooms

Security — field, locker rooms, written schedule

Contact for hospital, doctor introduction

Parking restrictions — buses, cars - passes needed?

Equipment truck — storage of training equipment for game day

Private phones, walkie talkies

Need to bring practice equipment — what available at site

Supplies — ice, gum, whiteboard, soap, cold drinks, snacks (contacts)

Laundry, towels

Need for part-time help

Soft drinks, fruit needs in locker rooms

Tarp access

Carts to transport equipment to field

**CONFIDENTIAL**                    **NFLPA_BRADY002838**

Pharmaceutical supplier

Extra autograph footballs (Super Bowl balls) — time to sign

Game uniform (jersey, pants, etc.) for Media Day — team photo (bleachers), when taken

Police escort

Players ride buses or drive cars — driving instructions

Name cards, identification for staff

Indoor practice contingency

Conflicts with other events

Open or closed practice, pool reporter access, photographer access

Charges, tips to staff

Insurance

When is move-in scheduled for Media Day at stadium?

Saturday practice at stadium?

**Game Details**

Color of jersey, side of field, warm-up end zone

Locker room — where, size, setup

Coaches' phones — assistant coaches check booth Saturday — check need for ring downs plus headsets — headset diagram to League

Owner's booth — where, access, how many?

Film locations - elevator access?

Time schedule

Police escort

Dressing rooms — towels, ice, cold drinks, coffee, gum, pastry (needs at stadium if practice there Saturday), X-ray location, cups, oxygen

Team ambulance location, area for first aid, heart problems, hospital — location, doctor, introduction, who stays with injured player if stayover on Monday

7/14

Name placards

How are player introductions handled? Which unit?

Will Call restrictions — manning by club ticket manager, location of booth

Credentials — official and bench, obtaining pictures

Parking passes needed, type, location — handicap needs

Where do team buses drop off, pick up — family buses drop off, pick up?

Equipment truck — come in after game, storage until next day when plane leaves (security)

What to do with injured reserve players and practice squad players

Cheerleaders' locker room

Bench needs, number allowed

Access to locker room postgame, where do families meet players?

Seating for injured players at game — access to locker room postgame

## Postgame Party

Where, budget, who invited (how many), time to start and finish

Invitations — printing, distribution

Entertainment (union restrictions)

Decorations, lighting

Menu

Invitation good for one or two?

How many invitations per player (table)?

Dress code

Security, manning door for crashers

How late stay open (liquor laws)?

Who is authorized to approve bill, change guarantee, and authorize non-ticketed attendees?

Check with fire marshal on plans

7/14

**Game Ticket Distribution**

Player and staff allotments

Barter tickets

Service people tickets — bus drivers, limo drivers, hotel staff, etc.

Billing policy, invoices

Should set allocation to players, coaches, staff, etc., based on conversations with previous team and other participating teams — per League resolution of May 1997

Fan policy, pick-up deadlines

Bank to deposit payments

Will call policy — prepaid

Owner's tickets, VIP tickets

Keep track of wives, VIPs, celebrities, injured reserve players for television

Office hours

Handling of lost tickets

Handling of wheelchair requests

Reminder of scalping prohibitions

**Public Relations**

Office, hours

Hospitality – timing, access

Location of TV remote units, studios at hotel

Network access to coaches, players

Extra rosters, media guides

Name tags – player and coaches interviews (pictures)

Remind players of obligations to media

Preparation and electronic distribution of team Super Bowl media guides

7/14

**NFLPA_BRADY002841**

**Miscellaneous**

Use of previously deposited rooms

Tags for luggage

When and where to pay players for Conference Championship games (how to cash check)

Where and how much for parking at home airport?

How much meal money?

Who allocates NFL party invitations, when to distribute?

Who attends parties - what available?

Cheerleaders – hotels, public availability, transportation, security

What type of gifts to staff, how many – access to sweaters, shirts, caps, etc.?

Restaurant lists, contacts for access

Doctor, dentist for player families

Babysitters, child care center

Florist

Houses of Worship

Driving directions

Other functions in city, how to get tickets

Postgame parade planning

Access for players and staff to buy novelties

NFLPA_BRADY002842

# VII. Senior Bowl

Saturday, January 24, 2015

The following policies apply regarding participation in the Senior Bowl College All-Star Game in Mobile, Alabama:

(1) The coaching staff of each Senior Bowl squad will be the staffs of the two clubs that originally occupy the first two selection positions in the upcoming draft, regardless of conference affiliation or trades. If one or both of those clubs does not accept the Senior Bowl assignment, the opportunity shall be offered to other non-playoff clubs according to the order of the upcoming Draft. If all clubs pass, it is mandatory that the two clubs with the best records that did not participate in the playoffs accept this assignment.

It is mandatory that a club's head coach participate with his staff in coaching the Senior Bowl. Any failure to comply with this policy shall subject the offending club to severe disciplinary action by the Commissioner.

(2) Each full-time coach under contract on the participating staffs will receive $1,000, paid from League funds. To receive payment, please submit to the NFL Football Operations department a list of full-time coaches under contract who participated in the game.

(3) $1,000 from League funds will be allocated to each of three departments of each NFL club that sends its football staff to the Senior Bowl: athletic training, equipment, and video departments. This money will be divided among the employees within those departments, provided they work Senior Bowl week, as determined by applicable club management; however, if only one person from a department works the Senior Bowl, such person will receive a maximum of $500. To receive payment, clubs should submit to the the NFL Football Operations department a list of eligible employees who participated in the game.

(4) Any other expenses incurred by the club staffs, including travel and lodging, will be paid by their respective clubs.

The Senior Bowl is scheduled for January 24, 2015. Please contact the NFL Football Operations department or Senior Bowl Executive Director Phil Savage (251/438-2276) for additional details.

Note: NFL coaches are not permitted to coach in any college all-star game except the Senior Bowl, unless approved by the NFL Football Operations department.

**CONFIDENTIAL**                                 **NFLPA_BRADY002843**

**Policy Manual for Member Clubs—Game Operations**

**Directory of Club Contacts**

**Table of Contents**

Arizona Cardinals .................................................................................................... D1-D3
Atlanta Falcons ...................................................................................................... D4-D5
Baltimore Ravens .................................................................................................... D6-D8
Buffalo Bills .......................................................................................................... D9-D11
Carolina Panthers ................................................................................................ D12-D14
Chicago Bears ..................................................................................................... D15-D17
Cincinnati Bengals .............................................................................................. D18-D20
Cleveland Browns ................................................................................................ D21-D23
Dallas Cowboys ................................................................................................... D24-D36
Denver Broncos ................................................................................................... D27-D28
Detroit Lions ....................................................................................................... D29-D34
Green Bay Packers .............................................................................................. D32-D34
Houston Texans ................................................................................................... D35-D37
Indianapolis Colts ............................................................................................... D38-D39
Jacksonville Jaguars ........................................................................................... D40-D42
Kansas City Chiefs .............................................................................................. D43-D45
Miami Dolphins ................................................................................................... D46-D48
Minnesota Vikings ............................................................................................... D49-D51
New England Patriots ........................................................................................... D52-D54
New Orleans Saints .............................................................................................. D55-D57
New York Giants .................................................................................................. D58-D60
New York Jets ...................................................................................................... D61-D63
Oakland Raiders .................................................................................................. D64-D66
Philadelphia Eagles ............................................................................................. D67-D69
Pittsburgh Steelers .............................................................................................. D70-D72
St. Louis Rams ................................................................................................... D73-D75
San Diego Chargers ............................................................................................ D76-D78
San Francisco 49ers ............................................................................................ D79-D81
Seattle Seahawks ............................................................................................... D82-D84
Tampa Bay Buccaneers ....................................................................................... D85-D87
Tennessee Titans ................................................................................................ D88-D90
Washington Redskins ........................................................................................... D91-D93
Pro Football Hall of Fame ..................................................................................... D94-D95

## Arizona Cardinals

| Mailing Address | Street Address |
|---|---|
| P.O. Box 888 | 8701 South Hardy Drive |
| Phoenix, AZ  85001-0888 | Tempe, AZ  85284 |
| 602/379-0101 | FAX: 602/379-1821 |

| | | | |
|---|---|---|---|
| **Club-Stadium Liaison:** | John Drum | 623/433-7733 | (pvt) |
| | | 602/695-3984 | (c) |
| | | 623/444-4437 | (h) |
| | Tim Beach | 602/379-1825 | (pvt) |
| | | 516/984-2246 | (c) |
| **Club Security Director:** | Rick Knight | 602/379-1833 | (pvt) |
| | | 602/647-3300 | (c) |
| **Media Relations Department:** | Mark Dalton: | 602/379-1720 | (pvt) |
| | | 602/695-7700 | (c) |
| | Chris Melvin: | 602/379-1882 | (pvt) |
| | | 602/705-6055 | (c) |
| | Mike Helm: | 602/379-1620 | (pvt) |
| | | 480/748-1354 | (c) |

**Stadium:**

University of Phoenix Stadium
1 Cardinals Drive
Glendale, AZ  85305
Game Day Phone:  623/433-7100

Stadium Contact:  Fred Corsi  623/433-7115
Global Spectrum

Press Box Phone:  623/433-7710

Game Tape Information & Booth Location:  Robert Brakel
Sideline Platform—50 yard line on the west side of the stadium (above Section 412). Need tripod.
End Zone—north end of the stadium, camera well in front of Section 428. Need tripod.

Playing Surface:  Grass
Climate-Control Units:  No, only if requested
Home Bench Location:  West side (press box side)
Will-Call Window:  Adjacent to Gate 2, North side of stadium
Media Gate at SW corner of stadium just south of Gate 1.

Scouting Tickets & Credentials:  Mark Dalton  602/379-1720

**CONFIDENTIAL**  NFLPA_BRADY002845

## Arizona Cardinals (Continued)

| | |
|---|---|
| Visiting Team Postgame Interview Area: | Location: Adjacent to visiting locker room<br>Podium and riser: Yes<br>Mult box: No<br>Phone access for visiting team's internet use: Yes |

**Visiting Coaching Booth Location:**     Press Box level, adjacent to national broadcast booth

Directions to Booth from Locker Room:     Left out of locker room. Walk corridor to Press elevator (right side). Take elevator to Press Box level and walk down Loft corridor to visiting coaching booth. (South side of national broadcast booth.)

Seating Capacity:     4 – first row, 4 – top row
Standing Room:     Yes
Food/beverages:     Yes, brought in upon request
Halftime Travel Time:     5 minutes

**Coaching Tape:**

Cardinals' Video Director:     Robert Brakel          602/980-3999  (c)
Visitors' Booth Location:     Top of Terrace level at 50-yard line.  (82 steps up). End zone location: North end of stadium, above video board; South end of stadium, above video board.

**Visiting Owner's Booth:**     Loft Level L307

**Coaches' Phones Team Contact:**     Matt Caracciolo          516/459-2750  (c)

**Jersey Colors:**     Cardinals will wear **Cardinal Red** for all preseason and regular season home games except **Black** (Alternate) vs. San Francisco, 9/21. Cardinals will also wear **Cardinal Red** on the road at Dallas, 11/2.

**Sleeve Color:**     **White/Black** (Alternate)

**Shoe Color:**     **Black**

**Pool Reporter:**     Kent Somers

8/14

## Arizona Cardinals (Continued)

| | | |
|---|---|---|
| **Emergency Medical Services:** | St. Joseph's Hospital<br>350 West Thomas Road<br>Phoenix, AZ 85013 | 602/406-3000 |
| | Internist:<br>Dr. Wayne Kuhl<br>Orthopedist:<br>Dr. Gary Waslewski | 602/522-1900<br><br>480/558-3744 |
| Alternate: | Banner Good Samaritan Regional<br>Medical Center<br>1111 East McDowell Road<br>Phoenix, AZ 85006 | 602/239-2000 |
| **Bus Lines:** | Special Transportation | 602/955-4099 |
| **Equipment Truck Lines:** | Dirck's Moving & Logistics<br>4340 W. Mohave St<br>Phoenix, AZ 85043 | 602/267-9401 |
| **Taxi Service:** | Discount Cab | 602/200-2000 |

**CONFIDENTIAL**                    **NFLPA_BRADY002847**

**Atlanta Falcons**
4400 Falcon Parkway
Flowery Branch, GA 30542
770/965-3115
FAX: 770/965-2766

| | | |
|---|---|---|
| **Club-Stadium Liaison:** | Spencer Treadwell | 770/614-3969 (h) |
| | | 770/965-2735 (pvt) |
| | | 404/606-3534 (c) |
| **PR Department:** | PR Private Number: | 770/965-2761 |
| | Reggie Roberts: | 770/965-2761 (pvt) |
| | rroberts@atlantafalcons.com | 770/271-4311 (h) |
| | | 770/833-9817 (c) |
| | Frank Kleha: | 770/965-2763 (pvt) |
| | Brian Cearns: | 770/965-4318 (pvt) |
| | Matt Haley: | 770/965-4350 (pvt) |
| **Stadium:** | Georgia Dome | |
| | One Georgia Dome Drive | |
| | Atlanta, GA 30313 | 404/223-9200 |
| Stadium Contact: | Ken Jefferson | 404/223-8688 (pvt) |
| | Event Services Manager | 404/886-4990 (c) |
| Secondary Contact: | Carl Adkins | 404/223-8820 (pvt) |
| | General Manager | 404/886-4893 (c) |
| Press Box Phone: | | 404/223-8904 |
| Ticket Office: | | 404/223-8000 |

Playing Surface: Field Turf
Climate-Control Units: Yes
Home Bench Location: North (press box side)
Will-Call Window: Main ticket office—South side
Press Will-Call—Gate E – North Side

Scouting Tickets
& Credentials: Rebecca Hill

Visiting Team Postgame
Interview Area:

Location: Inside visiting team locker room
Directions from visiting team locker room: Inside
Coaches' entrance: Side door inside locker room
Media entrance: Not a separate entrance – visiting team
locker room door
Podium and riser: Yes
Mult box: Yes
Phone access for visiting team's internet use: Yes

8/14

NFLPA_BRADY002848

## Atlanta Falcons (Continued)

| | |
|---|---|
| **Visiting Coaching Booth Location:** | North home side 50-yard line |
| Directions from Locker Room to Booth: | From Gate E lobby take elevator to observation deck and turn right. |
| Standing Room: | Yes |
| Food/beverages: | Yes, delivered to Coaches' Booth |
| Halftime Travel Time: | Locker room to booth, 3 – 4 minutes |

| | |
|---|---|
| **Coaching Tape:** | |
| Falcons' Video Director: | Mike Crews |
| Visitors' Booth Location: | Video booth at top of stadium in observation booth next to coaches' |

| | | |
|---|---|---|
| **Visiting Owner's Booth:** | South side, Suite B87 | 404/223-8391 |

| | | |
|---|---|---|
| **Coaches' Phones Team Contact:** | Lloyd Wynn | 404/255-7589 (h) |
| | | 404/787-3155 (c) |
| | Alt. Scott Wynn | 770/652-4068 (o) |

| | |
|---|---|
| **Jersey Colors:** | Falcons will wear **Red** for all preseason and regular season home games. |

| | |
|---|---|
| **Sleeve Color:** | **Black** |

| | |
|---|---|
| **Shoe Color:** | **Black** |

| | |
|---|---|
| **Pool Reporters:** | D. Orlando Ledbetter, alternate Charles Odum |

| | | |
|---|---|---|
| **Emergency Medical Services:** | Emory Hospital | |
| | 550 Peachtree Street NE | |
| | Atlanta, GA  30308 | 404/686-4411 |
| | | |
| | Emory Healthcare Sports Medicine Center | |
| | 59 Executive Park Drive | |
| | South Suite 1000 | |
| | Atlanta, GA 30329 | |
| | Office: | 404/778-7204 |
| | Dr. Spero Karas | 404/218-1818 |
| | Marty Lauzon | 770/519-2216 |

| | | |
|---|---|---|
| **Bus Lines:** | American Coach Lines | |
| | P.O. Box 646 | |
| | Norcross, GA  30091 | |
| | Contact: June Sweeton | 770/449-1806 |

| | | |
|---|---|---|
| **Equipment Truck Lines:** | Net Movers | |
| | Contact: John Krysak | 404/316-4717 |

| | | |
|---|---|---|
| **Taxi Service:** | Yellow Cab: | 404/521-0200 |
| | Checker Cab: | 404/351-1111 |
| | (Available throughout game) | |

8/14

**CONFIDENTIAL**  **NFLPA_BRADY002849**

## Baltimore Ravens
1 Winning Drive
Owings Mills, MD 21117
410/701-4000
Fax: 410/701-4005
PR FAX: 410/701-4100
www.baltimoreravens.com
E-mail address: firstname.lastname@ravens.nfl.net

| | | |
|---|---|---|
| **Club-Stadium Liaison:** | Bob Eller | 410/701-4198 (pvt) |
| | | 410/628-0237 (h) |
| | | 410/746-2106 (c) |
| **PR Department:** | Kevin Byrne: | 410/701-4023 (pvt) |
| | | 410/230-8140 (PB) |
| | | 410/804-0883 (c) |
| | | 410/329-6775 (h) |
| | Chad Steele: | 410/701-4152 (pvt) |
| | | 650/776-3580 (c) |
| | Patrick Gleason: | 410/701-4161 (pvt) |
| | | 410/456-6111 (c) |
| | Tom Valente: | 410/701-4158 (pvt) |
| | | 410/230-8144 (PB) |
| | | 410/491-1304 (c) |
| | Marisol Renner: | 410/701-4157 (pvt) |
| | | 443/277-3512 (c) |
| | | 410/230-8147 (PB) |

**Stadium:**
M & T Bank Stadium
1101 Russell Street
Baltimore, MD 21230
410/261-7283

| | | |
|---|---|---|
| Stadium Contact: | Roy Sommerhof | 410/986-5220 (o) |
| | (VP Stadium Operations) | 410/494-0585 (h) |
| | | 443/277-6244 (c) |
| Press Box Phone: | Ravens PR | 410/230-8144 or 8140 or 8147 |
| | Visiting PR | 410/230-8160 |

Playing Surface: Shaw Momentum Turf
Climate-Control Units: Yes, hot blowers & heated benches, port-a-cool units
Home Bench Location: South (press box side)
Will-Call Window: Press Gate – South side of stadium
(between Gates C & D); 410/230-8110
Ticket Office – West Side

Scouting Tickets Karen McGee (Credential Requests for M&T Bank
& Credentials: Stadium)
www.baltimoreravens.com/pressroom

Jessica Markison (Ravens' Scouts' confirmations)
Phone: 410/701-4022

8/14

**CONFIDENTIAL**

**NFLPA_BRADY002850**

## Baltimore Ravens (Continued)

Visiting Team Postgame
Interview Area:

Location: Adjacent to visiting locker room.
Directions from visiting locker room: Adjoining door from visiting locker room or follow black tape from media elevator, take right at concourse.
Dimensions: 34' x 23'
Coaches' entrance: After entering stadium, take left, follow black line to visiting locker room.
Media entrance: Enter at media will call lobby, located on south side of M&T Bank Stadium, across from Parking Lot D
Podium and riser: Yes
Mult box: Yes
Phone access for visiting team's internet use: Yes

**Visiting Coaching Booth Location:**

Press level, Booth #3.27.07, home team side, 40-yard line

Directions from Locker Room to Booth:

Exit locker room to service level, turn left, (follow black line on floor) go to end of hall then turn left to another hallway and proceed to elevators. Take elevator to press level. Go across the bridge through glass doors. Booth is to the left once inside press box. Booth #3.27.07

Seating Capacity:

(5) front row, (2) back row

Standing Room:

4

Food/beverages:

Yes, in the press dining room

Halftime Travel Time:

Locker room to booth, 3 minutes

**Coaching Tape:**

Ravens' Video Director:

Jon Dubé

Visitors' Booth Location:

Upper South at section 527; Upper West end zone at section 540; Upper East end zone at Section 513

**Visiting Owner's Booth:**

Lower Suite #327, North side, seats 20, can handle 26.
Phone: 410/230-8327

**Coaches' Phones Team Contact:**

Jobie Waldt: 443/277-6250

**Jersey Colors:**

Ravens will wear **White** for the first home preseason game and **Purple** for rest of preseason and regular season home games except **Black (Alternate)** vs. Carolina, 9/28 and vs. Atlanta, 10/19.

**Sleeve Color:**

**Black/White**

**Shoe Color:**

**Black**

## Baltimore Ravens (Continued)

**Pool Reporter**:                          Jeff Zrebiec

**Emergency Medical Services:**     MedStar Health Union Memorial Hospital
201 East University Parkway
Baltimore, MD 21218

| | | |
|---|---|---|
| Dr. Andrew Tucker | 410/821-8062 | (o) |
| | 410/247-6273 | (c) |
| ER Phone | 410/554-2626 | |

**Bus Lines:**                          Eyre Bus Service, Inc.
13600 Triadelphia Rd.
Glenelg, MD 21737
Contact: Kevin Eyre          410/442-1330

**Equipment Truck Lines:**          Von Paris Moving and Storage, Inc.
8691 Larkin Road
Savage, MD 20763

| | | |
|---|---|---|
| Contact: John Von Paris | 410/888-8500 | (o) |
| | 410/888-9061 | (f) |

**Taxi Service:**                       Yellow Cab          410/685-1212

**CONFIDENTIAL**                                **NFLPA_BRADY002852**

# Buffalo Bills
One Bills Drive
Orchard Park, NY  14127
716/648-1800
Media Relations FAX: 716/312-8801
E-mail address: first name.last name@bills.nfl.net

| | | | |
|---|---|---|---|
| **Club-Stadium Liaison:** | Matt Hunter | 716/312-8760 | (pvt) |
| | Senior Director | 716/359-8492 | (h) |
| | of Stadium Operations | | |
| **Media Relations Department:** | Scott Berchtold: | 716/312-8701 | (pvt) |
| | | 716/667-0030 | (h) |
| | Chris Jenkins: | 716/312-8702 | |
| | Kevin Kearns: | 716/312-8704 | |
| **Stadium:** | Ralph Wilson Stadium | | |
| | One Bills Drive | | |
| | Orchard Park, NY  14127 | 716/648-1800 | |
| Stadium Contact: | Matt Hunter | 716/312-8760 | (pvt) |
| | | 716/359-8492 | (h) |
| Press Box Phone: | Home | 716/312-8711 | or |
| | | 716/312-8712 | |
| | Visitor | 716/312-8713 | |

Playing Surface:                  A-Turf Titan
Climate-Control Units:         Hot seat benches
Home Bench Location:         Southwest (press box side)
Will-Call Window:                Media Will-Call Gate 1, South side
Scouting Tickets
& Credentials:                     Credentials-Kevin Kearns/Tickets-Scott Berchtold
Visiting Team Postgame
Interview Area:                    Location: Room labeled "Visiting Locker Room"
                                         Coaches' entrance: Front door
                                         Media entrance: Front door
                                         Podium and riser: Yes
                                         Mult box: Yes
                                         Phone access for visiting team's internet use: Only in
                                         press box

**Visiting Coaching Booth Location:**    Booth is listed as Visiting Coaches inside the Broadcast
                                         Booth area, approximately the 30-yard line at the
                                         mezzanine level on the home (South) side of the field.

**CONFIDENTIAL**                                   **NFLPA_BRADY002853**

## **Buffalo Bills (Continued)**

**Visiting Coaching Booth Location (Cont'd):**

Directions from Locker Room to Booth:   Take elevator to lobby level and exit the building to the left. Take a right once you are outside the building and proceed up the ramp and past Gate 1. Broadcast Booths entrance where coaches booth is located on stadium outer wall at ground level, approximately 75 yards from Gate Two.

Seating Capacity:   4 in front row; 3 in back row
   Standing Room:   5-6 possible
   Food/beverages:   in back of broadcast booths area
   Halftime Travel Time:   Locker room to booth, 3–5 minutes

**Coaching Tape:**

   Bills' Video Director:   Greg Estes
   Visitors' Booth Location:   Booth at the top of upper deck, 50-yard line, need tripod; under cover. End Zone location top of Administration department

**Visiting Owner's Booth:**   Suite 209B
**Coaches' Phones Team Contact:**   Dan Evans, Scott Berchtold

**Jersey Colors:**   Bills will wear **Royal Blue with white pants** for all home games.

**Sleeve Color:**   **Royal/White**

**Shoe Color:**   **Black**

**Pool Reporters:**   Tim Graham, alternate Chuck Pollock

8/14

**CONFIDENTIAL**

## Buffalo Bills (Continued)

**Emergency Medical Services:**

ECMC
462 Grider Street
Buffalo, NY 14215    716/898-3000
Dr. John Marzo    716/829-2982
Dr. Thomas White    716/857-8623

**Bus Lines:**

Niagara Scenic Tours
5175 Southwestern Blvd.
Hamburg, NY 14075
Hadley Bos-Fisher    716/648-7766  x 18
    716/867-1551  (c)

**Equipment Truck Lines:**

Cook Moving Systems
1845 Dale Road
Buffalo, NY  14225
Contact: Melissa Inman    716/880-1140

**Taxi Service:**

Airport Taxi    716/633-8294
Liberty Cab    716/877-7111

CONFIDENTIAL

## Carolina Panthers
Bank of America Stadium
800 South Mint Street
Charlotte, NC 28202
704/358-7000
Fax: 704/358-7622
Media Relations FAX: 704/358-7618

| | | | |
|---|---|---|---|
| **Club-Stadium Liaison:** | Brandon Beane | 704/358-7537 | (o) |
| | | 704/614-0700 | (c) |
| **PR Department:** | Charlie Dayton | 704/358-7471 | (pvt) |
| | | 704/574-9145 | (c) |
| | Steven Drummond | 704/358-7448 | (pvt) |
| | | 704/390-5288 | (c) |
| | Ryan Anderson | 704/358-7473 | (pvt) |
| | | 704/281-8062 | (c) |

**Stadium:**  Bank of America Stadium
800 South Mint Street
Charlotte, NC 28202  704/358-7000

Stadium Contact: Lance Emory 704/358-7424 (o)
(Dir. of Security) 704/491-6421 (c)

Press Box Phone: 704/358-7560

Playing Surface: Natural Grass, Bermuda Tiffway 419
Climate-Control Units: Yes
Home Bench Location: Press box side
Will-Call Window: Located at press check-in on Southwest corner of the stadium (opposite downtown). Enter stadium via Gate 1 off Morehead Street and follow signs for press check-in.

Scouting Tickets Ryan Anderson 704/358-7473
& Credentials:
Visiting Team Postgame
Interview Area: Location: Room adjacent to visiting locker room
Directions from visiting locker room: Located beside visiting team locker room
Coaches' entrance: Coaches and players can enter from visiting locker room
Media entrance: Enter from tunnel outside of visiting locker room or from visiting locker room
Podium and riser: Yes
Mult box: Yes
Phone access for visiting team's internet use: Yes

**CONFIDENTIAL**  **NFLPA_BRADY002856**

## Carolina Panthers (Continued)

| | |
|---|---|
| **Visiting Coaching Booth Location:** | Booth 7 of the main press box, approximately the 35-yard line at the mezzanine level on the home (South) side of the field |
| Directions from Locker Room to Booth: | Turn right out of locker room. Proceed 30 yards and make right at tunnel. Go to end of tunnel and enter elevator on left. Take elevator to fourth floor. Go straight out of elevator. Make right into corridor to access coaches' booth on left. |
| Seating Capacity: | 8 |
| Standing Room: | 4 |
| Food/beverages: | Yes |
| Halftime Travel Time: | 3 minutes |

**Coaching Tape:**

| | |
|---|---|
| Panthers' Video Director: | Mark Hobbs |
| Visitors' Booth Location: | Two locations: Photo deck West end zone; Photo deck South side |
| **Visiting Owner's Booth:** | Suite 419B, located on North side opposite press box side, seats 14 |
| **Coaches' Phones Team Contact:** | Jackie Miles |
| **Jersey Colors:** | Panthers will wear **White** for all preseason home games. Panthers will wear **Black** for all regular season home games except **WHITE** vs. Detroit, 9/14 and vs. Chicago, 10/5; **Blue** (Alternate) vs. Pittsburgh. |
| **Sleeve Color:** | **White/Black/Black** |
| **Shoe Color:** | **Black** |
| **Pool Reporter:** | Joseph Person, Charlotte Observer |

8/14

NFLPA_BRADY002857

## Carolina Panthers (Continued)

**Emergency Medical Services:**

Carolinas Medical Center
1000 Blythe Boulevard
Charlotte, NC 28203

| | | |
|---|---|---|
| Dr. Pat Connor | 704/347-5460 | (o) |
| | 704/559-1368 | (pager) |
| Dr. Robert Heyer | 704/355-9483 | (o) |
| | 704/355-4088 | (1287#) |

**Bus Lines:**
Limousine

Rose
704/522-8258
11325-A Nations Ford Rd.
Pineville, NC 28134

**Equipment Truck Lines:**

T-N-T Moving Systems
206 E. Woodlawn rd. Suite 141
Charlotte, NC 28217

| | |
|---|---|
| Office | 704/523-1455 |
| Todd Koepke | 704/301-1284 (c) |
| Tom Tulowieck | 704/819-6033 (c) |

**Taxi Service:**

| | |
|---|---|
| Executive Car | 704/525-2191 |
| Yellow Cab | 704/444-4444 |

8/14

**NFLPA_BRADY002858**

## Chicago Bears

1920 Football Drive
Lake Forest, IL 60045
847/295-6600
FAX: 847/615-2387
www.chicagobears.com

| | | | |
|---|---|---|---|
| **Club-Stadium Liaison:** | Bryan Pett | 847/217-8600 | (c) |
| | | 312/739-5342 | (pvt) |
| | | 708/354-6309 | (h) |
| | John Bostrom | 847/739-5301 | (pvt) |
| | | 847/398-1407 | (h) |
| | | 312/215-9900 | (c) |
| **PR Department:** | Jim Christman: | 847/739-5221 | (pvt) |
| | | 847/560-1300 | (c) |
| | Mike Corbo: | 847/739-5224 | (pvt) |
| | | 847/845-9843 | (c) |
| | Jared Ellerson: | 847/739-5427 | (pvt) |
| | | 262/751-9364 | (c) |
| | Sharon Lehner: | 847/739-5222 | (pvt) |
| | | 847/830-6034 | (c) |
| | Scott Hagel: | 847/739-5220 | (pvt) |
| | | 847/212-4303 | (c) |

| | | | |
|---|---|---|---|
| **Stadium:** | Soldier Field | | |
| | 1410 S. Museum Campus Dr. | | |
| | Chicago, IL 60605 | 312/235-7000 | |
| Stadium Contact: | Tim LeFevour (SMG) | 312/235-7168 | (o) |
| | | 312/848-1242 | (c) |
| Secondary Contact: | Bill Shaw (SMG) | 312/802-3953 | (c) |
| Press Box Phone: | | 312/235-7295 | |
| | | 312/235-7296 | |

| | |
|---|---|
| Playing Surface: | Natural Grass |
| Climate-Control Units: | Yes, heated benches and fans |
| Home Bench Location: | West Side |
| Will-Call Window: | Gate 10 (Will Call); Gate 14 (Press Entrance) |

**CONFIDENTIAL**

NFLPA_BRADY002859

## Chicago Bears (Continued)

Scouting Tickets
& Credentials:                                    Jim Christman
Visiting Team Postgame
Interview Area:                                   Location: Connects to visiting team locker room in the
                                                  northeast corner of stadium
                                                  Directions from visiting locker room: Rooms connect
                                                  located one door south of visiting team locker room
                                                  Dimensions: 20' x 30'
                                                  Coaches' entrance: Turn left from visiting team coaches'
                                                  offices down hall, door on left
                                                  Media entrance: Off service tunnel just south of visiting
                                                  team locker room
                                                  Podium and riser: Yes
                                                  Mult box: No
                                                  Phone access for visiting team's internet use: Yes

**Visiting Coaching Booth Location:**            Media Deck, west side of stadium

Directions from Locker Room to Booth:            Escorted to west elevator to media deck, first booth on
                                                  left

Seating Capacity:                                5 front, 3 back
Standing Room:                                   No
Food/beverages:                                  Yes
Halftime Travel Time:                            5 Minutes

**Coaching Tape:**
Bears' Video Director:                           Dave Hendrickson
Visitors' Booth Location:                        South EZ, suite level A; media deck, west 50-yd line.

**Visiting Owner's Booth:**                      B24 (second suite level)          312/235-7840

**Coaches' Phones Team Contact:**                Dave Hendrickson                  847/739-5451
                                                                                   847/921-9707  (c)

**Jersey Colors:**                               Bears will wear **Navy** for all preseason home games.
                                                  Bears will wear **Navy** for all regular season home games
                                                  except **Navy** (Throwback) vs. Green Bay, 9/28 and vs.
                                                  Tampa, 11/23.

**Sleeve Color:**                                **White**

**Shoe Color:**                                  **White**

**Pool Reporters:**                              Bob LeGere

**CONFIDENTIAL**                **NFLPA_BRADY002860**

## Chicago Bears (Continued)

| | | |
|---|---|---|
| **Emergency Medical Services:** | Northwestern Hospital<br>251 E. Huron<br>Chicago, IL 60611<br>Dr. Mark Bowen | 312/926-2000 |
| **Bus Lines:** | Chicago Classic Coach<br>Carl Ekberg | 847/222-6133 |
| **Equipment Truck Lines:** | Meyers Movers<br>210 Willow<br>Itasca, IL 60143<br>Ken Miller | 630/773-0400 |
| **Van Rental:** | Meyers Movers<br>210 Willow<br>Itasca, IL 60143<br>Ken or Linda Miller | 630/773-0400 |
| **Taxi Service:** | Yellow Cab | 312/829-4222 |

8/14

# Cincinnati Bengals

One Paul Brown Stadium
Cincinnati, OH 45202
513/621-3550
FAX: 513/621-3570
E-mail address: bill.connelly@bengals.nfl.net

| | | | |
|---|---|---|---|
| **Club-Stadium Liaison:** | Bill Connelly | 513/455-8333 | (o) |
| | | 513/703-7777 | (h) |
| **PR Department:** | Jack Brennan: | 513/455-8347 | (o) |
| | | 513/544-9549 | (c) |
| | PJ Combs: | 513/455-8349 | (o) |
| | | 859/261-8326 | (h) |
| | Inky Moore: | 513/455-8348 | (o) |
| | | 513/575-3452 | (h) |
| **Stadium:** | Paul Brown Stadium | | |
| | Two Paul Brown Stadium | | |
| | Cincinnati, OH 45202 | 513/455-4800 | |
| Stadium Contact: | Eric Brown | 513/455-4810 | (o) |
| Press Box Phone: | | 513/455-4860 | |

| | |
|---|---|
| Playing Surface: | Speed S5M Synthetic Turf |
| Climate-Control Units: | Heated benches/Cool Zone |
| Home Bench Location: | West (press box side) |
| Will-Call Window: | Next to Gate B (downtown side) |
| Scouting Tickets & Credentials: | Jack Brennan |
| Visiting Team Postgame Interview Area: | Location: Adjacent to visiting team locker room |

Directions from visiting team locker room: Tunnel entrance to visiting interview area is 15 yards to the side of locker room's main entrance
Dimensions: 15' x 20'
Coaches' entrance: Adjacent to coaches' locker room
Media entrance: From stadium tunnel (see above)
Podium and riser: Yes
Mult Box: Yes
Phone access for visiting team's internet use: On telephone next to podium

| | |
|---|---|
| **Visiting Coaching Booth Location:** | Level CS-West side-press box |
| Directions from Locker Room to Booth: | Exit locker room, turn right to exterior service hallway, take elevator to press level five. Visiting coaches' booth is to the right of the written press area, at 35-yard line. |
| Seating Capacity: | (6) front row, (4) second row |
| Standing Room: | Yes |
| Food/beverages: | Yes, close by |
| Halftime Travel Time: | Locker room to booth, 3 minutes |

8/14

NFLPA_BRADY002862

## Cincinnati Bengals (Continued)

**Coaching Tape:**

    Bengals' Video Director:    Travis Brammer
    Visitors' Booth Location:    Canopy level, 50-yard line

**Visiting Owner's Booth:**    Upper suite level - East/Visitor's Sideline #3043

**Coaches' Phones Team Contact:**    Bill Connelly

**Jersey Colors:**    Bengals will wear **White** – NJ, ATL; **Black** – IND, TEN, BLT, CLV, PIT, DEN; **Orange** – CAR, JAX

**Sleeve Color:**    **White/Black/White (Alternate)**

**Shoe Color:**    **Black**

**Pool Reporters:**    Paul Dehner

**Emergency Medical Services:**    Christ Hospital
    2139 Auburn Avenue
    Cincinnati, OH 45219    513/369-2000

**Bus Lines:**    Executive Charter
    Jim Foster or Rick Bravo    859/392-2518

    Charter Bus Service
    1053 Ebenezer Road
    Cincinnati, OH 45233    800/442-8687

**CONFIDENTIAL**    **NFLPA_BRADY002863**

## Cincinnati Bengals (Continued)

| | | |
|---|---|---|
| **Equipment Truck Lines:** | Sports Equipment Transfer | |
| | 16 Bonnie Lane | |
| | Ft. Thomas, KY 41075 | |
| | Contact: Derek Kidney | 859/441-5822 (h) |
| | | 859/512-9251 (c) |
| | | 859/360-1207 (f) |
| **Taxi Service:** | At Your Service Taxi | 959/727-8600 |
| | Towne Taxi Service | 513/761-7700 |

8/14

## Cleveland Browns
76 Lou Groza Boulevard
Berea, OH 44017
440/891-5000
PR FAX: 440/891-5089
E-mail address: first initial + last name@clevelandbrowns.com

| | | |
|---|---|---|
| **Club-Stadium Liaison:** | Troy Brown | 440/824-3656 (pvt) |
| | | 440/334-6283 (c) |
| Secondary Contact: | Phil Dangerfield | 440/824-6285 (pvt) |
| | | 954/790-8385 (c) |

**PR Department:**

| | |
|---|---|
| Peter John-Baptiste | 440/891-5015 (pvt) |
| | 201/638-4415 (c) |
| pjohn-baptiste@ClevelandBrowns.com | |
| Rob McBurnett: | 440/824-6175 (pvt) |
| | 216-785-0955 (c) |
| RMcBurnett@clevelandbrowns.com | |
| Dan Murphy | 440/824-3659 (pvt) |
| | 216/258-4298 (c) |
| Dmurphy@clevelandbrowns.com | |

**Stadium:**

FirstEnergy Stadium
100 Alfred Lerner Way
Cleveland, OH 44114          440/891-5000

| | | |
|---|---|---|
| Stadium Contact: | Troy Brown | 440/824-3656 (pvt) |
| | VP, Stadium Operations | 440/334-6283 (c) |
| Secondary Contact: | Brad Mohr | 440/891-5117 (pvt) |
| | Manager Stadium Operations | 216/272-0739 (c) |

| | |
|---|---|
| Press Box Phone: | 440/824-3450 |
| Visitors Box: | 440/824-3452 |
| Playing Surface: | Kentucky Blue Grass |
| Climate-control Units: | Porta-Cool and Kerosene Heaters |
| Home Bench Location: | North side (opposite Press Box) |

The Browns will use the bench on the north side of the stadium away from the Press Box and warm up in the West end zone to the right of the Browns' bench.

Will-Call Window: Ticket Office, South side of Stadium
Press Gate and Media Will call are located on the North side of stadium. Ticket Will Call is at Southwest corner of stadium.

Scouting Tickets
& Credentials:          TBD

Visiting Team Postgame
Interview Area:

Location: Adjacent to visiting team locker room
Directions: Door connects to the locker room
Dimensions: 15' x 15'
Coaches' entrance: Through locker room
Media entrance: Enter through door off service level
Podium and riser: Yes
Mult Box: Yes

8/14

## Cleveland Browns (Continued)

| | |
|---|---|
| **Visiting Coaching Booth Location:** | South side, Upper Suite/Press Level |

Directions from locker room to booth: Exit out of visiting team locker room and make a right. Proceed down the corridor and follow to the right to the elevator. Take elevator to Upper Suite/Press Level. Exit elevator to the right and take a left after the writing press area. Follow to the booth indicated "Visiting Coach" (4.27.05).

Seating Capacity: 5 front row, 2 back row
Standing room: No
Food/beverages available: Yes
Halftime travel time: 5 minutes

**Coaching Tape:**

Browns' Video Director: Chad Bogard      440/891-5130
Visitors' Booth Location: Upper South at Section 509
Upper West end zone at Section 347
Upper East end zone at Section 321

**Visiting Owner's Booth:** 458, North upper suite level, 4th floor.

**Coaches' Phones Team Contact:** Bob Myers      216/441-6500

**Jersey Colors:** Browns will wear **White** for all preseason home games. Browns will alternate wearing **White** and **Brown** for all regular season homes.

**Sleeve Color:** **White**

**Shoe Color:** **Black**

**Pool Reporters:** Mary Kay Cabot

**CONFIDENTIAL**

## Cleveland Browns (Continued)

**Emergency Medical Services:**    University Hospitals
Case Medical Center
11100 Euclid Avenue
Cleveland, OH 44106
James Voos, M.D.    216/844-3055 (o)
Team Physician    913/638-7211 (c)

Ohio Ambulance Service    216/797-4009 (o)
24 hour emergency no.    216/797-4000

**Bus Lines:**    Precious Cargo Trailways
15050 Cross Creek Parkway
Newbury, OH 44065
Contact: John Wervey    440/543-9272 (o)
john@pctbus.com

**Equipment Truck Lines:**    All Pro Freight Systems, Inc.
1200 Chester Industrial Park
Avon, OH 44011    440/934-2222

**Taxi Service:**    Americab    216/881-1111

8/14

**CONFIDENTIAL**

**NFLPA_BRADY002867**

**Dallas Cowboys**
Cowboys Center
One Cowboys Parkway
Irving, TX 75063
972/556-9900
FAX: 972/556-9304
E-mail address: first initial + last name@dallascowboys.net

| | | | |
|---|---|---|---|
| **Club-Stadium Liaison:** | Todd Williams | 972/556-9980 | (pvt) |
| | | 214/437-3686 | (h) |
| **PR Department:** | Rich Dalrymple: | 972/556-9953 | (pvt) |
| | | 972/393-3366 | (h) |
| | Scott Agulnek: | 972/556-9956 | (pvt) |
| | | 214/507-8555 | (h) |
| | Emily Cruz Robbins: | 972/556-9359 | (pvt) |
| | | 972/462-8216 | (h) |
| | Whitney Brandon Faulkner: | 972/556-9955 | (pvt) |
| | | 214/682-8200 | (h) |
| | Joe Trahan: | 214/647-4552 | (pvt) |
| | | 985/778-9896 | (h) |
| | Dave Abbruzese: | 972/497-4355 | (pvt) |
| | | 413/265-5118 | (h) |

| | | | |
|---|---|---|---|
| **Stadium:** | AT & T Stadium | | |
| | One AT & T Way | | |
| | Arlington, TX 76011 | 817-892-4000 | |
| Stadium Contact: | Jeff Stroud | 817/892-4154 | (pvt) |
| | General Manager | 214/837-1968 | (c) |
| Press Box Phone: | Home PR | 817/892-5631 | |
| | Visiting PR | 817/892-5641 | |

Playing Surface:          Sportfield SoftTop Matrix system
Climate-control Units:      Retractable roof stadium, climate controlled
Home Bench Location:      South (Across from Press Box)
Will-Call Windows:         North and South Box Offices located at Entry A northeast
                                side of stadium and Entry F southwest side of stadium
                                Player Will Call:  Entry A northeast side of stadium
                                Media Will Call:  Entry A northeast side of stadium

Media Entrances:           Press Box Personnel Only:
                                Entry between J-K northwest side of stadium
                                Photographers, Radio Broadcast & Press Box Personnel:
                                Entry B northeast side of stadium

Scouting Tickets
& Credentials:              Whitney Brandon Faulkner

| | | |
|---|---|---|
| Stadium Broadcast Services | Dwin Towell | 817.892.4146 |
| Stadium IT/Phone/Data/Internet | Matt Messick | 817.892.4117 |

8/14

**Dallas Cowboys (Continued)**

| | |
|---|---|
| Visiting Team Postgame Interview Area: | Location: Adjacent to visiting locker room with direct access via a door from the locker room |

Coaches' entrance: Main locker room door
Media entrance: Main locker room door
Podium and riser: Yes
Mult Box: Yes
Phone access for visiting team's internet use: Yes, upon request

**Visiting Coaching Booth Location:**     35-yard line, Home side

Directions from locker room to booth: Exit the Visiting Locker Room and turn left on the Event Level Concourse. Walk 200 yards (past the Officials' Locker Room) to the elevator hallway on the right. Take Elevator #10 to the Star Suite Level. Exit the elevator and take a right down the suite corridor to ST632.

Seating Capacity:      Two rows, approximately 6 people per row
Standing room:      Yes
Food/beverages available:      Yes
Halftime travel time:      Locker room to booth, 4 minutes (multi-passenger golf cart and driver available for transport).

**Coaching Tape:**

Cowboys' Video Director:      Robert Blackwell
Visitors' Sideline Booth:      Freight elevator to Upper Concourse Level. Exit the elevator and take a right. Proceed to Vestibule 412/413 and take stairs up to the video booth.

Visitors' Endzone Booth:      Freight elevator to Upper Concourse Level. Go out elevator and turn left. Proceed to Upper Concourse Platform West. Take the stairs down to the platform. Both hi-hats and tripods

**Visiting Owner's Booth:**      ST631 on Star Suite Level      817/892-7631
(same directions as from Visiting Locker room to Visiting Coaches' Booth)

**Coaches' Phones Team Contact:**      Craig Glieber

**Jersey Colors:**      Cowboys will wear **White** for all preseason and regular season home games except **Navy** (Throwback) vs. Washington, 11/22.

**Sleeve Color:**      **White**

**Shoe Color:**      **White**

8/14