| Point_1: | KWH.TOTAL (KvA) | | COV | 1 hour |
|---|---|---|---|---|
| Point_2: | oat | | COV | 15 minutes |
| Time Interval: | 5 Minutes | | | |
| Date Range: | 1/18/2015 00:00:00 - 1/18/2015 23:59:59 | | | |
| Report Timings: | All Hours | | | |

| <>Date | Time | KWH.TOTAL (KvA) | Outside Temp |
|---|---|---|---|
| 1/18/2015 | 0:00:00 | 4.33 | 23.82 |
| 1/18/2015 | 0:05:00 | 4.33 | 23.82 |
| 1/18/2015 | 0:10:00 | 4.33 | 23.82 |
| 1/18/2015 | 0:15:00 | 4.33 | 23.84 |
| 1/18/2015 | 0:20:00 | 4.33 | 23.84 |
| 1/18/2015 | 0:25:00 | 4.33 | 23.84 |
| 1/18/2015 | 0:30:00 | 4.33 | 23.54 |
| 1/18/2015 | 0:35:00 | 4.33 | 23.54 |
| 1/18/2015 | 0:40:00 | 4.33 | 23.54 |
| 1/18/2015 | 0:45:00 | 4.33 | 23.49 |
| 1/18/2015 | 0:50:00 | 4.33 | 23.49 |
| 1/18/2015 | 0:55:00 | 4.33 | 23.49 |
| 1/18/2015 | 1:00:00 | 4.13 | 23.5 |
| 1/18/2015 | 1:05:00 | 4.13 | 23.5 |
| 1/18/2015 | 1:10:00 | 4.13 | 23.5 |
| 1/18/2015 | 1:15:00 | 4.13 | 23.78 |
| 1/18/2015 | 1:20:00 | 4.13 | 23.78 |
| 1/18/2015 | 1:25:00 | 4.13 | 23.78 |
| 1/18/2015 | 1:30:00 | 4.13 | 23.84 |
| 1/18/2015 | 1:35:00 | 4.13 | 23.84 |
| 1/18/2015 | 1:40:00 | 4.13 | 23.84 |
| 1/18/2015 | 1:45:00 | 4.13 | 24.09 |
| 1/18/2015 | 1:50:00 | 4.13 | 24.09 |
| 1/18/2015 | 1:55:00 | 4.13 | 24.09 |
| 1/18/2015 | 2:00:00 | 4.33 | 24.84 |
| 1/18/2015 | 2:05:00 | 4.33 | 24.84 |
| 1/18/2015 | 2:10:00 | 4.33 | 25.69 |
| 1/18/2015 | 2:15:00 | 4.33 | 25.83 |
| 1/18/2015 | 2:20:00 | 4.33 | 25.83 |
| 1/18/2015 | 2:25:00 | 4.33 | 25.83 |
| 1/18/2015 | 2:30:00 | 4.33 | 27.07 |
| 1/18/2015 | 2:35:00 | 4.33 | 27.07 |
| 1/18/2015 | 2:40:00 | 4.33 | 27.07 |
| 1/18/2015 | 2:45:00 | 4.33 | 27.9 |
| 1/18/2015 | 2:50:00 | 4.33 | 27.9 |
| 1/18/2015 | 2:55:00 | 4.33 | 27.9 |
| 1/18/2015 | 3:00:00 | 4.28 | 28.4 |
| 1/18/2015 | 3:05:00 | 4.28 | 28.4 |
| 1/18/2015 | 3:10:00 | 4.28 | 28.4 |

| | | | |
|---|---|---|---|
| 1/18/2015 | 3:15:00 | 4.28 | 28.37 |
| 1/18/2015 | 3:20:00 | 4.28 | 28.37 |
| 1/18/2015 | 3:25:00 | 4.28 | 28.37 |
| 1/18/2015 | 3:30:00 | 4.28 | 28.65 |
| 1/18/2015 | 3:35:00 | 4.28 | 28.65 |
| 1/18/2015 | 3:40:00 | 4.28 | 28.65 |
| 1/18/2015 | 3:45:00 | 4.28 | 27.99 |
| 1/18/2015 | 3:50:00 | 4.28 | 27.99 |
| 1/18/2015 | 3:55:00 | 4.28 | 27.99 |
| 1/18/2015 | 4:00:00 | 4.28 | 28.23 |
| 1/18/2015 | 4:05:00 | 4.28 | 28.23 |
| 1/18/2015 | 4:10:00 | 4.28 | 28.23 |
| 1/18/2015 | 4:15:00 | 4.28 | 28.43 |
| 1/18/2015 | 4:20:00 | 4.28 | 28.43 |
| 1/18/2015 | 4:25:00 | 4.28 | 28.43 |
| 1/18/2015 | 4:30:00 | 4.28 | 28.93 |
| 1/18/2015 | 4:35:00 | 4.28 | 28.93 |
| 1/18/2015 | 4:40:00 | 4.28 | 28.93 |
| 1/18/2015 | 4:45:00 | 4.28 | 29 |
| 1/18/2015 | 4:50:00 | 4.28 | 29 |
| 1/18/2015 | 4:55:00 | 4.28 | 29 |
| 1/18/2015 | 5:00:00 | 4.99 | 27.88 |
| 1/18/2015 | 5:05:00 | 4.99 | 27.88 |
| 1/18/2015 | 5:10:00 | 4.99 | 27.88 |
| 1/18/2015 | 5:15:00 | 4.99 | 27.88 |
| 1/18/2015 | 5:20:00 | 4.99 | 27.88 |
| 1/18/2015 | 5:25:00 | 4.99 | 27.88 |
| 1/18/2015 | 5:30:00 | 4.99 | 27.87 |
| 1/18/2015 | 5:35:00 | 4.99 | 27.87 |
| 1/18/2015 | 5:40:00 | 4.99 | 27.87 |
| 1/18/2015 | 5:45:00 | 4.99 | 27.86 |
| 1/18/2015 | 5:50:00 | 4.99 | 27.86 |
| 1/18/2015 | 5:55:00 | 4.99 | 27.86 |
| 1/18/2015 | 6:00:00 | 4.84 | 29.19 |
| 1/18/2015 | 6:05:00 | 4.84 | 29.19 |
| 1/18/2015 | 6:10:00 | 4.84 | 29.72 |
| 1/18/2015 | 6:15:00 | 4.84 | 30.25 |
| 1/18/2015 | 6:20:00 | 4.84 | 30.25 |
| 1/18/2015 | 6:25:00 | 4.84 | 30.25 |
| 1/18/2015 | 6:30:00 | 4.84 | 30.87 |
| 1/18/2015 | 6:35:00 | 4.84 | 30.87 |
| 1/18/2015 | 6:40:00 | 4.84 | 30.87 |
| 1/18/2015 | 6:45:00 | 4.84 | 30.87 |
| 1/18/2015 | 6:50:00 | 4.84 | 30.87 |
| 1/18/2015 | 6:55:00 | 4.84 | 30.87 |
| 1/18/2015 | 7:00:00 | 4.84 | 32.19 |
| 1/18/2015 | 7:05:00 | 4.84 | 32.19 |

**CONFIDENTIAL**                                              **NFLPA_BRADY003171**

| | | | |
|---|---|---|---|
| 1/18/2015 | 7:10:00 | 4.84 | 32.19 |
| 1/18/2015 | 7:15:00 | 4.84 | 33.24 |
| 1/18/2015 | 7:20:00 | 4.84 | 33.73 |
| 1/18/2015 | 7:25:00 | 4.84 | 33.73 |
| 1/18/2015 | 7:30:00 | 4.84 | 33.81 |
| 1/18/2015 | 7:35:00 | 4.84 | 33.81 |
| 1/18/2015 | 7:40:00 | 4.84 | 33.81 |
| 1/18/2015 | 7:45:00 | 4.84 | 34.41 |
| 1/18/2015 | 7:50:00 | 4.84 | 34.41 |
| 1/18/2015 | 7:55:00 | 4.84 | 34.41 |
| 1/18/2015 | 8:00:00 | 4.79 | 34.94 |
| 1/18/2015 | 8:05:00 | 4.79 | 34.94 |
| 1/18/2015 | 8:10:00 | 4.79 | 34.94 |
| 1/18/2015 | 8:15:00 | 4.79 | 35.44 |
| 1/18/2015 | 8:20:00 | 4.79 | 35.74 |
| 1/18/2015 | 8:25:00 | 4.79 | 35.74 |
| 1/18/2015 | 8:30:00 | 4.79 | 35.98 |
| 1/18/2015 | 8:35:00 | 4.79 | 35.98 |
| 1/18/2015 | 8:40:00 | 4.79 | 35.98 |
| 1/18/2015 | 8:45:00 | 4.79 | 37.32 |
| 1/18/2015 | 8:50:00 | 4.79 | 37.74 |
| 1/18/2015 | 8:55:00 | 4.79 | 37.74 |
| 1/18/2015 | 9:00:00 | 4.84 | 38.72 |
| 1/18/2015 | 9:05:00 | 4.84 | 38.72 |
| 1/18/2015 | 9:10:00 | 4.84 | 39.74 |
| 1/18/2015 | 9:15:00 | 4.84 | 40.09 |
| 1/18/2015 | 9:20:00 | 4.84 | 40.09 |
| 1/18/2015 | 9:25:00 | 4.84 | 40.09 |
| 1/18/2015 | 9:30:00 | 4.84 | 40.86 |
| 1/18/2015 | 9:35:00 | 4.84 | 40.86 |
| 1/18/2015 | 9:40:00 | 4.84 | 40.86 |
| 1/18/2015 | 9:45:00 | 4.84 | 41.09 |
| 1/18/2015 | 9:50:00 | 4.84 | 41.09 |
| 1/18/2015 | 9:55:00 | 4.84 | 41.09 |
| 1/18/2015 | 10:00:00 | 5.14 | 41.38 |
| 1/18/2015 | 10:05:00 | 5.14 | 41.38 |
| 1/18/2015 | 10:10:00 | 5.14 | 41.75 |
| 1/18/2015 | 10:15:00 | 5.14 | 41.97 |
| 1/18/2015 | 10:20:00 | 5.14 | 41.97 |
| 1/18/2015 | 10:25:00 | 5.14 | 41.97 |
| 1/18/2015 | 10:30:00 | 5.14 | 43.08 |
| 1/18/2015 | 10:35:00 | 5.14 | 43.08 |
| 1/18/2015 | 10:40:00 | 5.14 | 43.08 |
| 1/18/2015 | 10:45:00 | 5.14 | 43.84 |
| 1/18/2015 | 10:50:00 | 5.14 | 43.84 |
| 1/18/2015 | 10:55:00 | 5.14 | 43.84 |
| 1/18/2015 | 11:00:00 | 5.24 | 44.63 |

 **NFLPA_BRADY003172**

| | | | |
|---|---|---|---|
| 1/18/2015 | 11:05:00 | 5.24 | 44.63 |
| 1/18/2015 | 11:10:00 | 5.24 | 44.63 |
| 1/18/2015 | 11:15:00 | 5.24 | 45.18 |
| 1/18/2015 | 11:20:00 | 5.24 | 45.18 |
| 1/18/2015 | 11:25:00 | 5.24 | 45.76 |
| 1/18/2015 | 11:30:00 | 5.24 | 46.31 |
| 1/18/2015 | 11:35:00 | 5.24 | 46.31 |
| 1/18/2015 | 11:40:00 | 5.24 | 46.31 |
| 1/18/2015 | 11:45:00 | 5.24 | 47.41 |
| 1/18/2015 | 11:50:00 | 5.24 | 47.77 |
| 1/18/2015 | 11:55:00 | 5.24 | 47.77 |
| 1/18/2015 | 12:00:00 | 5.24 | 48.45 |
| 1/18/2015 | 12:05:00 | 5.24 | 48.45 |
| 1/18/2015 | 12:10:00 | 5.24 | 48.45 |
| 1/18/2015 | 12:15:00 | 5.24 | 49.51 |
| 1/18/2015 | 12:20:00 | 5.24 | 49.77 |
| 1/18/2015 | 12:25:00 | 5.24 | 49.77 |
| 1/18/2015 | 12:30:00 | 5.24 | 50.87 |
| 1/18/2015 | 12:35:00 | 5.24 | 50.87 |
| 1/18/2015 | 12:40:00 | 5.24 | 50.87 |
| 1/18/2015 | 12:45:00 | 5.24 | 51.98 |
| 1/18/2015 | 12:50:00 | 5.24 | 51.98 |
| 1/18/2015 | 12:55:00 | 5.24 | 51.98 |
| 1/18/2015 | 13:00:00 | 5.44 | 52.56 |
| 1/18/2015 | 13:05:00 | 5.44 | 52.56 |
| 1/18/2015 | 13:10:00 | 5.44 | 52.56 |
| 1/18/2015 | 13:15:00 | 5.64 | 52.81 |
| 1/18/2015 | 13:20:00 | 5.64 | 52.81 |
| 1/18/2015 | 13:25:00 | 5.64 | 52.81 |
| 1/18/2015 | 13:30:00 | 5.64 | 53.04 |
| 1/18/2015 | 13:35:00 | 5.64 | 53.04 |
| 1/18/2015 | 13:40:00 | 5.64 | 53.04 |
| 1/18/2015 | 13:45:00 | 5.64 | 53.05 |
| 1/18/2015 | 13:50:00 | 5.64 | 53.05 |
| 1/18/2015 | 13:55:00 | 5.64 | 53.05 |
| 1/18/2015 | 14:00:00 | 5.79 | 53.06 |
| 1/18/2015 | 14:05:00 | 5.79 | 53.06 |
| 1/18/2015 | 14:10:00 | 5.79 | 53.06 |
| 1/18/2015 | 14:15:00 | 5.79 | 53.1 |
| 1/18/2015 | 14:20:00 | 5.79 | 53.1 |
| 1/18/2015 | 14:25:00 | 5.79 | 53.1 |
| 1/18/2015 | 14:30:00 | 5.79 | 53.08 |
| 1/18/2015 | 14:35:00 | 5.79 | 53.08 |
| 1/18/2015 | 14:40:00 | 5.79 | 53.08 |
| 1/18/2015 | 14:45:00 | 5.79 | 53.59 |
| 1/18/2015 | 14:50:00 | 5.79 | 53.59 |
| 1/18/2015 | 14:55:00 | 5.79 | 53.59 |

| | | | |
|---|---|---|---|
| 1/18/2015 | 15:00:00 | 6.45 | 53.56 |
| 1/18/2015 | 15:05:00 | 6.45 | 53.56 |
| 1/18/2015 | 15:10:00 | 6.65 | 53.56 |
| 1/18/2015 | 15:15:00 | 7.71 | 53.58 |
| 1/18/2015 | 15:20:00 | 7.71 | 53.58 |
| 1/18/2015 | 15:25:00 | 7.71 | 53.79 |
| 1/18/2015 | 15:30:00 | 7.71 | 54.18 |
| 1/18/2015 | 15:35:00 | 7.71 | 54.18 |
| 1/18/2015 | 15:40:00 | 7.71 | 54.18 |
| 1/18/2015 | 15:45:00 | 7.71 | 54.16 |
| 1/18/2015 | 15:50:00 | 7.71 | 54.16 |
| 1/18/2015 | 15:55:00 | 7.71 | 54.16 |
| 1/18/2015 | 16:00:00 | 8.16 | 54.13 |
| 1/18/2015 | 16:05:00 | 8.16 | 54.13 |
| 1/18/2015 | 16:10:00 | 8.16 | 54.13 |
| 1/18/2015 | 16:15:00 | 8.16 | 53.83 |
| 1/18/2015 | 16:20:00 | 8.16 | 53.83 |
| 1/18/2015 | 16:25:00 | 8.16 | 53.83 |
| 1/18/2015 | 16:30:00 | 8.16 | 53.58 |
| 1/18/2015 | 16:35:00 | 8.16 | 53.58 |
| 1/18/2015 | 16:40:00 | 8.16 | 53.58 |
| 1/18/2015 | 16:45:00 | 8.16 | 53.62 |
| 1/18/2015 | 16:50:00 | 8.16 | 53.62 |
| 1/18/2015 | 16:55:00 | 8.16 | 53.62 |
| 1/18/2015 | 17:00:00 | 7.81 | 53.64 |
| 1/18/2015 | 17:05:00 | 7.81 | 53.64 |
| 1/18/2015 | 17:10:00 | 7.81 | 53.64 |
| 1/18/2015 | 17:15:00 | 7.81 | 53.65 |
| 1/18/2015 | 17:20:00 | 7.81 | 53.65 |
| 1/18/2015 | 17:25:00 | 7.81 | 53.65 |
| 1/18/2015 | 17:30:00 | 7.81 | 53.9 |
| 1/18/2015 | 17:35:00 | 7.81 | 53.9 |
| 1/18/2015 | 17:40:00 | 7.81 | 53.9 |
| 1/18/2015 | 17:45:00 | 7.81 | 53.59 |
| 1/18/2015 | 17:50:00 | 7.81 | 53.59 |
| 1/18/2015 | 17:55:00 | 7.81 | 53.59 |
| 1/18/2015 | 18:00:00 | 8.16 | 54.42 |
| 1/18/2015 | 18:05:00 | 8.16 | 54.42 |
| 1/18/2015 | 18:10:00 | 8.16 | 54.42 |
| 1/18/2015 | 18:15:00 | 8.16 | 54.44 |
| 1/18/2015 | 18:20:00 | 8.16 | 54.44 |
| 1/18/2015 | 18:25:00 | 8.16 | 54.44 |
| 1/18/2015 | 18:30:00 | 8.16 | 54.43 |
| 1/18/2015 | 18:35:00 | 8.16 | 54.43 |
| 1/18/2015 | 18:40:00 | 8.16 | 54.43 |
| 1/18/2015 | 18:45:00 | 8.16 | 54.12 |
| 1/18/2015 | 18:50:00 | 8.16 | 54.12 |

| 1/18/2015 | 18:55:00 | 8.16 | 54.12 |
| 1/18/2015 | 19:00:00 | 8.36 | 53.3 |
| 1/18/2015 | 19:05:00 | 8.36 | 53.3 |
| 1/18/2015 | 19:10:00 | 8.36 | 53.3 |
| 1/18/2015 | 19:15:00 | 8.36 | 53.07 |
| 1/18/2015 | 19:20:00 | 8.36 | 53.07 |
| 1/18/2015 | 19:25:00 | 8.36 | 53.07 |
| 1/18/2015 | 19:30:00 | 8.36 | 53.1 |
| 1/18/2015 | 19:35:00 | 8.36 | 53.1 |
| 1/18/2015 | 19:40:00 | 8.72 | 53.1 |
| 1/18/2015 | 19:45:00 | 8.72 | 53.07 |
| 1/18/2015 | 19:50:00 | 8.72 | 53.07 |
| 1/18/2015 | 19:55:00 | 8.72 | 53.07 |
| 1/18/2015 | 20:00:00 | 8.61 | 53.42 |
| 1/18/2015 | 20:05:00 | 8.61 | 53.42 |
| 1/18/2015 | 20:10:00 | 8.61 | 53.42 |
| 1/18/2015 | 20:15:00 | 8.61 | 53.15 |
| 1/18/2015 | 20:20:00 | 8.61 | 53.15 |
| 1/18/2015 | 20:25:00 | 8.61 | 53.15 |
| 1/18/2015 | 20:30:00 | 8.61 | 53.05 |
| 1/18/2015 | 20:35:00 | 8.61 | 53.05 |
| 1/18/2015 | 20:40:00 | 8.61 | 53.05 |
| 1/18/2015 | 20:45:00 | 8.61 | 52.53 |
| 1/18/2015 | 20:50:00 | 8.61 | 52.53 |
| 1/18/2015 | 20:55:00 | 8.61 | 52.53 |
| 1/18/2015 | 21:00:00 | 8.72 | 51.83 |
| 1/18/2015 | 21:05:00 | 8.72 | 51.83 |
| 1/18/2015 | 21:10:00 | 8.72 | 51.83 |
| 1/18/2015 | 21:15:00 | 8.72 | 51.17 |
| 1/18/2015 | 21:20:00 | 8.72 | 51.17 |
| 1/18/2015 | 21:25:00 | 8.72 | 51.17 |
| 1/18/2015 | 21:30:00 | 8.72 | 50.89 |
| 1/18/2015 | 21:35:00 | 8.72 | 50.89 |
| 1/18/2015 | 21:40:00 | 8.72 | 50.89 |
| 1/18/2015 | 21:45:00 | 8.72 | 50.78 |
| 1/18/2015 | 21:50:00 | 8.72 | 50.78 |
| 1/18/2015 | 21:55:00 | 8.72 | 50.78 |
| 1/18/2015 | 22:00:00 | 8.36 | 50.39 |
| 1/18/2015 | 22:05:00 | 8.36 | 50.39 |
| 1/18/2015 | 22:10:00 | 8.36 | 50.39 |
| 1/18/2015 | 22:15:00 | 8.36 | 50.12 |
| 1/18/2015 | 22:20:00 | 8.36 | 50.12 |
| 1/18/2015 | 22:25:00 | 8.36 | 50.12 |
| 1/18/2015 | 22:30:00 | 8.36 | 50.09 |
| 1/18/2015 | 22:35:00 | 8.36 | 50.09 |
| 1/18/2015 | 22:40:00 | 8.36 | 50.09 |
| 1/18/2015 | 22:45:00 | 8.36 | 50.05 |

| | | | |
|---|---|---|---|
| 1/18/2015 | 22:50:00 | 7.71 | 50.05 |
| 1/18/2015 | 22:55:00 | 7.71 | 50.05 |
| 1/18/2015 | 23:00:00 | 7.76 | 50.06 |
| 1/18/2015 | 23:05:00 | 7.76 | 50.06 |
| 1/18/2015 | 23:10:00 | 7.76 | 50.06 |
| 1/18/2015 | 23:15:00 | 7.76 | 49.75 |
| 1/18/2015 | 23:20:00 | 7.76 | 49.75 |
| 1/18/2015 | 23:25:00 | 7.76 | 49.75 |
| 1/18/2015 | 23:30:00 | 7.76 | 49.37 |
| 1/18/2015 | 23:35:00 | 7.76 | 49.37 |
| 1/18/2015 | 23:40:00 | 7.76 | 49.37 |
| 1/18/2015 | 23:45:00 | 7.76 | 48.83 |
| 1/18/2015 | 23:50:00 | 6.7 | 50.14 |
| 1/18/2015 | 23:55:00 | 6.7 | 50.14 |

****************************** End of Report ********************************