Online Weather Center, powered by Earth Networks                                                                                       Page 1 of 2

## Daily Obs

Data used from this **Earth Networks** Weather Station
Gillette Stadium
Foxborough, MA

Month: January   Day: 18   Year: 2015   Submit      Print   Close Window

*Daily Observations data available only for the past 120 days

Prev  Next

| Time | Temp °F | Rel. Humidity % | Dew Point °F | Wet Bulb °F | Wind Dir. | Wind Speed mph | Wind Chill/HI °F | Baro. Pressure "Hg | Rain Rate in/h | Rain Day. in | Light % | Temp Rate °F/h | Humidity Rate %/h | Pressure Rate "Hg/h |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sunday, January 18, 2015** | | | | | | | | | | | | | | |
| 12:00 AM | 17.3 | 89.4 | 14.7 | 16.7 | SSE | 6.4 | 8.33 | 30.08 | 0.00 | 0.00 | 0.0 | 0.6 | 2.4 | -0.03 |
| 01:00 AM | 17.8 | 94.7 | 16.5 | 17.6 | SE | 7.9 | 7.63 | 30.05 | 0.00 | 0.00 | 0.0 | 0.3 | 5.1 | -0.03 |
| 02:00 AM | 20.2 | 100.0 | 20.2 | 20.3 | S | 9.6 | 9.36 | 30.03 | 0.00 | 0.00 | 0.0 | 2.5 | 6.8 | -0.01 |
| 03:00 AM | 23.5 | 100.0 | 23.5 | 23.5 | S | 7.9 | 14.57 | 30.03 | 0.00 | 0.00 | 0.0 | 3.0 | 2.7 | 0.00 |
| 04:00 AM | 27.4 | 100.0 | 27.4 | 27.5 | SSW | 5.9 | 20.84 | 30.02 | 0.00 | 0.00 | 0.0 | 3.9 | -0.7 | -0.01 |
| 05:00 AM | 29.5 | 100.0 | 29.5 | 29.7 | SSW | 5.0 | 24.14 | 30.02 | 0.00 | 0.00 | 0.0 | 1.9 | 1.2 | 0.00 |
| 06:00 AM | 30.8 | 100.0 | 30.8 | 30.9 | S | 7.5 | 23.71 | 30.00 | 0.00 | 0.00 | 0.0 | 1.3 | 0.2 | -0.02 |
| 07:00 AM | 30.1 | 100.0 | 30.1 | 30.2 | S | 10.1 | 21.32 | 29.98 | 0.00 | 0.00 | 0.0 | -0.8 | 2.1 | -0.02 |
| 08:00 AM | 30.0 | 100.0 | 30.0 | 30.0 | SE | 14.9 | 19.07 | 29.96 | 0.00 | 0.00 | 2.6 | -0.2 | 1.0 | -0.02 |
| 09:00 AM | 34.1 | 100.0 | 34.1 | 34.1 | SE | 6.1 | 28.66 | 29.95 | 0.00 | 0.00 | 17.2 | 4.0 | 2.0 | -0.01 |
| 10:00 AM | 36.0 | 100.0 | 36.0 | 36.1 | SSE | 10.7 | 28.36 | 29.92 | 0.00 | 0.00 | 6.6 | 1.5 | 3.1 | -0.02 |
| 11:00 AM | 40.1 | 100.0 | 40.2 | 40.3 | ESE | 10.7 | 33.47 | 29.86 | 0.00 | 0.00 | 3.6 | 4.2 | 1.1 | -0.05 |
| 12:00 PM | 44.5 | 100.0 | 44.5 | 44.5 | SSE | 8.6 | 39.80 | 29.81 | 0.00 | 0.00 | 9.1 | 4.2 | -0.1 | -0.05 |
| 01:00 PM | 49.6 | 96.0 | 48.5 | 49.0 | S | 19.9 | 43.09 | 29.78 | 0.00 | 0.00 | 1.7 | 4.8 | -18.6 | -0.03 |
| 02:00 PM | 49.8 | 98.1 | 49.3 | 49.6 | S | 19.9 | 43.36 | 29.77 | 0.00 | 0.00 | 1.0 | 0.2 | 2.1 | -0.02 |
| 03:00 PM | 50.2 | 95.8 | 49.1 | 49.6 | SW | 9.0 | 50.20 | 29.76 | 0.00 | 0.00 | 1.2 | 0.4 | -2.7 | -0.01 |
|  | 50.7 | 91.7 | 48.4 | 49.4 | SE | 19.1 | 50.70 | 29.71 | 0.00 | 0.00 | 0.0 | 0.1 | -3.8 | -0.04 |

http://weather.weatherbug.com/weather-safety/online-weather-center/Graphs/dailyObs.aspx?aid=271&station_id=FXBRG&unit...   2/24/2015

CONFIDENTIAL                                                                                                                                                       NFLPA_BRADY003177

| Time | Temp °F | Rel. Humidity % | Dew Point °F | Wet Bulb °F | Wind Dir. | Wind Speed mph | Wind Chill/HI °F | Baro. Pressure "Hg | Rain Rate in/h | Rain Day. in | Light % | Temp Rate °F/h | Humidity Rate %/h | Pressure Rate "Hg/h |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sunday, January 18, 2015** | | | | | | | | | | | | | | |
| 04:00 PM | | | | | | | | | | | | | | |
| 05:00 PM | 50.4 | 90.6 | 47.7 | 49.1 | SSE | 14.9 | 50.40 | 29.67 | 0.00 | 0.00 | 0.0 | -0.2 | -1.2 | -0.04 |
| 06:00 PM | 50.7 | 90.0 | 47.9 | 49.2 | SE | 12.7 | 50.70 | 29.64 | 0.00 | 0.00 | 0.0 | 0.3 | -0.2 | -0.03 |
| 07:00 PM | 48.8 | 100.0 | 48.8 | 48.9 | ESE | 16.2 | 42.82 | 29.57 | 0.00 | 0.00 | 0.0 | -2.0 | 11.2 | -0.07 |
| 08:00 PM | 49.3 | 99.1 | 49.0 | 49.2 | ESE | 16.4 | 43.42 | 29.50 | 0.00 | 0.01 | 0.0 | 0.5 | -2.4 | -0.07 |
| 09:00 PM | 47.2 | 100.0 | 47.2 | 47.2 | ESE | 26.5 | 38.77 | 29.44 | 0.04 | 0.02 | 0.0 | -2.0 | 11.0 | -0.05 |
| 10:00 PM | 46.4 | 100.0 | 46.4 | 46.4 | SSE | 8.3 | 42.25 | 29.42 | 0.12 | 0.13 | 0.0 | -0.8 | 2.0 | -0.02 |
| 11:00 PM | 44.8 | 100.0 | 44.8 | 45.0 | S | 12.1 | 38.85 | 29.41 | 0.00 | 0.15 | 0.0 | -1.5 | 2.2 | -0.02 |

At times data may be incomplete because of occasional power outages and/or technical problem with the weather instruments.

Current units:standard
Change Units

CONFIDENTIAL                                                                                                       NFLPA_BRADY003178