

AT&T Services, Inc.
National Compliance Center
11760 US Highway One
Suite 600
North Palm Beach, Fl. 33408

*Sent only by email to authorized agent Stephen L. Dubin*
*sldubin@yeedubin.com*

Thomas E. Brady

Re:    Your AT&T Wireless Account for

Dear Mr. Brady:

You have asked us two sets of questions about your AT&T wireless account for telephone number       :

1. "Is it possible for AT&T to retrieve the actual contents of any of my incoming or outgoing text messages from September 1, 2014 through March 15, 2015? If not, can you provide a brief explanation of your policy and protocol?"

2. "Do the actual contents of any of my incoming or outgoing text messages ever get saved on your network, even if just for a day? If not, can you provide a brief explanation of your policy and protocol?"

Below is AT&T's response. Although your account records would reflect the numbers to which you sent text messages and the numbers from which you received text messages for the time periods in question, AT&T cannot retrieve the actual contents of any of your incoming or outgoing text messages from September 1, 2014 through March 15, 2015.

This is because AT&T does not retain the content of text messages once those messages are delivered to the recipient. If AT&T is not able to deliver a text message within 72 hours, it is deleted. There are two exceptions. First, a wireless customer may subscribe to AT&T Messages, which permits customers to store their text messages in AT&T's cloud-storage system. We store those messages until deleted by the customer or for 90 days, whichever comes first. But you did not subscribe to AT&T Messages. Second, AT&T caches text-message content to detect and eliminate spam and other malicious activity for a 48-hour rolling period. The cache system does not enable retrieval and reporting on an individual subscriber basis. Messages marked as potentially malicious, including spam, may be retained for longer periods of time depending on the analysis. AT&T also retains SMS sent by customers to AT&T's spam-reporting short code to identify and mitigate future misuse of our network.

at&t

Finally, AT&T does not have access to text messages that are stored on wireless devices.

Sincerely,

*Mary B. Anderson*

Mary B. Anderson
Executive Director