

NATIONAL FOOTBALL LEAGUE

November 24, 2009

Mr. Cortez Robinson
New York Jets
1 Jets Drive
Florham Park, NJ 07932

Dear Cortez:

    Following the Jets' game against the New England Patriots on November 22, our office received a report that you attempted to use unapproved equipment to prep the K Balls prior to kickoff. When the K Ball Coordinator informed you that you could only use the ball brush and towels provided with the balls by the officiating crew, you used unnecessary profanity. Specifically, you referred to the K Ball Coordinator as an "ass hole" while using additional profanity. This all occurred in the officials' locker room.

    Your attempt to use unapproved materials to prep the K Balls could easily be interpreted as an attempt to gain a competitive advantage. Additionally, your comments about the K Ball Coordinator were extremely disrespectful and unprofessional. This office does not take an incident like this lightly and future behavior of this nature will not be tolerated.

    As a result of your actions and subsequent comments, you are prohibited from entering the officials' locker room or participating in any K Ball preparation on game day for all home and away games throughout the remainder of the 2009 regular season and playoffs. Please note that future conduct of this type will result in increased disciplinary action, including potential fines and a possible prohibition from serving any game day function for the New York Jets.

Sincerely,

RON HILL
Vice President of Football Operations

RH/bj
cc: Mike Tannenbaum
    Clay Hampton
    Ray Anderson
    Mike Pereira