UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION,<br><br>Defendant. | Case No. 15-cv-5916 (RMB)<br><br>ORAL ARGUMENT REQUESTED |

**NFL MANAGEMENT COUNCIL'S NOTICE OF MOTION TO CONFIRM THE LABOR ARBITRATION AWARD REGARDING TOM BRADY**

PLEASE TAKE NOTICE that, pursuant to this Court's July 31, 2015 order (ECF No. 20), upon the accompanying Memorandum of Law in Support of Motion to Confirm and in Opposition to Motion to Vacate the Labor Arbitration Award Regarding Tom Brady and any other submissions that shall be made in support of this motion, the NFL Management Council, by its undersigned counsel, Akin Gump Strauss Hauer & Feld LLP, will move this Court on the 19th day of August, 2015 at 10:00 am before the Honorable Richard M. Berman, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order granting their Motion to Confirm the Labor Arbitration Award, denying the defendants' Motion to Vacate the Labor Arbitration Award, and such other and further relief as the Court deems just and proper.

Dated:   August 7, 2015
         New York, New York

By: /s/ Daniel L. Nash
AKIN GUMP STRAUSS HAUER & FELD LLP

Daniel L. Nash (*pro hac vice*)
Stacey R. Eisenstein (*pro hac vice*)
Gregory W. Knopp (gk5007)
James E. Tysse (*pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036
Tel: (202) 887-4000
dnash@akingump.com
seisenstein@akingump.com
gknopp@akingump.com
jtysse@akingump.com

Robert Pees (rp0393)
Jessica Oliff Daly (jd9012)
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
rpees@akingump.com
jodaly@akingump.com

*Counsel for Plaintiff National Football League Management Council*