IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, | : |
| Plaintiff, | : Case No. 15-cv-5916 (RMB)(JCF) |
| -v.- | : |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, | : |
| Defendant-Counterclaimant. | : |

---

### NOTICE OF MOTION TO VACATE ARBITRATION AWARD

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Vacate Arbitration Award, the Declaration of David L. Greenspan, and its previously-filed Amended Answer and Counterclaim and the exhibits annexed thereto, Defendant-Counterclaimant National Football League Players Association, on its own behalf and on behalf of New England Patriots quarterback Tom Brady, by its attorneys, hereby moves this Court pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, Section 10 of the Federal Arbitration Act, 9 U.S.C. § 10, and Local Rule 7.1 to vacate the July 28, 2015 arbitration award issued by National Football League Commissioner Roger Goodell denying Brady's disciplinary appeal (Ex. 210).

Dated:  August 7, 2015                    Respectfully submitted,

By: s/Jeffrey L. Kessler

WINSTON & STRAWN LLP
  Jeffrey L. Kessler
  David L. Greenspan
  Benjamin Sokoly
  Jonathan J. Amoona (*pro hac vice*)
  Angela A. Smedley
  200 Park Avenue
  New York, New York 10166
  Telephone: (212) 294-6700
  Facsimile: (212) 294-4700
  jkessler@winston.com
  dgreenspan@winston.com
  bsokoly@winston.com
  jamoona@winston.com
  asmedley@winston.com

NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION
  DeMaurice F. Smith *(pro hac vice)*
  1133 20th Street, N.W.
  Washington, DC 20036
  Tel:  (202) 756-9136
  demaurice.smith@nflplayers.com

*Attorneys for the NFLPA and Brady*

GIBSON, DUNN & CRUTCHER LLP
  Andrew S. Tulumello (*pro hac vice*)
  1050 Connecticut Avenue, N.W.
  Washington, DC 20036
  Tel: (202) 955-8657
  Fax: (202) 530-9678
  atulumello@gibsondunn.com

*Attorneys for Brady*