IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
NATIONAL FOOTBALL LEAGUE			:
MANAGEMENT COUNCIL,				:
						:
               Plaintiff,			:  Case No. 15-cv-5916 (RMB)(JCF)
						:
               -v.-				:
						:
						:
NATIONAL FOOTBALL LEAGUE			:
PLAYERS ASSOCIATION,				:
						:
        Defendant-Counterclaimant.	:
						:
------------------------------------------------------------------- x

## DECLARATION OF DAVID L. GREENSPAN

I, David L. Greenspan, declare as follows:

1.     I am a partner at the law firm of Winston & Strawn LLP in New York, New York, counsel to Defendant National Football League Players Association ("NFLPA") in this action. I submit this Declaration in support of Defendant NFLPA's Motion to Vacate Arbitration Award. I have personal knowledge of and am competent to testify to the following:

2.	Attached to this Declaration as Exhibit A is a true and correct copy of the award issued by Arbitrator Harold Henderson in NFL player Greg Hardy's Article 46 disciplinary appeal, dated July 10, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2015.


        s/David L. Greenspan____
        DAVID L. GREENSPAN