```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------X
NATIONAL FOOTBALL LEAGUE                        :
MANAGEMENT COUNCIL,                             :
                                                :
                Plaintiff,                      :
                                                :       15 Civ. 5916 (RMB) (JCF)
        - against -                             :
                                                :
NATIONAL FOOTBALL LEAGUE                        :
PLAYERS ASSOCIATION,                            :       **ORDER**
                                                :
                Defendant.                      :
------------------------------------------------------X

------------------------------------------------------X
NATIONAL FOOTBALL LEAGUE                        :
PLAYERS ASSOCIATION on its own behalf           :
and on behalf of TOM BRADY,                     :
                                                :
                Petitioner,                     :
                                                :       15 Civ. 5982 (RMB) (JCF)
        - against -                             :
                                                :
NATIONAL FOOTBALL LEAGUE and                    :       **ORDER**
NATIONAL FOOTBALL LEAGUE                        :
MANAGEMENT COUNCIL,                             :
                                                :
                Respondents.                    :
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/15

In anticipation of tomorrow's conference, counsel and the parties are requested to engage in further good faith settlement efforts today. I will meet briefly with counsel and the parties tomorrow morning at 10:30 (in the robing room) for an update on your discussions.

Dated: New York, New York
       August 11, 2015



RICHARD M. BERMAN, U.S.D.J.