UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

National Football League
Football Management Council    Plaintiff,

Case No.  15 Civ. 5916 - RMB -JCF

-against-

National Football League
Players Association    Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**David L. Greenspan**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DG7742    My State Bar Number is  4042099

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Dewey & LeBouef LLP
            FIRM ADDRESS: 1301 Avenue of the Americas, NY NY 10019
            FIRM TELEPHONE NUMBER: 212 259-6438
            FIRM FAX NUMBER: 212 259-6333

NEW FIRM:   FIRM NAME: Winston & Strawn LLP
            FIRM ADDRESS: 200 Park Avenue, New York, N.Y. 10166
            FIRM TELEPHONE NUMBER: 212 294-6700
            FIRM FAX NUMBER: 212 294-4700

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 8/13/15                    /s/ David L. Greenspan
                                  ATTORNEY'S SIGNATURE