UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/15
```

------------------------------------------------------X
NATIONAL FOOTBALL LEAGUE             :
MANAGEMENT COUNCIL,                  :
                                     :
            Plaintiff,               :
                                     :   15 Civ. 5916 (RMB) (JCF)
     - against -                     :
                                     :
NATIONAL FOOTBALL LEAGUE             :
PLAYERS ASSOCIATION,                 :   ORDER
                                     :
            Defendant.               :
------------------------------------------------------X

------------------------------------------------------X
NATIONAL FOOTBALL LEAGUE             :
PLAYERS ASSOCIATION on its own behalf :
and on behalf of TOM BRADY,          :
                                     :
            Petitioner,              :
                                     :   15 Civ. 5982 (RMB) (JCF)
     - against -                     :
                                     :
NATIONAL FOOTBALL LEAGUE and         :   ORDER
NATIONAL FOOTBALL LEAGUE             :
MANAGEMENT COUNCIL,                  :
                                     :
            Respondents.             :
------------------------------------------------------X

The Court anticipates issuing its Decision and Order by the end of the week.

Dated: New York, New York
       September 1, 2015



**RICHARD M. BERMAN, U.S.D.J.**