UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION,<br><br>        Defendant. | 15-cv-5916 (RMB) (JCF)<br><br>NOTICE OF APPEAL |

**NOTICE OF APPEAL**

Notice is hereby given that the National Football League Management Council, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision & Order, Amended Decision & Order, and the judgment entered thereto [ECF Nos. 46, 48, 50] vacating a labor arbitration award under Section 301 of the Labor-Management Relations Act, 29 U.S.C. § 185(a), entered in this action on the 3rd day of September, 2015, as well as all orders encompassed therein.

        /s/ Daniel L. Nash
Daniel L. Nash (*pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036
Tel:  (202) 887-4000
dnash@akingump.com

Robert Pees (rp0393)
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
rpees@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP

C*ounsel for Plaintiff National Football League Management Council*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 3, 2015, I electronically filed the foregoing Notice of Appeal with the Clerk of Court by using the Court's CM/ECF system.  All participants in this matter are registered CM/ECF users and will be served copies of the foregoing document via the Court's CM/ECF system.

                                                  /s/ Daniel L. Nash

                                                  Daniel L. Nash