Judge Berman
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312





August 21, 2015

Dear Judge Berman:

With regard to the Tom Brady football inflation case, I have an idea on how you may gather evidence.

All you have to do is obtain two new NFL official footballs, inflate one to 12 psi, and the other to 11 psi (or whatever they claime was done) and handle these footballs yourself.

While I was not in the NFL I have some experience with throwing footballs, and my guess is you won't be able to tell the difference. Any slight difference is certainly not going to enable any NFL quarterback to win a super bowl.

Thank you.

Michael Bargo Jr.

7320 N. Oriole Ave.
Chicago, IL 60631

Email: mickbs1313@yahoo.com

Thank you for your submission – I apologize for the delay in responding.

We have placed your submission on the court dockets for the <u>NFL v. NFLPA (Tom Brady)</u> matter (15 Civ. 5916 and 15 Civ. 5982).

*RMB*

Richard M. Berman, USDJ

9/9/15