*137 Berry Creek Drive*
*Flat Rock, North Carolina 28731*

Clerk to Docket
RMB
9/10/15

September 4, 2015

Hon. Richard M. Berman
U.S. District Court for Southern District of NY
500 Pearl Street, Floor 8
New York, NY 10007

Judge Berman:

I understand that the punishment meted to Tom Brady of the New England Patriots has been nullified by you. Every reasonable individual outside of the Patriot's organization realizes, and common sense dictates that Tom Brady is guilty of cheating. One can come to no other conclusion, you know it, I know it, Tom Brady knows it. Now, you have endorsed it.

It seems incredulous to me that a judge would come up with some legal utterance and technical mumbo jumbo to dispel any notion of reality and common sense. But congratulations, you have. This in good part is what's wrong with our legal system and much of America. There seems to be a constant flow of technicalities to thwart justice which to all but those of your ilk would make perfect sense.

Sincerely,

J.A. Van Ostenbridge