UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

                                  Plaintiff,

- v. -

NATIONAL FOOTBALL LEAGUE PLAYERS
ASSOCIATION,
                                  Defendant
------------------------------------------------------------x
NATIONAL FOOTBALL LEAGUE PLAYERS
ASSOCIATION, on its own behalf and on behalf of
TOM BRADY,
                                  Petitioner,

- v. -

NATIONAL FOOTBALL LEAGUE and NATIONAL
FOOTBALL LEAGUE MANAGEMENT COUNCIL,
                                  Respondents
------------------------------------------------------------x

15-CV-5916 (RMB)(JCF)

Motion to Intervene

15-CV-5982 (RMB)(JCF)

Motion to Intervene



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/15

Per **Fed.R.Civ.Pr.24(b)(1)(B)** I, Michelle McGuirk, *Pro Se*, respectfully give Notice of Motion to Intervene as "M, Friend of the Court" on information believed to be material, timely and relevant to common questions of law and fact in this matter. Parties were served an August 25, 2015 letter to Hon. Richard Berman, U.S. District Judge and Magistrate Judge James C. Frances requesting a pre-motion conference per **Individual Rule 2.A** on <u>August 31, 2015</u>. Relevant points for relief:

    1.    Notice is made timely by midnight <u>September 8, 2015</u> near 'end of the week' by which Judge Berman stated he planned to make his Decision and Order.

    2.    There are no prior motions. No federal law states right to intervene. Permission is sought as I survive a fifth diagnosis of disease per the Americans with Disabilities Act as a reasonable accommodation of rules or policies for Court access.

1

3. Plaintiff and Defendants' counsel were served per **Fed.R.Civ.Pr. 5(A)(d)** and did not to reply per Individual Rules of Practice within three (3) days to oppose. Counsel appeared before Judge Berman at a pre-motion conference August 31, 2015 and, to my knowledge, did not verbally oppose such motion to intervene.

4. Plaintiff's President Roger Goodell, Defendants' Executive Director DeMaurice Smith and counsel for Tom Brady were copied by mail and did not oppose the motion by replay or, to my knowledge, at an August 31, 2015 conference.

5. Per Docket #45, time-is-of-the essence. The requested intervention is not expected to affect any pre-set scheduled court dates or rights to appeal. Rights granted is expected to impact the record upon which any appeal will be taken.

6. An Affidavit, Exhibits and Memorandum of Law support the motion.

7. Request is made in good faith and not for undue delay of proceedings.

WHEREFORE, I respectfully request this Court permit right to intervene as a reasonable ADA request to ensure a robust record with accurate, timely and relevant disclosure of material information for proper resolution of this matter.

Dated: New York, New York

September 4, 2015

*[signature]*
Michelle L. McGuirk, *Self-Represented*
"M, Friend of the Court", *Pro Se*
P.O. Box 369 New York, NY 10113-369



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
Pro Se Office

SCANNED

To: The Honorable Judge Richard M. Berman

From: M. Napolitano, Pro Se Intake Clerk, Docket Services, Ext. 1177

Date: 9/8/2015

Re: National Football League Management Council v. National Football League Players Association 1:15-cv-05916-RMB-JCF, National Football League Players Association v. National Football League et al 1:15-cv-05982-RMB-JCF

The attached document, which was received by this Office on 9/8/2015, has been submitted to the Court for filing. The document is deficient as indicated below. Instead of docketing the document for public access, it has been docketed as a court-view only docket entry. I am forwarding it to you for your consideration. See Fed. R. Civ. P. 5(d)(2)(B), (4).

( ) No original signature.

( ) No Affirmation of Service/ proof of service.

( X ) Other: Cases are closed. Non-party litigant is filing Motion to Intervene and Motion to Reopen with supporting documents.

If you memo-endorse the filing, you do not need to return this memorandum to the Pro Se Office. Once your memo-endorsement is docketed and filed, all ECF users on the case will be notified.

In the alternative, please return this memorandum with the attached papers to this Office, indicating at the bottom what action should be taken.

(✓) ACCEPT FOR FILING        ( ) RETURN TO *PRO SE* LITIGANT

Comments: Application respectfully denied.

RMB
United States District Judge
Dated: 9/9/15

United States Magistrate Judge
Dated: