# MEMO ENDORSED



9-9-15

Dear Judge Berman

I know that asbeing a judge you probably don't get too much "fan" mail, but I wanted to write to you to thank you for nullifying the suspension of Tom Brady. I am proud that You stood up to Roger Goodell. I, along with every other Patriot fan, knew that the punishment he levied against Brady as absurd without having any real proof.

At any rate, thanks again! You are the real MVP!!

Dee Edwards
4341 Forte Street
Pace FL  32571

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/15

The Clerk to place on the docket. Thanks.

SO ORDERED,
Date: 9/15/15    Richard M. Berman
Richard M. Berman, U.S.D.J.