15cv5916

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/18



sikingsllc@aol.com
07/19/2018 11:16 AM

To bermannysdchambers@nysd.uscourts.gov
cc
bcc
Subject  Autograph request - Sports Illustrated magazine

Dear Honorable Judge Berman, Chelsea and staff,

Thank you for taking the time to speak with me this morning. I greatly appreciate it. Hoping my email will allow you to understand a little better what I've been trying to accomplish for the past 2-3 years.

My name is Scott Smith. I'm 53 and a married father of 2 beautiful girls. We live in            , NJ. About 30-40 minutes west of the City. I spent 8 great years working at 17 State Street as an Investment Banker, leaving just before the Towers were hit. Then staying here in NJ restructuring corporate debt for another 8 years or so.

But my passion in life, besides my family has been collecting autographs on my covers of Sports Illustrated magazine. Dating back to their first issue in 1954, I have amassed the worlds largest personal collection of autographed SI magazines. About 20,000 signed. 94% of the entire history of the magazine... autographed by whoever graced the covers. Athletes, Presidents, models, actors and more. Never has a Judge appeared on the cover of the magazine until Judge Berman had back in September of 2015.

My request is a very simple one and I hope the Judge would be honored by my request for his signature on my cover that is already signed by Tom Brady and Roger Goodell. (see below)



I've taken many walks by the Federal Courthouse buildings and many lunch breaks as well. I know the area fairly well. My request for about 10 seconds of the Honorable Judge's time is what I'm hoping for.

I would love to invite myself to the office in hopes Judge Berman would be so kind to sign my magazine

cover for my historic collection.

I can come at 6-7am before he starts his day. I can come at lunch time when he takes a small break. I can come at the end of the day when his duties are done. I can come any time that he finds it most convenient for him. It would be an honor to add his signature to my collection.

I have appeared in Sports Illustrated myself 3 times... for my historic collection.

I've appeared in many publications and TV spots as well... my collection has been well documented. If you need any references at all... I can guide you to many. Hoping Judge Berman would consider this a small, flattering request.

If you'd be so kind to present this to Judge Berman, I'd greatly appreciate it and I'd eagerly await a reply.

My cell is                as well if you'd prefer a phone call.

If you need any background information on me at all, just ask.

I've never been arrested and I'm as squeaky clean as anyone can be (God forbid that's any concern at all).

Thank you once again. The few seconds of his time MEANS THE WORLD TO ME.

Scott Smith